IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARA KULWICKI, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>AETNA, INC. and AETNA LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No. 3:22-cv-00229 (RNC) |

## DECLARATION OF CRAIG ALLOCCA

I, Craig Allocca, hereby declare as follows:

1. I am over the age of 21 and have personal knowledge of the facts set forth herein. The following facts arose during the course of my duties working on behalf of Aetna Life Insurance Company, which is a corporate subsidiary of Aetna Inc. I am authorized and qualified to speak on behalf of Aetna Inc. and Aetna Life Insurance Company with respect to the matters herein. If called and sworn as a witness, I could and would testify truthfully as to the matters stated herein.

2. I have been employed by Aetna affiliates for 31 years. I am currently employed by Aetna Resources LLC as Director of Treasury Services. My job responsibilities include, among other things, knowledge of the Aetna companies and their corporate structure.

3. Aetna Inc. is a Pennsylvania corporation.

4. Aetna Inc. is a holding company that has no insurance operations or products.

5. Aetna Life Insurance Company ("ALIC") is a corporation formed under the laws of Connecticut that provides and administers certain Aetna health insurance plans.

6.  ALIC is the entity that provided and/or administered the relevant Aetna plan at issue in this case, the Wellstar Health System Inc. plan (the "Plan"). Aetna Inc. had no responsibility for or involvement with the Wellstar Plan's operations or the services performed by ALIC as Claims Administrator for that Plan.

7.  ALIC is owned in its entirety by Aetna Inc.

8.  Aetna Inc. and ALIC maintain separate books and bank accounts.

9.  Aetna Inc. and ALIC have separate officers.

10. Aetna Inc. is not licensed to sell insurance in any state.

11. Aetna Inc. has no insurance operations or products.

12. Aetna Inc. has no involvement with the daily insurance operations of ALIC or with the provision or administration of Aetna health insurance plans.

13. Aetna Inc. has no employees.

14. I am authorized by ALIC to make the statements and representations set forth in this declaration.

Pursuant to 28 U.S.C. § 1746(2), I declare, under penalty of perjury under the laws of the United States of America that the above statements are true and correct to the best of my knowledge, information, and belief.

Executed this 1st day of April, 2022.
At Hartford, CT

Craig Allocca