**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| TARA KULWICKI, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>-v-<br><br>AETNA, INC. and AETNA LIFE INSURANCE COMPANY,<br><br>        Defendants. | Case No. 3:22-cv-00229 (RNC) |

<u>**DECLARATION OF DONNA LYNCH**</u>

I, Donna Lynch, do hereby declare and state as follows:

1.      I am over the age of 21 and have personal knowledge of the facts set forth herein. I am employed by Aetna Resources, LLC, and have worked for Aetna Life Insurance Company, or other affiliates of defendant Aetna Life Insurance Company (collectively, "Aetna") for approximately 26 years. I am currently a Senior Analyst of Project Management at Aetna's Legal Department.

2.      As a Senior Analyst of Project Management my job duties include managing a team of individuals who pull Aetna documents relating to pending legal matters.  I am familiar with Aetna's business practice and process for maintaining and retrieving records and communications that are sent to members and healthcare providers.

3.      This declaration is submitted in support of Aetna's motion to dismiss plaintiff's complaint. I have personal knowledge of the following facts. If called as a witness in this action, I could and would testify competently to these facts.

4.      Attached hereto as **Exhibit A** is a true and correct copy of a letter dated June 29, 2021, sent by Aetna to Ms. Kulwicki and her healthcare provider.

5.      Attached hereto as **Exhibit B** is a true and correct copy of a letter dated July 27, 2021, sent by Aetna to Ms. Kulwicki.

6.      Attached hereto as **Exhibit C** is a true and correct copy of a letter dated September 8, 2021, sent by Aetna to Ms. Kulwicki.

Having reviewed this Declaration, I declare, under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of March, 2022
King of Prussia, Pennsylvania

Donna Lynch

# EXHIBIT A



Aetna Life Insurance Company
PO Box 14876
Lexington KY 40512-4876
*003922*J1VCEX34*019655*

Daniela M. Rojas Molina
772 Maddox Drive
Suite 122
EAST ELLIJAY, GA 30540

F003922000030000010000J1VCEX3425DF



Aetna Life Insurance Company
PO Box 14876
Lexington KY 40512-4876

Daniela M. Rojas Molina
772 Maddox Drive
Suite 122
EAST ELLIJAY, GA 30540

Jun 29 2021

Member Name: TARA M KULWICKI
Member ID: ███████
Date of Birth: ███████
Case Number: 2235987110000000
Plan Sponsor: WELLSTAR HEALTH SYSTEM, INC.
Plan Sponsor Account Number: 868072-21-005-FP

Dear Member and Healthcare Provider(s) of Record

After review, we have made a decision about coverage for the following health care services for the member named above. We use nationally recognized clinical guidelines and resources, such as MCG criteria and Clinical Policy Bulletins available at https://www.aetna.com/health-care-professionals/clinical-policy-bulletins.html, applicable state guidelines when required, and benefit plan documents to support these coverage decisions.

**Coverage Decisions For Denied Services:**
**Provider(s):** Reproductive Biology Associates

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 06/21/2021 - 12/31/2021 | 89353 | THAWING OF CRYOPRESERVED; SPERM/SEMEN, EACH ALIQUOT | 1 | Time(s) |

Coverage for this service has been denied for the following reason(s):

This is not a covered service under the terms of the plan.

(Not a Covered Service Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The requested service is not covered. The plan provides limited or no coverage for this service. Please see the section of the benefit plan document that talks about what the plan covers.

**Provider(s):** Reproductive Biology Associates

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 06/21/2021 - 12/31/2021 | 89259 | CRYOPRESERVATION, SPERM | 1 | Time(s) |

Coverage for this service has been denied for the following reason(s):

This is not a covered service under the terms of the plan.

(Not a Covered Service Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The requested service is not covered. The plan provides limited or no coverage for this service. Please see the section of the benefit plan document that talks about what the plan covers.

**Provider(s):** Reproductive Biology Associates

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 06/21/2021 - 12/31/2021 | 58322 | ARTIFICIAL INSEMINATION; INTRA-UTERINE | 1 | Time(s) |

Coverage for this service has been denied for the following reason(s):

We are denying coverage for the requested service because the member does not meet the plan definition of infertility. Per the plan, infertility is defined as the inability to get pregnant after egg and sperm contact by either: (1) frequent, unprotected sex or (2) donor insemination if there is no male partner for at least (a) one year at any age, or (b) six months if older than 35.

(Infertility Benefit Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan limits coverage for infertility treatment. Please see the reference to infertility treatment listed in the Exclusions section of the benefit plan document or refer to the description of infertility benefits in the section of the plan document that talks about what the plan covers.

**Provider(s):** Reproductive Biology Associates

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 06/21/2021 - 12/31/2021 | 89343 | STORAGE, (PER YEAR); SPERM/SEMEN | 1 | Time(s) |

Coverage for this service has been denied for the following reason(s):

This is not a covered service under the terms of the plan.

(Not a Covered Service Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The requested service is not covered. The plan provides limited or no coverage for this service. Please see the section of the benefit plan document that talks about what the plan covers.

**Information About Coverage Denials:** "Coverage" means whether or not a service or treatment is covered under the terms of the member's benefit plan or payable under the terms of the provider's agreement.

Our decision is limited to whether the health care services are covered under the member's benefit plan or provider agreement. The treating practitioner, in consultation with the member, remains responsible for deciding what treatment is appropriate and what services to provide.

Denial codes are not used and therefore not available.

**Provider Information:** Participating Providers: Please be advised that for services encompassed within the scope of your provider services contract, you are prohibited from seeking payment from the member.

**Provider Appeal Rights:** You may appeal this coverage decision if you disagree. If this is a prospective or concurrent decision for services not yet provided or for ongoing services such as an inpatient stay, any appeal would be considered on behalf of the member. Please see the member appeal rights below. If this is a retrospective decision for services that have been completed, you may appeal within 180 days of your receipt of this denial notice. If you decide to appeal, your appeal should include a copy of this denial notice, an explanation of the treatment rationale, and all supporting documents to be considered, including a copy of any pertinent medical records.

To request an appeal on behalf of the member, follow the member appeal instructions below and clearly state that your appeal is on behalf of the member. If your appeal is not on behalf of the member, send your appeal to the following address: Aetna, Attn: Provider Resolution Team, P.O. Box 14020, Lexington, KY 40512.

**Member Appeal Rights:** You may not agree with our decision. You or someone you choose to act for you (called your authorized representative) can ask us for a review (appeal). Do this by phone or in writing within 180 days (6 months) after you receive this letter. Some plans give more than 180 days to do this. See your plan brochure or other plan document, such as your Certificate of Coverage or your Summary Plan Description.

### How to ask for an appeal by phone

Call Member Services. The toll-free telephone number is listed on your member ID card. If you are hearing impaired you can call 711 for Telecommunication Relay Services (TRS). Member Services can also help you with the process of naming an authorized representative.

### How to ask for an appeal in writing

You or your authorized representative can send a letter or a completed Member Complaint and Appeal Form to the address below. The form is online at: https://member.aetna.com/memberSecure/assets/pdfs/forms/68192.pdf.

Aetna
Individual
Small Group and Middle Market (ISM) CRT
P.O. Box 14002
Lexington KY 40512

Your request should include:
- Your name;
- Your member ID number (or date of birth) or other identifying information;
- The group s name (for example, if you are covered by your employer);
- Comments, documents, records and other information you want us to consider.

You may also ask us for documents that are relevant to the unfavorable decision for your review. These are free. Call Member Services to ask for them. The toll-free telephone number is listed on your member ID card.

In general, one level of internal appeal is available under health plans providing coverage for individuals, and two levels of internal appeal are available under plans covering employees of an employer.

**ONE LEVEL APPEAL PROCESS:**
If your plan offers a single appeal and your appeal is pre-service (this means you need approval for coverage before you receive medical care), we will send you a decision within 30 days after we receive your request. For post-service appeal requests, we will send you a decision within 60 days after we receive your request.

If your appeal is urgent (one where your doctor believes a delay in making a decision could put your life, health or ability to regain full function at serious risk, or could cause you severe pain), you, your doctor or other authorized representative can request a faster review. To do this, call the National Clinical Appeal Unit expedited appeal toll-free number at 1-800-243-5349. You can also fax your request to 1-877-867-8372.

The National Clinical Appeal Unit will document phone requests in writing. We will give you a decision within 72 hours after we receive your request for review. If your appeal is urgent, you may also request an expedited external review at the same time as the internal appeal.

**TWO LEVEL APPEAL PROCESS:**
If your plan provides for two appeals and your appeal is pre-service (this means you need approval for coverage before you receive medical care), we will send you a decision within 15 days after we receive your request.

For post-service appeal requests, we will send you a decision within 30 days after we receive your request. In either case, if you do not agree with the decision you have the right to file a second request for appeal. To do this, call or write to us within 60 days from the date that you receive the first appeal decision.

If your appeal is urgent (one where your doctor believes a delay in making a decision could put your life, health or ability to regain full function at serious risk, or could cause you severe pain), you, your doctor or other authorized representative can request a faster review. To do this, call the National Clinical Appeal Unit expedited appeal toll-free number at 1-800-243-5349. You can also fax your request to 1-877-867-8372.

The National Clinical Appeal Unit will document phone requests in writing. We will give you a decision within 36 hours after we receive your request for review. If your appeal is urgent, you may also request an expedited external review at the same time as the internal appeal.

After your appeal, if we continue to deny the payment, coverage, or service requested or you do not receive a timely decision, you may be able to request an external review by an independent third party, who will review our decision and make a final decision. Contact your employer or refer to your plan documents for additional instruction on external review.

If you do not agree with the final decision you have the right to bring a civil action under Section 502(a) of ERISA, if applicable.

**We Protect Your Privacy:**
Protecting the privacy of member health information is a top priority. When contacting us about this Notice or for help with other questions, please be prepared to provide member name, member ID number, and date of birth.

**Patient Safety Information:**
To learn more about patient safety and hospitals, please log on to The Leapfrog Group's website at http://www.leapfroggroup.org/. This site will give you information about hospitals that have met specific safety standards. For participating hospitals, the same information can be accessed on your secure member website using the provider search.

Member Services: If you, your authorized representative or your health care providers need help with filing an appeal or complaint or would like additional information about this decision, call the toll-free Member Services number on the member's identification card.

We hope this information has answered your coverage questions. Member Services representatives are available to help health care professionals, members and their authorized representatives with any questions about eligibility, plan benefits, claims and coverage decisions. If you, your authorized representative or your health care providers of record have additional questions or would like to request copies of documents related to the coverage decision, call the toll-free Member Services number on your member ID card.

Aetna

A copy of this letter is also being sent to:
TARA M KULWICKI
Reproductive Biology Associates

Aetna is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies, including Aetna Life Insurance Company and its affiliates (Aetna).



Aetna Life Insurance Company
PO Box 14876
Lexington KY 40512-4876

Reproductive Biology Associates
1100 Johnson Ferry Road Northeast
Suite 200
ATLANTA, GA 30342

*003943*J1VCEX34*019750*

F003943000050000030000I1VCEX34250F



Aetna Life Insurance Company
PO Box 14876
Lexington KY 40512-4876

Reproductive Biology Associates
1100 Johnson Ferry Road Northeast
Suite 200
ATLANTA, GA 30342

Jun 29 2021

Member Name: TARA M KULWICKI
Member ID: ██████████
Date of Birth: ██████████
Case Number: 2235987110000000
Plan Sponsor: WELLSTAR HEALTH SYSTEM, INC.
Plan Sponsor Account Number: 868072-21-005-FP

Dear Member and Healthcare Provider(s) of Record

After review, we have made a decision about coverage for the following health care services for the member named above. We use nationally recognized clinical guidelines and resources, such as MCG criteria and Clinical Policy Bulletins available at https://www.aetna.com/health-care-professionals/clinical-policy-bulletins.html, applicable state guidelines when required, and benefit plan documents to support these coverage decisions.

**Coverage Decisions For Denied Services:**
**Provider(s):** Reproductive Biology Associates

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 06/21/2021 - 12/31/2021 | 89353 | THAWING OF CRYOPRESERVED; SPERM/SEMEN, EACH ALIQUOT | 1 | Time(s) |

Coverage for this service has been denied for the following reason(s):

This is not a covered service under the terms of the plan.

(Not a Covered Service Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The requested service is not covered. The plan provides limited or no coverage for this service. Please see the section of the benefit plan document that talks about what the plan covers.

**Provider(s):** Reproductive Biology Associates

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 06/21/2021 - 12/31/2021 | 89259 | CRYOPRESERVATION, SPERM | 1 | Time(s) |

Coverage for this service has been denied for the following reason(s):

This is not a covered service under the terms of the plan.

(Not a Covered Service Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The requested service is not covered. The plan provides limited or no coverage for this service. Please see the section of the benefit plan document that talks about what the plan covers.

**Provider(s):** Reproductive Biology Associates

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 06/21/2021 - 12/31/2021 | 58322 | ARTIFICIAL INSEMINATION; INTRA-UTERINE | 1 | Time(s) |

Coverage for this service has been denied for the following reason(s):

We are denying coverage for the requested service because the member does not meet the plan definition of infertility. Per the plan, infertility is defined as the inability to get pregnant after egg and sperm contact by either: (1) frequent, unprotected sex or (2) donor insemination if there is no male partner for at least (a) one year at any age, or (b) six months if older than 35.

(Infertility Benefit Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan limits coverage for infertility treatment. Please see the reference to infertility treatment listed in the Exclusions section of the benefit plan document or refer to the description of infertility benefits in the section of the plan document that talks about what the plan covers.

**Provider(s):** Reproductive Biology Associates

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 06/21/2021 - 12/31/2021 | 89343 | STORAGE, (PER YEAR); SPERM/SEMEN | 1 | Time(s) |

Coverage for this service has been denied for the following reason(s):

This is not a covered service under the terms of the plan.

(Not a Covered Service Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The requested service is not covered. The plan provides limited or no coverage for this service. Please see the section of the benefit plan document that talks about what the plan covers.

**Information About Coverage Denials:** "Coverage" means whether or not a service or treatment is covered under the terms of the member's benefit plan or payable under the terms of the provider's agreement.

Our decision is limited to whether the health care services are covered under the member's benefit plan or provider agreement. The treating practitioner, in consultation with the member, remains responsible for deciding what treatment is appropriate and what services to provide.

Denial codes are not used and therefore not available.

**Provider Information:** Participating Providers: Please be advised that for services encompassed within the scope of your provider services contract, you are prohibited from seeking payment from the member.

**Provider Appeal Rights:** You may appeal this coverage decision if you disagree. If this is a prospective or concurrent decision for services not yet provided or for ongoing services such as an inpatient stay, any appeal would be considered on behalf of the member. Please see the member appeal rights below. If this is a retrospective decision for services that have been completed, you may appeal within 180 days of your receipt of this denial notice. If you decide to appeal, your appeal should include a copy of this denial notice, an explanation of the treatment rationale, and all supporting documents to be considered, including a copy of any pertinent medical records.

To request an appeal on behalf of the member, follow the member appeal instructions below and clearly state that your appeal is on behalf of the member. If your appeal is not on behalf of the member, send your appeal to the following address: Aetna, Attn: Provider Resolution Team, P.O. Box 14020, Lexington, KY 40512.

**Member Appeal Rights:** You may not agree with our decision. You or someone you choose to act for you (called your authorized representative) can ask us for a review (appeal). Do this by phone or in writing within 180 days (6 months) after you receive this letter. Some plans give more than 180 days to do this. See your plan brochure or other plan document, such as your Certificate of Coverage or your Summary Plan Description.

### How to ask for an appeal by phone

Call Member Services. The toll-free telephone number is listed on your member ID card. If you are hearing impaired you can call 711 for Telecommunication Relay Services (TRS). Member Services can also help you with the process of naming an authorized representative.

### How to ask for an appeal in writing

You or your authorized representative can send a letter or a completed Member Complaint and Appeal Form to the address below. The form is online at:
https://member.aetna.com/memberSecure/assets/pdfs/forms/68192.pdf.

Aetna
Individual
Small Group and Middle Market (ISM) CRT
P.O. Box 14002
Lexington KY 40512

Your request should include:
- Your name;
- Your member ID number (or date of birth) or other identifying information;
- The group s name (for example, if you are covered by your employer);
- Comments, documents, records and other information you want us to consider.

You may also ask us for documents that are relevant to the unfavorable decision for your review. These are free. Call Member Services to ask for them. The toll-free telephone number is listed on your member ID card.

In general, one level of internal appeal is available under health plans providing coverage for individuals, and two levels of internal appeal are available under plans covering employees of an employer.

**ONE LEVEL APPEAL PROCESS:**
If your plan offers a single appeal and your appeal is pre-service (this means you need approval for coverage before you receive medical care), we will send you a decision within 30 days after we receive your request. For post-service appeal requests, we will send you a decision within 60 days after we receive your request.

If your appeal is urgent (one where your doctor believes a delay in making a decision could put your life, health or ability to regain full function at serious risk, or could cause you severe pain), you, your doctor or other authorized representative can request a faster review. To do this, call the National Clinical Appeal Unit expedited appeal toll-free number at 1-800-243-5349. You can also fax your request to 1-877-867-8372.

The National Clinical Appeal Unit will document phone requests in writing. We will give you a decision within 72 hours after we receive your request for review. If your appeal is urgent, you may also request an expedited external review at the same time as the internal appeal.

**TWO LEVEL APPEAL PROCESS:**
If your plan provides for two appeals and your appeal is pre-service (this means you need approval for coverage before you receive medical care), we will send you a decision within 15 days after we receive your request.

For post-service appeal requests, we will send you a decision within 30 days after we receive your request. In either case, if you do not agree with the decision you have the right to file a second request for appeal. To do this, call or write to us within 60 days from the date that you receive the first appeal decision.

If your appeal is urgent (one where your doctor believes a delay in making a decision could put your life, health or ability to regain full function at serious risk, or could cause you severe pain), you, your doctor or other authorized representative can request a faster review. To do this, call the National Clinical Appeal Unit expedited appeal toll-free number at 1-800-243-5349. You can also fax your request to 1-877-867-8372.

The National Clinical Appeal Unit will document phone requests in writing. We will give you a decision within 36 hours after we receive your request for review. If your appeal is urgent, you may also request an expedited external review at the same time as the internal appeal.

After your appeal, if we continue to deny the payment, coverage, or service requested or you do not receive a timely decision, you may be able to request an external review by an independent third party, who will review our decision and make a final decision. Contact your employer or refer to your plan documents for additional instruction on external review.

If you do not agree with the final decision you have the right to bring a civil action under Section 502(a) of ERISA, if applicable.

**We Protect Your Privacy:**
Protecting the privacy of member health information is a top priority. When contacting us about this Notice or for help with other questions, please be prepared to provide member name, member ID number, and date of birth.

**Patient Safety Information:**
To learn more about patient safety and hospitals, please log on to The Leapfrog Group's website at http://www.leapfroggroup.org/. This site will give you information about hospitals that have met specific safety standards. For participating hospitals, the same information can be accessed on your secure member website using the provider search.

Member Services: If you, your authorized representative or your health care providers need help with filing an appeal or complaint or would like additional information about this decision, call the toll-free Member Services number on the member's identification card.

We hope this information has answered your coverage questions. Member Services representatives are available to help health care professionals, members and their authorized representatives with any questions about eligibility, plan benefits, claims and coverage decisions. If you, your authorized representative or your health care providers of record have additional questions or would like to request copies of documents related to the coverage decision, call the toll-free Member Services number on your member ID card.

Aetna

A copy of this letter is also being sent to:
TARA M KULWICKI
Daniela M. Rojas Molina

Aetna is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies, including Aetna Life Insurance Company and its affiliates (Aetna).



Aetna Life Insurance Company
PO Box 14876
Lexington KY 40512-4876
*001199*J1VCEX32*005741*

TARA M KULWICKI

F001199000050000010000J1VCEX32250F

 **aetna** Aetna Life Insurance Company
PO Box 14876
Lexington KY 40512-4876

TARA M KULWICKI

Jun 29 2021

Member Name: TARA M KULWICKI
Member ID:
Date of Birth:
Case Number: 2235987110000000
Plan Sponsor: WELLSTAR HEALTH SYSTEM, INC.
Plan Sponsor Account Number: 868072-21-005-FP

Dear Member and Healthcare Provider(s) of Record

After review, we have made a decision about coverage for the following health care services for the member named above. We use nationally recognized clinical guidelines and resources, such as MCG criteria and Clinical Policy Bulletins available at https://www.aetna.com/health-care-professionals/clinical-policy-bulletins.html, applicable state guidelines when required, and benefit plan documents to support these coverage decisions.

**Coverage Decisions For Denied Services:**
**Provider(s):** Reproductive Biology Associates

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 06/21/2021 - 12/31/2021 | 89353 | THAWING OF CRYOPRESERVED; SPERM/SEMEN, EACH ALIQUOT | 1 | Time(s) |

Coverage for this service has been denied for the following reason(s):

This is not a covered service under the terms of the plan.

(Not a Covered Service Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The requested service is not covered. The plan provides limited or no coverage for this service. Please see the section of the benefit plan document that talks about what the plan covers.

**Provider(s):** Reproductive Biology Associates

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 06/21/2021 - 12/31/2021 | 89259 | CRYOPRESERVATION, SPERM | 1 | Time(s) |

Coverage for this service has been denied for the following reason(s):

This is not a covered service under the terms of the plan.

(Not a Covered Service Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The requested service is not covered. The plan provides limited or no coverage for this service. Please see the section of the benefit plan document that talks about what the plan covers.

**Provider(s):** Reproductive Biology Associates

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 06/21/2021 - 12/31/2021 | 58322 | ARTIFICIAL INSEMINATION; INTRA-UTERINE | 1 | Time(s) |

Coverage for this service has been denied for the following reason(s):

We are denying coverage for the requested service because the member does not meet the plan definition of infertility. Per the plan, infertility is defined as the inability to get pregnant after egg and sperm contact by either: (1) frequent, unprotected sex or (2) donor insemination if there is no male partner for at least (a) one year at any age, or (b) six months if older than 35.

(Infertility Benefit Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The plan limits coverage for infertility treatment. Please see the reference to infertility treatment listed in the Exclusions section of the benefit plan document or refer to the description of infertility benefits in the section of the plan document that talks about what the plan covers.

**Provider(s):** Reproductive Biology Associates

| Service Dates: | Procedure Code: | Service Description: | Number: | Type of Service: |
|---|---|---|---|---|
| 06/21/2021 - 12/31/2021 | 89343 | STORAGE, (PER YEAR); SPERM/SEMEN | 1 | Time(s) |

Coverage for this service has been denied for the following reason(s):

This is not a covered service under the terms of the plan.

(Not a Covered Service Denial) This coverage denial was based on the terms of the member's benefit plan document (such as the Certificate of Coverage or benefit plan booklet/handbook, including any amendments or riders). The requested service is not covered. The plan provides limited or no coverage for this service. Please see the section of the benefit plan document that talks about what the plan covers.

**Information About Coverage Denials:** "Coverage" means whether or not a service or treatment is covered under the terms of the member's benefit plan or payable under the terms of the provider's agreement.

Our decision is limited to whether the health care services are covered under the member's benefit plan or provider agreement. The treating practitioner, in consultation with the member, remains responsible for deciding what treatment is appropriate and what services to provide.

Denial codes are not used and therefore not available.

**Member Appeal Rights:** You may not agree with our decision. You or someone you choose to act for you (called your authorized representative) can ask us for a review (appeal). Do this by phone or in writing within 180 days (6 months) after you receive this letter. Some plans give more than 180 days to do this. See your plan brochure or other plan document, such as your Certificate of Coverage or your Summary Plan Description.

### How to ask for an appeal by phone

Call Member Services. The toll-free telephone number is listed on your member ID card. If you are hearing impaired you can call 711 for Telecommunication Relay Services (TRS). Member Services can also help you with the process of naming an authorized representative.

### How to ask for an appeal in writing

You or your authorized representative can send a letter or a completed Member Complaint and Appeal Form to the address below. The form is online at: https://member.aetna.com/memberSecure/assets/pdfs/forms/68192.pdf.

Aetna
Individual
Small Group and Middle Market (ISM) CRT
P.O. Box 14002
Lexington KY 40512

Your request should include:
- Your name;
- Your member ID number (or date of birth) or other identifying information;
- The group s name (for example, if you are covered by your employer);
- Comments, documents, records and other information you want us to consider.

You may also ask us for documents that are relevant to the unfavorable decision for your review. These are free. Call Member Services to ask for them. The toll-free telephone number is listed on your member ID card.

In general, one level of internal appeal is available under health plans providing coverage for individuals, and two levels of internal appeal are available under plans covering employees of an employer.

**ONE LEVEL APPEAL PROCESS:**
If your plan offers a single appeal and your appeal is pre-service (this means you need approval for coverage before you receive medical care), we will send you a decision within 30 days after we receive your request. For post-service appeal requests, we will send you a decision within 60 days after we receive your request.

If your appeal is urgent (one where your doctor believes a delay in making a decision could put your life, health or ability to regain full function at serious risk, or could cause you severe pain), you, your doctor or other authorized representative can request a faster review. To do this, call the National Clinical Appeal Unit expedited appeal toll-free number at 1-800-243-5349. You can also fax your request to 1-877-867-8372.

The National Clinical Appeal Unit will document phone requests in writing. We will give you a decision within 72 hours after we receive your request for review. If your appeal is urgent, you may also request an expedited external review at the same time as the internal appeal.

**TWO LEVEL APPEAL PROCESS:**
If your plan provides for two appeals and your appeal is pre-service (this means you need approval for coverage before you receive medical care), we will send you a decision within 15 days after we receive your request.

For post-service appeal requests, we will send you a decision within 30 days after we receive your request. In either case, if you do not agree with the decision you have the right to file a second request for appeal. To do this, call or write to us within 60 days from the date that you receive the first appeal decision.

If your appeal is urgent (one where your doctor believes a delay in making a decision could put your life, health or ability to regain full function at serious risk, or could cause you severe pain), you, your doctor or other authorized representative can request a faster review. To do this, call the National Clinical Appeal Unit expedited appeal toll-free number at 1-800-243-5349. You can also fax your request to 1-877-867-8372.

The National Clinical Appeal Unit will document phone requests in writing. We will give you a decision within 36 hours after we receive your request for review. If your appeal is urgent, you may also request an expedited external review at the same time as the internal appeal.

After your appeal, if we continue to deny the payment, coverage, or service requested or you do not receive a timely decision, you may be able to request an external review by an independent third party, who will review our decision and make a final decision. Contact your employer or refer to your plan documents for additional instruction on external review.

If you do not agree with the final decision you have the right to bring a civil action under Section 502(a) of ERISA, if applicable.

**We Protect Your Privacy:**
Protecting the privacy of member health information is a top priority. When contacting us about this Notice or for help with other questions, please be prepared to provide member name, member ID

number, and date of birth.

**Patient Safety Information:**
To learn more about patient safety and hospitals, please log on to The Leapfrog Group's website at http://www.leapfroggroup.org/. This site will give you information about hospitals that have met specific safety standards. For participating hospitals, the same information can be accessed on your secure member website using the provider search.

Your provider may have sent diagnosis codes with your request for authorization of services. If you wish to obtain these codes and their descriptions, call us at the Member Services number on your medical identification card. If you have medical questions about your diagnosis, contact your provider.

If you suspect fraud or abuse involving your health benefits, please call the toll free Hotline at 1-800-338-6361 or contact us by E-Mail at AetnaSIU@Aetna.com.

Member Services: If you, your authorized representative or your health care providers need help with filing an appeal or complaint or would like additional information about this decision, call the toll-free Member Services number on the member's identification card.

We hope this information has answered your coverage questions. Member Services representatives are available to help health care professionals, members and their authorized representatives with any questions about eligibility, plan benefits, claims and coverage decisions. If you, your authorized representative or your health care providers of record have additional questions or would like to request copies of documents related to the coverage decision, call the toll-free Member Services number on your member ID card.

Need help understanding this notice or our decision? Call us free of charge at the 1-800 number on your medical ID card. There are also other resources available to help you. Most plans are now subject to health care reform law. Call us or ask your employer if your plan is subject to the law. If it is, you can also contact the Employee Benefits Security Administration at 1-866-444-EBSA (3272) for help, if your health plan is provided by your employer. In addition, a consumer assistance program may be available to assist you.

Aetna

A copy of this letter is also being sent to:
Daniela M. Rojas Molina
Reproductive Biology Associates

Aetna is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies, including Aetna Life Insurance Company and its affiliates (Aetna).

Aetna complies with applicable Federal civil rights laws and does not discriminate, exclude or treat people differently based on their race, color, national origin, sex, age, or disability.

Aetna provides free aids/services to people with disabilities and to people who need language assistance.

If you need a qualified interpreter, written information in other formats, translation or other services, call the number on your ID card.

If you believe we have failed to provide these services or otherwise discriminated based on a protected class noted above, you can also file a grievance with the Civil Rights Coordinator by contacting:

Civil Rights Coordinator,
P.O. Box 14462, Lexington, KY 40512 (CA HMO customers: PO Box 24030 Fresno, CA  93779),
1-800-648-7817, TTY: 711,
Fax: 859-425-3379 (CA HMO customers: 860-262-7705), CRCoordinator@aetna.com.

You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights Complaint Portal, available at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf, or at: U.S. Department of Health and Human Services, 200 Independence Avenue SW., Room 509F, HHH Building, Washington, DC 20201, or at 1-800-368-1019, 800-537-7697 (TDD).

TTY: 711

**This Notice has Important Information.** You may need to take action by certain dates to keep your health coverage or help with costs.  For help in your language at no cost, you can call the number on your ID card.  (English)

**Este aviso contiene información importante.** Es posible que deba realizar determinadas acciones en ciertas fechas para mantener su cobertura de salud u obtener ayuda para pagar los costos. Para obtener ayuda en español sin cargo alguno, llame al número que figura en su tarjeta de identificación. (Spanish)

**本通知包含重要資訊。**您可能需要在特定日期前採取行動，以保留您的健康承保或關於費用的協助。如欲免費取得中文幫助，您可撥打您保險卡上的電話號碼。(Chinese)

**Le présent avis contient des informations importantes.** Vous devrez peut-être prendre des mesures à partir de certaines dates pour garder votre couverture santé ou obtenir des aides pour payer les coûts. Pour obtenir de l'aide en Français sans frais, vous pouvez appeler le numéro sur votre carte d'identification. (French)

**Diese Mitteilung enthält wichtige Informationen.** Wenn Sie Ihren Krankenversicherungsschutz beibehalten möchten oder Hilfe beim Bestreiten der Kosten benötigen,  müssen Sie u. U. innerhalb einer bestimmten Frist handeln. Für kostenfreie Hilfe auf Deutsch können Sie die Nummer auf Ihrer Versicherungskarte anrufen. (German)

**ይህ ማስታወቂያ ጠቃሚ መረጃ አለው።** የጤና ሽፋንዎን ለመጠበቅ ወይም በክፍያ በተወሰኑ ቀናት ውስጥ ወደ ተግባር መግባት አለብዎት። በነጻ ድጋፍ ለማግኘት(አማርኛ) በመታወቂያዎ ባለው ስልክ መደወል ይችላሉ። (Amharic)

حتوي هذا الإشعار على معلومات مهمة. لذا يجب أن تتخذ الإجراءات اللازمة في المواعيد المحددة للحفاظ على تغطيتك الصحية أو للحصول على مساعدة في التكاليف.  ولتلقي المساعدة بـ (اللغة العربية) مجاناً، يمكنك الاتصال على الرقم الموجود في بطاقة الهوية. (Arabic)

**Avi sa a gen enfòmasyon enpòtan ladan.** Petèt y ap egzije ou pou pran sèten aksyon nan sèten dat limit yo pou kenbe pwoteksyon sante ou yo oswa ede avèk depans yo. Pou jwenn asistans gratis nan lang Kreyòl Ayisyen, ou kapab rele nimewo a yo ekri nan kat idantifikasyon ou. (French Creole)

આ નોટિસમાં એક મહત્ત્વની માહિતી છે. તમારે અમુક તારીખ સુધીમાં પ્રક્રિયા કરવી પડશે. તમારા આરોગ્ય વિમાની પૉલિસીની રકમ સંબંધિત ક્રિયા કે પ્રક્રિયા કરવી પડશે અથવા ખર્ચે ભોગવવો પડશે. (ગુજરાતી)માં કોઈ પણ ખર્ચ વિના મદદ મેળવવા માટે તમારા ઓળખપ પત્રમાં આપેલા નંબર પર ફોન કરી શકો છો. (Gujarati)

इस नोटिस में ज़रूरी जानकारी है। आपको अपनी स्वास्थ्य कवरेज को बनाये रखने या लागतों में सहायता के लिए कुछ विशिष्ट तारीखों तक कार्रवाई करनी पड़ सकती है। बिना किसी लागत के (हिन्दी) में सहायता के लिए, आप अपने आईडी कार्ड पर दिये नम्बर पर कॉल कर सकते हैं। (Hindi)

B00119900005000000400U1VCEX3225DB

*001199*J1VCEX32*05744B*

*001199*J1VCEX32*005745*

**本通知は大切なお知らせです。**健康保険を保持するため、もしくは費用を抑えるために一定期日までに措置を講じなければならない場合があります。無料にて日本語でお問い合わせになりたい場合は ID カードに記載されている番号までお電話ください。(Japanese)

**본 통지서에는 중요한 정보가 담겨져 있습니다.** 건강 보험을 계속 유지하거나 비용 관련 도움을 계속해 받으시려면 특정 일자까지 조치를 취하셔야 할 필요가 있습니다. 무료로 한국어로 도움을 받고 싶으시면 보험 ID 카드에 수록된 번호로 전화해 주십시오. (Korean)

این اطلاعیه حاوی اطلاعاتی مهم است. ممکن است که لازم باشد شما برای حفظ بیمه سلامت خود و یا کمک به هزینه های درمانی خود در تاریخ های معینی اقداماتی انجام دهید. برای دریافت کمک به زبان فارسی به صورت مجانی، می توانید با شماره تلفن موجود روی کارت شناسایی خود تماس حاصل کنید. (Persian-Farsi)

**Este Aviso disponibiliza Informação Importante.** Poderá ter de tomar determinadas ações até certas datas para manter a cobertura do seu seguro de saúde ou auxílio com custos e despesas. Poderá contactar o número disponível no seu cartão de identificação para obter assistência em português gratuitamente. (Portuguese)

**В этом Уведомлении содержатся важные сведения.** Для того чтобы сохранить страховку или получить помощь в оплате полученных услуг, Вам, возможно, нужно что-то сделать в сроки, указанные в этом уведомлении. Если Вам нужна помощь на русском языке, Вы можете ее бесплатно получить, позвонив по телефону, указанному на Вашей идентификационной карточке участника плана. (Russian)

***Thông Báo này có Thông Tin quan trọng.*** *Quý vị có thể cần thực hiện vào những ngày nhất định để giữ bảo hiểm của quý vị hoặc được trợ giúp chi phí. Để được trợ giúp bằng tiếng Việt miễn phí, quý vị có thể gọi đến số điện thoại ghi trên thẻ ID của quý vị.* (Vietnamese)

F001199000005000000J1VCEX32250F

# EXHIBIT B

**♥aetna**™   Customer Resolution Team
PO Box 14463
Lexington, KY 40512

Category code: CRTM

TARA KULWICKI



Customer Resolution Team
PO Box 14463
Lexington, KY 40512

Category code: CRTM

7-27-2021

DCN# 210727063027

TARA KULWICKI

Member name: Tara Kulwicki
Member number:
Case number(s): 2021071503855

Dear Requestor:

We're responding to your request about the case number above.

We have reviewed the file and would like to share our findings with you. The attached letter explains our findings and how we made our decision on this request.

We look forward to serving you in the future. Thank you.

Sincerely,

*Stephanie S*

Stephanie S
Complaint and Appeal Analyst
Customer Resolution Team

DCN# 210727063027
TARA KULWICKI   7-27-2021                                                    Category code: CRTM



Customer Resolution Team
P.O. Box 14463
Lexington, KY  40512

July 27, 2021

Tara Kulwicki

████████████████

Subscriber Name:        Tara Kulwicki
Member Name:            Tara Kulwicki
Member ID Number:       ████████████████
Provider Name:          Reproductive Biology Associates
Date(s) of Service:     Precert
Patient Account Number: NA
Payer:                  Aetna Life Insurance Company
Case Number(s):         2021071503855

**We want to share our decision on your appeal**

Dear Appellant:

We reviewed your concerns, which we received on July 15, 2021, about your recent precert request. Here's our decision.

**What we reviewed**
We are responding to the appeal of our decision on the following issue:

- 58322, artificial insemination; intrauterine
  89259, cryopreservation; sperm
  89343, storage (per year); sperm/semen and
  89353, thawing of cryopreserved; sperm/semen, each aliquot for the above-named member.

We reviewed all available information, including:

- The appeal request
- Aetna policies
- Clinical Policy Bulletin (CPB), Infertility
- The WellStar Cobb Hospital Summary Plan Description (SPD).

**Our decision on this appeal**
After reviewing the information above, we are standing by our earlier decision to uphold the precert request of 58322, artificial insemination; intrauterine, 89259, cryopreservation; sperm, 89343, storage (per year); sperm/semen and 89353, thawing of cryopreserved; sperm/semen, each aliquot for the above-named member.

Gen 4_Ver1_Rev4_02.19.19

DCN# 210727063027
TARA KULWICKI   7-27-2021                                          Category code: CRTM

**How we made our decision**
You did not agree with the original determination and asked Aetna to reconsider your precert request.

We will continue to uphold the previous denial as criteria has not been met.
Covered expenses include charges made by a physician to diagnose and to surgically treat the underlying medical cause of infertility. Infertility is defined as: For a woman who is 35 years of age or older: six months or more of timed, unprotected coitus, or six cycles of artificial insemination. single female desiring for a donor insemination cycle.

Charges associated with cryopreservation or storage of cryopreserved eggs and embryos (office, hospital, ultrasounds, laboratory tests, etc.); any charges associated with a frozen embryo or egg transfer, including but not limited to thawing charges. The member does not meet the definition of infertility per plan document and the plan does not cover these services per plan document. Criteria has not been met. This decision was made utilizing the Clinical Policy Bulletin (CPB), Infertility.

Please reference your SPD under the section entitled "**Medical Benefits Not Covered**" which states in part, "Not every medical service or supply is covered by the Plan, even if prescribed, recommended, or approved by your physician or dentist. The Plan covers only those services and supplies that are medically necessary and included in the What the Plan Covers section. Charges made for the following are not covered except to the extent listed under the What the Plan Covers section or by amendment attached to this SPD…
- Non-medically necessary services, including but not limited to, those treatments, services, prescription drugs and supplies which are not medically necessary, as determined by Aetna, for the diagnosis and treatment of illness, injury, restoration of physiological functions, or covered preventive services. This applies even if they are prescribed, recommended or approved by your physician or dentist."

Additionally, in your SPD under the section entitled "**Defined Terms**" it states in part, "As you read this SPD for the Wellstar Employee Medical Plan, you'll come across some important terms related to the Plan. To help you better understand the Plan, many of those important terms are defined here…

"**MEDICALLY NECESSARY**
Medically necessary health care services and supplies are services or supplies that are determined by the claims administrator to be medically appropriate and:
- Necessary to meet the basic health needs of the covered person;
- Provided in the most cost-efficient manner and type of setting appropriate for the delivery of the service or supply;
- Consistent in type, frequency, and duration of treatment with scientifically based guidelines of national medical, research, or health care coverage organizations or governmental agencies that are accepted by the claims administrator;
- Consistent with the diagnosis of the condition;
- Required for reasons other than the convenience of the covered person or his or her physician; and
- Demonstrated through prevailing peer-reviewed medical literature to be either:
  - Safe and effective for treating or diagnosing the condition or sickness for which their use is proposed. or
  - Safe with promising effectiveness:

Gen 4_Ver1_Rev4_02.19.19

DCN# 210727063027
TARA KULWICKI   7-27-2021
Category code: CRTM

- For treating a life-threatening sickness or condition;
- In a clinically controlled research setting; and
- Using a specific research protocol that meets standards equivalent to those defined by the National Institutes of Health."

You may obtain free of charge a copy of the clinical criteria by contacting our Member Services department or you may obtain the Clinical Policy Bulletin pertaining to Clinical Policy Bulletin (CPB), Infertility through the Internet at: www.aetna.com.

A complaint and appeal analyst, a data entry operator, an Aetna medical director, board certified in Internal Medicine with a professional designation of MD, and a licensed registered nurse with a professional designation of LPN who was not involved in the original decision, participated in the review of the appeal.

**Access to relevant information**
You can request access to copies of all documents, records and other information about this claim for benefits. There's no charge for this. We will include the specific rule, guideline, protocol or other similar criterion we used in making our decision. It also includes the names of any clinical reviewers if applicable.

The member, doctor or other provider may have sent us diagnosis and treatment codes with your precert request. To get these codes and their meanings, call us at the number on the member's ID card. Contact the member's doctor or other provider with any medical questions about the diagnosis or treatments.

**You can appeal this decision**
If you disagree with this decision, <u>you may request a second level appeal</u>. If you choose to appeal, please forward any additional relevant information that you would like us to consider.

The enclosed document, Aetna Appeal Process and Member Rights, has:
- Instructions on how to appeal
- An overview of the entire appeal process.

**We are here to answer your questions**
If you have questions about this appeal decision or the appeal process, call us at the number on the member's ID card. Be sure to include the case number when responding or asking about this issue. You can find it at the top of this letter.

DCN# 210727063027
TARA KULWICKI   7-27-2021                                    Category code: CRTM

**Let us know what you think**
We have a short survey about our appeal process. Can you help us by answering its questions? Just go to **aetna.com/form_assets/members/survey.html**.

Sincerely,

*Stephanie S.*

Stephanie S.
Complaint and Appeal Analyst
Customer Resolution Team

Enclosure(s):  Aetna Appeal Process and Member Rights
                      Aetna Complaint and Appeal Form
                      Language Enclosure

Gen 4_Ver1_Rev4_02.19.19

DCN# 210727063027
TARA KULWICKI   7-27-2021                                                    Category code: CRTM

Please retain this document for future reference.

## Aetna
## Appeal Process & Member Rights

You or your authorized representative — that's someone you name to represent you — has the right to file an appeal about coverage for service(s). You can do this when you're not satisfied with the original coverage decision.

Below we give you an overview of:
- The entire appeal process
- Your legal rights

To understand where you are in the appeal process, refer to our response to your letter of appeal.

1. You can file an appeal by writing us or by calling Member Services at the number on your member ID card. You or your authorized representative has 180 days from the date you got our original decision to submit an appeal. If we don't hear from you within that 180-day period, we'll consider our original decision to be final.

You may give us more information that you'd like us to consider. You may also ask us for copies of documents relevant to your claim. Just call us at the number on your member ID card or write us at the address below. There's no charge for this.

2. We'll let you know our appeal decision within 15 calendar days after we get your appeal.

3. You can ask us for an expedited — rush — appeal if we decide not to certify urgent or ongoing services. We'll let you know our decision within 36 hours after we get your expedited appeal.

You can ask for an expedited appeal when a delay in decision-making might either:
- Seriously jeopardize — put at risk — the life or health of the member
- Jeopardize the member's ability to regain maximum function

4. **Second-level appeal:** If you disagree with the response in our first appeal resolution letter, you may request a second-level appeal. To begin this process, you must send us a written request to the address below within 60 calendar days after you receive the resolution letter. If you do not request a second-level appeal within that time period, we'll consider our original decision stated in the first resolution letter to be final.

Aetna Customer Resolution Team
PO Box 14463
Lexington, KY  40512

If you do not agree with the final decision, you have the right to bring a civil action under Section 502(a) of ERISA, if applicable.

DCN# 210727063027
TARA KULWICKI   7-27-2021
Category code: CRTM

Please retain this document for future reference.

5. **External review:** Once you have completed the appeal process with us, you may have the right to have our decision reviewed by people outside of Aetna. These are health care professionals who have no association with us. You can take this step if our decision involved making a judgment as to:

- The medical necessity
- Appropriateness
- Health care setting
- Level of care
- Effectiveness of the health care service or treatment

Independent providers with expertise in the medical service or supply at issue conduct the external review. Once a review is complete, we accept the decision of the external reviewer.

You'll get an External Review Request form when you get your final internal appeal decision. If you want to ask for an external review, submit the form and the requested documentation to us at the address appearing on the form. You have four months to do this.

You may also be eligible for an expedited external review. You're eligible for this if the doctor who is treating you believes that a delay in decision-making might either:

- Seriously jeopardize (put at risk) the life or health of the member
- Jeopardizes the member's ability to regain maximum function.

The doctor who is treating you submits the Expedited External Review. You may pursue an expedited external review at the same time that you pursue your internal appeal.

You do not have to pay for either:

- The review
- Any filing fees

Your request for an External Review will not affect your rights to any other benefits under the plan. Nor will it affect your right to representation. Your request will not affect the process for selecting the External Review Organization. Nor will it affect the impartiality of the physician reviewer.

6. Your plan has a voluntary alternate dispute resolution option. If you are not satisfied with the final decision, please contact:

Wellstar Appeals,
Attn: Jerry Samson, Sr. Benefits Analyst
Human Resources – Benefits, 6th Floor
1800 Park Place
Marietta, GA 30067

7. **Resources to help you**
Call Member Services if you have questions about the external review forms or process. Just use the number on your member ID card. You can also visit **aetna.com** or write us at the address above.

WS-G_Rev3_05.14.19

DCN# 210727063027
TARA KULWICKI   7-27-2021                                    Category code: CRTM

Please retain this document for future reference.


For plans subject to the Patient Protection and Affordable Care Act (PPACA), if you have questions
about your appeal rights, this notice, or for assistance, you can contact the Employee Benefits
Security Administration at 1-866-444-EBSA (3272). You can also contact:

Georgia Office of Insurance and Safety Fire Commissioner

Consumer Services Division

2 Martin Luther King, Jr. Drive

West Tower, Suite 716

Atlanta, GA 30334

(800) 656-2298

http://www.oci.ga.gov/ConsumerService/Home.aspx (website)

WS-G_Rev3_05.14.19

Gen 35_Ver3_06.30.20

DCN# 210727063027
TARA KULWICKI    7-27-2021                                               Category code: CRTM



Thanks for your appeal request.  Here's a form you can use for future appeals.

Aetna is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies. The Aetna companies that offer, underwrite or administer benefits coverage include Aetna Health Inc., Aetna Health of California Inc., Aetna Dental Inc., Aetna Dental of California Inc.,Aetna Health Insurance Company of New York, Aetna Health Insurance Company, Aetna Behavioral Health, LLC, Aetna Health Insurance Company ofEurope, Ltd., Aetna Life & Casualty (Bermuda) Ltd. and/or Aetna Life Insurance Company (Aetna). Aetna Pharmacy Management refers to an internalbusiness unit of Aetna Health Management, LLC. In Florida, by Aetna Health Inc. and/or Aetna Life Insurance Company. For fully funded health plans in Maryland, by Aetna Health Inc., 151 Farmington Avenue, Hartford, CT 06156. Each insurer has sole financial responsibility for its own products. © Aetna Inc.

DCN# 210727063027
TARA KULWICKI   7-27-2021                                                        Category code: CRTM

# aetna®   **Member Complaint and Appeal Form**

**NOTE:** Completion of this form is voluntary. To obtain a review, you or your authorized representative may also call our Member Services Department using the telephone number displayed on the member ID card or submit a request in writing to the address listed at the end of your Explanation of Benefits (EOB) or other correspondence received from Aetna.

### *Please provide the following information for the primary Insured/Member.*
*(This information may be found on the front of your ID card.)*

| Today's Date | Member's ID Number | Plan Type<br>☐ Medical   ☐ Dental | Member's Group Number *(Optional)* |
|---|---|---|---|

| Member's First Name | Member's Last Name | Member's Birthdate *(MM/DD/YYYY)* |
|---|---|---|
| Member's E-mail Address | | |

### *Please provide the following information for the person you are submitting the request for.*

| First Name | Last Name | Birthdate *(MM/DD/YYYY)* |
|---|---|---|

Relationship to person requesting the appeal:

☐ Self   ☐ Spouse   ☐ Child   ☐ Other _____

**Note:** If your selection is spouse, child (18 years of age or older) or other, please complete and include the attached Authorized Representative Form with your request.

Please advise if the appeal is related to:

☐ Pre-Service   ☐ Post Service

### To help Aetna review and respond to your request, please provide the following information.
*(This information may be found on correspondence from Aetna.)*

| Claim ID Number<br>(If Post Service selected above.) | Reference Number<br>(If Pre-Service selected above.) | Service Date<br>(If Post Service insert date of services,<br>if Pre-Service insert date of denial.) |
|---|---|---|
| Explanation of Your Request *(Please use additional pages if necessary.)* | | |
| Member's Signature | | |

**Note:** When submitting this form with your request please include:   -  Bills and/or correspondence for these services.
-  Any other helpful information.

You may mail your request to:        **Aetna**
**PO Box 14463**
**Lexington, KY 40512**

**Or use our National Fax Number:**   **859-425-3379CRTM**

# EXHIBIT C

aetna™   Customer Resolution Team
PO Box 14463
Lexington, KY 40512-4463

Category code: CRTM

TARA KULWICKI



Category code: CRTM

9-8-2021

DCN# 210908058254

TARA KULWICKI
███████████████████

Member name: Tara Kulwicki
Member number: ████████████
Case number(s): 2021080303330

Dear Requestor:

We're responding to your request about the case number above.

We have reviewed the file and would like to share our findings with you. The attached letter explains our findings and how we made our decision on this request.

We look forward to serving you in the future. Thank you.

Sincerely,

*Stephanie S*

Stephanie S
Complaint and Appeal Analyst
Customer Resolution Team

DCN# 210908058254
TARA KULWICKI   9-8-2021                                              Category code: CRTM



Customer Resolution Team
P.O. Box 14463
Lexington, KY  40512

September 8, 2021

Tara Kulwicki

████████████

| | |
|---|---|
| Subscriber Name: | Tara Kulwicki |
| Member Name: | Tara Kulwicki |
| Member ID Number: | ████████████ |
| Provider Name: | Reproductive Biology Associates |
| Date(s) of Service: | NA |
| Patient Account Number: | NA |
| Payer: | Aetna Life Insurance Company |
| Case Number(s): | 2021080303330 |

**Complaint response**

Dear Complainant:

We are responding to your complaint received on July 15, 2021, about the denial of your precert request for Intrauterine insemination (IUI).

Aetna is concerned about our members and we take all complaints seriously. We strive to provide all members with quality service and the highest level of member satisfaction. We appreciate you for taking the time to supply us with the information needed to aid in our continuous efforts to evaluate the level of service received. I apologize if that standard was not met. It is our desire to be able to give our members the best service possible. Aetna is not discriminating against its members but are following the guidelines of their medical plan provision.

Our actions are in no way to discriminate against you, but to apply the benefits of your plan and process claims equitably to all plan participants, in accordance with our claims policies and procedures. Aetna complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, or sex.

We take all complaints seriously and use them as opportunities to improve member satisfaction. If you have questions or further comments, call us at the toll-free number on the member's ID card. Be sure to include the case number responding or asking about this issue. You can find it at the top of this letter.

Gen19_Rev3_02.19.19

DCN# 210908058254
TARA KULWICKI   9-8-2021                                                Category code: CRTM

With this plan, you can register for your personal member website at **aetna.com**. Once registered, you'll find health and cost information so you can know more about your choices and get the care you need. You can also print ID cards, and find a doctor, dentist, pharmacy or medical facility.

Sincerely,

Stephanie S.
Complaint and Appeal Analyst
Customer Resolution Team

DCN# 210908058254
TARA KULWICKI   9-8-2021                                                    Category code: CRTM

TTY:711

| English | **To access language services at no cost to you, call the number on your ID card.** |
|---|---|
| Albanian | Për shërbime përkthimi falas për ju, telefononi në numrin që gjendet në kartën tuaj të identitetit. |
| Amharic | የቋንቋ አገልግሎቶችን ያለክፍያ ለማግኘት፡ በመታወቂያዎት ላይ ያለውን ቁጥር ይደውሉ ። |
| Arabic | للحصول على الخدمات اللغوية دون أي تكلفة، الرجاء الاتصال على الرقم الموجود على بطاقة اشتراكك. |
| Armenian | Ձեր նախընտրած լեզվով ավվճար խորհրդատվություն ստանալու համար զանգահարեք ձեր բժշկական ապահովագրության քարտի վրա նշված հեռախոսահամարով |
| Bantu-Kirundi | Kugira uronke serivisi z'indimi ata kiguzi, hamagara inomero iri ku karangamuntu kawe |
| Bengali | আপনাকে বিনামূল্যে ভাষা পরিষেবা পেতে হলে আপনার পরিচয়পত্রে দেওয়া নম্বরে টেলিফোন করুন। |
| Burmese | သင့်အနေဖြင့် အခမဲ့ဘာသာစကား ဝန်ဆောင်မှုများ ရရှိနိုင်ရန်၊ သင့် ID ကတ်ပေါ်တွင်ရှိသော ဖုန်းနံပတ်အား ခေါ်ဆိုပါ။ |
| Catalan | Per accedir a serveis lingüístics sense cap cost per a vostè, telefoni al número indicat a la seva targeta d'identificació. |
| Cebuano | Aron maakses ang mga serbisyo sa lengguwahe nga wala kay bayran, tawagi ang numero nga anaa sa imong kard sa ID. |
| Chamorro | Para un hago' i setbision lengguåhi ni dibåtde para hågu, ågang i numiru gi iyo-mu kard aidentifikasion. |
| Cherokee | ᏣᎳᎩ ᏕᎦᎭᏁᏙᏗ ᏔᎬᏩᎶᏘ ᏓᎸᎩᏓᏗ ᏇᏗᎦᎳᎢ ᏚᏓᏌᏯᏍᏗ ᏝᎩ, ᏅᎱᏍᏗᏆᏂ ᏭᎾᎵᏌᏈᏱ, ᏫᏏᏆᏯᏴ ᏓᏓᏥᏔ ID ᏗᎭᏁᎶᏗ ᏨᏓᏘ. |
| Chinese Traditional | 如欲使用免費語言服務，請撥打您健康保險卡上所列的電話號碼 |
| Choctaw | Anumpa tosholi i toksvli ya peh pilla ho ish i payahinla kvt chi holisso kallo iskitini holhtena takanli ma i payah |
| Chuukese | Ren omw kopwe angei aninisin eman chon awewei (ese kamé), kopwe kééri ewe nampa mei mak won noum ena katen ID |
| Cushitic-Oromo | Tajaajiiloota afaanii gatii bilisaa ati argaachuuf,lakkoofsa fuula waraaqaa eenyummaa (ID) kee irraa jiruun bilbili. |
| Dutch | Voor gratis taaldiensten, bel het nummer op uw ziekteverzekeringskaart. |
| French | Pour accéder gratuitement aux services linguistiques, veuillez composer le numéro indiqué sur votre carte d'assurance santé. |
| French Creole (Haitian) | Pou ou jwenn sèvis gratis nan lang ou, rele nimewo telefòn ki sou kat idantifikasyon asirans sante ou. |
| German | Um auf den für Sie kostenlosen Sprachservice auf Deutsch zuzugreifen, rufen Sie die Nummer auf Ihrer ID-Karte an. |
| Greek | Για πρόσβαση στις υπηρεσίες γλώσσας χωρίς χρέωση, καλέστε τον αριθμό στην κάρτα ασφάλισής σας. |
| Gujarati | તમારે કોઇ પણ જાતના ખર્ચ વિના ભાષા સેવાઓ મેળવવા માટે, તમારા આઇડી કાર્ડ પર રહેલ નંબર પર કૉલ કરવો. |

DCN# 210908058254
TARA KULWICKI   9-8-2021                                                    Category code: CRTM

| Hawaiian | No ka wala'au 'ana me ka lawelawe 'ōlelo e kahea aku i ka helu kelepona ma kāu kāleka ID. Kāki 'ole 'ia kēia kōkua nei. |
|---|---|
| Hindi | बिना किसी कीमत के भाषा सेवाओं का उपयोग करने के लिए, अपने आईडी कार्ड पर दिए नंबर पर कॉल करें। |
| Hmong | Yuav kom tau kev pab txhais lus tsis muaj nqi them rau koj, hu tus naj npawb ntawm koj daim npav ID. |
| Igbo | Inweta enyemaka asụsụ na akwụghị ụgwọ obụla, kpọọ nọmba nọ na kaadi njirimara gi |
| Ilocano | Tapno maakses dagiti serbisio ti pagsasao nga awanan ti bayadna, awagan ti numero nga adda ayan ti ID kardmo. |
| Indonesian | Untuk mengakses layanan bahasa tanpa dikenakan biaya, silakan hubungi nomor telepon di kartu asuransi Anda. |
| Italian | Per accedere ai servizi linguistici senza alcun costo per lei, chiami il numero sulla tessera identificativa. |
| Japanese | 無料の言語サービスは、IDカードにある番号にお電話ください。 |
| Karen | လၢတၢ်ကမၤစၢၤကွိၢ်တၢ်ဖးအဘၣ်တၢ်လၢတၢ်အပှၤ လၢတၢ်အိၣ်ဒိးဘၣ်ပှၤလၢနကၢၣ်ဟ့ၣ်ဒီးအဂီၢ်.ကိးဘၣ်လီတဲစိနီၣ်ဂံၢ်လၢအအိၣ်လၢနနံၣ်ဒီၣ် (ID) အလိၢ်န္ဉာတက္ဉါ. |
| Korean | 무료 다국어 서비스를 이용하려면 보험 ID 카드에 수록된 번호로 전화해 주십시오. |
| Kru-Bassa | I nyuu kosna mahola ni language services ngui nsaa wogui wo, sebel i nsinga i ye ntilga i kat yong matibla |
| Kurdish | بۆ دهستپێراگهیشتن به خزمهتگوزاری زمان بهبێ تێچوون بۆ تۆ، پهیوهندی بکه به ژمارهی سهر ناى دی(ID) کارتی خۆت. |
| Lao | ເພື່ອເຂົ້າເຖິງບໍລິການພາສາທີ່ບໍ່ເສຍຄ່າ, ໃຫ້ໂທຫາເບີໂທຢູ່ໃນບັດປະຈໍາໂຕຂອງທ່ານ. |
| Marathi | आपल्याला कोणत्याही शुल्काशिवाय भाषा सेवांपर्यंत पोहोचण्यासाठी, आपल्या ID कार्डवरील क्रमांकावर फोन करा. |
| Marshallese | Ñan bōk jipañ kōn kajin ilo an ejjeḷọk wōṇean ñan kwe, kwōn kallok nōṃba eo ilo kaat in ID eo aṃ. |
| Micronesian-Ponapean | Pwehn alehdi sawas en lokaia kan ni sohte pweipwei, koahlih nempe nan amhw doaropwe en ID. |
| Mon-Khmer, Cambodian | ដើម្បីទទួលបានសេវាកម្មភាសាដែលឥតគិតថ្លៃសម្រាប់លោកអ្នក សូមហៅទូរស័ព្ទតាមលេខដែលបានបង្ហាញនៅលើបណ្ណសម្គាល់ខ្លួនរបស់លោកអ្នក។ |
| Navajo | T'áá ni nizaad k'ehjí bee níká a'doowoł doo bááh ílínígóó naaltsoos bee atah nílį́igo nanitinígíí bee néého'dólzinígíí béésh bee hane'í biká'ígíí áajị' hólne'. |
| Nepali | भाषासम्बन्धी सेवाहरूमाथि निःशुल्क पहुँच राख्न आफ्नो कार्डमा रहेको नम्बरमा कल गर्नुहोस्। |
| Nilotic-Dinka | Të kɔɔr yïn ran de wëër de thokic ke cïn wëu kɔr keek tënɔŋ yïn. Ke yïn cɔl ran ye kɔc kuɔny në namba de abac tɔ në ID kard duɔ̈n de tïït de nyin de panakim kɔ̈u. |
| Norwegian | For tilgang til kostnadsfri språktjenester, ring nummeret på ID-kortet ditt. |

DCN# 210908058254
TARA KULWICKI   9-8-2021                                                    Category code: CRTM

| | |
|---|---|
| Pennsylvanian-Dutch | Um Schprooch Services zu griege mitaus Koscht, ruff die Nummer uff dei ID Kaart. |
| Persian Farsi | برای دسترسی به خدمات زبان به طور رایگان، با شماره قید شده روی کارت شناسایی خود تماس بگیرید. |
| Polish | Aby uzyskać dostęp do bezpłatnych usług językowych, należy zadzwonić pod numer podany na karcie identyfikacyjnej. |
| Portuguese | Para aceder aos serviços linguísticos gratuitamente, ligue para o número indicado no seu cartão de identificação. |
| Punjabi | ਤੁਹਾਡੇ ਲਈ ਬਿਨਾਂ ਕਿਸੇ ਕੀਮਤ ਵਾਲੀਆਂ ਪੰਜਾਬੀ ਸੇਵਾਂ ਦੀ ਵਰਤੋਂ ਕਰਨ ਲਈ, ਆਪਣੇ ਆਈਡੀ ਕਾਰਡ 'ਤੇ ਦਿੱਤੇ ਨੰਬਰ 'ਤੇ ਫ਼ੋਨ ਕਰੋ। |
| Romanian | Pentru a accesa gratuit serviciile de limbă, apelați numărul de pe cardul de membru. |
| Russian | Для того чтобы бесплатно получить помощь переводчика, позвоните по телефону, приведенному на вашей идентификационной карте. |
| Samoan | Mō le mauaina o 'au'aunaga tau gagana e aunoa ma se totogi, vala'au le numera i luga o lau pepa ID. |
| Serbo-Croatian | Za besplatne prevodilačke usluge pozovite broj naveden na Vašoj identificionoj kartici. |
| Spanish | Para acceder a los servicios lingüísticos sin costo alguno, llame al número que figura en su tarjeta de identificación. |
| Sudanic Fulfulde | Heeba a naasta nder ekkitol jaangirde woldeji walla yobugo, ewnu lamba je ɗon windi ha do ɗerowol maaɗa. |
| Swahili | Kupata huduma za lugha bila malipo kwako, piga nambari iliyo kwenye kadi yako ya kitambulisho. |
| Syriac-Assyrian | ܐܢ ܒܨܒܝܢܐ ܕܚܝܠ ܠܡܬܚܙܝܘ ܠܐ ܚܕܐ ܦܠܛܐ ... |
| Tagalog | Upang ma-access ang mga serbisyo sa wika nang walang bayad, tawagan ang numero sa iyong ID card. |
| Telugu | ఖర్చు సేవలను మీకు ఖర్చు లేకుండా అందుకునేందుకు, మీ ఐడి కార్డుపై ఉన్న నంబరుకు కాల్ చేయండి. |
| Thai | หากท่านต้องการเข้าถึงการบริการทางด้านภาษาโดยไม่มีค่าใช้จ่าย โปรดโทรหมายเลขที่แสดงอยู่บนบัตรประจำตัวของท่าน |
| Tongan | Kapau 'oku ke fiema'u ta'etōtōngi 'a e ngaahi sēvesi kotoa pē he ngaahi lea kotoa, telefoni ki he fika 'oku hā atu 'i ho'o ID kaati. |
| Turkish | Dil hizmetlerine ücretsiz olarak erişmek için kimlik kartınızdaki numarayı arayın. |
| Ukrainian | Щоб безкоштовно отримати мовні послуги, задзвоніть за номером, вказаним на вашій ідентифікаційній картці. |
| Urdu | لسانی خدمات تک مُفت رسانی کے لیے، اپنے بیمہ کے ID کارڈ پر درج نمبر پر کال کریں۔ |
| Vietnamese | Để sử dụng các dịch vụ ngôn ngữ miễn phí, vui lòng gọi số điện thoại ghi trên thẻ ID của quý vị. |
| Yiddish | צו באקומען שפראך סערוויסעס פריי פון אפצאל, רופט דעם נומער אויף אייער ID קארטל. |
| Yoruba | Láti ráyèsí àwọn iṣẹ́ èdè fún ọ lọ́fẹ̀ẹ́, pe nọ́mbà tó wà lórí káàdì ìdánimọ̀ rẹ. |

DCN# 210908058254
TARA KULWICKI   9-8-2021                                                                         Category code: CRTM

Aetna complies with applicable Federal civil rights laws and does not unlawfully discriminate, exclude or treat people differently based on their race, color, national origin, sex, age, or disability.

We provide free aids/services to people with disabilities and to people who need language assistance.

If you need a qualified interpreter, written information in other formats, translation or other services, call the number on your ID card.

If you believe we have failed to provide these services or otherwise discriminated based on a protected class noted above, you can also file a grievance with the Civil Rights Coordinator by contacting:
Civil Rights Coordinator,
P.O. Box 14462, Lexington, KY 40512 (CA HMO customers: PO Box 24030 Fresno, CA 93779), 1-800-648-7817, TTY: 711,
Fax: 859-425-3379 (CA HMO customers: 860-262-7705), CRCoordinator@aetna.com.

You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights Complaint Portal, available at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf, or at: U.S. Department of Health and Human Services, 200 Independence Avenue SW., Room 509F, HHH Building, Washington, DC 20201, or at 1-800-368-1019, 800-537-7697 (TDD).

Aetna is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies.

DCN# 210908058254
TARA KULWICKI    9-8-2021                                    Category code: CRTM



Thanks for your appeal request.  Here's a form you can use for future appeals.

Aetna is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies. The Aetna companies that offer, underwrite or administer benefits coverage include Aetna Health Inc., Aetna Health of California Inc., Aetna Dental Inc., Aetna Dental of California Inc.,Aetna Health Insurance Company of New York, Aetna Health Insurance Company, Aetna Behavioral Health, LLC, Aetna Health Insurance Company ofEurope, Ltd., Aetna Life & Casualty (Bermuda) Ltd. and/or Aetna Life Insurance Company (Aetna). Aetna Pharmacy Management refers to an internalbusiness unit of Aetna Health Management, LLC. In Florida, by Aetna Health Inc. and/or Aetna Life Insurance Company. For fully funded health plans in Maryland, by Aetna Health Inc., 151 Farmington Avenue, Hartford, CT 06156. Each insurer has sole financial responsibility for its own products. © Aetna Inc.

DCN# 210908058254
TARA KULWICKI   9-8-2021

Category code: CRTM

# aetna®    Member Complaint and Appeal Form

**NOTE:** Completion of this form is voluntary. To obtain a review, you or your authorized representative may also call our Member Services Department using the telephone number displayed on the member ID card or submit a request in writing to the address listed at the end of your Explanation of Benefits (EOB) or other correspondence received from Aetna.

**Please provide the following information for the primary Insured/Member.**
*(This information may be found on the front of your ID card.)*

| Today's Date | Member's ID Number | Plan Type<br>☐ Medical   ☐ Dental | Member's Group Number *(Optional)* |
|---|---|---|---|

| Member's First Name | Member's Last Name | Member's Birthdate *(MM/DD/YYYY)* |
|---|---|---|
| Member's E-mail Address | | |

**Please provide the following information for the person you are submitting the request for.**

| First Name | Last Name | Birthdate *(MM/DD/YYYY)* |
|---|---|---|

Relationship to person requesting the appeal:
☐ Self   ☐ Spouse   ☐ Child   ☐ Other _____

**Note:** If your selection is spouse, child (18 years of age or older) or other, please complete and include the attached Authorized Representative Form with your request.

Please advise if the appeal is related to:
☐ Pre-Service   ☐ Post Service

**To help Aetna review and respond to your request, please provide the following information.**
*(This information may be found on correspondence from Aetna.)*

| Claim ID Number<br>(If Post Service selected above.) | Reference Number<br>(If Pre-Service selected above.) | Service Date<br>(If Post Service insert date of services,<br>if Pre-Service insert date of denial.) |
|---|---|---|
| Explanation of Your Request *(Please use additional pages if necessary.)* | | |
| Member's Signature | | |

**Note:** When submitting this form with your request please include:   - Bills and/or correspondence for these services.
   - Any other helpful information.

You may mail your request to:        **Aetna**
                                     **PO Box 14463**
                                     **Lexington, KY 40512**

**Or use our National Fax Number:**   **859-425-3379CRTM**