**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

TARA KULWICKI, on behalf of herself and
all others similarly situated,

        Plaintiff,

-v-

AETNA LIFE INSURANCE COMPANY,

        Defendants.

Case No. 3:22-cv-00229 (RNC)

## NOTICE OF APPEARANCE

Please enter the appearance of Greil I. Roberts, as attorney for the Defendant, **AETNA**

**LIFE INSURANCE COMPANY**, in the above-captioned case.

Dated at Glastonbury, Connecticut this 1st day of September, 2022.

DEFENDANT,
AETNA LIFE INSURANCE COMPANY

*/s/ Greil I. Roberts*
Greil I. Roberts (ct04598)
Gordon Rees Scully Mansukhani LLP
95 Glastonbury Blvd., Suite 206
Glastonbury, CT 06033
Phone: (860) 278-7448
Fax: (860) 560-0185
Email: groberts@grsm.com

## __CERTIFICATION__

I hereby certify that on this 1st day of September, 2022, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filings.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Greil I. Roberts*
Greil I. Roberts