IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARA KULWICKI, on behalf of herself and all others similarly situated,<br><br>                  Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>                  Defendant. | Case No. 3:22-CV-00229 (RNC) |

**JOINT STATUS REPORT**

Plaintiff Tara Kulwicki ("Plaintiff") and Defendant Aetna Life Insurance Company ("Defendant"; together with Plaintiff, the "Parties") respectfully submit this Joint Status Report pursuant to the Court's Scheduling Order dated May 24, 2022 (ECF 54).

**I.    The Status of the Case**

    **A.    Pending or Anticipated Motions**

        1.    Plaintiff filed her Amended Complaint on May 13, 2022 (ECF No. 42). On June 3, 2022, Defendant filed a Motion to Dismiss pursuant to Rules 12(b)(1) and 12(b)(7) of the Federal Rules of Civil Procedure (ECF No. 50). Plaintiff filed her Memorandum in Opposition to Defendant's Motion to Dismiss on July 1, 2022 (ECF No. 55). Defendant filed its Reply brief on July 15, 2022 (ECF No. 56). The Parties await the Court's decision on Defendant's Motion.

    **B.**    **Circumstances Potentially Interfering with the Parties' Compliance with the Scheduling Order**

        2.    The Parties do not currently anticipate any circumstances potentially interfering with the Parties' compliance with the Scheduling Order.

    **C.**    **Discovery to Date, Including How Many Depositions Each Party Has Taken and the Specific Discovery That Remains to be Completed**

        3.    On June 17, 2022, the Parties exchanged the disclosures required by Fed. R. Civ. P. 26(a)(1). Plaintiff's initial document production accompanied Plaintiff's initial disclosures.

        4.    On July 22, 2022, Plaintiff sent Defendant her proposed ESI Protocol and 502(d) Order for Defendant's review. Defendant responded to Plaintiff with an alternate draft. On September 1, 2022, Defendant sent a proposed ESI Protocol for Plaintiff's review.

        5.    Plaintiff served her First Set of Discovery Requests on Defendant on August 9, 2022. On September 8, 2022, Defendant served on Plaintiff its Responses and Objections to Plaintiff's First Set of Discovery Requests, including Defendant's first production of documents.

        6.    The Parties have not yet taken any depositions to date.

**II.**    **The Parties' Interest in Referral for Settlement Purposes to a United States Magistrate Judge or the District Court's Special Master's Program**

        7.    The Parties respectfully do not request referral for settlement purposes to a United States Magistrate Judge or to the District Court's Special Master's Program. The Parties may request a referral to private nonbinding mediation at some point after the resolution of initial dispositive motions.

**III.     Whether the Parties Will Consent to Either a Jury Trial or a Bench Trial Before a Magistrate Judge**

   8.   The Parties respectfully do not consent to proceed before a United States Magistrate Judge for either a bench or jury trial.

**IV.     The Estimated Length of Trial**

   9.   The Parties currently anticipate that a trial of Plaintiff's claims will take between one and three weeks.

Dated: September 23, 2022

/s/ Dennis O. Brown
Dennis O. Brown (ct04598)
Greil Roberts
**GORDON REES SCULLY MANSUKHANI LLP**
95 Glastonbury Blvd, Suite 206
Glastonbury, CT 06033
Tel: (860) 278-7448
Fax: (860) 560-0185
dbrown@grsm.com
groberts@grsm.com

Earl B. Austin
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Suite 900
Dallas, TX 75201-2980
Tel: (212) 408-2500
earl.austin@bakerbotts.com

Mariellen Dugan
**CALCAGNI & KANEFSKY LLP**
One Newark Center
1085 Raymond Boulevard, 14th Floor
Newark, NJ 07102
Tel: (862) 397-1796
mdugan@ck-litigation.com

*Attorneys for Defendant*

Respectfully submitted,

/s/ Gary F. Lynch
Gary F. Lynch
Jamisen A. Etzel
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
P: (412) 322-9243
F: (412) 231-0246
gary@lcllp.com
jamisen@lcllp.com

Joseph P. Guglielmo
Carey Alexander
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
P: (212) 223-4478
jguglielmo@scott-scott.com
calexander@scott-scott.com

Colleen E. Ramage
**RAMAGE LYKOS, LLC**
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
Tel: (412) 325-7700
Fax: (412) 325-7755
cramage@ramagelykos.law

MaryBeth V. Gibson
**THE FINLEY FIRM, P.C.**
3535 Piedmont Road NE
Piedmont Center
3535 Piedmont Road
Building 14, Suite 230
Atlanta, GA 30305
P: (404)-320-9979
mgibson@thefinleyfirm.com

*Attorneys for Plaintiff*