# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARA KULWICKI, on behalf of herself and all others similarly situated,<br><br>               Plaintiff,<br><br>v.<br><br>AETNA, INC. and AETNA LIFE INSURANCE COMPANY,<br><br>               Defendants. | Case No. 3:22-cv-00229 (RNC) |

**MOTION FOR ADMISSION OF KENNETH A. HELD TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 83.1(d), the undersigned member of the bar of this Court hereby respectfully moves this Court that:

Kenneth A. Held
Lynch Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T: (412) 322-9243
F: (412) 231-0246
ken@lcllp.com

be permitted to appear *pro hac vice* in this matter on behalf of Plaintiff Tara Kulwicki ("Plaintiff"). In accordance with the requirements of Local Rule 83.1(d)(1), the declaration of Kenneth A. Held is attached hereto as Exhibit A. Mr. Held's declaration contains the representations required by Local Rule 83.1(d)(1).

In further support of this motion, the undersigned represents as follows:

1.      The undersigned is a member in good standing of the bar of the United States District Court for the District of Connecticut.

2.      The granting of this motion will not require modification of any scheduling order entered pursuant to Fed. R. Civ. P. 16(b).

3.      Pursuant to Local Rule 83.1(d)(4), a Certificate of Good Standing from the Commonwealth of Pennsylvania with respect to Mr. Held will be filed within 60 days of the date of admission to this Court.

4.      As set forth in his declaration, pursuant to L. Civ. R. 83.1(d)(1)(e), Mr. Held has designated me as his agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of his admission. Pursuant to L. Civ. R. 83.1(c)(1), Mr. Held has designated me as the member of the bar of this court upon whom service of all papers shall also be made. Mr. Held is familiar with the issues presented in this case in as much as he and our firm have been retained to represent Plaintiff.

5.      The $200.00 fee required for Mr. Held's admission is submitted with this motion pursuant to Local Rule 83.1(d)(3).

Accordingly, undersigned counsel respectfully requests that the Court admit Mr. Held *pro hac vice* in this matter.

Dated: October 17, 2022                                    Respectfully submitted,

                                                           */s/ Joseph P. Guglielmo*
                                                           Joseph P. Guglielmo (ct27481)
                                                           Scott+Scott Attorneys at Law LLP
                                                           The Helmsley Building
                                                           230 Park Ave., 17th Fl.
                                                           New York, N.Y. 10169
                                                           Tel.: (212) 223-6444
                                                           Fax: (212) 223-6334
                                                           jguglielmo@scott-scott.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2022, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo