AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| Tara Kulwicki | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:22-cv-00229-RNC |
| Aetna, Inc., et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Tara Kulwicki                               .

Date:   10/21/2022

/s/ Kenneth A. Held
*Attorney's signature*

Kenneth A. Held (PA 330442)
*Printed name and bar number*

Lynch Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
*Address*

ken@lcllp.com
*E-mail address*

(412) 322-9243
*Telephone number*

(412) 231-0246
*FAX number*