

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

**Kenneth Anthony Held, Esq.**

**DATE OF ADMISSION**

**November 3, 2021**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: September 28, 2022

_Nicole Traini_
Nicole Traini
Chief Clerk