IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARA KULWICKI, on behalf of herself and all others similarly situated,<br><br>PLAINTIFF,<br><br>V.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>DEFENDANT. | Case No. 3:22-cv-229-RNC |

**CONSENT MOTION TO MODIFY SCHEDULING ORDER**

Plaintiff Tara Kulwicki, with the consent of Defendant Aetna Life Insurance Company, respectfully moves for a modification of the Court's scheduling order, dated May 24, 2022 (ECF No. 47). Plaintiff submits that, for the reasons described below, there is good cause for extending the deadlines in the current scheduling order by 90 days. In support of her motion, Plaintiff states as follows:

1. Plaintiff filed an amended complaint on May 13, 2022. (ECF No. 42). Defendant moved to dismiss that complaint on June 3, 2022 (ECF No. 50), Plaintiff responded in opposition on July 1, 2022 (ECF No. 55), and Defendant filed a reply on July 15, 2022. (ECF No. 56). The motion remains pending.

2. The parties have commenced discovery and are making progress. Specifically, Plaintiff served Defendant with her first sets of interrogatories, requests for production of documents, and requests for admissions on August 9, 2022, and Defendant served its objections and responses on September 8, 2022. Defendant served a first set of interrogatories and request for production of documents to Plaintiff on September 28, 2022, and Plaintiff served her

1

objections and responses on November 8, 2022. Both parties have begun producing documents, and Plaintiff anticipates that the parties anticipate will be meeting and conferring in the near future to discuss their respective objections and proposals for additional document productions.

3. The parties are continuing to negotiate an ESI protocol. Plaintiff circulated a proposed protocol on July 22, 2022. Defendant circulated an alternative proposal on September 1, 2022. The parties met and conferred regarding the protocol on October 10, 2022, and Plaintiff circulated a revised proposal on October 12, 2022.

4. The current scheduling order contains the following remaining deadlines:

- **Discovery Deadline:** All discovery, including all discovery relating to expert witnesses, will be completed (not just propounded) by **March 31, 2023**.

- **Discovery of Expert Witnesses:** The parties will designate all trial experts and provide opposing counsel with reports from retained experts on any issues on which they bear the burden of proof by **November 15, 2022**, and any such experts will be deposed on or before **December 16, 2022**.

- The parties will designate all trial experts and provide opposing counsel with reports from retained experts on any issues on which they do not bear the burden of proof by **February 17, 2023**, and any such experts will be deposed on or before **March 31, 2023**.

- **Damages Analysis:** Plaintiffs will serve a damages analysis on or before **November 15, 2022**.

- **Mandatory Settlement Conference:** A settlement conference will be scheduled for the month of **April 2023**.

- **Joint Trial Memorandum:** A joint trial memorandum in the form described in the attached instructions will be filed on or before **October 13, 2023**.

- **Trial Ready Date:** The case will be placed on the trial ready list for **November 17, 2023**.

- Any request for a prefiling conference regarding a motion for summary judgment must be submitted on or before **February 14, 2023**.

5. With Defendant's consent, Plaintiff respectfully requests that these deadlines be extended by 90 days. Although the parties have been moving forward, Plaintiff submits that additional time is required to facilitate further discovery and document productions before she will be able to produce an expert report and damages methodology. An extension of time will also allow the parties more flexibility in conducting electronic discovery in an efficient and cost-effective manner while Defendant's motion to dismiss remains pending.

6. The parties have not previously sought extensions of these deadlines.

7. If this motion is granted, the new dates in the scheduling order would be as follows:

- **Discovery Deadline:** All discovery, including all discovery relating to expert witnesses, will be completed (not just propounded) by <u>**June 29, 2023**</u>.

- **Discovery of Expert Witnesses:** The parties will designate all trial experts and provide opposing counsel with reports from retained experts on any issues on which they bear the burden of proof by <u>**February 13, 2023**</u>, and any such experts will be deposed on or before <u>**March 16, 2023**</u>.

- The parties will designate all trial experts and provide opposing counsel with reports from retained experts on any issues on which they do not bear the burden of proof by **May 18, 2023**, and any such experts will be deposed on or before **June 29, 2023**.

- **Damages Analysis:** Plaintiffs will serve a damages analysis on or before **February 13, 2023**.

- **Mandatory Settlement Conference:** A settlement conference will be scheduled for the month of **July 2023**.

- **Joint Trial Memorandum:** A joint trial memorandum in the form described in the attached instructions will be filed on or before **January 11, 2024**.

- **Trial Ready Date:** The case will be placed on the trial ready list for **February 15, 2024**.

- Any request for a prefiling conference regarding a motion for summary judgment must be submitted on or before **May 15, 2023**.

## CONCLUSION

For the reasons described above, Plaintiff respectfully requests that the Court grant this motion and extend the remaining deadlines in the scheduling order by 90 days.

Dated: November 15, 2022                Submitted by:

*/s/ Gary F. Lynch*
Gary F. Lynch
Jamisen Etzel
**LYNCH CARPENTER, LLP**
1133 Penn Ave
Pittsburgh, PA 15232
Tel:    (412) 322-9243
Fax:    (412) 231-0246

4

gary@lcllp.com
jamisen@lcllp.com

Joseph P. Guglielmo
Carey Alexander
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Ave., 17th Floor
New York, NY 10169
Tel.: (212) 223-6444
Fax: (212) 223-6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Colleen E. Ramage
**RAMAGE LYKOS, LLC**
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
Tel:  (412) 325-7700
Fax: (412) 325-7755
cramage@ramagelykos.law

**THE FINLEY FIRM**
MaryBeth V. Gibson
MGibson@thefinleyfirm.com
Piedmont Center
3535 Piedmont Center
Building 14, Suite 230
Atlanta, GA 30305
Tel:     (404) 978-6971
Fax:    (404) 320-9978

*Counsel for Plaintiff and the putative Class*