AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| TARA KULWICKI | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:22-cv-00229-RNC |
| AETNA, INC., et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Tara Kulwicki .

Date: 12/02/2022

/s/ Erin Green Comite
*Attorney's signature*

Erin Green Comite (CT 24886)
*Printed name and bar number*
Scott+Scott Attorneys at Law LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415

*Address*

ecomite@scott-scott.com
*E-mail address*

(860) 537-5537
*Telephone number*

(860) 537-4432
*FAX number*

Print    Save As...    Reset