IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARA KULWICKI, on behalf of herself and all others similarly situated,<br><br>         Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>         Defendant. | Case No. 3:22-cv-00229 (RNC) |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT**

  Plaintiff Tara Kulwicki and Defendant Aetna Life Insurance Company respectfully move for an extension of time in which to file their joint status report. Pursuant to the Court's Scheduling Order dated May 24, 2022 (ECF 54), the Parties are required to submit a joint status report every 90 days. The deadline for the current status report is December 23, 2022 (or December 27, 2022, due to court holidays). The parties request a 14-day extension of time in which to file their current report. If this motion is granted, the parties' status report will be due January 6, 2023.

  The parties have exercised diligence by exchanging a draft and holding a meet and confer regarding the status report. Despite the parties' efforts this week, an extension of time is necessary because the parties would like to provide the Court with additional details and proposals regarding discovery and the current schedule. However, due to the need for additional negotiations between the parties, and the limited availability of some personnel due to the holiday season, the parties have not been able to complete that process yet.

  WHEREFORE, for good cause shown, the Parties respectfully request until January 6, 2023 to file their joint status report.

| | |
|---|---|
| Dated: December 23, 2022 | Respectfully submitted, |
| /s/Earl B. Austin | /s/ Jamisen A. Etzel |
| Earl B. Austin | Gary F. Lynch |
| Sarah E. Reeves | Jamisen A. Etzel |
| **BAKER BOTTS L.L.P.** | Kenneth A. Held |
| 2001 Ross Avenue | **LYNCH CARPENTER LLP** |
| Suite 900 | 1133 Penn Avenue, 5th Floor |
| Dallas, TX 75201-2980 | Pittsburgh, PA 15222 |
| Tel: (212) 408-2500 | P:  (412) 322-9243 |
| earl.austin@bakerbotts.com | F:  (412) 231-0246 |
| sarah.reeves@bakerbotts.com | gary@lcllp.com |
| | jamisen@lcllp.com |
| Dennis O. Brown (ct04598) | ken@lcllp.com |
| Greil Roberts | |
| **GORDON REES SCULLY MANSUKHANI LLP** | Joseph P. Guglielmo |
| | Carey Alexander |
| 95 Glastonbury Blvd, Suite 206 | **SCOTT+SCOTT, ATTORNEYS AT LAW, LLP** |
| Glastonbury, CT 06033 | The Helmsley Building |
| Tel:  (860) 278-7448 | 230 Park Avenue, 17th Floor |
| Fax: (860) 560-0185 | New York, NY 10169 |
| dbrown@grsm.com | P:  (212) 223-4478 |
| groberts@grsm.com | jguglielmo@scott-scott.com |
| | calexander@scott-scott.com |
| Mariellen Dugan | |
| **CALCAGNI & KANEFSKY LLP** | Colleen E. Ramage |
| One Newark Center | **RAMAGE LYKOS, LLC** |
| 1085 Raymond Boulevard, 14th Floor | 525 William Penn Place, 28th Floor |
| Newark, NJ 07102 | Pittsburgh, PA 15219 |
| Tel: (862) 397-1796 | Tel:  (412) 325-7700 |
| mdugan@ck-litigation.com | Fax: (412) 325-7755 |
| | cramage@ramagelykos.law |
| ***Attorneys for Defendant*** | |
| | MaryBeth V. Gibson |
| | **THE FINLEY FIRM, P.C.** |
| | 3535 Piedmont Road NE |
| | Piedmont Center |
| | 3535 Piedmont Road |
| | Building 14, Suite 230 |
| | Atlanta, GA 30305 |
| | P:  (404)-320-9979 |
| | mgibson@thefinleyfirm.com |
| | |
| | ***Attorneys for Plaintiff*** |