**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| TARA KULWICKI, on behalf of herself and all others similarly situated, | Case No. 3:22-CV-00229 (RNC) |
| PLAINTIFF, | |
| V. | |
| AETNA LIFE INSURANCE COMPANY | |
| DEFENDANT. | |

**JOINT STATUS REPORT**

Plaintiff Tara Kulwicki ("Plaintiff") and Defendant Aetna Life Insurance Company ("Defendant") (collectively, the "Parties") respectfully submit this Joint Status Report pursuant to the Court's Scheduling Order dated May 24, 2022 (ECF No. 54).

**I.        The Status of the Case**

      **A.        Pending or Anticipated Motions**

Plaintiff filed her Amended Complaint on May 13, 2022 (ECF No. 42). On June 3, 2022, Defendant filed a Motion to Dismiss pursuant to Rules 12(b)(1) and 12(b)(7) of the Federal Rules of Civil Procedure (ECF No. 50). Plaintiff filed her Memorandum in Opposition to Defendant's Motion to Dismiss on July 1, 2022 (ECF No. 55). Defendant filed its Reply brief on July 15, 2022 (ECF No. 56). The Parties await the Court's decision on Defendant's Motion.

As explained below, the Parties' progress in discovery to date has been incremental but the Parties believe such progress is not sufficient for the Parties to realistically meet all of the current case deadlines.  Many of the outstanding disputes relate to the scope of Plaintiff's claims.

Defendant argues in its motion to dismiss that Plaintiff has failed to join plans, plan sponsors, and plan administrators as necessary and indispensable parties, and that Plaintiff lacks Article III standing to assert her claims. Because the resolution of Defendant's arguments affects the scope of discovery and third-party discovery and may be dispositive of the entire case, the Parties are mutually reluctant to incur the costs of full-blown, class-wide discovery while the motion to dismiss remains pending.

The Parties have met and conferred regarding these issues, and are concurrently filing a joint motion for a stay of pending deadlines in order to facilitate an efficient and practical process for document discovery while awaiting resolution of Aetna's dispositive motion.

Finally, as Plaintiff has asserted claims on behalf of a class of persons similarly situated, Plaintiff anticipates filing a motion for class certification. The operative schedule does not currently provide for either a class certification briefing schedule or for expert discovery specifically related to class certification. The Parties' forthcoming joint motion for a stay will propose that, upon resolution of Defendant's motion to dismiss (and assuming Plaintiff's claims are not dismissed), the Parties will file a new proposed scheduling order that factors in class certification related deadlines.

> **B.** **Discovery to Date, Including How Many Depositions Each Party Has Taken and the Specific Discovery That Remains to be Completed**

1. On June 17, 2022, the Parties exchanged the disclosures required by Fed. R. Civ. P. 26(a)(1). Plaintiff's initial document production accompanied Plaintiff's initial disclosures.

2. On July 22, 2022, Plaintiff sent Defendant her proposed ESI Protocol and 502(d) Order for Defendant's review. On September 1, 2022, Defendant sent an alternative proposed ESI Protocol for Plaintiff's review. The Parties first met and conferred regarding the protocol on October 10, 2022, and Plaintiff circulated a revised proposal on October 12, 2022. The Parties

discussed the ESI Protocol again at their December 5, 2022 meeting, with Aetna agreeing to send further redlines.

> 3.      Plaintiff served her First Set of Discovery Requests on Defendant on August 9, 2022. On September 8, 2022, Defendant served on Plaintiff its Responses and Objections to Plaintiff's First Set of Discovery Requests, including Defendant's first production of documents. The Parties held a meet and confer on December 5, 2022 to discuss the ESI protocol and Defendant's objections and responses to Plaintiff's first set of interrogatories and requests for production of documents.

> 4.      Aetna served its First Requests for Production and Interrogatories on September 28, 2022.  On November 8, 2022, Plaintiff served her Responses and Objections, including an additional production of documents.

> 5.      The Parties have not yet taken any depositions to date.

## II.     The Parties' Interest in Referral for Settlement Purposes to a United States Magistrate Judge or the District Court's Special Master's Program

The Parties respectfully do not request referral for settlement purposes to a United States Magistrate Judge or to the District Court's Special Master's Program. The Parties may request a referral to private nonbinding mediation at some point after the resolution of initial dispositive motions.

## III.    Whether the Parties Will Consent to Either a Jury Trial or a Bench Trial Before a Magistrate Judge

The Parties respectfully do not consent to proceed before a United States Magistrate Judge for either a bench or jury trial.

## IV.     The Estimated Length of Trial

The Parties currently anticipate that a trial of Plaintiff's claims will take between one and three weeks.

Dated: January 6, 2023

Respectfully submitted,

/s/ Earl B. Austin
Earl B. Austin
Sarah E. Reeves
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Suite 900
Dallas, TX 75201-2980
Tel: (212) 408-2500
earl.austin@bakerbotts.com
sarah.reeves@bakerbotts.com

Dennis O. Brown (ct04598)
Greil Roberts
**GORDON REES SCULLY
MANSUKHANI LLP**
95 Glastonbury Blvd, Suite 206
Glastonbury, CT 06033
Tel:  (860) 278-7448
Fax: (860) 560-0185
dbrown@grsm.com
groberts@grsm.com

Mariellen Dugan
**CALCAGNI & KANEFSKY LLP**
One Newark Center
1085 Raymond Boulevard, 14th Floor
Newark, NJ 07102
Tel: (862) 397-1796
mdugan@ck-litigation.com

***Attorneys for Defendant***

/s/ Jamisen A. Etzel
Gary F. Lynch
Jamisen A. Etzel
Kenneth A. Held
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
P:  (412) 322-9243
F:  (412) 231-0246
gary@lcllp.com
jamisen@lcllp.com
ken@lcllp.com

Joseph P. Guglielmo
Erin Green Comite
Carey Alexander
Amanda M. Rolon
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
P: (212) 223-4478
jguglielmo@scott-scott.com
ecomite@scott-scott.com
calexander@scott-scott.com
arolon@scott-scott.com

Colleen E. Ramage
**RAMAGE LYKOS, LLC**
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
Tel:  (412) 325-7700
Fax: (412) 325-7755
cramage@ramagelykos.law

MaryBeth V. Gibson
**THE FINLEY FIRM, P.C.**
3535 Piedmont Road NE

Piedmont Center
3535 Piedmont Road
Building 14, Suite 230
Atlanta, GA 30305
P:  (404)-320-9979
mgibson@thefinleyfirm.com

***Attorneys for Plaintiff***