## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARA KULWICKI, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>V.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No.3:22-cv-00229 (RNC) |

## PLAINTIFF'S REQUEST FOR A STATUS CONFERENCE

Plaintiff Tara Kulwicki ("Plaintiff") respectfully submits this Request for A Status Conference.  Defendant Aetna Life Insurance Company ("Defendant") does not oppose this request.

In support of this Request, the Plaintiff states as follows:

1.     Plaintiff initiated this action on February 9, 2022. (ECF No. 1).

2.     Plaintiff filed an Amended Complaint on May 13, 2022. (ECF No. 42).

3.     On June 3, 2022, Defendant filed a Motion to Dismiss pursuant to Rules 12(b)(1) and 12(b)(7) of the Federal Rules of Civil Procedure. (ECF No. 50).  Plaintiff filed an opposition to Defendant's Motion to Dismiss on July 1, 2022.  (ECF No. 55).  Defendant filed a reply to Plaintiff's opposition on July 15, 2022.  (ECF No. 56).

4.     The Motion to Dismiss is fully briefed and awaiting the Court's disposition.

5.     During the pendency of Defendant's motion to dismiss, the Court entered the operative Scheduling Order. (ECF No. 65).  Under the operative Scheduling Order, the deadline

to designate trial experts and exchange expert reports is February 13, 2023, with the parties having

until June 29, 2023 to complete all discovery.  (*Id.*).

6.      The Parties have engaged in initial discovery.  On August 9, 2022, Plaintiff served

Aetna with initial discovery requests.  On September 8, 2022, Aetna provided its Responses and

Objections.  Aetna served its First Requests for Production and Interrogatories on September 28,

2022.  On November 8, 2022, Plaintiff served her Responses and Objections, including an

additional production of documents.  On July 22, 2022, Plaintiff sent Aetna a draft ESI Protocol.

Aetna provided an alternate ESI Protocol on September 1, 2022.  On October 10, 2022, the Parties

met and conferred.  On October 12, 2022, Plaintiff provided edits to Aetna's proposed ESI

Protocol.  On January 6, 2023, Aetna provided proposed edits to the ESI Protocol and a Proposed

Qualified Protective Order.

7.      The Parties met and conferred on several occasions concerning the appropriate

scope of discovery requests propounded by Plaintiff and mutually agreeable methods for

proceeding with efficient and proportional document collection and production during the

pendency of Defendant's motion to dismiss.

8.      As of the date of this filing, the Parties continue to confer on this and other related

discovery issues.

9.      The Parties have not yet taken any depositions.

10.     The appropriate scope and sequence of discovery, and potentially expert

designations, will be impacted by the disposition of Defendant's motion to dismiss.

11.     In light of the foregoing, on January 6, 2023, the Parties filed a Joint Motion to Stay

the Case and Discovery pending disposition of Defendant's motion to dismiss.  (ECF No. 70).

12.     The Court has not yet ruled on the Parties' Joint Motion to Stay the Case and Discovery. The deadlines set in the operative scheduling order remain in effect.

THEREFORE, Plaintiff respectfully requests that the Court set a status conference to discuss the upcoming case management and discovery deadlines in light of the pending Joint Motion to Stay Case and Discovery.

Dated: February 9, 2023

Respectfully submitted,

*/s/ Gary F. Lynch*

Gary F. Lynch
Jamisen A. Etzel
Kenneth A. Held
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
P:  (412) 322-9243
F:  (412) 231-0246
gary@lcllp.com
jamisen@lcllp.com
ken@lcllp.com

Joseph P. Guglielmo
Carey Alexander
Amanda M. Rolon
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
P: (212) 223-4478
jguglielmo@scott-scott.com
calexander@scott-scott.com
arolon@scott-scott.com

Colleen E. Ramage
**RAMAGE LYKOS, LLC**
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
Tel:  (412) 325-7700
Fax: (412) 325-7755
cramage@ramagelykos.law

MaryBeth V. Gibson
**THE FINLEY FIRM, P.C.**
3535 Piedmont Road NE
Piedmont Center
3535 Piedmont Road
Building 14, Suite 230
Atlanta, GA 30305
P:  (404)-320-9979
mgibson@thefinleyfirm.com

***Attorneys for Plaintiff***

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system on February 9, 2023.  All Parties to this case are represented by counsel registered with the Court's CM/ECF system.

*/s/ Gary F. Lynch*

Gary F. Lynch