### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARA KULWICKI, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:22-cv-00229 (RNC) |

### JOINT MOTION FOR ENTRY OF QUALIFIED PROTECTIVE ORDER

Pursuant to Federal Rule 26(c), Plaintiff Tara Kulwicki ("Plaintiff") and Defendant Aetna Life Insurance company ("Aetna," and collectively with Plaintiff, the "Parties") respectfully request that the Court enter a qualified protective order supplementing the Standing Protective Order (the "Protective Order") (ECF No. 4). The Parties have agreed and stipulated to the qualified protective order attached as **Exhibit 1** in order to engage in discovery while safeguarding protected health information ("PHI"). The Parties understand that the Court already has a Protective Order in place. However, because discovery will likely involve disclosure and exchange of details regarding medical treatment and health information, including highly sensitive reproductive health information related to Aetna members who sought coverage for fertility treatment, which is protected and confidential, a supplemental qualified protective order is necessary to ensure confidentiality and safeguard the privacy of these members.

Accordingly, the Parties respectfully request the Court enter the qualified protective order attached to this motion as **Exhibit 1**.

Dated: February 21, 2023

Respectfully submitted,

<div style="display: flex;">

<div>

*Joseph P. Guglielmo*
Joseph P. Guglielmo (CT 27481)
Carey Alexander (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Ave., 17th Floor
New York, NY 10169
Tel.: (212) 223-6444
Fax: (212) 223-6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Gary F. Lynch (*pro hac vice*)
Kelly Iverson (*pro hac vice*)
Jamisen Etzel (*pro hac vice*)
**LYNCH CARPENTER, LLP**
1133 Penn Ave.
Pittsburgh, PA 15232
Tel.: (412) 322-9243
Fax: (412) 231-0246
gary@lcllp.com
kelly@lcllp.com
jamisen@lcllp.com

MaryBeth V. Gibson (*pro hac vice*)
**THE FINLEY FIRM**
Piedmont Center
3535 Piedmont Center
Building 14, Suite 230
Atlanta, GA 30305
Tel.: (404) 978-6971
Fax: (404) 320-9978
Mgibson@thefinleyfirm.com

Colleen E. Ramage (*pro hac vice* forthcoming)
**RAMAGE LYKOS, LLC**
525 William Penn Place
28th Floor
Pittsburgh, PA 15232
Tel.: (412) 325-7700
Fax: (412) 325-7755
cramage@ramagelykos.law

*Attorneys for Plaintiff*

</div>

<div>

*Dennis O. Brown*
Dennis O. Brown (ct04598)
**GORDON REES SCULLY MANSUKHANI LLP**
95 Glastonbury Blvd, Suite 206
Glastonbury, Connecticut 06033
Tel.: (860) 278-7448
Fax: (860) 560-0185
dbrown@grsm.com

Earl B. Austin
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza
New York, New York 10112
Tel.: (212) 408-2500
earl.austin@bakerbotts.com

Mariellen Dugan
**CALCAGNI & KANEFSKY LLP**
One Newark Center
1085 Raymond Boulevard, 14th Floor
Newark, New Jersey 07102
Tel.: 862-397-1796
mdugan@ck-litigation.com

*Attorneys for Defendant Aetna Life Insurance Company*

</div>

</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of February, 2023, a true and correct copy of the foregoing was served on all parties through the Court's ECF system.

*Joseph P. Guglielmo*
Joseph P. Guglielmo