# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARA KULWICKI, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>-v-<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:22-cv-00229 (RNC) |

**QUALIFIFED PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Health Insurance Portability and Accountability Act of 1996, and for good cause shown, the Court issues this Qualified Protective Order to supplement the Standing Protective Order (the "Protective Order") (ECF No. 4).

1. The Protective Order shall apply to "Protected Health Information" as defined in 45 C.F.R. §§160.103 and 164.501 that is designated as "CONFIDENTIAL" or "CONFIDENTIAL-ATTORNEY'S EYES ONLY" pursuant to the terms of the Protective Order. Protected Health Information shall be subject to all other terms and conditions governing treatment of confidential information under the terms of the Protective Order.

Protected Health Information shall mean information supplied in any form, or any portion thereof, that identifies an individual, as defined in 45 CFR §160.103 (an "Individual"), in any manner and relates to the past, present, or future care, services, or supplies relating to the physical or mental health or condition of such Individual, the provision of health care to such Individual, or the past, present, or future payment for the provision of health care to such Individual. Protected Health Information shall include, but is not limited to, claim data, claim forms, grievances, appeals,

or other documents or records that contain any patient health information required to be kept confidential under any state or federal law, including 45 C.F.R. Parts 160 and 164 promulgated pursuant to the Health Insurance Portability and Accountability Act of 1996 (*see* 45 C.F.R. §§164.501 & 160.103), and the following Individual identifiers:

    a.    names;

    b.    all geographic subdivisions smaller than a State, including street address, city, county, precinct, and zip code;

    c.    all elements of dates (except year) for dates directly related to an individual, including birth date, admission date, discharge date, age, and date of death;

    d.    telephone numbers;

    e.    fax numbers;

    f.    electronic mail addresses;

    g.    social security numbers;

    h.    medical record numbers;

    i.    health plan beneficiary numbers;

    j.    account numbers;

    k.    certificate/license numbers;

    l.    vehicle identifiers and serial numbers, including license plate numbers;

    m.    device identifiers and serial numbers;

    n.    web universal resource locators ("URLs");

    o.    internet protocol ("IP") address numbers;

    p.    biometric identifiers, including finger and voice prints;

    q.    full face photographic images and any comparable images; and/or

    r.    any other unique identifying number, characteristic, or code.

2.    The Protective Order, as supplemented by this Order, shall constitute a Qualified

Protective Order under 45 C.F.R. §164.512(e).

**IT IS SO ORDERED**.

Dated: _____

                                        The Hon. Robert N. Chatigny
                                        Senior United States District Judge