**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| TARA KULWICKI, on behalf of herself and all others similarly situated,<br><br>                        Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>                        Defendants. | Case No. 3:22-cv-00229 (RNC) |

**JOINT MOTION FOR DISCOVERY CONFERENCE**

Plaintiff Tara Kulwicki ("Plaintiff") and Defendant Aetna Life Insurance company ("Aetna," and collectively with Plaintiff, the "Parties"), by their undersigned Counsel, jointly request a discovery conference with respect to the terms of a protocol regarding the forms of production of documents and Electronically Stored Information ("ESI") in discovery. The Parties certify that they have met-and-conferred several times regarding a joint ESI protocol. Despite their best and good faith efforts, the Parties disagree as to three elements of the ESI protocol. The Parties have attached as **Exhibit 1** a proposed ESI Protocol identifying the agreement of the Parties and the limited areas of dispute along with the Parties' respective proposals.

Dated: February 22, 2023                                                  Respectfully submitted,

<div style="display:flex">

*Joseph P. Guglielmo*
Joseph P. Guglielmo (ct27481)
Carey Alexander (ct31294)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Ave., 17th Floor
New York, NY 10169
Tel.: (212) 223-6444
Fax: (212) 223-6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

*Greil I. Roberts (with permission)*
Greil I. Roberts (ct04598)
Dennis O. Brown (ct04598)
Gordon Rees Scully Mansukhani LLP
95 Glastonbury Blvd, Suite 206
Glastonbury, Connecticut 06033
Tel.: (860) 278-7448
Fax: (860) 560-0185
groberts@grsm.com
dbrown@grsm.com

</div>

Gary F. Lynch (*pro hac vice*)
Kelly Iverson (*pro hac vice*)
Jamisen Etzel (*pro hac vice*)
LYNCH CARPENTER, LLP
1133 Penn Ave.
Pittsburgh, PA 15232
Tel.: (412) 322-9243
Fax: (412) 231-0246
gary@lcllp.com
kelly@lcllp.com
jamisen@lcllp.com

MaryBeth V. Gibson (*pro hac vice*)
THE FINLEY FIRM
Piedmont Center
3535 Piedmont Center
Building 14, Suite 230
Atlanta, GA 30305
Tel.: (404) 978-6971
Fax: (404) 320-9978
Mgibson@thefinleyfirm.com

Colleen E. Ramage (*pro hac vice* forthcoming)
RAMAGE LYKOS, LLC
525 William Penn Place
28th Floor
Pittsburgh, PA 15232
Tel.: (412) 325-7700
Fax: (412) 325-7755
cramage@ramagelykos.law

*Attorneys for the Plaintiff and Putative Class*

Earl B. Austin
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, New York 10112
Tel.: (212) 408-2500
earl.austin@bakerbotts.com

Mariellen Dugan
CALCAGNI & KANEFSKY LLP
One Newark Center
1085 Raymond Boulevard, 14th Floor
Newark, New Jersey 07102
Tel.: 862-397-1796
mdugan@ck-litigation.com

*Attorneys for Defendant Aetna Life Insurance Company*