# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TARA KULWICKI, on behalf of herself and all others similarly situated, | : : : | |
| Plaintiff, | : : | Case No. 3:22-cv-229 (RNC) |
| v. | : : | |
| AETNA LIFE INSURANCE COMPANY, | : : : | |
| Defendant. | : | March 22, 2023 |

## MOTION FOR *PRO HAC VICE* ADMISSION OF SARAH REEVES, ESQ.

Pursuant to Local Rule of Civil Procedure 83.1(d), Defendant AETNA LIFE INSURANCE COMPANY, by and through its undersigned attorney, respectfully move this Court to permit the pro hac vice appearance of Sarah Reeves, Esq. to enable Attorney Reeves to participate in this litigation for all purposes up through and including the trial of this matter. In further support of this Motion, the undersigned submits the Affidavit of Sarah Reeves, Esq., attached hereto as **Exhibit A**, and submits as follows:

1. Attorney Reeves is a member in good standing of the Bar of the State of New York. Attorney Reeves has never been disciplined, suspended or disbarred by any court.

2. Attorney Reeves is an associate at the law firm of Baker Botts and has specialized skills and knowledge that are important to the defense of this case.

3. Attorney Reeves agrees to be bound by the Local Rules of Civil Procedure. 4. The undersigned counsel maintains an office within the State of Connecticut and will be counsel upon whom all notices, orders and pleadings may be served.

**WHEREFORE**, the undersigned counsel of record respectfully requests that Sarah Reeves, Esq. be permitted to appear on behalf of the Defendant in this matter.

>
> DEFENDANT,
> AETNA LIFE INSURANCE COMPANY
>
>
> */s/ Greil Roberts*
> Greil I. Roberts (ct04598)
> Gordon Rees Scully Mansukhani LLP
> 95 Glastonbury Blvd., Suite 206
> Glastonbury, CT 06033
> Phone: (860) 278-7448
> Fax: (860) 560-0185
> Email: groberts@grsm.com

**CERTIFICATION**

      I hereby certify that on this 22nd day of March, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filings. Parties may access this filing through the Court's CM/ECF System.

                                              */s/ Greil Roberts*
                                              Greil Roberts