# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARA KULWICKI, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 3:22-cv-229 (RNC)<br><br>March 21, 2023 |

## AFFIDAVIT OF SARAH REEVES

I, Sarah Reeves, Esquire, being duly sworn, depose and state as follows:

1. I am an attorney at law and member in good standing of the State of New York. I make this affidavit on my own personal knowledge, information and belief, and in order to request that the Court grant my application for admission *pro hac vice* in the above-captioned matter.

2. I am over the age of eighteen and believe in the obligations of an oath.

3. I am an associate at the law firm of Baker Botts L.L.P. My office address, telephone number, fax number and email address are as follows:

   30 Rockefeller Plaza
   New York, New York 10112-4498
   Tele: (212) 408-2649
   sarah.reeves@bakerbotts.com

4. I am admitted to practice before the Court of the State of New York, Bar No. 5752274.

I am also admitted to the following Courts and United States District Courts:

| Court | Admission Date | Bar ID Number |
|---|---|---|
| Southern District of New York | March 2, 2021 | 5752274 |

| Eastern District of New York | March 11, 2021 | SR1617 |

5. I have not been disciplined by, denied admission to, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court.

6. I have no pending disciplinary complaints in New York or any other jurisdiction.

7. I certify that I have read, and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, the Connecticut Rules of Professional Conduct, and the Standing Orders for the District of Connecticut and will faithfully adhere thereto.

8. I am designating my sponsoring attorney, Greil Roberts, as agent for service of process, and I am designating the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

I certify that all of the foregoing statements made by me are true, and I am aware that if any of the foregoing statements made by me are willfully false, I am subject to penalty.

Sarah Reeves, Esq.

Subscribed and sworn before me this 21st day of March, 2023.

Notary Public

STATE OF _New York_

COUNTY OF _New York_

Denise G. Johnson
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01JO4512898
Qualified in Queens, Certificate Filed in NY County
Commission Expires November 30, 2025

2