# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TARA KULWICKI, on behalf of herself and all others similarly situated, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:22-cv-229 (RNC) |
| | : | |
| v. | : | |
| | : | |
| AETNA LIFE INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | March 28, 2023 |

## NOTICE OF APPEARANCE

Dear Clerk:

Please enter the appearance of Sarah Reeves, Esq. as attorney for Defendant AETNA LIFE INSURANCE COMPANY, in the above-captioned case.

DEFENDANT,
AETNA  LIFE  INSURANCE  COMPANY

*/s/ Sarah Reeves*
Sarah Reeves (phv207176)
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Tele: (212) 408-2500
sarah.reeves@bakerbotts.com

## <u>CERTIFICATION</u>

I hereby certify that on this 28th day of March, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filings. Parties may access this filing through the Court's CM/ECF System.


*/s/ Sarah Reeves*
Sarah Reeves