# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARA KULWICKI, on Behalf of Herself and All Others Similarly Situated,<br><br>   Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>   Defendants. | Case No. 3:22-cv-00229 (RNC) |

## JOINT AGREED MOTION FOR ENTRY OF ORDER ESTABLISHING A PROTOCOL FOR THE PRODUCTION OF ELECTRONICALLY STORED INFORMATION

Plaintiff Tara Kulwicki ("Plaintiff") and Defendant Aetna Life Insurance company ("Aetna," and collectively with Plaintiff, the "Parties"), by their undersigned Counsel, jointly move for the entry of a protocol regarding the forms of production of documents and Electronically Stored Information ("ESI") in discovery, attached as **Exhibit 1**.

Dated: April 5, 2023

 *s/ Erin Green Comite*
Erin Green Comite (ct420630)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537
Fax: (860) 537-4432
ecomite@scott-scott.com

Joseph P. Guglielmo (ct27481)
Carey Alexander (ct31294)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Ave., 17th Floor
New York, NY 10169
Tel.: (212) 223-6444
Fax: (212) 223-6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Respectfully submitted,

 *s/ Greil I. Roberts (with permission)*
Greil I. Roberts (ct04598)
Dennis O. Brown (ct04598)
GORDON REES SCULLY
MANSUKHANI LLP
95 Glastonbury Blvd, Suite 206
Glastonbury, Connecticut 06033
Tel.: (860) 278-7448
Fax: (860) 560-0185
groberts@grsm.com
dbrown@grsm.com

Earl B. Austin
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, New York 10112
Tel.: (212) 408-2500
earl.austin@bakerbotts.com

<div style="display: flex;">

<div>

Gary F. Lynch (*pro hac vice*)  
Kelly Iverson (*pro hac vice*)  
Jamisen Etzel (*pro hac vice*)  
LYNCH CARPENTER, LLP  
1133 Penn Ave.  
Pittsburgh, PA 15232  
Tel.: (412) 322-9243  
Fax: (412) 231-0246  
gary@lcllp.com  
kelly@lcllp.com  
jamisen@lcllp.com  

MaryBeth V. Gibson (*pro hac vice*)  
THE FINLEY FIRM  
Piedmont Center  
3535 Piedmont Center  
Building 14, Suite 230  
Atlanta, GA 30305  
Tel.: (404) 978-6971  
Fax: (404) 320-9978  
Mgibson@thefinleyfirm.com  

Colleen E. Ramage (*pro hac vice* forthcoming)  
RAMAGE LYKOS, LLC  
525 William Penn Place  
28th Floor  
Pittsburgh, PA 15232  
Tel.: (412) 325-7700  
Fax: (412) 325-7755  
cramage@ramagelykos.law  

*Attorneys for the Plaintiff and Putative Class*

</div>

<div>

Mariellen Dugan  
CALCAGNI & KANEFSKY LLP  
One Newark Center  
1085 Raymond Boulevard, 14th Floor  
Newark, New Jersey 07102  
Tel.: 862-397-1796  
mdugan@ck-litigation.com  

*Attorneys for Defendant Aetna Life Insurance Company*

</div>

</div>