IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARA KULWICKI, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>AETNA, INC. and AETNA LIFE INSURANCE COMPANY,<br><br>       Defendants. | Case No. 3:22-cv-00229 (RNC) |

### MOTION FOR ADMISSION OF AMANDA M. ROLON TO APPEAR *PRO HAC VICE*

   Pursuant to Local Rule 83.1(d), the undersigned member of the bar of this Court hereby respectfully moves this Court that:

Amanda M. Rolon
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
T: (212) 223-6444
F: (212) 223-6334
arolon@scott-scott.com

be permitted to appear *pro hac vice* in this matter on behalf of Plaintiff Tara Kulwicki ("Plaintiff"). In accordance with the requirements of Local Rule 83.1(d)(1), the declaration of Amanda M. Rolon is attached hereto as Exhibit A. Ms. Rolon's declaration contains the representations required by Local Rule 83.1(d)(1).

   In further support of this motion, the undersigned represents as follows:

   1.  The undersigned is a member in good standing of the bar of the United States District Courts for the Northern, Southern, and Eastern Districts of New York, and United States Courts of Appeal for the Third and Ninth Circuits.

2. The granting of this motion will not require modification of any scheduling order entered pursuant to Fed. R. Civ. P. 16(b).

3. Pursuant to Local Rule 83.1(d)(4), a Certificate of Good Standing from the State of New York with respect to Ms. Rolon will be filed within 60 days of the date of admission to this Court.

4. As set forth in his declaration, pursuant to L. Civ. R. 83.1(d)(1)(e), Ms. Rolon has designated me as her agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of her admission. Pursuant to L. Civ. R. 83.1(c)(1), Ms. Rolon has designated me as the member of the bar of this court upon whom service of all papers shall also be made. Ms. Rolon is familiar with the issues presented in this case in as much as she and our firm have been retained to represent Plaintiff.

5. The $200.00 fee required for Ms. Rolon's admission is submitted with this motion pursuant to Local Rule 83.1(d)(3).

Accordingly, undersigned counsel respectfully requests that the Court admit Ms. Rolon *pro hac vice* in this matter.

| | |
|---|---|
| Dated: May 3, 2023 | Respectfully submitted, |
| | */s/ Joseph P. Guglielmo*<br>Joseph P. Guglielmo (ct27481)<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>The Helmsley Building<br>230 Park Ave., 17th Floor<br>New York, N.Y. 10169<br>Tel.: (212) 223-6444<br>Fax: (212) 223-6334<br>jguglielmo@scott-scott.com |

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2023, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo
