# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARA KULWICKI, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>AETNA, INC. and AETNA LIFE INSURANCE COMPANY,<br><br>                    Defendants. | Case No. 3:22-cv-00229 (RNC) |

## **DECLARATION OF AMANDA M. ROLON**

Pursuant to 28 U.S.C. §1746, I, Amanda M. Rolon, respectfully declare as follows:

1.      I make this declaration in support of the motion seeking my admission to appear *pro hac vice* in the above-captioned case for Plaintiff Tara Kulwicki ("Plaintiff").

2.      I am counsel for Plaintiff and am associated with Scott+Scott Attorneys at Law LLP, The Helmsley Building, 230 Park Avenue, 17th Floor, New York, NY 10169.  Tel: (212) 223-6444, Fax: (212) 223-6334.  Email: arolon@scott-scott.com.

3.      I am a member in good standing of the following courts:

| Jurisdiction | Date Admitted | Bar No. (if any) |
|---|---|---|
| State of New York | 2/5/2020 | 5742036 |
| United States District Court for the Northern District of New York | 8/1/2022 | 703773 |
| United States District Courts for the Southern District of New York | 4/21/2020 | 5742036 |
| United States District Court for the Eastern District of New York | 8/24/2020 | 5742036 |
| United States Court of Appeals for the Third Circuit | 4/25/2023 | |
| United States Court of Appeals for the Ninth Circuit | 1/13/2023 | |

4.      There are no disciplinary proceedings pending against me in any jurisdiction. Furthermore, I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5.      I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application to practice before this Court or any other court, while facing a disciplinary complaint.

6.      I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7.      I designate my sponsoring attorney, Joseph P. Guglielmo, of Scott+Scott Attorneys at Law LLP, The Helmsley Building, 230 Park Avenue, 17th Floor, New York, NY 10169, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

Dated: May 3, 2023

                                                        */s/ Amanda M. Rolon*
                                                        Amanda M. Rolon