# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARA KULWICKI, on behalf of herself and all others similarly situated,<br><br>                        Plaintiff,<br><br>v.<br><br>AETNA, INC. and AETNA LIFE INSURANCE COMPANY,<br><br>                        Defendants. | Case No. 3:22-cv-00229 (RNC) |

## NOTICE OF APPEARANCE

**TO: CLERK OF THE COURT AND ALL PARTIES OF RECORD**

      **PLEASE TAKE NOTICE** that I, Amanda M. Rolon, an attorney associated with the law firm of Scott+Scott Attorneys at Law LLP, having been admitted to practice in this Court *pro hac vice* (ECF No. 88), hereby enter an appearance as counsel in the above-captioned action on behalf of Plaintiff Tara Kulwicki and request that I be served with all future filings.

Dated: May 18, 2023

        */s/ Amanda M. Rolon*
        Amanda M. Rolon (*pro hac vice*)
        **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
        The Helmsley Building
        230 Park Avenue, 17th Floor
        New York, NY 10169
        Tel.: (212) 223-6444
        Fax: (212) 223-6334
        arolon@scott-scott.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2023, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                              /s/ *Amanda M. Rolon*
                                              Amanda M. Rolon