IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARA KULWICKI, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No. 3:22-cv-00229 (RNC) |

**MOTION TO BE EXCUSED FROM ATTENDANCE
AT TELEPHONE CONFERENCE RE: MOTION TO DISMISS**

Pursuant to Local Rule 83.1(d)(2), the undersigned, who is local counsel for the visiting counsel representing Defendant Aetna Life Insurance Company ("Aetna"), hereby requests to be excused from attending the June 22, 2023 Telephone Conference on the Motion to Dismiss (ECF 50). Aetna will be represented at the hearing by Earl B. Austin, III, who has significant experience handling matters in federal courts.

WHEREFORE, the undersigned respectfully requests that she be excused from attending the hearing on June 22, 2023.

Dated at Glastonbury, Connecticut this 13th day of June, 2023.

DEFENDANT,
AETNA LIFE INSURANCE COMPANY

*/s/ Greil I. Roberts*
Greil I. Roberts (ct04598)
Gordon Rees Scully Mansukhani LLP
95 Glastonbury Blvd., Suite 206
Glastonbury, CT 06033
Phone: (860) 278-7448
Email: groberts@grsm.com

## CERTIFICATION

I hereby certify that on this 13th day of June, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filings. Parties may access this filing through the Court's CM/ECF System.

*/s/ Greil I. Roberts*
Greil I. Roberts