Civil- (Dec-2008)

HONORABLE: Robert N. Chatigny
DEPUTY CLERK _____   RPTR/ECRO/TAPE Cassie Zayas
TOTAL TIME: 1 hours 21 minutes
DATE: 6-22-2023   START TIME: 10:00 AM   END TIME: 11:21 AM
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:22-cv-00229-RNC

| Tara Kulwicki | J. Etzel, C. Alexander, E. Comite |
|---|---|
|  | Plaintiff's Counsel |
| vs |  |
| Aetna Life Insurance Company | E. Austin, D. Brown, M. Dugan |
|  | Defendant's Counsel |

## COURTROOM MINUTES- CIVIL

☑ Motion hearing   Telephonic ☐   ☐ Show Cause Hearing
☐ Evidentiary Hearing   ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ …..#50 Motion to Dismiss _____ ☐ granted ☐ denied ☐ advisement
☐ …..# ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..# ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ Hearing continued until _____ at _____

Notes: Parties to submit supplemental briefing to the court as discussed on the call. Discovery period is stayed pending ruling on this motion to dismiss. Defense counsel to submit memo by 7/7/23; plaintiff to respond by 7/17/23, unless parties request otherwise.