**BAKER BOTTS L.L.P.**

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL +1 212.408.2500
FAX +1 212.408.2501
BakerBotts.com

AUSTIN
BEIJING
BRUSSELS
DALLAS
DUBAI
HONG KONG
HOUSTON

LONDON
MOSCOW
**NEW YORK**
PALO ALTO
RIYADH
SAN FRANCISCO
WASHINGTON

June 22, 2023

Earl B. Austin
TEL: 212.408.2564
FAX: 212.259.2564
earl.austin@bakerbotts.com

<u>VIA ECF</u>

Hon. Robert N. Chatigny
United States District Court, District of Connecticut
450 Main Street – Room 228
Hartford, CT 06103

   Re: *Kulwicki v. Aetna Life Ins. Co*, Case No. 3:22-cv-00229-RNC

Dear Judge Chatigny:

  We represent Defendant Aetna Life Insurance Company ("Aetna") in the above-referenced matter. Aetna respectfully submits this letter application jointly with Plaintiff Tara Kulwicki, requesting an extension of time to file the supplemental briefing requested during the June 22 hearing on Aetna's Motion to Dismiss. Under the schedule discussed at the hearing, Aetna's supplemental brief would be due July 7 and Plaintiff's response on July 17. The parties have conferred and have agreed to request an extension of Aetna's deadline to July 14 and Plaintiff's deadline to July 28. The parties jointly request this extension to accommodate the intervening July 4th holiday, as well as other commitments of counsel.

                Respectfully submitted,

*/s/ Jamisen A. Etzel*
Gary F. Lynch
Jamisen A. Etzel
Kenneth A. Held
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
P: (412) 322-9243
F: (412) 231-0246
gary@lcllp.com
jamisen@lcllp.com
ken@lcllp.com

Joseph P. Guglielmo
Erin Green Comite

*Earl B. Austin*
Earl B. Austin
Sarah E. Reeves
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Suite 900
Dallas, TX 75201-2980
Tel: (212) 408-2500
earl.austin@bakerbotts.com
sarah.reeves@bakerbotts.com

Dennis O. Brown (ct04598)
Greil Roberts
**GORDON REES SCULLY
MANSUKHANI LLP**

**BAKER BOTTS** LLP

June 22, 2023

Carey Alexander
Amanda M. Rolon
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
P: (212) 223-4478
jguglielmo@scott-scott.com
ecomite@scott-scott.com
calexander@scott-scott.com
arolon@scott-scott.com

Colleen E. Ramage
**RAMAGE LYKOS, LLC**
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
Tel: (412) 325-7700
Fax: (412) 325-7755
cramage@ramagelykos.law

MaryBeth V. Gibson
**THE FINLEY FIRM, P.C.**
3535 Piedmont Road NE
Piedmont Center
3535 Piedmont Road
Building 14, Suite 230
Atlanta, GA 30305
P: (404)-320-9979
mgibson@thefinleyfirm.com

*Attorneys for Plaintiff*

95 Glastonbury Blvd, Suite 206
Glastonbury, CT 06033
Tel: (860) 278-7448
Fax: (860) 560-0185
dbrown@grsm.com
groberts@grsm.com

Mariellen Dugan
**CALCAGNI & KANEFSKY LLP**
One Newark Center
1085 Raymond Boulevard, 14th Floor
Newark, NJ 07102
Tel: (862) 397-1796
mdugan@ck-litigation.com

*Attorneys for Defendant*