**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| TARA KULWICKI, on behalf of herself and all others similarly situated, | : : : | |
| Plaintiff, | : : | Case No. 3:22-cv-229 (RNC) |
| v. | : : | |
| AETNA LIFE INSURANCE COMPANY, | : : | |
| Defendant. | : | NOVEMBER 10, 2023 |

**NOTICE OF APPEARANCE**

Dear Clerk:

    Please enter the appearance of Michael P. Thompson, as attorney for the Defendant, **AETNA LIFE INSURANCE COMPANY**, in the above-captioned case.

Dated at Glastonbury, Connecticut this 10th day of November, 2023.

                                               DEFENDANT,
                                               AETNA LIFE INSURANCE COMPANY

                                               */s/ Michael P. Thompson*
                                               Michael P. Thompson (ct09634)
                                               Gordon Rees Scully Mansukhani LLP
                                               95 Glastonbury Blvd., Suite 206
                                               Glastonbury, CT 06033
                                               Phone: (860) 278-7448
                                               Fax: (860) 560-0185
                                               Email: mpthompson@grsm.com

**CERTIFICATION**

  I hereby certify that on this 10th day of November, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filings. Parties may access this filing through the Court's CM/ECF System.

                    */s/ Michael P. Thompson*
                    Michael P. Thompson (ct09634)