**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| TARA KULWICKI, on behalf of herself and all others similarly situated, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:22-cv-229 (RNC) |
| | : | |
| v. | : | |
| | : | |
| AETNA LIFE INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | NOVEMBER 14, 2023 |

<u>**MOTION FOR EXTENSION OF TIME**</u>

Pursuant to Fed. R. Civ. P. 6(b) and D. Conn. L. Rule 7(b) of the United States District Court for the District of Connecticut, the Defendant, **AETNA LIFE INSURANCE COMPANY ("Aetna")** hereby move for an additional thirty (30) day extension of time, from November 22, 2023 up to and including December 22, 2023 to file its amicus curiae brief and allow others to do the same.

The undersigned states that good cause exists in requesting the additional time.  On or about July 31, 2023, Plaintiff filed her Motion for Leave to File Amicus Curiae Brief in Opposition to Defendant's Motion to Dismiss Plaintiff's Amended Complaint (the "Motion").  Now that it has been granted by the Court, the issues raised in the proposed brief filed with the Motion are such that, in addition to Aetna, additional third parties will likely have sufficient interest in submitting their own amicus curiae briefs.  In this context, and with the upcoming Thanksgiving holiday forthcoming, Aetna requests an extension of time of thirty (30) days for it and other interested parties to file amicus curiae briefs up to and including December 22, 2023.

This motion is the first extension of time requested by the Defendant to file its amicus curiae brief. Undersigned counsel contacted counsel for Plaintiff to obtain consent regarding this motion and counsel for Plaintiff has represented that they have no position concerning same.

WHEREFORE, the Defendant respectfully requests an extension of time through December 22, 2023.

Dated at Glastonbury, Connecticut this 14th day of November, 2023.

DEFENDANT,
AETNA LIFE INSURANCE COMPANY


*/s/ Michael P. Thompson*
Michael P. Thompson (ct09634)
Gordon Rees Scully Mansukhani LLP
95 Glastonbury Blvd., Suite 206
Glastonbury, CT 06033
Phone: (860) 278-7448
Fax: (860) 560-0185
Email: mpthompson@grsm.com

## <u>CERTIFICATION</u>

I hereby certify that on this 14th day of November, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filings. Parties may access this filing through the Court's CM/ECF System.

*/s/ Michael P. Thompson*
Michael P. Thompson