IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARA KULWICKI, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br><br>AETNA LIFE INSURANCE COMPANY,<br><br>        Defendant | Case No. 3:22-CV-00229 (VDO) |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Tara Kulwicki hereby provides notice to the Court of a recent and pertinent decision that was not available at the time of the parties' briefing on Defendant Aetna's currently-pending motion to dismiss, *Berton v. Aetna Inc.*, 4:23-cv-1849, 2024 WL 869651 (N.D. Cal. Feb. 29, 2024) (slip copy attached as Exhibit A).

The *Berton* court's discussion and rejection of the defendant's Rule 12(b)(6) and 12(b)(7) arguments in that case appears at pages 4–10 of the attached copy of the opinion. The analysis therein is directly relevant to the issues raised in Aetna's similar motion here. Plaintiff respectfully requests that the Court consider *Berton* in its own analysis of the current motion to dismiss.

Dated: March 6, 2024        Respectfully submitted by:

        /s/ Jamisen A. Etzel

        Gary F. Lynch
        Jamisen A. Etzel
        **LYNCH CARPENTER LLP**
        1133 Penn Avenue, 5th Floor
        Pittsburgh, PA 15222
        P:  (412) 322-9243

F:  (412) 231-0246
gary@lcllp.com
jamisen@lcllp.com

Joseph P. Guglielmo
Erin Green Comite
Carey Alexander
Amanda M. Rolon
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
P: (212) 223-4478
jguglielmo@scott-scott.com
ecomite@scott-scott.com
calexander@scott-scott.com
arolon@scott-scott.com

***Attorneys for Plaintiff***