**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| TARA KULWICKI, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AETNA INC., AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | Civil Case No.: 3:22-CV-00229-RNC<br><br>**MOTION TO WITHDRAW APPEARANCE OF CAREY ALEXANDER AS COUNSEL FOR PLAINTIFF**<br><br>Date: August 23, 2024 |

Pursuant to Rule 7(e) of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned respectfully moves to withdraw his appearance on behalf of Plaintiff Tara Kulwicki ("Plaintiff"). There is good cause for the Court to grant this motion because Plaintiff will continue to be represented by attorneys from Scott+Scott Attorneys at Law LLP, including Joseph P. Guglielmo, Erin G. Comite, and Amanda M. Rolon.

DATED: August 23, 2024            Respectfully submitted,

*/s / Carey Alexander*
Carey Alexander (*pro hac vice*)
Scott+Scott Attorneys at Law LLP
The Helmsley Building
230 Park Ave., 17th Fl.
New York, N.Y. 10169
Tel.: (212) 223-6444
Fax: (212) 223-6334
calexander@scott-scott.com