IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARA KULWICKI, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | Case No. 3:22-cv-00229 (VDO) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant Aetna Life Insurance Co. ("Aetna"), by and through its undersigned counsel, hereby brings this unopposed motion pursuant to D. Conn. L. Civ. R. 7(b) for an extension of time from October 4, 2024 until November 4, 2024 of the deadline to file its motion relating to Aetna's role in designing the Wellstar plan. In support of its motion, Aetna states as follows:

1. On April 29, 2024, the Court entered a Scheduling Order. ECF No. 116.

2. As relevant to this motion, the Scheduling Order states:

   o All fact and expert discovery shall be completed (not propounded) by **January 16, 2026**.

   o The initial discovery phase will be limited to discovery relating to Aetna's role in designing the Wellstar Plan, which discovery will be completed by **August 30, 2024**.

   o Summary judgment motions relating to the question of Aetna's role in designing the Wellstar Plan shall be filed in accordance with the Honorable Vernon D. Oliver's Pretrial Preferences on or before **October 4, 2024**

3. Aetna and Plaintiff Kulwicki (the "Parties") have served third-party subpoenas on the plan sponsor, Wellstar, which is working to collect and produce relevant documents in this matter. Pursuant to Your Honor's Pretrial Preferences (https://www.ctd.uscourts.gov/content/vernon-d-oliver), which state "[a]ll interim discovery deadlines may be amended by

agreement of the parties without the Court's approval provided those amendments do not delay the deadline for completion of all discovery," the Parties have conferred and have agreed to extend the initial discovery deadline from August 30, 2024 to September 30, 2024 to accommodate Wellstar.

4. Good cause is shown for the relief requested. Specifically, non-party Wellstar requires additional time to respond to the subpoenas issued by the Parties. Given the thirty-day extension of the initial discovery phase, Aetna requests an equal extension to its motion deadline.

5. Pursuant to D. Conn. L. Civ. R. 7(b)(2), Aetna states that it has conferred with Plaintiff Kulwicki, who agrees to an extension of Aetna's motion deadline until November 4, 2024. This is Aetna's first extension request with respect to its motion deadline.

WHEREFORE, for good cause shown, Aetna respectfully requests until November 4, 2024, to file its motion relating to Aetna's role in designing the Wellstar plan.

Dated: September 4, 2024

*/s/ Earl B. Austin*
Earl B. Austin
Sarah E. Reeves
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Suite 900
Dallas, TX 75201-2980
Tel: (212) 408-2500
earl.austin@bakerbotts.com
sarah.reeves@bakerbotts.com

Michael P. Thompson (ct09634)
Dennis O. Brown (ct04598)
**GORDON REES SCULLY MANSUKHANI LLP**
95 Glastonbury Blvd, Suite 206
Glastonbury, CT 06033
Tel: (860) 278-7448
Fax: (860) 560-0185
mpthompson@gsrm.com
dbrown@grsm.com

Mariellen Dugan
**CALCAGNI & KANEFSKY LLP**
One Newark Center
1085 Raymond Boulevard, 14th Floor
Newark, NJ 07102
Tel: (862) 397-1796
mdugan@ck-litigation.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 4, 2024, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                  /s/ *Earl B. Austin*
                                  Earl B. Austin