IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

TARA KULWICKI, on behalf of herself and
all others similarly situated,

    Plaintiff,

-v-

AETNA LIFE INSURANCE COMPANY,

    Defendant.

Case No. 3:22-cv-00229 (VDO)

January 3, 2025

**AETNA LIFE INSURANCE COMPANY'S RESPONSE
TO PLAINTIFF'S MOTION TO SEAL**

Defendant Aetna Life Insurance Company ("Aetna") submits this response to Plaintiff's Motion to Seal Portions of Plaintiff's Preliminary Statement of Facts in Opposition to Aetna's Limited Motion for Summary Judgment [Dkt. 129].

Aetna does not seek to seal the portions of Plaintiff's preliminary statement of facts addressed in Plaintiff's motion to seal. Aetna reserves the right to seek protection for other portions of the documents referenced in Plaintiff's preliminary statement, as may be appropriate, but Aetna does not request that the redacted portions of Plaintiff's preliminary statement be sealed and does not object to the public filing of that document.

/s/ Theodore J. Tucci
Theodore J. Tucci (ct05249)
Abby M. Warren (ct30077)
Christopher A. Costain (ct31612)
**ROBINSON & COLE LLP**
One State Street
Hartford, Connecticut 06103
Tel.: (860) 275-8200
Fax: (860) 275-8299
ttucci@rc.com
awarren@rc.com
ccostain@rc.com

Earl B. Austin
Sarah E. Reeves
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Suite 900
Dallas, TX 75201-2980
Tel: (212) 408-2500
earl.austin@bakerbotts.com
sarah.reeves@bakerbotts.com

*Attorneys for Defendant Aetna Life Insurance Co.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 3rd day of January, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filings. Parties may access this filing through the Court's CM/ECF System.

                                      */s/ Theodore J. Tucci*
                                      Theodore J. Tucci (ct05249)