IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARA KULWICKI, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:22-cv-00229 (VDO)<br><br><br><br>January 10, 2025 |

## JOINT STATUS REPORT

Plaintiff Tara Kulwicki ("Plaintiff") and Defendant Aetna Life Insurance Co. ("Aetna") (collectively, the "Parties") respectfully submit this Joint Status Report pursuant to the Court's Order dated December 19, 2024 (ECF No. 131).

The Parties have conferred and agreed on the following briefing schedule for Aetna's motion:

Aetna's Motion: February 14, 2025

Plaintiff's Response: March 19, 2025

Aetna's Reply: April 4, 2025

1

Dated: January 10, 2025                                    Respectfully submitted,

/s/ Theodore J. Tucci_____                     /s/ Erin Green Comite_____
Theodore J. Tucci (ct05249)                                Erin Green Comite (ct24886)
Abby M. Warren (ct30077)                                   **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Christopher A. Costain (ct31612)                           156 S. Main Street, P.O. Box 192
**ROBINSON & COLE LLP**                                    Colchester, CT 06415
One State Street                                           P: (860) 537-5537
Hartford, Connecticut 06403                                F: (860) 537-4432
Tel.: (860) 275-8200                                       ecomite@scott-scott.com
Fax: (860) 275-8299
ttucci@rc.com                                              Joseph P. Guglielmo (ct27481)
awarren@rc.com                                             Amanda M. Rolon (*pro hac vice*)
ccostain@rc.com                                            **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
                                                           The Helmsley Building
Earl B. Austin (*pro hac vice*)                            230 Park Avenue, 17th Floor
Sarah E. Reeves (*pro hac vice*)                           New York, NY 10169
**BAKER BOTTS L.L.P.**                                     P: (212) 223-4478
2001 Ross Avenue                                           jguglielmo@scott-scott.com
Suite 900                                                  arolon@scott-scott.com
Dallas, TX 75201-2980
Tel: (212) 408-2500                                        Gary F. Lynch (*pro hac vice*)
earl.austin@bakerbotts.com                                 Jamisen A. Etzel (*pro hac vice*)
sarah.reeves@bakerbotts.com                                Kelly Iverson (*pro hac vice*)
                                                           **LYNCH CARPENTER LLP**
                                                           1133 Penn Avenue, 5th Floor
*Attorneys for Defendant*                                  Pittsburgh, PA 15222
                                                           P: (412) 322-9243
                                                           F: (412) 231-0246
                                                           gary@lcllp.com
                                                           jamisen@lcllp.com
                                                           kelly@lcllp.com

                                                           *Attorneys for Plaintiff*

3

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 10, 2025, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        /s/ *Theodore J. Tucci*
                                        Theodore J. Tucci