IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARA KULWICKI, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>-v-<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 3:22-cv-00229 (VDO) |

## DECLARATION OF SARAH REEVES

Sarah Reeves hereby declares pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I am a Senior Associate at the law firm Baker Botts LLP, and I am counsel to Defendant Aetna Life Insurance Company ("Aetna") in the above-captioned matter.

2. I am an attorney admitted to practice law in the State of New York and am admitted to practice in this Court pro hac vice.

3. I am over 21 years of age and otherwise competent to make this declaration. My statements herein are based on my personal knowledge.

4. Attached hereto as **Exhibit A** is a true and correct copy of an Amended Complaint filed on December 19, 2024 in the matter captioned *Kulwicki v. WellStar Health System Inc, et al.*, No. 24-cv- 4658 (N.D. Ga.)

5. Attached hereto as **Exhibit B** is a true and correct copy of the transcript for the pre-motion conference held before this Court on January 17, 2025.

Executed this 18th day of February, 2025

_____
Sarah Reeves