**APPENDIX OF EXHIBITS TO AETNA LIFE INSURANCE COMPANY'S LOCAL RULE 56(a)(1) STATEMENT OF UNDISPUTED MATERIAL FACTS**

| Exhibit Reference | Description |
| --- | --- |
| Exhibit A | Barbara Corey 10/21/2024 Deposition Transcript Excerpts |
| Exhibit B | Julie Evans 10/24/2024 Deposition Transcript Excerpts |
| Exhibit C | Exhibit 14 from Barbara Corey 10/21/2024 Deposition |
| Exhibit D | Exhibit 16 from Barbara Corey 10/21/2024 Deposition |
| Exhibit E | Exhibit 15 from Julie Evans 10/24/2024 Deposition |
| Exhibit F | Exhibit 10 from Barbara Corey 10/21/2024 Deposition |
| Exhibit G | Exhibit 11 from Barbara Corey 10/21/2024 Deposition |
| Exhibit H | Aetna Medical Clinical Policy Bulletin Number 0327 (AETNA-KULWICKI 0000320 – 0000452) |
| Exhibit I | Exhibit 7 from Barbara Corey 10/21/2024 Deposition |
| Exhibit J | Exhibit 6 from Julie Evans 10/24/2024 Deposition |
| Exhibit K | Exhibit 26 from Julie Evans 10/24/2024 Deposition |
| Exhibit L | October and November 2016 Email Correspondence (AETNA-KULWICKI 0003856 – 0003860) |
| Exhibit M | Exhibit 27 from Julie Evans 10/24/2024 Deposition |
| Exhibit N | Exhibit 28 from Julie Evans 10/24/2024 Deposition |
| Exhibit O | Exhibit 17 from Julie Evans 10/24/2024 Deposition |
| Exhibit P | Exhibit 19 from Barbara Corey 10/21/2024 Deposition |
| Exhibit Q | Exhibit 4 from Julie Evans 10/24/2024 Deposition |
| Exhibit R | Exhibit 5 from Julie Evans 10/24/2024 Deposition |
| Exhibit S | October 12, 2016 Email Correspondence (AETNA-KULWICKI 0003865 – 0003867) |
| Exhibit T | Exhibit 22 from Julie Evans 10/24/2024 Deposition |