# EXHIBIT C

Message

| | |
|---|---|
| **From**: | Perry, Glorianne [PerryG@aetna.com] |
| **Sent**: | 8/26/2015 6:31:09 PM |
| **To**: | Cuthbertson, Stephanie B [CuthbertsonS@aetna.com]; Dibartola, Teresa [DiBartolaT@aetna.com] |
| **CC**: | Evans, Julie [EvansJ2@aetna.com]; Mora, Vivienne C [MoraV@aetna.com]; Marion, Tammy [MarionT@aetna.com] |
| **Subject**: | 2015 SPD |
| **Attachments**: | WellStar Medical SPB 2015.pdf |

**Importance**: High

Sharing

**Glori Perry**
*Implementation Manager*
Customer Implementation Management Services
National Accounts – Public & Labor
National Business Service Operations
Phone: (260) 496-5801
Fax: (860) 902-8073
PerryG@aetna.com

---

**From:** Girguis, Kirsten [mailto:Kirsten.Girguis@wellstar.org]
**Sent:** Friday, August 21, 2015 11:27 AM
**To:** Perry, Glorianne
**Cc:** Kinsey, David L; Mora, Vivienne C; Evans, Julie
**Subject:** RE: Aetna/WellStar - SPDs?
**Importance:** High

Glori,

The 2014 Member Handbook and SPB combined make up the SPD. I know, confusing, but that is how PWHP wanted to handle their SPDs by breaking them up into 2 documents. Teresa and I prefer to have everything together and not broken out as it is now. I attached the 2015 SPB above and as soon as I am finalized with PWHP on the 2015 Member Handbook I will send that to you too. Not a lot of changes as compared to the 2014 Member Handbook, so you can start using that to make the 2016 SPD.

*L. Kirsten Girguis*
Manager of Employee Benefits

WellStar Health System, Inc.
Human Resources/Benefits
793 Sawyer Road
Marietta, GA 30062
(Phone) 470-644-0357
(Fax) 770-792-4999
(Email) kirsten.girguis@wellstar.org

**Exhibit Aetna 0014**

CONFIDENTIAL                                                                                                                                                     AETNA-KULWICKI_0004807



**From:** Perry, Glorianne [mailto:PerryG@aetna.com]
**Sent:** Thursday, August 20, 2015 3:53 PM
**To:** Girguis, Kirsten
**Cc:** Kinsey, David L; Mora, Vivienne C; Evans, Julie
**Subject:** Aetna/WellStar - SPDs?

Hi Kirsten! We're hitting the ground running here at Aetna. We are going to start working on coding your benefits single source document (SSD) for review/approval. We have your 2014 Member Handbook, WellStar Medical SPB 2014, and 2015 Medical Plan Comparison Chart to use as reference documents; however we do not have copies of your Summary Plan Descriptions (SPD). Is that something you could share with me? Or do you use the documents we already have as your SPDs?

In past experience, sometimes emailing the SPDs can get tricky. Here are some tips for sending them.
- Send the documents separately – sometimes all of them in one email will clog up the server and they won't send
- Zip and password protect the SPDs – sometimes terminology in SPDs causes our system to reject/spam the emails

~ Or ~
- Use a secure/encrypted email. If you don't have an encrypted email option I can send you one that you can reply to and include attachments

Let me know, thanks so much!

**Glori Perry**
*Implementation Manager*
Customer Implementation Management Services
National Accounts – Public & Labor
National Business Service Operations
Phone: (260) 496-5801
Fax: (860) 902-8073
PerryG@aetna.com



This e-mail may contain confidential or privileged information. If you think you have received this e-mail in error, please advise the sender by reply e-mail and then delete this e-mail immediately. Thank you. Aetna

---

This email and any files transmitted with it may contain confidential and /or proprietary information in the possession of WellStar Health System, Inc. ("WellStar") and is intended only for the individual or entity to whom addressed. This email may contain information that is held to be privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized access, dissemination, distribution or copying of any information from this email is strictly prohibited, and may subject you to criminal and/or civil liability. If you have received this email in

error, please notify the sender by reply email and then delete this email and its attachments from your computer. - Thank you.

CONFIDENTIAL

AETNA-KULWICKI_0004809