# EXHIBIT D

**Message**

| | |
|---|---|
| **From**: | Evans, Julie [EvansJ2@aetna.com] |
| **Sent**: | 12/10/2015 10:01:36 PM |
| **To**: | Kirsten.Girguis@wellstar.org; Hamilton, Teresa (Teresa.Hamilton@wellstar.org) [Teresa.Hamilton@wellstar.org] |
| **CC**: | Robertson, Norma (Norma.Robertson@mercer.com) (Norma.Robertson@mercer.com) [Norma.Robertson@mercer.com]; Ditty, Bob (Robert.J.Ditty@mercer.com) [Robert.J.Ditty@mercer.com]; Waters, Glynnis (glynnis.waters@mercer.com) (glynnis.waters@mercer.com) [glynnis.waters@mercer.com]; Perry, Glorianne [PerryG@aetna.com]; Mora, Vivienne C [MoraV@aetna.com]; Kinsey, David L [KinseyD@AETNA.com]; Dibartola, Teresa [DiBartolaT@aetna.com]; Kirkegaard, Karlyn M [KirkegaardK@AETNA.com] |
| **Subject**: | Infertility Maximum Process - WellStar |
| **Importance**: | High |

Hi all,

As discussed on our call today, the process of handling the $10K infertility benefit is as follows:

1. Due to Aetna's system limitations, we could not implement a true "integrated maximum" and the decision was made to apply a $6K annual maximum on Pharmacy and $4K annual maximum on Medical.
2. Members who exhaust their Rx maximum (or vice versa) can call Aetna member services @ 877.823.1770 (which is the number on their ID card)
3. When calling, members need to advise the representative that they would like to transfer $X amount from Medical to Prescription Drug – or vice versa. Note: if a member requests (as an example) $3K from medical and only $1k is left the member service representative will let the member know the amount that is available.
4. The Aetna Plan Sponsor Liaison (PSL) will work with Pharmacy team and Pharmacy will work with the PSL to ensure the transaction is processed.
5. Whatever plan is having dollars "taken" – will have an adjustment made lowering the maximum by the amount requested or the amount available if the amount requested is higher than what is available. The plan receiving, will be "credited" with the amount transferred.

Below, Teresa DiBartola has listed what is noted in our member service system. The pharmacy system (Client Information Form) will be noted similarly.

- Infertility Maximum is $10,000 calendar year maximum combined between prescription and medical services
- Medical plans will have a $4000 limit listed
- Rx will have a $6000 limit listed
- Members can move maximums from one to the other
- Please fill out the spreadsheet with all the information.
- PSL will work with pharmacy to transfer dollar maximums between medical and Rx
- Notices will be placed and accumulators adjusted manually as necessary

**When Mercer is preparing your 2016 SPD, it will be important to include information on the maximum ($10K)** in the SPD so that the actual total maximum between both plans is defined.

Let me or Vivienne know of any questions you have.

**Exhibit Aetna 0016**

Julie Evans, Account Executive
Aetna National Accounts
Phone: 815.212.1178
Email: Evansj2@aetna.com
Fax: 860.754.5890

CONFIDENTIAL
AETNA-KULWICKI_0003707