# EXHIBIT E

Message

| | |
|---|---|
| **From**: | Perry, Glorianne [PerryG@aetna.com] |
| **Sent**: | 10/22/2015 12:34:57 PM |
| **To**: | Cuthbertson, Stephanie B [CuthbertsonS@aetna.com] |
| **CC**: | Dibartola, Teresa [DiBartolaT@aetna.com]; Evans, Julie [EvansJ2@aetna.com]; Mora, Vivienne C [MoraV@aetna.com] |
| **Subject**: | SSD Updates |

**Importance**: High

Hi Stephanie, per our discussion this morning, here are additional updates (**bolded**). I've included the SSD you sent to us on 10/21. Viv/Julie, couple of items for you as well.

**Plan Generals tab**
- L11 - Over age dependent letters (Plan General Provisions tab): Aetna can send letters notifying members they are about to age out of the plan (i.e. become a non-eligible plan participant). They are sent at 30, 60, and 90 days prior to the individual turning 26. Confirm if WellStar wants us to send these letters. <u>WS Response</u>: Use the Aetna standard and please have the return address listed as Aetna.
  - **Code as standard**
- **Additional updates**
  - **L36 – Leave as coded, we just had to send them the OBD rules**

**Medical tab**
- L25 - Injectable - Medical Injectable: Confirm if ALL physician infused/injectables are to be covered under the medical plan (Aetna standard) OR if any are to be carved out and covered under your Pharmacy Benefit. This includes Specialty Injectables. Note – largest issue we see is with Oncology drugs. Oncologists often refuse to purchase through any mandated PBM. Members get caught in the middle. <u>WS Response</u>: **All physician/injectable drugs will run through the medical plan. specialty injectables will run through the PBM.**
  - **This item is still open, but please code as "Covers non self-injectables under Medical" – this item MAY change, but we don't want it to hold up the SSD. If you could leave this line highlighted that'd be great.**
- L124-126 - Infertility Benefit – Currently there is an integrated maximum of $10K between Rx and Medical. Aetna cannot administer this combined maximum. Does WellStar want to keep $10K max on Medical plan or split the maximum between medical and Rx? ($5k and $5K?) <u>WS Response</u>: **Please split $6K towards pharmacy and $4K towards medical expenses.**
  - **L126 – Change to $6k max PCY**
  - ==Viv/Julie,== **we'll want to make sure WellStar knows to let Evolent know of the RX infertility max of $4k**
- L143-145 - Bariatric Surgery (Coverage guidelines): WellStar has specific guidelines for coverage. Please send Aetna your criteria / guidelines for coverage. <u>WS Response</u>: **Use WellStar current bariatric standards attached in this email.**
  - **Place comment to indicate WellStar has its own coverage guidelines for BAR**
  - ==Viv,== **you'll need to submit their CPB to SMU/MPA for update**
- L164 - Enhanced Clinical Review program (High Tech Radiology pre-auth) We will have to exclude sleep studies from the program – but confirm with Dr. Greifer if we should proceed with including this program. Provide additional detail to Dr. Greifer. There is a $0.50 PMPM cost (billed through the claim wire) for this program. ROI is 2:1. <u>WS Response</u>: **This program is not being implemented for 01/01. We will readdress this mid to next year.**
  - **Code as excluded**
- L219 - Nutritional Counseling - WellStar currently covers regardless of medical necessity. Kirsten to check with Dr. Greifer on if they should continue covering for all or just medically necessary visits. <u>WS Response</u>: **Nutritional counseling should continue to be covered regardless of medical necessity.**
  - **Please update that NC is covered regardless of medical necessity. Probably an SMU item**
- **Additional updates**
  - **L210 – This is still open but a decision is not expected until around mid-November**

Exhibit Aetna 0015

CONFIDENTIAL

AETNA-KULWICKI_0003562

- - o L239 – **Remove the 60v max PCY** – we are discussing with WellStar this afternoon that we can't apply a max
  - o L244 – **Remove the comment. We will follow standard for this** – we are discussing with WellStar this afternoon that we follow our own CPB
  - o L263 – **Change to "Does not apply".** We confirmed with UW this doesn't apply
  - o L268 – **BR** – This is still open and a decision is not expected until around mid-November
  - o L311 – <mark>Viv,</mark> I think this is a SMU item?

AHF tab additional items
  - o L29 – **Pro-ration for family status changes** – per Julie's discussions with the customer proration was indicated. We will be discussing this again this afternoon
  - o L31 – **Pro-ration for rehire - leave as coded with no pro-ration**

*Pshew, this should be all of it that we can do right now. Please let me know if anything is missing. Can you get an updated SSD to us today so I can send it to the customer for sign-off? Thanks so much!*

Glori Perry
*Implementation Manager*
Customer Implementation Management Services
National Accounts – Public & Labor
National Business Service Operations
Phone: (260) 496-5801
Fax: (860) 902-8073
PerryG@aetna.com

---

**From:** Cuthbertson, Stephanie B
**Sent:** Monday, October 19, 2015 5:10 PM
**To:** Perry, Glorianne; Dibartola, Teresa
**Cc:** Evans, Julie; Mora, Vivienne C; Cuthbertson, Stephanie B
**Subject:** RE: ADDITIONAL: SSD Update - Aetna/WellStar - Open Benefit Items

Below updates have been made, highlighted items are still open.  Let me know if you have any questions.  Thanks, Stephanie

---

**From:** Perry, Glorianne
**Sent:** Monday, October 19, 2015 10:19 AM
**To:** Cuthbertson, Stephanie B; Dibartola, Teresa
**Cc:** Evans, Julie; Mora, Vivienne C
**Subject:** ADDITIONAL: SSD Update - Aetna/WellStar - Open Benefit Items
**Importance:** High

Good morning! Additional updates from our call last Thursday…
**Medical tab**
- L18 - Benchmarking State - WellStar to confirm which state to use. Aetna's standard is to use South Carolina
  - o Use Utah
- L47 - In Network Non-participating Precert Policy - WellStar to confirm if standard is to apply.
  - o Yes apply
- L93 - Well Child frequency limit - Confirm frequency.
  - o Follow standard
- L84 - Walk in Clinics:  Confirm if these are to have the Specialist or PCP cost share
  - o PCP cost share
- L139 - Outpatient Surgery - Confirm Aetna Standard benefit calculation of Assistant Surgeon at 12% of surgeon charges is okay
  - o WellStar wants us to use 20% - this might be a contracting issue that I reached out to Arkia about. I don't think you code this…

**Plan Generals**

- L75 - NY HCRA - WellStar to advise on which NY HCRA process to follow (Aetna to pay on behalf of WellStar or WellStar to pay directly.)
    - Aetna to pay

**Make sure the plan is coded as follows:**
- Office Visits – Associated Services (surgery, lab, radiology, other diagnostic testing, allergy testing….anything done during an office visit). WellStar would prefer the "specific" benefit for each of the associated services be applied, and not the "office visit" benefit.

Can you confirm additional open SSD items (there are some items that have questions on standards, but not SSD)? Here's what I have:

**Medical tab**
- L25 - Injectables - Medical Injectables: Confirm if ALL physician infused/injectables are to be covered under the medical plan (Aetna standard) OR if any are to be carved out and covered under your Pharmacy Benefit. This includes Specialty Injectables. Note – largest issue we see is with Oncology drugs. Oncologists often refuse to purchase through any mandated PBM. Members get caught in the middle.
- L124-126 - Infertility Benefit – Currently there is an integrated maximum of $10K between Rx and Medical. Aetna cannot administer this combined maximum. Does WellStar want to keep $10K max on Medical plan or split the maximum between medical and Rx? ($5k and $5K?)
- L219 - Nutritional Counseling - WellStar currently covers regardless of medical necessity. Kirsten to check with Dr. Greifer on if they should continue covering for all or just medically necessary visits.

**AHF tab**
- L29 - Pro-ration for Family Status Change - WellStar does not want the HRA to change based on a family status change. The initial enrollment HRA amount should apply with no increase or decrease for the rest of the year, regardless of the family status change. Aetna to review for options to support.
    - We can't support – now just TBD on if they want pro-ration

**Plan Generals tab**
- L11 - Over age dependent letters (Plan General Provisions tab): Aetna can send letters notifying members they are about to age out of the plan (i.e. become a non-eligible plan participant). They are sent at 30, 60, and 90 days prior to the individual turning 26. Confirm if WellStar wants us to send these letters.

Do you have additional items open to WellStar?

**Glori Perry**
*Implementation Manager*
Customer Implementation Management Services
National Accounts – Public & Labor
National Business Service Operations
Phone: (260) 496-5801
Fax: (860) 902-8073
PerryG@aetna.com

---

**From:** Perry, Glorianne
**Sent:** Thursday, October 15, 2015 12:09 PM
**To:** Cuthbertson, Stephanie B; Dibartola, Teresa
**Cc:** Evans, Julie; Mora, Vivienne C
**Subject:** SSD Update - Aetna/WellStar - Open Benefit Items
**Importance:** High

Hi Stephanie! We've received the below responses on some open items. Here are items you can update the SSD with as closed – please note the FDL/FPL provision which is non-standard. I believe that one will have to go to SMU.

**Plan Generals tab**
- L39 - Annual Validation Process - WellStar to advise which process Aetna to use.
    WS Response: WellStar agrees to Aetna standard of once per lifetime for subscriber and once per year for dependents. Dependent claims pend after 30 day grace period without validation.

CONFIDENTIAL

- L61 - Timely Filing Limit - WellStar to advise their timely filing rule. Note this is for out-of-network claims only. Any timely filing rule for in network providers would need to be written into their contract.
  WS Response: Claims must be filed within 12 months.

**Medical tab**
- L18 - Benchmarking State - WellStar to confirm which state to use. Aetna's standard is to use South Carolina
  WS Response: Please use Utah as benchmark state per Mercer's recommendation.

- L69 & 71 - Family Deductible Limit and Family Payment Limit style - Confirm if intent is "True Family Style" or if individual limits will apply
  WS Response:
  Deductible (all options) will operate as "true family", meaning that the entire family deductible must be satisfied before moving into coinsurance (by one or more family members)
  Out-of-pocket maximum. To satisfy ACA individual maximums, we will have some embedded individual limits by coverage category. Please see below for a summary of how this will work

|  | Premium Plan In-Network | Select Plan In-Network | Minimum Basic Plan In-Network |
|---|---|---|---|
| **Deductible** | | | |
| EE | $1,300 | $1,750 | $2,000 |
| EE+Sp / EE+Child | $2,600 | $2,625 | $3,000 |
| FAM / EE+Children | $2,600 | $3,500 | $4,000 |
| **OOP Maximum (including Ded)** | | | |
| EE | $3,000 | $4,500 | $5,000 |
| EE+Sp / EE+Child | $4,500 | $6,750 2016: No change required | $7,500 2016: $7,500 total with $6,850 embedded individual limit |
| FAM / EE+Children | $6,000 | $9,000 2016: $9,000 total with $6,850 embedded individual limit | $10,000 2016: $10,000 total with $6,850 embedded individual limit |
| **Coinsurance** | 20% | 20% | 40% |

- L79 - PCP copay - Confirm if OBGYN should be considered a PCP
  WS Response: OBGYN non preventative claims should be considered as a Specialist.

- L135-136 - Allergy Injections/Allergy Testing: How are these services covered today with your existing TPA? Aetna standard is for all services rendered at the same time of a Physician Office visit to be covered at the office visit cost share. Things like allergy injections, office surgeries, diagnostic tests – would all fall under the office visit benefit when billed with an office visit.
  WS Response: None of the WellStar plans include co-pays. WellStar preference is these not be bundled under office visits and these should be covered under medical, same as any other medical service subject to deductible. Needed this way for utilization analysis.

- L139 - Outpatient Surgery - Confirm Aetna Standard benefit calculation of Assistant Surgeon at 12% of surgeon charges is okay
  WS Response: WellStar would like to use 20% for the calculation of Assistant Surgeon charges per current plan design.

- L222 - Aetna's Compassionate Care Program - This program is covered in the fees. Kirsten to check with Dr. Greifer on if they want to participate in the ACCP and will confirm how they currently cover hospice.

    WS Response:  Please add this program.

Please be sure to let Viv know all SMU items. Thanks!

**Glori Perry**
*Implementation Manager*
Customer Implementation Management Services
National Accounts – Public & Labor
National Business Service Operations
Phone: (260) 496-5801
Fax: (860) 902-8073
PerryG@aetna.com

---

**From:** Waters, Glynnis [mailto:glynnis.waters@mercer.com]
**Sent:** Wednesday, October 14, 2015 4:51 PM
**To:** Perry, Glorianne; Teresa Hamilton; Girguis, Kirsten
**Cc:** Ditty, Bob; Robertson, Norma; Kinsey, David L; Mora, Vivienne C; Evans, Julie; Dibartola, Teresa
**Subject:** RE: Aetna/WellStar - Open Benefit Items

Hello Aetna Team,

We have reviewed the outstanding items and have listed the WellStar team responses below in orange. If you have any questions, please let us know. The few items we show outstanding, will be addressed by the 10/21/2015 deadline.  We look forward to speaking with you tomorrow.

Warmest regards,
Glynnis


**Plan Generals tab**
- L11 - Over age dependent letters (Plan General Provisions tab):  Aetna can send letters notifying members they are about to age out of the plan (i.e. become a non-eligible plan participant).  They are sent at 30, 60, and 90 days prior to the individual turning 26.  Confirm if WellStar wants us to send these letters.

    WS Response: WellStar only wants one mailed communication 60 days in advance. Please confirm if Aetna accommodate this request.

- L39 - Annual Validation Process - WellStar to advise which process Aetna to use.

    WS Response: WellStar agrees to Aetna standard of once per lifetime for subscriber and once per year for dependents. Dependent claims pend after 30 day grace period without validation.

- L61 - Timely Filing Limit - WellStar to advise their timely filing rule. Note this is for out-of-network claims only. Any timely filing rule for in network providers would need to be written into their contract.

    WS Response: Claims must be filed within 12 months.

- L75 - NY HCRA - WellStar to advise on which NY HCRA process to follow (Aetna to pay on behalf of WellStar or WellStar to pay directly.)

    WS Response: TBD

**Medical tab**
- L18 - Benchmarking State - WellStar to confirm which state to use. Aetna's standard is to use South Carolina

WS Response: Please use Utah as benchmark state per Mercer's recommendation.

- L25 - Injectable - Medical Injectable:  Confirm if ALL physician infused/injectables are to be covered under the medical plan (Aetna standard) OR if any are to be carved out and covered under your Pharmacy Benefit.  This includes Specialty Injectables.  Note – largest issue we see is with Oncology drugs.  Oncologists often refuse to purchase through any mandated PBM.  Members get caught in the middle.

    WS Response: TBD

- L47 - In Network Non-participating Precert Policy - WellStar to confirm if standard is to apply.

    Mercer: Please add to the agenda for tomorrow.

- L69 & 71 - Family Deductible Limit and Family Payment Limit style - Confirm if intent is "True Family Style" or if individual limits will apply

    WS Response:

    Deductible (all options) will operate as "true family", meaning that the entire family deductible must be satisfied before moving into coinsurance (by one or more family members)

    Out-of-pocket maximum.  To satisfy ACA individual maximums, we will have some embedded individual limits by coverage category.  Please see below for a summary of how this will work

|  | Premium Plan In-Network | Select Plan In-Network | Minimum Basic Plan In-Network |
|---|---|---|---|
| **Deductible** | | | |
| EE | $1,300 | $1,750 | $2,000 |
| EE+Sp / EE+Child | $2,600 | $2,625 | $3,000 |
| FAM / EE+Children | $2,600 | $3,500 | $4,000 |
| | | | |
| **OOP Maximum (including Ded)** | | | |
| EE | $3,000 | $4,500 | $5,000 |
| EE+Sp / EE+Child | $4,500 | $6,750 2016: No change required | $7,500 2016: $7,500 total with $6,850 embedded individual limit |
| FAM / EE+Children | $6,000 | $9,000 2016: $9,000 total with $6,850 embedded individual limit | $10,000 2016: $10,000 total with $6,850 embedded individual limit |
| **Coinsurance** | 20% | 20% | 40% |

- L79 - PCP copay - Confirm if OBGYN should be considered a PCP

    WS Response: OBGYN non preventative claims should be considered as a Specialist.

- L93 - Well Child frequency limit - Confirm frequency. Ages 4+ - Change to per calendar year?

    WS Response: Confirm the guidelines for child frequency, please address this matches the CDC guidelines for immunization under ACA. WellStar will advise after receipt of your response.  WellStar is not interested in offering more than what ACA mandates.

- L135-136 - Allergy Injections/Allergy Testing: How are these services covered today with your existing TPA? Aetna standard is for all services rendered at the same time of a Physician Office visit to be covered at the office visit cost share. Things like allergy injections, office surgeries, diagnostic tests – would all fall under the office visit benefit when billed with an office visit.

    WS Response: None of the WellStar plans include co-pays. WellStar preference is these not be bundled under office visits and these should be covered under medical, same as any other medical service subject to deductible. Needed this way for utilization analysis.

- L124-126 - Infertility Benefit – Currently there is an integrated maximum of $10K between Rx and Medical. Aetna cannot administer this combined maximum. Does WellStar want to keep $10K max on Medical plan or split the maximum between medical and Rx? ($5k and $5K?)

    WS Response: Further discussions needed.

- L139 - Outpatient Surgery - Confirm Aetna Standard benefit calculation of Assistant Surgeon at 12% of surgeon charges is okay

    WS Response: WellStar would like to use 20% for the calculation of Assistant Surgeon charges per current plan design.

- L143-145 - Bariatric Surgery (Coverage guidelines): WellStar has specific guidelines for coverage. Please send Aetna your criteria / guidelines for coverage.

    WS Response: Internal discussions occurring, WellStar will follow up by 10/21/2015.

- L222 - Aetna's Compassionate Care Program - This program is covered in the fees. Kirsten to check with Dr. Greifer on if they want to participate in the ACCP and will confirm how they currently cover hospice.

    WS Response: Please add this program.

- These items were open for feedback from Dr. Greifer:
    - L164 - Enhanced Clinical Review program (High Tech Radiology pre-auth) We will have to exclude sleep studies from the program – but confirm with Dr. Greifer if we should proceed with including this program. Provide additional detail to Dr. Greifer. There is a $0.50 PMPM cost (billed through the claim wire) for this program. ROI is 2:1.
    - L219 - Nutritional Counseling - WellStar currently covers regardless of medical necessity. Kirsten to check with Dr. Greifer on if they should continue covering for all or just medically necessary visits.

    WS Response: TBD

**Glynnis Waters**, Senior Associate
**Mercer** | 3560 Lenox Road, Suite 2400, Atlanta, GA 30326, USA
P: +1 404 442 3434 | M: +1 404 702 8392
glynnis.waters@mercer.com
Assistant : Danya Brittingham| +1 404 442 3341 | danya.brittingham@mercer.com
www.mercer.com | Mercer (US) Inc.

**Making a difference in the health, wealth and careers of 110 million people everyday**

MERCER   MAKE TOMORROW, TODAY

This email and any attachments may be confidential or proprietary. Any review, use, disclosure, distribution or copying of this email is prohibited except by or on behalf of the intended recipient. If you received this message in error or are not the intended recipient, please delete or destroy the email message and any attachments or copies and notify the sender of the erroneous delivery by return email. To the extent that this message or its attachments were sent without encryption, we cannot guarantee that the contents have not been changed or tampered with. Any advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be used for any other purpose without our prior written consent.

CONFIDENTIAL

AETNA-KULWICKI_0003569