# EXHIBIT F



# WELLSTAR®

**Employee
Medical Plan**

**2014**

# Member Handbook

**Exhibit**
Aetna 0010

AETNA-KULWICKI_0004969

# Welcome to Your WellStar Employee Medical Plan

## Important Contacts and Phone Numbers

**Website**
pwplans.org/wellstar

**WellStar Employee Medical Plan Member Services**
855-869-7059 [TTY (855) 250-5604]
Monday – Friday, 7 a.m. – 7 p.m.
Saturday, 8 a.m. – 3 p.m.

**Accessing care when you are away from home** (for help finding a doctor in the national network)
pwplans.org/wellstar
855-869-7059
Monday – Friday, 7 a.m. – 7 p.m.
Saturday, 8 a.m. – 3 p.m.
After business hours, call the 24/7 Nurse Line for help.

**Piedmont WellStar HealthPlans 24/7 Nurse Line**
855-514-3679

**Prior-Authorization**
855-514-3680
Monday – Friday, 8 a.m. – 4:30 p.m.

**Magellan Behavioral Health Services**
800-424-4648

**Pharmacy Member Services**
855-869-7059
Monday – Friday, 7 a.m. – 7 p.m.
Saturday, 8 a.m. – 3 p.m.

WellStar Employee Medical Plan is your medical benefit plan starting on January 1, 2014. It is a new kind of health plan —designed not to just take care of you when you are sick. WellStar Employee Medical Plan, powered by Piedmont WellStar HealthPlans, was created to help you and your family live healthier.

This handbook helps you understand your coverage and get the most out of your benefits. It also provides tools and resources to help you take charge of your personal health and manage healthcare expenses for you and your family.

Review this handbook to find out how to start using your WellStar Employee Medical Plan benefits, and keep it handy as you access services throughout the year.



## When You Need to Access Medical Care

### Your ID Card

You received your ID card in the mail. **Your covered dependents, including your dependent children, each received individual ID cards.** Carry this card with you at all times and present it to your healthcare provider at the time of service.

If you or one of your covered dependents misplace your ID card anytime throughout the year, or did not receive one, contact Member Services at **855-869-7059**.

You can also login to **pwplans.org/wellstar** to print and order a new ID card.



CONFIDENTIAL

AETNA-KULWICKI_0004970

# Using MyHealth OnLine to Access Your Benefit Information

For members, MyHealth OnLine is enhanced to provide you with convenient access to online services and benefits information at any time. You and your dependents over the age of 18 are able to login to the secure website using your member ID number found on your ID card.

## Login Instructions

**If you have previously accessed MyHealth OnLine:**

- Log on at **pwplans.org/wellstar**.
- Click on "Login."
- Enter your "User ID," which is the individual ID you created the first time you logged into MyHealth OnLine. If you forget your User ID, click "I forgot my User ID." Then, enter your member ID number found on your Piedmont employee plan ID card.
- Insert your password. If you forget your password, answer the security questions to reset it.
- Begin using MyHealth OnLine.

**If you are new to MyHealth OnLine:**

- Log on at **pwplans.org/wellstar**.
- Select "Create an account now."
- Insert registration information, including your personal ID number found on your Piedmont employee plan ID card.
- Complete online instructions to begin using MyHealth OnLine.



**Download common member forms and documents.**

**Explore your benefit information, covered services and out-of-pocket expenses.**



**Review your Explanation of Benefits (EOB).**

You will only receive your EOB in the mail at home if you owe a payment. You can also view information for your dependents under the age of 18.



## 24/7 Nurse Line
## 855-514-3679

24 hours a day/seven days a week, WellStar Employee Medical Plan members have immediate access to healthcare advice through the Piedmont WellStar HealthPlans Nurse Line.

Experienced registered nurses are available around the clock to provide you with prompt and efficient service. If you have questions about a new diagnosis or medication or need advice about an urgent symptom or illness, nurses are available.

WellStar Employee Medical Plan members can talk to a registered nurse in the middle of the day or night about:

- Medication side effects or dosing questions
- Pains, cramps or upset stomachs
- Fevers and common colds
- Cuts or bruises
- Your doctor's advice or treatment plans
- Determining the need to call a doctor or go to the emergency room
- Finding the closest in-network after hours clinic
- Locating providers when you are out of town

CONFIDENTIAL

AETNA-KULWICKI_0004971



**WELLSTAR®**
Employee
Medical Plan

2014

WellStar Employee Medical Plan
# Benefits Handbook

Effective January 1, 2014

CONFIDENTIAL

AETNA-KULWICKI_0004972

# Table of Contents

This Benefits Handbook describes the WellStar Employee Medical Plan (sometimes referred to as the Plan), which is a component Plan under a comprehensive Health &Welfare Wrap Plan sponsored by WellStar Health System, Inc.

This Benefits Handbook should be read together with the Summary Plan Description (SPD) for the Plan. The benefits under this Plan are not insured with Piedmont WellStar HealthPlans or any of its affiliates. Rather, benefits under the Plan are self-funded obligations of the Plan Sponsor.

Please read this Benefits Handbook carefully and together with the Plan SPD, which this Benefits Handbook supplements. The Plan's SPD describes the terms of the Plan other than information about specific benefits and exclusions, which are described herein. In the event of a conflict between this Benefits Handbook and the terms in the Plan document and/or SPD, the Plan document and/or SPD will control.

The Plan Sponsor (WellStar Health System, Inc.) expects the Plan to be continued indefinitely, but the Plan Sponsor reserves the right to amend or terminate the Plan at any time. Amendments shall be made only in accordance with the provisions of the Plan.

Welcome to the WellStar Employee Medical Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
How to Use Your Benefits Handbook . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
Terms and Definitions to Help You Understand Your Benefits Handbook . . . . . . . . . . . . . . . . . . . . . . . 10
How to Determine Member Eligibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
How to Access Healthcare Services and Covered Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
How to Access Care When You Are Away from Home . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
When You Need to Get Prior Authorization before Accessing Care . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
The Complaint & Grievance Process . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
Claims and Appeals Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
Coordination of Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
How to Access Your Benefit Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
Protecting Your Privacy and Confidentiality . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
Description of Covered Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
Services Excluded from Coverage through the Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
Schedule of Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38
Pharmacy Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40
    Covered Products . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40
    Your Plan's Preferred Drug List (Formulary) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40
    How to Fill Your Prescription Medications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41
    Using an Out-of-Network Pharmacy/Direct Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42
    Prior Authorization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42
    Step Therapy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42
    Quantity Limits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42
    Preventive Medications & Products . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42
    Limitations & Exclusions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43
    2014 Preventive Drug List by Therapy Class . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45

CONFIDENTIAL

AETNA-KULWICKI_0004973

# Welcome to the WellStar Employee Medical Plan

The WellStar Employee Medical Plan provides members with access to comprehensive and competitive medical benefits. It is built around the WellStar Provider Network, including WellStar physicians and hospitals as well as key community clinical partners. Throughout this handbook, mentions of the "Plan" refer to the WellStar Employee Medical Plan.

The Plan is designed to be patient-centered and physician-driven with innovative, coordinated care programs. As a member, you have access to comprehensive benefits, including emergency care, urgent care, routine office visits, inpatient hospitalizations, and outpatient surgeries. No referrals are required to see specialists, and you have coverage for emergency services both in and out of the service area. This document is designed to help you get the most out of your coverage through the Plan, including detailed information about covered healthcare services.

Member Services staff are available to assist you Monday through Friday, 7 a.m. to 7 p.m. and Saturday, 8 a.m. to 3 p.m. The Member Services telephone number is on the back of the WellStar Employee Medical Plan Member ID Card. If you have not received a WellStar Employee Medical Plan Member ID Card or cannot locate it, please call **1-855-869-7059**. You can also learn more about benefits by visiting **pwplans.org/wellstar**.

## How to Use Your Benefits Handbook

Your Benefits Handbook establishes the terms of coverage for the WellStar Employee Medical Plan. It outlines what services are covered and what services are not covered. It also explains the procedures that you must follow to ensure that the healthcare services you receive will be covered under the Plan. Remember to read the Benefits Handbook in conjunction with the Wrap Plan SPD.

Use this Benefits Handbook as a comprehensive resource to help you access benefits, plan for medical expenses, understand Plan policies and determine levels of coverage for healthcare services. For example, if you require an inpatient hospitalization and would like to know what services will be covered while you are in the hospital, turn to page 28 under "Description of Covered Services" for this information, including room and board details. Then, look under the "Schedule of Benefits" to determine out-of-pocket costs and prior authorization requirements. If you need to determine how your covered dependent living away from home will access services, look on page 15, "How to Access Care When You Are Away from Home."

The coverage described in this Benefits Handbook is at all times administered in compliance with applicable laws and regulations, including, but not limited to, the Affordable Care Act (ACA), the Health Care and Education Reconciliation Act of 2010, and the implementing regulations thereunder, ERISA, HIPAA, the Uniformed Services Employment and Reemployment Rights Act of 1994, the Consolidated Omnibus Budget Reconciliation Act of 1985, as amended (COBRA), the Newborns' and Mothers' Health Protection Act of 1996, as amended, the Women's Health and Cancer Rights Act of 1998, the Mental Health Parity Act of 1996, the Mental Health Parity and Addiction Equity Act of 2008, the Genetic Information Nondiscrimination Act of 2008, and the Family and Medical Leave Act of 1993, as amended. If at any time any part or provision of this Benefits Handbook is in conflict with any applicable law, regulation, or other controlling authority, the requirement of that authority shall prevail.

The Plan may not cover all of your healthcare expenses. Read this document carefully to determine which healthcare services are covered.

## Terms and Definitions to Help You Understand Your Benefits Handbook

The following are some important and frequently used terms and definitions that the WellStar Employee Medical Plan uses in this Benefits Handbook and when administering your benefits.

**Allowed amount** – The maximum dollar amount that the Plan administrator determines is fair and reasonable for covered services provided to a member. If an out-of-network provider charges more than the allowed amount, the patient may have to pay the difference. The allowed amount may also be subject to cost sharing. Terms used interchangeably with allowed amount are allowed charge, eligible expense, maximum allowable, payment allowance, and negotiated rate. For in-network providers, this is the contracted rate that your provider has agreed to be paid for the service(s). For out-of-network providers, this is based on industry standard out-of-network rates (125% of Medicare rates). This amount can be paid by any combination of Plan, spending account, and member payments.

**Benefit limit** – The maximum that the Plan will pay for a specific procedure or event, or during a specific time (e.g., one year or the lifetime of the covered individual).

**Benefit period** – The period for which you are eligible for coverage during the Plan's plan year, during which charges for covered services must be incurred in order to be eligible for payment by the Plan. A charge will be considered incurred on the date you receive the service, or supply, for which the charge is made.

**Brand name medication (pharmacy)** – A drug, medicine, medication, or any drug product that has been designated as brand name by an industry source recognized by the Plan.

**Co-insurance** – Your share of the costs of a covered service or medication, calculated as a percent of the allowed amount for the service. Co-insurance applies toward your out-of-pocket limit. Refer to the Schedule of Benefits to determine co-insurance amounts.

**Cost share** – Any deductible, and/or percentage amount that you must pay.

**Covered benefit or covered service** – Costs incurred by you that will be reimbursed through the Plan. The healthcare service or supply that meets the requirements set forth in this Benefits Handbook, including, but not limited to, medical necessity and prior authorization, if applicable.

**Deductible** – The amount of out-of-pocket expenses that a team member or family must pay before a benefit plan begins payment. The deductible is usually a flat dollar amount per calendar year or event. Your deductible applies toward your out-of-pocket limit. Refer to the Schedule of Benefits to determine deductible amounts.

**Dependent** – A person who relies on, or obtains benefit coverage through, a subscriber. Eligible dependents include a spouse as defined by Georgia law, any child of the subscriber under the age of 26, or a child of any age who is mentally or physically incapable of self-support, provided the mental or physician condition commenced before the child reached age 26. For more information on who is an eligible dependent under the Plan, consult the Plan SPD.

**Dispensing limit (pharmacy)** – The monthly drug dosage limit (quantity level limit), drug dosage limit over time (quantity duration limit), or prescription refill limitation (refill limit) that is established to assure safe and effective drug utilization, as determined by the Plan.

**Drug list or preferred drug list (pharmacy)** – A list of prescription drugs, medicines, medications, and supplies specified by the Plan. The drug list may identify drugs as preferred generic, generic, preferred brand, non-preferred brand, specialty preferred, and specialty non-preferred. The drug list also indicates applicable dispensing limits, step therapy, and any prior authorization requirements. Drugs, medicines, medications, and supplies not included in the drug list may not be covered. Visit our website at pwplans.org/wellstar or call the phone number on your member ID card to obtain the drug list. The drug list is subject to change without notice.

**Experimental/Investigational** – The use of any treatment, service, procedure, facility, equipment, drug, device, or supply (intervention) that is not determined by the Plan administrator or its designated agent to be medically effective for the condition (including diagnosis and stage of illness) being treated. The Plan administrator will consider an intervention to be experimental/ investigational if, at the time of service:

- The intervention does not have FDA approval to be marketed for the specific relevant indication
- Available scientific evidence and/or prevailing peer reviewed medical literature does not indicate that the treatment is safe and effective for treating or diagnosing the relevant medical condition or illness
- The intervention is not proven to be as safe or as effective in achieving an outcome equal to or exceeding the outcome of alternative therapies
- The intervention has not been shown to improve health outcomes
- The effectiveness of the intervention has not been replicated outside of the research setting

If an intervention is determined to be experimental/ investigational at the time of service, it will not be covered retroactively if, at a later date, it no longer meets the definition of experimental/investigational set forth above.

**Formulary (pharmacy)** – A definitive list of drugs, medicines, medications and supplies, determined by the Plan, which may be covered (subject to dispensing limits, step therapy and prior authorization). Drugs, medicines, medications, and supplies not included in the formulary are deemed to have no coverage. The formulary is subject to change without notice.

**Generic medication (pharmacy)** – A drug, medicine, or medication identified by the chemical name that is manufactured, distributed, and available from a pharmaceutical manufacturer, or any drug product that has been designated as generic by an industry source recognized by the Plan.

**In-network provider** – A provider who has entered into an agreement with the Plan to render covered services to members and is a member of the WellStar Provider Network.

**Mandatory generic (pharmacy)** – Required use of a generic equivalent drug instead of a brand name drug.

CONFIDENTIAL    AETNA-KULWICKI_0004974

**Medical necessity or medically necessary** – Services covered under the Plan determined to be:

- Commonly recognized throughout the provider's specialty as appropriate for the diagnosis and/or treatment of your condition, illness, disease, or injury
- Provided in accordance with standards of good medical practice and consistent with scientifically based guidelines of medical, research, or healthcare coverage organizations or governmental agencies that are accepted by the Plan
- Reasonably expected to improve an individual's condition or level of functioning
- In conformity, at the time of treatment, with medical management criteria/guidelines adopted by the Plan or its designee
- Provided not only as a convenience or comfort measure or to improve physical appearance
- Rendered in the most cost-efficient manner and setting appropriate for the delivery of the health service

The Plan administrator reserves the right to determine whether a healthcare service meets these criteria. Authorizations for coverage based upon medical necessity will be made by the Plan administrator, at its discretion, with input from the treating provider. Note that the fact that a provider orders, prescribes, recommends, or approves a healthcare service does not mean that the service is medically necessary or a covered benefit for purposes of coverage.

**Member** – A subscriber or dependent currently enrolled in the Plan and for whom a premium is paid.

**Network pharmacy** – A pharmacy that has signed a direct agreement with the Plan or has been designated by the Plan to provide:

- Covered pharmacy services
- Covered specialty pharmacy services
- Covered mail order pharmacy services

Services are as defined by the Plan, to covered persons, including covered prescriptions or refills delivered through the mail.

**Non-prescription drug (pharmacy)** – A brand or generic drug, medicine, medication, or drug product that is available for purchase without prescription. Also known as Over the Counter Medications.

**Out-of-network provider** — A provider or facility working within the scope of its license that is not contracted with the health plan network.

**Out-of-pocket maximum** – The maximum dollar amount for which you are responsible during a benefit period before the Plan will pay 100% for your covered benefits. See the Schedule of Benefits for out-of-pocket maximum amounts. Deductibles, and co-insurance amounts both count toward the out-of-pocket maximum.

**Pharmacist** – A person who is licensed to prepare, compound, and dispense medication, and who is practicing within the scope of his or her license.

**Pharmacy** – A licensed establishment where prescription medications are dispensed by a pharmacist.

**Plan** – The WellStar Employee Medical Plan.

**Plan administrator** – As delegated by WellStar, Piedmont WellStar HealthPlans is the third party plan administrator for the WellStar Employee Medical Plan.

**Plan of treatment** – The Plan written by a healthcare provider to show the member's diagnoses and treatment needed.

**Plan sponsor** – WellStar Health System Inc.

**Preferred (pharmacy)** – A drug, medicine, or medication that has may be afforded preferential coverage due to safety, efficacy, and/or cost. Preferred drugs, medicine, or medication cost less than their respective generic or non-preferred brand name drugs.

**Prescription (pharmacy)** – A direct order for the preparation and use of a drug, medicine, or medication. The prescription must be provided by a healthcare practitioner, duly licensed to prescribe, to a pharmacist for your benefit and used for the treatment of a sickness or bodily injury that is covered under the Plan. The drug, medicine, or medication must be obtainable only by prescription. The prescription may be given to the pharmacist verbally, electronically, or in writing by the healthcare practitioner. The exact elements legally required to constitute a prescription are mandated by State and Federal law, but typically include:

- Your name
- The type and quantity of the drug, medicine, or medication prescribed, and the directions for its use.
- Number of refills
- The date the prescription was prescribed
- The name and address of the prescribing healthcare practitioner

**Prescription drug (pharmacy)** – A brand or generic drug, medicine, medication, or drug product that is only available through a prescription from a licensed prescriber.

**Prior authorization (medical plan)** – The process of obtaining authorization from the Plan for inpatient or outpatient healthcare prior to receipt of the care. Notification allows the Plan to authorize payment, as well as to recommend alternate courses of treatment. However, prior authorization is not a guarantee of coverage. Failure to obtain prior authorization may result in a financial penalty to either the provider or the member.

**Prior authorization (pharmacy)** – The required prior approval for the coverage of prescription drugs, medicines, and medications, including the dosage, quantity, and duration, as appropriate for your diagnosis, age, and gender. Certain prescription drugs, medicines, or medications may require prior authorization. Visit our website at pwplans. org/wellstar or call the phone number on your member ID card to obtain a list of prescription drugs, medicines, and medications that require prior authorization.

**Quantity duration limit (pharmacy)** – The maximum drug dosage over time afforded coverage. It must not exceed the quantity ordered by the prescribing physician(s) or allowed by law.

**Quantity level limit (pharmacy)** – The maximum monthly dosage limit afforded coverage. It must not exceed the quantity ordered by the prescribing physician(s) or allowed by law.

**Reasonable & customary charge (R&C)** – The base amount that third party payers (including insurance carriers and employers) generally use to determine how much will be paid, on your behalf, for services that are reimbursed under your health plan.

**Refill limit (pharmacy)** – The maximum number of refills afforded coverage. It must not exceed the number of refills ordered by the prescribing physician(s) or allowed by law.

**Service area** – The Plan's primary service area. This is the area where most of the in-network providers are located.

**Specialist** – A healthcare professional who focuses on a particular area of medical care or patients. A specialist usually has advanced clinical training and postgraduate education in this area of care.

**Specialty drug (pharmacy)** – A drug, medicine, or medication used as a specialized therapy developed for chronic, complex sicknesses or bodily injuries, or any drug product that has been designated as specialty drug by an industry source recognized by the Plan. Specialty drugs may:

- Require nursing services or special programs to support patient compliance
- Require disease-specific treatment programs
- Have limited distribution requirements
- Have special handlings, storage or shipping requirements

**State mandates** – The Plan adopts all Georgia state mandates.

**Step therapy (pharmacy)** – The required sequence of use for one or more drugs, medicines, and medications, including the dosage, quantity, and duration, as appropriate for your diagnosis, age, and gender before coverage is afforded to designated drugs, as determined by the Plan. In some circumstances, use of a non-covered, non-prescription drug may be required as part of a step therapy protocol.

**Subscriber** – The person who is eligible for coverage under the Plan due to employment with the Plan Sponsor and who is enrolled for coverage.

**Usual and customary charge (pharmacy)** – The usual fee a pharmacy charges individuals for a medication that will be reimbursed to the pharmacy by third parties. The usual and customary charge includes a dispensing fee and any applicable sales tax.

**You** – A member participating in the WellStar Employee Medical Plan.

## How to Determine Member Eligibility

### Eligibility

WellStar Health System Inc. has the sole and complete authority to make determinations regarding eligibility and enrollment for membership in the Plan. You and your dependents are eligible for coverage if you and your dependents meet the eligibility requirements established by WellStar Health System Inc. The eligibility requirements are described in the WellStar Employee Medical Plan SPD. To request this document or confirm eligibility requirements, contact your Human Resources (HR) department. Review the WellStar Employee Medical Plan SPD for more information about the Plan's eligibility requirements.

CONFIDENTIAL

AETNA-KULWICKI_0004975

# How to Access Healthcare Services and Covered Benefits

## Choosing a Healthcare Provider

The Plan is a health benefit plan that uses a specific network of providers, the WellStar Provider Network. This means that you must use WellStar affiliated providers (i.e., in-network providers) to access in-network benefits for covered services. Except for emergency services or services as described in the section entitled "How to Access Care When You Are Away From Home," the Plan will cover services obtained from providers outside of the WellStar Provider Network as out-of-network benefits.

The WellStar Provider Network includes hundreds of physicians and other professional providers and all WellStar hospitals. All of the in-network providers are carefully evaluated before they are accepted into the network. WellStar performs a review process, called credentialing, to make sure that providers meet the Plan's provider participation standards. To find an in-network provider in your area, refer to the WellStar Employee Medical Plan Provider Directory at pwplans.org/wellstar or call Member Services at **1-855-869-7059** for assistance.

Remember, except in an emergency or under certain circumstances as explained on page 15, you must use in-network providers to ensure the Plan will pay at the highest benefit level for covered services. If you do not use an in-network provider, the Plan will cover those services, but you will have to pay higher out-of-pocket costs for those services.

## Transition of Care to the WellStar Provider Network

If you are a new member, you may be receiving care from a provider outside of the WellStar Provider Network. The Plan recognizes that in some special circumstances, it may be necessary for members to continue care with a provider outside of the network for a brief period of time while care is transitioned to a provider in the WellStar Provider Network. The transition of care (TOC) process is intended to facilitate members in making a smooth, effective transition to in-network care.

When you enroll in the Plan, if you are currently in active, ongoing treatment with a provider that is not participating in the WellStar Provider Network, you may be able to continue this treatment, which will be paid at an in-network rate, for a period of up to 60 days from the effective date of your enrollment. The Plan's Medical Management staff, in consultation with you and your provider, may extend the TOC period if it is determined to be medically appropriate after an updated review of clinical information is provided by you and your provider.

Note that TOC coverage only applies to services included under the Plan. In addition, although benefits will be paid at an in-network rate, you will be responsible for any costs in excess of the allowed amount.

When a member requests a TOC in the first trimester of pregnancy, the Plan will work with the member to find a provider in the WellStar Provider Network to deliver obstetrical care. If you are in the second or third trimester of pregnancy on the effective date of your enrollment in the Plan, the TOC period will extend through postpartum care for the delivery of your child. Members undergoing a course of ongoing treatment for a chronic or acute condition may also qualify for a TOC period.

You must complete and submit a TOC application and obtain prior authorization from the Medical Management Department to continue treatment. To begin this process, contact Member Services or visit **pwplans.org/wellstar** to download the TOC application.

## Referrals

You are permitted to self-direct your care as long as you use the WellStar Provider Network. This means you do not need referrals to obtain care from a specialist in the WellStar Provider Network.

## Waivers

Certain exceptions exist for members to go out of the WellStar Provider Network if they need access to high-end specialty care not available through the WellStar Provider Network. The healthcare service will need to be reviewed and approved by the Plan Medical Director to determine medical necessity. Your current medical provider will need to contact Member Services to determine if you qualify.

## Emergency Services

All members have coverage for emergency services. If emergency services are received at a non-WellStar facility, when medically appropriate, the member will be stabilized and transported to a WellStar facility.

Emergency services are any healthcare service provided after sudden onset of a medical condition that manifests itself by acute symptoms of sufficient severity or severe pain such that a prudent layperson who possesses an average knowledge of health and medicine could reasonably expect the absence of immediate medical attention to result in:

- Placing the health of the individual (or with respect to a pregnant woman, the health of the woman or her unborn child) in serious jeopardy
- Serious impairment to bodily functions
- Serious dysfunction of any bodily organ or part

Emergency transportation provided by an ambulance service constitutes an emergency service.

Remember, providers outside of the WellStar Provider Network do not have to comply with the Plan's policies and procedures regarding medical necessity or billing members. All services are subject to the Plan's SPD. You will be responsible to pay for any non-covered services, or services not deemed medically necessary at out-of-network costs.

## Urgent Care

Urgent Care is care received for an unexpected illness or injury that is not life threatening but requires immediate outpatient medical care that cannot be postponed (e.g. a high fever) and requires prompt medical attention to avoid complications and unnecessary suffering or severe pain. You should contact your treating provider within 24 hours or a reasonable time of receiving Urgent Care to arrange or obtain necessary follow-up care. Urgent Care facilities in the WellStar Provider Network can be located by contacting member services at **1-855-869-7059** or searching for a provider at **pwplans.org/wellstar**.

## Mental Health and Substance Abuse

The Plan delegates administration of your mental health and substance abuse services, including behavioral health treatment, to Magellan. To search for providers in the Magellan network, visit the Behavioral Health Network found at pwplans.org/wellstar.

# How to Access Care When You Are Away from Home

With the Plan, you have access to affordable healthcare services outside of the service area. If you are traveling out of town and need to see a doctor, or have covered dependents living outside of the service area, including college students, benefits are paid at the same level that you receive when you are at home when you use the Plan's national network vendor found on your member ID card. You do not need to fill out additional paperwork or pay up front for your healthcare services, except for out-of-pocket expenses such as co-insurance and non-covered services. This coverage, through a national network, is available within the U.S.

## Dependents

Covered dependents who have an address that is outside of the service area can receive care outside of the WellStar Provider Network through the PHCS and Multiplan provider networks that are noted on the member ID card. Covered dependents outside of the WellStar service area can contact member services for assistance locating an approved PHCS provider in their area. College students who are living out of the service area have coverage for routine services and emergency services. However, if attending college in the service area, they only have coverage for emergency services outside of the WellStar Provider Network.

## How to Access Coverage

- Call Member Services at 1-855-869-7059 to find national network doctors and hospitals in the area where you are located
- You can also search for out of area providers at pwplans.org/wellstar
- When traveling out of town, make sure to bring your WellStar Employee Medical Plan Member ID card
- If you need to see a doctor, present your ID card; the card will have the billing information needed by the healthcare provider to avoid any confusion when you are accessing services

## International Coverage

If you are traveling outside of the U.S. and have a medical emergency, seek immediate care. While coverage for routine and Urgent Care is not available, the Plan will cover care for an emergency service at the same level as if you were in the U.S.

Depending on where you receive services, you may have to make financial arrangements directly with the provider at the time of care. When you return home, immediately submit for reimbursement with the Out-of-Network Claim Form, and you may be reimbursed for your expenses for an emergency service at the level benefits would be paid in the U.S., based on a claim review by the Plan administrator.

Keep in mind, if you or your dependents will be living abroad for an extended period, carefully consider your Plan choices, since only emergency services are covered outside of the U.S. under the Plan.

When you receive medical care outside of the U.S., make sure you receive a copy of all of your medical records from your treating physician. Double check to ensure the medical record includes your name, date of service, a description of services and the charges.

## Submitting Your Claim

Use the Out-of-Network Claim Form found on MyHealth OnLine at pwplans.org/wellstar to submit your claim. Proof of payment is required. You are covered for emergency services at the same benefit level that you receive under the Plan in the U.S., so Plan limits do apply internationally, including:

- Coordination of benefits
- Non-covered services/supplies

AETNA-KULWICKI_0004976

## When You Need to Get Prior Authorization before Accessing Care

Certain covered services require prior authorization from the Plan's Medical Management Department. This means that you or your attending provider must obtain approval for coverage of these services before you receive the services. If you are going to receive these services, make sure you are communicating with your doctor about any prior authorization requirements, as failure to get approval will result in denial of coverage and you will have to pay out of pocket. If you are unsure if a service requires prior authorization, you can always call Member Services and a representative will assist you.

When you or your provider request prior authorization, the Medical Management Department may ask you or your provider for additional information necessary to make the coverage decision. Such additional information includes, but is not limited to, medical records. In the event that you or your providers do not provide the requested information, the Medical Management Department may deny the request for coverage.

Certain covered services also require a plan of treatment to be submitted and approved by the Plan administrator to obtain coverage. A penalty or denial of coverage may apply if you or your providers do not get a plan of treatment approved when required. Approval for coverage is based on medical necessity as determined by the Plan administrator.

**This is not a complete list of covered services requiring prior authorization, but some common requirements include:**

- Inpatient hospitalizations
- Weight reduction surgery
- Skilled nursing facility
- Transplantation services

### How to Obtain Prior Authorization

To request approval for a covered service, contact the Plan's Medical Management Department at **1-855-514-3680.**

### Concurrent Reviews

Sometimes the Medical Management Department will review services that you are receiving throughout a course of treatment. This may occur while you are a patient at a hospital. This method of review is used to assess the medical necessity of the length of stay in a facility and/or the level of care being provided to you. The Medical Management staff reviews your plan of treatment and ongoing progress with the hospital or facility staff or other professional provider. Based upon this information, the Medical Management staff will determine if it is medically necessary to extend your care or suggest an alternate level of care.

### Retrospective or Post-Service Reviews

In limited circumstances, WellStar Employee Medical Plan's Medical Management, Quality Audit, and Fraud and Abuse Departments will use a retrospective review when a service has been rendered without the required authorization or in cases where further clarification regarding medical necessity or appropriate reimbursement is needed.

### Discharge Planning

Discharge planning is a review of your case prior to discharge from a hospital or other facility. The purpose of the review is to assess your needs during and after discharge to make sure that you will have the care that you need when you leave the hospital or other facility. Discharge planning occurs throughout your stay at a hospital or other facility and is coordinated with input from your attending provider and other facility staff responsible for your care. Information considered during discharge planning includes, but is not limited to:

- Your level of function before and after your admission
- Your ability to care for yourself and whether you have others to care for you
- Your living arrangements before and after your admission
- Any special equipment or safety needs

## The Complaint & Grievance Process

If you have a dispute or objection regarding a provider, the coverage, operations, or management policies of the WellStar Employee Medical Plan you may submit a complaint to Piedmont WellStar HealthPlans. You may submit a complaint about issues including, but not limited to, quality of care or service, benefits exclusions, rescissions, denial of coverage, or coordination of benefits. A complaint is not a substitute for a claim appeal.

You may either file a complaint verbally over the phone with the Member Services Department by calling the phone number on the back of your member identification card or by sending a written complaint to:

Piedmont WellStar HealthPlans
P. O. Box 1039
Pittsburgh, PA  15230-1039

You may also send any other written information that you have to support your complaint. You may indicate in the complaint the remedy, resolution, or corrective action that you seek from Piedmont WellStar HealthPlans. At any time during the complaint process, you may choose to designate a representative to act on your behalf. You must notify Piedmont WellStar HealthPlans in writing that you are designating someone to represent you. Also, at any time during the complaint process, upon your request, Piedmont WellStar HealthPlans can make available, at no charge, a Piedmont WellStar HealthPlans employee to assist you or your representative in preparing the complaint. This employee will not have previously participated in any of Piedmont WellStar HealthPlans' decisions regarding your complaint.

## Claims and Appeals Procedures

### Resolving Disputes

At times, you may not be satisfied with a decision that the Plan makes regarding your coverage or with the healthcare services you have received. As a member of the WellStar Employee Medical Plan, you have the right to file an appeal.

### Claims Procedure

To receive Plan benefits, you must follow the procedures described in the Plan. If you do not follow the Plan's Claims Procedures, you may lose your right to a benefit under the Plan, including any right you may have to file a legal action for benefits.

### Adverse Determination

For purposes of this Claims and Appeal Procedures section, an "adverse determination" is any denial, reduction, or termination of, or a failure by the Plan to provide or make payment (in whole or in part) for, a benefit. This includes any decision that is based on a determination of an individual's eligibility to participate in a benefit under the Plan as well as any cancellation of coverage. A cancellation of coverage generally is a termination of coverage that is retroactively effective and is due to fraud or misrepresentation of a material fact. Note that a termination of coverage for failure to pay any required premiums is not considered a cancellation and is not subject to these claims procedures even if it is effective retroactively to the date through which coverage was paid. Whether a termination of coverage is considered a "cancelation" and is therefore an adverse determination subject to these claims procedures will be determined by the reviewer based on applicable law.

### Initial Claims

Initial claims for Plan benefits are made to the Plan Administrator as described in the SPD. The Plan Administrator is called the "reviewer" under these procedures.

All claims must be submitted in writing (except to the extent that oral claims are permitted for urgent care claims, as described below) to the reviewer. Claims should be submitted promptly after an expense is incurred. Unless a different deadline expressly applies in this Benefit Handbook or the SPD, no initial claim for any benefit will be accepted, processed or paid for any expense if the initial claim is submitted later than one year after the date the expense was incurred. The reviewer will review the claim itself or appoint an individual or an entity to review the claim, following these procedures.

## Urgent Care Claims

If the claim is for urgent care health benefits, the reviewer will notify you of the Plan's benefit determination (whether adverse or not) as soon as possible, taking into account the medical demands, but not later than 72 hours after the Plan receives the claim, unless you fail to provide sufficient information to determine whether, or to what extent, benefits are covered or payable under the Plan. In cases where you fail to provide sufficient information to decide the claim, the reviewer will notify you as soon as possible, but not later than 24 hours after receipt of the claim by the Plan, of the specific information necessary to complete the claim. The notification may be oral unless written notification is requested by you. You will be afforded a reasonable amount of time, taking into account the circumstances, but not less than 48 hours, to provide the specified information. The reviewer will notify you of the Plan's determination as soon as possible, but in no case later than 48 hours after the Plan's receipt of the specified additional information or the end of the period afforded you to provide the specified additional information.

A health benefits claim is considered an urgent care claim if applying the time periods for making non-urgent care determinations could seriously jeopardize the life or health of you or the ability of you to regain maximum function. Or, in the opinion of a physician with knowledge of your medical condition, would subject you to severe pain that could not be adequately managed without the care or treatment which is the subject of the claim. The Plan will defer to a determination, if any, by a qualified attending provider, that a claim qualifies as an urgent care claim based on this definition.

## Concurrent Care Claims

An adverse benefit determination is any reduction or termination by the Plan of a previously approved course of treatment (other than by Plan amendment or termination) before the approved time period or number of treatments. In such a case, the reviewer will notify you of the adverse benefit determination at a time sufficiently in advance of the reduction or termination to allow you to appeal and obtain a determination on review of that adverse benefit determination before reduction or termination of the benefit.

Any request by you to extend a previously approved course of urgent care treatment beyond the approved period of time or number of treatments shall be decided as soon as possible, taking into account the medical exigencies, and the reviewer will notify you of the benefit determination, whether adverse or not, within 24 hours after the Plan receives the claim, provided that any such claim is made to the Plan at least 24 hours prior to the expiration of the prescribed period of time or number of treatments.

## Other Health Benefit Claims Not Described Above

For any pre-service health benefit claim, the reviewer will notify you of the Plan's benefit determination (whether adverse or not) within a reasonable period of time appropriate to the medical circumstances, but not later than 15 days after the Plan receives the claim. If, due to special circumstances, the reviewer needs additional time to process a claim, you will be notified, within 15 days after the Plan receives the claim, of those special circumstances and of when the reviewer expects to make its decision. Under no circumstances may the reviewer extend the time for making its decision beyond 30 days after receiving the claim. If such an extension is necessary due to a failure of you to submit the information necessary to decide the claim, the notice of extension must specifically describe the required information, and you will be afforded at least 45 days from receipt of the notice within which to provide the specified information.

A health benefit claim is considered a pre-service claim if the claim requires approval, in part or in whole, in advance of obtaining the healthcare in question.

For any post-service health benefit claim, the reviewer will notify you of the Plan's adverse benefit determination within a reasonable period of time, but not later than 30 days after receipt of the claim. If, due to special circumstances, the reviewer needs additional time to process a claim, you will be notified, within 30 days after the Plan receives the claim, of those special circumstances and of when the reviewer expects to make its decision. Under no circumstances may the reviewer extend the time for making its decision beyond 45 days after receiving the claim. If such an extension is necessary due to the failure of you to submit the information necessary to decide the claim, the notice of extension will specifically describe the required information, and you will be afforded at least 45 days from receipt of the notice within which to provide the specified information.

A health benefit claim is considered a post-service claim if it is a request for payment for services or other benefits already provided (or any other health benefit claim that is not a pre-service claim).

## Manner and Content of Denial of Initial Claims

If the reviewer denies a claim, it will provide to you a written or electronic notice that includes:

- A description of the specific reasons for the denial
- A reference to any Plan provision or insurance contract provision upon which the denial is based
- A description of any additional information that you must provide in order to perfect the claim (including an explanation of why the information is needed)
- Notice that you have a right to request a review of the claim denial and information on the steps to be taken if you wishes to request a review of the claim denial
- A statement of your right to bring a civil action under a federal law called ERISA §502 following any denial on review of the initial denial

In addition, in the case of a denial of health benefits or disability benefits, the following will be provided to you:

- A copy of any rule, guideline, protocol, or other similar criterion relied upon in making the adverse determination (or a statement that the same will be provided upon request by you and without charge)
- If the adverse determination is based on the Plan's medical necessity, experimental treatment or similar exclusion or limit, either an explanation of the scientific or clinical judgment applying the exclusion or limit to your medical circumstances (or a statement that the same will be provided upon request by you and without charge)

For an adverse benefit determination concerning a health claim involving urgent care, the information described in this section may be provided to you orally within the permitted time frame, provided that a written or electronic notification in accordance with this section is furnished no later than three days after the oral notification.

## Reviews of Initial Adverse Determinations

If you submit a claim for Plan benefits and it is initially denied under the procedures described above, you may request a review of that denial under the following procedures:

1. A claimant whose initial claim for health or disability benefits is denied may request a review of that denial by submitting the request in writing to the reviewer no later than 180 days after you receive the notice of an adverse determination. Except as provided below for an expedited review of a denied urgent care health claim, a request for review must be submitted to the reviewer in writing.

2. A claimant may request an expedited review of a denied initial urgent care health claim. Such a request may be made to the reviewer orally or in writing and all necessary information, including the Plan's determination on review, will be communicated between the Plan and you by telephone, facsimile or other available similarly expeditious method.

In addition to providing the right to review documents and submit comments as described in 1 above, a review will meet the following requirements:

- The Plan will provide a review that does not afford deference to the initial adverse benefit determination. This review will be conducted by a party within Piedmont WellStar HealthPlans who did not make the initial determination that is the subject of the appeal, nor is a subordinate of the individual who made the determination.
- Piedmont WellStar HealthPlans will consult with a healthcare professional who has appropriate training and experience in the field of medicine involved in the medical judgment before making a decision on review of any adverse initial determination based in whole or in part on a medical judgment, including determinations with regard to whether a particular treatment, drug or other item is experimental, investigational or not medically necessary or appropriate. The professional engaged for purposes of a consultation in the preceding sentence shall be an individual who was neither an individual who was consulted in connection with the initial determination that is the subject of the appeal, nor the subordinate of any such individual.
- The Plan will identify to you the medical or vocational experts whose advice was obtained on behalf of the Plan in connection with the review determination, without regard to whether the advice was relied upon in making the review determination.
- The Plan will allow you to review the claim file and to present evidence and testimony and will comply with the following additional requirements:
  o The Plan will provide you, free of charge, with any new or additional evidence considered, relied upon, or generated by the Plan in connection with the claim as soon as possible and sufficiently in advance of the Plan's deadline for providing notice of a final denial of a claim (as described in these claims procedures and applicable regulations). This gives you a reasonable opportunity to respond before that date.
  o Before the Plan issues a final decision on review based on a new or additional rationale, you will be provided, free of charge, with the rationale for the Plan's decision as soon as possible and sufficiently in advance of the Plan's deadline for providing notice of a final denial of a claim (as described in these claims procedures and applicable regulations) to give you a reasonable opportunity to respond before that date.

CONFIDENTIAL

AETNA-KULWICKI_0004978

## Deadline for Reviewed Decisions

For urgent care health claims, the reviewer will notify you of the Plan's determination on review as soon as possible, taking into account the medical exigencies, but no later than 72 hours after the Plan receives your request for review of the initial adverse determination by the Plan, unless you fail to provide sufficient information to determine whether, or to what extent, benefits are covered or payable under the Plan.

For a pre-service health claim, the reviewer will notify you of the Plan's determination on review within a reasonable period of time appropriate to the medical circumstances, but in no event later than 30 days after the Plan receives your request for review of the initial adverse determination.

For a post-service health claim, the reviewer will notify you of the Plan's benefit determination on review within a reasonable period of time, but in no event later than 30 days after the Plan receives your request for review of the initial adverse determination.

## Manner and Content of Decision Notice

Upon completion of its review of an adverse initial claim determination, the reviewer will provide you, in writing or by electronic notification, a notice of its decision on review. For any adverse determination on review that notice will include:

- A description of the decision
- A description of the specific reasons for the decision
- A reference to any relevant Plan provisions or insurance contract provisions on which its decision is based
- A statement that you are entitled to receive, upon request and without charge, reasonable access to, and copies of, all documents, records and other information in the Plan's files which is relevant to your claim for benefits
- A statement describing your right to bring an action for judicial review under ERISA §502(a)
- If an internal rule, guideline, protocol or other similar criterion was relied upon in making the adverse determination on review, a statement that a copy of the rule, guideline, protocol or other similar criterion will be provided without charge to you upon request
- If the adverse determination on review is based on a medical necessity, experimental treatment or similar exclusion or limit, either an explanation of the scientific or clinical judgment on which the determination was based, applying the terms of the Plan to your medical circumstances, or a statement that such an explanation will be provided without charge upon request

For any adverse determination involving medical coverage, any notice of an adverse determination will be provided in a culturally and linguistically appropriate manner in accordance with applicable law regarding such notices and will include (in addition to other requirements described above):

- Information sufficient to identify the claim involved, including the date of service, the healthcare provider and the claim amount (if applicable)
- A discussion of the decision, as well as disclosure of any denial code used (and an explanation of its meaning) and a description of the Plan's standard, if any, that was used in denying the claim
- A description of available internal appeals and external review processes, including information regarding how to initiate an appeal
- Information (including contact information) about the availability of any applicable office of health insurance consumer assistance or ombudsman established pursuant to the Affordable Care Act to assist individuals with internal claims and appeals and external review processes:

Georgia Office of Insurance and Safety Fire Commissioner
Consumer Services Division
2 Martin Luther King, Jr. Drive
West Tower, Suite 716
Atlanta, GA 30334
Website: **http://www.oci.ga.gov/consumerservice**
Phone: **1-800-656-2298**

Assists consumers who have purchased insurance on the individual market or who have insurance through an employer who only does business in Georgia. See more at: http://www.familiesusa.org/resources/program-locator/states/georgia-consumer-assistance.html

- A statement describing the availability, upon request, of any applicable diagnosis code (and an explanation of its meaning) and any applicable treatment code (and an explanation of its meaning)

If your initial appeal is denied, you will have the right to one additional internal level of appeal through the WellStar Employee Medical Plan Committee, in accordance with the procedures described above. In order to exercise your right to this level of appeal, submit a request in writing to the Plan administrator along with any other supporting documentation you may have.

The Plan will ensure that claims and appeals are decided in a manner designed to ensure the independence and impartiality of individuals involved in claims decisions. Decisions regarding hiring, compensation, termination, promotion, or similar matters will not be made based on the likelihood that any person involved in making claims decisions will support the denial of benefits.

## Calculation of Time Periods

For purposes of the time periods specified in this Claims and Appeal Procedures Section, the period during which a benefit determination must be made begins when a claim or appeal is filed in accordance with the Plan procedures without regard to whether all the information necessary to make a decision accompanies the claim. If a period of time is extended because you fail to submit all information necessary for an initial claim for non-urgent care health benefits or for disability benefits, the period for making the determination shall be "frozen" from the date of the notification requesting the additional information is sent to you until the date you respond. Also, if a time period is extended because you fail to submit all information necessary for an appeal of an adverse determination for benefits other than health benefits, the period for making the determination on appeal will be "frozen" from the date the notice requesting additional information is sent to you until the day you respond.

## Your Failure to Follow Procedures

You must follow the claims procedures described above to be entitled to file any legal actions for benefits under the Plan.

## Plan's Failure to Follow Procedures

If the Plan fails to substantially follow the claims procedures described above, you will be deemed to have exhausted the administrative remedies available under the Plan and will be entitled to pursue any available remedy under ERISA on the basis that the Plan has failed to provide a reasonable claims procedure that would yield a decision on the merits of the claim. You are deemed to have exhausted the Plan's internal claims and appeals process if the Plan fails to strictly adhere to the applicable requirements of the U.S. Department of Labor's claims procedure regulations (or corresponding regulations issued by the Department of the Treasury or the Department of Health and Human Services) except for certain minor violations.

For this purpose, the Plan's failure to comply with the claims procedure regulations is considered a minor violation if:

- the violation does not cause, and is not likely to cause, prejudice or harm to you
- the violation was for good cause or due to matters beyond the control of the Plan
- the violation occurred as part of an ongoing, good faith exchange of information between the Plan and you
- the violation is not part of a pattern or practice of violations by the Plan.

If an issue arises regarding whether this "minor violation" exception applies, you may request a written explanation of the violation from the Plan and the Plan will provide the explanation within 10 days, including the specific reasons, if any, for asserting that the violation should not cause the Plan's internal claims and appeals process to be deemed exhausted. If an external reviewer or a court rejects your request for immediate review on the basis that the Plan met the standards for the minor violation exception, you will be permitted to resubmit and pursue the internal appeal of the claim. In such case, within a reasonable time after the external reviewer or court rejects the claim for immediate review (not to exceed 10 days), the Plan will provide you with notice of the opportunity to resubmit and pursue the internal appeal of the claim. Time periods for re-filing the claim will begin to run upon your receipt of the notice.

In cases where you have exhausted the Plan's internal claims procedures, you have the right to pursue any available remedy under ERISA and, if the claim involves coverage that is subject to the Affordable Care Act and is not a grandfathered plan, you may pursue any remedy available under any external review process provided under federal or state law in accordance with the Affordable Care Act.

## External Review

The Plan will comply with the applicable requirements of an external review process that applies under federal or state law. For any non-grandfathered coverage that is self-funded, unless the Plan is eligible for and elects to participate in a different external review process that is available under federal or state law and that is considered adequate for purposes of the Affordable Care Act, the Plan will comply with the interim procedures for federal external review set forth in Department of Labor Technical Release 2010-01 as modified by Technical Release 2011-02, as summarized in this section, until those procedures are replaced by other guidance. The Plan will begin complying with any new guidance for external review on or before the date that those requirements become applicable to the Plan.

CONFIDENTIAL

AETNA-KULWICKI_0004979

External review is not available for all adverse determinations. For example, external review is not available for an adverse determination based on a determination that you fail to meet the requirements for eligibility under the terms of the Plan. External review is available only for:

- Any final internal adverse determination (or an initial internal adverse determination on an urgent care claim that qualifies for the expedited external review described below) that involves medical judgment (including, but not limited to, those based on the Plan's requirements for medical necessity, appropriateness, healthcare setting, level of care, or effectiveness of a covered benefit, or that a treatment is experimental or investigational), as determined by the external reviewer

- Any final internal adverse determination that involves a rescission of coverage

- Any other final adverse determination that is eligible for external review in accordance with applicable guidance (as determined by the Plan at the time of the request for external review)

A request for external review must be submitted to the Plan no later than four months after you receive notice of an adverse determination for which external review is available.

Within five business days after the date the Plan receives a request for external review, the Plan will complete a preliminary review of the request to determine whether:

- You are or were covered under the Plan at the time the healthcare item or service was requested or, for a post-service claim, was covered under the Plan at the time the healthcare item or service was provided

- The adverse determination does not relate to your failure to meet the requirements for eligibility under the terms of the Plan

- You have exhausted the Plan's internal appeal process (or that you are not required to exhaust the internal appeals process under applicable regulations)

- You have provided all of the information and the forms required to process an external review

Within one business day after the Plan completes the preliminary review, the Plan will issue a notice in writing to you. If the request is complete but is not eligible for external review, the notice will describe the reasons external review is not available and, if applicable, will include contact information for the Employee Benefits Security Administration.

If the request is not complete, the notice will describe the information or materials needed to make the request complete and the Plan will allow you to perfect the request for external review within the four month filing period or, if later, within the 48 hours after you receives the notice.

External reviews are conducted by independent review organizations. The Plan will assign each external review to an independent review organization (IRO) that is accredited by URAC or a similar nationally-recognized accrediting organization to conduct the external review. The Plan will contract with at least three different IROs. The Plan will take action against bias and to insure the independence of each IRO and will rotate review assignments among them (or the Plan will incorporate other independent, unbiased methods for selection of IROs, such as random selection, and will document such methods). No IRO will be eligible for any financial incentives from the Plan or the Employer based on the likelihood that the IRO will support the denial of benefits.

Under a contract between the Plan and the IRO, the IRO that handles external reviews and the Plan are required to comply with the following external review requirements:

- The IRO will consult with legal experts where appropriate to make coverage determinations under the Plan.

- The IRO will timely notify you in writing of the request's eligibility and acceptance for external review. This notice will include a statement that you may submit additional information in writing to the IRO within 10 business days following the date you receive the notice. The IRO must consider such additional information in conducting the external review if timely submitted and may, but is not required to accept and consider additional information submitted after 10 business days.

- Within five business days after the date the review is assigned to the IRO, the Plan will provide to the IRO the documents and any information considered in making the adverse determination under review. Failure by the Plan to timely provide the documents and information must not delay the conduct of the external review. If the Plan fails to timely provide the documents and information, the IRO may terminate the external review and make a decision to reverse the adverse determination. Within one business day after making the decision, the IRO must notify you and the Plan.

- After receiving any information submitted by you, the IRO must forward the information to the Plan within one business day. Upon receipt of any such information, the Plan may reconsider its adverse determination that is under review but any reconsideration by the Plan will not delay the external review. The external review may be terminated in such cases only if the Plan decides to reverse its adverse determination and provide coverage or payment. Within one business day after making such a decision, the Plan will provide written notice of its decision to you and the IRO. The IRO must terminate the external review upon receiving the notice from the Plan.

- The IRO will review all information and documents timely received. In reaching a decision, the IRO will not be bound by any decisions or conclusions reached during the Plan's internal claims and appeals process. In addition to the documents and information provided, the IRO, to the extent the information or documents are available and the IRO considers them appropriate, will consider the following in reaching a decision:
  o Your medical records
  o The attending healthcare professional's recommendations
  o Reports from appropriate health care professionals and other documents submitted by the Plan, you, or your treating provider
  o The terms of the Plan, unless the terms are inconsistent with applicable law
  o Appropriate practice guidelines, which must include applicable evidence-based standards and may include any other practice guidelines developed by the federal government and/or national or professional medical societies, boards and associations
  o Any applicable clinical review criteria developed and used by the Plan, unless the criteria are inconsistent with the terms of the Plan or with applicable law
  o The opinion of the clinical reviewer for the IRO after considering the information or documents available to the clinical reviewer to the extent the clinical reviewer considers them appropriate

- The IRO must provide written notice of the final external review decision within 45 days after the IRO receives the request for external review. The IRO must deliver the notice of final external review decision to you and the Plan. The IRO's notice will include:
  o A general description of the reason for the request for external review, including information sufficient to identify the claim (including the date or dates of service, the healthcare provider, the claim amount (if applicable). The diagnosis code and its corresponding meaning, the treatment code and its corresponding meaning and the reason for the previous denial are available upon request.
  o The date the IRO received the assignment to conduct the external review and the date of the IRO decision
  o References to the evidence or documentation, including the specific coverage provisions and evidence-based standards, considered in reaching its decision
  o A discussion of the principal reason or reasons for its decision, including the rationale for its decision and any evidence-based standards that were relied on in making its decision

  o A statement that the determination is binding except to the extent that other remedies may be available under state or federal law to either the Plan or you
  o A statement that judicial review may be available to you
  o Current contact information, including phone number, for any applicable office of health insurance consumer assistance or ombudsman established under ACA

- The IRO must maintain records of all claims and notices associated with the external review process for six years following the date of its final decision. An IRO must make such records available for examination by you, the Plan or a state or federal oversight agency upon request, except where such disclosure would violate state or federal privacy laws.

An external review decision is binding on the Plan, as well as you, except to the extent other remedies are available under state or federal law, and except that the requirement that the decision be binding does not preclude the Plan from making payment on the claim or otherwise providing benefits at any time. Upon receiving a notice of a final external review decision reversing an internal adverse determination, the Plan will provide any benefits (including by making payment on the claim) pursuant to the final external review decision without delay, regardless of whether the Plan intends to seek judicial review of the external review decision and unless or until there is a judicial decision otherwise.

## Expedited External Review

A claimant may make a request to the Plan for an expedited external review at the time you receive an adverse determination that otherwise qualifies for external review (as described above) and that is:

- An adverse determination that involves a medical condition of you for which the time frame for completing an expedited internal appeal under the Plan's normal procedures for urgent care claims would seriously jeopardize the life or health of you or would jeopardize your ability to regain maximum function and you have filed a request for an expedited internal appeal.

- A final adverse determination, if you have a medical condition where the time frame for completing a standard external review would seriously jeopardize the life or health of you or would jeopardize your ability to regain maximum function, or if the final internal adverse determination concerns an admission, availability of care, continued stay, or healthcare item or service for which you received emergency services, but have not been discharged from a facility.

CONFIDENTIAL

AETNA-KULWICKI_0004980

The normal procedures for external review (as described previously) to expedited external review except as otherwise provided in this section.

Immediately upon receipt of request for expedited external review, the Plan must determine whether the request is eligible for standard external review decision as expeditiously as your medical condition requires, but no later than 72 hours after the IRO receives the request for expedited external review. If the notice is not in writing, within 48 hours after the date of providing that notice, the IRO will be required to provide written confirmation of the decision to you and the Plan.

### Requesting a Review of Claim Denial

You may either submit a request to appeal a claim denial over the phone with the Member Services Department by calling the phone number on the back of your member ID card or by sending a written request to:

Piedmont WellStar HealthPlans
Member Appeals
P. O. Box 2600
Pittsburgh, PA 15230-2600

You may also send any other written information that you have to support your request for review. You may indicate in your request the remedy, resolution, or corrective action that you seek from the Plan.

### ERISA appeal rights

You also have the right to bring an action under section 502 (a) of the Employee Retirement Income Security Act (ERISA) because your benefit plan is an ERISA plan. Remember that you must exhaust your administrative remedies with the WellStar Employee Medical Plan prior to exercising your right to file a claim in a court of competent jurisdiction under ERISA. For questions about your rights, this notice, or for assistance, you can contact the Employee Benefits Security Administration at **1-866-444-EBSA** (3272).

### For More Information

If there are questions concerning the Appeal Process, please call the Member Services Department at **1-855-869-7059**.

## Coordination of Benefits

In addition to your Plan coverage, you may have additional health coverage under another plan through your spouse, another employer, or a government-sponsored program such as Medicare or Medicaid. If you have health coverage from more than one plan, the Plan will coordinate the benefits with the other plan and determine which plan is your primary coverage. This is to ensure that no one makes duplicate payments for the same medical services.

The Plan follows standard NAIC industry guidelines to determine which of your health plans is responsible for your primary coverage. The following are standard guidelines:

• If your other valid coverage does not include a coordination of benefits provision, that coverage pays first and this Plan pays secondary benefits.

• The coverage that you have through your employer is your primary coverage, even if you have additional coverage through your spouse. The coverage that your spouse provides is secondary.

• If you have multiple active health plans through multiple employers, the Plan that has been active the longest is your primary coverage.

• If you have both Medicare/Medicaid, and commercial health coverage, your commercial is always your primary coverage.

• If your child is covered under the health plan of more than one parent or guardian, your child's primary coverage is the Plan of the parent or guardian whose birth date falls earliest in the calendar year (except to the extent that a court decree requires otherwise).

• If you and the child's other parent are divorced or separated or not living together, and your child is covered under both of your health plans, your child's primary coverage is the Plan of the parent who has custody of the child, unless the judicial system has issued a court order stating otherwise. If you and another parent share joint custody, and a court decree does not specify which parent is responsible for the health plan coverage of the child, the rules described in the previous bullet point apply.

• If you have coverage as a team member, that coverage pays before coverage for a former team member, retiree, or COBRA participant.

If you or your provider receive more than you should have when your benefits are coordinated, you or your provider will be expected to repay the overpayment. It is the policy of the Plan administrator to review all other health coverage prior to releasing a claim for payment. If other health coverage is found after a payment has been made, a review will determine which plan pays first and what action will be taken in regards to any claims in question. Whenever payments should have been made by the Plan, but the payments have been under another benefit plan, the Plan has the right to pay to the benefit plan that has made such payment any amount that the Plan administrator determines to be appropriate under the terms of this Benefits Handbook. Any amounts paid shall be considered to be benefits paid in full under this Benefits Handbook.

In the event that the Plan makes payment for covered services in excess of the amount of payment pursuant to this Benefits Handbook, irrespective of to whom those amounts were paid, the Plan will have the right to recover the excess amount from any person or entity to or for whom such payments were made. Upon reasonable request by the Plan or its agent, you must execute and deliver such documents as may be required and do whatever else is reasonably necessary to secure the Plan's rights to recover the excess payments. The Plan is not required to determine whether or not you have other healthcare benefits or insurance or the amount of benefits payable under any other healthcare benefits or insurance. The Plan will only be responsible for coordination of benefits to the extent that information regarding your other health coverage is provided to the Plan or WellStar by you, your employer or plan sponsor, another insurance company, or any other entity or person authorized to provide such information.

Remember, it is the member's responsibility to notify the Plan or WellStar with any changes to other health coverage. Visit pwplans.org/wellstar to download a form that is available to assist with coordination. You may also call Member Services **1-855-869-7059** for more information.

## How to Access Your Benefit Information

As a member, you have convenient access to online services and benefits information at any time. Visit pwplans.org/wellstar to login to MyHealth OnLine and:

• View an online directory of providers in the WellStar Provider Network.

• Review your medical history, benefits, and eligibility

• Find your Explanation of Benefits (EOB)

• Request a new or replacement member ID card and print a temporary member ID card

• Live chat or send a secure message to Member Services, and locate Member Services contact information

• Access health promotion resources, tools and expert health information

• Download common member forms and documents, including:
  o Out of Network Claim Form
  o Coordination of Benefits Verification Form
  o Transition of Care Application
  o Provider Nomination Form
  o Notice of Privacy Practices
  o Member Request for Confidential Communication Concerning PHI Form
  o Member Authorization to Use/Disclose PHI Form
  o Personal Representative Designation Form

### Explanation of Benefits

After you receive medical care, an Explanation of Benefits (EOB) is available. Your EOB details the cost of your care, what the Plan covers, and any charges that are your responsibility. The EOB also shows you, in the column marked "Billed Amount," the actual cost of the healthcare you received. This figure indicates the amount you would have to pay if you did not have health coverage. The EOB also indicates whether your claim was denied and the reason(s) your claim was denied. The EOB is not a bill. Your doctor, hospital, or other healthcare provider will bill you separately for any co-insurance amounts that you owe to them.

It can be confusing when you receive multiple EOBs in the mail after treatment, especially if you are not certain if you owe a payment or not. To make it easier to understand, and to also eliminate paper waste, the Plan only sends you a paper EOB in the mail at home if you have a financial obligation.

At MyHealth OnLine, pwplans.org/wellstar, you have full access to all of your EOBs. These paperless features provide a simple and convenient way for you to access your bill and determine any financial responsibility for co-insurance, or any other out-of-pocket expense.

## Protecting Your Privacy and Confidentiality

You retain the right to have all your personal information and records safeguarded and kept private and confidential. Review the WellStar Employee Medical Plan SPD for more information about the Plan's privacy policies.

CONFIDENTIAL    AETNA-KULWICKI_0004981

# Description of Covered Services

The Plan provides coverage for the following healthcare services when those services are medically necessary. Refer to the Schedule of Benefits for deductible and co-insurance amounts, as well as any benefit limits related to covered services. You must obtain care from providers in the WellStar Provider Network to obtain the highest in-network coverage level for these healthcare services except in a true emergency or when prior authorized by the Plan. Keep in mind, a doctor's statement that you should have certain services does not mean the services are medically necessary and therefore covered under this Plan.

## Ambulance Services

The Plan covers emergency ambulance services by a specially designed and equipped vehicle from your home or the scene of an accident or medical emergency to a hospital capable of treating your medical condition, between hospitals, and between a hospital and a skilled nursing facility. Transportation must be medically necessary to obtain coverage.

## Bariatric Surgery

The Plan covers surgical procedures for obesity when they are medically necessary. The Plan recognizes weight reduction surgery procedures as appropriate and consistent with good medical practice and coverage will be considered after review on an individual basis. Coverage is available for team members only, age 18 or older, unless the dependent of the team member is also a WellStar employed team member. Coverage for weight reduction surgery is not available to dependents. Weight reduction surgery is only covered at WellStar facilities, and medical necessity for the services will be determined by the provider.

## Cancer Treatment

Cancer chemotherapy and cancer hormone treatments, which have been approved by the U.S. Food and Drug Administration for general use in the treatment of cancer, whether performed in a physician's office, in an outpatient department of a hospital, in a hospital as a hospital inpatient, or in any other medically necessary treatment setting, are covered.

## Clinical Trials

Participation in clinical trials requires prior authorization review for medical necessity and all Plan limitations apply. The clinical trial must be registered on the clinicaltrials.gov website and approved by the appropriate institutional review board. If your participation in the clinical trial is approved by the Plan, the Plan covers routine clinical services as well as medically necessary services to treat complications arising from participation in the clinical trial.

## Diabetes Treatment, Equipment, and Supplies

Insulin pumps and insulin pump supplies (tubing, batteries, etc.) are covered by the Plan. Additional supplies, including glucometers, test strips, lancets, syringes, and insulin are covered by WellStar Employee Medical Plan pharmacy coverage. See the "Pharmacy Services" section for information on coverage of these supplies.

## Diagnostic Services

The Plan covers the following diagnostic services when medically necessary and ordered by a professional provider and rendered by an in-network laboratory or other provider:

- Diagnostic imaging including x-ray and ultrasound
- Advanced imaging, including magnetic resonance imaging (MRI), PET, CT, and nuclear medicine
- Diagnostic pathology consisting of laboratory and pathology tests
- Diagnostic medical procedures consisting of electrocardiogram, electroencephalogram, and other electronic diagnostic medical procedures and physiological medical testing approved by the Plan
- Allergy testing consisting of percutaneous, intracutaneous, and patch tests

## Durable Medical Equipment (DME)

The Plan covers the rental or, at the Plan administrator's discretion, the purchase of DME for therapeutic use when prescribed by a licensed professional provider if such services are medically necessary and obtained through an in-network DME provider. Examples of DME are hospital beds, wheelchairs, ventilators, oxygen tanks or concentrators, crutches, walkers, canes, commodes, and suction machines. The Plan's payment for durable medical equipment includes related charges for handling, delivery, mailing and shipping, and taxes.

Except as set forth above, the Plan covers repairs if the repair cost is less than 50 percent of the cost of a new item. The Plan covers replacement of the DME when the cost to repair the item is 50 percent or more of the price of a new item; or it is medically necessary to replace the DME due to a change in your medical condition or another applicable physiological change; or the item was lost or stolen and you provide appropriate documentation (for example, a police report) of the events and circumstances of the loss. The decision of whether or not to repair or replace the DME is at the sole discretion of the Plan administrator.

## Emergency Dental Services Related to Accidental Injury

The Plan only covers dental services necessary to treat an accidental injury to sound, natural teeth when the services are obtained within the first 90 days following the accidental injury, and treatment must be completed within 12 months after the dental injury to be covered by the Plan. Covered services include:

- Initial extraction of sound natural teeth due to injury
- Replacement of sound natural teeth due to injury
- Dental services other than extraction and replacement of sound natural teeth if due to an injury

Benefits will be paid only for expenses incurred for the least expensive service.

## Foot Care Services

The Plan will cover foot care services that are determined by the Plan administrator to be medically necessary, provided that:

- Such services are provided by an in-network podiatrist
- You have diabetes or peripheral vascular disease, or another qualifying medical condition, which, in the Plan administrator's discretion, warrants specialized care

Covered services may include open cutting procedures and removal of nail roots, if determined to be medically necessary by the Plan administrator.

## General Anesthesia Services

General anesthesia services are covered when ordered by the attending doctor and managed by another doctor who customarily bills for such services. Anesthesia services managed by a certified registered nurse anesthetist (CRNA) are also covered.

Anesthesia services include the following procedures, which are administered to induce muscle relaxation, loss of feeling, or loss of consciousness:

- Spinal or regional anesthesia
- Injection or inhalation of a drug or other agent (local infiltration is excluded)

## General Anesthesia for Dental Care

Covered anesthesia services for dental care apply to only those procedures that are medically necessary and appropriate for treatment of disease or injury under the medical plan, and would be denied by a dental plan. Prior authorization is required. Additionally, coverage of anesthesia services depends upon whether the primary surgical procedure being performed is covered. Generally, if the primary procedure is not covered, the administration of anesthesia is not covered. However, there are exceptions to this in situations where anesthesia related to non-covered dental services may be covered based on circumstances that warrant deep sedation or general anesthesia.

Sedation and anesthesia for procedures could be in the office, outpatient surgical facility or hospital. Care must be provided by qualified and appropriately trained individuals in accordance with state regulations and professional society guidelines.

All locations that administer general anesthesia must be equipped with anesthesia emergency drugs, appropriate resuscitation equipment and properly trained staff to skillfully respond to anesthetic emergencies.

Charges incurred in connection with non-covered dental services are routinely not covered except in the following circumstances:

- Children five years of age and under:
  o When there is more than one simple extraction
  o When a surgical extraction is performed
  o If the child is extremely unmanageable using local anesthesia
- For members of any age, requests will be reviewed for medical necessity on a case by case basis for any of the following conditions:
  o When the member has medical conditions that preclude the use of local anesthesia
  o When there is severe infection at the oral injection site
  o For a member who is unmanageable using local anesthesia
  o For a member with any of the following documented conditions:
    – Mental retardation
    – Diagnosed mental health condition
    – Physical conditions that limit functionality
  o When there are multiple extractions in more than one quadrant of the mouth. If the treatment is simple or surgical extractions:
    – Two or more quadrants must have had at least two teeth extracted per quadrant
    – Three or more quadrants have had at least one tooth extracted per quadrant

CONFIDENTIAL

AETNA-KULWICKI_0004982

## Home Healthcare

The Plan covers the following services that you may receive from a home healthcare agency or hospital program for home healthcare when medically necessary:

- Skilled nursing services provided by a registered nurse or practical nurse
- Skilled rehabilitation services
- Physical therapy, occupational therapy, and speech therapy
- Non-disposable medical and surgical supplies provided by the home healthcare agency or hospital program for home healthcare, including oxygen
- Medical and social service consultations
- Health aide services when you are receiving skilled nursing or therapy care

You must be confined to home due to a medical condition. Home cannot be an institution, convalescent home or any rehabilitation services. Home healthcare has to be a substitute for hospital care or for care in a skilled nursing facility. To qualify, you must require and continue to require skilled nursing or rehabilitative services.

## Home Visits Following Childbirth

Coverage for home visits following childbirth, including any services required by the attending healthcare provider, includes:

- One home visit following childbirth, if prescribed by the healthcare provider for you and your newborn who remain in the hospital for at least 48 hours after an uncomplicated vaginal delivery, or 96 hours after an uncomplicated cesarean section
- One home visit following childbirth scheduled to occur within 24 hours after discharge and an additional home visit following childbirth if prescribed by your healthcare provider if, in consultation with your healthcare provider, you request a shorter hospital stay (less than 48 hours following an uncomplicated vaginal delivery or 96 hours following an uncomplicated cesarean section)

A healthcare provider may be an obstetrician, pediatrician, other physician, certified nurse-midwife, or pediatric nurse healthcare provider, attending your or your newborn.

## Hospice Care

The Plan covers services provided by a Plan hospice program or a hospital program providing hospice care services and supplies on either an inpatient or outpatient basis when medically necessary. Hospice care is designed to provide palliative and supporting care to terminally ill patients and their families. You are covered for hospice care when you have a life expectancy of 180 days or less, as determined by your physician. Hospice care will be covered for six months from the date on which you enter the hospice program. Hospice coverage may be extended if ordered and approved by your physician. Hospice care must be ordered, directed, and approved by your physician and coordinated by an interdisciplinary team.

## Hospital Services

The Plan covers the following services that you receive in a hospital or ambulatory surgical facility if such services are medically necessary, as outlined in the Schedule of Benefits.

### Inpatient only (Hospital)

- Room and board
  - A semiprivate room and board
  - A private room and board when determined to be medically necessary
  - A bed in a special or intensive care unit when your condition requires constant attendance and treatment for a prolonged period of time
- General nursing care
- Ancillary services and supplies

### Inpatient and outpatient (Hospital or Ambulatory Surgical Facility)

- Pre-admission testing, including tests and studies that are required before your admission to the hospital
- Drugs and medicines provided to you while in the hospital or ambulatory surgical facility
- Use of operating and delivery rooms and supplies
- Diagnostic services and testing
- Therapy services
- Services and supplies for surgery, including removal of sutures, anesthesia, and anesthesia supplies and services furnished by an employee of the hospital or ambulatory surgical facility other than the surgeon or assistant at surgery
- Administration and processing of blood and blood products

## Inpatient Medical Services

The Plan covers the following services that you may receive from a professional provider while you are an inpatient in a hospital or other facility for a condition not related to surgery, pregnancy, or a behavioral health condition, if such services are medically necessary:

- Visits by the admitting physician to follow your care
- Intensive medical care when your condition requires constant attendance and treatment by a professional provider for a prolonged period of time
- Consultation services when requested by your attending physician
- Visits by a professional provider, to examine a newborn infant while the mother is an inpatient

## Maternity Services and Newborn Care

The Plan covers services necessary to provide comprehensive care for both mothers and babies. If you believe that you may be pregnant, contact your treating provider, an obstetrician, or nurse-midwife. If your provider determines that you are pregnant, you are eligible for coverage of prenatal care, including medically necessary sonograms, delivery, postpartum care, and care for your newborn while you are in the hospital.

You will receive coverage for hospital services associated with delivery of your baby for at least 48 hours following a vaginal delivery and for at least 96 hours following a cesarean section. For information regarding coverage for maternity home healthcare visits, please refer to the "Home Visits Following Childbirth" section of this "Description of Covered Services". Additional covered services include:

- Medically necessary inpatient/outpatient healthcare provider services for a newborn with congenital or comorbid conditions
- Circumcision
- Universal hearing screening of newborns provided by a hospital before discharge or in an office or other outpatient setting

## Medical/Surgical Services

The Plan covers the following surgical services that you receive from a professional provider, if such services are medically necessary. Coverage extends to pre- and post-operative office visits. Surgery includes the following procedures:

- The Plan covers medically necessary mastectomy and breast reconstruction when performed on an inpatient or outpatient basis, as well as any surgery needed to re-establish symmetry or alleviate functional impairment. This includes:
  - All stages of reconstruction of the breast on which the mastectomy was performed
  - Surgery and reconstruction of the other breast to produce a symmetrical appearance
  - Prostheses
  - Treatment of physical complications at all stages of the mastectomy, including lymphedema
  - One home healthcare visit, if requested by your physician, following a hospital discharge that occurs within 48 hours of admission for the mastectomy
- Surgical assistant services, meaning the services of a physician who actively assists the operating surgeon while is performing covered surgery, only in the event that an intern, resident, or house staff member is not available.
- A second surgical opinion from a professional provider and related diagnostic services to confirm the need for elective covered surgery. The second opinion must be from a physician other than the physician who initially recommended the elective surgery. Elective surgery is non-emergency surgery, or surgery that can be delayed.

## Mental Health, Including Behavioral Health Treatment

Behavioral Health services are administered by Magellan Behavioral Health. The Plan covers the following services when medically necessary to treat behavioral health conditions if the services are provided by a hospital or other facility:

- Inpatient facility services are covered and may be subject to the benefit limits which, if applicable, would be set forth in the Schedule of Benefits. These services include:
  - Semiprivate room and board
  - Individual, group, and family psychotherapy or counseling
  - Medications and electroconvulsive therapy
  - Medical supplies and services
  - Diagnostic and other therapeutic services
- Outpatient facility services are covered and may be subject to benefit limits which, if applicable, would be set forth in the Schedule of Benefits.
- Psychological and neuropsychological testing is covered and may be subject to benefit limits which, if applicable, would be set forth in the Schedule of Benefits.

CONFIDENTIAL

AETNA-KULWICKI_0004983

## Nutritional Services

Nutritional counseling consists of the assessment of a person's overall nutritional status followed by the assignments of an individualized diet, counseling, and/or nutrition therapies to treat a chronic illness or condition. The Plan covers some specific visits with a dietitian or nutritional facility-based programs that are ordered by an in-network physician. Members can contact the member services phone number on their ID cards for specific details regarding what type of services are covered by the Plan. Medical nutrition therapy to treat a chronic illness or condition, which includes nutrition assessment and nutritional counseling by a dietitian or facility-based program that is ordered by an in-network physician and offered by a provider, is also covered. The Plan will cover medically necessary services directly related to the following specific medical conditions and subject to the following benefit limits:

- Heart disease, symptomatic HIV/AIDS, and celiac disease
  - Limited to two visits per benefit period
- Pre-Bariatric surgery programs
  - Limited to an initial assessment and five follow-up visits for a total of six visits per benefit period
- Chronic renal disease, diabetes mellitus, and high risk obstetrical symptomatic conditions
  - The Plan covers unlimited number of visits when medically necessary

## Nutritional Supplements and Therapy

The Plan will cover medically necessary foods and therapies when ordered and supervised by a healthcare provider qualified to provide the diagnosis and treatment of specific conditions, as determined by the Plan such as Phenylketonuria, Branch-chain Ketonuria, Galactosemia, Homocysteinuria, or Malabsorbtion Syndromes. Prior authorization is required.

## Oral Surgery

Oral surgery is covered only for the following procedures in an outpatient setting or in an inpatient setting when such setting is determined to be medically necessary. All other oral surgery and related services are excluded from coverage.

- Extraction of impacted third molars that are partially or totally covered by bone
- Excision of malignant lesions/tumors of the mandible, mouth, lip, or tongue
- Incision of accessory sinuses, mouth, salivary glands, or ducts
- Manipulation of dislocations of the jaw

- Reconstruction to repair a non-dental physiological condition that has resulted in a severe functional impairment
- Orthodontic treatment of congenital cleft palates involving the maxillary arch, performed in conjunction with bone graft surgery to correct bony deficits associated with extremely wide clefts that affected the alveolus
- Surgery for temporomandibular joint disease

## Orthotics and Prosthetics (Corrective Appliances)

Orthotics and prosthetics are corrective appliances or devices that restore basic bodily function. Prosthetics replace all or part of the function of a missing body part or a permanently useless or malfunctioning body part. Prosthetics may be implantable devices or an equivalent external device. Examples of prosthetics are artificial limbs, artificial eyes, external breast prosthesis, hip/knee prosthetics, and penile prosthesis. Orthotics are used to restrict, modify, or eliminate motion of a misaligned, weak, or diseased body part, prevent deformity or injury, and aid in proper functioning of normal activities.

Orthotics are rigid or semi-rigid supportive devices (e.g., leg braces). The Plan will cover the purchase, fitting, and necessary adjustments to orthotics and prosthetics when they are medically necessary. Note that the Plan only covers orthopedic shoes and shoe inserts if they are medically necessary and limits them to one per foot per calendar year.

Repair costs will be covered when the cost is less than 50 percent of the cost of a replacement item. Replacement coverage may be provided when the cost to repair the damaged item exceeds 50 percent of the price of a new item, it is medically necessary due to a change in your medical condition or an applicable physiological change, repair of the item is not a feasible option, or the item is lost or stolen and you provide appropriate documentation of the events and circumstances of the loss. The decision to cover repair or replacement is at the sole discretion of the Plan administrator.

## Outpatient Medical Care

Outpatient medical care consists of visits to a professional provider's office, whether a treating provider or specialist, for an illness or injury not related to surgery, pregnancy, or behavioral health condition. Your benefit plan covers the evaluation, examination, services, and supplies necessary to diagnose and treat basic medical illnesses, diseases, and injuries, if such services are medically necessary.

## Preventive Care

Preventive health screening examinations and certain other preventive services are covered for adults when performed by an in-network provider who is credentialed by the Plan as a primary care provider (PCP). Preventive pediatric care and immunizations are covered when performed by a provider who is credentialed by the Plan as a PCP. Coverage includes, but is not limited to:

- Well-child and preventive/health screening examinations (except as indicated in the "Exclusions" section of this Benefits Handbook) and diagnostic services for children, including complete medical history, height and weight measurement, and counseling when appropriate
- Pediatric immunizations, when performed and billed by a hospital, facility, physician, or other professional provider, which conform to the standards established by the Centers for Disease Control and Prevention and the U.S. Department of Health and Human Services, other controlling federal agency, or as otherwise required under law
- Certain vision, hearing, and dental screenings for children when provided by an in-network pediatrician or other primary care provider as required by the Affordable Care Act (ACA)

"Preventive health services," are:

- Evidence based items or preventive services that have an "A" or "B" rating from the United States Preventive Services Task Force
- Immunizations recommended by the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention
- Evidence-informed preventive care services and screenings provided for in the comprehensive guidelines supported by the Health Resources and Services Administration for infants, children, and adolescents
- Additional preventive care and screenings not described above as provided for in the comprehensive guidelines supported by the Health Resources and Services Administration for women
- The current recommendations of the United States Preventive Services Task Force regarding breast cancer screening, mammography, and prevention, other than those issued in or around November 2009

An item, service, or screening shall only be considered a Preventive Health Service during the time the Affordable Care Act requires the item, service, or screening to be covered by the Plan.

## Prescription Drugs

See the "Pharmacy Services" section for more information on covered drugs and costs.

## Skilled Nursing Facility Services

The Plan covers services rendered while you are an inpatient in a designated skilled nursing facility when medically necessary and:

- The admission is arranged or ordered by your attending physician
- Your medical condition is such that you require skilled care 24 hours per day
- The skilled services are provided directly by, or under the supervision of, a medical professional (for example, a registered nurse, physical therapist, practical nurse, occupational therapist, speech pathologist, or audiologist) and the treatment is documented in your medical record
- The care could not be performed by a non-healthcare individual instructed to deliver such services

Prior authorization is required. Skilled nursing services must be provided with the expectation that you have restorative potential in a reasonable and generally predictable period of time and you continue to make substantial improvement in your level of functioning. Once a maintenance level has been established and/or no further progress is being attained, the care and services provided no longer constitute skilled nursing or rehabilitation and will be considered to be custodial care.

A skilled nursing facility is not except by incident, a rest home, a home for care of the aged, or engaged in the care and treatment of mental health or substance abuse.

## Substance Abuse Services

Substance abuse services are administered by Magellan. The Plan covers the following services when medically necessary that are obtained from an in-network hospital or other facility provider:

- Inpatient and non-hospital detoxification services are covered and may be subject to benefit limits, which, if applicable, would be set forth in the Schedule of Benefits.
- Inpatient and non-hospital residential rehabilitation therapy is covered and may be subject to benefit limits, which, if applicable, would be set forth in the Schedule of Benefits. Covered inpatient services include room and board; physician, psychologist, nurse, and certified addictions counselor services; diagnostic x-ray; psychiatric, psychological, and medical laboratory testing; medications; equipment use; and supplies.
- Outpatient rehabilitation services are covered and may be subject to benefit limits which, if applicable, would be set forth in the Schedule of Benefits. Outpatient services include individual and group counseling and psychotherapy, psychiatric and psychological testing, and family counseling for the treatment of alcohol and drug abuse.

CONFIDENTIAL

AETNA-KULWICKI_0004984

## Therapeutic Manipulation (Chiropractic)

Therapeutic manipulation consists of services related to attempts at restoring normal function by manipulation and treatment of the structures of the spine. This includes the relationship between the articulations of the vertebral column, as well as other articulations, and the neuro-musculoskeletal system and the role of these relationships in the restoration and maintenance of health. Therapeutic manipulation focuses on the detection and/or correction by manual or mechanical means of structural imbalance, distortion, or subluxation in the human body for the purpose of removing nerve interference, and the effects thereof, where such interference is the result of or related to distortion, misalignment, or subluxation of or in the vertebral column.

The Plan will cover the following services directly related to therapeutic manipulation when medically necessary: evaluation, spinal x-rays, vertebral adjustment or manipulation, therapeutic exercise, and adjunctive procedures. You must obtain services from a provider who is licensed to provide such services.

For members less than 13 years of age, the provider must obtain prior authorization from the Medical Management Department for therapeutic manipulation services.

## Therapy Services

The Plan covers the following therapy services that are medically necessary:

**Physical therapy (PT)** – Your provider must provide a diagnostic evaluation prior to ordering these therapy services to establish whether these services are medically necessary. The ordering provider must anticipate that these services will result in substantial improvement to your medical condition. See the Schedule of Benefits for benefit limits regarding these services.

**Speech therapy (ST)** – Your ordering provider must provide a diagnostic evaluation prior to ordering these therapy services to establish whether these services are medically necessary. Your provider must anticipate that these services will result in substantial improvement to your medical condition. See the Schedule of Benefits for benefit limits regarding these services.

**Occupational therapy (OT)** – Your ordering provider must provide a diagnostic evaluation prior to ordering these therapy services to establish whether these services are medically necessary. Your provider must anticipate that these services will result in substantial improvement to your medical condition. See the Schedule of Benefits for benefit limits regarding these services.

**Respiratory Therapy** – Your ordering provider must provide a diagnostic evaluation prior to ordering these therapy services to establish whether these services are medically necessary. Your provider must anticipate that these services will result in substantial improvement to your medical condition. See the Schedule of Benefits for benefit limits regarding these services.

**Cardiac and pulmonary rehabilitation** – These services are covered when medically necessary and ordered by a physician and non-custodial. See the Schedule of Benefits for applicable benefit limits.

**Radiation therapy, chemotherapy, dialysis treatment, and infusion therapy** – These services are covered when provided at the appropriate level of care.

**Pain management and rehabilitation outpatient programs** – These services are covered if you are diagnosed with refractory chronic pain of at least six months duration. Your ordering provider must demonstrate that he or she anticipates these services to result in substantial improvement to your medical condition.

## Transplant Services

The Plan will cover services provided by a hospital that are directly related to organ, tissue, or bone transplantation when medically necessary. Prior authorization is required. If a human organ or tissue transplant is provided from a living donor to a human transplant recipient:

- When both the donor and the recipient are members, each is entitled to the benefits of this Benefits Handbook
- When only the recipient is a member, both the donor and the recipient are entitled to the benefits of this Benefits Handbook subject to the following additional limitations:
  - o The donor benefits are limited to only those not provided or available to the donor from any other source, including, but not limited to, other insurance coverage, or any government program
  - o Benefits provided to the donor will be charged against the recipient's coverage under this Benefits Handbook

When only the donor is a member, the donor is entitled to the benefits of this Benefits Handbook, subject to the following additional limitations:

- The benefits are limited to only those not provided or available to the donor from any other source in accordance with the terms of this Benefits Handbook.
- No benefits will be provided to the non-member transplant recipient.
- If any organ or tissue is sold rather than donated to the member recipient, no benefits will be payable for the purchase price of such organ or tissue. However, other costs related to evaluation and procurement are covered to the member recipient's benefit limit as set forth in the Schedule of Benefits.

The following are terms, conditions, and definitions used to describe transplant services covered under the Plan:

**Medically appropriate** – The recipient or self-donor meets the criteria for a transplant set by us.

**Professional provider transplant services** – All medically necessary services and supplies provided by a provider in connection with a covered transplant except donor costs and antirejection drugs.

**Benefits for antirejection drugs** – For antirejection drugs following the transplant, services will be limited to prescription drugs, if covered under the contract.

**Prior authorization requirement** – All transplant procedures must receive prior authorization for type of transplant, be medically necessary, and not be experimental according to criteria set by us.

The prior authorization requirements are a part of the benefit administration of the contract and are not a treatment suggestion. The actual course of medical treatment you may choose remains strictly a matter between you and your doctor.

Your doctor must submit a complete medical history, including current diagnosis and name of the surgeon who will perform the transplant. The surgery must be done at a recognized and authorized transplant center. The donor, donor recipient, and the transplant surgery must meet required medical selection criteria as set by us.

## Vision Services for a Medical Condition

Prescription eyewear and the fitting and adjustment of contact lenses are covered only if you have cataracts, keratoconus, or aphakia. If you have one of these qualifying conditions, prescription lenses and contact lenses are limited to one pair of standard contact lenses OR one pair of standard eyeglasses per benefit period. You will be responsible for any and all upgrades.

## Women's Care

All female members have direct access to and are covered for an annual screening/gynecological examination, which includes a pelvic examination, breast examination, and Pap smear, in accordance with the recommendations of the American College of Obstetricians and Gynecologists.

- All women are covered for one annual screening mammogram if ordered by a physician
- Women's preventive health services listed as a preventive care benefit.

CONFIDENTIAL

AETNA-KULWICKI_0004985

# Services Excluded from Coverage through the Plan

**Not all healthcare services are covered services. The following is a list of services that are not covered under the Plan. If you are not sure if a service is covered, call Member Services to find out if that service is covered under the Plan.**

## Alternative Medicine

Acupuncture is not covered. Acupressure, aromatherapy, ayurvedic medicine, guided imagery, herbal medicine, homeopathy, massage therapy, naturopathy, relaxation therapy, transcendental meditation, and yoga are also not covered.

## Blood

Non-purchased blood or blood products, including autologous donations, are not covered.

## Corrective Appliances

Corrective appliances primarily intended for athletic purposes or related to a sports medicine treatment plan and other appliances or devices, or any related services, including, but not limited to, children's corrective shoes, arch supports, special clothing or bandages of any type, back braces, lumbar corsets, hand splints, shoe inserts, or orthopedic shoes, unless otherwise set forth herein.

## Cosmetic Surgery

Surgical or other services for cosmetic purposes performed to repair or reshape a body structure for the improvement of the person's appearance or for psychological or emotional reasons and from which no improvement in physiological function can be expected, except as such surgery or services are required to be covered by law. Excluded services include, but are not limited to, port wine stains, augmentation procedures, reduction procedures, and scar revisions.

## Court Ordered

Court-ordered services when your physician or other professional provider determines that those services are not medically necessary.

## Custodial Care

Custodial care, domiciliary care, residential care, or protective and supportive care, including, but not limited to, respite care, rest cures, educational services, convalescent care, dietary services, homemaker services, maintenance therapy, and food or home-delivered meals.

## Dental Care

Except as otherwise set forth in this document, services directly related to care, treatment, removal, or replacement of teeth, the treatment of injuries to or diseases of the teeth, gums, or structures directly supporting or attached to the teeth, including, but not limited to, treatment of dental abscesses or granuloma, treatment of gingival tissues (other than for tumors), and dental examinations.

## Employment Related or Employer Sponsored Services

- For any illness or bodily injury that occurs in the course of employment, if benefits or compensation is available in whole or in part, pursuant to any federal, state, or local government's workers' compensation, or occupational disease, or similar type of legislation. This exclusion applies whether or not you claim those benefits or compensation.

- Services that you receive from a dental or medical department, operated in whole or in part by, or on behalf of, an employer, mutual benefit association, labor union, trust, or similar entity.

## Experimental/Investigational

Services which are experimental/investigational in nature as determined by the Plan administrator.

## Food Supplements/Vitamins

Food, food supplements, vitamins, and other nutritional and over-the-counter electrolyte supplements, except otherwise set forth herein.

## Foot Care Services

Palliative or cosmetic foot care, including, but not limited to:

- Treatment of weak, strained, flat, unstable, or unbalanced feet

- Metatarsalgia or bunions (except open cutting procedures)

- Treatment of corns, calluses, or toenails (except removal of nail roots if determined to be medically necessary by the Plan administrator)
  - Supportive orthotic devices for the foot are excluded unless you have diabetes or peripheral vascular disease.

## Genetic Counseling and Testing

Genetic counseling and testing not medically necessary for treatment of a defined medical condition, except when such coverage is required by ACA.

## Growth Hormones

Growth hormone therapy unless prescribed for classic growth hormone deficiency, Turner syndrome, or certain other diagnoses as determined by the Plan administrator and authorized in accordance with applicable policy and procedure.

## Hearing Examinations

Hearing examinations and related services, except when such coverage is required by ACA.

## Home Care

Home care for chronic conditions such as permanent, irreversible disease, injuries, or congenital conditions requiring long periods of care or observation.

## Home Medical Equipment

Comfort or convenience items, for your comfort or convenience or the comfort or convenience of your caretaker, including, but not limited to, fitness club memberships, air conditioners, televisions, telephones, dehumidifiers, air purifiers, food blenders, exercise equipment, orthopedic mattresses, home or automobile modifications, whirlpools, barber or beauty service, guest service or similar items, even if recommended by a professional provider. Additionally, medical equipment and supplies that are expendable in nature (i.e., disposable items such as incontinent pads, catheters, irrigation kits, disposable electrodes, ace bandages, elastic stockings, and dressings) and primarily used for non-medical purposes, regardless of whether recommended by a professional provider.

## Immunizations and Drugs

Physical examinations and immunizations required by foreign travel, school, or employment, except as required by ACA.

## Inpatient/Outpatient Healthcare Provider Services

- Medical care for inpatient stays primarily for diagnostic services or observation (observation is only covered at the observation rate)

- Medical care for inpatient stays that are primarily for rehabilitation services, except inpatient comprehensive physical rehabilitation services

- A private room, when the hospital has a semi-private room available (Payment will be based on the average semi-private room rate)

## Medical/Dental Services Not identified as "Covered" in Benefits Handbook

Any other medical or dental service or treatment, except as provided in this Benefits Handbook or as mandated by law.

## Medical Devices and Supplies

Durable medical equipment or supplies associated or used in conjunction with non-covered items or services.

## Medically Unnecessary Services

Services not medically necessary as determined by the Plan administrator.

## Medicare

Services for which, or to the extent that, payment has been made pursuant to Medicare coverage, when Medicare coverage is primary. However, this exclusion does not apply when your employer or group plan sponsor is required to offer you all of the benefits set forth in this Benefits Handbook by law and you elect this coverage as your primary coverage.

## Medicare Eligibility

Any amounts that you are required to pay under the deductible and/or co-insurance provisions of Medicare or Medicare supplement coverage.

## Military Service

- Care for military service-connected disabilities and conditions for which you are legally entitled to services and for which facilities are reasonably accessible to you

- Services that are provided to members of the armed forces and the National Health Service or to individuals in Veterans Administration facilities for military service-related illness or injury, unless you have a legal obligation to pay

CONFIDENTIAL

AETNA-KULWICKI_0004986

## Miscellaneous

Any services, supplies, or treatments not specifically listed in the Benefits Handbook as covered benefits, services, supplies, or treatments.

- Services and supplies that are not provided or arranged by an in-network provider and/or authorized for payment in accordance with Medical Management Department policies and process
- Any services related to or necessitated by an excluded item or non-covered service
- Services provided by a non-licensed practitioner or practitioner not recognized by the Plan.
- Services which are primarily educational in nature, including, but not limited to, vocational rehabilitation or recreational or educational therapy
- Services rendered prior to the effective date of your coverage or incurred after the date of termination of your coverage, except as provided elsewhere in this Benefits Handbook
- Services for which you otherwise would have no legal obligation to pay
- Charges for telephone consultations
- Charges for failure to keep a scheduled appointment
- Concierge fees or boutique medical practice membership fees
- Educational therapies intended to improve academic performance
- Financial/legal services
- Services performed by a professional provider enrolled in an education or training program when such services are related to the education or training program
- Charges for completion of any insurance form or copying of medical records
- Personal comfort items, including when used in an inpatient hospital setting, including telephones, televisions, laundry charges or guest trays
- Services rendered by a professional provider who is a member of your immediate family
  - o Immediate family is defined as the member's spouse, child, stepchild, parent, sibling, son-in-law, daughter-in-law, mother-in-law, father-in-law, sister-in-law, brother-in-law, or grandparent
- Services that are submitted by two different professional providers for the same services performed on the same date for the same individual
- Services for, or related to, any illness or injury suffered after the effective date of your coverage that is the result of any act of war
- Vocational rehabilitation and employment counseling

## Motor Vehicle Accident

Treatment or services for injuries resulting from the maintenance or use of a motor vehicle if such treatment or service is paid or payable under a motor vehicle insurance policy, including, but not limited to, a qualified plan of self-insurance, or any fund or program for the payment of extraordinary medical benefits established by law, including medical benefits payment in any manner under applicable state law and any advanced payments that may be made under the Plan for any such treatment or services that are specifically subject to the Plan's reimbursement and subrogation rights as set forth in the Plan.

## Non-Medical Items

Health club memberships, air conditioners, televisions, telephones, dehumidifiers, air purifiers, food blenders, exercise equipment, orthopedic mattresses, home or automobile modifications, whirlpools, barber or beauty service, guest service or similar items, even if recommended by a physician.

## Nutritional Supplements

Blended food, baby food, or regular shelf food when used with an enteral system; milk- or soy-based infant formula with intact proteins; any formula, when used for the convenience of you or your family members; nutritional supplements or any other substance utilized for the sole purpose of weight loss or gain, or for caloric supplementation, limitation, or maintenance; oral semisynthetic intact protein/protein isolates, natural intact protein/protein isolates, and intact protein/protein isolates; food additives, including, but not limited to, thickeners, vitamins, fiber supplements, calorie or protein supplements and lactose digestion products, and normal food products used in the dietary management of rare hereditary genetic metabolic disorders.

## Oral Surgery

Services including or related to oral surgery, except as otherwise outlined in this document. Exclusions include, but are not limited to:

- Services that are part of an orthodontic treatment program
- Services required for correction of an occlusal defect
- Services encompassing orthognathic or prognathic surgical procedures
- Treatment of temporomandibular joint syndrome or temporomandibular joint disorders, except as set forth in this Benefits Handbook under the covered benefits section
- Removal of asymptomatic, non-impacted third molars
- Orthodontia and related services

## Over-The-Counter Drugs

Food, food supplements, vitamins, and other nutritional and over-the-counter electrolyte supplements, except otherwise outlined in this document.

## Physical Examinations

Physical examinations, immunizations, or behavioral health services obtained for the completion of forms and preparation of specialized reports solely for insurance, licensing, employment, or other non-preventive or medically necessary purposes, including, but not limited to, premarital examinations, physicals for employment, school, camp, and participation in sports or travel except as otherwise outlined in this document or when such coverage is required by ACA.

## Rehabilitative Therapy

Rehabilitative therapy services, including, but not limited to, speech therapy provided to correct or alleviate speech problems resulting from psychoneurotic or personality disorders. Physical, occupational, and speech rehabilitation therapy services provided in excess of the maximum number of visits per benefit period, as indicated in the schedule of benefits; rehabilitation therapy services not expected to result in ongoing substantial improvement in your medical condition; and services provided after a maintenance level has been established.

## Reversal of Voluntary Sterilization Procedures

Services to reverse sterilization.

## Sex Transformation Services and Procedures

Treatment leading or related to transsexual surgery, except for sickness or injury resulting from such treatment or surgery.

## Surrogate Motherhood

Services and supplies associated with surrogate motherhood, including, but not limited to, all services and supplies relating to conception, prenatal care, delivery, and postnatal care of a member acting as a surrogate mother.

## Transplant Services

- Services for or related to any transplant services except those deemed medically necessary and non-experimental/investigational by the Plan
- Any transplant services or procurement done outside of the continental U.S.
- An transplant services relating to a condition arising from employment
- Transplant covered services, if there are research funds available to pay for the services
- Expenses incurred while searching for a suitable donor

## Transportation

Non-emergent transportation, by any means, including via ambulance provider, unless such transportation is Prior Authorized by the Medical Management Department.

## Treatment Outside the U.S.

Treatment for non-emergent or non-urgent services received outside the U.S.

## Vision

- Eyeglasses and contact lenses and vision examinations, including those for prescribing or fitting eyeglasses or contact lenses (except where you have cataracts, keratoconus, or aphakic)
- Services for the correction of myopia, hyperopia, or astigmatism, including, but not limited to, radial keratotomy
- Vision training
- Orthoptics

## Weight Reduction Services

Weight reduction programs, including all related diagnostic testing and other services, except as outlined in this document for morbid obesity or when coverage is required by ACA. Anti-obesity medication, including, but not limited to, appetite suppressants and lipase inhibitors, but you should check with your pharmacy benefit plan to see if these medications are covered.

CONFIDENTIAL    AETNA-KULWICKI_0004987

# Schedule of Benefits

The Plan only pays for covered services. Any healthcare service not included in the description of covered services, or listed in the exclusions, is not covered by the Plan.

This section helps you understand what your financial responsibility (if any) will be under the covered services. It includes what you will have to pay for covered health services, including any co-insurance. It also outlines any limits to these covered services (including dollar or visit maximums), and any responsibility you have for obtaining a prior authorization or a plan of treatment.

| | 2014 WellStar Employee Medical Plan Options | | | | | |
|---|---|---|---|---|---|---|
| | WellShare Premium | | WellShare Select | | Minimum Basic | |
| | In-Network | Out-of-Network | In-Network | Out-of-Network | In-Network | Out-of-Network |
| **Annual Deductible** (You pay) | | | | | | |
| Team Member | $1,250 | $2,500 | $1,750 | $3,500 | $2,000 | $4,000 |
| Team Member + Spouse or Team Member + Child | $2,500 | $3,750 | $2,625 | $5,250 | $3,000 | $6,000 |
| Family/Team Member + Child(ren) or Team Member + Child(ren) + Spouse | $2,500 | $5,000 | $3,500 | $7,000 | $4,000 | $8,000 |
| **WellStar's HSA/HRA Contribution** | | | | | | |
| Team Member | $500 | | $500 | | N/A | |
| Team Member + Spouse or Team Member + Child | $750 | | $750 | | N/A | |
| Family/Team Member + Child(ren) or Team Member + Child(ren) + Spouse | $1,000 | | $1,000 | | N/A | |
| **Annual Out-of-Pocket Maximum** (Total you pay including deductible and coinsurance) | | | | | | |
| Team Member | $3,000 | $6,000 | $4,500 | $9,000 | $5,000 | $10,000 |
| Team Member + Spouse or Team Member + Child | $4,500 | $9,000 | $6,750 | $13,500 | $7,500 | $15,000 |
| This out-of-pocket maximum is calculated in the aggregate, meaning the entire out-of-pocket maximum must be met before co-insurance is applied for any individual family member. | | | | | | |
| Family/Team Member + Child(ren) or Team Member + Child(ren) + Spouse | $6,000 | $12,000 | $9,000 | $18,000 | $10,000 | $20,000 |
| This deductible is calculated in the aggregate, meaning the entire deductible must be met before co-insurance is applied for any individual family member. | | | | | | |
| **Benefit Services** | | | | | | |
| Preventive Services (Covered in Compliance with Requirements under ACA) <br> • Pediatric Care and Immunizations (Preventive/health screening examination, pediatric immunizations, well-baby visits) <br> • Adult Care and Immunizations (Preventive/health screening examination, adult immunizations the ACA requires to be covered at no cost to you) <br> • Women's Care (Screening gynecological exam, screening pap test and screening, mammogram, other preventive services) | no charge | 40%, after deductible | no charge | 40%, after deductible | no charge | 50%, after deductible |
| Primary Care Office Visits <br> Applies to covered services by a physician with a specialty of: Family Practice, General Practice, Internal Medicine, Pediatrics, Physician's Assistant, OB/GYN, and covered services by a Nurse Practitioner | 0%, after deductible | 40%, after deductible | 0%, after deductible | 40%, after deductible | 60%, after deductible | 50%, after deductible |
| Specialty Care Office Visits <br> Covered services by all other practitioners. Includes allergy testing and treatment, injections and serum. | 20%, after deductible | 40%, after deductible | 20%, after deductible | 40%, after deductible | 40%, after deductible | 50%, after deductible |
| Emergency Services <br> Includes ambulance services, emergency care and urgent care | 20%, after deductible | | 20%, after deductible | | 40%, after deductible | |
| Radiology (Diagnostic testing) | 20%, after deductible | 40%, after deductible | 20%, after deductible | 40%, after deductible | 40%, after deductible | 50%, after deductible |
| Pathology (Lab and other services) | 20%, after deductible | 40%, after deductible | 20%, after deductible | 40%, after deductible | 40%, after deductible | 50%, after deductible |

| | 2014 WellStar Employee Medical Plan Options | | | | | |
|---|---|---|---|---|---|---|
| | WellShare Premium | | WellShare Select | | Minimum Basic | |
| | In-Network | Out-of-Network | In-Network | Out-of-Network | In-Network | Out-of-Network |
| Home Healthcare <br> Includes home healthcare (100 visits per calendar year), private duty nursing, and skilled nursing facility (prior authorization required, 100 days per calendar year) | 20%, after deductible | 40%, after deductible | 20%, after deductible | 40%, after deductible | 40%, after deductible | 50%, after deductible |
| Inpatient & Outpatient Services <br> Surgery, Pre-Admission Testing, Semi-Private Room, Private Room (if medically necessary) <br> • Outpatient surgery <br> • Inpatient hospitalization (Prior authorization required) <br> • Anesthesia, assistant surgeon <br> • Bariatric Weight Reduction Surgery (Prior authorization required) | 20%, after deductible | 40%, after deductible | 20%, after deductible | 40%, after deductible | 40%, after deductible | 50%, after deductible |
| Hospital Physician Services <br> Services Performed by Surgeons, Surgical Assistants, Radiologists, Pathologists, and Anesthesiologists <br> • Inpatient <br> • Outpatient | 20%, after deductible | 40%, after deductible | 20%, after deductible | 40%, after deductible | 40%, after deductible | 50%, after deductible |
| Immunizations and Inoculations <br> For tests and serum and medically necessary immunizations not covered under ACA | 20%, after deductible | 40%, after deductible | 20%, after deductible | 40%, after deductible | 40%, after deductible | 50%, after deductible |
| Medical Therapy Services <br> Chemotherapy, radiation therapy, dialysis treatment, infusion therapy | 20%, after deductible | 40%, after deductible | 20%, after deductible | 40%, after deductible | 40%, after deductible | 50%, after deductible |
| Mental Health/Substance Abuse (Magellan) <br> • Inpatient hospital/facility and professional services <br> • Partial hospitalization facility and physician services <br> • Office visits for mental health and substance abuse | 20%, after deductible | 40%, after deductible | 20%, after deductible | 40%, after deductible | 40%, after deductible | 50%, after deductible |
| Maternity & Infertility <br> • Maternity care <br> • Infertility & in vitro medical services and prescriptions (combined $10,000 annual limit) | 20%, after deductible | 40%, after deductible | 20%, after deductible | 40%, after deductible | 40%, after deductible | 50%, after deductible |
| Therapy <br> • Physical, Occupational, and Speech Therapy (Limited to 60 visits per calendar year combined) <br> • Cardiac rehabilitation coverage <br> • Pulmonary rehabilitation coverage <br> • Therapeutic manipulation <br> • Chiropractic Services (Limited to 20 visits per calendar year) <br> • Respiratory Therapy | 20%, after deductible | 40%, after deductible | 20%, after deductible | 40%, after deductible | 40%, after deductible | 50%, after deductible |
| Other Medical Services <br> • Dental services related to accidental injury (Treatment must begin within 90 days of injury and be completed within 12 months after the dental injury to be covered by the Plan) <br> • Diabetic equipment, supplies, and education <br> • Durable Medical Equipment (DME) <br> • Hospice care <br> • Nutritional counseling when <br> • Transplant services (Prior authorization required) | 20%, after deductible | 40%, after deductible | 20%, after deductible | 40%, after deductible | 40%, after deductible | 50%, after deductible |

CONFIDENTIAL

AETNA-KULWICKI_0004988

## Pharmacy Services

### Getting Started

Access your pharmacy benefits with your WellStar Employee Medical Plan member ID card. Your card will allow you to fill a prescription at a WellStar Retail Network Pharmacy, in-network retail pharmacy, or order your prescriptions online through the Express Scripts Pharmacy.

### Prescription Benefit Highlights

The following information illustrates your co-insurance based on the type of prescription you have filled and where you have it filled.

| | WellShare Premium | WellShare Select | Minimum Basic |
|---|---|---|---|
| **WellStar Retail Network Pharmacy** (up to a 90-day supply) | | | |
| Selective Preventive Rx* | no charge | no charge | no charge |
| Generic | 10%, after deductible | 10%, after deductible | 40%, after deductible |
| Brand Formulary | 10%, after deductible | 10%, after deductible | 40%, after deductible |
| Brand Non-Formulary | 30%, after deductible | 30%, after deductible | 60%, after deductible |
| **Retail** (up to a 30-day supply) | | | |
| Generic | 30%, after deductible | 30%, after deductible | 40%, after deductible |
| Brand Formulary | 30%, after deductible | 30%, after deductible | 40%, after deductible |
| Brand Non-Formulary | 50%, after deductible | 50%, after deductible | 60%, after deductible |
| **Mail** (up to a 90-day supply) | | | |
| Generic | 20%, after deductible | 20%, after deductible | 40%, after deductible |
| Brand Formulary | 20%, after deductible | 20%, after deductible | 40%, after deductible |
| Brand Non-Formulary | 40%, after deductible | 40%, after deductible | 60%, after deductible |
| **Specialty**** | 10%, after deductible ($150 max) | 10%, after deductible ($150 max) | 10%, after deductible ($150 max) |

*Select Preventive Rx category includes a specific list of generics and select preferred brands that are preventive medicines for a select category of conditions, including asthma, diabetes, cholesterol, and hypertension. Members should refer to this list to determine if their medication is included. This information is available on the MyBenefits and Navigating Your Benefits websites.

**Specialty drugs are only available through the WellStar Retail Pharmacy Network and Accredo (Express Scripts' specialty pharmacy) and are subject to a 30 day supply limit.

## Covered Products

The following products are covered under your pharmacy benefits as described below.

- Drugs, medicines, or medications that under federal or state law may be dispensed only by prescription from a healthcare practitioner
- Drugs, medicines, or medications that are included on the Preferred Drug List, or formulary.
- Insulin and the following diabetes supplies: lancets, alcohol swabs, and blood testing strips
- Hypodermic needles or syringes, when prescribed by a healthcare practitioner for use with insulin or self-administered injectable drugs
- Specialty drugs and self-administered injectable drugs covered on the formulary
- Enteral formulas and nutritional supplements for the treatment of phenylketonuria (PKU) or other inherited metabolic disease, or as otherwise determined by the Plan

- Preventive prescription, over-the-counter medications, and products as required by the Affordable Care Act (ACA)
- Eligible prescriptions filled at WellStar Retail Network Pharmacies

## Your Plan's Preferred Drug List (Formulary)

The Preferred Drug List, also known as your formulary, is a list of prescription drugs that are covered under your plan. The inclusion of specific medications on the WellStar Employee Medical Plan formulary is based on the medication's effectiveness, safety, and value.

The formulary offers a wide selection of generic and brand name prescription drugs suggested by the Pharmacy and Therapeutics Committee, a group of physicians, nurses, pharmacists, and other healthcare professionals. The formulary is periodically reviewed and updated throughout the year in order to ensure that our benefits package consistently and adequately meets your needs.

## How to Fill Your Prescription Medications

### Short-term medications

These are drugs you need immediately. This includes medications used to treat acute infections, or to relieve pain temporarily.

### At a WellStar Retail Network Pharmacy

Simply present your member ID card and written prescription to your pharmacist, and pay your co-insurance as described above.

### At a retail network pharmacy

Your pharmacy benefits can also be filled at pharmacies accepting Express Scripts prescriptions. Locate the nearest retail network pharmacy by visiting www.esi.com or by calling 1-855-266-0714. To fill your prescription, present your member ID card and written prescription and pay your co-insurance as described above.

### Long-term medications

These are drugs you take on a regular basis. These could be drugs to treat asthma, high blood pressure, diabetes, etc. These medications can be mailed to your home in a 90-day supply.

### Through office delivery from a WellStar Retail Network Pharmacy

Your WellStar Retail Network Pharmacy offers a convenient option for ongoing medications. Simply present your member ID card and a written prescription for a 90 day supply to your pharmacist and pay your co-insurance as described above.

### Through home delivery from the Express Scripts pharmacy

You may also receive home delivery for long-term medications from Express Scripts. These medications will be delivered directly to your home in a plain, weather-resistant pouch for privacy and protection. Standard shipping is free. There are three ways fill a mail order prescription through Express Scripts:

**Online Option**

- Go to www.StartHomeDelivery.com, click **Register Now** and follow the prompts to set up your account
- When your registration is complete, you may refill your prescriptions online and Express Scripts will contact your doctor to obtain a prescription for up to a 90-day supply of your medication.

**Mail Option**

- Ask your doctor to write two prescriptions: one for up to a 30-day supply that you can fill immediately at a WellStar Retail Network Pharmacy or a retail network pharmacy and one for up to a 90-day supply of your medication (including refills for up to one year)
- Print and complete a home delivery order form found at **www.StartHomeDelivery.com**
- Mail the completed form, your written prescription for your 90-day supply, and payment* to:

  Express Scripts
  P.O. Box 66567
  St Louis, MO 63166-6567

  *To help avoid delays, be sure to include payment with your order

**Fax Option**

- Ask your doctor to write two prescriptions: one for up to a 30-day supply that you can fill immediately at a WellStar Retail Network Pharmacy or a retail network pharmacy and one for up to a 90-day supply of your medication (including refills for up to one year)
- Print and complete a home delivery order form found at **www.StartHomeDelivery.com**
- Have your doctor or someone from your doctor's office fax your completed order form to Express Scripts at **800-636-9494.** Faxes must be sent from your doctor's office. Faxes from other locations, such as your home or workplace, will not be accepted.

### Free Standard Delivery

Your prescription drug will be mailed to your home by standard U.S. Postal Service delivery at no charge. Your medication(s) will be mailed within 14 business days from the day Express Scripts receives the prescription. Overnight delivery is available at an additional cost to you.

CONFIDENTIAL     AETNA-KULWICKI_0004989

## Specialty medications

Specialty medications treat specific medical conditions such as cancer, hemophilia, hepatitis, multiple sclerosis, psoriasis, pulmonary arterial hypertension, respiratory syncytial virus, rheumatoid arthritis, and more. Find a list of specialty medications on page 45. You can fill these prescriptions:

- **At a WellStar Retail Network Pharmacy**
  Your WellStar Retail Network Pharmacy may be able to fill your specialty medications. Simply present your member ID card and written prescription to your pharmacist, and pay your co-insurance as described above. You can locate a WellStar Retail Network Pharmacy at pwplans.org/wellstar or by calling **1-855-869-7059.**
- **Through Curascript
  (Express Scripts Specialty Pharmacy)**
  CuraScript, the Express Scripts specialty pharmacy, is a specialty pharmacy that provides specialty medications. Please call **1-855-266-0714** to learn more about filling your specialty medications.
- **Mail Option**
  Print and complete a home delivery order form found at **pwplans.org/wellstar.** Mail the completed form, your written prescription for your specialty medication, and payment* to:

  Express Scripts
  P.O. Box 66567
  St Louis, MO 63166-6567

  *To help avoid delays, be sure to include payment with your order

## Using an Out-of-Network Pharmacy/Direct Claims

If you use an out-of-network pharmacy, you must pay the entire cost of the prescription upfront and then submit a claim for reimbursement. These claims will only be paid if it is a part of emergency services.

### Filing a claim

Claims must be submitted within 365 days of the prescription purchase date. Claim forms are located online at pwplans.org/wellstar or can be requested by calling your member services team at **1-855-869-7059.**

## Prior Authorization

Some drugs on your plan require approval before they can be covered – this is called prior authorization. Prior authorization helps ensure that you're using the best drugs in the safest way. A list of drugs requiring authorization is available on our website, **pwplans.org/wellstar.**

If you are currently taking or recently prescribed one of these drugs, please discuss possible alternatives or have your doctor request authorization by calling **1-855-869-7059.**

## Step Therapy

Step therapy ensures you are taking the most effective medication at the best cost. This means trying the least expensive medication that has been proven to treat your condition.

### How step therapy works

**Step 1:** When your prescribed drug is impacted by step therapy, first you will be asked to try generic drugs. The generic drug recommended will be approved by the Food and Drug Administration (FDA) as providing the same health benefit at a much lower cost

**Step 2:** If the generic drug in step 1 does not work for you, you will be prescribed the brand-name drug. For more information on step therapy, visit **pwplans.org/wellstar** or call **1-855-869-7059.**

## Quantity Limits

To ensure you are getting the most cost-effective dose for your medication, a quantity limit or dose duration may be placed on certain drugs. A quantity limit or dose duration may be placed on certain drugs ensure you are getting the most cost-effective drug/dose combination. For more information on quantity limits or dose durations, visit **pwplans.org/wellstar** or call **1-855-266-0714.**

## Preventive Medications & Products

In accordance with the requirements of the Affordable Care Act (ACA), the following preventive and contraceptive medications and products, when prescribed by your doctor, are covered at no cost to you:

### Drug/Product Name*

- Aspirin
- Fluoride
- Folic Acid
- Immunizations
- Smoking Cessation Products
- Contraceptives

*Not all drugs in these classes are covered.  See page 45 for a complete list of WellStar approved preventive medications.

## Limitations & Exclusions

Unless specifically stated otherwise, no benefit will be provided for, or on account of, the following items:

- Any drug prescribed for intended use other than for:
  o  Indications approved by the FDA
  o  Off-label indications recognized through peer-reviewed medical literature
- Any drug prescribed for a sickness or bodily injury not covered under the Plan
- Any drug, medicine or medication that is either:
  o  Labeled "caution-limited by federal law to investigational use"
  o  Experimental or investigational or for research purposes
- Allergen extracts
- Therapeutic devices or appliances, including, but not limited to:
  o  Hypodermic needles and syringes (except needles and syringes used for insulin and self-administered injectable drugs whose coverage is approved by the Plan)
  o  Support garments
  o  Test reagents/substances
  o  Mechanical pumps for delivering medications other than insulin pumps
  o  Other non-medical substances
- Dietary supplements, except enteral formulas and nutritional supplements for the treatment of phenylketonuria (PKU) or other inherited metabolic diseases
- Nutritional products
- Minerals
- Growth hormones for idiopathic short stature
  o  Unless there is a laboratory confirmed diagnosis of growth hormone deficiency, or as otherwise determined by the Plan
- Herbs and vitamins, except prenatal (including greater than one milligram of folic acid) and pediatric multi-vitamins with fluoride
- Anabolic steroids, except for use in AIDS Wasting Syndrome or testosterone for laboratory confirmed diagnosis of low testosterone
- Anorectic drugs or any drug used for the purpose of weight control
- Any drug used for cosmetic purposes, including, but not limited to:
  o  Dermatologicals or stimulants for hair growth
  o  Pigmenting or de-pigmenting agents

- Any drug or medicine (unless duly noted on the Preferred Drug List or formulary that is:
  o  Lawfully obtainable without a prescription (over-the-counter drugs), except insulin
  o  Available in prescription strength without a prescription
- Compounded drugs in any dosage form, except when prescribed for pediatric use for children up to 19 years of age and approved by prior authorization, or as otherwise determined by the Plan
- Drugs used to induce abortions
- Any drug prescribed for impotence and/or sexual dysfunction
- Any drug, medicine, or medication that is consumed or injected at the location where prescribed or dispensed by the healthcare practitioner
- The administration of covered medication(s)
- Prescriptions that are to be taken or administered to you (in whole or in part) while you are a patient in a facility where drugs are ordinarily provided by the facility on an inpatient basis; inpatient facilities include, but are not limited to:
  o  Hospital
  o  Skilled nursing facility
  o  Hospice facility
- Injectable drugs, including, but not limited to:
  o  Immunizing agents, unless otherwise determined by the Plan
  o  Biological sera
  o  Blood
  o  Blood plasma
  o  Self-administered injectable drugs or specialty drugs for which coverage is not approved by the Plan
- Prescription refills:
  o  In excess of the number specified by the healthcare practitioner or allowed by law
  o  In excess of the number specified by our drug specific refill limit
  o  Dispensed more than a year from the date of the original order
- Any portion of a prescription or refill that exceeds a 90-day supply when received from an in-network mail order pharmacy or a WellStar Retail Network Pharmacy that allows you to receive a 90-day supply of a prescription or refill
- Any portion of a prescription or refill that exceeds a 30-day supply when received from an out-of-network retail pharmacy that allows you to receive a 90-day supply of a prescription or refill

- Any portion of a specialty drug of self-administered injectable drug that exceeds a 30-day supply, unless otherwise determined by us
- Any portion of a prescription or refill that:
  - Exceeds our drug specific quantity level limits
  - Is dispensed to a covered person, whose age is outside the drug specific age limits defined by us
  - Exceeds the duration-specific quantity duration limits
- Any drug for which step therapy or prior authorization is required by the Plan and is not obtained
- Any drug for which a charge is customarily not made
- Any drug, medicine, or medication received by you:
  - Before becoming covered under the Plan benefits
  - After your coverage ends under the Plan benefits
- Any costs related to the mailing, sending or delivery of prescription drugs
- Any intentional misuse of this benefit, including prescriptions purchased for consumption by someone other than you
- Any prescription or refill for drugs, medicines, or medications that are lost, stolen, spilled, spoiled, or damaged
- Drug delivery implants
- More than one prescription or refill for the same drug or equivalent medication prescribed by one or more healthcare practitioners and dispensed by one or more pharmacies until you have used, or should have used, at least 75% of the previous prescription or refill
  - However, if the drug or therapeutic equivalent medication is purchased through a mail order or a WellStar Retail Network Retail Pharmacy or a pharmacy that participates in our program that allows you to receive a 90-day supply of a prescription or refill, you must have used, or should have used at least 75% of the previous prescription (based on the dosage schedule prescribed by the healthcare practitioner)
- Any amount you already paid for a prescription that has been filled if the prescription is revoked or changed due to adverse reaction or change in dosage or prescription

# 2014 Preventive Drug List by Therapy Class

### Preventive Prescription Drugs: A Good Choice

Preventive medications can help to keep you from developing a health condition or can help you to maintain a condition that you already have. They can improve your quality of life and reduce overall health care costs by helping you to stay healthy and avoid expensive treatment.

If your doctor prescribes a preventive prescription drug, you pay the appropriate copayment — right from the beginning.

### Is Your Drug a Preventive Prescription Drug?

The following is a list of the most commonly prescribed preventive drugs. The list is not all-inclusive and does not guarantee coverage. Please refer to your prescription drug rider and benefits information for details about your specific plan.

**For the member:** Generic drugs are listed in lowercase letters, for example, atenolol. Generic medications contain the identical active ingredients, drug strength, and dosage form as their corresponding brand-name medications, although they may look different in color or shape. The manufacturer of the generic drug must produce the product under the same strict guidelines as the brand-name drug.

Brand-name drugs are listed in CAPITAL letters. You should ask your doctor if there is a generic drug to treat your condition.

The following drugs represent the preferred medications on the preventive drug list. Preferred medications are generic or brand-name drugs available to members at a lower cost.

### Asthma Medications

- ADVAIR
- ADVAIR HFA
- Albuterol
- Albuterol Sulfate
- Aminophylline
- ASMANEX
- Budesonide Respules
- COMBIVENT-RESPIMAT
- Cromolyn Sodium
- DULERA
- FLOVENT
- FLOVENT HFA
- FORADIL
- Ipratropium-Albuterol
- Levalbuterol
- Metaproterenol
- Montelukast Sodium
- QVAR
- SEREVENT DISKUS
- SPIRIVA
- Terbutaline Sulfate
- Theophylline
- Theophylline ER
- VENTOLIN HFA
- XOLAIR
- Zafirlukast

### Cholesterol Medications

- Atorvastatin
- Cholestyramine
- Colestipol
- Fenofibrate
- Fluvastatin
- Gemfibrozil
- Lovastatin
- Pravastatin Sodium
- Prevalite
- Simvastatin
- ZETIA

### Diabetes Medications

- Acarbose
- ACTOPLUS MET XR
- BYETTA
- Chlorpropamide
- DUETACT
- Glimepiride
- Glipizide
- Glipizide ER
- Glipizide XL
- Glipizide-Metformin
- Glyburide
- Glyburide Micronized
- Glyburide-Metformin
- HUMALOG
- HUMALOG MIX 50/50
- HUMALOG MIX 75/25
- HUMULIN N
- HUMULIN 70/30
- HUMULIN R
- JANUMET
- JANUMET XR
- JANUVIA
- JENTADUETO
- JUVISYNC
- LANTUS
- LANTUS SOLOSTAR
- LEVEMIR
- Metformin
- Metformin ER
- Nateglinide
- NOVOLIN
- NOVOLIN 70/30
- NOVOLIN N
- NOVOLIN R
- NOVOLOG
- NOVOLOG MIX 70/30
- Pioglitazone
- Pioglitazone-Metformin
- SYMLIN
- Tolazamide
- Tolbutamide
- TRADJENTA
- VICTOZA

### Diabetes Supplies

- BAYER METERS AND TEST STRIPS
- INSULIN SYRINGES
- LANCETS
- LIFESCAN METERS AND TEST STRIPS
- PEN NEEDLES

CONFIDENTIAL

AETNA-KULWICKI_0004991

**Hypertension Medications**

- Acebutolol
- Acetazolamide
- Acetazolamide ER
- Afeditab CR
- Amiloride
- Amiloride-Hydrochlorothiazide
- Amlodipine-Atorvastatin
- Amlodipine Besylate
- Amlodipine-Benazepril
- Atenolol
- Atenolol-Chlorthalidone
- Benazepril
- Benazepril-Hydrochlorothiazide
- Betaxolol
- Bisoprolol Fumarate
- Bisoprolol-Hydrochlorothiazide
- Bumetanide
- Captopril
- Captopril-Hydrochlorothiazide
- Cartia XT
- Carvedilol
- Chlorothiazide
- Chlorthalidone
- Clonidine
- Dilt XR
- Dilt-CD
- Diltiazem
- Diltiazem CD
- Diltiazem ER
- Diltzac ER
- Doxazosin Mesylate
- Enalapril Maleate
- Enalapril-Hydrochlorothiazide
- Eplerenone
- Eprosartan
- Felodipine ER
- Fosinopril Sodium
- Fosinopril-Hydrochlorothiazide
- Furosemide
- Guanabenz Acetate
- Guanfacine

- Hydralazine
- Hydrochlorothiazide
- Indapamide
- Irbesartan
- Irbesartan-Hydrochlorothiazide
- Isradipine
- Labetalol
- Lisinopril
- Lisinopril-Hydrochlorothiazide
- Losartan Potassium
- Losartan-Hydrochlorothiazide
- Methyclothiazide
- Methyldopa
- Methyldopa-Hydrochlorothiazide
- Metolazone
- Metoprolol Succinate
- Metoprolol Tartrate
- Metoprolol-Hydrochlorothiazide
- Minoxidil
- Moexipril
- Moexipril-Hydrocholothiazide
- Nadolol
- Nadolol-Bendroflumethiazide
- Nicardipine
- Nifediac CC
- Nifedical XL
- Nifedipine
- Nifedipine ER
- Nifedipine XL
- Nisoldipine ER
- Perindopril Erbumine
- Pindolol
- Prazosin
- Propranolol
- Propranolol ER
- Propranolol-Hydrochlorothiazide
- Quinapril
- Quinapril-Hydrochlorothiazide

- Ramipril
- Reserpine
- Spironolactone
- Spironolactone-Hydrochlorothiazide
- Taztia XT
- Terazosin
- Timolol Maleate
- Torsemide
- Trandolapril
- Trandolapril-Verapamil
- Triamterene-Hydrochlorothiazide
- Valsartan-Hydrochlorothiazide
- Verapamil
- Verapamil ER

**NOTE: This list does not indicate coverage.** You or your doctor may be asked to prove that the drug you're taking is being used for prevention. This list does not include all conditions that may be prevented with preventive prescription drugs or all the preventive drugs available. Your plan sponsor believes that these drugs satisfy the requirements for preventive care as outlined by the U.S. Treasury Department but cannot ensure that the Treasury Department would agree that all of these drugs satisfy the definition of preventive care.

This list is not a complete list of medications covered under your plan.

CONFIDENTIAL                                                    AETNA-KULWICKI_0004992



C20131115-12

AETNA-KULWICKI_0004993