# EXHIBIT G



**WELLSTAR**®

Employee
Medical Plan

**2015**

WellStar Employee Medical Plan
# Benefits Handbook

**Exhibit**
Aetna 0011

Effective January 1, 2015

This Benefits Handbook describes the WellStar Employee Medical Plan (sometimes referred to as the Plan), which is a component Plan under a comprehensive Health &Welfare Wrap Plan sponsored by WellStar Health System, Inc.

This Benefits Handbook should be read together with the Summary Plan Booklet (SPB), which combined make up the Summary Plan Document (SPD) for the Plan. The benefits under this Plan are not insured with Piedmont WellStar HealthPlans or any of its affiliates. Rather, benefits under the Plan are self-funded obligations of the Plan Sponsor.

Please read this Benefits Handbook carefully and together with the Plan SPB, which this Benefits Handbook supplements. The Plan's SPB describes the terms of the Plan other than information about specific benefits and exclusions, which are described herein. In the event of a conflict between this Benefits Handbook and the terms in the SPB, the SPB will control.

The Plan Sponsor (WellStar Health System, Inc.) expects the Plan to be continued indefinitely, but the Plan Sponsor reserves the right to amend or terminate the Plan at any time. Amendments shall be made only in accordance with the provisions of the Plan.

CONFIDENTIAL                                                          AETNA-KULWICKI_0003577

# Table of Contents

Welcome to the WellStar Employee Medical Plan .................................................. 4

How to Use Your Benefits Handbook ........................................................................ 4

Terms and Definitions to Help You Understand Your Benefits Handbook ............... 4

How to Determine Member Eligibility ....................................................................... 7

How to Access Healthcare Services and Covered Benefits ...................................... 8

How to Access Care When You Are Away from Home .............................................. 9

When You Need to Get Prior Authorization before Accessing Care ........................ 10

The Complaint & Grievance Process ........................................................................ 11

Claims and Appeals Procedures ............................................................................... 11

Coordination of Benefits ......................................................................................... 18

Right to Recovery and Subrogation ......................................................................... 19

How to Access Your Benefit Information .................................................................. 19

Protecting Your Privacy and Confidentiality ........................................................... 19

Description of Covered Services ............................................................................... 20

Services Excluded from Coverage through the Plan ................................................ 28

Schedule of Benefits ................................................................................................ 32

Pharmacy Services .................................................................................................... 35

    Covered Products ................................................................................................ 35

    Your Plan's Preferred Drug List (Formulary) ..................................................... 35

    How to Fill Your Prescription Medications ........................................................ 36

    Using an Out-of-Network Pharmacy/Direct Claims ......................................... 37

    Prior Authorization ............................................................................................ 37

    Step Therapy ...................................................................................................... 37

    Quantity Limits .................................................................................................. 37

    Preventive Medications & Products ................................................................. 37

    Limitations & Exclusions ................................................................................... 38

    2015 Preventive Drug List by Therapy Class ..................................................... 40

CONFIDENTIAL

# Welcome to the WellStar Employee Medical Plan

The WellStar Employee Medical Plan provides members with access to comprehensive and competitive medical benefits. It is built around the WellStar Provider Network, including WellStar physicians and hospitals as well as key community clinical partners. Throughout this handbook, mentions of the "Plan" refer to the WellStar Employee Medical Plan.

The Plan is designed to be patient-centered and physician-driven with innovative, coordinated care programs. As a member, you have access to comprehensive benefits, including emergency care, urgent care, routine office visits, inpatient hospitalizations, and outpatient surgeries. No referrals are required to see specialists, and you have coverage for emergency services both in and out of the service area. This document is designed to help you get the most out of your coverage through the Plan, including detailed information about covered healthcare services.

Member Services staff are available to assist you Monday through Friday, 7 a.m. to 7 p.m. and Saturday, 8 a.m. to 3 p.m. The Member Services telephone number is on the back of the WellStar Employee Medical Plan Member ID Card. If you have not received a WellStar Employee Medical Plan Member ID Card or cannot locate it, please call **1-855-869-7059**. You can also learn more about benefits by visiting **pwplans.org/wellstar**.

# How to Use Your Benefits Handbook

Your Benefits Handbook establishes the terms of coverage for the WellStar Employee Medical Plan. It outlines what services are covered and what services are not covered.
It also explains the procedures that you must follow to ensure that the healthcare services you receive will be covered under the Plan. Remember to read the Benefits Handbook in conjunction with the SPB.

Use this Benefits Handbook as a comprehensive resource to help you access benefits, plan for medical expenses, understand Plan policies and determine levels of coverage for healthcare services. For example, if you require an inpatient hospitalization and would like to know what services will be covered while you are in the hospital, turn to page 28 under "Description of Covered Services" for this information, including room and board details. Then, look under the "Schedule of Benefits" to determine out-of-pocket costs and prior authorization requirements. If you need to determine how your covered dependent living

away from home will access services, look on page 15, "How to Access Care When You Are Away from Home."

CONFIDENTIAL   AETNA-KULWICKI_0003579

The coverage described in this Benefits Handbook is at all times administered in compliance with applicable laws and regulations, including, but not limited to, the Affordable Care Act (ACA), the Health Care and Education Reconciliation

Act of 2010, and the implementing regulations thereunder, ERISA, HIPAA, the Uniformed Services Employment and Reemployment Rights Act of 1994, the Consolidated Omnibus Budget Reconciliation Act of 1985, as amended (COBRA), the Newborns' and Mothers' Health Protection Act of 1996, as amended, the Women's Health and Cancer Rights Act of 1998, the Mental Health Parity Act of 1996, the Mental Health Parity and Addiction Equity Act of 2008, the Genetic Information Nondiscrimination Act of 2008, and the Family and Medical Leave Act of 1993, as amended. If at any time any part or provision of this Benefits Handbook is in conflict with any applicable law, regulation, or other controlling authority, the requirement of that authority shall prevail.

The Plan may not cover all of your healthcare expenses. Read this document carefully to determine which healthcare services are covered. If you need additional assistance, please call Member Services at **1-855-869-7059** or by visiting **pwplans.org/wellstar**.

## Terms and Definitions to Help You Understand Your Benefits Handbook

The following are some important and frequently used terms and definitions that the WellStar Employee Medical Plan uses in this Benefits Handbook and when administering your benefits.

**Allowed amount** – The maximum dollar amount that the Plan administrator determines is fair and reasonable for covered services provided to a member. If an out-of-network provider charges more than the allowed amount, the patient may have to pay the difference. The allowed amount may also be subject to cost sharing. Terms used interchangeably with allowed amount are allowed charge, contracted rate, eligible expense, maximum allowable, payment allowance, and negotiated rate. For in-network providers, this is the contracted rate that your provider has agreed to be paid for the service(s). For out-of-network providers, this is based on industry standard out-of-network rates (125% of Medicare rates). This amount can be paid by any combination of Plan, spending account, and member payments.

**Benefit limit** – The maximum that the Plan will pay

for a specific procedure or event, or during a specific time (e.g., annual number of visits per covered individual).

**Benefit period** – The period for which you are eligible for coverage during the Plan's plan year, during which charges for covered services must be incurred in order to be eligible for payment by the Plan. A charge will be considered incurred on the date you receive the service, or supply, for which the charge is made.

**Brand name medication *(pharmacy)*** – A drug, medicine, medication, or any drug product that has been designated as brand name by an industry source recognized by the Plan.

**Co-insurance** – Your share of the costs of a covered service or medication, calculated as a percent of the allowed amount for the service. Co-insurance applies toward your out-of-pocket limit. Refer to the "Schedule of Benefits" to determine co-insurance amounts.

**Cost share** – Any deductible, and/or percentage amount that you must pay.

**Covered benefit or covered service** – Costs incurred by you that will be reimbursed through the Plan. The healthcare service or supply that meets the requirements set forth in this Benefits Handbook, including, but not limited to, medical necessity and prior authorization, if applicable.

**Deductible** – The amount of out-of-pocket expenses that a team member or family must pay before a benefit plan begins payment. The deductible is usually a flat dollar amount per calendar year or event. Your deductible applies toward your out-of-pocket limit. Refer to the "Schedule of Benefits" to determine deductible amounts.

**Dependent** – A person who relies on, or obtains benefit coverage through, a subscriber. Eligible dependents include a spouse, any child of the subscriber under the age of 26, or a child of any age who is mentally or physically incapable of self- support, provided the mental or physician condition commenced before the child reached age 26. For more information on who is an eligible dependent under the Plan, consult the Plan SPB.

**Dispensing limit *(pharmacy)*** – The monthly drug dosage limit (quantity level limit), drug dosage limit over time (quantity duration limit), or prescription refill limitation (refill limit) that is established to assure safe and effective drug utilization, as determined by the Plan.

**Drug list or preferred drug list *(pharmacy)*** – A list of prescription drugs, medicines, medications, and supplies specified by the Plan. The drug list may identify drugs as preferred generic, generic, preferred brand, non-preferred brand, specialty preferred, and specialty non-preferred. The drug list also indicates applicable dispensing limits, step therapy, and any prior authorization requirements.

CONFIDENTIAL

AETNA-KULWICKI_0003580

Drugs, medicines, medications, and supplies not included in the drug list may not be covered. Visit our website at **pwplans.org/wellstar** or call the phone number on your member ID card to obtain the drug list. The drug list is subject to change without notice.

**Experimental/Investigational** – The use of any treatment, service, procedure, facility, equipment, drug, device, or supply (intervention) that is not determined by the Plan administrator or its designated agent to be medically effective for the condition (including diagnosis and stage of illness) being treated. The Plan administrator will consider an intervention to be experimental/investigational if, at the time of service:

• The intervention does not have FDA approval to be marketed for the specific relevant indication

• Available scientific evidence and/or prevailing peer reviewed medical literature does not indicate that the treatment is safe and effective for treating or diagnosing the relevant medical condition or illness

• The intervention is not proven to be as safe or as effective in achieving an outcome equal to or exceeding the outcome of alternative therapies

• The intervention has not been shown to improve health outcomes

• The effectiveness of the intervention has not been replicated outside of the research setting

If an intervention is determined to be experimental/investigational at the time of service, it will not be covered retroactively if, at a later date, it no longer meets the definition of experimental/investigational set forth above.

**Formulary *(pharmacy)*** – A definitive list of drugs, medicines, medications and supplies, determined by the Plan, which may be covered (subject to dispensing limits, step therapy and prior authorization). Drugs, medicines, medications, and supplies not included in the formulary are deemed to have no coverage. The formulary is subject to change without notice.

**Generic medication *(pharmacy)*** – A drug, medicine, or medication identified by the chemical name that is manufactured, distributed, and available from a pharmaceutical manufacturer or any drug product that has been designated as generic by an industry source recognized by the Plan.

**In-network provider** – A provider who has entered into an agreement with the Plan to render covered services to members and is a member of the WellStar Provider Network.

**Mandatory generic *(pharmacy)*** – Required use of a generic equivalent drug instead of a brand name drug. Members who obtain the brand drug that has a generic alternative may be charged a penalty (cost difference between the brand and generic) in addition to their copay. The penalty does not accumulate towards the deductible/max out of pocket.

CONFIDENTIAL

AETNA-KULWICKI_0003581

**Medical necessity or medically necessary** – Services covered under the Plan determined to be:

- Commonly recognized throughout the provider's specialty as appropriate for the diagnosis and/or treatment of your condition, illness, disease, or injury

- Provided in accordance with standards of good medical practice and consistent with scientifically based guidelines of medical, research, or healthcare coverage organizations or governmental agencies that are accepted by the Plan

- Reasonably expected to improve an individual's condition or level of functioning

- In conformity, at the time of treatment, with medical management criteria/guidelines adopted by the Plan or its designee

- Provided not only as a convenience or comfort measure or to improve physical appearance

- Rendered in the most cost-efficient manner and setting appropriate for the delivery of the health service

The Plan administrator reserves the right to determine whether a healthcare service meets these criteria. Authorizations for coverage based upon medical necessity will be made by the Plan administrator, at its discretion, with input from the treating provider. **Note that the fact that a provider orders, prescribes, recommends, or approves a healthcare service does  not mean that the service is medically necessary or a  covered benefit for purposes of coverage.**

**Member** – A subscriber or dependent currently enrolled in the Plan and for whom a premium is paid.

**Network pharmacy** – A pharmacy that has signed a direct agreement with the Plan or has been designated by the Plan to provide:

- Covered pharmacy services
- Covered specialty pharmacy services
- Covered mail order pharmacy services

Services are as defined by the Plan, to covered persons, including covered prescriptions or refills delivered through the mail.

**Non-prescription drug (pharmacy)** – A brand or generic drug, medicine, medication, or drug product that is available for purchase without prescription. Also known as Over the Counter Medications.

**Out-of-network provider** — A provider or facility working within the scope of its license that is not contracted with the health plan network.

**Out-of-pocket maximum** – The maximum dollar amount for which you are responsible during a benefit period before the Plan will pay 100% for your covered benefits. See the "Schedule of Benefits" for out-of-pocket maximum amounts. Deductibles, and co-insurance amounts both  count toward the out-of-pocket maximum.

**Pharmacist** – A person who is licensed to prepare, compound, and dispense medication, and who is practicing within the scope of his or her license.

**Pharmacy** – A licensed establishment where prescription medications are dispensed by a pharmacist.

**Plan** – The WellStar Employee Medical Plan.

**Plan administrator** – As delegated by WellStar, Piedmont WellStar HealthPlans is the third party Plan administrator for the WellStar Employee Medical Plan.

**Plan of treatment** – The Plan written by a healthcare provider to show the member's diagnoses and treatment needed.

**Plan sponsor** – WellStar Health System Inc.

**Preferred (pharmacy)** – A drug, medicine, or medication that has may afforded preferential coverage due to safety, efficacy, and/or cost. Preferred drugs, medicine, or medication cost less than their respective generic or non-preferred brand name drugs.

**Prescription (pharmacy)** – A direct order for the preparation and use of a drug, medicine, or medication. The prescription must be provided by a healthcare practitioner, duly licensed to prescribe, to a pharmacist for your benefit and used for the treatment of a sickness or bodily injury that is covered under the Plan. The drug, medicine, or medication must be obtainable only by prescription. The prescription may be given to  the pharmacist verbally, electronically, or in writing by the healthcare practitioner. The exact elements legally required to constitute a prescription are mandated by State and Federal law, but typically include:

- Your name
- The type and quantity of the drug, medicine, or medication prescribed, and the directions for its use.
- Number of refills
- The date the prescription was prescribed
- The name and address of the prescribing healthcare practitioner

**Prescription drug (pharmacy)** – A brand or generic drug, medicine, medication, or drug product that is only available  through a prescription from a licensed prescriber

CONFIDENTIAL
AETNA-KULWICKI_0003582

**Prior authorization** *(medical plan)* – The process of obtaining authorization from the Plan for inpatient or outpatient healthcare prior to receipt of the care. Notification allows the Plan to authorize payment, as well as to recommend alternate courses of treatment. However, prior authorization is not a guarantee of coverage. Failure to obtain prior authorization may result in a financial penalty to either the provider or the member.

**Prior authorization** *(pharmacy)* – The required prior approval for the coverage of prescription drugs, medicines, and medications, including the dosage, quantity, and duration, as appropriate for your diagnosis, age, and gender. Certain prescription drugs, medicines, or medications may require prior authorization. Visit our website at **pwplans.org/wellstar** or call the phone number on your member ID card to obtain a list of prescription drugs, medicines, and medications that require prior authorization.

**Quantity duration limit** *(pharmacy)* – The maximum drug dosage over time afforded coverage. It must not exceed the quantity ordered by the prescribing physician(s) or allowed by law.

**Quantity level limit** *(pharmacy)* – The maximum monthly dosage limit afforded coverage. It must not exceed the quantity ordered by the prescribing physician(s) or allowed by law.

**Reasonable & customary charge (R&C)** – The base amount that third party payers (including insurance carriers and employers) generally use to determine how much will be paid, on your behalf, for services that are reimbursed under your health plan.

**Refill limit** *(pharmacy)* – The maximum number of refills afforded coverage. It must not exceed the number of refills ordered by the prescribing physician(s) or allowed by law.

**Service area** – The Plan's primary service area. This is the area where most of the in-network providers are located.

**Specialist** – A healthcare professional who focuses on a particular area of medical care or patients. A specialist usually has advanced clinical training and postgraduate education in this area of care.

**Specialty drug** *(pharmacy)* – A drug, medicine, or medication used as a specialized therapy developed for chronic, complex sicknesses or bodily injuries, or any drug product that has been designated as specialty drug by an industry source recognized by the Plan. Specialty drugs may:

- Require nursing services or special programs to support patient compliance
- Require disease-specific treatment programs
- Have limited distribution requirements
- Have special handlings, storage or shipping requirements

**Spouse** – the husband or wife of the Subscriber, as defined by Georgia law; or same-sex spouses when married in a state that recognizes same-sex marriages.

**State mandates** – The Plan adopts all Georgia state mandates.

**Step therapy** *(pharmacy)* – The required sequence of use for one or more drugs, medicines, and medications, including the dosage, quantity, and duration, as appropriate for your diagnosis, age, and gender before coverage is afforded to designated drugs, as determined by the Plan. In some circumstances, use of a non-covered, non-prescription drug may be required as part of a step therapy protocol.

**Subscriber** – The person who is eligible for coverage under the Plan due to employment with the Plan Sponsor and who is enrolled for coverage.

**Usual and customary charge** *(pharmacy)* – The usual fee a pharmacy charges individuals for a medication that will be reimbursed to the pharmacy by third parties. The usual and customary charge includes a dispensing fee and any applicable sales tax.

**You** – A member participating in the WellStar Employee Medical Plan.

## How to Determine Member Eligibility

### Eligibility

WellStar Health System Inc. has the sole and complete authority to make determinations regarding eligibility and enrollment for membership in the Plan. You and your dependents are eligible for coverage if you and your dependents meet the eligibility requirements established by WellStar Health System Inc. The eligibility requirements are described in the WellStar Employee Medical Plan SPB. To request this document or confirm eligibility requirements, visit **wellstarmybenefits.org** or contact your Human Resources (HR) department. Review the WellStar Employee Medical Plan SPB for more information about the Plan's eligibility requirements.

CONFIDENTIAL    AETNA-KULWICKI_0003583

# How to Access Healthcare Services and Covered Benefits

clinical information is provided by you and your provider.

## Choosing a Healthcare Provider

The **Plan** is a health benefit plan that uses a specific network of providers, the WellStar Provider Network. This means that you must use WellStar affiliated providers (i.e., **in-network providers**) to access in-network benefits for covered services. Except for emergency services or services as described in the section entitled "How to Access Care When You Are Away From Home," the Plan will cover services obtained from providers outside of the WellStar Provider Network as out-of-network benefits.

The WellStar Provider Network includes hundreds of physicians and other professional providers and all WellStar hospitals. All of the in-network providers are carefully evaluated before they are accepted into the network. WellStar performs a review process, called credentialing, to make sure that providers meet the Plan's provider participation standards. To find an in-network provider in your area, refer to the WellStar Employee Medical Plan Provider Directory at **pwplans.org/wellstar** or call Member Services at **1-855-869-7059** for assistance.

Remember, except in an emergency or under certain circumstances as explained on page 15, you must use in-network providers to ensure the Plan will pay at the highest benefit level for covered services. If you do not use an in-network provider, the Plan will cover those services, but you will have to pay higher out-of-pocket costs for those services.

## Transition of Care to the WellStar Provider Network

If you are a new member, you may be receiving care from a provider outside of the WellStar Provider Network. The Plan recognizes that in some special circumstances, it may be necessary for members to continue care with a provider outside of the network for a brief period of time while care is transitioned to a provider in the WellStar Provider Network. The transition of care (TOC) process is intended to facilitate members in making a smooth, effective transition to in-network care.

When you enroll in the Plan, if you are currently in active, **ongoing** treatment with a provider that is not participating in the WellStar Provider Network, you may be able to continue this treatment, which will be paid at an in-network rate, for a period of up to 60 days from the effective date of your enrollment. The Plan's Medical Management staff, in consultation with you and your provider, may extend the TOC period if it is determined to be medically appropriate after an updated review of

CONFIDENTIAL

AETNA-KULWICKI_0003584

Note that TOC coverage only applies to services included under the Plan. In addition, although benefits will be paid at an in-network rate, you will be responsible for any costs in excess of the allowed amount.

When a member requests a TOC in the first trimester of pregnancy, the Plan will work with the member to find a provider in the WellStar Provider Network to deliver obstetrical care. If you are in the second or third trimester of pregnancy on the effective date of your enrollment in the Plan, the TOC period will extend through postpartum care for the delivery of your child. Members undergoing a course of ongoing treatment for a chronic or acute condition may also qualify for a TOC period.

You must complete and submit a TOC application and obtain prior authorization from the Medical Management Department to continue treatment. To begin this process, contact Member Services or visit **pwplans.org/wellstar** to download the TOC application.

## Referrals

You are permitted to self-direct your care as long as you use the WellStar Provider Network. This means you do not need referrals to obtain care from a specialist in the WellStar Provider Network.

## Waivers

Certain exceptions exist for members to go out of the WellStar Provider Network if they need access to high-end specialty care not available through the WellStar Provider Network. The healthcare service will need to be reviewed and approved by the Plan Medical Director to determine medical necessity. Your current medical provider will need to contact Member Services to determine if you qualify.

## Emergency Services

All members have coverage for emergency services.
If emergency services are received at a non-WellStar facility, when medically appropriate, the member will be stabilized and transported to a WellStar facility.

Emergency services are any healthcare service provided after sudden onset of a medical condition that manifests itself by acute symptoms of sufficient severity or severe pain such that a prudent layperson who possesses an average knowledge of health and medicine could reasonably expect the absence of immediate medical attention to result in:

- Placing the health of the individual (or with respect to a pregnant woman, the health of the woman or her unborn child) in serious jeopardy
- Serious impairment to bodily functions
- Serious dysfunction of any bodily organ or part

Emergency transportation provided by an ambulance service constitutes an emergency service.

CONFIDENTIAL

AETNA-KULWICKI_0003585

Remember, providers outside of the WellStar Provider Network do not have to comply with the Plan's policies and procedures regarding medical necessity or billing members. All services are subject to the Plan's SPD. You will be responsible to pay for any non-covered services, or services not deemed medically necessary at out-of-network costs.

### Urgent Care

Urgent Care is care received for an unexpected illness or injury that is not life threatening but requires immediate outpatient medical care that cannot be postponed (e.g. a high fever) and requires prompt medical attention to avoid complications and unnecessary suffering or severe pain. You should contact your treating provider within 24 hours or a reasonable time of receiving Urgent Care to arrange or obtain necessary follow-up care. Urgent Care facilities in the WellStar Provider Network can be located by contacting member services at **1-855-869-7059** or searching for a provider at **pwplans.org/wellstar**.

### Mental Health and Substance Abuse

The Plan delegates administration of your mental health and substance abuse services, including behavioral health treatment, to Magellan. To search for providers in the Magellan network, visit the Behavioral Health Network found at **pwplans.org/wellstar**.

## How to Access Care When You Are Away from Home

With the Plan, you have access to affordable healthcare services outside of the service area. If you are traveling out of town and need to see a doctor, or have covered dependents living outside of the service area, including college students, benefits are paid at the same level that you receive when you are at home when you use the Plan's national network vendor found on your member ID card. You do not need to fill out additional paperwork or pay up front for your healthcare services, except for out-of-pocket expenses such as co-insurance and non-covered services. This coverage, through a national network, is available within the U.S.

### Dependents

Covered dependents who have an address that is outside of the service area can receive care outside of the WellStar Provider Network through the PHCS and Multiplan provider networks that are noted on the member ID card. Covered dependents outside of the WellStar service area can contact member services for assistance locating an approved PHCS provider in their area. College students who are living out of the service area have coverage for routine services and emergency services. However, if attending college in the service area, they only have coverage for emergency services

outside of the WellStar Provider Network.

CONFIDENTIAL                                        AETNA-KULWICKI_0003586

### How to Access Coverage

- Call Member Services at **1-855-869-7059** to find national network doctors and hospitals in the area where you are located

- You can also search for out of area providers at **pwplans.org/wellstar**

- When traveling out of town, make sure to bring your WellStar Employee Medical Plan Member ID card

- If you need to see a doctor, present your ID card; the card will have the billing information needed by the healthcare provider to avoid any confusion when you are accessing services

### International Coverage

If you are traveling outside of the U.S. and have a medical emergency, seek immediate care. While coverage for routine and Urgent Care is not available, the Plan will cover care for an emergency service at the same level as if you were in the U.S.

Depending on where you receive services, you may have to make financial arrangements directly with the provider at the time of care. When you return home, immediately submit for reimbursement with the Out-of-Network Claim Form, and you may be reimbursed for your expenses for an emergency service at the level benefits would be paid in the U.S., based on a claim review by the Plan administrator.

Keep in mind, if you or your dependents will be living abroad for an extended period; carefully consider your Plan choices, since only emergency services are covered outside of the U.S. under the Plan.

When you receive medical care outside of the U.S., make sure you receive a copy of all of your medical records from your treating physician. Double check to ensure the medical record includes your name, date of service, a description of services and the charges.

### Submitting Your Claim

Use the Out-of-Network Claim Form found on MyHealth OnLine at **pwplans.org/wellstar** to submit your claim. Proof of payment is required. You are covered for emergency services at the same benefit level that you receive under the Plan in the U.S., so Plan limits do apply internationally, including:

- Coordination of benefits

- Non-covered services/supplies

CONFIDENTIAL

AETNA-KULWICKI_0003587

# When You Need to Get Prior Authorization before Accessing Care

Certain covered services require prior authorization from the Plan's Medical Management Department. This means that you or your attending provider must obtain approval for coverage of these services before you receive the services. If you are going to receive these services, make sure you are communicating with your doctor about

any prior authorization requirements, as failure to get approval will result in denial of coverage and you will have to pay out of pocket. If you are unsure if a service requires prior authorization, you can always call Member Services and a representative will assist you.

When you or your provider request prior authorization, the Medical Management Department may ask you or your provider for additional information necessary to make the coverage decision. Such additional information includes, but is not limited to, medical records. In the event that you or your providers do not provide the requested information, the Medical Management Department may deny the request for coverage.

Certain covered services also require a plan of treatment to be submitted and approved by the Plan administrator to obtain coverage. A penalty or denial of coverage may apply if you or your providers do not get a plan of treatment approved when required. Approval for coverage is based on medical necessity as determined by the Plan administrator.

**This is not a complete list of covered services requiring prior authorization, but some common requirements include:**

- Inpatient hospitalizations
- Weight reduction surgery
- Skilled nursing facility
- Transplantation services

## How to Obtain Prior Authorization

To request approval for a covered service, contact the Plan's Medical Management Department at **1-855-514-3680**.

## Concurrent Reviews

Sometimes the Medical Management Department will review services that you are receiving throughout a course of treatment. This may occur while you are a patient at a hospital. This method of review is used to assess the medical necessity of the length of stay in a facility and/or the level of care being provided to you.

The Medical Management staff reviews your plan of treatment and ongoing progress with the hospital or facility staff or other professional provider. Based upon this information, the Medical Management staff will determine if it is medically necessary to extend your care or suggest an alternate level of care.

## Retrospective or Post-Service Reviews

In limited circumstances, WellStar Employee Medical Plan's Medical Management, Quality Audit, and Fraud and Abuse Departments will use a retrospective review when a service has been rendered without the required authorization or in cases where further clarification regarding medical necessity or appropriate reimbursement is needed.

## Discharge Planning

Discharge planning is a review of your case prior to discharge from a hospital or other facility. The purpose of the review is to assess your needs during and after discharge to make sure that you will have the care that you need when you leave the hospital or other facility. Discharge planning occurs throughout your stay at a hospital or other facility and is coordinated with input from your attending provider and other facility staff responsible for your care. Information considered during discharge planning includes, but is not limited to:

- Your level of function before and after your admission
- Your ability to care for yourself and whether you have others to care for you
- Your living arrangements before and after your admission
- Any special equipment or safety needs

CONFIDENTIAL                                                    AETNA-KULWICKI_0003588

# The Complaint & Grievance Process

section, an adverse determination is any denial,

If you have a dispute or objection regarding a provider, the coverage, operations, or management policies of the WellStar Employee Medical Plan you may submit a complaint to Piedmont WellStar HealthPlans. You may submit a complaint about issues including, but not limited to, quality of care or service, benefits exclusions, rescissions, denial of coverage, or coordination of benefits. **A complaint is not a substitute for a claim appeal.**

You may either file a complaint verbally over the phone with the Member Services Department by calling the phone number on the back of your member identification card or by sending a written complaint to:

> **Piedmont WellStar HealthPlans**
> **P. O. Box 1039**
> **Pittsburgh, PA  15230-1039**

You may also send any other written information that you have to support your complaint. You may indicate in the complaint the remedy, resolution, or corrective action that you seek from Piedmont WellStar HealthPlans. At any time during the complaint process, you may choose to designate a representative to act on your behalf. You must notify Piedmont WellStar HealthPlans in writing that you are designating someone to represent you. Also, at any time during the complaint process, upon your request,

Piedmont WellStar HealthPlans can make available, at no charge, a Piedmont WellStar HealthPlans employee to assist you or your representative in preparing the complaint. This employee will not have previously participated in any of Piedmont WellStar HealthPlans' decisions regarding your complaint.

# Claims and Appeals Procedures

## Resolving Disputes

At times, you may not be satisfied with a decision that the Plan makes regarding your coverage or with the healthcare services you have received. As a member of the WellStar Employee Medical Plan, you have the right to file an appeal.

## Claims Procedure

To receive Plan benefits, you must follow the procedures described in the Plan. If you do not follow the Plan's claims procedures, you may lose your right to a benefit under the Plan, including any right you may have to file a legal action for benefits.

## Adverse Determination

For purposes of this "Claims and Appeal Procedures"

CONFIDENTIAL                                          AETNA-KULWICKI_0003589

reduction, or termination of, or a failure by the Plan to provide or make payment (in whole or in part) for, a benefit. This includes any decision that is based on a determination of an individual's eligibility to participate in a benefit under the Plan as well as any cancellation of coverage. A cancellation of coverage generally is a termination of coverage that is retroactively effective and is due to fraud or misrepresentation of a material fact. Note that a termination of coverage for failure to pay any required premiums is not considered a cancellation and is not subject to these claims procedures even if it is effective retroactively to the date through which coverage was paid. Whether a termination of coverage is considered a cancelation and is therefore an adverse determination subject to these claims procedures will be determined by the reviewer based on applicable law.

### Initial Claims

Initial claims for Plan benefits are made to the Plan Administrator as described in the SPD. The Plan Administrator is called the "reviewer" under these procedures.

All claims must be submitted in writing (except to the extent that oral claims are permitted for urgent care claims, as described below) to the reviewer. Claims should be submitted promptly after an expense is incurred. Unless a different deadline expressly applies in this Benefit Handbook or the SPB, no initial claim for any benefit will be accepted, processed or paid for any expense if the initial claim is submitted later than one year after the date the expense was incurred. The reviewer will review the claim itself or appoint an individual or an entity to review the claim, following these procedures.

### Urgent Care Claims

If the claim is for urgent care health benefits, the reviewer will notify you of the Plan's benefit determination (whether adverse or not) as soon as possible, taking into account the medical demands, but not later than 72 hours after the Plan receives the claim, unless you fail to provide sufficient information to determine whether, or to what extent, benefits are covered or payable under the Plan. In cases where you fail to provide sufficient information to decide the claim, the reviewer will notify you as soon as possible, but not later than 24 hours after receipt of the claim by the Plan, of the specific information necessary to complete the claim. The notification may be oral unless written notification is requested by you. You will be afforded a reasonable amount of time, taking into account the circumstances, but not less than 48 hours, to provide the specific information. The reviewer will notify you of the Plan's determination as soon as possible, but in no case later than 48 hours after the Plan's receipt of the specified additional information or the end of the period afforded you to provide the specified additional information.

CONFIDENTIAL

AETNA-KULWICKI_0003590

A health benefits claim is considered an urgent care claim if applying the time periods for making non-urgent care determinations could seriously jeopardize the life or health of you or the ability of you to regain maximum function. Or, in the opinion of a physician with knowledge of your medical condition, would subject you to severe pain that could not be adequately managed without the care or treatment which is the subject of the claim. The Plan will defer to a determination, if any, by a qualified attending provider, that a claim qualifies as an urgent care claim based on this definition.

## Concurrent Care Claims

An adverse benefit determination is any reduction or termination by the Plan of a previously approved course of treatment (other than by Plan amendment or termination) before the approved time period or number of treatments. In such a case, the reviewer will notify you of the adverse benefit determination at a time sufficiently in advance of the reduction or termination to allow you to appeal and obtain a determination on review of that adverse benefit determination before reduction or termination of the benefit.

Any request by you to extend a previously approved course of urgent care treatment beyond the approved period of time or number of treatments shall be decided as soon as possible, taking into account the medical exigencies, and the reviewer will notify you of the benefit determination, whether adverse or not, within 24 hours after the Plan receives the claim, provided that any such claim is made
to the Plan at least 24 hours prior to the expiration of the prescribed period of time or number of treatments.

## Other Health Benefit Claims Not Described Above

For any pre-service health benefit claim, the reviewer will notify you of the Plan's benefit determination (whether adverse or not) in a reasonable period of time appropriate to the medical circumstances, but not later than 15 days after the Plan receives the claim. If, due to special circumstances, the reviewer needs additional time to process a claim, you will be notified, within 15 days after the Plan receives the claim, of those special circumstances and of when the reviewer expects to make its decision. Under no circumstances may the reviewer extend the time for making its decision beyond 30 days after receiving the claim. If such an extension is necessary due to a failure of you to submit the information necessary to decide the claim, the notice of extension must specifically describe the required information, and you will be afforded at least 45 days from receipt of the notice within which to provide the specified information.

A health benefit claim is considered a pre-service claim if the claim requires approval, in part or in whole, in advance of obtaining the healthcare in question. For any post-service health benefit claim, the reviewer will notify you of the Plan's adverse benefit determination within a reasonable period of time, but not later than 30 days after receipt of the claim. If, due to special circumstances, the reviewer needs additional time to process a claim, you will be notified, within 30 days after the Plan receives the claim, of those special circumstances and of when the reviewer expects to make its decision. Under no circumstances may the reviewer extend the time for making its decision beyond 45 days after receiving the claim. If such an extension is necessary due to the failure of you to submit the information necessary to decide the claim, the notice of extension will specifically describe the required information, and you will be afforded at least 45 days from receipt of the notice within which to provide the specified information. A health benefit claim is considered a post-service claim if it is a request for payment for services or other benefits already provided (or any other health benefit claim that is not a pre-service claim).

## Manner and Content of Denial of Initial Claims

If the reviewer denies a claim, it will provide to you a written or electronic notice that includes:

- A description of the specific reasons for the denial
- A reference to any Plan provision or insurance contract provision upon which the denial is based
- A description of any additional information that you must provide in order to perfect the claim (including an explanation of why the information is needed)
- Notice that you have a right to request a review of the claim denial and information on the steps to be taken if you wishes to request a review of the claim denial
- A statement of your right to bring a civil action under a federal law called ERISA §502 following any denial on review of the initial denial

In addition, in the case of a denial of health benefits or disability benefits, the following will be provided to you:

- A copy of any rule, guideline, protocol, or other similar criterion relied upon in making the adverse determination (or a statement that the same will be provided upon request by you and without charge)
- If the adverse determination is based on the Plan's medical necessity, experimental treatment or similar exclusion or limit, either an explanation of the scientific or clinical judgment applying the exclusion or limit to your medical circumstances (or a statement that the same will be provided upon request by you and without charge)

CONFIDENTIAL

AETNA-KULWICKI_0003591

For an adverse benefit determination concerning a health claim involving urgent care, the information described in this section may be provided to you orally within the permitted time frame, provided that a written or electronic notification in accordance with this section is furnished no later than three days after the oral notification.

CONFIDENTIAL                                                            AETNA-KULWICKI_0003592

## Reviews of Initial Adverse Determinations

the following additional requirements:

If you submit a claim for Plan benefits and it is initially denied under the procedures described above, you may request a review of that denial under the following procedures:

1. A claimant whose initial claim for health or disability benefits is denied may request a review of that denial by submitting the request in writing to the reviewer no later than 180 days after you receive the notice of an adverse determination. Except as provided below for an expedited review of a denied urgent care health claim, a request for review must be submitted to the reviewer in writing.

2. A claimant may request an expedited review of a denied initial urgent care health claim. Such a request may be made to the reviewer orally or in writing and all necessary information, including the Plan's determination on review, will be communicated between the Plan and you by telephone, facsimile or other available similarly expeditious method.

In addition to providing the right to review documents and submit comments as described in 1 above, a review will meet the following requirements:

• The Plan will provide a review that does not afford deference to the initial adverse benefit determination. This review will be conducted by a party within Piedmont WellStar HealthPlans who did not make the initial determination that is the subject of the appeal, nor is a subordinate of the individual who made the determination.

• Piedmont WellStar HealthPlans will consult with a healthcare professional who has appropriate training and experience in the field of medicine involved in the medical judgment before making a decision on review of any adverse initial determination based in whole or in part on a medical judgment, including determinations with regard to whether a particular treatment, drug or other item is experimental, investigational or not medically necessary or appropriate. The professional engaged for purposes of a consultation in the preceding sentence shall be an individual who was neither an individual who was consulted in connection with the initial determination that is the subject of the appeal, nor the subordinate of any such individual.

• The Plan will identify to you the medical or vocational experts whose advice was obtained on behalf of the Plan in connection with the review determination, without regard to whether the advice was relied upon in making the review determination.

• The Plan will allow you to review the claim file and to present evidence and testimony and will comply with

CONFIDENTIAL

AETNA-KULWICKI_0003593

o  The Plan will provide you, free of charge, with any new or additional evidence considered, relied upon, or generated by the Plan in connection with the claim as soon as possible and sufficiently in advance of the Plan's deadline for providing notice of a final denial of a claim (as described in these claims procedures and applicable regulations). This gives you a reasonable opportunity to respond before that date.

o  Before the Plan issues a final decision on review based on a new or additional rationale, you will be provided, free of charge, with the rationale for the Plan's decision as soon as possible and sufficiently in advance of the Plan's deadline for providing notice of a final denial of a claim (as described in these claims procedures and applicable regulations) to give you a reasonable opportunity to respond before that date.

## Deadline for Reviewed Decisions

For urgent care health claims, the reviewer will notify you of the Plan's determination on review as soon as possible, taking into account the medical exigencies, but no later than 72 hours after the Plan receives your request for review of the initial adverse determination by the Plan, unless you fail to provide sufficient information to determine whether, or to what extent, benefits are covered or payable under the Plan.

For a pre-service health claim, the reviewer will notify you of the Plan's determination on review within a reasonable period of time appropriate to the medical circumstances, but in no event later than 15 days after the Plan receives your request for review of the initial adverse determination.

For a post-service health claim, the reviewer will notify you of the Plan's benefit determination on review within a reasonable period of time, but in no event later than 30 days after the Plan receives your request for review of the initial adverse determination.

## Manner and Content of Decision Notice

Upon completion of its review of an adverse initial claim determination, the reviewer will provide you, in writing or by electronic notification, a notice of its decision on review. For any adverse determination on review that notice will include:

• A description of the decision

• A description of the specific reasons for the decision

• A reference to any relevant Plan provisions or insurance contract provisions on which its decision is based

• A statement that you are entitled to receive, upon request and without charge, reasonable access to, and copies of, all documents, records and other information in the Plan's files which is relevant to your claim for benefits

CONFIDENTIAL

AETNA-KULWICKI_0003594

- A statement describing your right to bring an action for judicial review under ERISA §502(a)

- If an internal rule, guideline, protocol or other similar criterion was relied upon in making the adverse determination on review, a statement that a copy of the rule, guideline, protocol or other similar criterion will be provided without charge to you upon request

- If the adverse determination on review is based on a medical necessity, experimental treatment or similar exclusion or limit, either an explanation of the scientific or clinical judgment on which the determination was based, applying the terms of the Plan to your medical circumstances, or a statement that such an explanation will be provided without charge upon request

For any adverse determination involving medical coverage, any notice of an adverse determination will be provided in a culturally and linguistically appropriate manner in accordance with applicable law regarding such notices and will include (in addition to other requirements described above):

- Information sufficient to identify the claim involved, including the date of service, the healthcare provider and the claim amount (if applicable)

- A discussion of the decision, as well as disclosure of any denial code used (and an explanation of its meaning) and a description of the Plan's standard, if any, that was used in denying the claim

- A description of available internal appeals and external review processes, including information regarding how to initiate an appeal

- Information (including contact information) about the availability of any applicable office of health insurance consumer assistance or ombudsman established pursuant to the Affordable Care Act to assist individuals with internal claims and appeals and external review processes:

**Georgia Office of Insurance and Safety Fire Commissioner Consumer Services Division
2 Martin Luther King, Jr
Drive West Tower, Suite 716
Atlanta, GA 30334**
Website: **http://www.oci.ga.gov/consumerservice**
Phone: **1-800-656-2298**

Assists consumers who have purchased insurance on the individual market or who have insurance through an employer who only does business in Georgia. See more at: **http://www.familiesusa.org/resources/program-locator/states/georgia-consumer-assistance.html**

A statement describing the availability, upon request, of any applicable diagnosis code (and an explanation of its meaning) and any applicable treatment code (and an explanation of its meaning). The Plan will ensure that claims and appeals are decided in a manner designed to ensure the independence and impartiality of individuals involved in claims decisions. Decisions regarding hiring, compensation, termination, promotion, or similar matters will not be made based on the likelihood that any person involved in making claims decisions will support the denial of benefits.

### Calculation of Time Periods

For purposes of the time periods specified in this "Claims and Appeal Procedures" section, the period during which a benefit determination must be made begins when a claim or appeal is filed in accordance with the Plan procedures without regard to whether all the information necessary to make a decision accompanies the claim. If a period of time is extended because you fail to submit all information necessary for an initial claim for non-urgent care health benefits or for disability benefits, the period for making the determination shall be frozen from the date the notification requesting the additional information is sent to you until the date you respond. Also, if a time period is extended because a you fail to submit all information necessary for an appeal of an adverse determination for benefits other than health benefits, the period for making the determination on appeal will be frozen from the date the notice requesting additional information is sent to you until the day you respond.

### Your Failure to Follow Procedures

You must follow the claims procedures described above to be entitled to file any legal actions for benefits under the Plan.

### Plan's Failure to Follow Procedures

If the Plan fails to substantially follow the claims procedures described above, you will be deemed to have exhausted the administrative remedies available under the Plan and will be entitled to pursue any available remedy under ERISA on the basis that the Plan has failed to provide a reasonable claims procedure that would yield a decision on the merits of the claim. You are deemed to have exhausted the Plan's internal claims and appeals process if the Plan fails to strictly adhere to the applicable requirements of the U.S. Department of Labor's claims procedure regulations (or corresponding regulations issued by the Department of the Treasury or the Department of Health and Human Services) except for certain minor violations.

CONFIDENTIAL    AETNA-KULWICKI_0003595

For this purpose, the Plan's failure to comply with the claims procedure regulations is considered a minor violation if:

- the violation does not cause, and is not likely to cause, prejudice or harm to you

- the violation was for good cause or due to matters beyond the control of the Plan

- the violation occurred as part of an ongoing, good faith exchange of information between the Plan and you

- the violation is not part of a pattern or practice of violations by the Plan.

If an issue arises regarding whether this minor violation exception applies, you may request a written explanation of the violation from the Plan and the Plan will provide the explanation within 10 days, including the specific reasons, if any, for asserting that the violation should not cause the Plan's internal claims and appeals process to be deemed exhausted. If an external reviewer or a court rejects your request for immediate review on the basis that the Plan met the standards for the minor violation exception, you will be permitted to resubmit and pursue the internal appeal of the claim. In such case, within a reasonable time after the external reviewer or court rejects the claim for immediate review (not to exceed 10 days), the Plan will provide you with notice of the opportunity to resubmit and pursue the internal appeal of the claim. Time periods for re-filing the claim will begin to run upon your receipt of the notice.

In cases where you have exhausted the Plan's internal claims procedures, you have the right to pursue any available remedy under ERISA and, if the claim involves coverage that is subject to the Affordable Care Act and is not a grandfathered plan, you may pursue any remedy available under any external review process provided under federal or state law in accordance with the Affordable Care Act.

## External Review

The Plan will comply with the applicable requirements of an external review process that applies under federal or state law.

For any non-grandfathered coverage that is self-funded, unless the Plan is eligible for and elects to participate in a different external review process that is available under federal or state law and that is considered adequate for purposes of the Affordable Care Act, the Plan will comply with the interim procedures for federal external review set forth in Department of Labor Technical Release 2010-01 as modified by Technical Release 2011-02, as summarized in this section, until those procedures are replaced by other guidance. The Plan will begin complying with any new guidance for external review on or before the date that those requirements become applicable to the Plan.

External review is not available for all adverse determinations. For example, external review is not available for an adverse determination based on a determination that you fail to meet the requirements for eligibility under the terms of the Plan. External review is available only for:

- Any final internal adverse determination (or an initial internal adverse determination on an urgent care claim that qualifies for the expedited external review described below) that involves medical judgment (including, but not limited to, those based on the Plan's requirements for medical necessity, appropriateness, healthcare setting, level of care, or effectiveness of a covered benefit, or that a treatment is experimental or investigational), as determined by the external reviewer

- Any final internal adverse determination that involves a rescission of coverage

- Any other final adverse determination that is eligible for external review in accordance with applicable guidance (as determined by the Plan at the time of the request for external review)

A request for external review must be submitted to the Plan no later than four months after you receive notice of an adverse determination for which external review is available.

Within five business days after the date the Plan receives a request for external review, the Plan will complete a preliminary review of the request to determine whether:

- You are or were covered under the Plan at the time the healthcare item or service was requested or, for a post-service claim, was covered under the Plan at the time the healthcare item or service was provided

- The adverse determination does not relate to your failure to meet the requirements for eligibility under the terms of the Plan

- You have exhausted the Plan's internal appeal process (or that you are not required to exhaust the internal appeals process under applicable regulations)

- You have provided all of the information and the forms required to process an external review

Within one business day after the Plan completes the preliminary review, the Plan will issue a notice in writing to you. If the request is complete but is not eligible for external review, the notice will describe the reasons external review is not available and, if applicable, will include contact information for the Employee Benefits Security Administration. If the request is not complete, the notice will describe the information or materials needed to make the request complete and the Plan will allow you to perfect the request for external review within the four month filing period or, if later, within the 48 hours after you receives the notice. External reviews are conducted by independent review organizations. The Plan will assign each

AETNA-KULWICKI_0003596

external review to an independent review organization (IRO) that is accredited by URAC or a similar nationally-recognized accrediting organization to conduct the external review. The Plan will contract with at least three different IROs. The Plan will take action against bias and to insure the independence of each IRO and will rotate review assignments among them (or the Plan will incorporate other independent, unbiased methods for selection of IROs, such as random selection, and will document such methods). No IRO will be eligible for any Financial incentives from the Plan or the Employer based on the likelihood that the IRO will support the denial of benefits.

Under a contract between the Plan and the IRO, the IRO that handles external reviews and the Plan are required to comply with the following external review requirements:

- The IRO will consult with legal experts where appropriate to make coverage determinations under the Plan.

- The IRO will timely notify you in writing of the request's eligibility and acceptance for external review. This notice will include a statement that you may submit additional information in writing to the IRO within 10 business days following the date you receive the notice. The IRO must consider such additional information in conducting the external review if timely submitted and may, but is not required to accept and consider additional information submitted after 10 business days.

- Within five business days after the date the review is assigned to the IRO, the Plan will provide to the IRO the documents and any information considered in making the adverse determination under review. Failure by the Plan to timely provide the documents and information must not delay the conduct of the external review. If the Plan fails to timely provide the documents and information, the IRO may terminate the external review and make a decision to reverse the adverse determination. Within one business day after making the decision, the IRO must notify you and the Plan.

- After receiving any information submitted by you, the IRO must forward the information to the Plan within one business day. Upon receipt of any such information, the Plan may reconsider its adverse determination that is under review but any reconsideration by the Plan will not delay the external review. The external review may be terminated in such cases only if the Plan decides to reverse its adverse determination and provide coverage or payment.

- Within one business day after making such a decision, the Plan will provide written notice of its decision to you and the IRO. The IRO must terminate the external review upon receiving the notice from the Plan.

- The IRO will review all information and documents timely received. In reaching a decision, the IRO will not be bound by any decisions or conclusions reached during the Plan's internal claims and appeals process. In addition to the documents and information provided, the IRO, to the extent the information or documents are available and the IRO considers them appropriate, will consider the following in reaching a decision:
  - o Your medical records
  - o The attending healthcare professional's recommendations
  - o Reports from appropriate health care professionals and other documents submitted by the Plan, you, or your treating provider
  - o The terms of the Plan, unless the terms are inconsistent with applicable law
  - o Appropriate practice guidelines, which must include applicable evidence-based standards and may include any other practice guidelines developed by the federal government and/or national or professional medical societies, boards and associations
  - o Any applicable clinical review criteria developed and used by the Plan, unless the criteria are inconsistent with the terms of the Plan or with applicable law
  - o The opinion of the clinical reviewer for the IRO after considering the information or documents available to the clinical reviewer to the extent the clinical reviewer considers them appropriate

- The IRO must provide written notice of the final external review decision within 45 days after the IRO receives the request for external review. The IRO must deliver the notice of final external review decision to you and the Plan. The IRO's notice will include:
  - o A general description of the reason for the request for external review, including information sufficient to identify the claim (including the date or dates of service, the healthcare provider, the claim amount (if applicable). The diagnosis code and its corresponding meaning, the treatment code and its corresponding meaning and the reason for the previous denial are available upon request.
  - o date the IRO received the assignment to conduct the external review and the date of the IRO decision

  References to the evidence or documentation, including the specific coverage provisions and evidence-based standards, considered in reaching its decision of the principal reason or reasons for its decision, including the rationale for its decision and any evidence-based standards that were relied on in making its decision
  - o A statement that the determination is binding except

CONFIDENTIAL

AETNA-KULWICKI_0003597

to the extent that other remedies may be available under state or federal law to either the Plan or you

- o A statement that judicial review may be available to you
- o Current contact information, including phone number, for any applicable office of health insurance consumer assistance or ombudsman established under ACA

• The IRO must maintain records of all claims and notices associated with the external review process for six years following the date of its final decision. An IRO must make such records available for examination by you, the Plan or a state or federal oversight agency upon request, except where such disclosure would violate state or federal privacy laws.

An external review decision is binding on the Plan, as well as you, except to the extent other remedies are available under state or federal law, and except that the requirement that the decision be binding does not preclude the Plan from making payment on the claim or otherwise providing benefits at any time. Upon receiving a notice of a final external review decision reversing an internal adverse determination, the Plan will provide any benefits (including by making payment on the claim) pursuant to the final external review decision without delay, regardless of whether the Plan intends to seek judicial review of the external review decision and unless or until there is a judicial decision otherwise.

### Expedited External Review

A claimant may make a request to the Plan for an expedited external review at the time you receive an adverse determination that otherwise qualifies for external review (as described above) and that is:

- • An adverse determination that involves a medical condition of you for which the time frame for completing an expedited internal appeal under the Plan's normal procedures for urgent care claims would seriously jeopardize the life or health of you or would jeopardize your ability to regain maximum function and you have filed a request for an expedited internal appeal.
- • A final adverse determination, if you have a medical condition where the time frame for completing a standard external review would seriously jeopardize the life or health of you or would jeopardize your ability to regain maximum function, or if the final internal adverse determination concerns an admission, availability of care, continued stay, or healthcare item or service for which you received emergency services, but have not been discharged from a facility.

The normal procedures for external review (as described previously) apply to expedited external review except as otherwise provided in this section.

Immediately upon receipt of a request for expedited external review, the Plan must determine whether the request is eligible for standard external review. The Plan will immediately send you a notice of its eligibility determination that meets the preliminary review notice requirements described above.

Upon a determination that a request is eligible for expedited external review the Plan will assign an IRO. The Plan will provide or transmit all necessary documents and information considered in making the adverse determination that is being reviewed to the IRO electronically or by telephone or facsimile or any other available expeditious method.

The Plan's contract with the IRO will require the IRO to provide notice of its final external review decision as expeditiously as your medical condition or circumstances require, but no later than 72 hours after the IRO receives the request for expedited external review. If the notice is not in writing, within 48 hours after the date of providing that notice, the IRO will be required to provide written confirmation of the decision to you and the Plan.

### Requesting a Review of Claim Denial

You may either submit a request to appeal a claim denial over the phone with the Member Services Department by calling the phone number on the back of your member ID card or by sending a written request to:

> **Piedmont WellStar HealthPlans**
> **Member Appeals**
> **P. O. Box 2600**
> **Pittsburgh, PA  15230-2600**

You may also send any other written information that you have to support your request for review. You may indicate in your request the remedy, resolution, or corrective action that you seek from the Plan.

### ERISA appeal rights

You also have the right to bring an action under section 502 (a) of the Employee Retirement Income Security Act (ERISA) because your benefit plan is an ERISA plan.

Remember that you must exhaust your administrative remedies with the WellStar Employee Medical Plan prior to exercising your right to file a claim in a court of competent jurisdiction under ERISA. For questions about your rights, this notice, or for assistance, you can contact the Employee Benefits Security Administration at **1-866-444-EBSA** (3272).

### For More Information

If there are questions concerning the Appeal Process, please call the Member Services Department at **1-855-869-7059**.

CONFIDENTIAL                                    AETNA-KULWICKI_0003598

# Coordination of Benefits

In addition to your Plan coverage, you may have additional health coverage under another plan through your spouse, another employer, or a government-sponsored program such as Medicare or Medicaid. If you have health coverage from more than one plan, the Plan will coordinate the benefits with the other plan and determine which plan is your primary coverage. This is to ensure that no one makes duplicate payments for the same medical services.

The Plan follows standard NAIC industry guidelines to determine which of your health plans is responsible for your primary coverage. The following are standard guidelines:

- If your other valid coverage does not include a coordination of benefits provision, that coverage pays first and this Plan pays secondary benefits.

- The coverage that you have through your employer is your primary coverage, even if you have additional coverage through your spouse. The coverage that your spouse provides is secondary.

- If you have multiple active health plans through multiple employers, the Plan that has been active the longest is your primary coverage.

- If you have both Medicare/Medicaid, and commercial health coverage, your commercial is always your primary coverage.

- If your child is covered under the health plan of more than one parent or guardian, your child's primary coverage is the Plan of the parent or guardian whose birth date falls earliest in the calendar year (except to the extent that a court decree requires otherwise).

- If you and the child's other parent are divorced or separated or not living together, and your child is covered under both of your health plans, your child's primary coverage is the Plan of the parent who has custody of the child, unless the judicial system has issued a court order stating otherwise. If you and another parent share joint custody, and a court decree does not specify which parent is responsible for the health plan coverage of the child, the rules described in the previous bullet point apply.

- If you have coverage as a team member, that coverage pays before coverage for a former team member, retiree, or COBRA participant.

If you or your provider receive more than you should have when your benefits are coordinated, you or your provider will be expected to repay the overpayment. It is the policy of the Plan administrator to review all other health coverage prior to releasing a claim for payment.

If other health coverage is found after a payment has been made, a review will determine which plan pays first and what action will be taken in regards to any claims in question. Whenever payments should have been made by the Plan, but the payments have been under another benefit plan, the Plan has the right to pay to the benefit plan that has made such payment any amount that the Plan administrator determines to be appropriate under the terms of this Benefits Handbook. Any amounts paid shall be considered to be benefits paid in full under this Benefits Handbook.

In the event that the Plan makes payment for covered services in excess of the amount of payment pursuant to this Benefits Handbook, irrespective of to whom those amounts were paid, the Plan will have the right to recover the excess amount from any person or entity to or for whom such payments were made. Upon reasonable request by the Plan or its agent, you must execute and deliver such documents as may be required and do whatever else is reasonably necessary to secure the Plan's rights to recover the excess payments. The Plan is not required to determine whether or not you have other healthcare benefits or insurance or the amount of benefits payable under any other healthcare benefits or insurance. The Plan will only be responsible for coordination of benefits to the extent that information regarding your other health coverage is provided to the Plan or WellStar by you, your employer or plan sponsor, another insurance company, or any other entity or person authorized to provide such information.

Remember, it is the member's responsibility to notify the Plan or WellStar with any changes to other health coverage. Visit **pwplans.org/wellstar** to download a form that is available to assist with coordination. You may also call Member Services **1-855-869-7059** for more information.

CONFIDENTIAL

# Right to Recovery and Subrogation

If the total payments made by the Plan as to any expenses at any time are more than the maximum payment then necessary to satisfy the intent of the Plan, the Plan Administrator shall have the right to recover the extra amount of such payments from one or more of the following, as the Plan Administrator will determine: any person to, or for, or with respect to whom such payments were made, any other insurance companies, and any other organizations.

The right to Subrogation means the Plan is substituted to and shall succeed to any and all legal claims that you may be entitled to pursue against any third party for Benefits that the Plan has paid that are related to the Sickness or Injury for which a third party is considered responsible. Subrogation applies when the Plan has paid on your behalf Benefits for a Sickness or Injury for which a third party is considered responsible, e.g. an insurance carrier if you are involved in an auto accident.

The Plan shall be subrogated to, and shall succeed to, all rights of recovery from any or all third parties, under any legal theory of any type, for 100 percent of any services and Benefits the Plan has paid on your behalf relating to any Sickness or Injury caused by any third party.

The right to reimbursement means that if a third party causes a Sickness or Injury for which you receive a settlement, judgment, or other recovery from any third party; you must use those proceeds to fully return to the Plan 100% of any Benefits you received for that Sickness or Injury.

# How to Access Your Benefit Information

As a member, you have convenient access to online services and benefits information at any time. Visit pwplans.org/wellstar to login to MyHealth OnLine and:

- View an online directory of providers in the WellStar Provider Network.
- Review your medical history, benefits, and eligibility
- Find your Explanation of Benefits (EOB)
- Request a new or replacement member ID card and print a temporary member ID card
- Live chat or send a secure message to Member Services, and locate Member Services contact information

- Access health promotion resources, tools and expert health information
- Download common member forms and documents, including:
  - o Out of Network Claim Form
  - o Coordination of Benefits Verification Form
  - of Transition of Care Application
  - o Provider Nomination Form
  - of Notice of Privacy Practices
  - o Member Request for Confidential Communication Concerning PHI Form
  - o Member Authorization to Use/Disclose PHI Form
  - of Personal Representative Designation Form

### Explanation of Benefits

After you receive medical care, an Explanation of Benefits (EOB) is available. Your EOB details the cost of your care, what the Plan covers, and any charges that are your responsibility. It does not report payments you have already made towards your care.  The EOB also shows you, in the column marked "Billed Amount," the actual cost of the healthcare you received.
This figure indicates the amount you would have to pay if you did not have health coverage. The EOB also indicates whether your claim was denied and the reason(s) your claim was denied. The EOB is not a bill. Your doctor, hospital, or other healthcare provider will bill you separately for any amounts that you owe to them.

It can be confusing when you receive multiple EOBs in the mail after treatment, especially if you are not certain if you owe a payment or not. To make it easier to understand, and to also eliminate paper waste, the Plan only sends you a paper EOB in the mail at home if you have a financial obligation.

At MyHealth OnLine, **pwplans.org/wellstar**, you have full access to all of your EOBs. These paperless features provide a simple and convenient way for you to access your bill and determine any financial responsibility for co-insurance, or any other out-of-pocket expense.

# Protecting Your Privacy and Confidentiality

You retain the right to have all your personal information and records safeguarded and kept private and confidential. Review the WellStar Employee Medical Plan SPB for more information about the Plan's privacy policies.

CONFIDENTIAL                                                                 AETNA-KULWICKI_0003600

# Description of Covered Services

complications arising from participation in the clinical trial.

The Plan provides coverage for the following healthcare services when those services are medically necessary.

Refer to the "Schedule of Benefits" for deductible and co-insurance amounts, as well as any benefit limits related to covered services. You must obtain care from providers in the WellStar Provider Network to obtain the highest in-network coverage level for these healthcare services except in a true emergency or when prior authorized by the Plan. Keep in mind, a doctor's statement that you should have certain services does not mean the services are medically necessary and therefore covered under this Plan.

## Ambulance Services

The Plan covers emergency ambulance services by a specially designed and equipped vehicle from your home or the scene of an accident or medical emergency to a hospital capable of treating your medical condition, between hospitals, and between a hospital and a skilled nursing facility. Transportation must be medically necessary to obtain coverage.

## Bariatric Surgery

The Plan covers surgical procedures for obesity when they are medically necessary. The Plan recognizes weight reduction surgery procedures as appropriate and consistent with good medical practice and coverage will be considered after review on an individual basis. Coverage is available for team members and their spouses only, age 18 or older. Coverage for weight reduction surgery is not available to dependents, unless the dependent of the team member is also a WellStar employed team member. Weight reduction surgery is only covered at WellStar facilities, and medical necessity for the services will be determined by the provider. Please note: coverage for Bariatric Psychological Counseling is available through Magellan described herein.

## Cancer Treatment

Cancer chemotherapy and cancer hormone treatments, which have been approved by the U.S. Food and Drug Administration for general use in the treatment of cancer, whether performed in a physician's office, in an outpatient department of a hospital, in a hospital as a hospital inpatient, or in any other medically necessary treatment setting, are covered.

## Clinical Trials

Participation in clinical trials requires prior authorization review for medical necessity and all Plan limitations apply. The clinical trial must be registered on the clinicaltrials.gov website and approved by the appropriate institutional review board. If your participation in the clinical trial is approved by the Plan, the Plan covers routine clinical services as well as medically necessary services to treat

CONFIDENTIAL

AETNA-KULWICKI_0003601

## Diabetes Treatment, Equipment, and Supplies

Insulin pumps and insulin pump supplies (tubing, batteries, etc.) are covered under the Durable Medical Equipment (DME) benefit by the Plan. Additional supplies, including glucometers, test strips; lancets, syringes, and insulin are covered by WellStar Employee Medical Plan pharmacy coverage. See the "Pharmacy Services" section for information on coverage of these supplies.

## Diagnostic Services

The Plan covers the following diagnostic services when medically necessary and ordered by a professional provider and rendered by an in-network laboratory or other provider:

- Diagnostic imaging including x-ray and ultrasound
- Advanced imaging, including magnetic resonance imaging (MRI), PET, CT, and nuclear medicine
- Diagnostic pathology consisting of laboratory and pathology tests
- Diagnostic medical procedures consisting of electrocardiogram, electroencephalogram, and other electronic diagnostic medical procedures and physiological medical testing approved by the Plan
- Allergy testing consisting of percutaneous, intracutaneous, and patch tests

## Durable Medical Equipment (DME)

The Plan covers the rental or, at the Plan administrator's discretion, the purchase of DME for therapeutic use when prescribed by a licensed professional provider if such services are medically necessary and obtained through an in-network DME provider. Examples of DME are hospital beds, wheelchairs, ventilators, oxygen tanks or concentrators, crutches, walkers, canes, commodes, and suction machines. The Plan's payment for durable medical equipment includes related charges for handling, delivery, mailing and shipping, and taxes.

Except as set forth above, the Plan covers repairs if the repair cost is less than 50 percent of the cost of a new item. The Plan covers replacement of the DME when the cost to repair the item is 50 percent or more of the price of a new item; or it is medically necessary to replace the DME due to a change in your medical condition or another applicable physiological change; or the item was lost or stolen and you provide appropriate documentation (for example, a police report) of the events and circumstances of the loss. The decision of whether or not to repair or replace the DME is at the sole discretion of the Plan administrator.

CONFIDENTIAL

AETNA-KULWICKI_0003602

## Emergency Dental Services Related to Accidental Injury

The Plan only covers dental services necessary to treat an accidental injury to sound, natural teeth when the services are obtained within the first 90 days following the accidental injury, and treatment must be completed within 12 months after the dental injury to be covered by the Plan. Covered services include:

• Initial extraction of sound natural teeth due to injury

• Replacement of sound natural teeth due to injury

• Dental services other than extraction and replacement of sound natural teeth if due to an injury

Benefits will be paid only for expenses incurred for the least expensive service.

## Foot Care Services

The Plan will cover foot care services that are determined by the Plan administrator to be medically necessary, provided that:

• Such services are provided by an in-network podiatrist

• You have diabetes or peripheral vascular disease, or another qualifying medical condition, which, in the Plan administrator's discretion, warrants specialized care

Covered services may include open cutting procedures and removal of nail roots, if determined to be medically necessary by the Plan administrator.

## General Anesthesia Services

General anesthesia services are covered when ordered by the attending doctor and managed by another doctor who customarily bills for such services. Anesthesia services managed by a certified registered nurse anesthetist (CRNA) are also covered.

Anesthesia services include the following procedures, which are administered to induce muscle relaxation, loss of feeling, or loss of consciousness:

• Spinal or regional anesthesia

• Injection or inhalation of a drug or other agent (local infiltration is excluded)

## General Anesthesia for Dental Care

Covered anesthesia services for dental care apply to only those procedures that are medically necessary and are appropriate for treatment of disease or injury under the medical plan, and would be denied by a dental plan.

Prior authorization is required. Additionally, coverage of anesthesia services depends upon whether the primary surgical procedure being performed is covered. Generally, if the primary procedure is not covered, the administration of anesthesia is not covered. However,

there are exceptions to this in situations where anesthesia related to non-covered dental services may be covered based on circumstances that warrant deep sedation or general anesthesia.

CONFIDENTIAL

AETNA-KULWICKI_0003603

Sedation and anesthesia for procedures could be in the office, outpatient surgical facility or hospital. Care must be provided by qualified and appropriately trained individuals in accordance with state regulations and professional society guidelines.

All locations that administer general anesthesia must be equipped with anesthesia emergency drugs, appropriate resuscitation equipment and properly trained staff to skillfully respond to anesthetic emergencies.

Charges incurred in connection with non-covered dental services are routinely not covered except in the following circumstances:

- Children five years of age and under:
    o When there is more than one simple extraction
    o When a surgical extraction is performed
    o If the child is extremely unmanageable using local anesthesia

- For members of any age, requests will be reviewed for medical necessity on a case by case basis for any of the following conditions:
    o When the member has medical conditions that preclude the use of local anesthesia
    o When there is severe infection at the oral injection site
    o For a member who is unmanageable using local anesthesia
    o For a member with any of the following documented conditions:
        – Mental retardation
        – Diagnosed mental health condition
        – Physical conditions that limit functionality
    o When there are multiple extractions in more than one quadrant of the mouth. If the treatment is simple or surgical extractions:
        – Two or more quadrants must have had at least two teeth extracted per quadrant
        – Three or more quadrants have had at least one tooth extracted per quadrant

## Home Healthcare

The Plan covers the following services that you may receive from a home healthcare agency or hospital program for home healthcare when medically necessary:

- Skilled nursing services provided by a registered nurse or practical nurse

- Skilled rehabilitation services

- Physical therapy, occupational therapy, and speech therapy. (These services will be reimbursed under the Home Healthcare benefit when performed in the home and will apply towards the 100 visit Home Healthcare visit maximum)

CONFIDENTIAL                                                AETNA-KULWICKI_0003604

- Non-disposable medical and surgical supplies provided by the home healthcare agency or hospital program for home healthcare, including oxygen

- Medical and social service consultations

- Health aide services when you are receiving skilled nursing or therapy care

You must be confined to home due to a medical condition. Home cannot be an institution, convalescent home or any rehabilitation services. Home healthcare has to be a substitute for hospital care or for care in a skilled nursing facility. To qualify, you must require and continue to require skilled nursing or rehabilitative services. Any therapies and home health visits performed on the same date of service will count as one visit.

### Home Visits Following Childbirth

Coverage for home visits following childbirth, including any services required by the attending healthcare provider, includes:

- One home visit following childbirth, if prescribed by the healthcare provider for you and your newborn who remain in the hospital for at least 48 hours after an uncomplicated vaginal delivery, or 96 hours after an uncomplicated cesarean section

- One home visit following childbirth scheduled to occur within 24 hours after discharge and an additional home visit following childbirth if prescribed by your healthcare provider if, in consultation with your healthcare provider, you request a shorter hospital stay (less than 48 hours following an uncomplicated vaginal delivery or 96 hours following an uncomplicated cesarean section)

A healthcare provider may be an obstetrician, pediatrician, other physician, certified nurse-midwife, or pediatric nurse healthcare provider, attending your or your newborn.

### Hospice Care

The Plan covers services provided by a Plan hospice program or a hospital program providing hospice care services and supplies on either an inpatient or outpatient basis when medically necessary. Hospice care is designed to provide palliative and supporting care to terminally ill patients and their families. You are covered for hospice care when you have a life expectancy of 180 days or less, as determined by your physician. Hospice care will be covered for six months from the date on which you enter the hospice program. Hospice coverage may be extended if ordered and approved by your physician. Hospice care must be ordered, directed, and approved by your physician and coordinated by an interdisciplinary team.

### Hospital Services

The Plan covers the following services that you receive in a hospital or ambulatory surgical facility if such services are medically necessary, as outlined in the "Schedule of Benefits".

**Inpatient only (Hospital)**

- Room and board
  - o A semiprivate room and board
  - o A private room and board when determined to be medically necessary
  - o A bed in a special or intensive care unit when your condition requires constant attendance and treatment for a prolonged period of time

- General nursing care

- Ancillary services and supplies

**Inpatient and outpatient
(Hospital or Ambulatory Surgical Facility)**

- Pre-admission testing, including tests and studies that are required before your admission to the hospital

- Drugs and medicines provided to you while in the hospital or ambulatory surgical facility

- Use of operating and delivery rooms and supplies

- Diagnostic services and testing

- Therapy services

- Services and supplies for surgery, including removal of sutures, anesthesia, and anesthesia supplies and services furnished by an employee of the hospital or ambulatory surgical facility other than the surgeon or assistant at surgery

- Administration and processing of blood and blood products

### Inpatient Medical Services

The Plan covers the following services that you may receive from a professional provider while you are an inpatient in a hospital or other facility for a condition not related to surgery, pregnancy, or a behavioral health condition, if such services are medically necessary:

- Visits by the admitting physician to follow your care

- Intensive medical care when your condition requires constant attendance and treatment by a professional provider for a prolonged period of time

- Consultation services when requested by your attending physician

- Visits by a professional provider, to examine a newborn infant while the mother is an inpatient

## Maternity Services and Newborn Care

The Plan covers services necessary to provide comprehensive care for both mothers and babies. If you believe that you may be pregnant, contact your treating provider, an obstetrician, or nurse-midwife. If your provider determines that you are pregnant, you are eligible for coverage of prenatal care, including medically necessary sonograms, delivery, postpartum care, and care for your newborn while you are in the hospital.

You will receive coverage for hospital services associated with delivery of your baby for at least 48 hours following a vaginal delivery and for at least 96 hours following a cesarean section. For information regarding coverage for maternity home healthcare visits, please refer to the "Home Visits Following Childbirth" section of this "Description of Covered Services."Additional covered services include:

- Medically necessary inpatient/outpatient healthcare provider services for a newborn with congenital or comorbid conditions
- Circumcision
- Universal hearing screening of newborns provided by a hospital before discharge or in an office or other outpatient setting

## Medical/Surgical Services

The Plan covers the following surgical services that you receive from a professional provider, if such services are medically necessary. Coverage extends to pre- and post-operative office visits. Surgery includes the following procedures:

- The Plan covers medically necessary mastectomy and breast reconstruction when performed on an inpatient or outpatient basis, as well as any surgery needed to re-establish symmetry or alleviate functional impairment. This includes:
  - o All stages of reconstruction of the breast on which the mastectomy was performed Surgery and reconstruction of the other breast to produce a symmetrical appearance
  - o Prostheses
  - o Treatment of physical complications at all stages of the mastectomy, including lymphedema
  - o One home healthcare visit, if requested by your physician, following a hospital discharge that occurs within 48 hours of admission for the mastectomy
- Surgical assistant services, meaning the services of a physician who actively assists the operating surgeon who is performing covered surgery, only in the event that an intern, resident, or house staff member is not available.

- A second surgical opinion from a professional provider and related diagnostic services to confirm the need for elective covered surgery. The second opinion must be from a physician other than the physician who initially recommended the elective surgery. Elective surgery is non-emergency surgery, or surgery that can be delayed.

## Mental Health, Including Behavioral Health Treatment

Behavioral Health services are administered by Magellan Behavioral Health. The Plan covers the following services when medically necessary to treat behavioral health conditions if the services are provided by a hospital or other facility:

- Inpatient facility services are covered and may be subject to the benefit limits which, if applicable, would be set forth in the ""Schedule of Benefits"." These services include:
  - o Residential Treatment with semiprivate room and board
  - o Individual, group, and family psychotherapy or counseling
  - o Medications and electroconvulsive therapy
  - o Medical supplies and services
  - o Diagnostic and other therapeutic services
- Outpatient facility services are covered and may be subject to benefit limits which, if applicable, would be set forth in the "Schedule of Benefits".
- Psychological and neuropsychological testing is covered and may be subject to benefit limits which, if applicable, would be set forth in the "Schedule of Benefits".

## Nutritional Services

Nutritional counseling consists of the assessment of a person's overall nutritional status followed by the assignments of an individualized diet, counseling, and/or nutrition therapies to treat a chronic illness or condition. The Plan covers some specific visits with a dietitian or nutritional facility-based programs that are ordered by an in-network physician. Members can contact the member services phone number on their ID cards for specific details regarding what type of services are covered by the Plan. Medical nutrition therapy to treat a chronic illness or condition, which includes nutrition assessment and nutritional counseling by a dietitian or facility-based program that is ordered by an in-network physician and offered by a provider, is also covered. The Plan will cover medically necessary services directly related to the following specific medical conditions and subject to the following benefit limits:

- Heart disease, symptomatic HIV/AIDS, and celiac disease o Limited to two visits per benefit period
- Bariatric surgery programs
  - o Limited to an initial assessment and five follow-up visits for a total of six visits per benefit period
- Chronic renal disease, diabetes mellitus, and high risk obstetrical symptomatic conditions

CONFIDENTIAL                                    AETNA-KULWICKI_0003606

o   The Plan covers unlimited number of visits
    when medically necessary

WellStar Employee Medical Plan

CONFIDENTIAL

AETNA-KULWICKI_0003607

## Nutritional Supplements and Therapy

The **Plan** will cover medically necessary foods and therapies when ordered and supervised by a healthcare provider qualified to provide the diagnosis and treatment of specific conditions, as determined by the Plan such as Phenylketonuria, Branch-chain Ketonuria, Galactosemia, Homocysteinuria, or Malabsorbtion Syndromes. Prior authorization is required.

## Oral Surgery

Oral surgery is covered only for the following procedures in an outpatient setting or in an inpatient setting when such setting is determined to be medically necessary. All other oral surgery and related services are excluded from coverage.

- Extraction of impacted third molars that are partially or totally covered by bone
- Excision of malignant lesions/tumors of the mandible, mouth, lip, or tongue
- Incision of accessory sinuses, mouth, salivary glands, or ducts
- Manipulation of dislocations of the jaw
- Reconstruction to repair a non-dental physiological condition that has resulted in a severe functional impairment
- Orthodontic treatment of congenital cleft palates involving the maxillary arch, performed in conjunction with bone graft surgery to correct bony deficits associated with extremely wide clefts that affected the alveolus
- Surgery for temporomandibular joint disease

## Orthotics and Prosthetics (Corrective Appliances)

Orthotics and prosthetics are corrective appliances or devices that restore basic bodily function. Prosthetics replace all or part of the function of a missing body part or a permanently useless or malfunctioning body part. Prosthetics may be implantable devices or an equivalent external device. Examples of prosthetics are artificial limbs, artificial eyes, external breast prosthesis, hip/knee prosthetics, and penile prosthesis. Orthotics are used to restrict, modify, or eliminate motion of a misaligned, weak, or diseased body part, prevent deformity or injury, and aid in proper functioning of normal activities.

Orthotics are rigid or semi-rigid supportive devices (e.g., leg braces). The Plan will cover the purchase, fitting, and necessary adjustments to orthotics and prosthetics when they are medically necessary. Note that the Plan only covers orthopedic shoes and shoe inserts if they are medically necessary and limits them to one per foot per calendar year.

Repair costs will be covered when the cost is less than 50 percent of the cost of a replacement item.

Replacement coverage may be provided when the cost to repair the damaged item exceeds 50 percent of the price of a new item, it is medically necessary due to a change in your medical condition or an applicable physiological change, repair of the item is not a feasible option, or the item is lost or stolen and you provide appropriate documentation of the events and circumstances of the loss. The decision to cover repair or replacement is at the sole discretion of the Plan administrator.

## Outpatient Medical Care

Outpatient medical care consists of visits to a professional provider's office, whether a treating provider or specialist, for an illness or injury not related to surgery, pregnancy, or behavioral health condition. Your benefit plan covers the evaluation, examination, services, and supplies necessary to diagnose and treat basic medical illnesses, diseases, and injuries, if such services are medically necessary.

## Preventive Care

Preventive health screening examinations and certain other preventive services are covered for adults when performed by an in-network provider who is credentialed by the Plan as a primary care provider (PCP). Preventive pediatric care and immunizations are covered when performed by a provider who is credentialed by the Plan as a PCP. Coverage includes, but is not limited to:

- Well-child and preventive/health screening examinations (except as indicated in the "Exclusions" section of this Benefits Handbook) and diagnostic services for children, including complete medical history, height and weight measurement, and counseling when appropriate
- Pediatric immunizations, when performed and billed by a hospital, facility, physician, or other professional provider, which conform to the standards established by the Centers for Disease Control and Prevention and the U.S. Department of Health and Human Services, other controlling federal agency, or as otherwise required under law
- Certain vision, hearing, and dental screenings for children when provided by an in-network pediatrician or other primary care provider as required by the Affordable Care Act (ACA)

"Preventive health services," are:

- Evidence based items or preventive services that have an "A" or "B" rating from the United States Preventive Services Task Force
- Immunizations recommended by the Advisory Committee on Immunization Practices of the Centers

for Disease Control and Prevention

- Evidence-informed preventive care services and screenings provided for in the comprehensive guidelines supported by the Health Resources and Services Administration for infants, children, and adolescents

CONFIDENTIAL

AETNA-KULWICKI_0003609

- Additional preventive care and screenings not described above as provided for in the comprehensive guidelines supported by the Health Resources and Services Administration for women

- The current recommendations of the United States Preventive Services Task Force regarding breast cancer screening, mammography, and prevention, other than those issued in or around November 2009

An item, service, or screening shall only be considered a Preventive Health Service during the time the Affordable Care Act requires the item, service, or screening to be covered by the Plan.

### Prescription Drugs

See the "Pharmacy Services" section for more information on covered drugs and costs.

### Skilled Nursing Facility Services

The Plan covers services rendered while you are an inpatient in a designated skilled nursing facility following a qualifying inpatient hospital stay when medically necessary and:

- The admission is arranged or ordered by your attending physician

- Your medical condition is such that you require skilled care 24 hours per day

- The skilled services are provided directly by, or under the supervision of, a medical professional (for example, a registered nurse, physical therapist, practical nurse, occupational therapist, speech pathologist, or audiologist) and the treatment is documented in your medical record

- The care could not be performed by a non-healthcare individual instructed to deliver such services

- The Skilled Nursing stay does not exceed 100 days

Prior authorization is required. Skilled nursing services must be provided with the expectation that you have restorative potential in a reasonable and generally predictable period of time and you continue to make substantial improvement in your level of functioning. Once a maintenance level has been established and/or no further progress is being attained, the care and services provided no longer constitute skilled nursing or rehabilitation and will be considered to be custodial care.

A skilled nursing facility is not except by incident, a rest home, a home for care of the aged, or engaged in the care and treatment of mental health or substance abuse.

### Substance Abuse Services

Substance abuse services are administered by Magellan.

The Plan covers the following services when medically necessary that are obtained from an in-network hospital or other facility provider:

- Inpatient and non-hospital detoxification services are covered and may be subject to benefit limits, which, if applicable, would be set forth in the "Schedule of Benefits".

- Inpatient and non-hospital residential rehabilitation therapy is covered and may be subject to benefit limits, which, if applicable, would be set forth in the "Schedule of Benefits". Covered inpatient services include room and board; physician, psychologist, nurse, and certified addictions counselor services; diagnostic x-ray; psychiatric, psychological, and medical laboratory testing; medications; equipment use; and supplies.

- Outpatient rehabilitation services are covered and may be subject to benefit limits which, if applicable, would be set forth in the "Schedule of Benefits". Outpatient services include individual and group counseling and psychotherapy, psychiatric and psychological testing, and family counseling for the treatment of alcohol and drug abuse.

### Therapeutic Manipulation (Chiropractic)

Therapeutic manipulation consists of services related to attempts at restoring normal function by manipulation and treatment of the structures of the spine. This includes the relationship between the articulations of the vertebral column, as well as other articulations, and the neuro-musculoskeletal system and the role of these relationships in the restoration and maintenance of health. Therapeutic manipulation focuses on the detection and/or correction by manual or mechanical means of structural imbalance, distortion, or subluxation in the human body for the purpose of removing nerve interference, and the effects thereof, where such interference is the result of or related to distortion, misalignment, or subluxation of or in the vertebral column.

The Plan will provide coverage for up to 20 visits (combined in and out-of-network) per calendar year for the following services directly related to therapeutic manipulation when medically necessary: evaluation, spinal x-rays, vertebral adjustment or manipulation, therapeutic exercise, and adjunctive procedures. You must obtain services from a provider who is licensed to provide such services. Diagnostic testing/services other than spinal x-ray and any durable medical equipment furnished by a chiropractor or under his or her order is not covered.

For members less than 13 years of age, the provider must obtain prior authorization from the Medical Management Department for therapeutic manipulation services

### Therapy Services

                                    AETNA-KULWICKI_0003610

The Plan covers the following therapy services that are medically necessary:

CONFIDENTIAL

AETNA-KULWICKI_0003611

**Applied Behavioral Analysis (ABA) Therapy** – These services are covered for eligible members with a diagnosis of Autism up to a maximum of 60 visits per year.

**Physical therapy (PT)** – Your provider must provide a diagnostic evaluation prior to ordering these therapy services to establish whether these services are medically necessary. The ordering provider must anticipate that these services will result in substantial improvement to your medical condition. See the "Schedule of Benefits" for benefit limits regarding these services

**Speech therapy (ST)** – Your ordering provider must provide a diagnostic evaluation prior to ordering these therapy services to establish whether these services are medically necessary. Your provider must anticipate that these services will result in substantial improvement to your medical condition. See the "Schedule of Benefits" for benefit limits regarding these services.

**Occupational therapy (OT)** – Your ordering provider must provide a diagnostic evaluation prior to ordering these therapy services to establish whether these services are medically necessary. Your provider must anticipate that these services will result in substantial improvement to your medical condition. See the "Schedule of Benefits" for benefit limits regarding these services.

**Respiratory Therapy** – Your ordering provider must provide a diagnostic evaluation prior to ordering these therapy services to establish whether these services are medically necessary. Your provider must anticipate that these services will result in substantial improvement to your medical condition. See the "Schedule of Benefits" for benefit limits regarding these services.

**Cardiac and pulmonary rehabilitation** – These services are covered when medically necessary and ordered by a physician and non-custodial. See the "Schedule of Benefits" for applicable benefit limits.

**Radiation therapy, chemotherapy, dialysis treatment, and infusion therapy** – These services are covered when provided at the appropriate level of care.

**Pain management and rehabilitation outpatient programs** – These services are covered if you are diagnosed with refractory chronic pain of at least six months duration. Your ordering provider must demonstrate that he or she anticipates these services to result in substantial improvement to your medical condition.

## Transplant Services

Transplant services are managed by Optum Complex Medical Conditions and can be reached by calling 800-847-2050. The Plan will cover services provided by a hospital that are directly related to organ, tissue, or bone transplantation when medically necessary. Prior authorization is required. If a human organ or tissue transplant is provided from a living donor to a human transplant recipient:

- When both the donor and the recipient are members, each is entitled to the benefits of this Benefits Handbook

- When only the recipient is a member, both the donor and the recipient are entitled to the benefits of this Benefits Handbook subject to the following additional limitations:
  - o The donor benefits are limited to only those not provided or available to the donor from any other source, including, but not limited to, other insurance coverage, or any government program
  - o Benefits provided to the donor will be charged against the recipient's coverage under this Benefits Handbook

When only the donor is a member, the donor is entitled to the benefits of this Benefits Handbook, subject to the following additional limitations:

- The benefits are limited to only those not provided or available to the donor from any other source in accordance with the terms of this Benefits Handbook.

- No benefits will be provided to the non-member transplant recipient.

- If any organ or tissue is sold rather than donated to the member recipient, no benefits will be payable for the purchase price of such organ or tissue. However, other costs related to evaluation and procurement are covered to the member recipient's benefit limit as set forth in the "Schedule of Benefits".

The following are terms, conditions, and definitions used to describe transplant services covered under the Plan:

**Medically appropriate** – The recipient or self-donor meets the criteria for a transplant set by us.

**Professional provider transplant services** – All medically necessary services and supplies provided by a provider in connection with a covered transplant except donor costs and antirejection drugs.

**Benefits for antirejection drugs** – For antirejection drugs following the transplant, services will be limited to prescription drugs, if covered under the contract.

**Prior authorization requirement** – All transplant procedures must receive prior authorization for type of transplant, be medically necessary, and not be experimental

CONFIDENTIAL                                                        AETNA-KULWICKI_0003612

according to criteria set by us.

CONFIDENTIAL

AETNA-KULWICKI_0003613

The prior authorization requirements are a part of the benefit administration of the contract and are not a treatment suggestion. The actual course of medical treatment you may choose remains strictly a matter between you and your doctor.

Your doctor must submit a complete medical history, including current diagnosis and name of the surgeon who will perform the transplant. The surgery must be done at a recognized and authorized transplant center. The donor, donor recipient, and the transplant surgery must meet required medical selection criteria as set by us.

### Vision Services for a Medical Condition

Prescription eyewear and the fitting and adjustment of contact lenses are covered only if you have cataracts, keratoconus, or aphakia. If you have one of these qualifying conditions, prescription lenses and contact lenses are limited to one pair of standard contact lenses OR one pair of standard eyeglasses per benefit period. You will be responsible for any and all upgrades.

### Wigs

All wigs necessitated by disease; such as cancer, diabetes and alopecia.

### Women's Care

All female members have direct access to and are covered for one annual screening/gynecological examination performed by either their Primary Care Physician OR their OB/GYN provider, which includes a pelvic examination, breast examination, and Pap smear, in accordance with the recommendations of the American College of Obstetricians and Gynecologists.

- All women are covered for one annual screening mammogram if ordered by a physician
- Women's preventive health services listed as a preventive care benefit.

CONFIDENTIAL                                                     AETNA-KULWICKI_0003614

# Services Excluded from Coverage through the Plan

**Not all healthcare services are covered services. The following is a list of services that are not covered under the Plan. If you are not sure if a service is covered, call Member Services to find out if that service is covered under the Plan.**

## Alternative Medicine

Acupuncture is not covered. Acupressure, aromatherapy, ayurvedic medicine, guided imagery, herbal medicine, homeopathy, massage therapy, naturopathy, relaxation therapy, transcendental meditation, and yoga are also not covered.

## Blood

Non-purchased blood or blood products, including autologous donations, are not covered.

## Corrective Appliances

Corrective appliances primarily intended for athletic purposes or related to a sports medicine treatment plan and other appliances or devices, or any related services, including, but not limited to, children's corrective shoes, arch supports, special clothing or bandages of any type, back braces, lumbar corsets, hand splints, shoe inserts, or orthopedic shoes, unless otherwise set forth herein.

## Cosmetic Surgery

Surgical or other services for cosmetic purposes performed to repair or reshape a body structure for the improvement of the person's appearance or for psychological or emotional reasons and from which no improvement in physiological function can be expected, except as such surgery or services are required to be covered by law.
Excluded services include, but are not limited to, port wine stains, augmentation procedures, reduction procedures, and scar revisions.

## Court Ordered

Court-ordered services when your physician or other professional provider determines that those services are not medically necessary.

## Custodial Care

Custodial care, domiciliary care, residential care, or protective and supportive care, including, but not limited to, respite care, rest cures, educational services, convalescent care, dietary services, homemaker services, maintenance therapy, and food or home-delivered meals.

## Dental Care

Except as otherwise set forth in this document, services directly related to care, treatment, removal, or replacement of teeth, the treatment of injuries to or diseases of the teeth, gums, or structures directly supporting or attached to the teeth, including, but not limited to, treatment of dental abscesses or granuloma, treatment of gingival tissues (other than for tumors), and dental examinations.

## Employment Related or Employer Sponsored Services

- For any illness or bodily injury that occurs in the course of employment, if benefits or compensation is available in whole or in part, pursuant to any federal, state, or local government's workers' compensation, or occupational disease, or similar type of legislation. This exclusion applies whether or not you claim those benefits or compensation.

- Services that you receive from a dental or medical department, operated in whole or in part by, or on behalf of, an employer, mutual benefit association, labor union, trust, or similar entity.

## Experimental/Investigational

Services which are experimental/investigational in nature as determined by the Plan administrator.

## Food Supplements/Vitamins

Food, food supplements, vitamins, and other nutritional and over-the-counter electrolyte supplements, except otherwise set forth herein.

## Foot Care Services

Palliative or cosmetic foot care, including, but not limited to:

- Treatment of weak, strained, flat, unstable, or unbalanced feet

- Metatarsalgia or bunions (except open cutting procedures)

- Treatment of corns, calluses, or toenails (except removal of nail roots if determined to be medically necessary by the Plan administrator)
  o Supportive orthotic devices for the foot are excluded unless you have diabetes or peripheral vascular disease.

## Genetic Counseling and Testing

Genetic counseling and testing not medically necessary for treatment of a defined medical condition, except when such coverage is required by ACA.

## Growth Hormones

Growth hormone therapy unless prescribed for classic growth hormone deficiency, Turner syndrome, or certain other diagnoses as determined by the Plan administrator and authorized in accordance with

CONFIDENTIAL

AETNA-KULWICKI_0003615

applicable      policy      and      procedure.

CONFIDENTIAL                                                              AETNA-KULWICKI_0003616

### Hearing Examinations

Hearing examinations and related services, except when such coverage is required by ACA.

### Home Births

Planned deliveries at home and associated services are not medically appropriate.

### Home Care

Home care for chronic conditions such as permanent, irreversible disease, injuries, or congenital conditions requiring long periods of care or observation.

### Home Medical Equipment

Comfort or convenience items, for your comfort or convenience or the comfort or convenience of your caretaker, including, but not limited to, fitness club memberships, air conditioners, televisions, telephones, dehumidifiers, air purifiers, food blenders, exercise equipment, orthopedic mattresses, home or automobile modifications, whirlpools, barber or beauty service, guest service or similar items, even if recommended by a professional provider. Additionally, medical equipment and supplies that are expendable in nature (i.e., disposable items such as incontinent pads, catheters, irrigation kits, disposable electrodes, ace bandages, elastic stockings, and dressings) and primarily used for non-medical purposes, regardless of whether recommended by a professional provider.

### Immunizations and Drugs

Physical examinations and immunizations required by foreign travel, school, or employment, except as required by ACA.

### Inpatient/Outpatient Healthcare Provider Services

- Medical care for inpatient stays primarily for diagnostic services or observation (observation is only covered at the observation rate)
- Medical care for inpatient stays that are primarily for rehabilitation services, except inpatient comprehensive physical rehabilitation services
- A private room, when the hospital has a semi-private room available (Payment will be based on the average semi-private room rate)

### Medical/Dental Services Not identified as "Covered" in Benefits Handbook

Any other medical or dental service or treatment, except as provided in this Benefits Handbook or as mandated by law.

### Medical Devices and Supplies

Durable medical equipment or supplies associated or used in conjunction with non-covered items or services.

### Medically Unnecessary Services

Services not medically necessary as determined by the Plan administrator.

CONFIDENTIAL

AETNA-KULWICKI_0003617

## Medicare

Services for which, or to the extent that, payment has been made pursuant to Medicare coverage, when Medicare coverage is primary. However, this exclusion does not apply when your employer or group plan sponsor is required to offer you all of the benefits set forth in this Benefits Handbook by law and you elect this coverage as your primary coverage.

## Medicare Eligibility

Any amounts that you are required to pay under the deductible and/or co-insurance provisions of Medicare or Medicare supplement coverage.

## Military Service

- Care for military service-connected disabilities and conditions for which you are legally entitled to services and for which facilities are reasonably accessible to you

- Services that are provided to members of the armed forces and the National Health Service or to individuals in Veterans Administration facilities for military service-related illness or injury, unless you have a legal obligation to pay

## Miscellaneous

Any services, supplies, or treatments not specifically listed in the Benefits Handbook as covered benefits, services, supplies, or treatments.

- Services and supplies that are not provided or arranged by an in-network provider and/or authorized for payment in accordance with Medical Management Department policies and process

- Any services related to or necessitated by an excluded item or non-covered service

- Services provided by a non-licensed practitioner or practitioner not recognized by the Plan.

- Services which are primarily educational in nature, including, but not limited to, vocational rehabilitation or recreational or educational therapy

- Services rendered prior to the effective date of your coverage or incurred after the date of termination of your coverage, except as provided elsewhere in this Benefits Handbook

- Services for which you otherwise would have no legal obligation to pay

- Charges for telephone consultations

- Charges for failure to keep a scheduled appointment

- Concierge fees or boutique medical practice membership fees

- Educational therapies intended to improve academic performance

CONFIDENTIAL

AETNA-KULWICKI_0003618

- Financial/legal services
- Services performed by a professional provider enrolled in an education or training program when such services are related to the education or training program
- Charges for completion of any insurance form or copying of medical records
- Personal comfort items, including when used in an inpatient hospital setting, including telephones, televisions, laundry charges or guest trays
- Services rendered by a professional provider who is a member of your immediate family
  - Immediate family is defined as the member's spouse, child, stepchild, parent, sibling, son-in-law, daughter-in-law, mother-in-law, father-in-law, sister-in-law, brother-in-law, or grandparent
- Services that are submitted by two different professional providers for the same services performed on the same date for the same individual
- Services for, or related to, any illness or injury suffered after the effective date of your coverage that is the result of any act of war
- Vocational rehabilitation and employment counseling

## Motor Vehicle Accident

Treatment or services for injuries resulting from the maintenance or use of a motor vehicle if such treatment or service is paid or payable under a motor vehicle insurance policy, including, but not limited to, a qualified plan of self-insurance, or any fund or program for the payment of extraordinary medical benefits established by law, including medical benefits payment in any manner under applicable state law and any advanced payments that may be made under the Plan for any such treatment or services that are specifically subject to the Plan's reimbursement and subrogation rights as set forth in the Plan.

## Non-Medical Items

Health club memberships, air conditioners, televisions, telephones, dehumidifiers, air purifiers, food blenders, exercise equipment, orthopedic mattresses, home or automobile modifications, whirlpools, barber or beauty service, guest service or similar items, even if recommended by a physician.

## Nutritional Supplements

Blended food, baby food, or regular shelf food when used with an enteral system; milk- or soy-based infant formula with intact proteins; any formula, when used for the convenience of you or your family members; nutritional supplements or any other substance utilized for the sole purpose of weight loss or gain, or for caloric supplementation, limitation, or maintenance; oral semisynthetic intact protein/protein isolates, natural intact protein/protein isolates, and intact protein/protein isolates; food additives, including, but not limited to, thickeners, vitamins, fiber supplements, calorie or protein supplements and lactose digestion products, and normal food products used in the dietary management of rare hereditary genetic metabolic disorders.

## Oral Surgery

Services including or related to oral surgery, except as otherwise outlined in this document. Exclusions include, but are not limited to:

- Services that are part of an orthodontic treatment program
- Services required for correction of an occlusal defect
- Services encompassing orthognathic or prognathic surgical procedures
- Treatment of temporomandibular joint syndrome or temporomandibular joint disorders, except as set forth in this Benefits Handbook under the covered benefits section
- Removal of asymptomatic, non-impacted third molars
- Orthodontia and related services

## The-Counter Drugs

Food, food supplements, vitamins, and other nutritional and over-the-counter electrolyte supplements, except otherwise outlined in this document.

## Physical Examinations

Physical examinations, immunizations, or behavioral health services obtained for the completion of forms and preparation of specialized reports solely for insurance, licensing, employment, or other non-preventive or medically necessary purposes, including, but not limited to, premarital examinations, physicals for employment, school, camp, and participation in sports or travel except as otherwise outlined in this document or when such coverage is required by ACA.

## Rehabilitative Therapy

Rehabilitative therapy services, including, but not limited to, speech therapy provided to correct or alleviate speech problems resulting from psychoneurotic or personality disorders. Physical, occupational, and speech rehabilitation therapy services provided in excess of the maximum number of visits per benefit period, as indicated in the "Schedule of Benefits" rehabilitation therapy services not expected to result in ongoing substantial improvement in your medical condition; and services provided after a maintenance level has been established.

## Reversal of Voluntary Sterilization Procedures

Services to reverse sterilization.

CONFIDENTIAL                                    AETNA-KULWICKI_0003619

### Sex Transformation Services and Procedures

Treatment leading or related to transsexual surgery, except for sickness or injury resulting from such treatment or surgery.

### Surrogate Motherhood

Services and supplies associated with surrogate motherhood, including, but not limited to, all services and supplies relating to conception, prenatal care, delivery, and postnatal care of a member acting as a surrogate mother.

### Transplant Services

- Services for or related to any transplant services except those deemed medically necessary and non-experimental/investigational by the Plan
- Any transplant services or procurement done outside of the continental U.S.
- An transplant services relating to a condition arising from employment
- Transplant covered services, if there are research funds available to pay for the services
- Expenses incurred while searching for a suitable donor

### Transportation

Non-emergent transportation, by any means, including via ambulance provider, unless such transportation is Prior Authorized by the Medical Management Department.

### Treatment Outside the U.S.

Treatment for non-emergent or non-urgent services received outside the U.S.

### Vision

- Eyeglasses and contact lenses and vision examinations, including those for prescribing or fitting eyeglasses or contact lenses (except where you have cataracts, keratoconus, or aphakic)
- Services for the correction of myopia, hyperopia, or astigmatism, including, but not limited to, radial keratotomy
- Vision training
- Orthoptics

### Weight Reduction Services

Weight reduction programs, including all related diagnostic testing and other services, except as outlined in this document for morbid obesity or when coverage is required by ACA. Anti-obesity medication, including, but not limited to, appetite suppressants and lipase inhibitors, but you should check with your pharmacy benefit plan to see if these medications are covered.

CONFIDENTIAL                                          AETNA-KULWICKI_0003620

# Schedule of Benefits

The Plan only pays for covered services. Any healthcare service not included in the description of covered services, or listed in the exclusions, is not covered by the Plan.

This section helps you understand what your financial responsibility (if any) will be under the covered services. It includes what you will have to pay for covered health services, including any co-insurance. It also outlines any limits to these covered services (including dollar or visit maximums), and any responsibility you have for obtaining a prior authorization or a plan of treatment.

| | 2015 WellStar Employee Medical Plan Options | | | | | |
|---|---|---|---|---|---|---|
| | WellShare Premium | | WellShare Select | | Minimum Basic | |
| | In-Network | Out-of-Network | In-Network | Out-of-Network | In-Network | Out-of-Network |
| **Annual Deductible** (You pay) | | | | | | |
| Team Member | $1,300 | $2,500 | $1,750 | $3,500 | $2,000 | $4,000 |
| Team Member + Spouse or Team Member + Child | $2,600 | $3,750 | $2,625 | $5,250 | $3,000 | $6,000 |
| Family/Team Member + Child(ren) or Team Member +Child(ren)+Spouse | $2,600 | $5,000 | $3,500 | $7,000 | $4,000 | $8,000 |
| **WellStar's HSA/HRA Contribution** | | | | | | |
| Team Member | $500 | | $500 | | N/A | |
| Team Member + Spouse or Team Member + Child | $750 | | $750 | | N/A | |
| Family/Team Member + Child(ren) or Team Member +Child(ren)+Spouse | $1,000 | | $1,000 | | N/A | |
| **Annual Out-of-Pocket Maximum** (Total you pay including deductible and coinsurance) | | | | | | |
| Team Member | $3,000 | $6,000 | $4,500 | $9,000 | $5,000 | $10,000 |
| Team Member + Spouse or Team Member + Child | $4,500 | $9,000 | $6,750 | $13,500 | $7,500 | $15,000 |
| This deductible is calculated in the aggregate, meaning the entire deductible must be met before co-insurance is applied for any individual family member. | | | | | | |
| Family/Team Member + Child(ren) or Team Member +Child(ren)+Spouse | $6,000 | $12,000 | $9,000 | $18,000 | $10,000 | $20,000 |
| This deductible is calculated in the aggregate, meaning the entire deductible must be met before co-insurance is applied for any individual family member. | | | | | | |
| **Benefit Services** | | | | | | |
| Preventive Services (Covered in Compliance with Requirements under ACA)<br>• Pediatric Care and Immunizations (Preventive/health screening examination, pediatric immunizations, well-baby visits)<br>• Adult Care and Immunizations (Preventive/health screening examination, adult immunizations the ACA requires to be covered at no cost to you)<br>• Women's Care performed by PCP OR OB/GYN (Screening gynecological exam, screening pap test and screening, mammogram, other preventive services)<br>• USPSTF A & B Recommended Services | no charge | 40%, after deductible | no charge | 40%, after deductible | no charge | 50%, after deductible |
| Primary Care Office Visits<br>Applies to covered services by a physician with a specialty of: Family Practice, General Practice, Internal Medicine, Pediatrics, Physician's Assistant, OB/GYN, and covered services by a Nurse Practitioner | 0%, after deductible | 40%, after deductible | 0%, after deductible | 40%, after deductible | 40%, after deductible | 50%, after deductible |
| Specialty Care Office Visits<br>Covered services by all other practitioners. Includes allergy testing and treatment, injections and serum. | 20%, after deductible | 40%, after deductible | 20%, after deductible | 40%, after deductible | 40%, after deductible | 50%, after deductible |
| Emergency Services<br>Includes ambulance services, emergency care (ancillary and facility fees) and urgent care | 20%, after deductible | | 20%, after deductible | | 40%, after deductible | |
| Radiology (Diagnostic testing) | 20%, after deductible | 40%, after deductible | 20%, after deductible | 40%, after deductible | 40%, after deductible | 50%, after deductible |
| Pathology (WellStar Preferred Labs Only) | 20%, after deductible | 40%, after deductible | 20%, after deductible | 40%, after deductible | 40%, after deductible | 50%, after deductible |

CONFIDENTIAL

AETNA-KULWICKI_0003621

| | 2015 WellStar Employee Medical Plan Options | | | | | |
| | WellShare Premium | | WellShare Select | | Minimum Basic | |
| | In-Network | Out-of-Network | In-Network | Out-of-Network | In-Network | Out-of-Network |
|---|---|---|---|---|---|---|
| **Other Diagnostic Services**<br>• Mammography<br>• Colonoscopy<br>• Sigmoidoscopy<br>• Proctosigmoidoscopy<br>• Prostate-Specific Antigen (PSF)<br>(when performed at a WellStar Facility) | 0%, after deductible | 40%, after deductible | 0%, after deductible | 40%, after deductible | 0%, after deductible | 50%, after deductible |
| **Home Healthcare**<br>Includes home healthcare (100 visits per calendar year), | 20%, after deductible | 40%, after deductible | 20%, after deductible | 40%, after deductible | 40%, after deductible | 50%, after deductible |
| **Inpatient & Outpatient Services**<br>Surgery, Pre-Admission Testing, Semi-Private Room, Private Room (if medically necessary)<br>‣ Outpatient surgery<br>‣ Inpatient hospitalization (Prior authorization required)<br>‣ Bariatric Weight Reduction Surgery (Prior authorization required) | 20%, after deductible | 40%, after deductible | 20%, after deductible | 40%, after deductible | 40%, after deductible | 50%, after deductible |
| **Hospital Physician Services**<br>Services Performed by Surgeons, Surgical Assistants, Radiologists, Pathologists, and Anesthesiologists<br>‣ Inpatient<br>‣ Outpatient | 20%, after deductible | 40%, after deductible | 20%, after deductible | 40%, after deductible | 40%, after deductible | 50%, after deductible |
| **Immunizations and Inoculations**<br>For tests and serum and medically necessary immunizations not covered under ACA | 20%, after deductible | 40%, after deductible | 20%, after deductible | 40%, after deductible | 40%, after deductible | 50%, after deductible |
| **Medical Therapy Services**<br>Chemotherapy, radiation therapy, dialysis treatment, infusion therapy | 20%, after deductible | 40%, after deductible | 20%, after deductible | 40%, after deductible | 40%, after deductible | 50%, after deductible |
| **Mental Health/Substance Abuse (Magellan) - Inpatient**<br>‣ Inpatient hospital/facility and professional services<br>‣ Partial hospitalization facility and physician services | 20%, after deductible | 40%, after deductible | 20%, after deductible | 40%, after deductible | 40%, after deductible | 50%, after deductible |
| **Mental Health/Substance Abuse (Magellan) – Outpatient**<br>• Office visits for mental health and substance abuse | 0%, after deductible | 40%, after deductible | 0%, after deductible | 40%, after deductible | 40%, after deductible | 50%, after deductible |
| • Other Services rendered in an outpatient setting | 20%, after deductible | 40%, after deductible | 20%, after deductible | 40%, after deductible | 40%, after deductible | 50%, after deductible |
| **Maternity & Infertility**<br>‣ Pregnancy & Maternity care<br>‣ Infertility & in vitro medical services and prescriptions (combined $10,000 annual limit) | 20%, after deductible | 40%, after deductible | 20%, after deductible | 40%, after deductible | 40%, after deductible | 50%, after deductible |
| **Specialty Facility Services**<br>• Skilled Nursing Facility (prior authorization required, 100 days per calendar year) | 20%, after deductible | 40%, after deductible | 20%, after deductible | 40%, after deductible | 40%, after deductible | 50%, after deductible |

CONFIDENTIAL                                                                        AETNA-KULWICKI_0003622

| Therapy<br>• Physical, Occupational, and Speech Therapy (Limited to 60 visits per calendar year combined)<br>• Cardiac rehabilitation coverage<br>• Pulmonary rehabilitation coverage<br>• Therapeutic manipulation<br>• Chiropractic Services (Limited to 20 visits per calendar year)<br>• Respiratory Therapy<br>• Applied Behavioral Analysis (ABA) Therapy (Limited to 60 visits per calendar year) | 20%, after deductible | 40%, after deductible | 20%, after deductible | 40%, after deductible | 40%, after deductible | 50%, after deductible |
| Other Medical Services<br>• Dental services related to accidental injury (Treatment must begin within 90 days of injury and be completed within 12 months after the dental injury to be covered by the Plan)<br>• Diabetic equipment, supplies, and education<br>• Durable Medical Equipment (DME)<br>• Hospice care<br>• Nutritional counseling when done with a certified nutritionist<br>• Transplant services (Prior authorization required) | 20%, after deductible | 40%, after deductible | 20%, after deductible | 40%, after deductible | 40%, after deductible | 50%, after deductible |

CONFIDENTIAL

AETNA-KULWICKI_0003623

# Pharmacy Services

## Getting Started

Access your pharmacy benefits with your WellStar Employee Medical Plan member ID card. Your card will allow you to fill a prescription at a WellStar Retail Network Pharmacy, in-network retail pharmacy, or order your prescriptions online through the Express Scripts Pharmacy.

## Prescription Benefit Highlights

The following information illustrates your co-insurance (once your deductible has been satisfied) based on the type of prescription you have filled and where you have it filled.

| | WellShare Premium | WellShare Select | Minimum Basic |
|---|---|---|---|
| **WellStar Retail Network Pharmacy** (up to a 90-day supply) | | | |
| Selective Preventive Rx* | no charge | no charge | no charge |
| Generic | 10%, after deductible ($125 max) | 10%, after deductible ($125 max) | 40%, after deductible ($175 max) |
| Brand Formulary | 10%, after deductible ($125 max) | 10%, after deductible ($125 max) | 40%, after deductible ($175 max) |
| Brand Non-Formulary | 30%, after deductible ($150 max) | 30%, after deductible ($150 max) | 60%, after deductible ($200 max) |
| **Retail** (up to a 30-day supply) | | | |
| Generic | 30%, after deductible | 30%, after deductible | 40%, after deductible |
| Brand Formulary | 30%, after deductible | 30%, after deductible | 40%, after deductible |
| Brand Non-Formulary | 50%, after deductible | 50%, after deductible | 60%, after deductible |
| **Mail** (up to a 90-day supply) | | | |
| Generic | 20%, after deductible | 20%, after deductible | 40%, after deductible |
| Brand Formulary | 20%, after deductible | 20%, after deductible | 40%, after deductible |
| Brand Non-Formulary | 40%, after deductible | 40%, after deductible | 60%, after deductible |
| **Specialty**** | 10%, after deductible ($150 max) | 10%, after deductible ($150 max) | 10%, after deductible ($150 max) |

*Select Preventive Rx category includes a specific list of generics and select preferred brands that are preventive medicines for a select category of conditions, including asthma, diabetes, cholesterol, and hypertension. Members should refer to this list to determine if their medication is included. This information is available on the MyBenefits and Navigating Your Benefits websites.

**Specialty drugs are only available through the WellStar Retail Pharmacy Network and Accredo (Express Scripts' specialty pharmacy) and are subject to a 30-day supply limit.

# Covered Products

The following products are covered under your pharmacy benefits as described below.

- Drugs, medicines, or medications that under federal or state law may be dispensed only by prescription from a healthcare practitioner
- Drugs, medicines, or medications that are included on the Preferred Drug List, or formulary.
- Insulin and the following diabetes supplies: lancets, alcohol swabs, and blood testing strips
- Hypodermic needles or syringes, when prescribed by a healthcare practitioner for use with insulin or self-administered injectable drugs
- Specialty drugs and self-administered injectable drugs covered on the formulary
- Enteral formulas and nutritional supplements for the treatment of phenylketonuria (PKU) or other inherited metabolic disease, or as otherwise determined by the Plan

- Preventive prescription, over-the-counter medications, and products as required by the Affordable Care Act (ACA)
- Eligible prescriptions filled at WellStar Retail Network Pharmacies

# Your Plan's Preferred Drug List (Formulary)

The Preferred Drug List, also known as your formulary, is a list of prescription drugs that are covered under your plan. The inclusion of specific medications on the WellStar Employee Medical Plan formulary is based on the medication's effectiveness, safety, and value.

The formulary offers a wide selection of generic and brand name prescription drugs suggested by the Pharmacy and Therapeutics Committee, a group of physicians, nurses, pharmacists, and other healthcare professionals. The formulary is periodically reviewed and updated throughout the year in order to ensure that our

CONFIDENTIAL

AETNA-KULWICKI_0003624

benefits package consistently and adequately meets your needs.

CONFIDENTIAL                                          AETNA-KULWICKI_0003625

# How to Fill Your Prescription Medications

### Short-term Medications

These are drugs you need immediately. This includes medications used to treat acute infections, or to relieve pain temporarily.

### At a WellStar Retail Network Pharmacy

Simply present your member ID card and written prescription to your pharmacist, and pay your co-insurance (once your deductible has been satisfied) as described above.

### At a Retail Network Pharmacy

Your pharmacy benefits can also be filled at pharmacies accepting Express Scripts prescriptions. Locate the nearest retail network pharmacy by visiting or by calling **1-855-266-0714**. To fill your prescription, present your member ID card and written prescription and pay your co-insurance (once your deductible has been satisfied) as described above.

### Long-term Medications

These are drugs you take on a regular basis. These could be drugs to treat asthma, high blood pressure, diabetes, etc. These medications can be mailed to your home in a 90-day supply.

### Through Office Delivery from a WellStar Retail Network Pharmacy

Your WellStar Retail Network Pharmacy offers a convenient option for ongoing medications. Simply present your member ID card and a written prescription for a 90 day supply to your pharmacist and pay your co- insurance (once your deductible has been satisfied) as described above.

### Through Home Delivery from the Express Scripts Pharmacy

You may also receive home delivery for long-term medications from Express Scripts. These medications will be delivered directly to your home in a plain, weather- resistant pouch for privacy and protection. Standard shipping is free. There are three ways fill a mail order prescription through Express Scripts:

**Online Option**

- Go to www.StartHomeDelivery.com, click **Register Now** and follow the prompts to set up your account

- When your registration is complete, you may refill your prescriptions online and Express Scripts will contact your doctor to obtain a prescription for up to a 90-day supply of your medication.

**Mail Option**

- Ask your doctor to write two prescriptions: one for up to a 30-day supply that you can fill immediately at a WellStar Retail Network Pharmacy or a retail network pharmacy and one for up to a 90-day supply of your medication (including refills for up to one year)

- Print and complete a home delivery order form found at **www.StartHomeDelivery.com**

- Mail the completed form, your written prescription for your 90-day supply, and payment* to:

  **Express Scripts**
  **P.O. Box 66567**
  **St Louis, MO 63166-6567**

  *To help avoid delays, be sure to include payment with your order*

**Fax Option**

- Ask your doctor to write two prescriptions: one for up to a 30-day supply that you can fill immediately at a WellStar Retail Network Pharmacy or a retail network pharmacy and one for up to a 90-day supply of your medication (including refills for up to one year)

- Print and complete a home delivery order form found at **www.StartHomeDelivery.com**

- Have your doctor or someone from your doctor's office fax your completed order form to Express Scripts at **800-636-9494**. Faxes must be sent from your doctor's office. Faxes from other locations, such as your home or workplace, will not be accepted.

**Free Standard Delivery**

Your prescription drug will be mailed to your home by standard U.S. Postal Service delivery at no charge. Your medication(s) will be mailed within 14 business days from the day Express Scripts receives the prescription. Overnight delivery is available at an additional cost to you.

### Specialty Medications

Specialty medications treat specific medical conditions such as cancer, hemophilia, hepatitis, multiple sclerosis, psoriasis, pulmonary arterial hypertension, respiratory syncytial virus, rheumatoid arthritis, and more. Find a list of specialty medications on page 45. You can fill these prescriptions:

- **At a WellStar Retail Network Pharmacy**
  Your WellStar Retail Network Pharmacy may be able to fill your specialty medications. Simply present your member ID card and written prescription to your pharmacist, and pay your co-insurance (once your deductible has been satisfied) as described above. You can locate a WellStar Retail Network Pharmacy at **pwplans.org/wellstar** or by calling **1-855-869-7059.**

CONFIDENTIAL                                                           AETNA-KULWICKI_0003626

CONFIDENTIAL

AETNA-KULWICKI_0003627

- **Through Accredo**
  **(Express Scripts Specialty Pharmacy)** Accredo, the Express Scripts specialty pharmacy, is a specialty pharmacy that provides specialty medications. Please call **1-855-266-0714** to learn more about filling your specialty medications.

- **Mail Option**
  Print and complete a home delivery order form found at **pwplans.org/wellstar.** Mail the completed form, your written prescription for your specialty medication, and payment* to:

  Express Scripts
  P.O. Box 66567
  St Louis, MO 63166-6567

  *To help avoid delays, be sure to include payment with your order*

## Using an Out-of-Network Pharmacy/Direct Claims

If you use an out-of-network pharmacy, you must pay the entire cost of the prescription upfront and then submit a claim for reimbursement. These claims will only be paid if it is a part of emergency services.

### Filing a Claim

Claims must be submitted within 365 days of the prescription purchase date. Claim forms are located online at pwplans.org/wellstar or can be requested by calling your member services team at **1-855-869-7059**.

## Prior Authorization

Some drugs on your plan require approval before they can be covered—this is called prior authorization. Prior authorization helps ensure that you're using the best drugs in the safest way. A list of drugs requiring authorization is available on our website, **pwplans.org/wellstar**.

If you are currently taking or recently prescribed one of these drugs, please discuss possible alternatives or have your doctor request authorization by calling **1-855-869-7059**.

## Step Therapy

Step therapy ensures you are taking the most effective medication at the best cost. This means trying the least expensive medication that has been proven to treat your condition.

### How step therapy works

**Step 1:** When your prescribed drug is impacted by step therapy, first you will be asked to try generic drugs. The generic drug recommended will be approved by the Food and Drug Administration (FDA) as providing the same health benefit at a much lower cost

**Step 2:** If the generic drug in step 1 does not work for you, you will be prescribed the brand-name drug. For more information on step therapy, visit **pwplans.org/wellstar** or call **1-855-869-7059**.

## Quantity Limits

To ensure you are getting the most cost-effective dose for your medication, a quantity limit or dose duration may be placed on certain drugs. A quantity limit or dose duration may be placed on certain drugs ensure you are getting the most cost-effective drug/dose combination. For more information on quantity limits or dose durations, visit **pwplans.org/wellstar** or call **1-855-266-0714**.

## Preventive Medications & Products

In accordance with the requirements of the Affordable Care Act (ACA), the following preventive and contraceptive medications and products, when prescribed by your doctor, are covered at no cost to you:

Drug/Product Name*

- Aspirin
- Fluoride
- Folic Acid
- Immunizations
- Smoking Cessation Products
- Contraceptives
- Vitamin D

CONFIDENTIAL                                              AETNA-KULWICKI_0003628

# Limitations & Exclusions

Unless specifically stated otherwise, no benefit will be provided for, or on account of, the following items:

- Any drug prescribed for intended use other than for:
  o Indications approved by the FDA
  o Off-label indications recognized through peer-reviewed medical literature

- Any drug prescribed for a sickness or bodily injury not covered under the Plan

- Any drug, medicine or medication that is either:
  o Labeled "caution-limited by federal law to investigational use"
  o Experimental or investigational or for research purposes

- Allergen extracts

- Therapeutic devices or appliances, including, but not limited to:
  o Hypodermic needles and syringes (except needles and syringes used for insulin and self-administered injectable drugs whose coverage is approved by the Plan)
  o Support garments
  o Test reagents/substances
  o Mechanical pumps for delivering medications other than insulin pumps
  o Other non-medical substances

- Dietary supplements, except enteral formulas and nutritional supplements for the treatment of phenylketonuria (PKU) or other inherited metabolic diseases

- Nutritional products

- Minerals

- Growth hormones for idiopathic short stature
  o Unless there is a laboratory confirmed diagnosis of growth hormone deficiency, or as otherwise determined by the Plan

- Herbs and vitamins, except prenatal (including greater than one milligram of folic acid) and pediatric multi-vitamins with fluoride

- Anabolic steroids, except for use in AIDS Wasting Syndrome or testosterone for laboratory confirmed diagnosis of low testosterone

- Anorectic drugs or any drug used for the purpose of weight control

- Any drug used for cosmetic purposes, including, but not limited to:
  o Dermatologicals or stimulants for hair growth
  o Pigmenting or de-pigmenting agents

- Any drug or medicine (unless duly noted on the Preferred Drug List or formulary that is:
  o Lawfully obtainable without a prescription (over- the-counter drugs), except insulin
  o Available in prescription strength without a prescription

- Compounded drugs unless determined by the plan

- Drugs used to induce abortions

- Any drug prescribed for impotence and/or sexual dysfunction

- Any drug, medicine, or medication that is consumed or injected at the location where prescribed or dispensed by the healthcare practitioner

- The administration of covered medication(s)

- Prescriptions that are to be taken or administered to you (in whole or in part) while you are a patient in a facility where drugs are ordinarily provided by the facility on an inpatient basis; inpatient facilities include, but are not limited to:
  o Hospital
  o Skilled nursing facility
  o Hospice facility

- Injectable drugs, including, but not limited to:
  o Immunizing agents, unless otherwise determined by the Plan
  o Biological sera
  o Blood
  o Blood plasma
  o Self-administered injectable drugs or specialty drugs for which coverage is not approved by the Plan

- Prescription refills:
  o In excess of the number specified by the healthcare practitioner or allowed by law
  o In excess of the number specified by our drug specific refill limit
  o Dispensed more than a year from the date of the original order

- Any portion of a prescription or refill that exceeds a 90-day supply when received from an in-network mail order pharmacy or a WellStar Retail Network Pharmacy that allows you to receive a 90-day supply of a prescription or refill

- Any portion of a prescription or refill that exceeds a 30-day supply when received from an out-of-network retail pharmacy that allows you to receive a 90-day supply of a prescription or refill

CONFIDENTIAL

AETNA-KULWICKI_0003629

- Any portion of a specialty drug of self-administered injectable drug that exceeds a 30-day supply, unless otherwise determined by us
- Any portion of a prescription or refill that:
  o Exceeds our drug specific quantity level limits
  o Is dispensed to a covered person, whose age is
     outside the drug specific age limits defined by us
  o Exceeds the duration-specific quantity duration limits
- Any drug for which step therapy or prior authorization is required by the Plan and is not obtained
- Any drug for which a charge is customarily not made
- Any drug, medicine, or medication received by you:
  o Before becoming covered under the Plan benefits oAfter your coverage ends under the Plan benefits
- Any costs related to the mailing, sending or delivery of prescription drugs
- Any intentional misuse of this benefit, including prescriptions purchased for consumption by someone other than you
- Any prescription or refill for drugs, medicines, or medications that are lost, stolen, spilled, spoiled, or damaged
- Drug delivery implants
- More than one prescription or refill for the same drug or equivalent medication prescribed by one or more healthcare practitioners and dispensed by one or more pharmacies until you have used, or should have used, at least 75% of the previous prescription or refill

  o However, if the drug or therapeutic equivalent medication is purchased through a mail order or a WellStar Retail Network Retail Pharmacy or a pharmacy that participates in our program that allows you to receive a 90-day supply of a prescription or refill, you must have used, or should have used at least 75% of the previous prescription (based on the dosage schedule prescribed by the healthcare practitioner)
- Any amount you already paid for a prescription that has been filled if the prescription is revoked or changed due to adverse reaction or change in dosage or prescription.

CONFIDENTIAL                                                                    AETNA-KULWICKI_0003630

# 2015 Preventive Drug List by Therapy Class

## Preventive Prescription Drugs: A Good Choice

Preventive medications can help to keep you from developing a health condition or can help you to maintain a condition that you already have. They can improve your quality of life and reduce overall health care costs by helping you to stay healthy and avoid expensive treatment.

## Is Your Drug a Preventive Prescription Drug?

The following is a list of the most commonly prescribed preventive drugs. The list is not all-inclusive and does not guarantee coverage. Please refer to your prescription drug rider and benefits information for details about your specific plan.

**For the member:** Generic drugs are listed in lowercase letters, for example, atenolol. Generic medications contain the identical active ingredients, drug strength, and dosage form as their corresponding brand-name medications, although they may look different in color or shape. The manufacturer of the generic drug must produce the product under the same strict guidelines as the brand-name drug.

Brand-name drugs are listed in CAPITAL letters. You should ask your doctor if there is a generic drug to treat your condition.

The following drugs represent the preferred medications on the preventive drug list. Preferred medications are generic or brand-name drugs available to members at a lower cost. The list is subject to change at any time during the plan year.

## Asthma Medications

- ADVAIR
- ADVAIR HFA
- Albuterol
- Albuterol Sulfate
- Aminophylline
- ASMANEX
- Budesonide Respules
- COMBIVENT-RESPIMAT
- Cromolyn Sodium
- DULERA
- FLOVENT
- FLOVENT HFA
- FORADIL
- 
- Ipratropium-Albuterol
- Levalbuterol
- Metaproterenol
- Montelukast Sodium
- QVAR
- SEREVENT DISKUS
- SPIRIVA
- Terbutaline Sulfate
- Theophylline
- Theophylline ER
- VENTOLIN HFA
- XOLAIR (SPECIALTY PHARMACY)
- Zafirlukast

## Cholesterol Medications

- Atorvastatin
- Cholestyramine
- Colestipol
- Fenofibrate
- Fluvastatin
- Gemfibrozil
- Lovastatin
- Pravastatin Sodium
- Prevalite
- Simvastatin
- ZETIA

## Diabetes Medications

- Acarbose
- ACTOPLUS MET XR
- BYDUREON
- Chlorpropamide
- DUETACT
- Glimepiride
- Glipizide
- Glipizide ER
- Glipizide XL
- Glipizide-Metformin
- Glyburide
- Glyburide Micronized
- Glyburide-Metformin
- HUMALOG
- HUMALOG MIX 50/50
- HUMALOG MIX 75/25
- HUMULIN N
- HUMULIN 70/30
- HUMULIN R
- JANUMET
- JANUMET XR
- JANUVIA
- JENTADUETO
- JUVISYNC
- LANTUS
- LANTUS SOLOSTAR
- LEVEMIR
- Metformin
- Metformin ER
- Nateglinide
- NOVOLIN
- NOVOLIN 70/30
- NOVOLIN N
- NOVOLIN R
- NOVOLOG
- NOVOLOG MIX 70/30
- Pioglitazone
- Pioglitazone-Metformin
- SYMLIN
- Tolazamide
- Tolbutamide
- TRADJENTA
- VICTOZA

## Diabetes Supplies

- BAYER METERS AND TEST STRIPS
- INSULIN SYRINGES
- LANCETS
- LIFESCAN METERS AND TEST STRIPS
- PEN NEEDLES

CONFIDENTIAL

AETNA-KULWICKI_0003631

**Hypertension Medications**

- Acebutolol
- Acetazolamide
- Acetazolamide ER
- Afeditab CR
- Amiloride
- Amiloride-Hydrochlorothiazide
- Amlodipine-Atorvastatin
- Amlodipine Besylate
- Amlodipine-Benazepril
- Atenolol
- Atenolol-Chlorthalidone
- Benazepril
- Benazepril-Hydrochlorothiazide
- Betaxolol
- Bisoprolol Fumarate
- Bisoprolol-Hydrochlorothiazide
- Bumetanide
- Captopril
- Captopril-Hydrochlorothiazide
- Cartia XT
- Carvedilol
- Chlorothiazide
- Chlorthalidone
- Clonidine
- Dilt XR
- Dilt-CD
- Diltiazem
- Diltiazem CD
- Diltiazem ER
- Diltzac ER
- Doxazosin Mesylate
- Enalapril Maleate
- Enalapril-Hydrochlorothiazide
- Eplerenone
- Eprosartan
- Felodipine ER
- Fosinopril Sodium
- Fosinopril-Hydrochlorothiazide
- Guanabenz Acetate
- Guanfacine

- Hydrochlorothiazide
- Indapamide
- Irbesartan
- Irbesartan-Hydrochlorothiazide
- Isradipine
- Labetalol
- Lisinopril
- Lisinopril-Hydrochlorothiazide
- Losartan Potassium
- Losartan-Hydrochlorothiazide
- Methyclothiazide
- Methyldopa
- Methyldopa-Hydrochlorothiazide
- Metolazone
- Metoprolol Succinate
- Metoprolol Tartrate
- Metroprolol-Hydrochlorothiazide
- Minoxidil
- Moexipril
- Moexipril-Hydrocholothiazide
- Nadolol
- Nadolol-Bendroflumethiazide
- Nicardipine
- Nifediac CC
- Nifedical XL
- Nifedipine
- Nifedipine ER
- Nifedipine XL
- Nisoldipine ER
- Perindopril Erbumine
- Pindolol
- Prazosin
- Propranolol
- Propranolol ER
- Propranolol-Hydrochlorothiazide
- Quinapril
- Quinapril-Hydrochlorothiazide

- Ramipril
- Reserpine
- Spironolactone
- Spironolactone-Hydrochlorothiazide
- Taztia XT
- Terazosin
- Timolol Maleate
- Torsemide
- Trandolapril
- Trandolapril-Verapamil
- Triamterene-Hydrochlorothiazide
- Valsartan-Hydrochlorothiazide
- Verapamil
- Verapamil ER

**NOTE: This list does not indicate coverage.** You or your doctor may be asked to prove that the drug you're taking is being used for prevention. This list is can be subject to change at any time during the plan year. This list does not include all conditions that may be prevented with preventive prescription drugs or all the preventive drugs available. Your plan sponsor believes that these drugs satisfy the requirements for preventive care as outlined by the U.S. Treasury Department but cannot ensure that the Treasury Department would agree that all of these drugs satisfy the definition of preventive care.

This list is not a complete list of medications covered under your plan.

CONFIDENTIAL                                                    AETNA-KULWICKI_0003632



C20131115-12

AETNA-KULWICKI_0003633



# SUMMARY PLAN BOOKLET

## PLAN YEAR BEGINNING JANUARY 1, 2015

ADMINISTERED BY



81111882.3

# WELLSTAR EMPLOYEE MEDICAL PLAN

### TABLE OF CONTENTS

INTRODUCTION ................................................................................................. 1
GENERAL INFORMATION ................................................................................ 2
DEFINITIONS ...................................................................................................... 3
MEMBER BENEFITS .......................................................................................... 5
    Medical Plan Options ...................................................................................... 5
        WellShare Premium .................................................................................. 5
        WellShare Select ...................................................................................... 5
        Minimum Basic ......................................................................................... 6
        Medical Plan Premiums ............................................................................ 6
        Prescription Drug Benefits ....................................................................... 6
    Health Savings Account (HSA) ....................................................................... 6
        HSA Benefits in General .......................................................................... 6
        Eligible Individual for HSA Benefits ....................................................... 7
        Note about Dependent Coverage under the WellShare Options ............... 8
        HSA Contributions .................................................................................... 8
        WellStar HSA Contributions .................................................................... 8
        Maximum HSA Benefits ........................................................................... 9
        Changing HSA Contributions ................................................................... 9
        Investing HSA Funds ................................................................................ 9
        Taxation of HSA Benefits ...................................................................... 10
        Limited Purpose Healthcare FSA ........................................................... 10
        Spending HSA Funds .............................................................................. 10
        Additional Information ........................................................................... 11
    Health Reimbursement Arrangement (HRA) ................................................ 11
        HRA Contributions ................................................................................. 11
        Using HRA Funds ................................................................................... 11
        Opting Out and Terminating Employment .............................................. 12
        Eligibility for an HSA ............................................................................ 12
    Certifying Tobacco Status ............................................................................. 12
ELIGIBILITY AND ENROLLMENT ................................................................ 13
    Eligibility Requirements ............................................................................... 13
        Determining Eligibility Using Look-back Periods ................................. 13
    Eligibility for Dependent's Coverage ........................................................... 14
        Tax Treatment of Dependent Health Coverage ...................................... 14
    Enrollment .................................................................................................... 14
        Initial Enrollment ................................................................................... 14
        Annual Open Enrollment ........................................................................ 16
        Mid-Year Changes .................................................................................. 16
        Information Requested during Enrollment .............................................. 16
    Termination of Coverage .............................................................................. 16
        Termination of Subscriber Coverage ..................................................... 16
        Termination of Covered Dependent Coverage ....................................... 17

CONFIDENTIAL

Extension of Benefits ................................................................................ 17
    Disabled Child .................................................................................. 18
CHANGING ELECTIONS ......................................................................... 18
    Change in Status ................................................................................... 18
    Significant Changes in Coverage ......................................................... 19
    Medicare or Medicaid Entitlement ...................................................... 20
    Judgment, Decree or Order .................................................................. 20
    HIPAA Special Enrollment Rights ...................................................... 20
CLAIM PROVISIONS ............................................................................... 21
    Benefit Claims ...................................................................................... 21
        Discretion of Plan Administrator .................................................. 21
        When Claims Must Be Filed .......................................................... 22
    Appointment of Authorized Representative ......................................... 22
    Facility of Payment .............................................................................. 22
    Minor or Incompetency ........................................................................ 23
    Discharge .............................................................................................. 23
    Exhaustion Requirement and Time Limitations .................................. 23
    Claims Mistakenly Paid ....................................................................... 23
    Rescission Prohibited ........................................................................... 24
ADMINISTRATION .................................................................................. 24
    Assignment ........................................................................................... 24
    Withholding of Benefit Payments ........................................................ 24
    Facility of Reimbursement ................................................................... 24
    Coordination with Medicare and Medicaid ......................................... 25
        Medicare ........................................................................................ 25
        Medicaid ........................................................................................ 25
    Subrogation and Reimbursement .......................................................... 26
        Subrogation Rights ........................................................................ 26
        Reimbursement Rights ................................................................... 26
        Right to Recovery .......................................................................... 26
        Written Agreement to Subrogation Required to Receive Benefits ... 27
        Suspension of Benefits ................................................................... 27
        Requirements to Bring a Lawsuit ................................................... 27
        Right to Withhold Future Benefit Payments .................................. 28
    Case Management .................................................................................. 28
    Qualified Medical Child Support Order ............................................... 29
CONTINUATION OF BENEFITS ............................................................. 30
    Eligibility to Make Election ................................................................. 30
        Team Member ................................................................................ 30
        Spouse 30
        Dependent Child ............................................................................ 30
    Election Period and Procedure ............................................................. 31
    Benefits ................................................................................................. 31
    Payment for Benefits ............................................................................ 31
    Duration of Continuation Coverage ..................................................... 32
    COBRA Administration ........................................................................ 33

CONFIDENTIAL

AETNA-KULWICKI_0003636

Notice on Death, Termination, Reduction of Hours, or Entitlement to
    Medicare ................................................................................................ 33
Notice of Change in Marital Status or Dependent Status ..................................... 33
Notice of Disability ............................................................................................... 34
Notice of Coverage Under Group Health Plan or Entitlement to Medicare ........ 35
Other Coverage Options ....................................................................................... 35
General .................................................................................................................. 35
LEAVES OF ABSENCE ............................................................................................... 35
Military Leave ....................................................................................................... 35
    Election and Duration of Coverage .............................................................. 36
    Benefits .......................................................................................................... 36
    Payment for Benefits ..................................................................................... 36
    Team Member Returning from Military Leave ............................................. 37
Family and Medical Leave Act ............................................................................. 37
Other Leaves of Absence ...................................................................................... 38
Reinstatement of Coverage Following Inactive Status .......................................... 39
MISCELLANEOUS ....................................................................................................... 39
Nonalienation of Benefits ..................................................................................... 39
Invalid Provision ................................................................................................... 39
Employment Contract – Rights Not Implied ........................................................ 39
Nondiscrimination ................................................................................................. 39
Amendment/Termination ...................................................................................... 40
Exclusive Benefit/Legal Enforceability ................................................................ 40
INTERPRETATION OF THE PLAN ............................................................................. 40
MEMBER'S LEGAL RIGHTS ...................................................................................... 40
HIPAA Privacy Rights .......................................................................................... 40
Newborn's and Mother's Health Protection Act ................................................... 42
Women's Health and Cancer Rights Act .............................................................. 42
Right to Receive a Certificate of Creditable Coverage ......................................... 43
MEMBER'S RIGHTS UNDER ERISA ......................................................................... 43
Receive Information About the Plan and Benefits ................................................ 43
Continue Group Health Plan Coverage ................................................................. 44
Prudent Actions by Plan Fiduciaries .................................................................... 44
Enforcement of Rights .......................................................................................... 44
Assistance with Questions ..................................................................................... 45

CONFIDENTIAL            AETNA-KULWICKI_0003637

# INTRODUCTION

The WellStar Employee Medical Plan ("Plan") is a self-funded health benefit plan established to provide hospital, medical and prescription benefits for eligible Team Members of WellStar Health System, Inc. ("Plan Sponsor" or "Employer" or "WellStar"). This Plan provides Members and their dependents with access to comprehensive and competitive medical benefits.

This booklet, along with the WellStar Employee Medical Plan Member Handbook ("Member Handbook"), constitutes the "Summary Plan Description" ("SPD") for the Plan. The collective documents comprising the SPD provide a description of all benefit provisions in the Plan, Member's rights under federal law, how to establish and/or lose eligibility, and how to appeal a claim. It is important that Members review these materials and familiarize themselves with the rules, requirements and benefits offered. However, in the event of any ambiguity or any inconsistency between the SPD and any formal Plan documents, the Plan documents will control.

This Summary Plan Booklet ("SPB") has a number of terms and phrases that are capitalized. Definitions of these terms are contained in the "Definitions" section of the SPB. A capitalized word may have a different meaning in the context of this SPB than it does in general usage. These definitions will serve as a helpful reference to Members as they review their benefits.

Copies of the formal Plan documents for the Plan are on file at the corporate offices of the Plan Administrator and are available for inspection at a time and place mutually agreeable with the Plan Administrator.

Members who would like to contact the Third Party Claims Administrator may do so during normal business hours, using the telephone numbers listed on the General Information page. Any information that Members obtain over the phone concerning their rights and benefits may not be relied upon as a guarantee of their rights or that benefits will be paid in that manner. The availability of benefits is determined solely on the basis of the terms of the Plan as contained in the SPD. A final determination of Member's rights and benefits cannot be made until all necessary documentation and information is submitted to the Third Party Claims Administrator and the claim is fully adjudicated.

---

**Additional details about the Plan can be found by:**
- **Visiting navigatingbenefits.wellstar.org**
- **Visiting wellstarmybenefits.org**
- **Contacting a Benefit Communication Administrator at 1-888-926-2992**

---

CONFIDENTIAL                                                    AETNA-KULWICKI_0003638

## GENERAL INFORMATION

The following information, together with the information contained in this booklet and the WellStar Health System Employee Medical Plan Member Handbook, form the Summary Plan Description of the Plan.

| | |
|---|---|
| **Name of Plan:** | WellStar Health System Employee Medical Plan, a component plan under a comprehensive Health & Welfare Wrap Plan sponsored by WellStar. |
| **Name and Address of the Plan Sponsor:** | WellStar Health System, Inc.<br>793 Sawyer Road<br>Marietta, GA 30062<br>Telephone: 470-644-0100 |
| **Employer Identification Number (EIN) of the Plan Sponsor:** | 58-1649541 |
| **Name and Address of the Plan Administrator** | WellStar Health System, Inc.<br>793 Sawyer Road<br>Marietta, GA 30062<br>Telephone: 470-644-0100 |
| **Plan Number:** | 501 |
| **Plan Type** | Employee welfare benefit plan |
| **Plan Year:** | January 1 through December 31 |
| **Fiscal Year:** | July 1 through June 30 |
| **Type of Plan:** | Welfare benefit plan providing medical benefits. |
| **Funding:** | The Plan is self-funded by WellStar Health System, Inc. |
| **Name and Address of Third Party Claims Administrator:** | Piedmont WellStar HealthPlans (PWHP)<br>P.O. Box 1039<br>Pittsburgh, PA 15230-1039<br>Telephone:  855-869-7059 |
| **First Level Appeals Administrator:** | Piedmont WellStar HealthPlans (PWHP)<br>P.O. Box 1039<br>Pittsburgh, PA 15230-1039<br>Telephone:  855-869-7059 |
| **Second Level Appeals Administrator:** | WellStar Employee Medical Plan Committee<br>P.O. Box 1039<br>Pittsburgh, PA 15230-1039<br>Telephone:  855-869-7059 |
| **Utilization Review Administrator:** | Piedmont WellStar HealthPlans (PWHP)<br>P.O. Box 1039<br>Pittsburgh, PA 15230-1039<br>Telephone:  855-869-7059 |
| **COBRA Administrator:** | Ceridian COBRAServ<br>3201 34th St. South<br>St. Petersburg, FL 33711-3828<br>1-800-877-7990 |
| **Human Resources Department:** | Human Resources Benefits Department<br>793 Sawyer Road, Marietta, GA 30062<br>Phone: 470-644-0374<br>Fax: 770-792-4999 |
| **Agent for Service of Legal Process:** | General Counsel<br>WellStar Health System, Inc. |

81111882.3

2

AETNA-KULWICKI_0003639

|  | 793 Sawyer Road<br>Marietta, GA 30062<br>Telephone: 470-644-0100<br><br>Service of legal process may also be made upon the Plan Administrator. |
|---|---|
| **Sources of Contributions to the Plan:** | Plan benefits are paid from the general assets of the Plan Sponsor and contributions made by the covered Team Members. The level of any Team Member contributions will be set by the Plan Sponsor.<br><br>No assets or funds are ever paid to, held in or invested in any separate trust or account, and no interest is paid on or credited to any benefit account. |
| **Effective Date:** | The benefits described in the SPB are effective January 1, 2015. |

## DEFINITIONS

**Covered Dependent**:  means an Eligible Dependent of any Subscriber for whom coverage became effective and has not terminated.

**Eligible Dependent**:  means a Subscriber's:

- Spouse, if he/she is not eligible for other employer-sponsored group medical coverage;
- Child less than twenty-six (26) years of age; or
- Child who is incapable of self-sustaining employment by reason of mental or physical disability provided:
    - such child is dependent upon the Team Member for at least fifty percent (50%) of his support and maintenance;
    - such child was a Covered Dependent and was suffering from such mental or physical disability on the date his status as a Covered Dependent would otherwise terminate; and
    - proof of such incapacity is furnished to the Plan Administrator (i) within thirty-one (31) days following the date his status as a Covered Dependent would otherwise terminate, and (ii) at such times as the Plan Administrator may reasonably require by the Subscriber on the child's behalf;

but excludes the following:

- any person who is not residing in the United States of America;
- any person who is covered under this Plan as a Team Member; and
- any Spouse of a Subscriber who has obtained a valid legal separation in a state that recognizes legal separation.

A "child" of the Subscriber includes a biological child, adopted child, child placed with the Subscriber for adoption, step-child of the Subscriber, or a child for whom a Subscriber is appointed as legal guardian, but specifically excluding a foster child or grandchild (unless legally adopted, or under legal guardianship).

CONFIDENTIAL                                     AETNA-KULWICKI_0003640

At any time, the Plan Administrator or Third Party Claims Administrator may require proof that a child continues to qualify as an Eligible Dependent.

**Employer:** means WellStar Health System, Inc.

**ERISA:** means The Employee Retirement Income Security Act of 1974 as amended.

**IRC:** means Internal Revenue Code

**Key Team Member:** means a salaried Team Member eligible for leave under the Family and Medical Leave Act of 1993 who is among the highest paid ten percent (10%) of all the Team Members employed by the Employer within seventy-five (75) miles of the Team Member's worksite.

**Marriage:** means a legal marriage as determined under the laws of the state in which the marriage was performed.

**Member:** means a Subscriber or Covered Dependent currently enrolled in the Plan and for whom a premium is paid.

**Plan Administrator:** means WellStar Health System, Inc.

**Plan Sponsor:** means WellStar Health System, Inc.

**Qualifying Child:** means a child who meets the following IRS criteria to use your HSA:
- is your child, grandchild, brother, sister, stepbrother, stepsister, or niece or nephew;
- is under the age of 19 (or under 24 in the case of a student), or is any age and is permanently and totally disabled;
- does not provide over one-half of his or her own financial support for the calendar year;
- lives with you for over one-half of the calendar year; and
- has not filed a joint return (this means that most married children could not qualify as a qualifying child).

**Qualifying Relative:** means a person who meets the following IRS criteria to use your HSA:
- bears one of the following relationships to the taxpayer:
  - Child or descendant of a child,
  - Brother or sister (including half- or step-siblings) or their descendants,
  - Father, mother, or an ancestor of either of them (for example, your grandmother, grandfather, aunt, or uncle),
  - Stepfather or stepmother,
  - An in-law (son, daughter, parent, or sibling), or
  - Any other person (other than your spouse) who lived with you all year as a member of your household;
- receives over 50% of his/her support for the year from you; and

81111882.3                                        4

CONFIDENTIAL                                                          AETNA-KULWICKI_0003641

- is not your qualifying child or any other taxpayer's qualifying child during the calendar year.

**Spouse**: means a lawful party to a Marriage.

**Subscriber**: means a Team Member who is eligible for coverage and enrolled under the Plan.

**Team Member**: means a person employed by WellStar Health System, Inc.

**Third Party Claims Administrator**: means Piedmont WellStar HealthPlans

**Total Disability**: means during the first twelve months of disability, the Subscriber or his/her employed covered Spouse is at all times prevented by bodily injury or sickness from performing each and every material duty of his/her respective job or occupation. After the first twelve months, Total Disability means that the Subscriber or his/her employed covered Spouse is at all times prevented by bodily injury or sickness from engaging in any gainful occupation for which he/she is reasonably fitted by education, training, or experience, and is not performing work of any kind for wage or profit. For a non-employed covered Spouse or a child, Total Disability means the inability to perform the normal activities of a person of similar age and gender.

## MEMBER BENEFITS

You have three options for medical coverage under the Plan: WellShare Premium, WellShare Select, and Minimum Basic. All three options cover the same types of services and use the WellStar Medical Provider network, but they differ in some key ways, as described in more detail below. You may also be eligible for a Health Savings Account or a Health Reimbursement Arrangement, both of which you can use to reimburse qualified medical expenses.

More information about prior authorization requirements, the deductibles, out-of-pocket maximums, coinsurance, claims and appeals procedures, and the services covered by each plan option is available in the Member Handbook.

### **Medical Plan Options**

#### *WellShare Premium*

Coverage under the WellShare Premium option will cost more in payroll deductions, but has the lowest deductible and out-of-pocket maximum. If you choose to enroll in the WellShare Premium option, you may be eligible for a Health Savings Account ("HSA"). If you are not eligible for an HSA (as discussed in "Eligible Individual for HSA Benefits" below), WellStar will set up and contribute to a Health Reimbursement Arrangement ("HRA") for you instead.

#### *WellShare Select*

The WellShare Select option's premiums are less than those of the WellShare Premium option, but the deductibles and out-of-pocket maximums are higher. If you choose to enroll in the

CONFIDENTIAL                                    AETNA-KULWICKI_0003642

WellShare Select option, you may be eligible for an HSA. If you are not eligible for an HSA (as discussed in "Eligible Individual for HSA Benefits" below), WellStar will set up and contribute to an HRA for you instead.

*Minimum Basic*

The Minimum Basic option has lower premiums than the WellShare options, and it provides minimal coverage at a higher deductible and out-of-pocket maximum than the WellShare options. You are not eligible for the HSA or HRA if you are enrolled in the Minimum Basic option. However, if you meet all the HSA eligibility requirements (as discussed in "Eligible Individual for HSA Benefits" below), you may set-up your own HSA through your personal bank.

*Medical Plan Premiums*

Through convenient payroll deductions, you may make regular premium payments of your required contributions for health coverage elected under the Plan. Your premium contributions for health benefits under the Plan are limited to the cost of the benefits you elect.

Generally, your required premiums for medical coverage will be made on a pre-tax basis. When your contributions are made on a pre-tax basis, you avoid federal income and Social Security taxes, as well as applicable state taxes, on the amount you set aside. By electing certain benefits, you authorize WellStar to withhold from your paycheck the corresponding cost you are required to pay for the benefits you elected.

Your MyBenefits enrollment confirmation statement details the required Team Member contributions to be deducted from payroll. Rates may change if you change your medical option, coverage tier level or from one Plan Year to the next. WellStar will notify you of changes in the cost of coverage before you enroll for the next Plan Year. When you complete the benefit enrollment process and elect to participate in this Plan, you are providing payroll deduction authorization.

*Prescription Drug Benefits*

When you enroll in a medical plan option, you will also be eligible to access prescription drug benefits. Please see the Member Handbook for more details regarding prescription benefits, how to fill prescriptions, and which medications are covered under the Plan.

**Health Savings Account (HSA)**

*HSA Benefits in General*

The purpose of the HSA benefit is to help you save and pay for "qualified medical expenses" (as defined under Internal Revenue Code ("IRC") Section 223) you incur for you, your Spouse, and any dependent (as defined in IRC Section 152, determined without regard to subsections (b)(1), (b)(2), and (d)(1)(B) thereof). The HSA is not an employer-sponsored employee benefit plan – it

CONFIDENTIAL                                                    AETNA-KULWICKI_0003643

is a custodial account that WellStar will open on your behalf with BenefitWallet, to be used primarily for reimbursement of eligible medical expenses. Consequently, BenefitWallet, not WellStar, will establish and maintain your HSA. WellStar's role is limited to allowing you to contribute to your HSA on a pre-tax salary-reduction basis and making certain Employer contributions to your HSA.

WellStar has no authority or control over the funds deposited or spent in your HSA. Neither your HSA nor the HSA component of the WellStar Health System, Inc. Flexible Benefits Plan that allows you to contribute to your HSA on a pre-tax basis is subject to the Employee Retirement Income Security Act of 1974, as amended ("ERISA").

*Eligible Individual for HSA Benefits*

To participate in the HSA benefits, you must be an HSA-eligible individual. This means that you are eligible to contribute to an HSA under the requirements of IRC Section 223 and that you have elected to participate in qualifying high deductible health plan coverage offered by WellStar and have not elected any disqualifying non-high deductible health plan coverage. Each of the three medical plan options are intended to qualify as a high deductible health plan under IRC Section 223(c)(2), as described in this SPB. You may receive an annual Employer contribution and make pre-tax contributions to your HSA if you enroll in either the WellShare Premium or the WellShare Select option. If you enroll in the Minimum Basic option, you may set-up your own HSA through your personal bank.

If you elect the HSA benefit, you will be required to certify that you meet all of the requirements under IRC Section 223 to be eligible to contribute to an HSA. You are eligible to contribute to the HSA if you meet the following criteria:

- You are enrolled in a high deductible health plan (such as the WellShare options).
- You are not enrolled in Medicare (Parts A, B and/or D), Medicaid or Tricare.
- You are not claimed as a dependent on someone else's tax return.
- You are not covered by another health plan that is not a high deductible health plan. This includes coverage received through your Spouse's medical plan, or participation in a General Purpose Healthcare Flexible Spending Account (including if your Spouse participates in a General Purpose Healthcare Flexible Spending Account).

To find out more about HSA eligibility requirements and the consequences of making contributions to an HSA when you are not eligible (including possible excise taxes and other penalties), see IRS Publication 969 (Health Savings Accounts and Other Tax-Favored Health Plans).

When you enroll in a WellShare plan option and meet the HSA eligibility requirements, web enrollment will give you the opportunity to open an HSA account with BenefitWallet. Whether you decide to contribute to an HSA account or not, WellStar may still make an annual lump sum contribution based on the effective date and coverage tier you elect. If you enroll in a WellShare plan option mid-plan year, the employer HSA contribution will be a prorated amount based on the number of months you participate during the plan year.

CONFIDENTIAL                                    AETNA-KULWICKI_0003644

If you elect to participate in the General Purpose Healthcare FSA, you cannot also elect the HSA benefit (or otherwise make contributions to an HSA), unless you use your Healthcare FSA only to pay for eligible dental and vision expenses (referred to as a "Limited Purpose Healthcare FSA"). If you decide to enroll in both, your dental and vision expenses will be reimbursable through the Limited Purpose Healthcare FSA and your eligible medical and prescription drug expenses will be reimbursable from your HSA. Once you have met your plan deductible, your Limited Purpose Healthcare FSA can be used for medical and prescription drug expenses.

### *Note about Dependent Coverage under the WellShare Options*

You should carefully consider when you enroll in one of the WellShare options if you want to cover a dependent child who is not a Qualifying Child or Qualifying Relative as those terms are defined under the IRC for health coverage purposes. Although you may enroll such a dependent child in one of the WellShare options if he or she meets the Plan eligibility requirements, you may be reimbursed from your HSA for qualified medical expenses incurred on behalf of your dependent child *only if* the dependent child is a Qualifying Child, or Qualifying Relative. This means that, depending on your specific circumstances and the Plan's eligibility rules, you could elect to enroll your dependent child in one of the WellShare options for purposes of the high deductible health plan portion, but find that you are unable to be reimbursed from your HSA for medical expenses attributable to that dependent child's treatment. For example, if you elect coverage under one of the WellShare options for a dependent child who is over age 19 and is neither a full-time student nor totally and permanently disabled, you will not be able to use money in your HSA for the child's medical expenses, unless the child meets the requirements to be a Qualifying Child or Qualifying Relative.

### *HSA Contributions*

When in the HSA enrollment screen of the MyBenefits Enrollment Portal, to participate in the HSA, you must specify the amount of HSA benefits that you wish to have deducted from each paycheck on a pre-tax basis (even if you do not wish to make any deductions you must enter $0.00). Contributions will be forwarded to BenefitWallet within a reasonable time after being withheld. You have the ability to change the amount you want deducted by making changes in web enrollment portal. Changes can be made once each pay period.

You may also make after-tax contributions to your HSA, either by check or through an electronic transfer of funds.

Amounts in your HSA do not expire; they roll over from year to year, and you may take the HSA with you when you leave WellStar. You have the choice to transfer your HSA to a bank of your choice or BenefitWallet will continue to maintain your HSA for a monthly fee when you terminate employment or retire.

### *WellStar HSA Contributions*

CONFIDENTIAL                                                                 AETNA-KULWICKI_0003645

WellStar may make a contribution to your HSA in addition to your salary reduction contributions, and may make a contribution even if you elect not to make any salary reduction contributions. Each year, WellStar determines, in its sole discretion, and will communicate, the amount of the Employer contribution to your HSA and the timing of such deposit.

For 2015 Employer contribution amounts, please refer to the Member Handbook.

*Maximum HSA Benefits*

You elect the amount you want to contribute to your HSA. The amount you elect (combined with any contributions WellStar makes on your behalf) must not exceed the statutory maximum amount for HSA contributions applicable to your WellShare coverage tier (i.e., Team Member only or family) for the calendar year in which the contribution is made. An additional catch-up contribution of $1,000 may be made if you are age 55 or older by 12/31 of the Plan Year and HSA eligible as of December 1 of the Plan Year.
In addition, the maximum annual contribution will be:

- reduced by any matching or other Employer contribution made on your behalf; and
- pro-rated for the number of months in which you are an HSA-eligible individual (as described above).

Note that if you are an HSA-eligible individual for only part of the year but you meet all of the requirements under IRC Section 223 to be eligible to contribute to an HSA on December 1, you may be able to contribute up to the full statutory maximum amount for HSA contributions applicable to your coverage tier (i.e., Team Member only or family). In addition, if you do not remain eligible to contribute to an HSA under the requirements of IRC Section 223 during the following year, the portion of HSA contributions attributable to months that you were not actually eligible to contribute to an HSA will be includible in your gross income and subject to a 20% penalty (exceptions apply in the event of death or disability).

*Changing HSA Contributions*

You may increase, decrease, or revoke your HSA contribution election at any time during the Plan Year for any reason by changing your contribution amount on MyBenefits web enrollment. Your election change will be prospectively effective that same pay period if the change is completed by close of business Wednesday before the end of a pay period. Otherwise, your contribution change will be effective on the following pay period. Your ability to make pre-tax contributions under this Plan to the HSA ends on the date that you cease to meet the HSA eligibility requirements.

*Investing HSA Funds*

Once your HSA balance reaches $1,000, you may transfer the investment of your HSA into an investment account with investment options offered by BenefitWallet.    Your investments will grow tax-free as long as they remain in the investment account.   Note that if you transfer the investment of your HSA, those investments are not FDIC insured.   When you need to use your

CONFIDENTIAL                                                      AETNA-KULWICKI_0003646

invested dollars for qualified medical expenses, you can transfer the invested money back to your original HSA account without penalty.

*Taxation of HSA Benefits*

For information regarding the tax ramifications of participating in an HSA, as well as the terms and conditions of your HSA, see the communications materials provided by BenefitWallet and see IRS Publication 969 (Health Savings Accounts and Other Tax-Favored Health Plans).

WellStar cannot guarantee that specific tax consequences that may occur from your participation in the Plan. Ultimately, it is your responsibility to determine the tax treatment of the HSA benefit. If you need an answer upon which you can rely, you may wish to consult a tax advisor.

*Limited Purpose Healthcare FSA*

As noted above, if you elect to contribute to the General Purpose Healthcare FSA, you cannot also elect HSA benefits in connection with your participation in one of the WellShare options under the Plan or otherwise make contributions to an HSA, unless you use the Limited Purpose Healthcare FSA only to pay for eligible dental and vision expenses. If you decide to enroll in both, your dental and vision expenses are reimbursable through the Limited Purpose Healthcare FSA and your eligible medical and prescription drug expenses are reimbursable through your HSA. Once your annual deductible has been satisfied, you can use your Limited Healthcare FSA for medical and prescription expenses; it is no longer limited to just dental and vision expenses.

It is important to remember that the General Purpose Healthcare FSA constitutes family coverage, because it is available to pay or reimburse the qualified medical expenses of you and your Spouse and Eligible Dependents. As a result, if you participate in the General Purpose Healthcare FSA (not the Limited Purpose Healthcare FSA), your Spouse and Eligible Dependents will not be HSA-eligible individuals.

*Spending HSA Funds*

You may be reimbursed from your HSA for qualified out-of-pocket medical expenses. Reimbursements are tax-free if they are for qualified medical expenses incurred after the HSA is established, but if you withdraw amounts from your HSA for any other reason, the amount you withdraw will be subject to income tax and may be subject to an additional 20% tax penalty.

If you become ineligible for the HSA (for example, if you become covered under your Spouse's health plan that is not a high deductible health plan), you can still use the money remaining in your HSA to pay or reimburse your qualified medical expenses, but you may no longer contribute to your HSA.

Qualified medical expenses include amounts paid for medical care (as defined in IRC section 213(d)) for you, your Spouse, and your Eligible Dependents (as defined in IRC section 152, determined without regard to subsections (b)(1), (b)(2), and (d)(1)(B) thereof), but only to the extent such amounts are not compensated for by insurance or otherwise. Prescription drugs and insulin (even if not prescribed) are also qualified medical expenses, but other over the counter

CONFIDENTIAL                                    AETNA-KULWICKI_0003647

drugs and health insurance premiums are not.    You can get more information about what expenses may be reimbursed in IRS Publication 502 (Medical and Dental Expenses).

You will receive a debit card to use to pay for qualified medical expenses with your HSA. Please see the disclosures and information provided by BenefitWallet for more information about how to use your HSA debit card.

### *Additional Information*

For details regarding your rights and responsibilities with respect to your HSA, please refer to your HSA custodial account agreement and other documentation associated with your HSA and provided to you by BenefitWallet. You may also want to review IRS Publication 969 (Health Savings Accounts and Other Tax-Favored Health Plans).

### **Health Reimbursement Arrangement (HRA)**

If you are eligible for and enroll in one of the WellShare Premium or WellShare Select medical plan options under the Plan but you are not eligible for an HSA, WellStar will set up and contribute to an HRA for you.  Unlike the HSA, the HRA may only be used to pay for qualified medical and prescription drug expenses (and not dental and vision expenses) tax-free.

### *HRA Contributions*

WellStar contributes to your HRA. You are not required to make, nor are you allowed to make, direct contributions to your HRA out of your own pocket. WellStar, in its sole discretion, determines the amount, timing, and conditions of these contributions.

Your HRA will be credited with an annual contribution from WellStar each year you are enrolled in one of the WellShare options with an HRA.

The annual Employer contribution will be credited to your account on your first day of coverage for a given Plan Year. If you enroll for coverage:

- During open enrollment—this annual contribution will be credited to your HRA on the next January 1.
- Mid-year—this annual contribution will be credited to your HRA as of the effective date of your WellShare option with HRA coverage.

The money in your HRA is tax-free. This money will not be taxed when placed in your HRA and will not be taxed when taken out of your HRA to pay eligible medical and prescription drug expenses.  Your HRA balance will roll over from Plan Year to Plan Year unless you opt out of the HRA or you no longer have coverage under a WellShare option with an HRA. If you are no longer covered by a WellShare option with an HRA, you will forfeit any remaining balance in your HRA. You cannot cash out amounts in your HRA.

### *Using HRA Funds*

CONFIDENTIAL                                                        AETNA-KULWICKI_0003648

Your tax-free HRA are automatically used to pay for any medical or prescription drug expenses you owe under the WellShare option. You may also submit claims for medical or prescription expenses for services not covered by the Plan. Dental and vision expenses are not eligible under the HRA. An eligible expense is reimbursable by the HRA only if it is incurred while you are a HRA participant. The HRA does not pay for dental and vision expenses.

Unlike the HSA, you cannot invest the money in your HRA.

You will not receive a debit card for your HRA. Instead, any cost-sharing you owe under the WellShare option will automatically be paid out of your HRA until all funds are exhausted.

*Opting Out and Terminating Employment*

Each year, you have the option to opt out of the HRA and waive future reimbursements.

If you choose to opt out of the HRA or no longer have coverage under any of the WellShare options, all remaining amounts in your HRA are forfeited.

*Eligibility for an HSA*

If you are a first time enrollee in the WellShare Plan options and you erroneously elect an HRA but are eligible for an HSA, you are able to close your HRA and open an HSA between January 1 and March 31. Should you decide to close your HRA and prospectively set up an HSA, amounts in your HRA will be forfeited and new Employer contributions will be made to your HSA. The effective date and amount of your new HSA contribution will be based on when and how much was spent from your HRA. If applicable, your HSA contributions will begin on the first of the month following the month in which you close your HRA.

After March 31, you cannot switch from an HRA to an HSA, even if you later become eligible for an HSA.

**Certifying Tobacco Status**

Team Members must certify their tobacco status when they enroll in the Plan. Any Team Member who elects a non-tobacco user status must certify that they and any enrolled dependents have been tobacco free for at least six months. Additionally, the Team Member will need to pass a nicotine test administered through WellStar Employee Health. New hires must complete the nicotine test within 31 days beginning on their hire date. Current Subscribers enrolled as tobacco users who would like to change their status during annual open enrollment must complete the nicotine test during the annual open enrollment dates. Team Members and Subscribers who test positive for nicotine will pay higher premiums for the Plan Year.

The Plan is committed to helping you achieve your best health. If you think you might be unable to meet the requirements for lower premiums under the tobacco certification program, you might qualify for a medical exemption and/or an opportunity to avoid higher premiums by different means, such as a tobacco cessation course. To find out more about these alternative means or to

CONFIDENTIAL                AETNA-KULWICKI_0003649

request a medical exemption form, contact WellStar at 770-956-STAR, and the Plan will work with you (or, should you wish, your healthcare provider) to find a wellness program with the same reward that is right for you in light of your health status.

## ELIGIBILITY AND ENROLLMENT

### Eligibility Requirements

You and your Eligible Dependents will be eligible to participate in the Plan if you are a Team Member of WellStar Health System and you are:

- a regular, full-time Team Member working at least 64 hours per pay period;
- a full-time weekend option Team Member;
- an eligible part-time Team Member actively at work at least 32 hours per pay period;
- an ineligible part-time or PRN Team Member who has worked an average of 30 hours per week based on a one-year look-back period; or
- a specially scheduled Team Member actively at work and paid as a full time Team Member.

You are not eligible to participate in the Plan if you are:

- an ineligible part-time Team Member who is regularly scheduled to work less than 32 hours per pay period, and who does not work an average of 30 hours per week based on a one-year look-back period;
- a PRN Team Member who does not work an average of 30 hours per week based on a one-year look-back period;
- performing services as a leased worker, independent contractor, or consultant, even if you are later deemed by a court, arbitrator, or any governmental agency to be a common law employee of the Employer; or
- covered by a collective bargaining agreement that does not provide for plan participation;

Upon enrolling in coverage through the web enrollment system, MyBenefits, coverage will begin the first day of month following a waiting period of 30 days of employment.

The Plan Administrator has discretion to determine who is eligible under the Plan. Any individual initially classified by the Plan Administrator as ineligible, and later reclassified as eligible, shall be eligible to participate in the Plan as of the time of the reclassification.

### Determining Eligibility Using Look-back Periods

As mentioned above, if you are an ineligible part-time Team Member or a PRN Team Member and have been working for the Employer, you may become eligible for coverage under the Plan if the Plan Administrator determines that you worked, on average, 30 hours per week during a 12

CONFIDENTIAL                                                              AETNA-KULWICKI_0003650

month "standard measurement period." The standard measurement period runs for a 12 month period starting with the day in November designated by the Plan Administrator each year. If you work an average of 30 hours per week during the standard measurement period, you will be eligible for coverage under the Plan for the entire Plan Year following the standard measurement period. The Plan Administrator will make this determination before the beginning of each Plan Year.

New hires who are ineligible part-time or PRN Team Members will need to complete an "initial measurement period," which is the 12-month period beginning during your first week of employment. After your initial measurement period, the Plan Administrator will then have a 30 day administrative period to determine whether or not you worked an average of 30 hours per week during your initial measurement period. If you did, then you will be eligible for coverage for the 12 months beginning on the first day of the month following the 30 day administrative period.

For example, if you are hired as an ineligible part-time Team Member on May 5, 2015, your initial measurement period runs from May 5, 2015 to May 4, 2016. If the Plan Administrator determines that you worked an average of 30 hours per week during that initial measurement period, you will be eligible for coverage under the Plan beginning on July 1, 2016 (the first day of the month following the 30 day administrative period).

Please note that PRN Team Members who become eligible under the look-back measurement method will only be eligible for medical coverage under the Plan and will <u>not</u> be eligible for dental or vision coverage.

Ineligible part-time Team Members who become eligible under the look-back measurement method will pay full-time rates for medical coverage, but will pay part-time rates for dental and vision coverage. Contact the Plan Administrator for more information regarding these rates.

**Eligibility for Dependent's Coverage**

You may enroll your Eligible Dependents under the Plan as described below under "Enrollment."

*Tax Treatment of Dependent Health Coverage*

The value of an Eligible Dependent's medical coverage elected under the Plan is not included in the Team Member's income for tax purposes.

**Enrollment**

*Initial Enrollment*

CONFIDENTIAL                                                        AETNA-KULWICKI_0003651

Your coverage under the Plan will be effective on the first day of the month following the month during which you satisfy the Eligibility Requirements outlined above and complete the 30-day waiting period, provided you properly elect to enroll in the Plan within thirty-one (31) days of the date you meet the Eligibility Requirements. For example, if you are hired as a full-time Team Member on March 15, you have 31 days to enroll in the Plan, and your benefits will begin the first day of the month following the month in which you complete 30 days of employment, or May 1. The effective date of your coverage may be different if you become eligible for the Plan under a measurement method (see below). Participation in the HRA begins on the date coverage under one of the WellShare options takes effect for you. Participation in the HSA begins on the date you establish an HSA account after enrolling in a WellShare plan option and meeting the HSA eligibility requirements.

Coverage for your Eligible Dependents who you elect to enroll in the Plan, under enrollment procedures established by the Plan Administrator, will become effective as follows:

- The date you are eligible for coverage under the Plan, if on that date you have such Eligible Dependents; or

- The date you gain an Eligible Dependent, if on that date you are covered by the Plan; or

- The first of the following month after your Eligible Dependent loses coverage under another plan (see "Changing Elections" below for more details on mid-year elections).

In the event two parents are both eligible to be covered by the Plan as Subscribers, only one parent will be eligible to cover any Eligible Dependent children they might have.

Newborn claims will be processed for the first thirty-one (31) days beginning on the date of birth regardless as to whether or not the child is added to the medical coverage. Under no circumstances will the coverage continue beyond the thirty-one (31) days if a Subscriber does not add the newborn to the Plan within the thirty-one (31) day qualifying event timeframe.

In no event will the Eligibility Date for a dependent precede the Eligibility Date for the Subscriber who determines the dependent's eligibility for benefits under the Plan.

If you become eligible for coverage under the Plan under a measurement method, your coverage will begin after the applicable initial or standard measurement period. If you are an ongoing employee and you worked an average of 30 hours per week during your standard measurement period, your coverage will begin January 1 following the end of the standard measurement period, provided you elect coverage during the applicable enrollment period. If you are a new hire and you worked an average of 30 hours per week during your initial measurement period, then your coverage will begin on the first day of the month following the 30 day administrative period after your initial measurement period, provided you properly elect to enroll in the Plan within thirty-one (31) days of the date you meet the Eligibility Requirements.

For example, if you are hired as an ineligible part-time Team Member on May 4, 2015, your initial measurement period runs from May 4, 2015 to May 3, 2016. If the Plan Administrator

CONFIDENTIAL                                                                                        AETNA-KULWICKI_0003652

determines that you worked an average of 30 hours per week during that initial measurement period, you will be eligible and your coverage will be effective July 1, 2016 (the first day of the month following the 30 day administrative period) as long as you elect coverage within 31 days of July 1, 2016.

*Annual Open Enrollment*

If you are eligible to participate in the Plan, the Plan Administrator will, before the start of each Plan Year, provide you with enrollment materials to make your elections for benefits for the upcoming year. These materials will include information about your share of the cost for each benefit available under the Plan.

If you choose to enroll in the Plan during the annual open enrollment period, your participation in the Plan will begin at the start of the new Plan Year (January 1st). The premiums that you are required to pay for medical benefits under the Plan and the amount you choose to contribute to your HSA during the Plan Year will be deducted, on a pre-tax basis, from your future paychecks starting with your first paycheck in the new Plan Year.

Except as otherwise required by the Plan Administrator, your benefit elections under the Plan will roll over from Plan Year to Plan Year, which means you only need to make a new election for health benefits during annual open enrollment if you want to change your prior election. Your HSA election also rolls over from year to year, but you should review your HSA election each year as IRS contribution limits may change from year to year.

*Mid-Year Changes*

For qualified change events (see "Changing Elections" below), you must enroll in the Plan within thirty-one (31) days of the date the change event occurs (or as otherwise described below related to Medicaid or SCHIP eligibility), in order to obtain coverage under the Plan. Participation in an HSA or HRA begins on the date coverage under one of the WellShare options takes effect for you.

*Information Requested during Enrollment*

When you enroll in the Plan during one of the permissible enrollment periods described above, you may be asked for Social Security Numbers for you and your Eligible Dependents. This information is required to be reported to the IRS in order to track whether you and your Eligible Dependents have medical coverage for purposes of avoiding penalties under the Affordable Care Act.

**Termination of Coverage**

*Termination of Subscriber Coverage*

CONFIDENTIAL    AETNA-KULWICKI_0003653

Your coverage shall automatically cease, except as provided in any extension of benefits or continuation of benefits provision, upon the earliest of:

- The date you elect not to participate in a plan benefit for the subsequent calendar year during annual open enrollment or qualified event in connection with a change permitted under "Changing Elections" below.
- The end of the month in which you cease to be in a class of Team Members eligible for coverage;
- The date beginning the period for which you have failed to make any required contribution for coverage;
- The end of the month in which your employment with WellStar terminates;
- The date the Plan is amended resulting in your loss of eligibility;
- The date the Plan is terminated; or
- The date of your death.

Your ability to make pre-tax contributions under this Plan to the HSA ends on the date that you cease to meet the HSA eligibility requirements. Your ability to have a pre-tax contribution or receive a one-time Employer lump-sum contribution under this Plan to your HSA ends on the date you cease to participate in the WellShare Premium or WellShare Select medical plan options. If you are enrolled in an HRA WellShare option, access to your Employer HRA contribution ends the day you terminate coverage with the Plan.

*Termination of Covered Dependent Coverage*

The coverage of any Covered Dependent shall automatically cease, except as provided in any extension of benefits or continuation of benefits provision, upon the earliest of:

- The date coverage terminates for the Team Member upon whom Covered Dependents depends for eligibility;
- The end of the month in which such dependent ceased to be an Eligible Dependent as defined herein;
- The date beginning the period for which you or your Covered Dependent has failed to make any required contribution for dependent coverage;
- The date the Dependent becomes eligible for coverage under the Plan as a Team Member;
- The date the Plan is amended resulting in your Dependent's loss of eligibility;
- The date the Plan is terminated; or
- The date of the Covered Dependent's death or the end of the month in which the Subscriber dies.

**Extension of Benefits**

CONFIDENTIAL                                                                AETNA-KULWICKI_0003654

If coverage under the Plan would otherwise terminate with respect to a Subscriber or Covered Dependent, without regard to the continuation of benefits provisions of the Plan, benefits under the Plan can nevertheless be extended under the specific circumstances enumerated below. Any extension of benefits period provided pursuant to this section shall not postpone the starting date for measurement of the maximum period available for continuation of benefits pursuant to the "Continuation of Benefits" section.

*Disabled Child*

The maximum age for a dependent child shall not serve to terminate or preclude coverage for any child who is incapable of self-sustaining employment by reason of mental or physical disability provided:

- such child is dependent upon the Team Member for at least fifty percent (50%) of his support and maintenance;
- such child was a Covered Dependent and was suffering from such mental or physical disability on the date his status as a Covered Dependent would otherwise terminate; and
- proof of such incapacity is furnished to the Plan Administrator (i) within thirty-one (31) days following the date his status as a Covered Dependent would otherwise terminate, and (ii) at such times as the Plan Administrator may reasonably require by the Subscriber on the child's behalf.

## CHANGING ELECTIONS

Except with respect to the HSA benefit, your plan elections will remain in effect until the end of the Plan Year for which they are made, and you will not be able to change your election until the next annual open enrollment period unless one of the following occurs: you have a change in status; you have a significant change in cost or coverage; you receive a qualified medical child support order; or you satisfy the requirements for special enrollment rights described below.

**Change in Status**

Under certain circumstances, you may modify or revoke your elections for the plan options if you experience a change in status that affects your eligibility for the Plan, but only if the benefit election change is consistent with and on account of the change in status. Currently, the following events are considered to be changes in status:

- *Legal marital status.* Events that change your marital status, including Marriage, death of Spouse, divorce and legal separation and annulment. Effective date of change is the same day as the life event.

- *Number of dependents.* Events that change your number of dependents, including birth, death, adoption and placement for adoption. Effective date of change is the same day as the life event.

CONFIDENTIAL

AETNA-KULWICKI_0003655

- *Employment status.* Events that change your, your Spouse's, or other dependent's employment status, including a termination or commencement of, employment; a Subscriber's commencement of or return from an unpaid leave of absence; and any other change in status that changes the individual's eligibility under the Plan or an employer-sponsored benefit plan covering you, your Spouse, or other dependent. Effective date of change is the first of the month following the life event.

- *Dependent satisfies or ceases to satisfy eligibility requirements.* Events that cause your dependent to satisfy or cease to satisfy eligibility requirements on account of age. Effective date of change is the first of the month following the life event.

- *Residence.* A change in the place of your, your Spouse's or your dependent's residence. Changes can be made only if the move affects eligibility. Effective date of change is the first of the month following the life event.

In addition, there may be other events that are considered to be a change in status. Contact the Human Resources Department if you believe you have experienced an event that may qualify as a change in status.

Any election based on a change in status event must be consistent with and on account of the change. **If you have a change in status and want to change your election, you must contact Human Resources and make the appropriate election in the MyBenefits web enrollment portal within 31 days of the change in status beginning on the date of the status change and provided proof of the status change.**

## Significant Changes in Coverage

You may also change your coverage election under a plan option midyear if:

- An event occurs that significantly curtails coverage or causes you to lose coverage under your current coverage option. Coverage begins as of the first of the month following the event as long as the Team Member has satisfied the eligibility requirements;

- You or your Eligible Dependent loses coverage under any group medical coverage sponsored by a governmental or educational institution. Coverage begins as of the first of the month following the loss of coverage as long as the Team Member has satisfied the eligibility requirements; or

- The change corresponds with a change made by you or your Eligible Dependent under another employer's plan in the following circumstance:

  o If the other employer's plan allows you or your Eligible Dependent to change elections due to the reasons described in this section (special enrollment, change in status, and QMCSO). Coverage begins as of the first of the month following the loss of coverage as long as the Team Member has satisfied the eligibility requirements or as specifically defined under "Change in Status" section.

CONFIDENTIAL                                                                    AETNA-KULWICKI_0003656

**If you decide to change your election due to a coverage change, you must do so within 31 days of the effective date of the coverage change.**

Any change in the cost of a plan option paid with pre-tax dollars that will result in an automatic increase or decrease, as applicable, in your payroll deductions for your share of the total cost.

**Medicare or Medicaid Entitlement**

You may also change an election for coverage midyear if you or your Eligible Dependent becomes entitled to coverage under Medicare (Part A) or Medicaid. However, you are limited to *reducing* your coverage only for the party who becomes entitled to Medicare or Medicaid, and you are limited to *adding* coverage only for the party who loses eligibility for Medicare or Medicaid. **If you decide to change your election under these circumstances, you must do so within 31 days of the date the party becomes eligible for or loses eligibility for Medicare or Medicaid.** Your election will be effective as of the first of the month following entitlement to Medicare or Medicaid as long as the Team Member has satisfied the eligibility requirements.

**Judgment, Decree or Order**

You may revoke a group health plan election for coverage midyear and make a new election if you receive a valid Qualified Medical Child Support Order (a "QMCSO"). A QMCSO is a judgment or order issued by a court or through a state law administrative process, usually as part of a settlement agreement or divorce decree that provides for support or healthcare coverage for a child of a Subscriber. You may receive, upon request of the Plan Administrator and free of charge, a copy of the Plan's procedures used to determine if a medical child support order is qualified. Coverage will be effective as of the later of the date specified in the QMCSO or the first day of the month after the Plan Administrator approves the QMCSO.

**HIPAA Special Enrollment Rights**

HIPAA allows you and your Eligible Dependents to enroll for group health plan coverage outside of open enrollment if you lose coverage or acquire newly Eligible Dependents, as described below.

The loss of other group health plan coverage applies if you, your Spouse or Eligible Dependent, as applicable, meet both of the following conditions:

- You, your Spouse or Eligible Dependent, as applicable, were covered under health insurance when WellStar-provided coverage was first offered to you; and

- You or your Spouse or Eligible Dependent, as applicable, lose that other coverage because:

  o The coverage was provided under COBRA, and the entire COBRA period was exhausted;

  o Employer contributions to the other coverage stopped; or

CONFIDENTIAL                                                      AETNA-KULWICKI_0003657

o   You or your Eligible Dependent are no longer eligible under that plan.

If you or your Eligible Dependent loses other medical coverage due to these conditions, you may enroll yourself and your Eligible Dependent for coverage under the Plan.

You may also enroll yourself and your Eligible Dependent in coverage under the Plan if you or your Eligible Dependent either lose coverage under Medicaid or a state children's health insurance program (CHIP), or you or your Eligible Dependent become eligible for a premium assistance subsidy from Medicaid or through a state children's health insurance program for group health plan coverage.

When you acquire a newly Eligible Dependents, as a result of Marriage, birth, adoption, or placement for adoption, you may enroll yourself and your newly Eligible Dependents.

**To take advantage of these Special Enrollment rules on changing coverage, you must enroll yourself and/or your Eligible Dependents within 30 days of the event.** If the event is you or your dependent becoming ineligible for coverage under a Medicaid plan or a state child health plan, or you or your dependent becoming eligible for a premium assistance subsidy for the Plan under Medicaid or the state child health plan, then the request for a change in coverage must be made within 60 days of the date you lose coverage or become eligible for coverage, as applicable. Your election will be effective as of the first of the month following the event. If the special enrollment event is due to the birth, adoption, or placement for adoption of a child, your election will be effective as of the date of the birth, adoption, or placement for adoption.

## CLAIM PROVISIONS

Detailed information about the Plan's claims and appeals procedures and timing for different types of claims can be found in the Member Handbook.

### Benefit Claims

*Discretion of Plan Administrator*

All claims must be filed with the Third Party Claims Administrator or other appropriate entity as directed by the Plan Administrator. The Plan Administrator shall be ultimately and finally responsible for adjudicating such claims and for providing full and fair review of the decision on such claims in accordance with the following provisions and with applicable law. Benefits under the Plan will be paid only if the Plan Administrator decides in its discretion that the claimant is entitled to them. The responsibility to process claims in accordance with the Plan is delegated to the Third Party Claims Administrator or other appropriate entity as directed by the Plan Administrator, provided, however, that the Third Party Claims Administrator or other appropriate entity, is not a fiduciary of the Plan and does not have the authority to make decisions involving the use of discretion.

Each claimant claiming benefits under the Plan shall be responsible for supplying, at such times and in such manner as the Plan Administrator, in its sole discretion may require, written proof that the expenses were incurred or that the benefit is covered under the Plan. If the Plan

CONFIDENTIAL

Administrator, in its sole discretion shall determine that the claimant has not incurred a covered expense or that the benefit is not covered under the Plan, or if the claimant shall fail to furnish such proof as is requested, no benefits shall be payable under the Plan.

### *When Claims Must Be Filed*

Claims must be filed with the Third Party Claims Administrator within one (1) year of the date charges for the service were incurred. Benefits are based upon the Plan's provisions at the time the charges were incurred. Charges are considered incurred when treatment or care is given or supplies are provided. **Claims filed later than that date will be denied.**

A pre-service claim is considered to be filed when the request for approval of treatment or services is made and received by the Third Party Claims Administrator in accordance with the Plan's procedures. However, a post-service claim is considered to be filed when the following information is received by the Third Party Claims Administrator, together with a Form HCFA or Form UB92 or other approved standardized method:

- The date of service;
- The name, address, telephone number, and tax identification number of the provider of the services or supplies;
- The place where the services were rendered;
- The diagnosis and procedure codes;
- The amount of charges;
- The name of the Subscriber; and
- The name of the patient.

Upon receipt of this information, the claim will be deemed to be filed with the Plan. The Third Party Claims Administrator will determine if enough information has been submitted to enable proper consideration of the claim. If not, more information may be requested as provided in the Member Handbook. **Failure to provide additional requested information may result in claims being denied or reduced.**

### **Appointment of Authorized Representative**

A claimant is permitted to appoint an authorized representative to act on his behalf with respect to a benefit claim or appeal of a denial. An assignment of payment by a claimant to a provider will not constitute appointment of that provider as an authorized representative. To appoint such a representative, the claimant must complete a form which can be obtained from the Third Party Claims Administrator. In the event a claimant designates an authorized representative, all future communications from the Plan will be with the representative, rather than the claimant, unless the claimant directs the Third Party Claims Administrator, in writing, to the contrary.

### **Facility of Payment**

If a Subscriber or Covered Dependent dies while benefits provided for remain unpaid, the Plan Administrator may, at its option, direct the Third Party Claims Administrator to make direct

CONFIDENTIAL                    AETNA-KULWICKI_0003659

payments to the individual or institution on whose charges claim is based or to the surviving Spouse of the Subscriber, or if none, to his surviving child or children (including legally adopted child or children) share and share alike, or if none, to the executors or administrators of the Subscriber's or Covered Dependent's estate.

## Minor or Incompetency

If a Subscriber or Covered Dependent is a minor or, in the opinion of the Third Party Claims Administrator, not competent to give a valid receipt for payment of any benefit due him under the Plan and if no request for payment has been received by the Third Party Claims Administrator from a duly appointed guardian or other legally appointed representative of that person, the Plan Administrator may, at its option, direct the Third Party Claims Administrator to make direct payment to the individual or institution appearing to the Third Party Claims Administrator to have assumed the custody or the principal support of that person.

## Discharge

Any payment by the Third Party Claims Administrator in accordance with these provisions will discharge the Plan, Plan Administrator, Plan Sponsor, and the Third Party Claims Administrator from all further liability to the extent of the payment made.  Any payment check not cashed within six (6) months of its issue shall be deemed a waiver of the benefit by the Subscriber or Covered Dependent and no further payment by the Plan shall be permitted.

## Exhaustion Requirement and Time Limitations

You must exhaust the claims and appeals procedures under the Plan before you may bring any legal action.  You must file any legal action related to the Plan within one (1) year of the date of your final notice of adverse benefit determination on appeal.

If any time limitations provided in the Plan for giving notice of claims, furnishing proof of loss, or bringing any action at law or in equity is less than that permitted by the applicable law, then the time limitation provided in the Plan is hereby extended to agree with the minimum permitted by the applicable law.

## Claims Mistakenly Paid

The Plan Administrator shall have the right to direct the Third Party Claims Administrator to recover any payment of claims that have been mistakenly paid on behalf of a claimant.  This includes the right to recover benefits paid on the basis of claims filed which were fraudulently or intentionally misstated by the claimant.  The claimant will be notified in writing and given an opportunity for review in accordance with the claims procedures herein and in the Member Handbook.  A payment by the Plan Administrator or Third Party Claims Administrator in accordance with the Plan is not an admission by the Plan Administrator, Plan Sponsor, or Third Party Claims Administrator that the expenses incurred with respect to which a claim for benefits is filed are eligible for benefits under this Plan.

CONFIDENTIAL                                                        AETNA-KULWICKI_0003660

## Rescission Prohibited

A rescission means a cancellation or discontinuance of coverage that has a retroactive effect. A cancellation is not a rescission if it has a prospective effect or if it is effective retroactively to the extent that it is attributable to your failure to timely pay required premiums or contributions toward the cost of coverage. Additionally, rescissions do not include a retroactive elimination of coverage back to the date of termination of employment due to delay in administrative recordkeeping or a retroactive termination of coverage to the date of a divorce.

The Plan cannot rescind coverage once you are covered under the Plan unless you perform an act, practice, or omission that constitutes fraud or an intentional misrepresentation of material fact. The Plan Administrator will provide at least 30 days advance written notice to you if you will be affected by a rescission of coverage.

# ADMINISTRATION

## Assignment

You may authorize (in writing) the Third Party Claims Administrator to make payments directly to providers for covered services. However, the Third Party Claims Administrator reserves the right to make payments directly to you. Any payments made by the Third Party Claims Administrator fulfill all obligations of the Plan, the Plan Administrator, and the Third Party Claims Administrator to pay for covered services.

However, except as pursuant to your written authorization as described above, an agreement between you and WellStar, or as otherwise required by applicable law, your benefits under the Plan are not in any way subject to your or your Eligible Dependents' debts and may not be voluntarily sold, transferred, alienated, or assigned.

## Withholding of Benefit Payments

In the event any question or dispute shall arise as to the proper person or persons to whom any payments shall be made hereunder, the Plan Administrator may direct the Third Party Claims Administrator to withhold such payment until there shall have been made an adjudication of such question or dispute which in the Plan Administrator's sole judgment is satisfactory to it, or until the Plan Administrator and Third Party Claims Administrator shall have been fully protected against loss by means of such indemnification agreement or bond as it determines to be adequate.

## Facility of Reimbursement

If payments which should have been made under this Plan have been made under any other plan or plans, the Plan Administrator or Third Party Claims Administrator may, at its sole discretion, pay to any organization making such other payments any amounts which it determines will satisfy the intent of the Plan. Amounts so paid shall be deemed benefits paid under this Plan and, to the extent of such payments, the Plan Administrator, and Third Party Claims Administrator shall be fully discharged from liability under this Plan.

CONFIDENTIAL                                                                AETNA-KULWICKI_0003661

**Coordination with Medicare and Medicaid**

*Medicare*

If you or your dependent is eligible for Medicare, the coordination of your benefits works differently from the above rules. In the case of Medicare, each individual who is eligible for Medicare will be assumed to have full Medicare coverage (Part A and Part B), whether or not the individual actually enrolls for full coverage. Generally, the following rules apply if you or your dependent is eligible for Medicare:

- If you have active Team Member coverage under the Plan and you or your dependent is eligible for Medicare, the Plan will be primary (so WellStar will pay benefits for the Medicare eligible person before Medicare pays).
- If you have coverage under the Plan for a reason other than active employment (e.g., COBRA coverage, or coverage after the sixth month that you receive disability benefits) and you or your dependent is eligible for Medicare, Medicare will be primary (so it will pay benefits for the Medicare eligible person before WellStar pays).
- If you or your dependent has end-stage renal disease (ESRD) (i.e., on kidney dialysis or needing a kidney transplant), the Plan will be primary for the first 30 months of ESRD treatment (i.e., the 30-month period beginning with the month in which eligibility for Medicare benefits for ESRD begins). After the first 30 months, Medicare will pay primary.

In order to assist WellStar in complying with Medicare Secondary Payer laws, it is very important that you promptly and accurately complete any requests for information from the Claims Administrator or WellStar regarding your Medicare eligibility, or the Medicare eligibility of your Spouse or your Covered Dependent children. In addition, if you, your Spouse or your Covered Dependent child becomes eligible for Medicare, or has Medicare eligibility terminated or changed, please contact the Third Party Claims Administrator promptly to ensure that your claims are processed in accordance with applicable coordination of benefits rules.

*Medicaid*

Payment for expenses incurred with respect to a Subscriber or Covered Dependent under the Plan will be made in accordance with any assignment of rights made by or on behalf of such Subscriber or Covered Dependent as required by a State plan for medical assistance approved under Title XIX of the Social Security Act pursuant to Section 1912(a)(1)(A) of such Act. In enrolling or in determining or making any payments for expenses incurred of a Subscriber or Covered Dependent, the fact that the Subscriber or Covered Dependent is eligible for or is provided medical assistance under a State plan for medical assistance approved under Title XIX of the Social Security Act will not be taken into account. To the extent that payment has been made under a State plan for medical assistance approved under Title XIX of the Social Security Act when the Plan has a legal liability to make payment for the expenses incurred constituting such assistance, payment for the expenses incurred under this Plan will be made in accordance

CONFIDENTIAL    AETNA-KULWICKI_0003662

with any State law which provides that the State has acquired the rights with respect to a Subscriber or Covered Dependent to such payment for such expenses incurred.

**Subrogation and Reimbursement**

The Plan is designed to help cover the actual costs for which you or your Covered Dependent are responsible when you or your Covered Dependent have a healthcare expense. However, you or your Covered Dependent may incur an illness or injury caused by the act or omission of a third party, or a third party may be responsible for payment of the healthcare expenses. This may include, for example, an automobile accident. In such circumstances, you or your Covered Dependent may have a claim against that third party for payment of the medical expenses. A third party is any person or organization, including an insurer, other than you or your Covered Dependent.

If you are injured by a third party and if the Plan pays expenses related to such injury, WellStar and the Plan have the right to subrogation and reimbursement.

*Subrogation Rights*

If the Plan pays any benefits for you or your Covered Dependents for which a third party may be liable, WellStar and the Plan will be subrogated to all rights of recovery that you or your Covered Dependents have against any person or organization for the amount of the benefits paid. This means that WellStar and the Plan will have the right to recover money from that person or organization. The Plan has the discretion to exercise only its right of receiving reimbursement.

*Reimbursement Rights*

In addition to the subrogation rights described above, WellStar and the Plan have a right to be reimbursed for benefits paid to you or a Covered Dependent if you or a Covered Dependent recover money from any person or organization for the injury or condition for which benefits were paid. This means that, as a condition to your receipt of plan benefits, you must reimburse WellStar and the Plan for the benefits you received if you receive any money through a judgment or settlement from any person, organization or insurer.

WellStar and the Plan have priority over any funds paid by a third party or insurer, without regard to whether you or your Covered Dependent has been made whole and the Plan claims a lien on such funds, whether or not designated as payment for medical expenses. This first-priority lien shall remain in effect until WellStar and the Plan are repaid in full. Any funds you or your Covered Dependent recover from a third party or an insurer will be deemed to be held in trust for the benefit of WellStar and the Plan to the extent of the amount of benefits paid under the Plan.

*Right to Recovery*

The Plan is not obligated to pay for expenses due to an illness or injury for which a third party may be liable or legally responsible. WellStar and the Plan provide these benefits on the condition that you and your Covered Dependents agree to promptly furnish them with all

CONFIDENTIAL                                                    AETNA-KULWICKI_0003663

information concerning your right of recovery against other persons and organizations for benefits paid under the Plan and to fully assist and cooperate with WellStar and the Plan in protecting and enforcing their rights of subrogation and reimbursement. At the time you or your Covered Dependent make a claim for benefits under the Plan, you must inform the Third Party Claims Administrator in writing if the injury was caused by a third party, and provide the information requested by the Third Party Claims Administrator in a timely, prompt fashion as a condition to receive plan benefits.

By accepting benefits under the Plan for payment of an expense caused by a third party, you or your Covered Dependent automatically assign to the Plan any right to recover payments from any third party, including any payments the third party made directly to you or your Covered Dependent.

*Written Agreement to Subrogation Required to Receive Benefits*

If you or your Covered Dependent are injured by a third party, you will need to sign and return a written agreement to reimburse WellStar and the Plan, and agree to comply with the terms of the Plan. The agreement will specify that you or your Covered Dependent:

- Recognize WellStar's and the Plan's right to recover payment for expenses from the third party who caused the injury or illness related to the benefit payments.

- Agree to execute and deliver such instruments as may be required and to do whatever is necessary to secure WellStar's and the Plan's rights of subrogation and reimbursement.

- Agree to cooperate fully with WellStar and the Plan in collecting from the person who caused the illness or injury. If a claim is settled without protecting the Plan's interests, your or your Covered Dependent's rights to full compensation will be lost.

- Agree to refrain from any action or inaction that may prejudice WellStar's and the Plan's ability to obtain recovery.

*Suspension of Benefits*

If you or your Covered Dependent do not sign this agreement or do something to jeopardize WellStar's or the Plan's rights, your benefits under the Plan may be suspended or terminated.

*Requirements to Bring a Lawsuit*

WellStar and the Plan reserve the right to independently sue for recovery of any benefit payments, even if you or your Covered Dependent do not pursue a claim against a third party. Also, WellStar and the Plan reserve the right to join any action filed by or on behalf of you or your Covered Dependent in order to recover their benefit payments. If you or your Covered Dependent decide to retain an attorney to try to recover from a third party expenses for which benefits were paid by the Plan, you or your Covered Dependent will need to get prior written

CONFIDENTIAL    AETNA-KULWICKI_0003664

approval from the Plan Administrator. As a condition of receiving benefits under the Plan, you or your Covered Dependent and that person's legal representatives hereby:

- waive the assertion of any attorney-client privilege against WellStar and the Plan with regard to such attorney;

- agree that WellStar and the Plan may assume at their discretion the defense of any action that has been or could be brought against the third party by you or your Covered Dependent (or legal representatives); and

- agree that WellStar and/or the Plan must be given the opportunity to approve any settlements before they are made with the third party.

*Right to Withhold Future Benefit Payments*

If you or your Covered Dependent do not reimburse WellStar and/or the Plan from any settlement, judgment or insurance proceeds, the Plan may reduce any benefits for current or future medical expense payable to you or on your behalf (or to or on behalf of your Covered Dependent) until WellStar and the Plan have been fully reimbursed. Also, if you or your Covered Dependent recover amounts from a third party that exceed the benefit payments already made by the Plan, the Plan may reduce their payment of future expenses for the applicable injury or illness in the amount of the excess. Further, if the Plan makes total payments that exceed the maximum amount to which you or your Covered Dependent are entitled, the Plan shall have the right to recover the excess amount from persons to, for, or with respect to whom such excess payments were made, including, but not limited to, withholding payments otherwise available under the Plan.

This subrogation and reimbursement section is intended to prevent the application of two legal rules – the "make whole" rule and the "common fund" rule. WellStar and the Plan have a right to reimbursement for any legal fees they expend in exercising their rights to subrogation and reimbursement. Also, the reimbursement to the Plan required under this provision will not be reduced to reflect your or your Covered Dependent's costs or attorneys' fees incurred in obtaining compensation, unless separately agreed to in writing by the Plan Administrator in the exercise of its sole discretion.

**Case Management**

In the case where the patient's condition is expected to be or is of a serious nature, WellStar or the Third Party Claims Administrator, pursuant to the reasonable exercise of its discretion, may arrange for review and/or case management services from a professional qualified to perform such services. Upon the advice of such professional, the Third Party Claims Administrator shall have the right to alter or waive the normal provisions of this Plan when it is reasonable to expect a cost effective result can be achieved without a sacrifice to quality of patient care.

CONFIDENTIAL    AETNA-KULWICKI_0003665

**Qualified Medical Child Support Order**

The Plan shall comply with the terms of a Qualified Medical Child Support Order ("QMCSO"), directing the Plan to provide benefits to one or more alternate recipients, pursuant to the procedure set forth below:

- An order which purports to be a QMCSO must be served on the Third Party Claims Administrator.

- The Third Party Claims Administrator shall, within twenty (20) days of its receipt of the order, make a preliminary determination as to whether or not the order satisfies the requirements to be a QMCSO. In order to satisfy those requirements, an order must contain at least the following information:

  - a clause which creates or recognizes the existence of a dependent's right to receive benefits under the Plan;

  - the name and last known mailing address of the Subscriber with respect to whom the order is issued and each dependent covered by the order;

  - a reasonable description of the type of coverage to be provided by the Plan to each dependent;

  - the time period to which the order applies; and

  - the order does not require the Plan to provide any type or form of benefit not otherwise provided under the Plan.

- An order which, in the judgment of the Third Party Claims Administrator, does not meet the requirements of a QMCSO shall be returned to legal counsel who prepared the order for revision. Revised orders which are resubmitted shall be considered new orders and shall be reviewed in accordance with the procedures set forth in this Section.

- The Plan Administrator shall make the final determination of the status of the order.

- The Third Party Claims Administrator shall notify all parties involved, including a designated representative of the Covered Dependent, of the Plan Administrator's decision and of the respective parties' entitlement to benefits.

Reimbursement of benefit payments under the Plan pursuant to a QMCSO may be made to the Covered Dependent or the Covered Dependent's custodial parent. You may receive, upon request and free of charge, a copy of the procedures used to determine whether a medical child support order is considered qualified.

CONFIDENTIAL                                         AETNA-KULWICKI_0003666

# CONTINUATION OF BENEFITS

In accordance with the Consolidated Omnibus Budget Reconciliation Act of 1985 ("COBRA"), continuation coverage under the Plan's medical plan options and the HRA is available to Qualified Beneficiaries under certain specified conditions.   Continuation coverage is not available for the HSA, but you can take your HSA account with you when you leave WellStar.

For the purpose of this Section, "Qualified Beneficiary" means any beneficiary defined as such pursuant to Section 607(3) of ERISA, and generally includes any Team Member, a Team Member's Spouse, or a Team Member's dependent child covered by the Plan on the day before a qualifying event. A Qualified Beneficiary also includes a child who is born to, adopted by, or placed for adoption with the Subscriber during the continuation coverage elected under this Section.

## **Eligibility to Make Election**

### *Team Member*

A Team Member covered by the Plan has the right to elect continuation coverage if coverage is lost due to one of the following qualifying events:

- Termination (as defined by your Employer) of the Team Member's employment; or
- Reduction in the hours of Team Member's employment if not qualified to remain on the Plan.

### *Spouse*

A Spouse covered by the Employer's Plan has the right to elect continuation coverage if the group coverage is lost due to one of the following qualifying events:

- The death of the Team Member;
- Termination of the Team Member's employment (as defined by your Employer) or reduction of the Team Member's hours of employment or hours worked with the Employer which causes loss of coverage under the Plan;
- Divorce or legal separation from the Team Member; or
- The Team Member becomes entitled to Medicare benefits.

### *Dependent Child*

A dependent child covered by the Employer's Plan has the right to continuation coverage if group coverage is lost due to one of the following qualifying events:

- The death of the Team Member parent;
- The termination of the Team Member parent's employment (as defined by your Employer) or reduction in the Team Member parent's hours of employment or hours worked with the Employer that causes loss of coverage under the Plan;

CONFIDENTIAL                                                      AETNA-KULWICKI_0003667

- The Team Member parent's divorce or legal separation;
- Ceasing to be a "dependent child" under this Plan; or
- The Team Member parent becomes entitled to Medicare benefits.

**Election Period and Procedure**

The election to continue coverage must be made during the period beginning on the day when coverage would otherwise cease under the Plan and ending sixty (60) days after the later of (i) such date, or, (ii) if applicable under the "COBRA Administration" section, the date when the Qualified Beneficiary is notified of the right to make such election. A Qualified Beneficiary's failure to comply with the procedures and requirements established by the Plan Administrator for making the election, as described herein or in the Plan Administrator's notice of election, shall constitute the failure to make an election to continue coverage as provided herein. The written waiver by a Qualified Beneficiary (or by the Subscriber or his Spouse on behalf of a Qualified Beneficiary) of the election to continue coverage shall terminate the Qualified Beneficiary's right to later make an election, unless the Qualified Beneficiary revokes the waiver within the sixty (60) day election period described above. However, if a waiver is revoked, continuation coverage will be effective on the date the revocation is made and will not be retroactive to the date of the event described in the "Eligibility to Make Election" section.

**Benefits**

A Qualified Beneficiary who elects continuation coverage as provided herein shall be eligible to receive the same benefits to which a Subscriber or Covered Dependent under similar circumstances is otherwise entitled. If benefits under the Plan are increased, decreased or otherwise amended or changed either prior to or subsequent to the Qualified Beneficiary's election of continuation coverage, each Qualified Beneficiary will be entitled to benefits comparable to those available to a Subscriber or Covered Dependent under similar circumstances.

**Payment for Benefits**

A Qualified Beneficiary is required to contribute toward the cost of continuing the benefits as provided herein ("Continuation Premium"). The amount of the Continuation Premium or schedule of Continuation Premiums for different classes of Qualified Beneficiaries shall be determined from time to time by the Plan Sponsor. The Plan Administrator shall establish procedures for the billing and payment of the Continuation Premium which shall be described in the Plan Administrator's notice of election communication.

The initial Continuation Premium payment for continuation coverage is due by the 45th day after coverage is elected. The initial Continuation Premium includes charges back to the date the continuation coverage began. All other Continuation Premiums are due on the first of the month for which the premium is paid, subject to a 31 day grace period, which is required by law. The Continuation Premium for continuation coverage may be increased; however, the Continuation Premium may not be increased more than once in any determination period. The determination period is a 12 month period which is established by this Plan.

81111882.3                    31

The monthly Continuation Premium payment to this Plan must be submitted directly to the Plan Administrator or COBRA Administrator. This monthly Continuation Premium may include the Subscriber's share and any portion previously paid by the Employer. The monthly Continuation Premium must be a reasonable estimate of the cost of providing coverage under this Plan for similarly situated non-COBRA beneficiaries. The Continuation Premium may include a 2% administration charge. However, for Qualified Beneficiaries who are receiving up to 11 months additional coverage (beyond the first 18 months) due to disability extension (and not a second qualifying event), the Continuation Premium may be up to 150% of the applicable premium for the additional months. Qualified beneficiaries who do not take the additional 11 months of special coverage will pay up to 102% of the premium cost.

At the beginning of any year for which a Qualified Beneficiary chooses and pays for WellShare option continuation coverage, the Qualified Beneficiary's HRA will receive the appropriate contribution from WellStar.

A Qualified Beneficiary's failure to pay the Continuation Premium by the due date (including any grace period required by law) shall result in the Qualified Beneficiary's termination of continuation coverage as of the date covered by the last paid Continuation Premium, and such Qualified Beneficiary shall be precluded from extending, renewing, or reelecting such continuation coverage.

**Duration of Continuation Coverage**

A Qualified Beneficiary electing to purchase continuation coverage under the Plan shall be eligible to continue coverage until the earliest of the following events:

- the date eighteen (18) months after the date of a Subscriber's termination of employment or reduction in hours;

- the date thirty-six (36) months after the date of any event described in the "Eligibility to Make Election" section other than a Subscriber's loss of coverage due to termination of employment or reduction in hours (except that if a Subscriber who is a Team Member has a termination of employment or reduction in hours entitling him to continuation coverage within eighteen (18) months of the date of his entitlement to Medicare, then the period of continuation coverage for the Qualified Beneficiaries other than the Subscriber shall not terminate prior to the close of the thirty-six (36) month period beginning on the date the Subscriber became entitled to Medicare);

- the date the Employer ceases to provide any health benefit plan for any of its Team Members;

- the date the Qualified Beneficiary first becomes covered after the date of his election of continuation coverage (as a Team Member or otherwise) by another group health plan which does not contain any applicable exclusion or limitation with respect to any pre-

CONFIDENTIAL                                                                 AETNA-KULWICKI_0003669

existing condition of such Qualified Beneficiary, or the date the Qualified Beneficiary becomes entitled to benefits under Medicare;

- the date which is the last day of the period for which the Qualified Beneficiary's Continuation Premium payments have been paid (regardless of any grace period) as determined by the Plan Administrator; or

- in the case of a Qualified Beneficiary who is determined, under Title II or XVI of the Social Security Act ("Act"), to have been disabled at any time during the first sixty (60) days of continuation coverage, the earlier of (i) the date twenty-nine (29) months after the date of the commencement of such continuation coverage, but only if the Qualified Beneficiary has provided notice of such determination under ERISA Section 606(3) within sixty (60) days after the later of the date of the disability determination by the Social Security Administration, the date of the Qualifying Event, or the date of the loss of coverage, and before the expiration of the initial eighteen (18) month coverage period, or (ii) the end of the month next following the date of a final determination under Title II or XVI of the Social Security Act that the Qualified Beneficiary is no longer disabled.

If more than one event that would entitle the Qualified Beneficiary to elect continuation coverage occurs (as described in the "Eligibility to Make Election" section above), the first occurring of such events shall be the measuring date for purposes of the maximum possible length of continuation coverage under this Section. In addition, the maximum period available for continuation coverage pursuant to the "Continuation of Benefits" section is measured from the date of occurrence of the qualifying event specified in the "Eligibility to Make Election" section, except where specifically indicated to the contrary.

## COBRA Administration

### *Notice on Death, Termination, Reduction of Hours, or Entitlement to Medicare*

Within thirty (30) days of a Subscriber's death, termination of service, reduction of hours, or entitlement to Medicare, the Employer shall inform the COBRA Administrator of:

- the Qualified Beneficiaries eligible to elect continuation coverage;
- the event precipitating such notice; and
- the date of the event.

The COBRA Administrator, at the direction of the Plan Administrator, shall then notify the Qualified Beneficiaries of their rights to elect pursuant to procedures established by the Plan Administrator and applicable law.

### *Notice of Change in Marital Status or Dependent Status*

If a Covered Dependent ceases to be eligible for coverage under the Plan because that person becomes divorced or legally separated from the Subscriber, or if a child of a Subscriber ceases to be eligible for coverage under the Plan because he is no longer an Eligible Dependent, either the

CONFIDENTIAL                                    AETNA-KULWICKI_0003670

Subscriber, the Subscriber's former Spouse or the Subscriber's child must notify the Plan Administrator of these events within sixty (60) days of their occurrence in order for the respective Qualified Beneficiary to be eligible to elect continuation coverage. The notice may be provided to the Plan Administrator orally or in writing and must disclose:

- the name and Plan identification numbers of the Subscriber and the individuals affected by the event;
- the individual's divorce, separation, or loss of status as an Eligible Dependent; and
- the date of such event.

Notice by a Qualified Beneficiary of the occurrence of an event giving rise to an election does not act as an election to receive continuation coverage under the Plan. In the event of divorce, legal separation, or change in dependent status, the Plan Administrator, if notified within the time period specified in this subsection, shall notify the Qualified Beneficiaries of their eligibility to elect continuation coverage.

### *Notice of Disability*

If a Subscriber or Covered Dependent is determined, under Title II or XVI of the Social Security Act to have been disabled at any time during the first sixty (60) days of continuation coverage, the Subscriber or Covered Dependent as the case may be must notify the COBRA Administrator of the determination under the Act within sixty (60) days of the latest to occur of the following:

- The date of the Social Security Administration disability determination (sometimes referred to as the "award letter");
- The date of the termination of employment or reduction in hours entitling the Qualified Beneficiary to COBRA continuation coverage;
- The date the Qualified Beneficiary otherwise loses coverage under the Plan as a result of the termination of employment or reduction in hours; or
- The date the Qualified Beneficiary is informed of the obligation to provide notice of disability as provided herein.

Notwithstanding the above, the notice of determination must be provided the COBRA Administrator before the expiration of eighteen (18) months from the date of occurrence of the termination of employment or reduction in hours. The notice must be provided to the COBRA Administrator in writing and must disclose (i) the name and Plan identification number of the disabled Subscriber or Covered Dependent, and (ii) the determination notice provided pursuant to the Act to the disabled Subscriber or Covered Dependent. The Qualified Beneficiaries must also notify the COBRA Administrator in writing within thirty (30) days of the date of any final determination under the Act that the Subscriber or Covered Dependent is no longer disabled. The notice shall disclose (i) the name and Plan identification number of the disabled Subscriber or Covered Dependent, and (ii) the final determination notice provided pursuant to the Act that the person is no longer disabled.

CONFIDENTIAL                                                    AETNA-KULWICKI_0003671

*Notice of Coverage Under Group Health Plan or Entitlement to Medicare*

If a Qualified Beneficiary (i) becomes covered (as an Team Member or otherwise) by another group health plan which does not contain any applicable exclusion or limitation with respect to any pre-existing condition of such Qualified Beneficiary, or (ii) becomes entitled to benefits under Medicare, the Qualified Beneficiary must notify the Plan Administrator of such event in writing within thirty (30) days of such coverage date.

*Other Coverage Options*

Instead of enrolling in COBRA continuation coverage, there may be other coverage options for you and your family through the Health Insurance Marketplace, Medicaid, or other group health plan coverage options (such as a spouse's plan) through what is called a "special enrollment period." Some of these options may cost less than COBRA continuation coverage. You can learn more about many of these options at www.healthcare.gov.

*General*

If more than one event described in the Eligibility to Make Election Section occurs, the first such event occurring will determine which notice requirement is applicable.

Notices required to be sent to the COBRA Administrator shall be provided to the COBRA Administrator listed on the "General Information" section. Notices required to be sent to the Plan Administrator shall be provided to:

> Human Resources Benefits Department
> WellStar Health System
> 793 Sawyer Road
> Marietta, GA 30062
> Phone: 470-644-0374
> Fax: 770-792-4999

The notification of election rights under COBRA will generally be made by U.S. Mail to the Qualified Beneficiary's last known address. As a result, it is important for each Subscriber and Covered Dependent to timely provide the Plan Administrator with his current mailing address.

In the event of any inconsistency or omission, this section and the applicable provisions of the Plan shall be construed, interpreted, and administered in a manner which meets the minimum requirements of COBRA.

## LEAVES OF ABSENCE

### **Military Leave**

In accordance with the Uniformed Services Employment and Reemployment Rights Act of 1994 ("USERRA"), continuation coverage under the Plan is available to Subscribers and their Covered

CONFIDENTIAL    AETNA-KULWICKI_0003672

Dependents under certain specified conditions.   Any extension of benefits period provided pursuant to this Section shall not postpone the starting date for measurement of the maximum period available for continuation of benefits pursuant to the "Continuation of Benefits" section described above.  If you are taking or returning from a military leave of absence, please contact the Human Resources Department for more information.

### *Election and Duration of Coverage*

A Subscriber may elect to continue coverage under the Plan's medical plan options and the HRA for himself and his Covered Dependents if coverage would otherwise cease under the Plan due to that person's absence from employment with the Employer by reason of his service in the uniformed services. The maximum period of coverage available to all Subscribers and Covered Dependents under the provisions of this Section shall be the lesser of:

- the twenty-four (24) month period beginning on the date on which the Subscriber's military leave began; or
- the day after the date on which the Subscriber fails to apply for or return to a position of employment with the Employer following the expiration of the leave as set forth in Section 4312(e) of USERRA.

### *Benefits*

Benefits under the Plan for Subscribers and Covered Dependents under an election for military leave continuation coverage shall be the same coverage as provided to all other Subscribers and Covered Dependents. If Benefits under the Plan are increased, decreased or otherwise amended or changed either prior to or subsequent to the election of continuation coverage, the benefits provided pursuant to this continuation coverage will be the same as those available to all other Subscribers and Covered Dependents.

### *Payment for Benefits*

A Subscriber is required to contribute toward the cost of continuing the benefits as provided herein ("Continuation Premium"). The amount of the Continuation Premium or schedule of Continuation Premiums for different classes of coverage shall be determined from time to time by the Plan Administrator. The Plan Administrator shall establish procedures for the billing and payment of the Continuation Premium.

If the Subscriber is absent for 30 days or less, the cost of continuation coverage will be the amount the Subscriber would otherwise pay for coverage. For absences exceeding 30 days, the cost may be up to 102% of the cost of coverage under this Plan. This includes the Subscriber's share and any portion previously paid by the Employer.

A Subscriber's failure to pay the Continuation Premium by the due date (including any grace period) shall result in the termination of continuation coverage as of the date covered by the last paid Continuation Premium and such Subscriber shall be precluded from extending, renewing, or reelecting such continuation coverage.

CONFIDENTIAL                                        AETNA-KULWICKI_0003673

_Team Member Returning from Military Leave_

In the case of a Subscriber whose coverage under the Plan was terminated by reason of service in the uniformed services, the Subscriber and his Eligible Dependents shall again be eligible for coverage under the Plan immediately upon return to active work. In addition, no other plan limitation or exclusion shall apply to such returning Team Member and his Eligible Dependents to the extent that such limitation or exclusion would not have applied had the Team Member remained on the Plan during the military leave period. However, the preceding sentence shall not apply to the coverage of any sickness or injury determined by the Secretary of Veteran Affairs to have been incurred in, or aggravated during, the performance of service in the uniformed services.

## Family and Medical Leave Act

In accordance with the Family and Medical Leave Act of 1993 ("FMLA"), continuation coverage under the Plan is available to Subscribers and their Covered Dependents under certain specified conditions.

A Subscriber who takes a leave of absence under applicable provisions of FMLA is entitled to continued coverage under the Plan for himself and his Covered Dependents. Benefits under the Plan are available to the same extent as if the Subscriber had been actively at work during the entire leave period, subject to the following terms and conditions:

- Coverage shall cease for a Subscriber (and his Covered Dependents) for the duration of the leave if at any time the Subscriber is more than thirty (30) days late in paying any required contribution.

- A Subscriber who declines coverage during the leave or whose coverage is terminated as a result of his failure to pay any required contributions shall, upon return from the leave, be entitled to be reinstated to the Plan on the same terms as prior to taking the leave, without any qualifying period, physical examination, or exclusion of pre-existing conditions.

- If a Subscriber who is a Key Team Member does not return from leave when notified by the Employer that substantial or grievous economic injury will result from his reinstatement, the Key Team Member's entitlement to plan benefits continues unless and until the Subscriber advises the Employer that he does not desire restoration to employment at the end of the leave period, or the leave entitlement is exhausted, or reinstatement is actually denied.

- Any portion of the cost of coverage which had been paid by the Subscriber prior to the leave, must continue to be paid by the Subscriber during the leave. If the cost is raised or lowered during the leave, the Subscriber shall pay the new rates. If the leave is unpaid, the Subscriber shall make payments direct to the Plan Administrator for their portion of the cost.

CONFIDENTIAL                                                    AETNA-KULWICKI_0003674

- If the Plan Sponsor provides a new health plan or benefits or changes the health benefits or plan while the Subscriber is on leave, the Subscriber is entitled to the new or changed plan and benefits to the same extent as if the Subscriber were not on leave.

- The Employer may recover its share of the cost of benefits paid during a period of unpaid leave if the Subscriber fails to return to work after the Subscriber's leave entitlement has been exhausted or expires, unless the reason the Subscriber does not return to work is due to (i) the continuation, recurrence, or onset of a serious health condition which would entitle the Subscriber to additional leave under the FMLA; or (ii) other circumstances beyond the Subscriber's control. If a Subscriber fails to return to work because of the continuation, recurrence, or onset of a serious health condition, thereby precluding the Employer from recovering its share of the cost of benefits paid on the Subscriber's behalf during a period of unpaid leave, the Plan Administrator may require medical certification of the Subscriber's or the Covered Dependent's serious health condition. The Subscriber is required to provide medical certification within fifteen (15) days from the date of the Plan Administrator's request. If the Plan Administrator requests medical certification and the Subscriber does not provide such certification in a timely manner, the Plan Administrator may recover the costs of benefits paid during the period of unpaid leave.

### Other Leaves of Absence

If you take a leave of absence other than military leave or FMLA leave in accordance with WellStar's leave of absence policy, your coverage under the Plan will continue so as long as you continue to pay the required Team Member contributions. While on paid leave, your contributions will be deducted from your pay through the standard payroll process. While on unpaid leave, you will be responsible for making the required Team Member contribution according to the instructions mailed to you by Human Resources.

If you do not make the required contributions while on unpaid leave, your benefits will generally terminate at the end of the month in which payment for premiums is not timely received. If on approved long-term disability leave, you will generally remain an employee and continue to be eligible for benefits for 9 months following the date your leave begins. After 9 months, your employment and Plan coverage will end and you will receive the necessary COBRA enrollment paperwork. If and when you return to work following a leave of absence, you must request reinstatement of any benefits that may have lapsed during the leave within thirty-one (31) days beginning on the date you return to work; provided that if you return from an unpaid leave of absence within 30 days, your benefits will be automatically reinstated according to your prior elections.

You will be notified of your options for continued coverage when you begin a leave of absence. Please consult WellStar's applicable leave of absence policies, which can be obtained from the Human Resources Department, for more information regarding permissible leaves of absence.

CONFIDENTIAL                                              AETNA-KULWICKI_0003675

## Reinstatement of Coverage Following Inactive Status

If your coverage under the Plan was terminated after a period of Total Disability, approved leave of absence, or approved military leave of absence (other than USERRA), and you are now returning to work, your coverage is effective the first of the month following your return to work. The eligibility period requirement will be waived with respect to the reinstatement of your coverage.

## MISCELLANEOUS

## Nonalienation of Benefits

Benefits payable under this Plan shall not be subject in any manner to anticipation, alienation, sale, transfer, assignment, pledge, encumbrance, charge, garnishment, execution, or levy of any kind, either voluntary or involuntary, including any such liability which is for alimony or other payments for the support of a Spouse or former Spouse or for any other relative of a Subscriber or Covered Dependent, prior to actually being received by the person entitled to the benefit under the terms of the Plan; and any attempt to anticipate, alienate, sell, transfer, assign, pledge, encumber, charge or otherwise dispose of any right to benefit payable hereunder, shall be void. The Plan shall not in any manner be liable for, or subject to, the debts, contracts, liabilities, engagements or torts of any person entitled to benefits hereunder.

## Invalid Provision

If any term or provision of the Plan or the application thereof to any person or circumstance shall to any extent be invalid or unenforceable, the remainder of the Plan, or the application of such term or provision to such persons or circumstances other than those as to which it is invalid or unenforceable, shall not be affected thereby, and each term and provision of the Plan shall be valid and shall be enforced to the fullest extent permitted by law.

## Employment Contract – Rights Not Implied

Your participation in the Plan doesn't give you the right to be retained in employment with WellStar or one of its affiliates, nor does it interfere with the right of WellStar or its affiliates to discharge or terminate you without regard to the effect the discharge or termination would have on your rights under the Plan.

## Nondiscrimination

The Plan is subject to nondiscrimination requirements under the IRC. These nondiscrimination rules prevent the design or operation of the Plan in a way that disproportionately favors highly compensated Team Members. The Plan Administrator may make changes to your plan elections during the Plan Year if you are a Key Team Member or highly compensated individual as defined by the IRC, if necessary to prevent the Plan from becoming discriminatory within the meaning of the federal income tax law. The Plan Administrator will notify you if you are affected by any of these nondiscrimination limitations.

CONFIDENTIAL    AETNA-KULWICKI_0003676

## Amendment/Termination

It is WellStar's intention to maintain the Plan indefinitely. However, WellStar reserves the right to amend or terminate the Plan at any time by written action of its Board of Trustees or its delegate.

## Exclusive Benefit/Legal Enforceability

The Plan has been established, and is being maintained, for the exclusive benefit of the Team Members of WellStar. The Plan terms as provided herein are legally enforceable by the Team Members and WellStar.


# INTERPRETATION OF THE PLAN

WellStar, as the Plan Administrator has the sole and complete discretionary authority to determine eligibility for plan benefits and to construe the terms of the Plan, including the making of factual determinations.  Final authority for interpretation of the terms and provisions of the Plan is vested in the Plan Administrator or its delegate. Any interpretation so required by the Plan Administrator or its delegate shall be made in good faith, subject to reasonable care and prudence, and all such interpretations are final.

# MEMBER'S LEGAL RIGHTS

## HIPAA Privacy Rights

The Plan is required by law to maintain the privacy of your protected health information, as described in the Health Insurance Portability and Accountability Act ("HIPAA") and the regulations promulgated thereunder, in all forms including written, oral and electronically maintained, stored and transmitted information and to provide individuals with notice of the Plan's legal duties and privacy practices with respect to protected health information.

The Plan has policies and procedures specifically designed to protect your medical information when it is in electronic format. This includes administrative, physical and technical safeguards to ensure that your medical information cannot be inappropriately accessed while it is stored and transmitted to others that support the Plan.

The Plan Administrator, pursuant to the reasonable exercise of its discretion or incident thereto, may release to, or obtain from any other company, organization or person, without consent of or notice to any person, any information regarding any person which the Plan Administrator or Third Party Claims Administrator deems necessary to carry out the provisions of the Plan, or to determine how, or if, they apply. To the extent that this information is protected health information, the Plan Administrator or Third Party Claims Administrator may only use or disclose such information for treatment, payment or healthcare operations as allowed by

CONFIDENTIAL    AETNA-KULWICKI_0003677

applicable law. Any claimant under the Plan shall furnish to the Third Party Claims Administrator such information as may be necessary to carry out this provision.

The only Team Members or other persons under the direct control of the Plan Sponsor who are allowed access to the protected health information of other individuals are those Team Members or persons with direct responsibility for the control and operation of the Plan and only to the extent necessary to perform the duties as Plan Sponsor as determined pursuant to the reasonable exercise of discretion of the Plan Sponsor.

In addition, the Plan Sponsor hereby certifies and agrees that it will:

- Not use or further disclose the information other than as permitted or required by the Plan or as required by law;

- Implement administrative, physical, and technical safeguards that reasonably and appropriately protect the confidentiality, integrity, and availability of the electronic protected health information that it creates, receives, maintains, or transmits on behalf of the Plan;

- Ensure that any agents, including a subcontractor, to whom it provides protected health information received from the Plan agree to the same restrictions and conditions that apply to the Plan Sponsor with respect to such information;

- Not use or disclose the information for employment-related actions and decisions or in connection with any other benefit or employee benefit plan of the Plan Sponsor;

- Report to the appropriate representative of the Plan Administrator any use or disclosure of the information that is inconsistent with the uses or disclosures provided for of which it becomes aware;

- Make available protected health information in accordance with 45 C.F.R. 164.524;

- Make health information for amendment and incorporate any amendments to protected health information in accordance with 45 C.F.R. 164.526;

- Make available the information required to provide an accounting of disclosures in accordance with 45 C.F.R. 164.528;

- Make its internal practices, books, and records relating to the use and disclosure of protected health information received from the Plan available to the Secretary of Health and Human Services for purposes of determining compliance by the Plan with the privacy requirements of 45 C.F.R. 164.500, *et seq.*;

CONFIDENTIAL                                                                    AETNA-KULWICKI_0003678

- If feasible, return or destroy all protected health information received from the Plan that the Plan Sponsor still maintains in any form and retain no copies of such information when no longer needed for the purpose for which disclosure was made, except that, if such return or destruction is not feasible, limit further uses and disclosures to those purposes that make the return or destruction of the information infeasible; and

- Ensure that the adequate separation between the Plan and the Plan Sponsor is established and maintained pursuant to 45 C.F.R. 164.504(f)(2)(iii) and is supported by reasonable and appropriate security measures.

The use of protected health information by the Plan shall be in accordance with the privacy rules established by HIPAA. Any issues of noncompliance with the provisions of this Section shall be resolved by the privacy officer of the Plan Sponsor.

Your health information is highly personal, and each health benefit option under the Plan is committed to safeguarding your privacy. For more information on how the Plan protects your privacy and the Plan's right to use and disclose your protected health information, refer to the Notice of Privacy Practices ("Notice"). The Notice also explains how you may (i) access and amend your protected health information, (ii) request an accounting of disclosures of your protected health information, (iii) request restrictions on disclosures of your protected health information, and (iv) request confidential communications of your protected health information. A copy of the WellStar Employee Medical Plan Notice of Privacy Practices can be accessed on WellStar's MyBenefits and Navigating Your Benefits websites. The Piedmont WellStar HealthPlans Joint Notice of Privacy Practices may be located on WellStar's MyBenefits and Navigating Your Benefits websites, or the Piedmont WellStar HealthPlans website. You may contact the Human Resources Department for a copy of either Notice.

**Newborn's and Mother's Health Protection Act**

Group health plans generally may not, under Federal law, restrict benefits for any hospital length of stay in connection with childbirth for the mother or newborn child to less than forty-eight (48) hours following a vaginal delivery, or less than ninety-six (96) hours following a cesarean section. However, Federal law generally does not prohibit the mother's or newborn's attending provider, after consulting with the mother, from discharging the mother or her newborn earlier than forty-eight (48) hours (or ninety-six (96) hours as applicable). In any case, plans may not, under Federal law, require that a provider obtain authorization from the plan for prescribing a length of stay not in excess of forty-eight (48) hours (or ninety-six (96) hours).

**Women's Health and Cancer Rights Act**

As required by the Women's Health and Cancer Rights Act ("WHCRA") of 1998, the Medical Plan provides coverage for:

- reconstruction of the breast on which the mastectomy has been performed;
- surgery and reconstruction of the other breast to produce a symmetrical appearance; and

CONFIDENTIAL                                            AETNA-KULWICKI_0003679

- prostheses and physical complications in all stages of mastectomy, including lymphedemas; in a manner determined in consultation with the attending Physician and the patient.

Such coverage may be subject to annual deductibles and coinsurance provisions as may be deemed appropriate and are consistent with those established for other benefits under the Plan. Written notice of the availability of such coverage will be delivered to you upon enrollment and annually thereafter. Contact the Plan Administrator for more information.

### Right to Receive a Certificate of Creditable Coverage

HIPAA was enacted to help you maintain your health coverage when you need to change jobs. If you lose coverage under the Plan, HIPAA does not allow you to take the plan coverage with you. Rather, the Plan will provide you with a certificate that shows how long you had coverage under the Plan, which is your "creditable coverage." Using this certificate of creditable coverage, you will be able to reduce or eliminate any preexisting condition exclusion imposed by a new employer plan or group insurance policy. You will automatically receive a certificate:

- When you become a qualified beneficiary entitled to elect COBRA coverage.

- When you lose medical coverage, even though you are not entitled to elect COBRA coverage.

- When your COBRA continuation coverage ends.

You may also request a certificate at any time or within 24 months after your medical coverage ends. Please contact the Plan Administrator to request this certificate.

You will no longer have the right to receive a certificate after December 31, 2014 because health plans may no longer impose pre-existing condition exclusions beginning in 2014.

### MEMBER'S RIGHTS UNDER ERISA

As a participant in this Plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all Plan participants shall be entitled to:

### Receive Information About the Plan and Benefits

Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all documents governing the Plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts and collective bargaining agreements, and

CONFIDENTIAL                                    AETNA-KULWICKI_0003680

copies of the latest annual report (Form 5500 Series) and updated summary plan description. The administrator may make a reasonable charge for the copies.

Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

## Continue Group Health Plan Coverage

Continue healthcare coverage for yourself, Spouse or dependents if there is a loss of coverage under the Plan as a result of a qualifying event. You or your dependents have to pay for such coverage. Review this SPB and the documents governing the Plan on the rules governing your COBRA continuation coverage rights.

You should be provided a certificate of creditable coverage, free of charge, from your group health plan or health insurance issuer when you lose coverage under the Plan, when you become entitled to elect COBRA continuation coverage, when your COBRA continuation coverage ceases, if you request it before losing coverage, or if you request it up to twenty-four (24) months after losing coverage.

## Prudent Actions by Plan Fiduciaries

In addition to creating rights for plan participants ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your Employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA.

## Enforcement of Rights

If your claim for a benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the Plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court, but not until the claims and appeals process is exhausted and provided that you file suit within one year following the date of the final notice of adverse benefit determination on appeal. In addition, if you disagree with the Plan's decision or lack thereof concerning the qualified status of a domestic relations order or a medical child support order, you may file suit in Federal court. If it should happen that plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek

CONFIDENTIAL                                                    AETNA-KULWICKI_0003681

assistance from the U.S. Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

## Assistance with Questions

If you have any questions about your plan, you should contact the Plan Administrator. If you have any questions about this SPB, your annual summary report, or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

CONFIDENTIAL                                                                    AETNA-KULWICKI_0003682