# EXHIBIT J

Message

| | |
|---|---|
| **From**: | Evans, Julie [EvansJ2@aetna.com] |
| **Sent**: | 6/24/2016 6:29:18 PM |
| **To**: | Girguis, Kirsten [Kirsten.Girguis@wellstar.org]; Hothersall, Kristin J [HothersallKJ@aetna.com]; Valencia, Janie M [ValenciaJ@aetna.com] |
| **Subject**: | FERTILITY DENIED COVERAGE..WHY? |

Hi all. Indeed I'm here and online. I will have someone from our infertility unit review this matter. It is a bit unusual as we are dealing with an embryo (so a fertilized egg) ...

If our fertility team advises it falls under our exclusion due to the elective sterilization that took place our option is to deviate WellStar from our clinical policy assuming we get claim office approval to do so.

I'll submit this to the infertility unit today and based on their response we can set up a follow up discussion.

Thanks. Can someone have Anita contact the member just to advise them we are working on this.

Ultimately I would say that if this procedure is important to her she should not let plan coverage get in the way. I.e. Would she have this done if she didn't have coverage?

I say this as it may take another week or two to finalize. Not sure how long this can wait and ultimately if WellStar wants it covered we WILL find a way!


Julie Evans, Account Executive
Aetna Healthcare Solutions
Email:  evansj2@aetna.com
Phone:  815.212.1178

Sent with Good (www.good.com)

---

**From:** Girguis, Kirsten
**Sent:** Friday, June 24, 2016 2:09:38 PM
**To:** Hothersall, Kristin J; Evans, Julie; Valencia, Janie M
**Subject:** RE: AETNA/FERTILITY DENIED COVERAGE..WHY?

We may need to discuss this as a group.  I do not know what we want to do, but I thing some discussion would help.

*L. Kirsten Girguis*
Manager of Employee Benefits

**WellStar Health System, Inc.**
**Human Resources/Benefits**
**793 Sawyer Road**
**Marietta, GA 30062**
(Phone) 470-644-0357
(Fax) 770-792-4999
(Email) kirsten.girguis@wellstar.org

**Exhibit**
Aetna 0006



**From:** Hothersall, Kristin J [mailto:HothersallKJ@aetna.com]
**Sent:** Friday, June 24, 2016 2:00 PM
**To:** Girguis, Kirsten; Evans, Julie; Valencia, Janie M
**Subject:** RE: AETNA/FERTILITY DENIED COVERAGE..WHY?

Hi, Kirsten – I believe Julie is traveling today but I read this email string.  I also talked a bit with Anita.  The issue is not the embryo insertion.  It's simply that because her husband had a vasectomy at some point, it renders this benefit not covered.  Clearly our Aetna standard on fertility is not the same as your TPA had last year.

Would you prefer that these be handled through appeals or would you want to explore changing this benefit to match more closely to what you had last year?  Anita mentions to Lauren below that we do need to clarify your intent.  If you'd like to not follow the Aetna infertility standard, we could discuss that further.

Julie, who is a guru at benefit details, will probably have additional insight.  Even though she is off for a few days, she normally checks emails and will likely chime in.

Happy to talk too if you want to call me this afternoon.  678-591-9919.  Thanks, Kristin

**From:** Girguis, Kirsten [mailto:Kirsten.Girguis@wellstar.org]
**Sent:** Friday, June 24, 2016 1:16 PM
**To:** Evans, Julie; Valencia, Janie M; Hothersall, Kristin J
**Subject:** FW: AETNA/FERTILITY DENIED COVERAGE..WHY?
**Importance:** High

Aetna Team,

Please read the email string below.  After discussing with Teresa Hamilton this case, we are both curious as to why the benefit would be denied if all is needed is embryo insertion – they already have the embryos so there will not be any need to collect sperm from her husband which prompted the denial.  We may need to discuss.

*L. Kirsten Girguis*
Manager of Employee Benefits

**WellStar Health System, Inc.**
**Human Resources/Benefits**
**793 Sawyer Road**
**Marietta, GA 30062**
(Phone) 470-644-0357
(Fax) 770-792-4999
(Email) kirsten.girguis@wellstar.org

CONFIDENTIAL

AETNA-KULWICKI_0003826



© 2015 Time Inc.
Used under License.

**From:** Cullen, Anita
**Sent:** Wednesday, June 08, 2016 10:54 AM
**To:** Haggerty, Lauren
**Cc:** Lanham, Jacob; Girguis, Kirsten
**Subject:** RE: AETNA/FERTILITY DENIED COVERAGE..WHY?

Lauren, I just spoke with ███████ explained everything as outlined in your email. She said she is unable to pull up the Clinical Policy Bulletins, tried to walk her through the process, could tell she was disengaged so I told her I would pull the CPB on infertility and email it to her. I offered her the appeals address, she said she already has it at home. I could tell she is still upset but she was pleasant on the call and did reference going to her lawyer again.
Let me know if you need me to do anything additional. I will emai███████ the CPB now. Thanks, Anita

**From:** Haggerty, Lauren
**Sent:** Tuesday, June 07, 2016 10:15 AM
**To:** Cullen, Anita
**Cc:** Lanham, Jacob; Girguis, Kirsten
**Subject:** RE: AETNA/FERTILITY DENIED COVERAGE..WHY?

Anita,

I spoke with Kirsten regarding this issue and she has requested that you call the team member back and advise her of her appeal rights. Until she goes through the appeal process, corporate cannot speak with her because it may put into jeopardy her ERISA and HIPAA rights. Appealing the denial is her next step and that is the only thing she can do at this point. The first appeal will most likely be denied but then she will need to do a 2nd appeal and request that it goes to the WellStar Appeal Board.

In case she asks, the 2016 SPD is almost complete but with the lawyers. Also, the SPD only gives info on the benefit amount allowed and not how it can be used. What she will want to know instead is the infertility process criteria as it clearly states when the benefit can and cannot be used. Please give her this website http://www.aetna.com/cpb/medical/data/300_399/0327.html or this phone number 1-877-823-1770 for more information regarding the criteria.

Thank you,

Lauren Haggerty
Benefits Analyst
WellStar Health Systems, Inc.
Human Resources/Benefits
793 Sawyer Road
Marietta, GA 30062
(P) 470-644-0393
(F) 770-792-4999

**From:** Cullen, Anita
**Sent:** Monday, June 06, 2016 4:29 PM
**To:** Haggerty, Lauren
**Cc:** Lanham, Jacob
**Subject:** RE: AETNA/FERTILITY DENIED COVERAGE..WHY?

Lauren, She is not a happy camper, she wants you to call her. She said they started this process 2 years ago and now that Wellstar changed carriers the benefits have changed. She got $10,000 last year for trtmt and now we are telling her no. All she kept saying was I don't understand how my husbands vasectomy from 23yrs ago has any bearing on this. She did not want to listen and was pretty annoyed that she was told nothing was changing when plans moved to Aetna. She also said I never heard back from Jacob and I explained that he had escalated her issue to you. She said she will appeal and will get a lawyer. She also asked if I divorce my husband will you pay then?  I am sorry you have to call her, she is quite angry. Let me know if there is anything further I can do. Thanks, Anita

---

**From:** Haggerty, Lauren
**Sent:** Monday, June 06, 2016 2:21 PM
**To:** Cullen, Anita
**Cc:** Lanham, Jacob
**Subject:** RE: AETNA/FERTILITY DENIED COVERAGE..WHY?

Anita,

Yes, that is correct. If you could contact the team member, I would really appreciate it.

Thank you,

Lauren Haggerty
Benefits Analyst
WellStar Health Systems, Inc.
Human Resources/Benefits
793 Sawyer Road
Marietta, GA 30062
(P) 470-644-0393
(F) 770-792-4999

---

**From:** Cullen, Anita
**Sent:** Monday, June 06, 2016 12:16 PM
**To:** Haggerty, Lauren
**Cc:** Lanham, Jacob
**Subject:** RE: AETNA/FERTILITY DENIED COVERAGE..WHY?

Lauren, Wellstar elected to follow the Aetna guidelines for infertility. Aetna excludes coverage of infertility services for couples in which either of the partners has had a previous sterilization procedure, with or without surgical reversal, and for females who have undergone a hysterectomy.  Individuals who have undergone genital gender reassignment surgery (female to male or male to female) are considered to have undergone elective sterilization and are also not eligible for infertility services under these benefit plans. In addition, infertility services for persons who have undergone voluntary sterilization procedures are not covered because such services are not considered treatment of disease. **The inability to conceive in a couple who has undergone a voluntary sterilization procedure, including tubal sterilization or vasectomy, with or without surgical reversal, is not the result of disease but the result of an elective procedure intended to prevent conception.**

Since the member stated this was covered last year, was this not an exclusion under your previous plan? I had another team member with the exact same issue and we advised member of her appeal rights. I

AETNA-KULWICKI_0003828

have not heard anything further on that case. I will be happy to contact the member but want to be sure Aetna is correctly administering as per Wellstar's intent. Let me know. Thanks, Anita

**From:** Haggerty, Lauren
**Sent:** Monday, June 06, 2016 11:23 AM
**To:** Cullen, Anita
**Cc:** Lanham, Jacob
**Subject:** FW: AETNA/FERTILITY DENIED COVERAGE..WHY?

Anita,

Can you please help this team member?

Thank you,

Lauren Haggerty
Benefits Analyst
WellStar Health Systems, Inc.
Human Resources/Benefits
793 Sawyer Road
Marietta, GA 30062
(P) 470-644-0393
(F) 770-792-4999

**From:** Lanham, Jacob
**Sent:** Monday, June 06, 2016 11:03 AM
**To:** Haggerty, Lauren
**Subject:** Fwd: AETNA/FERTILITY DENIED COVERAGE..WHY?

Help

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: █████████████████████████████
Date: 06/04/2016 10:28 AM (GMT-05:00)
To: "Lanham, Jacob" <Jacob.Lanham@wellstar.org>
Subject: AETNA/FERTILITY DENIED COVERAGE..WHY?

AETNA-KULWICKI_0003829



This email and any files transmitted with it may contain confidential and /or proprietary information in the possession of WellStar Health System, Inc. ("WellStar") and is intended only for the individual or entity to whom addressed. This email may contain information that is held to be privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized access, dissemination, distribution or copying of any information from this email is strictly prohibited, and may subject you to criminal and/or civil liability. If you have received this email in error, please notify the sender by reply email and then delete this email and its attachments from your computer. - Thank you.
This e-mail may contain confidential or privileged information. If you think you have received this e-mail in error, please advise the sender by reply e-mail and then delete this e-mail immediately. Thank you. Aetna

This email and any files transmitted with it may contain confidential and /or proprietary information in the possession of WellStar Health System, Inc. ("WellStar") and is intended only for the individual or entity to whom addressed. This email may contain information that is held to be privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized access, dissemination, distribution or copying of any information from this email is strictly prohibited, and may subject you to criminal and/or civil liability. If you have received this email in error, please notify the sender by reply email and then delete this email and its attachments from your computer. - Thank you.

AETNA-KULWICKI_0003830