# EXHIBIT L

Message
---

**From:**        Evans, Julie [EvansJ2@aetna.com]
**Sent:**        11/11/2016 3:00:20 AM
**To:**          Ladden, Matthew [Matthew.Ladden@mercer.com]; Valencia, Janie M [ValenciaJ@aetna.com]
**Subject:**     2017 Plan Changes - RE: WELLSTAR CHANGE: Aetna Medical Necessity Guidelines/Clinic Policy for coverage of Infertility and ART
**Attachments:** RE: 1557 Non Discrimination Act


Matt, I think the highlighted items contain way too much detail.  It is basically a synopsis of what we consider medically necessary.  And the other thing that needs to change is relative to Section 1557 – I have shared with Glynnis the Section 1557 impact on infertility coverage.  See attached and scroll down to my October 29 email ☺

---

**From:** Ladden, Matthew [mailto:Matthew.Ladden@mercer.com]
**Sent:** Thursday, November 10, 2016 6:33 PM
**To:** Evans, Julie; Valencia, Janie M
**Subject:** RE: WELLSTAR CHANGE: Aetna Medical Necessity Guidelines/Clinic Policy for coverage of Infertility and ART

Hi Janie and Julie,

Per below, we will be sure to remove these items from the exclusions:

- ART services for a female attempting to become pregnant who has *not* had at least 1 year or more of timed, unprotected coitus, or 12 cycles of artificial insemination (for covered persons under 35 years of age), or 6 months or more of timed, unprotected coitus, or 6 cycles of artificial insemination (for covered persons 35 years of age or older) prior to enrolling in the **infertility** program;
- ART services for couples in which 1 of the partners has had a previous sterilization procedure, with or without surgical reversal;
- Reversal of sterilization surgery;

Before making final changes and sending over to you, I wanted to make sure we have everything (especially from this email).  Can you confirm whether the section I highlighted below in the trail of this email needs to be added to the SPD as well?

Thank you!
Matt

---

**From:** Valencia, Janie M [mailto:ValenciaJ@aetna.com]
**Sent:** Tuesday, November 01, 2016 11:59 AM
**To:** Girguis, Kirsten
**Cc:** Cullen, Anita M; Dibartola, Teresa; Evans, Julie; Waters, Glynnis
**Subject:** RE: WELLSTAR CHANGE: Aetna Medical Necessity Guidelines/Clinic Policy for coverage of Infertility and ART

Good morning. I am adding Glynnis to these since the SPDs are not yet final. Glynnis, can you be sure the changes are made in your versions? The benefit is listed on page 39 (HDHP) and 41 (POS) of the booklets under exclusions. 'The Treatment of Infertility' section.

We also need to be sure we get final copies for our records please. Thank you!

Janie Valencia
Senior Account Manager, Healthcare Business Solutions Team - Aetna National Accounts

CONFIDENTIAL                                                                     AETNA-KULWICKI_0003856

678-381-9278
ValenciaJ@aetna.com



---

**From:** Valencia, Janie M
**Sent:** Friday, October 28, 2016 11:35 AM
**To:** 'Girguis, Kirsten'
**Cc:** Cullen, Anita M; Dibartola, Teresa; Evans, Julie
**Subject:** RE: WELLSTAR CHANGE: Aetna Medical Necessity Guidelines/Clinic Policy for coverage of Infertility and ART

Kirsten- We are changing the benefit to not apply the current restrictions effective 1/1/16. We will let you know when this is completed. In the meantime, we will need to remove the below listed exclusions that are in the current SPDs to 'match' the benefit. Do you approve?

- ART services for a female attempting to become pregnant who has *not* had at least 1 year or more of timed, unprotected coitus, or 12 cycles of artificial insemination (for covered persons under 35 years of age), or 6 months or more of timed, unprotected coitus, or 6 cycles of artificial insemination (for covered persons 35 years of age or older) prior to enrolling in the **infertility** program;
- ART services for couples in which 1 of the partners has had a previous sterilization procedure, with or without surgical reversal;
- Reversal of sterilization surgery;

Thank you.


Janie Valencia
Senior Account Manager, Healthcare Business Solutions Team - Aetna National Accounts
678-381-9278
ValenciaJ@aetna.com



---

**From:** Girguis, Kirsten [mailto:Kirsten.Girguis@wellstar.org]
**Sent:** Tuesday, October 25, 2016 8:58 AM
**To:** Evans, Julie
**Cc:** Hamilton, Teresa; Valencia, Janie M; Cullen, Anita M
**Subject:** RE: Aetna Medical Necessity Guidelines/Clinic Policy for coverage of Infertility and ART
**Importance:** High

Julie,

Sorry this has taken a while for us to discuss and respond.  Teresa and I discussed and we do not want WellStar team members to be restricted from this benefit due to a past vasectomy.  We have never restricted this benefit before and do not want to restrict it now.  So for now, please let us know what we need to do to remove the vasectomy restriction and I will comb through the information you gave me to see if we have any other issues we may need to discuss with infertility.  Thanks!

*L. Kirsten Girguis*
Manager of Employee Benefits

CONFIDENTIAL

WellStar Health System, Inc.
Human Resources/Benefits
793 Sawyer Road
Marietta, GA 30062
(Phone) 470-644-0357
(Fax) 770-792-4999
(Email) kirsten.girguis@wellstar.org

<image003.jpg>

---

**From:** Evans, Julie [mailto:EvansJ2@aetna.com]
**Sent:** Thursday, June 30, 2016 2:12 PM
**To:** Girguis, Kirsten
**Cc:** Hamilton, Teresa; Valencia, Janie M; Cullen, Anita M
**Subject:** Aetna Medical Necessity Guidelines/Clinic Policy for coverage of Infertility and ART
**Importance:** High

Kirsten and Teresa,

I am going to try and summarize our policy as there is a ton of information below.

Basically – our coverage policy for infertility treatment, IVF, and Advanced Reproductive Technologies, applies the logic that services are covered when there is "disease" which causes the infertility.  When there is voluntary sterilization that took place – you are no longer treating a disease which is causing the infertility, rather it was a voluntary procedure which caused the infertility.

Criteria for eligibility
For purposes of this policy, a member is considered infertile if he or she is unable to conceive or produce conception after 1 year of frequent, unprotected heterosexual sexual intercourse, or 6 months of frequent, unprotected heterosexual sexual intercourse if the female partner is over age 35 years.  Alternately, a woman without a male partner may be considered infertile if she is unable to conceive or produce conception after at least 12 cycles of donor insemination (6 cycles for women aged 35 or older).

Sterilization issue
In addition, infertility services for persons who have undergone voluntary sterilization procedures are not covered because such services are not considered treatment of disease. The inability to conceive in a couple who has undergone a voluntary sterilization procedure, including tubal sterilization or vasectomy, with or without surgical reversal, is not the result of disease but the result of an elective procedure intended to prevent conception.


Criteria for IVF or FET cycles.
I.        Advanced Reproductive Technology


The following Advanced Reproductive Technologies (ART) procedures are considered medically necessary for women with infertility that meet any of the following criteria:

AETNA-KULWICKI_0003858

A.        Women who have failed to conceive after a trial of ovarian stimulation:

1.    For women 37 years of age or younger, six cycles of ovarian stimulation (with or without intrauterine insemination); *or*

2.    For women 38 to 39 years of age, three cycles of ovarian stimulation (with or without IUI); *or*

3.    For women 40 years of age or older, no trial of ovarian stimulation is required; *or*

B.        Couples for whom natural or artificial insemination would not be expected to be effective and ART would be expected to be the only effective treatment, including:

1.    Men with azoospermia or severe deficits in semen quality or quantity (see Appendix); or

2.    Women with tubal factor infertility:

a.        Bilateral tubal disease (e.g., tubal obstruction, absence, or hydrosalpinges).

b.    Endometriosis stage 3 or 4 (see appendix).

c.    Failure to conceive after pelvic surgery with restoration of normal pelvic anatomy (see section I. E above for pelvic surgery procedures for infertility):

i.    After trying to conceive for 6 months if less than 40 years of age;

ii.    After trying to conceive for 3 months if 40 years of age or older.

d.    Infertility resulting from ectopic pregnancy

e.    Ectopic pregnancy occurring during infertility treatment.

f.    Unilateral hydrosalpinx with failure to conceive:

i.    After trying to conceive for 12 months if less than 40 years of age;

ii.    After trying to conceive for 6 months if 40 years of age or older.

1.    Inadvertent ovarian hyperstimulation (estradiol level was greater than 1,000 pg/ml plus greater than 3 follicles greater than 16 mm or 4 to 8 follicles greater than 14 mm or a larger number of smaller follicles) during preparation for a planned stimulated cycle in women less than 40 years of age.

Our infertility team did advise that "if" a member had documentation that would prove that prior to the voluntary sterilization – they met all the criteria (see above criteria), we could have our medical director review the documentation to see if we could approve.

I would say that for the member situation at hand [ PHI ] even if she does appeal, unless she has the documentation you mentioned Kirsten, we will uphold our denial. WellStar has final say after we deny at 2nd appeal, but I would caution you that if WellStar approves because you do not feel the sterilization should be taken into

consideration, that we amend your plan in total to not apply this policy to ensure that all members are treated equally.

As soon as I hear back from Teresa DiBartola in our claim office about the ability to "opt out" from our standard clinical policy on this, I will let you know.

Julie Evans, Account Executive
Aetna Healthcare Business Solutions
Phone: 815.212.1178
Email: Evansj2@aetna.com
Fax: 860.754.5890

This e-mail may contain confidential or privileged information. If you think you have received this e-mail in error, please advise the sender by reply e-mail and then delete this e-mail immediately. Thank you. Aetna

---

This email and any files transmitted with it may contain confidential and /or proprietary information in the possession of WellStar Health System, Inc. ("WellStar") and is intended only for the individual or entity to whom addressed. This email may contain information that is held to be privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized access, dissemination, distribution or copying of any information from this email is strictly prohibited, and may subject you to criminal and/or civil liability. If you have received this email in error, please notify the sender by reply email and then delete this email and its attachments from your computer. - Thank you.

This e-mail may contain confidential or privileged information. If you think you have received this e-mail in error, please advise the sender by reply e-mail and then delete this e-mail immediately. Thank you. Aetna

---

This email and any attachments may be confidential or proprietary. Any review, use, disclosure, distribution or copying of this email is prohibited except by or on behalf of the intended recipient. If you received this message in error or are not the intended recipient, please delete or destroy the email message and any attachments or copies and notify the sender of the erroneous delivery by return email. To the extent that this message or its attachments were sent without encryption, we cannot guarantee that the contents have not been changed or tampered with. Any advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be used for any other purpose without our prior written consent.