# EXHIBIT M

Message

| | |
|---|---|
| **From:** | Valencia, Janie M [ValenciaJ@aetna.com] |
| **Sent:** | 11/21/2016 3:19:54 PM |
| **To:** | Sanders, Judy M [SandersJ@aetna.com] |
| **CC:** | Dibartola, Teresa [DiBartolaT@aetna.com] |
| **Subject:** | FW: WellStar - 2016 Aetna SPD |
| **Attachments:** | WellStar Legacy - Combined Aetna SPD with SOBs FINAL (Updated 11-18-16).pdf; WellStar Legacy - Aetna SOB - WellShare Premium HRA (Mercer Track Change....doc; WellStar Legacy - Aetna SOB - WellShare Select HRA Plan (Mercer Track Ch....doc; WellStar Legacy - Aetna SOB - WellShare Premium HSA (Mercer Track Change....doc; WellStar Legacy - Aetna SOB - WellShare Select HSA (Mercer Track Changes....doc; WellStar Legacy - Aetna SOB - Minimum Basic Plan (Mercer Track Changes V....doc; WellStar Legacy - Aetna SPD (Mercer Track Changes Version) 11.16.2016.doc |

Judy- Please refer to below email. Attached ae copies of the tracked and clean versions for our records.

Thank you!

Janie Valencia
Senior Account Manager, Healthcare Business Solutions Team - Aetna National Accounts
678-381-9278
ValenciaJ@aetna.com



**From:** Ladden, Matthew [mailto:Matthew.Ladden@mercer.com]
**Sent:** Friday, November 18, 2016 1:35 PM
**To:** Evans, Julie; Valencia, Janie M
**Cc:** Waters, Glynnis
**Subject:** WellStar - 2016 Aetna SPD

Good Afternoon Julie and Janie,

Happy Friday to you both!

Please find attached the 2016 WellStar SPD.  The first attachment is the final, clean version which combines the SPD Booklet with the Schedules of Benefits for all medical plans (WellShare Premium HSA Plan, WellShare Premium HRA Plan, WellShare Select HSA Plan, WellShare Select HRA Plan, and Minimum Basic Plan).

We have also attached the edited/track changes versions of the SPD Booklet and the separate Schedules of Benefits as a reference.

Thanks for your patience on this and please let us know if you have any questions.


**Matthew Ladden**, Associate

Mercer | 3560 Lenox Road, Suite 2400, Atlanta, GA 30326
+1 404 442 3204 | Mobile +1 404 345 2273
matthew.ladden@mercer.com
www.mercer.com | Mercer Health & Benefits LLC

**Making a difference in the health, wealth and careers of 110 million people every day**

**Exhibit Aetna 27**

**MERCER    MAKE TOMORROW, TODAY**

This email and any attachments may be confidential or proprietary. Any review, use, disclosure, distribution or copying of this email is prohibited except by or on behalf of the intended recipient. If you received this message in error or are not the intended recipient, please delete or destroy the email message and any attachments or copies and notify the sender of the erroneous delivery by return email. To the extent that this message or its attachments were sent without encryption, we cannot guarantee that the contents have not been changed or tampered with. Any advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be used for any other purpose without our prior written consent.