# EXHIBIT O

| | |
|---|---|
| **From:** | Ladden, Matthew <Matthew.Ladden@mercer.com> |
| **Sent time:** | 03/21/2018 12:27:44 PM |
| **To:** | Hamilton, Teresa <Teresa.Hamilton@wellstar.org>; Melissa.Guy@wellstar.org |
| **Cc:** | Waters, Glynnis <glynnis.waters@mercer.com>; Scalf, Kelly <kelly.scalf@mercer.com> |
| **Subject:** | [**WARNING** EXTERNAL MAIL] WellStar - 2017 Aetna SPD |
| **Attachments:** | image001.gif    WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul....pdf    WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul...doc |

Hi Teresa,

Please find attached the final draft of the 2017 Aetna SPD. After several rounds of review from the Mercer, WellStar, and Aetna teams, we are happy to finally share the final document with you for a final look through – thank you again for your patience on this.

The attached PDF is a comprehensive document which combines both the 2017 SPD Booklet and the 2017 Schedules of Benefits for all WellStar Legacy 2017 medical plans (WellShare Premium HSA Plan, WellShare Premium HRA Plan, WellShare Select HSA Plan, WellShare Select HRA Plan, and Minimum Basic Plan). This document is a clean version for your final review.

Also attached is the redline version of the 2017 SPD Booklet to highlight the edits made to the document for your reference.

Additionally, we've included the table below to highlight both the questions that were directed towards Aetna along with their corresponding responses.

As a reminder, the final 2016 SPD was used as the base to build this 2017 SPD. We plan to take the same approach for 2018 and will use the 2017 SPD (once we have your approval) to build the 2018 SPD. For 2019, per our discussions last year, we understand you would like to create a custom SPD for Medical and Pharmacy. Please let us know if you would like for us to request a quote from our communications team for this project.

| Page Number | Section | Mercer/WellStar Question or Language Added/Changed | Aetna Response |
|---|---|---|---|
| 32 | Skilled Nursing Facility (Limitations) | Question as to whether "Any other mental illness" was incorrectly included in the list of limitations | Mental Illness is not considered as a skilled nursing service and is covered under the Mental Health section of the booklet. This is why it is mentioned as a limitation to services covered for a Skilled Nursing Facility. |
| 32 | Hospice Care (Outpatient Hospice Expenses) | Question as to whether Speech Therapy should be included with the bullet "Physical and occupational therapy" | Speech therapy is provided when there is an accident or illness that has caused a loss of speech. It is not covered for maintenance or when continued improvement is not made. |
| 39 | Short-Term Rehabilitation Therapy Services (Not Covered) | Question as to the inclusion of treatment of delays in development in the list of services not covered under outpatient rehabilitation therapy benefits | Therapies are covered when there is significant improvement and not covered for maintenance therapy. Developmental delays are considered maintenance without significant improvement. Aetna considers delays in development maintenance and not covered without significant improvement. |
| 43 | Comprehensive Infertility Services Benefits | Question as to whether the cycle maximum is accurate | The 6 cycles per lifetime is a standard maximum and is coded as such in the Aetna system |
| 43 | Covered ART Benefits | Question as to whether the cycle limit is accurate | The 3 cycles limit is a standard maximum and is coded as such in the Aetna system |
| 44 | Infertility Exclusions and Limitations | Question as to whether the Injectable infertility medications listed are correctly listed under exclusions/limitations | These drugs are covered but must be precertified by the Infertility case management area. The heading Exclusions and Limitations – means there may be some limitations for the use of these drugs. They will need to be precertified by the Infertility Management Area. |

**Exhibit
Aetna 0017**

CONFIDENTIAL

| | | | |
|---|---|---|---|
| | | | *(Mercer note – Teresa, when we create a custom SPD for 2019, we can expand this section to include precertification requirement language)* |
| 44 | Spinal Manipulation Treatment | Question as to whether Spinal Manipulation includes Chiropractic benefits | The terms Spinal Manipulation and Chiropractic can be used interchangeably – Aetna uses the term Spinal Manipulation |
| 47 | Obesity Treatment | Question as to the coverage of one morbid obesity surgical procedure within a two year period | Confirmed.  Aetna will follow all guidelines for this type of surgery and precertification is required |
| 50 | Medical Plan Exclusions – Behavioral Health Services | Question as to whether nicotine use is accurately listed under exclusions | Considered impulse control disorders and a member may seek behavioral health services for these. They are listed as an exclusion to the plan. |
| 51 | Medical Plan Exclusions – Contraception | Question as to whether OTC contraceptive foams, jellies, and ointments are accurately listed under exclusions | Confirmed.  Over the counter contraceptives are not covered under the medical plan. |
| 54 | Medical Plan Exclusions – Infertility | Question as to whether the following is accurately listed under exclusions: *Infertility services for couples in which 1 of the partners has had a previous sterilization procedure, with or without surgical reversal* | Infertility services are not standardly covered if one of the parties has had a sterilization procedure. This is standard unless something is coded in our systems to show coverage under the plan. Reversal of sterilization is not a covered benefit under the plan. |
| 67 | Pharmacy Benefit Exclusions – Compounded prescriptions | Question as to whether compounded prescriptions is accurately listed under pharmacy exclusions | Confirmed.  Excluded unless approved through precertification. If a physician prescribes a compounded prescription they would have to get prior approval. |
| 68 | Pharmacy Benefit Exclusions – Drugs used for weight gain or reduction | Question as to whether list of drugs is accurately listed under pharmacy exclusions | Confirmed as the plan does not cover anything regarding bariatric or weight gain except per a notice at a WellStar pharmacy custom network (unless purchased at an approved WellStar Pharmacy) |
| 68 | Pharmacy Benefit Exclusions – Durable medical equipment | Question as to whether accurately listed under pharmacy exclusions | This is a general exclusion for the Pharmacy not the medical plan. Aetna standardly covers glucose meter for a diabetic. |
| 68 | Pharmacy Benefit Exclusions – Implantable drugs and associated devices | Question as to whether accurately listed under pharmacy exclusions | These would not be covered unless precertified. They are standardly not a covered item. |
| 87 | Claims, Appeals and External Review – Voluntary Appeals (External Review) | Question as to whether the required timeframe to submit the request for external review form to Aetna is accurate | The number of days to submit for an external review is correctly reflected as 123 days. |
| 89 | Claims, Appeals and External Review – Appeal to the Plan | *Mercer note:  Teresa, please confirm address listed where member is to mail written appeal is correctly shown* | |

**Matthew Ladden**, Associate

**Mercer** | 3560 Lenox Road, Suite 2400, Atlanta, GA 30326
+1 404 442 3204 | Mobile +1 404 345 2273
matthew.ladden@mercer.com
www.mercer.com | Mercer Health & Benefits LLC

**Making a difference in the health, wealth and careers of 110 million people every day**

CONFIDENTIAL

 MAKE TOMORROW, TODAY

This email and any attachments may be confidential or proprietary. Any review, use, disclosure, distribution or copying of this email is prohibited except by or on behalf of the intended recipient. If you received this message in error or are not the intended recipient, please delete or destroy the email message and any attachments or copies and notify the sender of the erroneous delivery by return email. To the extent that this message or its attachments were sent without encryption, we cannot guarantee that the contents have not been changed or tampered with. Any advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be used for any other purpose without our prior written consent.

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

# BENEFIT PLAN

**What Your Plan Covers and How Benefits are Paid**

Prepared Exclusively for
WellStar Health System, Inc.

WellStar Employee Medical Plan

WellShare Premium/Select HRA (Choice POS II)
WellShare Premium/Select HSA (Choice POS II
High Deductible) Plan)
WellStar Minimum Basic (Choice POS II High
Deductible Plan)



**WELLSTAR®**
**Employee Medical Plan**

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul   .pdf

CONDFIDENTIAL

# Table of Contents

Schedule of Benefits ................................................................................ Issued with Your Booklet

Preface ...........................................................................1
Coverage for You and Your Dependents.............1
Health Expense Coverage .......................................1
   Treatment Outcomes of Covered Services
When Your Coverage Begins ............................2
  Who Is Eligible .......................................................2
    Determining if You Are in an Eligible Class
  Obtaining Coverage for Dependents
  How and When to Enroll......................................3
   Initial Enrollment in the Plan
   Late Enrollment
   Annual Enrollment
   Special Enrollment Periods
  When Your Coverage Begins................................6
   Your Effective Date of Coverage
   Your Dependent's Effective Date of Coverage
How Your WellStar Employee Medical Plan
Works ...........................................................................7
  Common Terms.......................................................7
  About Your WellStar Employee Medical Plan ..7
   Availability of Providers
  How Your WellStar Employee Medical Plan Works
...................................................................................8
   Understanding Precertification
   Services and Supplies Which Require
   Precertification
  Emergency and Urgent Care................................13
   In Case of a Medical Emergency
   Coverage for Emergency Medical Conditions
   In Case of an Urgent Condition
   Coverage for an Urgent Condition
   Non-Urgent Care
   Follow-Up Care After Treatment of an
   Emergency or Urgent Medical Condition
Requirements For Coverage ..............................16
WellStar HRA .................................................17
  WellStar HRA Benefit Description.......................17
  When Your WellStar HRA Has a Year-end Balance
...................................................................................17
   WellStar HRA Pays First
   Eligible Expenses
   Payments of WellStar HRA Benefits
   Individual and Family Coverage
WellStar HSA......................................................18
What The WellStar Employee Medical Plan
Covers ...........................................................................20
  WellStar Employee Medical Plan ...........................20
  Preventive Care ......................................................20
   Routine Physical Exams
   Preventive Care Immunizations

   Well Woman Preventive Visits
   Routine Cancer Screenings
   Screening and Counseling Services
   Prenatal Care
   Comprehensive Lactation Support and Counsel-
   ing Services
   Family Planning Services - Female
   Contraceptives
   Family Planning Services - Other
Physician Services ................................................26
   Physician Visits
   Surgery
   Anesthetics
   Alternatives to Physician Office Visits
Hospital Expenses.................................................26
   Room and Board
   Other Hospital Services and Supplies
   Outpatient Hospital Expenses
   Coverage for Emergency Medical Conditions
   Coverage for Urgent Conditions
  Alternatives to Hospital Stays.............................28
   Outpatient Surgery and Physician Surgical
   Services
   Birthing Center
   Home Health Care
   Skilled Nursing Care
   Skilled Nursing Facility
   Hospice Care
Other Covered Health Care Expenses ...............33
   Acupuncture
   Ambulance Service
   Ground Ambulance
   Air or Water Ambulance
Diagnostic and Preoperative Testing...................34
   Diagnostic Complex Imaging Expenses
   Outpatient Diagnostic Lab Work and
   Radiological Services
   Outpatient Preoperative Testing
Durable Medical and Surgical Equipment
(DME)...............................................................................35
Experimental or Investigational Treatment ...35
Pregnancy Related Expenses.................................36
Prosthetic Devices....................................................37
   Hearing Aids
   Benefits After Termination of Coverage
Short-Term Rehabilitation Therapy Services.......38
   Cardiac and Pulmonary Rehabilitation
   Benefits.

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

WellStar Legacy – 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

Outpatient Cognitive Therapy, Physical Therapy, Occupational Therapy and Speech Therapy Rehabilitation Benefits.
Reconstructive or Cosmetic Surgery and Supplies ....................................................39
  Reconstructive Breast Surgery
Specialized Care .........................................41
  Chemotherapy
  Radiation Therapy Benefits
  Outpatient Infusion Therapy Benefits
  Specialty Care Prescription Drugs
Treatment of Infertility ............................42
  Basic Infertility Expenses
  Comprehensive Infertility and Advanced Reproductive Technology (ART) Expenses
  Comprehensive Infertility Services Benefits
  Advanced Reproductive Technology (ART) Benefits
  Eligibility for ART Benefits
  Covered ART Benefits
  Exclusions and Limitations
Spinal Manipulation Treatment ................44
Transplant Services....................................44
  Network of Transplant Specialist Facilities
Obesity Treatment.....................................46
Treatment of Mental Disorders and Substance Abuse .......................................................47
Oral and Maxillofacial Treatment (Mouth, Jaws and Teeth)...............................................48
Medical Plan Exclusions............................49
Your Pharmacy Benefit...............................58
  How the Pharmacy Plan Works ............58
  Getting Started: Common Terms ..........58
  Accessing Pharmacies and Benefits......59
  Accessing Network Pharmacies and Benefits
  Emergency Prescriptions
  Availability of Providers
  Cost Sharing for Network Benefits
Pharmacy Benefit ....................................60
  Retail Pharmacy Benefits
  Mail Order Pharmacy Benefits
  Network Benefits for Specialty Care Drugs
  Other Covered Expenses
  Precertification
  Pharmacy Benefit Limitations
  Pharmacy Benefit Exclusions
When Coverage Ends........................................68
  When Coverage Ends For Team Members

Your Proof of Prior Medical Coverage
When Coverage Ends for Dependents
Continuation of Coverage ...............................69
  Continuing Health Care Benefits
  Continuing Coverage for Dependent Students on Medical Leave of Absence
  Handicapped Dependent Children
COBRA Continuation of Coverage.................70
  Continuing Coverage through COBRA
  Who Qualifies for COBRA
  Disability May Increase Maximum Continuation to 29 Months
  Determining Your Contributions For Continuation Coverage
  When You Acquire a Dependent During a Continuation Period
  When Your COBRA Continuation Coverage Ends
Coordination of Benefits - What Happens When There is More Than One Health Plan .............73
  Other Plans Not Including Medicare...................73
When You Have Medicare Coverage ...............75
  Effect of Medicare ....................................75
General Provisions .........................................76
  Type of Coverage ....................................76
  Physical Examinations...............................76
  Legal Action .............................................76
  Additional Provisions ...............................76
  Assignments ............................................76
  Misstatements ..........................................77
  Rescission of Coverage............................77
  Subrogation and Right of Recovery Provision. ..77
  Workers' Compensation............................79
  Recovery of Overpayments ......................80
    Health Coverage
  Reporting of Claims..................................80
  Payment of Benefits.................................80
  Records of Expenses ...............................81
  Contacting Aetna......................................81
  Discount Programs ...................................81
    Discount Arrangements
  Incentives.................................................81
  Claims, Appeals and External Review ................81
Glossary.............................................................. 88
General Information.........................................108
ERISA Rights...................................................109
Schedule of Benefits.......................................111

*Defines the Terms Shown in Bold Type in the Text of This Document.

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

# Preface

The WellStar Employee Medical Plan ("Plan") described in this Booklet is a benefit plan of WellStar Health System, Inc. ("Plan Sponsor" or "Employer" or "WellStar"). These benefits are not insured with Aetna or any of its affiliates, but will be paid from the Employer's funds. Aetna and its affiliates will provide certain administrative services under the Plan.

Aetna agrees with the Employer to provide administrative services in accordance with the conditions, rights, and privileges as set forth in this Booklet. The Employer selects the products and benefit levels under the Plan.

The Booklet describes your rights and obligations, what the Plan, and how benefits are paid for that coverage. It is your responsibility to understand the terms and conditions in this Booklet. Your Booklet includes the Schedule of Benefits and any amendments.

This Booklet replaces and supersedes all Booklets describing coverage for the Plan described in this Booklet that you may previously have received.

| Employer: | WellStar Health System, Inc. |
|---|---|
| Contract Number: | 868066 |
| Effective Date: | January 1, 2017 |
| Issue Date: | June 20, 2016 |

# Coverage for You and Your Dependents

# Health Expense Coverage

Benefits are payable for covered health care expenses that are incurred by you or your covered dependents while coverage is in effect. An expense is "incurred" on the day you receive a health care service or supply.

Coverage under this Plan is non-occupational. Only non-occupational injuries and non-occupational illnesses are covered.

Refer to the What the Plan Covers section of the Booklet for more information about your coverage.

## Treatment Outcomes of Covered Services

Aetna is not a provider of health care services and therefore is not responsible for and does not guarantee any results or outcomes of the covered health care services and supplies you receive. Except for Aetna RX Home Delivery LLC, providers of health care services, including hospitals, institutions, facilities or agencies, are independent contractors and are neither agents nor employees of Aetna or its affiliates.

1

CONDFIDENTIAL

# When Your Coverage Begins

Who Is Eligible

How and When to Enroll

When Your Coverage Begins

Throughout this section you will find information on who can be covered under the Plan, how to enroll and what to do when there is a change in your life that affects coverage. In this section, "you" means the Team Member.

# Who Is Eligible

To be covered by this Plan, the following requirements must be met:

- You will need to be in an "eligible class," as defined below; and
- You will need to meet the "eligibility date criteria" described below.

## Determining if You Are in an Eligible Class
You are in an eligible class if you are:

- 
- a regular, full-time Team Member working at least 64 hours per pay period;
- an eligible part-time Team Member actively at work at least 32 hours per pay period;
- an ineligible part-time or PRN Team Member who has worked an average of 30 hours per week during the first 12 months of employment

## Waiting Period
Once you enter an eligible class, you will need to complete the waiting period before your coverage under this Plan begins.

## Determining When You Become Eligible
You become eligible for the Plan on your eligibility date, which is determined as follows.

### On the Effective Date of the Plan
If you are in an eligible class on the effective date of this Plan, your coverage eligibility date is the effective date of the Plan.

### After the Effective Date of the Plan
If you are hired or enter an eligible class after the effective date of this Plan, your coverage under the Plan will be effective on the first day of the month following a 30-day waiting period, provided you properly elect to enroll in the Plan within thirty-one (31) days of the date you meet the Eligibility Requirements. This is defined as the waiting period. If you had already satisfied the waiting period before you entered the eligible class, your coverage eligibility date is the date you enter the eligible class.

## Obtaining Coverage for Dependents
Your dependents can be covered under this Plan. You may enroll the following dependents:

- Your lawful spouse.
- Your dependent children.

2

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

Aetna will rely upon your Employer to determine whether or not a person meets the definition of a dependent for coverage under this Plan. This determination will be conclusive and binding upon all persons for the purposes of this Plan.

## Coverage for Dependent Children
To be eligible for coverage, a dependent child must be under 26 years of age.

An eligible dependent child includes:

- Your biological children;
- Your stepchildren;
- Your legally adopted children;
-
- Any children for whom you are responsible under court order or legal guardianship (foster and adoption);

Coverage for a handicapped child may be continued past the age limits shown above. See Handicapped Dependent Children for more information.

**Important Reminder**
Keep in mind that you cannot receive coverage under this Plan as:

- Both a team member and a dependent; or
- A dependent of more than one team member.

# How and When to Enroll

## Initial Enrollment in the Plan
You will be provided with plan benefit and enrollment information when you first become eligible to enroll. You will need to enroll in a manner determined your Employer. To complete the enrollment process, you will need to provide all requested information for yourself and your eligible dependents. You will also need to agree to make required contributions for any contributory coverage. Your Employer will determine the amount of your plan contributions, which you will need to agree to before you can enroll. Your Employer will advise you of the required amount of your contributions and will deduct your contributions from your pay. Remember plan contributions are subject to change.

You will need to enroll within 31 days of your eligibility date. Otherwise, you may be considered a Late Enrollee. If you miss the enrollment period, you will not be able to participate in the Plan until the next annual enrollment period, unless you qualify under a Special Enrollment Period, as described below.

If you do not enroll for coverage when you first become eligible, but wish to do so later, your Employer will provide you with information on when and how you can enroll.

Newborns are automatically covered for 31 days after birth. To continue coverage after 31 days, you will need to complete enrollment within the 31-day enrollment period.

## Late Enrollment
If you do not enroll during the Initial Enrollment Period, or a subsequent annual enrollment period, you and your eligible dependents may be considered Late Enrollees and coverage may be deferred until the next annual enrollment period. If, at the time of your initial enrollment, you elect coverage for yourself only and later request coverage for your eligible dependents, they may be considered Late Enrollees.

You must complete enrollment before the end of the next annual enrollment period as described below.

However, you and your eligible dependents may not be considered Late Enrollees if you qualify for one of the circumstances described in the "Special Enrollment Periods" section below.

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul    .pdf

## Annual Enrollment

During the annual enrollment period, you will have the opportunity to review your coverage needs for the upcoming year. During this period, you have the option to change your coverage. The choices you make during this annual enrollment period will become effective the following year.

If you do not enroll yourself or a dependent for coverage when you first become eligible, but wish to do so later, you will need to do so during the next annual enrollment period, unless you qualify under one of the Special Enrollment Periods, as described below.

## Special Enrollment Periods

You will not be considered a Late Enrollee if you qualify under a Special Enrollment Period as defined below. If one of these situations applies, you may enroll before the next annual enrollment period.

### Loss of Other Health Care Coverage

You or your dependents may qualify for a Special Enrollment Period if:

- You did not enroll yourself or your dependent when you first became eligible or during any subsequent annual enrollments because, at that time:
  - You or your dependents were covered under other creditable coverage; and
  - You waived coverage because you or your dependents had other creditable coverage; and
- You or your dependents are no longer eligible for other creditable coverage because of one of the following:
  - The end of your employment;
  - A reduction in your hours of employment (for example, moving from a full-time to part-time position);
  - The ending of the other plan's coverage;
  - Death;
  - Divorce or legal separation;
  - COBRA coverage ends;
  - The employer's decision to stop offering the group health plan to the eligible class to which you belong;
  - Cessation of a dependent's status as an eligible dependent as such is defined under this Plan;
  - With respect to coverage under Medicaid or an S-CHIP Plan, you or your dependents no longer qualify for such coverage; or
- You or your dependents become eligible for premium assistance, with respect to coverage under the group health plan, under Medicaid or an S-CHIP Plan.

You will need to enroll yourself or a dependent for coverage within:

- 31 days of when other creditable coverage ends;
- within 60 days of when coverage under Medicaid or an S-CHIP Plan ends; or
- within 60 days of the date you or your dependents become eligible for Medicaid or S-CHIP premium assistance.

Evidence of termination of creditable coverage must be provided to your employer or the party it designates. If you do not enroll during this time, you will need to wait until the next annual enrollment period.

### New Dependents

You and your dependents may qualify for a Special Enrollment Period if:

- You did not enroll when you were first eligible for coverage; and
- You later acquire a dependent, as defined under the Plan, through marriage, birth, adoption, or placement for adoption; and
- You elect coverage for yourself and your dependent within 31 days of acquiring the dependent.

CONDFIDENTIAL                                                                            Wellstar 001941

Your spouse or child who meets the definition of a dependent under the Plan may qualify for a Special Enrollment Period if:

- You did not enroll them when they were first eligible; and
- You later elect coverage for them within 31 days of a court order requiring you to provide coverage.

A verification process is required when adding new dependents. In general, this process includes providing written proof of eligibility for each enrolled dependent and meeting verification deadlines and document requirements by our outside audit firm. Documentation requests will be mailed to your home address. If you do not submit the information during the required timeframe, your covered dependents will be removed from the Plan.

## If You Adopt a Child
Your Plan will cover a child who is placed for adoption. This means you have taken on the legal obligation for total or partial support of a child whom you plan to adopt.

Your Plan will provide coverage for a child who is placed with you for adoption if:

- The child meets the Plan's definition of an eligible dependent on the date he or she is placed for adoption; and
- You request coverage for the child within 31 days of the placement;
- Proof of placement will need to be presented to your Employer prior to the dependent enrollment;

## When You Receive a Qualified Child Support Order
The Plan shall comply with the terms of a Qualified Medical Child Support Order ("QMCSO"), directing the Plan to provide benefits to one or more alternate recipients, pursuant to the procedure set forth below:

- An order which purports to be a QMCSO must be served to WellStar.

- WellStar shall, within twenty (20) days of its receipt of the order, make a preliminary determination as to whether or not the order satisfies the requirements to be a QMCSO. To satisfy those requirements, an order must contain at least the following information:

  o A clause which creates or recognizes the existence of a dependent's right to receive benefits under the Plan;

  o The name and last known mailing address of the Subscriber with respect to whom the order is issued and each dependent covered by the order;

  o A reasonable description of the type of coverage to be provided by the Plan to each dependent;

  o The time period to which the order applies; and

  o The order does not require the Plan to provide any type or form of benefit not otherwise provided under the Plan.

- An order which, in the judgment of WellStar, does not meet the requirements of a QMCSO shall be returned to legal counsel who prepared the order for revision. Revised orders which are resubmitted shall be considered new orders and shall be reviewed in accordance with the procedures set forth in this Section.

- WellStar shall make the final determination of the status of the order.

- WellStar shall notify all parties involved, including a designated representative of the Covered Dependent, of WellStar's decision and of the respective parties' entitlement to benefits.

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul    pdf

Reimbursement of claim payments under the Plan pursuant to a QMCSO may be made to the Covered Dependent or the Covered Dependent's custodial parent. You may receive, upon request and free of charge, a copy of the procedures used to determine whether a medical child support order is considered qualified.

# When Your Coverage Begins

## Your Effective Date of Coverage

If you have met all the eligibility requirements, your coverage takes effect the first day of month following a waiting period of 30 days of employment.

If you do not complete enrollment within 31 days of your eligibility date, the rules under the Special or Late Enrollment Periods section will apply.

Important Notice:
You must pay the required contribution in full or coverage will not be effective.

## Your Dependent's Effective Date of Coverage

Your dependent's coverage takes effect on the same day that your coverage becomes effective, if you have enrolled them in the Plan.

Note: New dependents need to be reported to your Employer within 31 days because they may affect your contributions. If you do not report a new dependent within 31 days of his or her eligibility date, the rules under the Special or Late Enrollment Periods section will apply.

CONDFIDENTIAL

Wellstar 001943

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

# How Your WellStar Employee Medical Plan Works

> Common Terms
>
> Accessing Providers
>
> Precertification

It is important that you have the information and useful resources to help you get the most out of your Plan. This SPD explains:

- Definitions you need to know;
- How to access care, including procedures you need to follow;
- What expenses for services and supplies are covered and what limits may apply;
- What expenses for services and supplies are not covered by the Plan;
- How you share the cost of your covered services and supplies; and
- Other important information such as eligibility, complaints and appeals, termination, continuation of coverage, and general administration of the Plan.

**Important Notes**

- Unless otherwise indicated, "you" refers to you and your covered dependents.
- Your Plan pays benefits only for services and supplies described in this Booklet as covered expenses that are medically necessary.
- This Booklet applies to coverage only and does not restrict your ability to receive health care services that are not or might not be covered benefits under this Plan.
- Store this Booklet in a safe place for future reference.

## Common Terms

Many terms throughout this Booklet are defined in the Glossary section at the back of this document. Defined terms appear in bolded print. Understanding these terms will also help you understand how your Plan works and provide you with useful information regarding your coverage.

## About Your WellStar Employee Medical Plan

This Plan provides coverage for a wide range of medical expenses for the treatment of illness or injury. It does not provide benefits for all medical care. The Plan also provides coverage for certain preventive and wellness benefits. With your Plan, you can directly access any in-network (WellStar facilities, employed physicians and affiliates) or Aetna network/out-of-network ("out-of-network") physician, hospital or other health care provider for covered services and supplies under the Plan. The Plan pays benefits differently when services and supplies are obtained through in-network providers or out-of-network providers under this Plan.

**Important Note**
Aetna network providers have contracted with Aetna, an affiliate or third party vendor to provide health care services and supplies to WellStar plan members. WellStar facilities/providers and Aetna network providers are generally identified in on-line version of the directory on the member portal at www.aetna.com/wellstar unless otherwise noted in this section. Non-Aetna network providers are not listed in the directory.

The Plan will pay for covered expenses up to the maximum benefits shown in this Booklet.

Coverage is subject to all the terms, policies and procedures outlined in this Booklet. Not all medical expenses are covered under the Plan. Exclusions and limitations apply to certain medical services, supplies and expenses. Refer to

CONFIDENTIAL                                                  Wellstar 001944

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul pdf

the What the Plan Covers, Exclusions, Limitations sections and Schedule of Benefits to determine if medical services are covered, excluded or limited.

This Plan provides access to covered benefits through a broad network of health care providers and facilities. This Plan is designed to lower your out-of-pocket costs when you use in-network providers for covered expenses. Your deductibles and payment percentage will generally be lower when you use in-network providers and facilities.

You also have the choice to access licensed providers, hospitals and facilities outside the network for covered services and supplies. Your out-of-pocket costs will generally be higher when you use out-of-network providers because the deductibles and payment percentage that you are required to pay are usually higher when you utilize out-of-network providers. Out-of-network providers have not agreed to accept the negotiated charge and may balance bill you for charges over the amount WellStar pays under the Plan.

Some services and supplies may only be covered through network providers. Refer to the Covered Benefit sections and your Schedule of Benefits to determine if any services are limited to network coverage only.

Your out-of-pocket costs may vary between in-network and out-of-network benefits. Read your Schedule of Benefits carefully to understand the cost sharing charges applicable to you.

If you currently reside outside of the WellStar county radius and you do not have access to the WellStar facilities, employed physicians and affiliates, please contact Aetna member services if you believe you reside outside of the WellStar county radius.

### Availability of Providers

Aetna cannot guarantee the availability or continued participation of a provider. Either Aetna or any network provider may terminate the provider contract or limit the number of patients accepted in a practice. If the physician initially selected cannot accept additional patients, you will be notified and given an opportunity to make another selection.

### Ongoing Reviews

Aetna conducts ongoing reviews of those services and supplies which are recommended or provided by health professionals to determine whether such services and supplies are covered expenses under this Booklet. If Aetna determines that the recommended services or supplies are not covered expenses, you will be notified. You may appeal such determinations by contacting Aetna to seek a review of the determination. Please refer to the Reporting of Claims and the Claims and Appeals sections of this Booklet.

To better understand the choices that you have with your Plan, please carefully review the following information.

## How Your WellStar Employee Medical Plan Works

### The Primary Care Physician.

While you are not required to designate a Primary Care Physician (PCP) under this Plan, to access network benefits, you are encouraged to select a network Primary Care Physician (PCP). Each covered family member may select his or her own PCP. If your covered dependent is a minor, or otherwise incapable of selecting a PCP, you should select a PCP on their behalf.

You may search online for the most current list of participating providers in your area through the member portal at www.Aetna.com. You can choose a PCP based on geographic location, group practice, medical specialty, language spoken, or hospital affiliation. You may also request a printed copy of the provider directory through your Employer or by contacting Member Services through e-mail or by calling the toll-free number on your ID card.

A PCP may be a general practitioner, family physician, internist, or pediatrician. Your PCP provides routine preventive care and will treat you for illness or injury.



CONDFIDENTIAL

A PCP coordinates your medical care, as appropriate either by providing treatment or may direct you to other in-network providers for other covered services and supplies. The PCP can also order lab tests and x-rays, prescribe medicines or therapies, and arrange hospitalization.

## Changing Your PCP

You may change your PCP at any time on through the member portal at www.Aetna.com, or by calling the Member Services toll-free number on your identification card. The change will become effective upon Aetna's receipt and approval of the request.

## Specialists and Other Network Providers

You may directly access specialists and other health care professionals in the network for covered services and supplies under this Booklet. Refer to the member portal to locate network specialists, providers and hospitals in your area. Refer to the *Schedule of Benefits* section for benefit limitations and out-of-pocket costs applicable to your Plan.

**Important Note**
ID Card: You will only receive an ID card if you are a new enrollee in the Plan or your current card expires. Your ID card identifies you as a member when you receive services from health care providers or when you fill a prescription at a network pharmacy. Aetna will issue two ID cards per family and if more than five dependents you will receive two additional ID cards. If you have not received your ID card or if your card is lost or stolen, notify Aetna immediately and a new card will be issued. You can also print an ID card at any time through www.Aetna.com.

## Accessing Network Providers and Benefits

- You may select a PCP or other direct access in-network provider from the network provider directory or by logging on to the member portal at www.Aetna.com. You can search the online directory for names and locations of physicians, hospitals and other health care providers and facilities. You can change your PCP at any time.
- If a service or supply you need is covered under this Plan but not available from a network provider in your area, please contact Member Services by email or at the toll-free number on your ID card for assistance.
- Certain health care services such as hospitalization, outpatient surgery and certain other outpatient services, require precertification with Aetna to verify coverage for these services. You do not need to precertify services provided by a network provider. Network providers will be responsible for obtaining necessary precertification for you. Since precertification is the provider's responsibility, there are no additional out-of-pocket costs to you because of a network provider's failure to precertify services. Refer to the *Understanding Precertification* section for more information on the precertification process and what to do if your request for precertification is denied.
- You will not have to submit medical claims for treatment received from network health care professionals and facilities. Your network provider will take care of claim submission. Aetna will directly pay the network provider or facility less any cost sharing required by you. You will be responsible for deductibles and payment percentage, if any.
- You may be required to pay some network providers at the time of service. If you pay a network provider directly without presenting insurance coverage information, you will be responsible for completing a claim form to receive reimbursement of covered expenses from Aetna. You must submit a completed claim form and proof of payment to Aetna. Refer to the *General Provisions* section of this SPD for a complete description of how to file a claim under this Plan.
- You will receive notification of what the Plan has paid toward your covered expenses. It will indicate any amounts you owe towards your deductible or payment percentage or other non-covered expenses you have incurred. You may elect to receive this notification by e-mail, or through the mail. Call or e-mail Member Services if you have questions regarding your statement.

CONDFIDENTIAL

Wellstar 001946

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

## Cost Sharing For Network Benefits

You share in the cost of your benefits. Cost Sharing amounts and provisions are described in the *Schedule of Benefits*.

When you or your eligible dependents become covered under this Plan, you have access to a unique network of Primary Care Physicians, specialists and health care facilities. WellStar Health System, Inc. (WellStar) and Aetna Life Insurance Company (Aetna) have joined forces to create an expanded network of health care providers. In many cases, you will receive the Plan's maximum level of coverage when you receive care from a participating WellStar Health System, Inc. provider. These providers are referred to as an In Network or Network Provider. If care is provided by a physician or facility in Aetna's network of providers, that care is also covered, but it is considered out of network and your cost share will be higher. Read your Schedule of Benefits carefully to understand the cost sharing charges applicable to you.

- Network providers have agreed to accept the negotiated charge. Aetna will reimburse you for a covered expense, incurred from a network provider, up to the negotiated charge and the maximum benefits under this Plan, less any cost sharing required by you such as deductibles and payment percentage. Your payment percentage is based on the negotiated charge. You will not have to pay any balance bills above the negotiated charge for that covered service or supply.
- You must satisfy any applicable deductibles before the Plan will begin to pay benefits.
- Deductibles and payment percentage are usually lower when you use network providers than when you use out-of-network providers.

- For certain types of services and supplies, you will be responsible for any cost share amount shown in your Schedule of Benefits. The cost share will vary depending upon the type of service and whether you obtain covered health care services from a provider who is a specialist or non-specialist. You will be subject to the PCP cost share shown on the Schedule of Benefits when you obtain covered health care services from any PCP who is a network provider. If the provider is a network specialist, then the specialist cost share will apply.
- After you satisfy any applicable deductible, you will be responsible for any applicable payment percentage for covered expenses that you incur. You will be responsible for your payment percentage up to the maximum out-of-pocket limit applicable to your Plan.
- Once you satisfy any applicable maximum out-of-pocket limit, the Plan will pay 100% of the covered expenses that apply toward the limits for the rest of the Calendar Year. Certain designated out-of-pocket expenses may not apply to the maximum out-of-pocket limits. Refer to your Schedule of Benefits for information on what covered expenses do not apply to the maximum out-of-pocket limits and for the specific maximum out-of-pocket limit amounts that apply to your Plan.
- The Plan will pay for covered expenses, up to the benefit maximums shown in the What the Plan Covers section or the Schedule of Benefits. You are responsible for any expenses incurred over the maximum limits outlined in the What the Plan Covers section or the Schedule of Benefits.
- You may be billed for any deductible or payment percentage amounts, or any non-covered expenses that you incur.

CONDFIDENTIAL

## Accessing Out-of-Network Providers and Benefits

- Certain health care services such as hospitalization, outpatient surgery and certain other outpatient services, require precertification with Aetna to verify coverage for these services. When you receive services from an out-of-network provider, you are responsible for obtaining the necessary precertification from Aetna. Your provider may precertify the services for you. However, you should verify with Aetna prior to the service, that the provider has obtained precertification from Aetna. If the service is not precertified, the benefit payable may be significantly reduced or may not be covered. This means you will be responsible for the unpaid balance of any bills. You must call the precertification toll-free number on your ID card to precertify services. Refer to the Understanding *Precertification* section for more information on the precertification process and what to do if your request for precertification is denied.
- When you use out-of-network providers, you may have to pay for services at the time they are rendered. You may be required to pay the full charges and submit a claim form to Aetna for reimbursement. You are responsible for completing and submitting claim forms for reimbursement of covered expenses that you paid directly to an out-of-network provider.
- When you pay an out-of-network provider directly, you will be responsible for completing a claim form to receive reimbursement of covered expenses from Aetna. You must submit a completed claim form and proof of payment to Aetna. Refer to the General Provisions section of this Booklet for a complete description of how to file a claim under this Plan.
- You will receive notification of what the Plan has paid toward your covered expenses. It will indicate any amounts you owe towards any deductible, or payment percentage amounts or other non-covered expenses you have incurred. You may elect to receive this notification by e-mail, or through the mail. Call or e-mail Member Services if you have questions regarding your statement.

Important Note
Failure to precertify services and supplies will result in a reduction of benefits or no coverage for the services or supplies under this Booklet. Please refer to the Understanding *Precertification* section for information on how to request precertification.

## Cost Sharing for Out-of-Network Benefits
You share in the cost of your benefits. Cost Sharing amounts and provisions are described in the *Schedule of Benefits*.

- Out-of-network providers have not agreed to accept the negotiated charge. Aetna will reimburse you for a covered expense, incurred from an out-of-network provider, up to the recognized charge and the maximum benefits under this Plan, less any cost-sharing required by you such as deductibles and payment percentage. The recognized charge is the maximum amount Aetna will pay for a covered expense from an out-of-network provider. Your payment percentage is based on the recognized charge. If your out-of-network provider charges more than the recognized charge, you will be responsible for any expenses incurred above the recognized charge. Except for emergency services, Aetna will only pay up to the recognized charge.
- You must satisfy any applicable deductibles before the Plan begins to pay benefits.
- Deductibles and payment percentage are usually higher when you use out-of-network providers than when you use network providers.

- After you satisfy any applicable deductible, you will be responsible for any applicable coinsurance for covered expenses that you incur. You will be responsible for your coinsurance up to the maximum out-of-pocket limit applicable to your Plan.
- Your coinsurance will be based on the recognized charge. If the health care provider you select charges more than the recognized charge, you will be responsible for any expenses above the recognized charge.

CONFIDENTIAL

Wellstar 001948

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

- Once you satisfy any applicable maximum out-of-pocket limit, the Plan will pay 100% of the covered expenses that apply toward the limit for the rest of the Calendar Year. Certain designated out-of-pocket expenses may not apply to the maximum out-of-pocket limit. Refer to the Getting Started: Common Terms section for information on what expenses do not apply. Refer to your Schedule of Benefits for specific dollar amounts.
- The Plan will pay for covered expenses, up to the maximums shown in the What the Plan Covers or Schedule of Benefits sections. You are responsible for any expenses incurred over the maximum limits outlined in the What the Plan Covers or Schedule of Benefits sections.

## Understanding Precertification
### Precertification
Certain services, such as inpatient stays, certain tests, procedures and outpatient surgery require precertification by Aetna. Precertification is a process that helps you and your physician determine whether the services being recommended are covered expenses under the Plan. It also allows Aetna to help your provider coordinate your transition from an inpatient setting to an outpatient setting (called discharge planning), and to register you for specialized programs or case management when appropriate.

You do not need to precertify services provided by an in-network provider. In-network and Aetna network providers will be responsible for obtaining necessary precertification for you. Since precertification is the provider's responsibility, there is no additional out-of-pocket cost to you because of a network provider's failure to precertify services.

When you go to an out-of-network provider, it is your responsibility to obtain precertification from Aetna for any services or supplies on the precertification list below.

> Important Note
> Please read the following sections in their entirety for important information on the precertification process, and any impact it may have on your coverage.

### The Precertification Process
Prior to being hospitalized or receiving certain other medical services or supplies there are certain precertification procedures that must be followed.

You or a member of your family, a hospital staff member, or the attending physician, must notify Aetna to precertify the admission or medical services and expenses prior to receiving any of the services or supplies that require precertification pursuant to this Booklet in accordance with the following timelines:

Precertification should be secured within the timeframes specified below. To obtain precertification, call Aetna at the telephone number listed on your ID card. This call must be made:

| | |
|---|---|
| For non-emergency admissions: | You, your physician or the facility will need to call and request precertification at least 14 days before the date you are scheduled to be admitted. |
| For an emergency outpatient medical condition: | You or your physician should call prior to the outpatient care, treatment or procedure if possible; or as soon as reasonably possible. |
| For an emergency admission: | You, your physician or the facility must call within 48 hours or as soon as reasonably possible after you have been admitted. |

CONDFIDENTIAL

Wellstar 001949

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul   .pdf

| For an urgent admission: | You, your physician or the facility will need to call before you are scheduled to be admitted. An urgent admission is a hospital admission by a physician due to the onset of or change in an illness; the diagnosis of an illness; or an injury. |
|---|---|
| For outpatient non-emergency medical services requiring precertification: | You or your physician must call at least 14 days before the outpatient care is provided, or the treatment or procedure is scheduled. |

Aetna will provide a written notification to you and your physician of the precertification decision. If your precertified expenses are approved the approval is good for 60 days if you remain enrolled in the Plan.

When you have an inpatient admission to a facility, Aetna will notify you, your physician and the facility about your precertified length of stay. If your physician recommends that your stay be extended, additional days will need to be certified. You, your physician, or the facility will need to call Aetna at the number on your ID card as soon as reasonably possible, but no later than the final authorized day. Aetna will review and process the request for an extended stay. You and your physician will receive a notification of an approval or denial.

If precertification determines that the stay or services and supplies are not covered expenses, the notification will explain why and how Aetna's decision can be appealed. You or your provider may request a review of the precertification decision pursuant to the Claims and Appeals section included with this Booklet.

## Services and Supplies Which Require Precertification
Precertification is required for the following types of medical expenses:

Inpatient and Outpatient Care

- Stays in a hospital;
- Stays in a skilled nursing facility;
- Stays in a rehabilitation facility;
- Stays in a hospice facility;
- Outpatient hospice care;
- Stays in a Residential Treatment Facility for treatment of mental disorders and substance abuse;
- Partial Hospitalization Programs for mental disorders and substance abuse;
- Home health care;
- Intensive Outpatient Programs for mental disorders and substance abuse;
- Applied Behavioral Analysis;
- Neuropsychological testing;
- Outpatient detoxification;
- Psychiatric home care services;
- Psychological testing.

# Emergency and Urgent Care

You have coverage 24 hours a day, 7 days a week, anywhere inside or outside the Plan's service area, for:

- An emergency medical condition; or
- An urgent condition.

CONDFIDENTIAL

## In Case of a Medical Emergency

When emergency care is necessary, please follow the guidelines below:

- Seek the nearest emergency room, or dial 911 or your local emergency response service for medical and ambulatory assistance. If possible, call your physician provided a delay would not be detrimental to your health.
- After assessing and stabilizing your condition, the emergency room should contact your physician to obtain your medical history to assist the emergency physician in your treatment.
- If you are admitted to an inpatient facility, notify your physician as soon as reasonably possible.

- If you seek care in an emergency room for a non-emergency condition, the Plan will not cover the expenses you incur. Please refer to the Schedule of Benefits for specific details about the Plan. No other plan benefits will pay for non-emergency care in the emergency room unless otherwise specified under the Plan.

## Coverage for Emergency Medical Conditions

Refer to Coverage for Emergency Medical Conditions in the What the Plan Covers section.

**Important Reminder**

If you visit a hospital emergency room for a non-emergency condition, the Plan will not cover your expenses, as shown in the Schedule of Benefits. No other plan benefits will pay for non-emergency care in the emergency room unless otherwise specified under the Plan.

## In Case of an Urgent Condition

Call your PCP if you think you need urgent care. Network providers are required to provide urgent care coverage 24 hours a day, including weekends and holidays. You may contact any physician or urgent care provider, in- or out-of-network, for an urgent care condition if you cannot reach your physician.

If it is not feasible to contact your physician, please do so as soon as possible after urgent care is provided.  If you need help finding an urgent care provider you may call Member Services at the toll-free number on your I.D. card, or you may access the online provider directory through the member portal at www.Aetna.com.

## Coverage for an Urgent Condition

Refer to Coverage for Urgent Medical Conditions in the What the Plan Covers section.

## Non-Urgent Care

If you seek care from an urgent care provider for a non-urgent condition, (one that does not meet the criteria above), the Plan will not cover the expenses you incur unless otherwise specified under the Plan. Please refer to the Schedule of Benefits for specific plan details.

## Follow-Up Care After Treatment of an Emergency or Urgent Medical Condition

Follow-up care is not considered an emergency or urgent condition and is not covered as part of any emergency or urgent care visit. Once you have been treated and discharged, you should contact your physician for any necessary follow-up care.

For coverage purposes, follow-up care is treated as any other expense for illness or injury. If you access a hospital emergency room for follow-up care, your expenses will not be covered and you will be responsible for the entire cost of your treatment. Refer to your Schedule of Benefits for cost sharing information applicable to your Plan.

To keep your out-of-pocket costs lower, your follow-up care should be provided by a physician.

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

CONDFIDENTIAL

You may use an out-of-network provider for your follow-up care. You will be subject to the deductible and payment percentage that apply to out-of-network expenses, which may result in higher out-of-pocket costs to you.

**Important Notice**
Follow up care, which includes (but is not limited to) suture removal, cast removal and radiological tests such as x-rays, should *not* be provided by an emergency room facility.

CONDFIDENTIAL

# Requirements For Coverage

To be covered by the Plan, services and supplies and prescription drugs must meet all the following requirements:

1.  The service or supply or prescription drug must be covered by the Plan. For a service or supply or prescription drug to be covered, it must:

    - Be included as a covered expense in this Booklet;
    - Not be an excluded expense under this Booklet. Refer to the Exclusions sections of this Booklet for a list of services and supplies that are excluded;
    - Not exceed the maximums and limitations outlined in this Booklet. Refer to the What the Plan Covers section and the Schedule of Benefits for information about certain expense limits; and
    - Be obtained in accordance with all the terms, policies and procedures outlined in this Booklet.

2   The service or supply or prescription drug must be provided while coverage is in effect. See the Who Can Be Covered, How and When to Enroll, When Your Coverage Begins, When Coverage Ends and Continuation of Coverage sections for details on when coverage begins and ends.

3.  The service or supply or prescription drug must be medically necessary. To meet this requirement, the medical services, supply or prescription drug must be provided by a physician, or other health care provider, exercising prudent clinical judgment, to a patient for preventing, evaluating, diagnosing or treating an illness, injury, disease or its symptoms. The provision of the service or supply must be:

    (a)  In accordance with generally accepted standards of medical practice;
    (b)  Clinically appropriate, in terms of type, frequency, extent, site and duration, and considered effective for the patient's illness, injury or disease; and
    (c)  Not primarily for the convenience of the patient, physician or another health care provider;
    (d)  And not more costly than an alternative service or sequence of services at least as likely to produce equivalent therapeutic or diagnostic results as to the diagnosis or treatment of that patient's illness, injury, or disease.

For these purposes "generally accepted standards of medical practice" means standards that are based on credible scientific evidence published in peer-reviewed medical literature generally recognized by the relevant medical community, or otherwise consistent with physician specialty society recommendations and the views of physicians practicing in relevant clinical areas and any other relevant factors.

**Important Note**
Not every service, supply or prescription drug that fits the definition for medical necessity is covered by the Plan. Exclusions and limitations apply to certain medical services, supplies and expenses. For example, some benefits are limited to a certain number of days, visits or a dollar maximum. Refer to the What the Plan Covers section and the Schedule of Benefits for the Plan limits and maximums.

CONDFIDENTIAL

Wellstar 001953

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

# WellStar HRA

WellStar HRA is the name for the benefits in this section. Benefits under the "WellStar HRA" will be paid pursuant to WellStar HRA provisions described herein. The WellStar HRA provides a benefit to offset certain covered expenses received for health care services and supplies covered under this Booklet. The Plan blends traditional health coverage with a fund benefit to help you pay for covered expenses. It does not provide benefits covering expenses incurred for all medical care.

Notice:
The WellStar HRA benefit is provided in addition to the health plan provided by this Booklet.

The WellStar HRA is not a cash account and has no cash value. WellStar HRA does not duplicate other coverage provided by this Booklet. It will be terminated under the When Coverage Ends section of your Booklet.

## WellStar HRA Benefit Description

You and your covered dependents will be eligible under the WellStar HRA benefit for payment of Eligible WellStar HRA Expenses up to the Annual WellStar HRA Amount.

The Annual WellStar HRA Amount is the amount of coverage credited each Calendar Year that is eligible for payment. The Annual WellStar HRA amount can be found in the Schedule of Benefits. If you have not been enrolled in the Plan for the full Calendar Year, your WellStar HRA Amount will be pro-rated.

The Annual WellStar HRA amount may be adjusted by Aetna. The adjustment is equal to the amount of unused benefits provided under a similar program your employer sponsored prior to the effective date of coverage under this contract.

## When Your WellStar HRA Has a Year-end Balance

The balance of any WellStar HRA amount remaining at the end of a Calendar Year will be designated as the Unused WellStar HRA Amount. Your HRA balance will roll over from Plan Year to Plan Year as long as you meet the eligibility requirements and are enrolled in the WellShare Premium or Select HRA. If you are no longer covered by a WellShare plan option, you will forfeit any remaining balance in your HRA. You cannot cash out amounts in your HRA.

The Annual WellStar HRA Amount for the first year is the Annual WellStar HRA amount credited in the first Calendar Year. The Annual WellStar HRA amount in subsequent years is the sum of the Unused WellStar HRA amount and the Annual WellStar HRA benefit credited each Calendar Year.

### WellStar HRA Pays First
The WellStar HRA benefit will pay eligible WellStar HRA network and out-of-network expenses. It will also reduce your individual or family deductible. Once your maximum WellStar HRA benefit is paid, you will be responsible for covered expenses until any remaining deductible is satisfied. Once your deductible has been satisfied, you will be responsible for any applicable coinsurance for covered expenses that you incur. You will be responsible for your coinsurance up to the maximum out-of-pocket limit applicable to your Plan. Once you satisfy any applicable maximum out-of-pocket limit, the Plan will pay 100% of the covered expenses that apply toward the limit for the rest of the Calendar Year.

CONDFIDENTIAL

Wellstar 001954

WellStar Legacy – 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

## Eligible Expenses

Eligible WellStar HRA expenses that can be paid through the WellStar HRA are the same as the services and supplies which constitute the covered expenses under this Booklet-Certificate for health expenses. However, any amount paid under the WellStar HRA Benefit will be used to credit any applicable deductible amount under this Booklet-Certificate. If the WellStar HRA is depleted, you must satisfy the remaining applicable deductible amount under this Booklet-Certificate.

Expenses that do not apply to the WellStar HRA Benefit include:

- covered benefits paid at 100%;
- services not covered by this Booklet-Certificate.

## Payment of WellStar HRA Benefits

Aetna will pay 100% of WellStar HRA eligible expenses up to the WellStar HRA amount for the Calendar Year.

The WellStar HRA will first be used to satisfy the deductible as described above. If there is a remaining balance, the WellStar HRA will be used to offset any applicable coinsurance under this Booklet-Certificate for your health Plan.

## Individual and Family Coverage

For the purposes of this Plan, an individual means a single covered person enrolled for self only coverage with no dependent coverage. A family means a covered person enrolled with one or more dependents.

# WellStar HSA

The purpose of the HSA benefit is to help you save and pay for "qualified medical expenses" (as defined under Internal Revenue Code ("IRC") Section 223) you incur for you, your Spouse, and any dependent (as defined in IRC Section 152, determined without regard to subsections (b)(1), (b)(2), and (d)(1)(B) thereof). The HSA is not an employer-sponsored employee benefit plan – it is a custodial account that is to be used primarily for reimbursement of eligible medical expenses. WellStar's role is limited to allowing you to contribute to your HSA on a pre-tax salary-reduction basis and making certain Employer contributions to your HSA.

WellStar has no authority or control over the funds deposited or spent in your HSA. Neither your HSA nor the HSA component of the WellStar Health System, Inc. Flexible Benefits Plan that allows you to contribute to your HSA on a pre-tax basis is subject to the Employee Retirement Income Security Act of 1974, as amended ("ERISA").

## Eligible Individual for HSA Benefits

To participate in the HSA benefits, you must be an HSA-eligible individual. This means that you are eligible to contribute to an HSA under the requirements of IRC Section 223 and that you have elected to participate in qualifying high **deductible** health plan coverage offered by WellStar and have not elected any disqualifying non-high **deductible** health plan coverage. You may receive an annual Employer contribution and make pre-tax contributions to your HSA if you enroll in either the WellShare Premium or the WellShare Select option.

If you elect the HSA benefit, you will be required to certify that you meet all the requirements under IRC Section 223 to be eligible to contribute to an HSA. You are eligible to contribute to the HSA if you meet the following criteria:

- You are enrolled in a high deductible health plan (such as the WellShare options).
- You are not enrolled in Medicare (Parts A, B and/or D), Medicaid or Tricare.
- You are not claimed as a dependent on someone else's tax return.
- You are not covered by another health plan that is not a high deductible health plan. This includes coverage received through your Spouse's medical plan, or participation in a General-Purpose Healthcare

CONDFIDENTIAL

Wellstar 001955

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

**Flexible Spending Account (including if your Spouse** participates in a General-Purpose Healthcare **Flexible Spending Account).**

To find out more about HSA eligibility requirements and the consequences of making contributions to an HSA when you are not eligible (including possible excise taxes and other penalties), see IRS Publication 969 (Health Savings Accounts and Other Tax-Favored Health Plans).

When you enroll in a WellShare plan option and meet the HSA eligibility requirements, web enrollment will give you the opportunity to open an HSA account.  Whether you decide to contribute to an HSA account or not, WellStar may still make an annual lump sum contribution based on the effective date and coverage tier you elect. If you enroll in a WellShare plan option mid-plan year, the employer HSA contribution will be a prorated amount based on the number of months you participate during the plan year.

If you elect to participate in the General-Purpose Healthcare FSA, you cannot also elect the HSA benefit (or otherwise make contributions to an HSA), unless you use your Healthcare FSA only to pay for eligible dental and vision expenses (referred to as a "Limited Purpose Healthcare FSA"). If you decide to enroll in both, your dental and vision expenses will be reimbursable through the Limited Purpose Healthcare FSA and your eligible medical and **prescription** drug expenses will be reimbursable from your HSA.   Once you have met your annual deductible, you will need to contact YSA to have them change your Healthcare FSA from a Limited Purpose Healthcare FSA to a General-Purpose Healthcare FSA.

CONDFIDENTIAL

Wellstar 001956

# What The WellStar Employee Medical Plan Covers

**Wellness**

**Physician Services**

**Hospital Expenses**

**Other Medical Expenses**

## WellStar Employee Medical Plan

Many preventive and routine medical expenses as well as expenses incurred for a serious illness or injury are covered. This section describes which expenses are covered expenses. Only expenses incurred for the services and supplies shown in this section are covered expenses. Limitations and exclusions apply.

## Preventive Care

This section on Preventive Care describes the covered expenses for services and supplies provided when you are well.

Important Notes:

1. The recommendations and guidelines of the:
   - Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention;
   - United States Preventive Services Task Force;
   - Health Resources and Services Administration; and
   - American Academy of Pediatric/Bright Futures Guidelines for Children and Adolescents.

   as referenced throughout this Preventive Care section may be updated periodically. This Plan is subject to updated recommendations or guidelines that are issued by these organizations beginning on the first day of the plan year, one year after the recommendation or guideline is issued.

2. If any diagnostic x-rays, lab, or other tests or procedures are ordered, or given, about any of the Preventive Care benefits described below, those tests or procedures will not be covered as Preventive Care benefits. Those tests and procedures that are covered expenses will be subject to the cost-sharing that applies to those specific services under this Plan.

3. Refer to the Schedule of Benefits for information about cost-sharing and maximums that apply to Preventive Care benefits.

### Routine Physical Exams

Covered expenses include charges made by your primary care physician (PCP) for routine physical exams as required under the Affordable Care Act. This includes routine vision and hearing screenings given as part of the routine physical exam. A routine exam is a medical exam given by a physician for a reason other than to diagnose or treat a suspected or identified illness or injury, and includes:

- Evidence-based items that have in effect a rating of A or B in the current recommendations of the United States Preventive Services Task Force.
- Services as recommended in the American Academy of Pediatrics/Bright Futures Guidelines for Children and Adolescents.
- Screenings and counseling services as provided for in the comprehensive guidelines recommended by the Health Resources and Services Administration. These services may include but are not limited to:

CONDFIDENTIAL

Wellstar 001957

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul   pdf

- Screening and counseling services, such as:
  - Interpersonal and domestic violence;
  - Sexually transmitted diseases; and
  - Human Immune Deficiency Virus (HIV) infections.
- Screening for gestational diabetes for women.
- High Risk Human Papillomavirus (HPV) DNA testing for women age 30 and older.
- X-rays, lab and other tests given about the exam.
- For covered newborns, an initial hospital checkup.

Limitations:
Unless specified above, not covered under this Preventive Care benefit are charges for:
- Services which are covered to any extent under any other part of this Plan;
- Services which are for diagnosis or treatment of a suspected or identified illness or injury;
- Exams given during your stay for medical care;
- Services not given by a physician or under his or her direction;
- Psychiatric, psychological, personality or emotional testing or exams;

## Preventive Care Immunizations
Covered expenses include charges made by your physician or a facility for:

- immunizations for infectious diseases; and
- the materials for administration of immunizations;

that have been recommended by the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention.

Limitations
Not covered under this Preventive Care benefit are charges incurred for immunizations that are not considered Preventive Care such as those required due to your employment or travel.

## Well-Woman Preventive Visits
Covered expenses include charges made by your physician obstetrician, or gynecologist for:
- a routine well-woman preventive exam office visit, including Pap smears.  A routine well-woman preventive exam is a medical exam given by a physician for a reason other than to diagnose or treat a suspected or identified illness or injury; and
- routine preventive care breast cancer genetic counseling and breast cancer (BRCA) gene blood testing. Covered expenses include charges made by a physician and lab for the BRCA gene blood test and charges made by a genetic counselor to interpret the test results and evaluate treatment.

These benefits will be subject to any age; family history; and frequency guidelines that are:
- Evidence-based items or services that have in effect a rating of A or B in the recommendations of the United States Preventive Services Task Force; and
- Evidence-informed items or services provided in the comprehensive guidelines supported by the Health Resources and Services Administration.

Limitations:
Unless specified above, not covered under this Preventive Care benefit are charges for:
- Services which are covered to any extent under any other part of this Plan;
- Services which are for diagnosis or treatment of a suspected or identified illness or injury;
- Exams given during your stay for medical care;
- Services not given by a physician or under his or her direction;
- Psychiatric, psychological, personality or emotional testing or exams.

CONFIDENTIAL          Wellstar 001958

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

## Routine Cancer Screenings

Covered expenses include, but are not limited to, charges incurred for routine cancer screening as follows:

- Mammograms;
- Fecal occult blood tests;
- Digital rectal exams;
- Prostate specific antigen (PSA) tests;
- Sigmoidoscopies;
- Double contrast barium enemas (DCBE)
- Colonoscopies (removal of polyps performed during a screening procedure is a covered expense); and
- Cologuard
- Lung cancer screening.

These benefits will be subject to any age; family history; and frequency guidelines that are:

- Evidence-based items or services that have in effect a rating of A or B in the recommendations of the United States Preventive Services Task Force; and
- Evidence-informed items or services provided in the comprehensive guidelines supported by the Health Resources and Services Administration.

### Limitations:

Unless specified above, not covered under this Preventive Care benefit are charges incurred for:

- Services which are covered to any extent under any other part of this Plan.

Important Notes:
Refer to the Schedule of Benefits for details about cost sharing and benefit maximums that apply to Preventive Care. For details on the frequency and age limits that apply to Routine Physical Exams and Routine Cancer Screenings, contact your physician or Member Services by logging onto the member portal at www.Aetna.com, or calling the number on the back of your ID card.

## Screening and Counseling Services

Covered expenses include charges made by your primary care physician in an individual or group setting for the following:

### Obesity and/or Healthy Diet

Screening and counseling services to aid in weight reduction due to obesity. Coverage includes:

- preventive counseling visits and/or risk factor reduction intervention;
- nutrition counseling; and
- healthy diet counseling visits provided in connection with Hyperlipidemia (high cholesterol) and other known risk factors for cardiovascular and diet-related chronic disease.

### Misuse of Alcohol and/or Drugs

Screening and counseling services to aid in the prevention or reduction of the use of an alcohol agent or controlled substance. Coverage includes preventive counseling visits, risk factor reduction intervention and a structured assessment.

CONDFIDENTIAL

Wellstar 001959

Use of Tobacco Products
Screening and counseling services to aid in the cessation of the use of tobacco products. Tobacco product means a substance containing tobacco or nicotine including: cigarettes, cigars; smoking tobacco; snuff; smokeless tobacco and candy-like products that contain tobacco. Coverage includes:

- preventive counseling visits;
- treatment visits; and
- class visits;

to aid in the cessation of the use of tobacco products.

Sexually Transmitted Infections
Covered expenses include the counseling services to help you prevent or reduce sexually transmitted infections.

Genetic Risks for Breast and Ovarian Cancer
Covered expenses include the counseling and evaluation services to help you assess your breast and ovarian cancer susceptibility.

Benefits for the screening and counseling services above are subject to any visit maximums shown in your Schedule of Benefits.

Limitations:
Unless specified above, not covered under this Preventive Care benefit are charges incurred for:

- Services which are covered to any extent under any other part of this Plan.

## Prenatal Care
Prenatal care will be covered as Preventive Care for services received by a pregnant female in a physician's, obstetrician's, or gynecologist's office but only to the extent described below.

Coverage for prenatal care under this Preventive Care benefit is limited to pregnancy-related physician office visits including the initial and subsequent history and physical exams of the pregnant woman (maternal weight, blood pressure, fetal heart rate check, and fundal height).

Limitations:
Unless specified above, not covered under this Preventive Care benefit are charges incurred for:

- Services which are covered to any extent under any other part of this Plan;
- Pregnancy expenses (other than prenatal care as described above).
- High-risk prenatal services.

Important Notes:
Refer to the Pregnancy Expenses and Exclusions sections of this Booklet for more information on coverage for pregnancy expenses under this Plan, including other prenatal care, delivery and postnatal care office visits.

## Comprehensive Lactation Support and Counseling Services
Covered expenses include comprehensive lactation support (assistance and training in breast feeding) and counseling services provided to females during pregnancy, or at any time following delivery, for breast-feeding by a certified lactation support provider.  Covered expenses also include the rental or purchase of breast feeding equipment as described below.

Lactation support and lactation counseling services are covered expenses when provided in either a group or individual setting. Benefits for lactation counseling services are subject to the visit maximum shown in your Schedule of Benefits.

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

Wellstar 001960

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

**Breast Feeding Durable Medical Equipment**
Coverage includes the rental or purchase of breast feeding durable medical equipment for lactation support (pumping and storage of breast milk) as follows.

**Breast Pump**
Covered expenses include the following:
- The rental of a hospital-grade electric pump for a newborn child when the newborn child is confined in a hospital.
- The purchase of:
  - An electric breast pump (non-hospital grade). A purchase will be covered once every three years; or
  - A manual breast pump. A purchase will be covered once per pregnancy.
- If an electric breast pump was purchased within the previous three-year period, the purchase of another breast pump will <u>not</u> be covered until a three-year period has elapsed from the last purchase.

**Breast Pump Supplies**
Coverage is limited to only one purchase per pregnancy in any year where a covered female would not qualify for the purchase of a new pump.

Coverage for the purchase of breast pump equipment is limited to one item of equipment, for the same or similar purpose, and the accessories and supplies needed to operate the item. You are responsible for the entire cost of any additional pieces of the same or similar equipment you purchase or rent for personal convenience or mobility.

Aetna reserves the right to limit the payment of charges up to the most cost efficient and least restrictive level of service or item which can be safely and effectively provided. The decision to rent or purchase is at the discretion of Aetna.

**Limitations:**
Unless specified above, not covered under this Preventive Care benefit are charges incurred for services which are covered to any extent under any other part of this Plan.

## Family Planning Services - Female Contraceptives
For females with reproductive capacity, covered expenses include those charges incurred for services and supplies that are provided to prevent pregnancy. All contraceptive methods, services and supplies covered under this Preventive Care benefit must be approved by the U.S. Food and Drug Administration (FDA).

Coverage includes counseling services on contraceptive methods provided by a physician, obstetrician or gynecologist. Such counseling services are covered expenses when provided in either a group or individual setting. They are subject to the contraceptive counseling services visit maximum shown in your Schedule of Benefits.

The following contraceptive methods are covered expenses under this Preventive Care benefit:

**Voluntary Sterilization**
Covered expenses include charges billed separately by the provider for female voluntary sterilization procedures and related services and supplies including, but not limited to, tubal ligation and sterilization implants.

Covered expenses under this Preventive Care benefit would not include charges for a voluntary sterilization procedure to the extent that the procedure was not billed separately by the provider or because it was not the primary purpose of a confinement.

CONDFIDENTIAL

Wellstar 001961

Contraceptives

Contraceptives can be paid either under your medical plan or pharmacy plan depending on the type of expense and how and where the expense is incurred.  Benefits are paid under your medical plan for female contraceptive prescription drugs and devices (including any related services and supplies) when they are provided, administered, or removed, by a physician during an office visit.

> **Important Note:**
> For a list of the types of female contraceptives covered under this Plan, refer to the section What the *Pharmacy* Plan Covers and the Contraceptives benefit later in this Booklet.

Limitations:
Unless specified above, not covered under this Preventive Care benefit are charges for:
- Services which are covered to any extent under any other part of this Plan;
- Services and supplies incurred for an abortion;
- Services provided because of complications resulting from a voluntary sterilization procedure and related follow-up care;
- Services which are for the treatment of an identified illness or injury;
- Services that are not given by a physician or under his or her direction;
- Psychiatric, psychological, personality or emotional testing or exams;
- Any contraceptive methods that are only "reviewed" by the FDA and not "approved" by the FDA;
- Male contraceptive methods, sterilization procedures or devices;
- The reversal of voluntary sterilization procedures, including any related follow-up care.

## Family Planning Services - Other

Covered expenses include charges for certain family planning services, even though not provided to treat an illness or injury.

- Voluntary sterilization for males

Limitations:
Not covered are:
- Voluntary termination of pregnancy;
- Reversal of voluntary sterilization procedures, including related follow-up care;
- Charges for services which are covered to any extent under any other part of this Plan or any other group plans sponsored by your employer; and
- Charges incurred for family planning services while confined as an inpatient in a hospital or other facility for medical care.

Important Notes:
Refer to the Schedule of Benefits for details about cost sharing and benefit maximums that apply to Family Planning Services - Other. For more information, see the sections on Family Planning Services - Female Contraceptives, Pregnancy Expenses and Treatment of Infertility in this Booklet.

CONDFIDENTIAL

Wellstar 001962

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

# Physician Services

## Physician Visits
Covered medical expenses include charges made by a physician during a visit to treat an illness or injury. The visit may be at the physician's office, in your home, in a hospital or other facility during your stay or in an outpatient facility. Covered expenses also include:

- Immunizations for infectious disease, but not if solely for your employment;
- Allergy testing, treatment and injections; and
- Charges made by the physician for supplies, radiological services, x-rays, and tests provided by the physician.

## Surgery
Covered expenses include charges made by a physician for:

- Performing your surgical procedure;
- Pre-operative and post-operative visits; and
- Consultation with another physician to obtain a second opinion prior to the surgery.

## Anesthetics
Covered expenses include charges for the administration of anesthetics and oxygen by a physician, other than the operating physician, or Certified Registered Nurse Anesthetist (C.R.N.A.) in connection with a covered procedure.

**Important Reminder**
Certain procedures need to be precertified by Aetna. Refer to How the Plan Works for more information about precertification.

## Alternatives to Physician Office Visits
### Walk-In Clinic Visits
Covered expenses include charges made by walk-in clinics for:
- Unscheduled, non-emergency illnesses and injuries;
- The administration of certain immunizations administered within the scope of the clinic's license; and
- Individual screening and counseling services to aid you:
  - to stop the use of tobacco products;
  - in weight reduction, due to obesity.

Unless specified above, not covered under this benefit are charges incurred for services and supplies furnished:
- In a group setting for screening and counseling services.

**Important Note:**
- Not all services are available at all Walk-In Clinics. The types of services offered will vary by the provider and location of the clinic.
- For a complete description of the screening and counseling services provided on the use of tobacco products and to aid in weight reduction due to obesity, refer to the Preventive Care Benefits section in this Booklet and the Screening and Counseling Services benefit for a description of these services. These services may also be obtained from your physician

# Hospital Expenses

Covered medical expenses include services and supplies provided by a hospital during your stay.

CONDFIDENTIAL

Wellstar 001963

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul  .pdf

## Room and Board

Covered expenses include charges for room and board provided at a hospital during your stay. Private room charges that exceed the hospital's semi-private room rate are not covered unless a private room is required because of a contagious illness or immune system problem.

Room and board charges also include:

- Services of the hospital's nursing staff;
- Admission and other fees;
- General and special diets; and
- Sundries and supplies.

## Other Hospital Services and Supplies

Covered expenses include charges made by a hospital for services and supplies furnished to you in connection with your stay.

Covered expenses include hospital charges for other services and supplies provided, such as:

- Ambulance services.
- Physicians and surgeons.
- Operating and recovery rooms.
- Intensive or special care facilities.
- Administration of blood and blood products, but not the cost of the blood or blood products.
- Radiation therapy.
- Speech therapy, physical therapy and occupational therapy.
- Oxygen and oxygen therapy.
- Radiological services, laboratory testing and diagnostic services.
- Medications.
- Intravenous (IV) preparations.
- Discharge planning.

## Outpatient Hospital Expenses

Covered expenses include hospital charges made for covered services and supplies provided by the outpatient department of a hospital.

Important Reminders

The Plan will only pay for nursing services provided by the hospital as part of its charge. The Plan does not cover private duty nursing services as part of an inpatient hospital stay.

If a hospital or other health care facility does not itemize specific room and board charges and other charges, Aetna will assume that 40 percent of the total is for room and board charge, and 60 percent is for other charges.

Hospital admissions need to be precertified by Aetna. Refer to How the Plan Works for details about precertification.

In addition to charges made by the hospital, certain physicians and other providers may bill you separately during your stay.

Refer to the Schedule of Benefits for any applicable deductible and payment percentage and maximum benefit limits.

## Coverage for Emergency Medical Conditions

Covered expenses include charges made by a hospital or a physician for services provided in an emergency room to evaluate and treat an emergency medical condition.

CONDFIDENTIAL

Wellstar 001964

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

The emergency care benefit covers:

- Use of emergency room facilities;
- Emergency room physicians' services;
- Hospital nursing staff services; and
- Radiologists' and pathologists' services.

Please contact your PCP after receiving treatment for an emergency medical condition.

**Important Reminder**
Except for Urgent Care described below, if you visit a hospital emergency room for a non-emergency condition, the Plan will not cover your expenses, as shown in the Schedule of Benefits. No other plan benefits will pay for non-emergency care in the emergency room.

## Coverage for Urgent Conditions

Covered expenses include charges made by a hospital or urgent care provider to evaluate and treat an urgent condition.

Your coverage includes:

- Use of emergency room facilities when network urgent care facilities are not in the service area and you cannot reasonably wait to visit your physician;
- Use of urgent care facilities;
- Physicians services;
- Nursing staff services; and
- Radiologists' and pathologists' services.

Please contact your PCP after receiving treatment of an urgent condition.

If you visit an urgent care provider for a non-urgent condition, the Plan will not cover your expenses, as shown in the Schedule of Benefits.

# Alternatives to Hospital Stays

## Outpatient Surgery and Physician Surgical Services

Covered expenses include charges for services and supplies furnished in connection with outpatient surgery made by:

- A physician or dentist for professional services;
- A surgery center; or
- The outpatient department of a hospital.

The surgery must meet the following requirements:

- The surgery can be performed adequately and safely only in a surgery center or hospital and
- The surgery is not normally performed in a physician's or dentist's office.

**Important Note**
Benefits for surgery services performed in a physician's or dentist's office are described under Physician Services benefits in the previous section.

CONDFIDENTIAL

Wellstar 001965

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

The following outpatient surgery expenses are covered:

- Services and supplies provided by the hospital, surgery center on the day of the procedure;
- The operating physician's services for performing the procedure, related pre- and post-operative care, and administration of anesthesia; and
- Services of another physician for related post-operative care and administration of anesthesia. This does not include a local anesthetic.

## Limitations
Not covered under this Plan are charges made for:

- The services of a physician or other health care provider who renders technical assistance to the operating physician.
- A stay in a hospital
- Facility charges for office based surgery.

## Birthing Center
Covered expenses include charges made by a birthing center for services and supplies related to your care in a birthing center for:

- Prenatal care;
- Delivery; and
- Postpartum care within 48 hours after a vaginal delivery and 96 hours after a Cesarean delivery.

## Limitations
Unless specified above, not covered under this benefit are charges:

- In connection with a pregnancy for which pregnancy related expenses are not included as a covered expense.

See Pregnancy Related Expenses for information about other covered expenses related to maternity care.

## Home Health Care
Covered expenses include charges for home health care services when ordered by a physician as part of a home health plan and provided you are:

- Transitioning from a hospital or other inpatient facility, and the services are in lieu of a continued inpatient stay; or
- Homebound

Covered expenses include only the following:

- Skilled nursing services that require medical training of, and are provided by, a licensed nursing professional within the scope of his or her license. These services need to be provided during intermittent visits of 4 hours or less, with a daily maximum of 3 visits. Intermittent visits are considered periodic and recurring visits that skilled nurses make to ensure your proper care, which means they are not on site for more than four hours at a time. If you are discharged from a hospital or skilled nursing facility after an inpatient stay, the intermittent requirement may be waived to allow coverage for up to 12 hours (3 visits) of continuous skilled nursing services. However, these services must be provided for within 10 days of discharge.
- Home health aide services, when provided in conjunction with skilled nursing care, that directly support the care. These services need to be provided during intermittent visits of 4 hours or less, with a daily maximum of 3 visits.
- Medical social services, when provided in conjunction with skilled nursing care, by a qualified social worker.
- Skilled behavioral health care services provided in the home by a behavioral health provider/practitioner when ordered by a physician and directly related to an active treatment plan of care established by the physician. All the following must be met:

CONDFIDENTIAL   Wellstar 001966

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul    pdf

- The skilled behavioral health care is appropriate for the active treatment of a condition, illness or disease to avoid placing you at risk for serious complications.
- The services are in lieu of a continued confinement in a hospital or residential treatment facility, or receiving outpatient services outside of the home.
- You are homebound because of illness or injury.
- The services provided are not primarily for comfort, convenience or custodial in nature.
- The services are intermittent or hourly in nature.
- The services are not for Applied Behavior Analysis.

Benefits for home health care visits are payable up to the Home Health Care Maximum. Each visit by a nurse, behavioral health provider/practitioner or therapist is 1 visit.

In figuring the Calendar Year Maximum Visits, each visit of:

- Nurse or Therapist, up to 4 hours is 1 visit and
- behavioral health provider/practitioner, of up to 1 hour, is 1 visit.

This maximum will not apply to care given by an R.N. or L.P.N. when:

- Care is provided within 10 days of discharge from a hospital or skilled nursing facility as a full-time inpatient; and
- Care is needed to transition from the hospital or skilled nursing facility to home care.

When the above criteria are met, covered expenses include up to 12 hours of continuous care by an R.N. or L.P.N. per day.

Coverage for Home Health Care services is not determined by the availability of caregivers to perform them. The absence of a person to perform a non-skilled or custodial care service does not cause the service to become covered. If the covered person is a minor or an adult who is dependent upon others for non-skilled care (e.g. bathing, eating, toileting), coverage for home health services will only be provided during times when there is a family member or caregiver present in the home to meet the person's non-skilled needs.

## Limitations
Unless specified above, not covered under this benefit are charges for:

- Services or supplies that are not a part of the Home Health Care Plan.
- Services of a person who usually lives with you, or who is a member of your, your spouse's family.
- Services of a certified or licensed social worker.
- Services for Infusion Therapy.
- Transportation.
- Services or supplies provided to a minor or dependent adult when a family member or caregiver is not present.
- Services that are custodial care.

### Important Reminders
The Plan does not cover custodial care, even if care is provided by a nursing professional, and family member or other caretakers cannot provide the necessary care.

Home health care needs to be precertified by Aetna. Refer to the How the Plan Works section for details about precertification.

Refer to the Schedule of Benefits for details about any applicable home health care visit maximums.

CONFIDENTIAL                                                                                                    Wellstar 001967

## Skilled Nursing Care

Covered expenses include charges by an R.N., L.P.N., or nursing agency for outpatient skilled nursing care.

This is care by a visiting R.N. or L.P.N. to perform specific skilled nursing tasks.

### Limitations

Unless specified above, not covered under this benefit are charges for:

- Nursing care that does not require the education, training and technical skills of a R.N. or L.P.N.
- Nursing care assistance for daily life activities, such as:
  - Transportation;
  - Meal preparation;
  - Vital sign charting;
  - Companionship activities;
  - Bathing;
  - Feeding;
  - Personal grooming;
  - Dressing;
  - Toileting; and
  - Getting in/out of bed or a chair.
- Nursing care provided for skilled observation.
- Nursing care provided while you are an inpatient in a hospital or health care facility.
- A service provided solely to administer oral medicine, except where law requires a R.N. or L.P.N. to administer medicines.

## Skilled Nursing Facility

Covered expenses include charges made by a skilled nursing facility during your stay for the following services and supplies, up to the maximums shown in the Schedule of Benefits, including:

- Room and board, up to the semi-private room rate. The Plan will cover up to the private room rate if it is needed due to an infectious illness or a weak or compromised immune system;
- Use of special treatment rooms;
- Radiological services and lab work;
- Physical, occupational, or speech therapy;
- Oxygen and other gas therapy;
- Other medical services and general nursing services usually given by a skilled nursing facility (this does not include charges made for private or special nursing, or physician's services); and
- Medical supplies.

### Important Reminder

Refer to the Schedule of Benefits for details about any applicable skilled nursing facility maximums.

Admissions to a skilled nursing facility must be precertified by Aetna. Refer to Using Your Medical Plan for details about precertification.

### Limitations

Unless specified above, not covered under this benefit are charges for:

- Charges made for the treatment of:

  - Drug addiction;
  - Alcoholism;

CONDFIDENTIAL

Wellstar 001968

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

- – Senility;
- – Mental retardation; or
- – Any other mental illness; and
- Daily room and board charges over the semi-private rate.

## Hospice Care

Covered expenses include charges made by the following furnished to you for hospice care when given as part of a hospice care program.

### Facility Expenses

The charges made by a hospital, hospice or skilled nursing facility for:

- Room and Board and other services and supplies furnished during a stay for pain control and other acute and chronic symptom management; and
- Services and supplies furnished to you on an outpatient basis.

### Outpatient Hospice Expenses

Covered expenses include charges made on an outpatient basis by a Hospice Care Agency for:

- Part-time or intermittent nursing care by a R.N. or L.P.N. for up to eight hours a day;
- Part-time or intermittent home health aide services to care for you up to eight hours a day.
- Medical social services under the direction of a physician. These include but are not limited to:
  - – Assessment of your social, emotional and medical needs, and your home and family situation;
  - – Identification of available community resources; and
  - – Assistance provided to you to obtain resources to meet your assessed needs.
- Physical and occupational therapy; and
- Consultation or case management services by a physician;
- Medical supplies;
- Prescription drugs;
- Dietary counseling; and
- Psychological counseling.

Charges made by the providers below if they are not an employee of a Hospice Care Agency; and such Agency retains responsibility for your care:

- A physician for a consultation or case management;
- A physical or occupational therapist;
- A home health care agency for:
  - – Physical and occupational therapy;
  - – Part time or intermittent home health aide services for your care up to eight hours a day;
  - – Medical supplies;
  - – Prescription drugs;
  - – Psychological counseling; and
  - – Dietary counseling.

### Limitations

Unless specified above, not covered under this benefit are charges for:

- Daily room and board charges over the semi-private room rate.
- Funeral arrangements.
- Pastoral counseling.
- Financial or legal counseling. This includes estate planning and the drafting of a will.

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

- Homemaker or caretaker services. These are services which are not solely related to your care. These include, but are not limited to: sitter or companion services for either you or other family members; transportation; maintenance of the house.

**Important Reminders**
Refer to the *Schedule of Benefits* for details about any applicable hospice care maximums.

Inpatient hospice care and home health care must be precertified by Aetna. Refer to *How the Plan Works* for details about precertification.

# Other Covered Health Care Expenses

## Ambulance Service
Covered expenses include charges made by a professional ambulance, as follows:

## Ground Ambulance
Covered expenses include charges for transportation:

- To the first hospital where treatment is given in a medical emergency.
- From one hospital to another hospital in a medical emergency when the first hospital does not have the required services or facilities to treat your condition.
- From hospital to home or to another facility when other means of transportation would be considered unsafe due to your medical condition.
- From home to hospital for covered inpatient or outpatient treatment when other means of transportation would be considered unsafe due to your medical condition. Transport is limited to 100 miles.
- When during a covered inpatient stay at a hospital, skilled nursing facility or acute rehabilitation hospital, an ambulance is required to safely and adequately transport you to or from inpatient or outpatient medically necessary treatment.

## Air or Water Ambulance
Covered expenses include charges for transportation to a hospital by air or water ambulance when:

- Ground ambulance transportation is not available; and
- Your condition is unstable, and requires medical supervision and rapid transport; and
- In a medical emergency, transportation from one hospital to another hospital; when the first hospital does not have the required services or facilities to treat your condition and you need to be transported to another hospital; and the two conditions above are met.

### Limitations
Not covered under this benefit are charges incurred to transport you:

- If an ambulance service is not required by your physical condition; or
- If the type of ambulance service provided is not required for your physical condition; or
- By any form of transportation other than a professional ambulance service; or
- By fixed wing air ambulance from an out-of-network provider.

## Autism Spectrum Disorder
Covered expenses include charges made by a physician or behavioral health provider/practitioner for the services and supplies for the diagnosis and treatment [(including routine behavioral health services such as office visits or therapy and Applied Behavior Analysis)] of Autism Spectrum Disorder when ordered by a physician, licensed psychologist, or licensed clinical social worker, as part of a Treatment Plan; and the covered child is diagnosed with Autism Spectrum Disorder.

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

Applied Behavior Analysis is an educational service that is the process of applying interventions:
- That systematically change behavior; and
- That are responsible for the observable improvement in behavior.

Autism Spectrum Disorder is defined in the most recent edition of the Diagnostic and Statistical Manual of Mental Disorders of the American Psychiatric Association.

# Diagnostic and Preoperative Testing

## Diagnostic Complex Imaging Expenses

The Plan covers charges made on an outpatient basis by a physician, hospital or a licensed imaging or radiological facility for complex imaging services to diagnose an illness or injury, including:

- C.A.T. scans;
- Magnetic Resonance Imaging (MRI);
- Nuclear medicine imaging including positron emission tomography (PET) Scans; and
- Any other outpatient diagnostic imaging service where the recognized charge exceeds $500.

Complex Imaging Expenses for preoperative testing will be payable under this benefit.

### Limitations

The Plan does not cover diagnostic complex imaging expenses under this part of the Plan if such imaging expenses are covered under any other part of the Plan.

## Outpatient Diagnostic Lab Work and Radiological Services

Covered expenses include charges for radiological services (other than diagnostic complex imaging), lab services, and pathology and other tests provided to diagnose an illness or injury. You must have definite symptoms that start, maintain or change a plan of treatment prescribed by a physician. The charges must be made by a physician, hospital or licensed radiological facility or lab.

### Important Reminder

Refer to the Schedule of Benefits for details about any deductible, payment percentage and maximum that may apply to outpatient diagnostic testing, and lab and radiological services.

## Outpatient Preoperative Testing

Prior to a scheduled covered surgery, covered expenses include charges made for tests performed by a hospital, surgery center, physician or licensed diagnostic laboratory provided the charges for the surgery are covered expenses and the tests are:

- Related to your surgery, and the surgery takes place in a hospital or surgery center;
- Completed within 14 days before your surgery;
- Performed on an outpatient basis;
- Covered if you were an inpatient in a hospital;
- Not repeated in or by the hospital or surgery center where the surgery will be performed.
- Test results should appear in your medical record kept by the hospital or surgery center where the surgery is performed.

CONDFIDENTIAL

Wellstar 001971

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

## Limitations

The Plan does not cover diagnostic complex imaging expenses under this part of the Plan if such imaging expenses are covered under any other part of the Plan.

- If your tests indicate that surgery should not be performed because of your physical condition, the Plan will pay for the tests, however surgery will *not* be covered.

**Important Reminder**
Complex Imaging testing for preoperative testing is covered under the complex imaging section. Separate cost sharing may apply. Refer to your *Schedule of Benefits* for information on cost sharing amounts for complex imaging.

# Durable Medical and Surgical Equipment (DME)

Covered expenses include charges by a DME supplier for the rental of equipment or, in lieu of rental:

The initial purchase of DME if:

- Long term care is planned; and
- The equipment cannot be rented or is likely to cost less to purchase than to rent.

Repair of purchased equipment. Maintenance and repairs needed due to misuse or abuse are not covered.

Replacement of purchased equipment if:

- The replacement is needed because of a change in your physical condition; and
- It is likely to cost less to replace the item than to repair the existing item or rent a similar item.

The Plan limits coverage to one item of equipment, for the same or similar purpose and the accessories needed to operate the item. You are responsible for the entire cost of any additional pieces of the same or similar equipment you purchase or rent for personal convenience or mobility.

Covered Durable Medical Equipment includes those items covered by Medicare unless excluded in the Exclusions section of this Booklet. Aetna reserves the right to limit the payment of charges up to the most cost efficient and least restrictive level of service or item which can be safely and effectively provided. The decision to rent or purchase is at the discretion of Aetna.

**Important Reminder**
Refer to the *Schedule of Benefits* for details about durable medical and surgical equipment deductible, payment percentage and benefit maximums. Also, refer to Exclusions for information about Home and Mobility exclusions.

## Clinical Trials

Clinical Trial Therapies (*Experimental or Investigational*)

Covered expenses include charges made for experimental or investigational drugs, devices, treatments or procedures "under an approved clinical trial" only when you have cancer or a terminal illness, and *all* the following conditions are met:

- Standard therapies have not been effective or are inappropriate;
- Aetna determines, based on published, peer-reviewed scientific evidence that you may benefit from the treatment; and
- You are enrolled in an approved clinical trial that meets these criteria.

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul   .pdf

An "approved clinical trial" is a clinical trial that meets these criteria:
- The FDA has approved the drug, device, treatment, or procedure to be investigated or has granted it investigational new drug (IND) or group c/treatment IND status.  This requirement does not apply to procedures and treatments that do not require FDA approval.
- The clinical trial has been approved by an Institutional Review Board that will oversee the investigation.
- The clinical trial is sponsored by the National Cancer Institute (NCI) or similar federal organization.
- The trial conforms to standards of the NCI or other, applicable federal organization.
- The clinical trial takes place at an NCI-designated cancer center or takes place at more than one institution.
- You are treated in accordance with the protocols of that study.

Routine Patient Costs

Covered expenses include charges made by a provider for "routine patient costs" furnished in connection with your participation in an "approved clinical trial" for cancer or other life-threatening disease or condition, as those terms are defined in the federal Public Health Service Act, Section 2709.

Limitations:
Not covered under this Plan are:
- Services and supplies related to data collection and record-keeping that is solely needed due to the clinical trial (i.e. protocol-induced costs);
- Services and supplies provided by the trial sponsor without charge to you; and
- The experimental intervention itself (except medically necessary Category B investigational devices and promising experimental or investigational interventions for terminal illnesses in certain clinical trials in accordance with Aetna's claim policies).

Important Note:
1. Refer to the Schedule of Benefits for details about cost sharing and any benefit maximums that apply to the Clinical Trial benefit.
2. These Clinical Trial benefits are subject to all the terms, conditions, provisions, limitations, and exclusions of this Plan including, but not limited to, any precertification and referral requirements.

# Pregnancy Related Expenses

Covered expenses include charges made by a physician for pregnancy and childbirth services and supplies at the same level as any illness or injury. This includes prenatal visits, delivery and postnatal visits.

For inpatient care of the mother and newborn child, covered expenses include charges made by a Hospital for a minimum of:

- 48 hours after a vaginal delivery; and
- 96 hours after a cesarean section.
- A shorter stay, if the attending physician, with the consent of the mother, discharges the mother or newborn earlier.

Covered expenses also include charges made by a birthing center as described under Alternatives to Hospital Care.

*Note:* Covered expenses also include services and supplies provided for circumcision of the newborn during the stay.

Important Note:

Refer to the Preventive Care section of this Booklet for additional information on coverage for female

CONDFIDENTIAL                    Wellstar 001973

contraceptive coverage under this Plan.

# Prosthetic Devices

Covered expenses include charges made for internal and external prosthetic devices and special appliances, if the device or appliance improves or restores body part function that has been lost or damaged by illness, injury or congenital defect. Covered expenses also include instruction and incidental supplies needed to use a covered prosthetic device.

The Plan covers the first prosthesis you need that temporarily or permanently replaces all or part of a body part lost or impaired because of disease or injury or congenital defects as described in the list of covered devices below for an

- Internal body part or organ; or
- External body part.

Covered expenses also include replacement of a prosthetic device if:

- The replacement is needed because of a change in your physical condition; or normal growth or wear and tear; or
- It is likely to cost less to buy a new one than to repair the existing one; or
- The existing one cannot be made serviceable.

The list of covered devices includes but is not limited to:

- An artificial arm, leg, hip, knee or eye;
- Eye lens;
- An external breast prosthesis and the first bra made solely for use with it after a mastectomy;
- A breast implant after a mastectomy;
- Ostomy supplies, urinary catheters and external urinary collection devices;
- Speech generating device;
- A cardiac pacemaker and pacemaker defibrillators; and
- A durable brace that is custom made for and fitted for you.

The Plan will not cover expenses and charges for, or expenses related to:

- Orthopedic shoes, therapeutic shoes, or other devices to support the feet, unless the orthopedic shoe is an integral part of a covered leg brace; or
- Trusses, corsets, and other support items; or
- any item listed in the Exclusions section.

## Hearing Aids
Covered hearing care expenses include charges for electronic hearing aids (monaural and binaural), installed in accordance with a prescription written during a covered hearing exam.

Benefits are payable up to the hearing supply maximum listed in the Schedule of Benefits.

All covered expenses are subject to the hearing expense exclusions in this Booklet- and are subject to deductible(s) or payment percentage listed in the Schedule of Benefits, if any.

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

CONDFIDENTIAL

Wellstar 001974

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

## Benefits After Termination of Coverage

Expenses incurred for hearing aids within 30 days of termination of the person's coverage under this benefit section will be deemed to be covered hearing care expenses if during the 30 days before the date coverage ends:

- The prescription for the hearing aid was written; and
- The hearing aid was ordered.

# Short-Term Rehabilitation Therapy Services

Covered expenses include charges for short-term therapy services when prescribed by a physician as described below up to the benefit maximums listed on your Schedule of Benefits. The services must be performed by:

- A licensed or certified physical, occupational or speech therapist;
- A hospital, skilled nursing facility, or hospice facility; or
- A physician.

Charges for the following short term rehabilitation expenses are covered:

## Cardiac and Pulmonary Rehabilitation Benefits.

- Cardiac rehabilitation benefits are available as part of an inpatient hospital stay. A limited course of outpatient cardiac rehabilitation is covered when following angioplasty, cardiovascular surgery, congestive heart failure or myocardial infarction. The Plan will cover charges in accordance with a treatment plan as determined by your risk level when recommended by a physician. This course of treatment is limited to a maximum of 36 sessions in a 12-week period.
- Pulmonary rehabilitation benefits are available as part of an inpatient hospital stay. A limited course of outpatient pulmonary rehabilitation is covered for the treatment of reversible pulmonary disease states. This course of treatment is limited to a maximum of 36 hours or a six-week period.

## Outpatient Cognitive Therapy, Physical Therapy, Occupational Therapy and Speech Therapy Rehabilitation Benefits.

Coverage is subject to the limits, if any, shown on the Schedule of Benefits. Inpatient rehabilitation benefits for the services listed will be paid as part of your Inpatient Hospital and Skilled Nursing Facility benefits provision in this Booklet.

- Physical therapy is covered for non-chronic conditions and acute illnesses and injuries, provided the therapy expects to significantly improve, develop or restore physical functions lost or impaired because of an acute illness, injury or surgical procedure. Physical therapy does not include educational training or services designed to develop physical function.
- Occupational therapy (except for vocational rehabilitation or employment counseling) is covered for non-chronic conditions and acute illnesses and injuries, provided the therapy expects to significantly improve, develop or restore physical functions lost or impaired because of an acute illness, injury or surgical procedure, or to relearn skills to significantly improve independence in the activities of daily living. Occupational therapy does not include educational training or services designed to develop physical function.
- Speech therapy is covered for non-chronic conditions and acute illnesses and injuries provided the therapy is expected to restore the speech function or correct a speech impairment resulting from illness or injury; or for delays in speech function development because of a gross anatomical defect present at birth. Speech function is the ability to express thoughts, speak words and form sentences. Speech impairment is difficulty with expressing one's thoughts with spoken words.
- Cognitive therapy associated with physical rehabilitation is covered when the cognitive deficits have been acquired because of neurologic impairment due to trauma, stroke, or encephalopathy, and when the therapy is part of a treatment plan intended to restore previous cognitive function.

CONDFIDENTIAL

Wellstar 001975

A "visit" consists of no more than one hour of therapy. Refer to the Schedule of Benefits for the visit maximum that applies to the Plan. Covered expenses include charges for two therapy visits of no more than one hour in a 24-hour period.

The therapy should follow a specific treatment plan that:

- Details the treatment, and specifies frequency and duration; and
- Provides for ongoing reviews and is renewed only if continued therapy is appropriate.

Important Reminder
Refer to the Schedule of Benefits for details about the short-term rehabilitation therapy maximum benefit.

Unless specifically covered above, not covered under this benefit are charges for:

- Therapies for the treatment of delays in development, unless resulting from acute illness or injury, or congenital defects amenable to surgical repair (such as cleft lip/palate). Examples of non-covered diagnoses include Pervasive Development Disorders (including Autism), Down's syndrome, and Cerebral Palsy, as they are considered both developmental and/or chronic in nature.
- Any services which are covered expenses in whole or in part under any other group plan sponsored by an employer;
- Any services unless provided in accordance with a specific treatment plan;
- Services for the treatment of delays in speech development, unless resulting from illness, injury, or congenital defect;
- Services provided during a stay in a hospital, skilled nursing facility, or hospice facility except as stated above;
- Services provided by a home health care agency;
- Services not performed by a physician or under the direct supervision of a physician;
- Treatment covered as part of the Spinal Manipulation Treatment. This applies whether or not benefits have been paid under that section;
- Services provided by a physician or physical, occupational or speech therapist who resides in your home; or who is a member of your family, or a member of your spouse's family;
- Special education to instruct a person whose speech has been lost or impaired, to function without that ability. This includes lessons in sign language.

# Reconstructive or Cosmetic Surgery and Supplies

Covered expenses include charges made by a physician, hospital, or surgery center for reconstructive services and supplies, including:

- Surgery needed to improve a significant functional impairment of a body part.
- Surgery to correct the result of an accidental injury, including subsequent related or staged surgery, if the surgery occurs no more than 24 months after the original injury. For a covered child, the time period for coverage may be extended through age 18.
- Surgery to correct the result of an injury that occurred during a covered surgical procedure if the reconstructive surgery occurs no more than 24 months after the original injury.
Note: Injuries that occur because of a medical (i.e., non-surgical) treatment are not considered accidental injuries, even if unplanned or unexpected.
- Surgery to correct a gross anatomical defect present at birth or appearing after birth (but not the result of an illness or injury) when
    - the defect results in severe facial disfigurement, or
    - the defect results in significant functional impairment and the surgery is needed to improve function

CONDFIDENTIAL

Wellstar 001976

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul   .pdf

## Reconstructive Breast Surgery

Covered expenses include reconstruction of the breast on which a mastectomy was performed, including an implant and areolar reconstruction. Also included is surgery on a healthy breast to make it symmetrical with the reconstructed breast and physical therapy to treat complications of mastectomy, including lymphedema.

**Important Notice**

A benefit maximum may apply to reconstructive or cosmetic surgery services. Please refer to the Schedule of Benefits.

# Gender Reassignment (Sex Change) Surgery

Covered expenses include charges in connection with a medically necessary Gender Reassignment (sometimes called Sex Change) Surgery as long you or a covered dependent have obtained precertification from Aetna.

Covered expenses include:

- Charges made by a physician for:

  - Performing the surgical procedure; and
  - Pre-operative and post-operative hospital and office visits.

- Charges made by a hospital for inpatient and outpatient services (including outpatient surgery).  Room and board charges more than the hospital's semi-private rate will not be covered unless a private room is ordered by your physician and precertification has been obtained.

- Charges made by a Skilled Nursing Facility for inpatient services and supplies.  Daily room and board charges over the semi-private rate will not be covered.

- Charges made for the administration of anesthetics.

- Charges for outpatient diagnostic laboratory and x-rays.

- Charges for blood transfusion and the cost of unreplaced blood and blood products. Also included are the charges for collecting, processing and storage of self-donated blood after the surgery has been scheduled.

**Important Reminders**

No payment will be made for any covered expenses under this benefit unless they have been precertified by Aetna.

## Limitations:

Rhinoplasty, face-lifting, lip enhancement, facial bone reduction, blepharoplasty, breast augmentation, liposuction of the waist (body contouring), reduction thyroid chondroplasty, hair removal, voice modification surgery (laryngoplasty or shortening of the vocal cords), and skin resurfacing, which have been used in feminization, are considered cosmetic. Similarly, chin implants, nose implants, and lip reduction, which have been used to assist masculinization, are considered cosmetic.

CONDFIDENTIAL

Wellstar 001977

# Specialized Care

## Chemotherapy

Covered expenses include charges for chemotherapy treatment. Coverage levels depend on where treatment is received. In most cases, chemotherapy is covered as outpatient care. Inpatient hospitalization for chemotherapy is limited to the initial dose while hospitalized for the diagnosis of cancer and when a hospital stay is otherwise medically necessary based on your health status.

## Radiation Therapy Benefits

Covered expenses include charges for the treatment of illness by x-ray, gamma ray, accelerated particles, mesons, neutrons, radium or radioactive isotopes.

## Outpatient Infusion Therapy Benefits

Covered expenses include infusion therapy received from an outpatient setting including but not limited to:

- A free-standing outpatient facility;
- The outpatient department of a hospital; or
- A physician in his/her office or in your home.

The list of preferred infusion locations can be found by contacting Member Services by logging onto the member portal at www.Aetna.com or calling the number on the back of your ID card.

Certain infused medications may be covered under the prescription drug plan.  You can access the list of specialty care prescription drugs by contacting Member Services or by logging onto the member portal at www.Aetna.com or calling the number on the back of your ID card to determine if coverage is under the prescription drug plan or this booklet.

Infusion therapy is the intravenous or continuous administration of medications or solutions that are a part of your course of treatment. Charges for the following outpatient Infusion Therapy services and supplies are covered expenses:

- The pharmaceutical when administered in connection with infusion therapy and any medical supplies, equipment and nursing services required to support the infusion therapy;
- Professional services;
- Total parenteral nutrition (TPN);
- Chemotherapy;
- Drug therapy (includes antibiotic and antivirals);
- Pain management (narcotics); and
- Hydration therapy (includes fluids, electrolytes and other additives).

Not included under this infusion therapy benefit are charges incurred for:

- Enteral nutrition;
- Blood transfusions and blood products;
- Dialysis; and
- Insulin.

Coverage is subject to the maximums, if any, shown in the Schedule of Benefits.

Coverage for inpatient infusion therapy is provided under the Inpatient *Hospital* and *Skilled Nursing Facility* Benefits sections of this Booklet.

Benefits payable for infusion therapy will not count toward any applicable Home Health Care maximums.

CONDFIDENTIAL

> **Important Reminder**
> Refer to the *Schedule of Benefits* for details about any applicable deductible, coinsurance and maximum benefit limits.

## Specialty Care Prescription Drugs
Covered expenses include specialty care prescription drugs when they are:

- Purchased by your provider, and
- Injected or infused by your provider in an outpatient setting such as:
  - A free-standing outpatient facility
  - The outpatient department of a hospital
  - A physician in his/her office
  - A home care provider in your home
- And, listed on our specialty care prescription drug list as covered under this booklet.

Certain infused medications may be covered under the prescription drug plan. You can access the list of specialty care prescription drugs by contacting Member Services or by logging onto the member portal at www.Aaetna.com or calling the number on the back of your ID card to determine if coverage is under the prescription drug plan of this booklet.

# Treatment of Infertility

## Basic Infertility Expenses
Covered expenses include charges made by a physician to diagnose and to surgically treat the underlying medical cause of infertility.

## Comprehensive Infertility and Advanced Reproductive Technology (ART) Expenses
To be an eligible covered female for benefits you must be covered under this *Booklet* as a team member, or be a covered dependent who is the team member's spouse.

Even though not incurred for treatment of an illness or injury, covered expenses will include expenses incurred by an eligible covered female for infertility if all the following tests are met:

- A condition that is a demonstrated cause of infertility which has been recognized by a gynecologist, or an infertility specialist, and your physician who diagnosed you as infertile, and it has been documented in your medical records.
- The procedures are done while not confined in a hospital or any other facility as an inpatient.
- Your FSH levels are less than, 19 mIU on day 3 of the menstrual cycle.
- A successful pregnancy cannot be attained through less costly treatment for which coverage is available under this *Booklet*.

## Comprehensive Infertility Services Benefits
If you meet the eligibility requirements above, the following comprehensive infertility services expenses are payable when provided by an infertility specialist upon pre-authorization by Aetna, subject to all the exclusions and limitations of this *Booklet*:

- Ovulation induction with menotropins is subject to the maximum benefit, if any, shown in the *Schedule of Benefits* section of this *Booklet* and has a maximum of 6 cycles per lifetime; (where lifetime is defined to include services received, provided or administered by Aetna or any affiliated company of Aetna); and
- Intrauterine insemination is subject to the maximum benefit, if any, shown in the *Schedule of Benefits* section of this *Booklet* and has a maximum of 6 cycles per lifetime; (where lifetime is defined to include services received, provided or administered by Aetna or any affiliated company of Aetna).

CONFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

## Advanced Reproductive Technology (ART) Benefits

ART is defined as:

- In vitro fertilization (IVF);
- Zygote intrafallopian transfer (ZIFT);
- Gamete intra-fallopian transfer (GIFT);
- Cryopreserved embryo transfers;
- Intracytoplasmic sperm injection (ICSI); or ovum microsurgery.

ART services for procedures that are covered expenses under this Booklet.

## Eligibility for ART Benefits

To be eligible for ART benefits under this Booklet, you must meet the requirements above and:

- First exhaust the comprehensive infertility services benefits. Coverage for ART services is available only if comprehensive infertility services do not result in a pregnancy in which a fetal heartbeat is detected;
- Be referred by your physician to Aetna's infertility case management unit;
- Obtain pre-authorization from Aetna's infertility case management unit for ART services by an ART specialist.

## Covered ART Benefits

The following charges are covered benefits for eligible covered females when all the above conditions are met, subject to the Exclusions and Limitations section of the Booklet:

- Up to 3 cycles and subject to the maximum benefit, if any, shown in the Schedule of Benefits section of any combination of the following ART services per lifetime (where lifetime is defined to include all ART services received, provided or administered by Aetna or any affiliated company of Aetna) which only include: IVF; GIFT; ZIFT; or cryopreserved embryo transfers;
- IVF; Intra-cytoplasmic sperm injection ("ICSI"); ovum microsurgery; GIFT; ZIFT; or cryopreserved embryo transfers subject to the maximum benefit shown on the Schedule of Benefits section while covered under an Aetna plan;
- Payment for charges associated with the care of an eligible covered person under this Plan who is participating in a donor IVF program, including fertilization and culture; and
- Charges associated with obtaining the spouse's sperm for ART, when the spouse is also covered under this Booklet.

## Exclusions and Limitations

Unless otherwise specified above, the following charges will not be payable as covered expenses under this Booklet:

- Infertility services for females with FSH levels 19 or greater mIU/ml on day 3 of the menstrual cycle;
- The purchase of donor sperm and any charges for the storage of sperm; the purchase of donor eggs and any charges associated with care of the donor required for donor egg retrievals or transfers or gestational carriers (or surrogacy); all charges associated with a gestational carrier program for the covered person or the gestational carrier;
- Charges associated with cryopreservation or storage of cryopreserved eggs and embryos (e.g., office, hospital, ultrasounds, laboratory tests, etc.);
- Home ovulation prediction kits;
- Drugs related to the treatment of non-covered benefits;
- Injectable infertility medications, including but not limited to, menotropins, hCG, GnRH agonists, and IVIG;
- Any services or supplies provided without pre-authorization from Aetna's infertility case management unit;
- Infertility Services that are not reasonably likely to result in success;
- Ovulation induction and intrauterine insemination services if you are not infertile.

CONDFIDENTIAL

Wellstar 001980

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

**Important Note**
Treatment of Infertility must be pre-authorized by Aetna. Treatment received without pre-authorization will not be covered. You will be responsible for full payment of the services.

Refer to the *Schedule of Benefits* for details about the maximums that apply to infertility services. The lifetime maximums that apply to infertility services apply differently than other lifetime maximums under the Plan.

# Spinal Manipulation Treatment

Covered expenses include charges made by a physician on an outpatient basis for manipulative (adjustive) treatment or other physical treatment for conditions caused by (or related to) biomechanical or nerve conduction disorders of the spine.

Your benefits are subject to the maximum shown in the *Schedule of Benefits*. However, this maximum does not apply to expenses incurred:

- During your hospital stay; or
- For surgery. This includes pre- and post-surgical care provided or ordered by the operating physician.

# Transplant Services

Covered expenses include charges incurred during a transplant occurrence. The following will be considered one transplant occurrence once it has been determined that you or one of your dependents may require an organ transplant. Organ means solid organ; stem cell; bone marrow; and tissue.

- Heart;
- Lung;
- Heart/Lung;
- Simultaneous Pancreas Kidney (SPK);
- Pancreas;
- Kidney;
- Liver;
- Intestine;
- Bone Marrow/Stem Cell;
- Multiple organs replaced during one transplant surgery;
- Tandem transplants (Stem Cell);
- Sequential transplants;
- Re-transplant of same organ type within 180 days of the first transplant;
- Any other single organ transplant, unless otherwise excluded under the Plan.

The following will be considered more than one Transplant Occurrence:

- Autologous blood/bone marrow transplant followed by allogenic blood/bone marrow transplant (when not part of a tandem transplant);
- Allogenic blood/bone marrow transplant followed by an autologous blood/bone marrow transplant (when not part of a tandem transplant);
- Re-transplant after 180 days of the first transplant;
- Pancreas transplant following a kidney transplant;
- A transplant necessitated by an additional organ failure during the original transplant surgery/process;
- More than one transplant when not performed as part of a planned tandem or sequential transplant, (e.g., a liver transplant with subsequent heart transplant).

CONDFIDENTIAL

Wellstar 001981

The network level of benefits is paid only for a treatment received at a facility designated by the Plan as an Institute of Excellence™ (IOE) for the type of transplant being performed. Each IOE facility has been selected to perform only certain types of transplants.

Services obtained from a facility that is not designated as an IOE for the transplant being performed will be covered as out-of-network services and supplies, even if the facility is a network facility or IOE for other types of services.

The Plan covers:

- Charges made by a physician or transplant team.
- Charges made by a hospital, outpatient facility or physician for the medical and surgical expenses of a live donor, but only to the extent not covered by another plan or program.
- Related supplies and services provided by the facility during the transplant process. These services and supplies may include: physical, speech and occupational therapy; bio-medicals and immunosuppressants; home health care expenses and home infusion services.
- Charges for activating the donor search process with national registries.
- Compatibility testing of prospective organ donors who are immediate family members. For this coverage, an "immediate" family member is defined as a first-degree biological relative. These are your biological parents, siblings or children.
- Inpatient and outpatient expenses directly related to a transplant.
- If the IOE facility is more than 100 miles from patient's residence, certain travel & lodging expenses for the patient and one companion may be reimbursed if pre-authorized by Aetna. Travel is reimbursed between the patient's home and the IOE for round trip (air, train, or bus) transportation costs (coach class only). If traveling by auto to the IOE, mileage, parking and toll costs are reimbursed. To be eligible for travel & lodging reimbursement, the member (or provider) must pre-authorize evaluation and treatment, the member must utilize an IOE facility and obtain preauthorization for travel and lodging

Covered transplant expenses are typically incurred during the four phases of transplant care described below. Expenses incurred for one transplant during these four phases of care will be considered one transplant occurrence.

A transplant occurrence is considered to begin at the point of evaluation for a transplant and end either 180 days from the date of the transplant; *or* upon the date you are discharged from the hospital or outpatient facility for the admission or visit(s) related to the transplant, whichever is later.

The four phases of one transplant occurrence and a summary of covered transplant expenses during each phase are:

1. Pre-transplant evaluation/screening: Includes all transplant-related professional and technical components required for assessment, evaluation and acceptance into a transplant facility's transplant program;
2. Pre-transplant/candidacy screening: Includes HLA typing/compatibility testing of prospective organ donors who are immediate family members;
3. Transplant event: Includes inpatient and outpatient services for all covered transplant-related health services and supplies provided to you and a donor during the one or more surgical procedures or medical therapies for a transplant; prescription drugs provided during your inpatient stay or outpatient visit(s), including bio-medical and immunosuppressant drugs; physical, speech or occupational therapy provided during your inpatient stay or outpatient visit(s); cadaveric and live donor organ procurement; and
4. Follow-up care: Includes all covered transplant expenses; home health care services; home infusion services; and transplant-related outpatient services rendered within 180 days from the date of the transplant event.

If you are a participant in the IOE program, the program will coordinate all solid organ and bone marrow transplants and other specialized care you need. Any covered expenses you incur from an IOE facility will be considered network care expenses.

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

**Important Reminders**

To ensure coverage, all transplant procedures need to be precertified by Aetna. Refer to the How the Plan Works section for details about precertification.

Refer to the Schedule of Benefits for details about transplant expense maximums, if applicable.

## Limitations

Unless specified above, not covered under this benefit are charges incurred for:

- Outpatient drugs including bio-medicals and immunosuppressants not expressly related to an outpatient transplant occurrence;
- Services that are covered under any other part of this Plan;
- Services and supplies furnished to a donor when the recipient is not covered under this Plan;
- Home infusion therapy after the transplant occurrence;
- Harvesting or storage of organs, without the expectation of immediate transplantation for an existing illness;
- Harvesting and/or storage of bone marrow, tissue or stem cells, without the expectation of transplantation within 12 months for an existing illness;
- Cornea (Corneal Graft with Amniotic Membrane) or Cartilage (autologous chondrocyte or autologous osteochondral mosaicplasty) transplants, unless otherwise authorized by Aetna.

# Network of Transplant Specialist Facilities

Through the IOE network, you will have access to a provider network that specializes in transplants. Benefits may vary if an IOE facility or non-IOE or out-of-network provider is used. In addition, some expenses are payable only within the IOE network. The IOE facility must be specifically approved and designated by Aetna to perform the procedure you require. Each facility in the IOE network has been selected to perform only certain types of transplants, based on quality of care and successful clinical outcomes.

# Obesity Treatment

Covered expenses include charges made by a physician, licensed or certified dietician, nutritionist or hospital for the non-surgical treatment of obesity for the following outpatient weight management services as performed in-network only:

- An initial medical history and physical exam;
- Diagnostic tests given or ordered during the first exam; and
- Prescription drugs.

Covered expenses include one morbid obesity surgical procedure, within a two-year period, beginning with the date of the first morbid obesity surgical procedure, unless a multi-stage procedure is planned.

## Limitations

Unless specified above, not covered under this benefit are charges incurred for:

- Morbid obesity surgical benefits provided by out-of-network providers.
- Weight control services including surgical procedures, medical treatments, weight control/loss programs, dietary regimens and supplements, food or food supplements, appetite suppressants and other medications; exercise programs, exercise or other equipment; and other services and supplies that are primarily intended to control weight or treat obesity, including morbid obesity, or for the purpose of weight reduction, regardless of the existence of comorbid conditions; except as provided in this Booklet-Certificate.

**Important Reminder**

Refer to the Schedule of Benefits for information about any applicable benefit maximums and procedure eligibility requirements that apply to morbid obesity treatment.

CONDFIDENTIAL

Wellstar 001983

# Treatment of Mental Disorders and Substance Abuse

## Treatment of Mental Disorders

Covered expenses include charges made for the treatment of mental disorders by behavioral health providers/practitioners.

**Important Note**
Not all types of services are covered. For example, educational services and certain types of therapies are not covered. See Medical Plan Exclusions for more information.

Benefits are payable for charges incurred in a hospital, psychiatric hospital, residential treatment facility or behavioral health provider's/practitioner's office for the treatment of mental disorders as follows:

### Inpatient Treatment

Covered expenses include charges for room and board at the semi-private room rate, and other services and supplies provided during your stay in a hospital, psychiatric hospital or residential treatment facility. Inpatient benefits are payable only if your condition requires services that are only available in an inpatient setting.

**Important Reminder**
Inpatient care, partial hospitalizations and outpatient treatment must be precertified by Aetna. Refer to How the Plan Works for more information about precertification.

### Partial Confinement Treatment

Covered expenses include charges made for partial confinement treatment provided in a facility or program for the intermediate short-term or medically-directed intensive treatment of a mental disorder. Such benefits are payable if your condition requires services that are only available in a partial confinement treatment setting.

**Important Reminder**
Inpatient care, partial hospitalizations and outpatient treatment must be precertified by Aetna. Refer to How the Plan Works for more information about precertification.

### Outpatient Treatment

Covered expenses include charges for treatment received while not confined as a full-time inpatient in a hospital, psychiatric hospital or residential treatment facility.

The Plan covers partial hospitalization services (more than 4 hours, but less than 24 hours per day) provided in a facility or program for the intermediate short-term or medically-directed intensive treatment. The partial hospitalization will only be covered if you would need inpatient care if you were not admitted to this type of facility.

**Important Reminder**
- Inpatient care, partial hospitalizations and outpatient treatment must be precertified by Aetna. Refer to How the Plan Works for more information about precertification.
- Please refer to the Schedule of Benefits for any deductibles, maximums, payment limits or maximum out of pocket limits that may apply to your mental disorders benefits.

## Treatment of Substance Abuse

Covered expenses include charges made for the treatment of substance abuse by behavioral health providers/practitioners.

**Important Note**
Not all types of services are covered. For example, educational services and certain types of therapies are not covered. See Medical Plan Exclusions for more information.

CONDFIDENTIAL

Wellstar 001984

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul   .pdf

## Substance Abuse

Please refer to the Schedule of Benefits for any substance abuse deductibles, maximums and payment limits or maximum out-of-pocket limits that may apply to your substance abuse benefits.

## Inpatient Treatment

This Plan covers room and board at the semi-private room rate and other services and supplies provided during your stay in a psychiatric hospital or residential treatment facility, appropriately licensed by the state Department of Health or its equivalent.

Coverage includes:

- Treatment in a hospital for the medical complications of substance abuse.
- "Medical complications" include detoxification, electrolyte imbalances, malnutrition, cirrhosis of the liver, delirium tremens and hepatitis.
- Treatment in a hospital is covered only when the hospital does not have a separate treatment facility section.

**Important Reminder**
Inpatient care, partial hospitalizations and outpatient treatment must be precertified by Aetna. Refer to How the Plan Works for more information about precertification.

## Outpatient Treatment

Outpatient treatment includes charges for treatment received for substance abuse while not confined as a full-time inpatient in a hospital, psychiatric hospital or residential treatment facility.

This Plan covers partial hospitalization services (more than 4 hours, but less than 24 hours per day) provided in a facility or program for the intermediate short-term or medically-directed intensive treatment of alcohol or drug abuse. The partial hospitalization will only be covered if you would need inpatient treatment if you were not admitted to this type of facility.

**Important Reminder**
Inpatient treatment, partial-hospitalization care and outpatient treatment must be precertified by Aetna. Refer to How the Plan Works for more information about precertification.

## Partial Confinement Treatment

Covered expenses include charges made for partial confinement treatment provided in a facility or program for the intermediate short-term or medically-directed intensive treatment of substance abuse.

Such benefits are payable if your condition requires services that are only available in a partial confinement treatment setting.

**Important Reminders:**

- Inpatient care, partial hospitalizations and outpatient treatment must be precertified by Aetna. Refer to How the Plan Works for more information about precertification.
- Please refer to the Schedule of Benefits for any deductibles, maximums, payment limits or maximum out-of-pocket limits that may apply to your substance abuse benefits.

# Oral and Maxillofacial Treatment (Mouth, Jaws and Teeth)

Covered expenses include charges made by a physician, a dentist and hospital for:

- Non-surgical treatment of infections or diseases of the mouth, jaw joints or supporting tissues.

CONDFIDENTIAL

Wellstar 001985

Services and supplies for treatment of, or related conditions of, the teeth, mouth, jaws, jaw joints or supporting tissues, (this includes bones, muscles, and nerves), for surgery needed to:

- Treat a fracture, dislocation, or wound.
- Cut out teeth that are partly or completely impacted in the bone of the jaw; teeth that will not erupt through the gum; other teeth that cannot be removed without cutting into bone; the roots of a tooth without removing the entire tooth; cysts, tumors, or other diseased tissues.
- Cut into gums and tissues of the mouth. This is only covered when *not* done in connection with the removal, replacement or repair of teeth.
- Alter the jaw, jaw joints, or bite relationships by a cutting procedure when appliance therapy alone cannot result in functional improvement.

Hospital services and supplies received for a stay required because of your condition.

Dental work, surgery and orthodontic treatment needed to remove, repair, restore or reposition:

(a)  Natural teeth damaged, lost, or removed; or
(b)  Other body tissues of the mouth fractured or cut

due to injury.

Any such teeth must have been free from decay or in good repair, and are firmly attached to the jaw bone at the time of the injury.

The treatment must be completed in the Calendar Year of the accident or in the next Calendar Year.

If crowns, dentures, bridges, or in-mouth appliances are installed due to injury, covered expenses only include charges for:

- The first denture or fixed bridgework to replace lost teeth;
- The first crown needed to repair each damaged tooth; and
- An in-mouth appliance used in the first course of orthodontic treatment after the injury.

# Medical Plan Exclusions

Not every medical service or supply is covered by the Plan, even if prescribed, recommended, or approved by your physician or dentist. The Plan covers only those services and supplies that are medically necessary and included in the What the Plan Covers section. Charges made for the following are not covered except to the extent listed under the What The Plan Covers section or by amendment attached to this Booklet.

Important Note:
You have medical and prescription drug coverage. The exclusions listed below apply to all coverage under your Plan. Additional exclusions apply to specific prescription drug coverage. Those additional exclusions are listed separately under the What The Plan Covers section for each of these benefits.

Acupuncture, acupressure and acupuncture therapy, except as provided in the What the Plan Covers section.

Allergy: Specific non-standard allergy services and supplies, including but not limited to, skin titration (Rinkel method), cytotoxicity testing (Bryan's Test) treatment of non-specific candida sensitivity, and urine autoinjections.

Any charges more than the benefit, dollar, day, visit or supply limits stated in this Booklet.

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul   .pdf

Any non-emergency charges incurred outside of the United States if you traveled to such location to obtain medical services, prescription drugs, or supplies, even if otherwise covered under this Booklet. This also includes prescription drugs or supplies if:

- such prescription drugs or supplies are unavailable or illegal in the United States; or
- the purchase of such prescription drugs or supplies outside the United States is considered illegal.

the LEAP, TEACCH, Denver and Rutgers programs.

Behavioral Health Services:

- Alcoholism or substance abuse rehabilitation treatment on an inpatient or outpatient basis, except to the extent coverage for detoxification or treatment of alcoholism or substance abuse is specifically provided in the What the Medical Plan Covers Section.
- Treatment of a covered health care provider who specializes in the mental health care field and who receives treatment as a part of their training in that field.
- Treatment of impulse control disorders such as pathological gambling, kleptomania, pedophilia, caffeine or nicotine use.
- Treatment of antisocial personality disorder.
- Treatment in wilderness programs or other similar programs.
- Treatment of mental retardation, defects, and deficiencies. This exclusion does not apply to mental health services or to medical treatment of mentally retarded in accordance with the benefits provided in the What the Plan Covers section of this Booklet.

Blood, blood plasma, synthetic blood, blood products or substitutes, including but not limited to, the provision of blood, other than blood derived clotting factors. Any related services including processing, storage or replacement costs, and the services of blood donors, apheresis or plasmapheresis are not covered. For autologous blood donations, only administration and processing costs are covered.

Charges for a service or supply furnished by a network provider more than the negotiated charge.

Charges for a service or supply furnished by an out-of-network provider more than the recognized charge.

Charges submitted for services that are not rendered, or rendered to a person not eligible for coverage under the Plan.

Charges submitted for services by an unlicensed hospital, physician or other provider or not within the scope of the provider's license.

Contraception, except as specifically described in the What the Plan Covers Section:

- Over the counter contraceptive supplies including but not limited to male condoms, contraceptive foams, jellies and ointments.

Cosmetic services and plastic surgery: any treatment, surgery (cosmetic or plastic), service or supply to alter, improve or enhance the shape or appearance of the body whether or not for psychological or emotional reasons including:

- Face lifts, body lifts, tummy tucks, liposuctions, removal of excess skin, removal or reduction of non-malignant moles, blemishes, varicose veins, cosmetic eyelid surgery and other surgical procedures;
- Procedures to remove healthy cartilage or bone from the nose (even if the surgery may enhance breathing) or other part of the body;
- Chemical peels, dermabrasion, laser or light treatments, bleaching, creams, ointments or other treatments or supplies to alter the appearance or texture of the skin;
- Insertion or removal of any implant that alters the appearance of the body (such as breast or chin implants); except removal of an implant will be covered when medically necessary;

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul   pdf

- Removal of tattoos (except for tattoos applied to assist in covered medical treatments, such as markers for radiation therapy); and
- Repair of piercings and other voluntary body modifications, including removal of injected or implanted substances or devices;
- Surgery to correct Gynecomastia;
- Breast augmentation;
- Otoplasty.

Counseling: Services and treatment for marriage, religious, family, career, social adjustment, pastoral, or financial counselor except as specifically provided in the *What the Plan Covers* section.

Court ordered services, including those required as a condition of parole or release.

Custodial Care

Dental Services: any treatment, services or supplies related to the care, filling, removal or replacement of teeth and the treatment of injuries and diseases of the teeth, gums, and other structures supporting the teeth. This includes but is not limited to:

- services of dentists, oral surgeons, dental hygienists, and orthodontists including apicoectomy (dental root resection), root canal treatment, soft tissue impactions, treatment of periodontal disease, alveolectomy, augmentation and vestibuloplasty and fluoride and other substances to protect, clean or alter the appearance of teeth;
- dental implants, false teeth, prosthetic restoration of dental implants, plates, dentures, braces, mouth guards, and other devices to protect, replace or reposition teeth; and
- non-surgical treatments to alter bite or the alignment or operation of the jaw, including treatment of malocclusion or devices to alter bite or alignment.

This exclusion does not include removal of bony impacted teeth, bone fractures, removal of tumors and orthodontogenic cysts.

Disposable outpatient supplies: Any outpatient disposable supply or device, including sheaths, bags, elastic garments, support hose, bandages, bedpans, syringes, blood or urine testing supplies, and other home test kits; and splints, neck braces, compresses, and other devices not intended for reuse by another patient.

Drugs, medications and supplies:

- Over-the-counter drugs, biological or chemical preparations and supplies that may be obtained without a prescription including vitamins;
- Any services related to the dispensing, injection or application of a drug;
- Any prescription drug purchased illegally outside the United States, even if otherwise covered under this Plan within the United States;
- Immunizations related to work;
- Needles, syringes and other injectable aids, except as covered for diabetic supplies;
- Drugs related to the treatment of non-covered expenses;
- Performance enhancing steroids;
- Injectable drugs if an alternative oral drug is available;
- Outpatient prescription drugs;
- Self-injectable prescription drugs and medications;
- Any prescription drugs, injectable, or medications or supplies provided by the customer or through a third-party vendor contract with the customer; and

CONDFIDENTIAL

Wellstar 001988

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

- Any expenses for prescription drugs, and supplies covered under an Aetna Pharmacy plan will not be covered under this medical expense plan. Prescription drug exclusions that apply to the Aetna Pharmacy plan will apply to the medical expense coverage; and
- Charges for any prescription drug for the treatment of erectile dysfunction, impotence, or sexual dysfunction or inadequacy.

Educational services:

- Any services or supplies related to education, training or retraining services or testing, including: special education, remedial education, job training and job hardening programs;
- Evaluation or treatment of learning disabilities, minimal brain dysfunction, developmental, learning and communication disorders, behavioral disorders, (including pervasive developmental disorders) training or cognitive rehabilitation, regardless of the underlying cause; and
- Services, treatment, and educational testing and training related to behavioral (conduct) problems, learning disabilities and delays in developing skills.

Examinations:

- Any health examinations required:
    - by a third party, including examinations and treatments required to obtain or maintain employment, or which an employer is required to provide under a labor agreement;
    - by any law of a government;
    - for securing insurance, school admissions or professional or other licenses;
    - to travel;
    - to attend a school, camp, or sporting event or participate in a sport or other recreational activity; and

    Any special medical reports not directly related to treatment except when provided as part of a covered service.

Experimental or investigational drugs, devices, treatments or procedures, except as described in the What the Plan Covers section.

Facility charges for care services or supplies provided in:

- rest homes;
- assisted living facilities;
- similar institutions serving as an individual's primary residence or providing primarily custodial or rest care;
- health resorts;
- spas, sanitariums; or
- infirmaries at schools, colleges, or camps.

Food items: Any food item, including infant formulas, nutritional supplements, vitamins, including prescription vitamins, medical foods and other nutritional items, even if it is the sole source of nutrition. This exclusion does not apply to specialized medical foods delivered enterally (only when delivered via a tube directly into the stomach or intestines) or parenterally.

Foot care: Any services, supplies, or devices to improve comfort or appearance of toes, feet or ankles, including but not limited to:

- Treatment of calluses, bunions, toenails, hammer-toes, subluxations, fallen arches, weak feet, chronic foot pain or conditions caused by routine activities such as walking, running, working or wearing shoes; and
- Shoes (including orthopedic shoes), arch supports, shoe inserts, ankle braces, guards, protectors, creams, ointments and other equipment, devices and supplies, even if required following a covered treatment of an illness or injury.

CONDFIDENTIAL

Wellstar 001989

Growth/Height: Any treatment, device, drug, service or supply (including surgical procedures, devices to stimulate growth and growth hormones), solely to increase or decrease height or alter the rate of growth.

Hearing:

- Any hearing service or supply that does not meet professionally accepted standards;
- Hearing exams given during a stay in a hospital or other facility;
- Replacement parts or repairs for a hearing aid; and
- Any tests, appliances, and devices for the improvement of hearing (including hearing aids and amplifiers), or to enhance other forms of communication to compensate for hearing loss or devices that simulate speech, except otherwise provided under the What the Plan Covers section.

Home and mobility: Any addition or alteration to a home, workplace or other environment, or vehicle and any related equipment or device, such as:

- Purchase or rental of exercise equipment, air purifiers, central or unit air conditioners, water purifiers, waterbeds. and swimming pools;
- Exercise and training devices, whirlpools, portable whirlpool pumps, sauna baths, or massage devices;
- Equipment or supplies to aid sleeping or sitting, including non-hospital electric and air beds, water beds, pillows, sheets, blankets, warming or cooling devices, bed tables and reclining chairs;
- Equipment installed in your home, workplace or other environment, including stair-glides, elevators, wheelchair ramps, or equipment to alter air quality, humidity or temperature;
- Other additions or alterations to your home, workplace or other environment, including room additions, changes in cabinets, countertops, doorways, lighting, wiring, furniture, communication aids, wireless alert systems, or home monitoring;
- Services and supplies furnished mainly to provide a surrounding free from exposure that can worsen your illness or injury;
- Removal from your home, worksite or other environment of carpeting, hypo-allergenic pillows, mattresses, paint, mold, asbestos, fiberglass, dust, pet dander, pests or other potential sources of allergies or illness; and
- Transportation devices, including stair-climbing wheelchairs, personal transporters, bicycles, automobiles, vans or trucks, or alterations to any vehicle or transportation device.

Home births: Any services and supplies related to births occurring in the home or in a place not licensed to perform deliveries.

Infertility: except as specifically described in the What the Plan Covers Section, any services, treatments, procedures or supplies that are designed to enhance fertility or the likelihood of conception, including but not limited to:

- Drugs related to the treatment of non-covered benefits;
- Injectable infertility medications, including but not limited to menotropins, hCG, GnRH agonists, and IVIG;
- Infertility services for couples in which 1 of the partners has had a previous sterilization procedure, with or without surgical reversal;
- Procedures, services and supplies to reverse voluntary sterilization;
- Infertility services for females with FSH levels 19 or greater mIU/ml on day 3 of the menstrual cycle;
- The purchase of donor sperm and any charges for the storage of sperm; the purchase of donor eggs and any charges associated with care of the donor required for donor egg retrievals or transfers or gestational carriers or surrogacy; donor egg retrieval or fees associated with donor egg programs, including but not limited to fees for laboratory tests;
- Charges associated with cryopreservation or storage of cryopreserved eggs and embryos (e.g., office, hospital, ultrasounds, laboratory tests, etc.); any charges associated with a frozen embryo or egg transfer, including but not limited to thawing charges;
- Home ovulation prediction kits or home pregnancy tests; and
- Ovulation induction and intrauterine insemination services if you are not infertile.

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul   .pdf

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul    .pdf

Maintenance Care.

Medicare: Payment for that portion of the charge for which Medicare or another party is the primary payer.

Miscellaneous charges for services or supplies including:

- Annual or other charges to be in a physician's practice;
- Charges to have preferred access to a physician's services such as boutique or concierge physician practices;
- Cancelled or missed appointment charges or charges to complete claim forms;
- Charges the recipient has no legal obligation to pay; or the charges would not be made if the recipient did not have coverage (to the extent exclusion is permitted by law) including:
  - Care in charitable institutions;
  - Care for conditions related to current or previous military service;
  - Care while in the custody of a governmental authority;
  - Any care a public hospital or other facility is required to provide; or
  - Any care in a hospital or other facility owned or operated by any federal, state or other governmental entity, except to the extent coverage is required by applicable laws.

Nursing and home health aide services provided outside of the home (such as in conjunction with school, vacation, work or recreational activities).

Non-medically necessary services, including but not limited to, those treatments, services, prescription drugs and supplies which are not medically necessary, as determined by Aetna, for the diagnosis and treatment of illness, injury, restoration of physiological functions, or covered preventive services. This applies even if they are prescribed, recommended or approved by your physician or dentist.

Personal comfort and convenience items: Any service or supply primarily for your convenience and personal comfort or that of a third party, including: Telephone, television, internet, barber or beauty service or other guest services; housekeeping, cooking, cleaning, shopping, monitoring, security or other home services; and travel, transportation, or living expenses, rest cures, recreational or diversional therapy.

Private duty nursing during your stay in a hospital, and outpatient private duty nursing services, except as specifically described in the Private Duty Nursing provision in the What the Plan Covers Section.

Services provided by a spouse, domestic partner, parent, child, step-child, brother, sister, in-law or any household member.

Services of a resident physician or intern rendered in that capacity.

Services provided where there is no evidence of pathology, dysfunction, or disease; except as specifically provided in connection with covered routine care and cancer screenings.

Sexual dysfunction/enhancement: Any treatment, drug, service or supply to treat sexual dysfunction, enhance sexual performance or increase sexual desire, including:

- Surgery, drugs, implants, devices or preparations to correct or enhance erectile function, enhance sensitivity, or alter the shape or appearance of a sex organ; and
- Sex therapy, sex counseling, marriage counseling or other counseling or advisory services.

Services, including those related to pregnancy, rendered before the effective date or after the termination of coverage, unless coverage is continued under the Continuation of Coverage section of this Booklet.

Services that are not covered under this Booklet.

CONDFIDENTIAL

Services and supplies provided in connection with treatment or care that is not covered under the Plan.

Speech therapy for treatment of delays in speech development, except as specifically provided in the What the Medical Plan Covers Section. For example, the Plan does not cover therapy when it is used to improve speech skills that have not fully developed.

Spinal disorder, including care in connection with the detection and correction by manual or mechanical means of structural imbalance, distortion or dislocation in the human body or other physical treatment of any condition caused by or related to biomechanical or nerve conduction disorders of the spine including manipulation of the spine treatment, except as specifically provided in the What the Plan Covers section.

Strength and performance: Services, devices and supplies to enhance strength, physical condition, endurance or physical performance, including:

- Exercise equipment, memberships in health or fitness clubs, training, advice, or coaching;
- Drugs or preparations to enhance strength, performance, or endurance; and
- Treatments, services and supplies to treat illnesses, injuries or disabilities related to the use of performance-enhancing drugs or preparations.

Therapies for the treatment of delays in development, unless resulting from acute illness or injury, or congenital defects amenable to surgical repair (such as cleft lip/palate), are not covered. Examples of non-covered diagnoses include Pervasive Developmental Disorders (including Autism), Down Syndrome, and Cerebral Palsy, as they are considered both developmental and/or chronic in nature.

Therapies and tests: Any of the following treatments or procedures:

- Aromatherapy;
- Bio-feedback and bioenergetic therapy;
- Carbon dioxide therapy;
- Chelation therapy (except for heavy metal poisoning);
- Computer-aided tomography (CAT) scanning of the entire body;
- Educational therapy;
- Gastric irrigation;
- Hair analysis;
- Hyperbaric therapy, except for the treatment of decompression or to promote healing of wounds;
- Hypnosis, and hypnotherapy, except when performed by a physician as a form of anesthesia in connection with covered surgery;
- Lovaas therapy;
- Massage therapy;
- Megavitamin therapy;
- Primal therapy;
- Psychodrama;
- Purging;
- Recreational therapy;
- Rolfing;
- Sensory or auditory integration therapy;
- Sleep therapy;
- Thermograms and thermography.

Tobacco Use: Any treatment, drug, service or supply to stop or reduce smoking or the use of other tobacco products or to treat or reduce nicotine addiction, dependence or cravings, including counseling, hypnosis and other therapies, medications, nicotine patches and gum except as specifically provided in the What the Plan Covers section.

CONDFIDENTIAL

Wellstar 001992

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

Transplant-The transplant coverage does not include charges for:

- Outpatient drugs including bio-medicals and immunosuppressants not expressly related to an outpatient transplant occurrence;
- Services and supplies furnished to a donor when recipient is not a covered person;
- Home infusion therapy after the transplant occurrence;
- Harvesting and/or storage of organs, without the expectation of immediate transplantation for an existing illness;
- Harvesting and/or storage of bone marrow, tissue or stem cells without the expectation of transplantation within 12 months for an existing illness;
- Cornea (corneal graft with amniotic membrane) or cartilage (autologous chondrocyte or autologous osteochondral mosaicplasty) transplants, unless otherwise precertified by Aetna.

Transportation costs, including ambulance services for routine transportation to receive outpatient or inpatient services except as described in the What the Plan Covers section.

Unauthorized services, including any service obtained by or on behalf of a covered person without Precertification by Aetna when required. This exclusion does not apply in a Medical Emergency or in an Urgent Care situation.

Vision-related services and supplies, except as described in the What the Plan Covers section. The Plan does not cover:

- Special supplies such as non-prescription sunglasses and subnormal vision aids;
- Vision service or supply which does not meet professionally accepted standards;
- Eye exams during your stay in a hospital or other facility for health care;
- Eye exams for contact lenses or their fitting;
- Eyeglasses or duplicate or spare eyeglasses or lenses or frames;
- Replacement of lenses or frames that are lost or stolen or broken;
- Acuity tests;
- Eye surgery for the correction of vision, including radial keratotomy, LASIK and similar procedures;
- Services to treat errors of refraction.

Voluntary termination of pregnancy, including related services.

Weight: Any treatment, drug service or supply intended to decrease or increase body weight, control weight or treat obesity, including morbid obesity, regardless of the existence of comorbid conditions; except as specifically provided in the What the Plan Covers section, including but not limited to:

- Liposuction, banding, gastric stapling, gastric by-pass and other forms of bariatric surgery; surgical procedures medical treatments, weight control/loss programs and other services and supplies that are primarily intended to treat, or are related to the treatment of obesity, including morbid obesity;
- Drugs, stimulants, preparations, foods or diet supplements, dietary regimens and supplements, food or food supplements, appetite suppressants and other medications;
- Counseling, coaching, training, hypnosis or other forms of therapy; and
- Exercise programs, exercise equipment, membership to health or fitness clubs, recreational therapy or other forms of activity or activity enhancement.

Wilderness treatment programs (whether or not the program is part of a licensed residential treatment facility, or otherwise licensed institution), educational services, schooling or any such related or similar program, including therapeutic programs within a school setting.

Work related: Any illness or injury related to employment or self-employment including any illness or injury that arises out of (or during) any work for pay or profit, unless no other source of coverage or reimbursement is available to you for the services or supplies. Sources of coverage or reimbursement may include your employer, workers' compensation, or an occupational illness or similar program under local, state or federal law. A source of coverage or reimbursement will be considered available to you even if you waived your right to payment from that source. If

CONDFIDENTIAL

Wellstar 001993

you are also covered under a workers' compensation law or similar law, and submit proof that you are not covered for an illness or injury under such law, that illness or injury will be considered "non-occupational" regardless of cause.

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul  .pdf

CONDFIDENTIAL

# Your Pharmacy Benefit

Filling your prescriptions at a WellStar pharmacy ~~may even~~ will cost less than filling at other pharmacies. You can use any WellStar pharmacy to fill both regular and specialty drug prescriptions. Prescription drugs found on the Select Preventive list are free if purchased at a WellStar pharmacy. The information found below is specific to the retail benefits under Aetna.

## How the Pharmacy Plan Works

It is important that you have the information and useful resources to help you get the most out of your prescription drug plan. This Booklet explains:

- Definitions you need to know;
- How to access network pharmacies and procedures you need to follow;
- What prescription drug expenses are covered and what limits may apply;
- What prescription drug expenses are not covered by the Plan;
- How you share the cost of your covered prescription drug expenses; and
- Other important information such as eligibility, complaints and appeals, termination, and general administration of the Plan.

A few important notes to consider before moving forward:

- Unless otherwise indicated, "you" refers to you and your covered dependents.
- Your prescription drug plan pays benefits only for prescription drug expenses described in this Booklet as covered expenses that are medically necessary.
- This Booklet applies to coverage only and does not restrict your ability to receive prescription drugs that are not or might not be covered benefits under this prescription drug plan.
- Store this Booklet in a safe place for future reference.

Notice
The Plan does not cover all prescription drugs, medications and supplies. Refer to the Limitations section of this coverage and Exclusions section of your Booklet.

- Covered expenses are subject to cost sharing requirements as described in the Cost Sharing sections of this coverage and in your Schedule of Benefits.
- Prescription drugs will only be covered when obtained through a network pharmacy.
- Injectable prescription drug refills will only be covered when obtained through a WellStar retail network pharmacy or Aetna's specialty pharmacy network.

## Getting Started: Common Terms

You will find the terms below used throughout this Booklet. They are described within the sections that follow, and you can also refer to the Glossary at the back of this document for helpful definitions. Words in bold print throughout the document are defined in the Glossary.

Brand-Named Prescription Drug is a prescription drug with a proprietary name assigned to it by the manufacturer and so indicated by Medispan or any other similar publication designated by Aetna.

Generic Prescription Drug is a prescription drug, whether identified by its chemical, proprietary, or non-proprietary name, that is accepted by the U.S. Food and Drug Administration as therapeutically equivalent and interchangeable with drugs having an identical amount of the same active ingredient and so indicated by Medispan or any other publication designated by Aetna.

CONFIDENTIAL    Wellstar 001995

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

Network Pharmacy is a description of a retail, mail order or specialty pharmacy that has entered into a contractual agreement with Aetna, an affiliate, or a third-party vendor, for the provision of covered services to you and your covered dependents. The appropriate pharmacy type may also be substituted for the word pharmacy. (E.g. network retail pharmacy, network mail order pharmacy or specialty pharmacy network).

Non-Preferred Drug (Non-Formulary) is a brand-named prescription drug or generic prescription drug that does not appear on the preferred drug guide.

Out-of-network pharmacy is a description of a pharmacy that has not contracted with Aetna, an affiliate, or a third-party vendor and does not participate in the pharmacy network.

Preferred Drug (Formulary) is a brand-named prescription drug or generic prescription drug that appears on the preferred drug guide.

Preferred Drug Guide is a listing of prescription drugs established by Aetna or an affiliate, which includes both brand-named prescription drugs and generic prescription drugs. This list is subject to periodic review and modification by Aetna. A copy of the preferred drug guide will be available upon your request or may be accessed on the member portal at www.Aetna.com/formulary.

Prescription Drug is a drug, biological, or compounded prescription which, by State or Federal Law, may be dispensed only by prescription and which is required by Federal Law to be labeled "Caution: Federal Law prohibits dispensing without prescription." This includes an injectable drug prescribed to be self-administered or administered by any other person except one who is acting within his or her capacity as a paid healthcare professional. Covered injectable drugs include insulin.

Provider is any recognized health care professional, pharmacy or facility providing services with the scope of their license.

Self-Injectable Drug(s). Prescription drugs that are intended to be self-administered by injection to a specific part of the body to treat certain chronic medical conditions.

WellStar Pharmacy is a pharmacy located at a WellStar hospital or health park.

# Accessing Pharmacies and Benefits

This Plan provides access to covered benefits through a network of pharmacies, vendors or suppliers. Aetna has contracted for these network pharmacies to provide prescription drugs and other supplies to you.

Obtaining your benefits through network pharmacies has many advantages. Benefits and cost sharing may also vary by the type of network pharmacy where you obtain your prescription drug and whether or not you purchase a brand-name or generic drug. Network pharmacies include retail, mail order and specialty pharmacies.

The Plan will only pay for outpatient prescription drugs that you obtain from a network pharmacy.

## Accessing Network Pharmacies and Benefits

You may select a network pharmacy from the on-line provider directory which can be found through the member portal at www.Aetna.com. You can search the online directory for names and locations of network pharmacies. If you cannot locate a network pharmacy in your area, call Member Services at the number on your ID card.

WellStar pharmacies may provide additional savings for team members.

CONDFIDENTIAL

You must present your ID card to the network pharmacy every time you get a prescription filled to be eligible for network pharmacy benefits. The network pharmacy will calculate your claim online. You will pay any deductible, coinsurance directly to the network pharmacy. You do not have to complete or submit claim forms. The network pharmacy will take care of claim submission.

If you use an out-of-network pharmacy, you must pay the entire cost of the prescription upfront and then submit a claim for reimbursement.

## Emergency Prescriptions

When you need, a prescription filled in an emergency or urgent care situation, or when you are traveling, you can obtain network pharmacy benefits by filling your prescription at any network pharmacy. The network pharmacy will fill your prescription and only charge you your Plan's cost sharing amount.

Coverage for prescription drugs obtained from an out-of-network pharmacy is limited to those obtained in connection with emergency and out-of-area urgent care services.

## Availability of Providers

Aetna cannot guarantee the availability or continued network participation of a pharmacy. Either Aetna or any network pharmacy may terminate the provider contract.

## Cost Sharing for Network Benefits

*You share in the cost of your benefits. Cost Sharing amounts and provisions are described in the Schedule of Benefits.*

- You will be responsible for the cost share amount for each prescription or refill as specified in the Schedule of Benefits. The amount is payable directly to the network pharmacy at the time the prescription is dispensed.

- After you satisfy the Calendar Year deductible, you will be responsible for any applicable payment percentage for covered expenses that you incur. Your payment percentage is determined by applying the applicable payment percentage to the negotiated charge if the prescription is filled at a network pharmacy. When you obtain your prescription drugs through a network pharmacy, you will not be subject to balance billing.

# Pharmacy Benefit

# What the Plan Covers

The Plan covers charges for medically necessary outpatient prescription drugs for the treatment of an illness or injury, subject to the Prescription Drug Limitations section below and the Exclusions section of the Booklet. Prescriptions must be written by a prescriber licensed to prescribe federal legend prescription drugs.

Your prescription drug benefit coverage is based on Aetna's preferred drug guide. Your out-of-pocket expenses may be higher if your physician prescribes a covered prescription drug not appearing on the preferred drug guide.

Preferred generic prescription drugs may be substituted by your pharmacist for brand-name prescription drugs. You may minimize your out-of-pocket expenses by selecting a generic prescription drug when available.

Coverage of prescription drugs may, in Aetna's sole discretion, be subject to precertification, step therapy or other Aetna requirements or limitations. Prescription drugs covered by this Plan are subject to drug and narcotic utilization review by Aetna, your provider and/or your network pharmacy. This may include limiting access of prescription drugs prescribed by a specific provider. Such limitation may be enforced if Aetna identifies an unusual pattern of claims for covered expenses.

CONFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

Coverage for prescription drugs and supplies is limited to the supply limits as described below.

## Retail Pharmacy Benefits

Outpatient prescription drugs are covered when dispensed by a network retail pharmacy. Each prescription is limited to a maximum 30-day supply when filled at a network retail pharmacy. Prescriptions for more than a 30-day supply can only be filled at a WellStar pharmacy.

## Mail Order Pharmacy Benefits

Outpatient prescription drugs are covered when dispensed by a network mail order pharmacy. Each prescription is limited to a maximum 90-day supply. Prescriptions for less than a 30-day supply or more than a 90-day supply are not eligible for coverage when dispensed by a network mail order pharmacy. Mail Order is not available through a WellStar pharmacy.

## Network Benefits for Specialty Care Drugs

Specialty care drugs are covered at the network level of benefits only when dispensed through a WellStar pharmacy or Aetna's specialty pharmacy network. Specialty care drugs often include typically high-cost drugs that require special handling, special storage or monitoring and include but are not limited to oral, topical, inhaled and injected routes of administration. Refer to the member portal at www.Aetna.com to review the list of specialty care drugs required to be dispensed through a WellStar pharmacy or Aetna's specialty pharmacy network . The list may be updated from time to time.

The initial prescription for specialty care drugs must be filled at a WellStar pharmacy or at Aetna's specialty pharmacy network.

You are required to obtain specialty care drugs at Aetna's specialty pharmacy network or a WellStar pharmacy for all prescription drug refills after the initial fill.

## Other Covered Expenses

The following prescription drugs, medications and supplies are also covered expenses under this Coverage.

## Off-Label Use

FDA approved prescription drugs may be covered when the off-label use of the drug has not been approved by the FDA for that indication. The drug must be recognized for treatment of the indication in one of the standard compendia (the United States Pharmacopoeia Drug Information, the American Medical Association Drug Evaluations, or the American Hospital Formulary Service Drug Information). Or, the safety and effectiveness of use for this indication has been adequately demonstrated by at least one study published in a nationally recognized peer review journal. Coverage of off label use of these drugs may, in Aetna's sole discretion, be subject to precertification, step-therapy or other Aetna requirements or limitations.

## Diabetic Supplies

Covered expenses include but are not limited to the following diabetic supplies upon prescription by a physician:

- Diabetic needles and syringes.
- Test strips for glucose monitoring and/or visual reading.
- Diabetic test agents.
- Lancets/lancing devices.
- Alcohol swabs.

## Contraceptives

Covered expenses include charges made by a network pharmacy for the following contraceptive methods when prescribed by a prescriber and the prescription is submitted to the pharmacist for processing:

CONDFIDENTIAL

Wellstar 001998

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

- Female oral and injectable contraceptives that are generic prescription drugs and brand-name prescription drugs.
- Female contraceptive devices.
- FDA-approved female generic emergency contraceptives; and.
- FDA-approved female generic over-the-counter (OTC) contraceptives.

> **Important Note:**
>
> This Plan does not cover all contraceptives.  For a current listing, contact Member Services by logging onto the member portal at www.Aaetna.com or calling the toll-free number on the back of the ID card.

Contraceptives can be paid either under your medical plan or pharmacy plan depending on the type of expense and how and where the expense is incurred.  Benefits are paid under your medical plan for female contraceptive prescription drugs and devices (including any related services and supplies) when they are provided, administered, or removed, by a physician during an office visit.

## Oral and Self-Injectable Infertility Drugs
The following prescription drugs used for treating infertility including, but not limited to:

- Urofollitropin, menotropin, human chorionic gonadotropin and progesterone.

## Lifestyle/Performance Drugs
The following lifestyle/performance drugs:

- Sildenafil Citrate, phentolamine, apomorphine and alprostadil in oral, injectable and topical (including but not limited to gels, creams, ointments and patches) forms or any other form used internally or externally. Expenses include any prescription drug in oral or topical form that is similar or identical class, has a similar or identical mode of action or exhibits similar or identical outcomes.
- Coverage is limited to 6 pills or other form, determined cumulatively among all forms, for unit amounts as determined by Aetna to be similar in cost to oral forms, per 30-day supply. Mail order and 60 to 90 day supplies are not covered.

# Preventive Care Drugs and Supplements
Covered expenses include preventive care drugs and supplements (including over-the-counter drugs and supplements) obtained at a network pharmacy.  They are covered when they are:
- prescribed by a physician;
- obtained at a pharmacy; and
- submitted to a pharmacist for processing.

The preventive care drugs and supplements covered under this Plan include, but may not be limited to:
- Aspirin:  Benefits are available to adults.
- Oral Fluoride Supplements:  Benefits are available to children whose primary water source is deficient in fluoride.
- Folic Acid Supplements:  Benefits are available to adult females planning to become pregnant or capable of pregnancy.
- Iron Supplements:  Benefits are available to children without symptoms of iron deficiency.  Coverage is limited to children who are at increased risk for iron deficiency anemia.
- Vitamin D Supplements:  Benefits are available to adults to promote calcium absorption and bone growth in their bodies.
- Risk-Reducing Breast Cancer Prescription Drugs: Covered medical expenses include charges incurred for generic prescription drugs prescribed by a physician for a woman who is at increased risk for breast cancer and is at low risk for adverse medication side effects.

CONDFIDENTIAL

Wellstar 001999

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul  .pdf

Coverage of preventive care drugs and supplements will be subject to any sex, age, medical condition, family history, and frequency guidelines in the recommendations of the United States Preventive Services Task Force.

Important Note:
For details on the guidelines and the current list of covered preventive care drugs and supplements, contact your physician or Member Services or view the preventive care prescription drug list by logging onto the member portal at www.Aaetna.com and Aetna Navigator, or calling the number on the back of your ID card.

### Tobacco Cessation Prescription and Over-the-Counter Drugs
Covered expenses include FDA-approved prescription drugs and over-the-counter (OTC) drugs to help stop the use of tobacco products, when prescribed by a prescriber and the prescription is submitted to the pharmacist for processing.

Refer to the Schedule of Benefits for the cost-sharing and supply limits that apply to these benefits.

## Precertification
Precertification is required for certain outpatient prescription drugs. Prescribers must contact Aetna to request and obtain coverage for such prescription drugs. The list of drugs requiring precertification is subject to periodic review and change by Aetna. For the most up to date information, call the toll-free number on your member ID card or log on to the member portal at www.Aetna.com.

Benefits will be reduced or denied if Aetna does not precertify your prescription drug. So, ask your prescriber or pharmacist if your prescription drug needs to be precertified.

### How to Obtain Precertification
If an outpatient prescription drug requires precertification and you use a network pharmacy the prescriber is required to obtain precertification for you.

Aetna will let your prescriber know if the prescription drug is precertified.

If precertification is denied Aetna will notify you how the decision can be appealed.

### Step Therapy
Step therapy is a type of precertification. With step therapy, some prescription drugs will not be covered until you try one or more "prerequisite therapy" prescription drugs. Your prescriber can ask for a medical exception which is detailed below.

The Plan will not cover the step therapy drug if you do not try a prerequisite therapy prescription drug first or if your prescriber does not get a medical exception.

Step therapy and prerequisite therapy prescription drugs are on the Aetna preferred drug guide available upon request or on the member portal at website at www.Aetna.com. The list of step therapy drugs is subject to change by Aetna.

### Medical Exceptions:
Your prescriber may seek a medical exception to obtain coverage for drugs for which coverage is denied through Precertification or Step Therapy. You or your prescriber must submit such exception requests to Aetna. Coverage granted as a result of a medical exception shall be based on an individual, case by case medical necessity determination and coverage will not apply or extend to other covered persons.

CONDFIDENTIAL

Wellstar 002000

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

## Pharmacy Benefit Limitations

A network pharmacy may refuse to fill a prescription order or refill when in the professional judgment of the pharmacist the prescription should not be filled.

Aetna will not reimburse you for out-of-pocket expenses for prescription drugs purchased from an out-of-network pharmacy for non-emergency prescriptions.

The Plan will not cover expenses for any prescription drug for which the actual charge to you is less than the required deductible or cost share amount, or for any prescription drug for which no charge is made to you.

You will be charged the out-of-network prescription drug cost sharing for prescription drugs recently approved by the FDA, but which have not yet been reviewed by the Aetna Health Pharmacy Management Department and Therapeutics Committee.

Aetna retains the right to review all requests for reimbursement and in its sole discretion make reimbursement determinations subject to the Complaint and Appeals section(s) of the Booklet.

Aetna reserves the right to include only one manufacturer's product on the preferred drug list when the same or similar drug (that, a drug with the same active ingredient), supply or equipment is made by two or more different manufacturers.

Aetna reserves the right to include only one dosage or form of a drug on the preferred drug list when the same drug (that is, a drug with the same active ingredient) is available in different dosages or forms from the same or different manufacturers. The product in the dosage or form that is listed on our preferred drug list will be covered at the applicable coinsurance amount.

The number of cost share payments or deductibles you are responsible for per vial of Depo-Provera, an injectable contraceptive, or similar type contraceptive dispensed for more than a 30-day supply, will be based on the 90-day supply level. Coverage is limited to a maximum of 5 vials per calendar year.

The Plan will not pay charges for any prescription drug dispensed by a mail order pharmacy for the treatment of erectile dysfunction, impotence or sexual dysfunction or inadequacy.

Some prescription drugs are subject to quantity limits. These quantity limits help your prescriber and pharmacist check that your prescription drug is used correctly and safely. Aetna relies on medical guidelines, FDA-approved recommendations from drug makers and other criteria developed by Aetna to set these quantity limits. The quantity limit may restrict either the amount dispensed per prescription order or refill.

Depending on the form and packing of the product, some prescription drugs are limited to a single commercially prepackaged item excluding insulin, diabetic supplies, test strips dispensed per prescription order or refill.

Depending on the form and packing of the product, some prescription drugs are limited to 100 units excluding insulin dispensed per prescription order or refill.

Any prescription drug that has duration of action extending beyond one (1) month shall require the number of cost share payments per prescribing unit that is equal to the anticipated duration of the medication. For example, a single injection of a drug that is effective for three (3) months would require three (3) cost share payments.

Specialty care prescription drugs may have limited access or distribution and are subject to supply limits.

Plan approved blood glucose meters, asthma holding chambers and peak flow meters are eligible health services, but are limited to one (1) prescription order per contract year.

CONDFIDENTIAL                                                                 Wellstar 002001

# Pharmacy Benefit Exclusions

Not every health care service or supply is covered by the Plan. Even if prescribed, recommended, or approved by your physician or dentist it may not be covered. The Plan covers only those services and supplies that are medically necessary and included in the What the Plan Covers section. Charges made for the following are not covered except to the extent listed under the What the Plan Covers section or by amendment attached to this Booklet. In addition, some services are specifically limited or excluded. This section describes expenses that are not covered or subject to special limitations.

These prescription drug exclusions are in addition to the exclusions listed under your medical coverage.

The Plan does not cover the following expenses:

Abortion drugs.

Administration or injection of any drug.

Any charges more than the benefit, dollar, day, or supply limits stated in this Booklet.

Allergy sera and extracts.

Any non-emergency charges incurred outside of the United States if you traveled to such location to obtain prescription drugs, or supplies, even if otherwise covered under this Booklet. This also includes prescription drugs or supplies if:
- Such drugs or supplies are unavailable or illegal in the United States, or
- The purchase of such prescription drugs or supplies outside the United States is considered illegal.

Any drugs or medications, services and supplies that are not medically necessary, as determined by Aetna, for the diagnosis, care or treatment of the illness or injury involved. This applies even if they are prescribed, recommended or approved by your physician or dentist.

Biological sera, blood, blood plasma, blood products or substitutes or any other blood products.

Contraception:

- Over the counter contraceptive supplies including but not limited to:
    - condoms;
    - contraceptive foams;
    - jellies; and
    - ointments;
- Services associated with the prescribing, monitoring and/or administration of contraceptives.

Cosmetic drugs, medications or preparations used for cosmetic purposes or to promote hair growth or removal, including but not limited to:

- health and beauty aids;
- chemical peels;
- dermabrasion;
- treatments;
- bleaching;
- creams;
- ointments or other treatments or supplies, to remove tattoos, scars or to alter the appearance or texture of the skin.

CONDFIDENTIAL

Wellstar 002002

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul   pdf

Compounded prescriptions.

Devices and appliances that do not have the National Drug Code (NDC).

Dietary supplements including medical foods.

Drugs given or entirely consumed at the time and place it is prescribed or dispensed.

Drugs for which the cost is recoverable under any federal, state, or government agency or any medication for which there is no charge made to the recipient.

Drugs which do not, by federal or state law, require a prescription order (i.e. over-the-counter (OTC) drugs), even if a prescription is written (except as specifically covered in the What the *Pharmacy* Plan Covers section.

Drugs provided by, or while the person is an inpatient in, any healthcare facility; or for any drugs provided on an outpatient basis in any such institution to the extent benefits are payable for it.

Drugs that include vitamins and minerals, both over-the counter (OTC) and legend, except legend pre-natal vitamins for pregnant or nursing females, liquid or chewable legend pediatric vitamins for children under age 13, and potassium supplements to prevent/treat low potassium and legend vitamins that are medically necessary for the treatment of renal disease, hyperparathyroidism or other covered conditions with prior approval from us unless recommended by the United States Preventive Services Task Force (USPSTF).

Drugs used for methadone maintenance medications used for drug detoxification.

Drugs used for weight gain or reduction not authorized by WellStar, including but not limited to:

- stimulants;
- preparations;
- foods or diet supplements;
- dietary regimens and supplements;
- food or food supplements;
- appetite suppressants; and
- other medications.

Drugs used for the treatment of obesity.

All drugs or growth hormones used to stimulate growth and treat idiopathic short stature unless there is evidence that the member meets one or more clinical criteria detailed in our precertification and clinical policies.

Drugs or medications that include the same active ingredient or a modified version of an active ingredient.

Drug or medication that is therapeutically equivalent or therapeutically alternative to a covered prescription drug.

Drug or medication that is therapeutically equivalent or therapeutically alternative to an over-the-counter (OTC) product.

Duplicative drug therapy (e.g. two antihistamine drugs.

Durable medical equipment, monitors and other equipment.

Experimental or investigational drugs or devices, except as described in the What the Plan Covers section.

CONDFIDENTIAL

Wellstar 002003

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

This exclusion will *not* apply with respect to drugs that:

- Have been granted treatment investigational new drug (IND); or Group c/treatment IND status; or
- Are being studied at the Phase III level in a national clinical trial sponsored by the National Cancer Institute; and
- Aetna determines, based on available scientific evidence, are effective or show promise of being effective for the illness.

Food items: Any food item, including:
- infant formulas;
- nutritional supplements;
- vitamins;
- medical foods and other nutritional items, even if it is the sole source of nutrition.

Genetics: Any treatment, device, drug, or supply to alter the body's genes, genetic make-up, or the expression of the body's genes except for the correction of congenital birth defects.

Immunization or immunological agents.

Implantable drugs and associated devices.

Injectables:

- Any charges for the administration or injection of prescription drugs or injectable insulin and other injectable drugs covered by the Plan;
- Injectable drugs dispensed by out-of-network pharmacies;
- Needles and syringes, except for diabetic needles and syringes;
- Injectable drugs if an alternative oral drug is available;
- For any refill of a designated self-injectable drug not dispensed by or obtained through the specialty pharmacy network. An updated copy of the list of self-injectable drugs designated by this Plan to be refilled by or obtained through the specialty pharmacy network is available upon request. You may also get a copy of the list on the member portal at www.Aetna.com;
- For any drug, which due to its characteristics as determined by us must typically be administered or supervised by a qualified provider or licensed certified health professional in an outpatient setting. This exception does not apply to Depo Provera and other injectable drugs used for contraception.

Insulin pumps or tubing or other ancillary equipment and supplies for insulin pumps.

Prescription drugs dispensed by an out-of-network pharmacy, except in a medical emergency or urgent care situation.

Prescription drugs for which there is an over-the-counter (OTC) product which has the same active ingredient and strength even if a prescription is written.

Prescription drugs, medications, injectables or supplies provided through a third-party vendor contract with the contract holder.

Prescription drugs dispensed by a mail order pharmacy that include prescription drugs that cannot be shipped by mail due to state or federal laws or regulations, or when the Plan considers shipment through the mail to be unsafe. Examples of these types of drugs include, but are not limited to, narcotics, amphetamines, DEA controlled substances and anticoagulants.

Prescription drugs that include an active metabolite, stereoisomer, prodrug (precursor) or altered formulation of another drug and is not clinically superior to that drug as determined by the Plan.

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul   pdf

Prescription drugs that are ordered by a dentist or prescribed by an oral surgeon in relation to the removal of teeth, or prescription drugs for the treatment of a dental condition.

Prescription drugs that are non-preferred drugs, unless non-preferred drugs are specifically covered as described in your schedule of benefits. However, a non-preferred drug will be covered if in the judgment of the prescriber there is no equivalent prescription drug on the preferred drug guide or the product on the preferred drug guide is ineffective in treating your disease or condition or has caused or is likely to cause an adverse reaction or harm you.

Prescription drugs that are being used or abused in a manner that is determined to be furthering an addiction to a habit-forming substance, the use of or intended use of which would be illegal, unethical, imprudent, abusive, not medically necessary, or otherwise improper; and drugs obtained for use by anyone other than the member identified on the ID card.

Prescription orders filled prior to the effective date or after the termination date of coverage under this Booklet.

Progesterone for the treatment of premenstrual syndrome (PMS) and compounded natural hormone therapy replacement.

Prophylactic drugs for travel.

Refills over the amount specified by the prescription order. Before recognizing charges, Aetna may require a new prescription or proof as to need, if a prescription or refill appears excessive under accepted medical practice standards.

Refills dispensed more than one year from the date the latest prescription order was written, or as otherwise allowed by applicable law of the jurisdiction in which the drug is dispensed.

Replacement of lost or stolen prescriptions.

Drugs, services and supplies given in connection with treatment of an occupational injury or occupational illness.

Tobacco use: Any treatment, drug, service or supply to stop or reduce smoking or the use of other tobacco products or to treat or reduce nicotine addiction, dependence or cravings.  This includes medications, nicotine patches and gum.

Strength and performance: Drugs or preparations, devices or supplies to enhance strength, physical condition, endurance or physical performance, including performance enhancing steroids
Supplies, devices or equipment of any type, except as specifically provided in the What the Plan Covers section.

Test agents except diabetic test agents.

# When Coverage Ends

Coverage under your plan can end for a variety of reasons. In this section, you will find details on how and why coverage ends, and how you may still be able to continue coverage.

## When Coverage Ends for Team Members
Your coverage through the Plan will end if:

- The Plan is discontinued;
- You voluntarily stop your coverage;
- You are no longer eligible for coverage;
- You do not make any required contributions;

CONFIDENTIAL

Wellstar 002005

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul   .pdf

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul   .pdf

- You become covered under another plan offered by your employer;
- You have exhausted your overall maximum lifetime benefit under your health plan, if your plan contains such a maximum benefit; or
- Your employer notifies Aetna that your employment is ended.

It is your employer's responsibility to let Aetna know when your employment ends.

## Your Proof of Prior Medical Coverage

Under the Health Insurance Portability and Accountability Act of 1996, your employer is required to give you a certificate of creditable coverage when your employment ends. This certificate proves that you were covered under this Plan when you were employed. Ask your employer about the certificate of creditable coverage.

## When Coverage Ends for Dependents <30SECTION01502>

Coverage for your dependents will end if:

- You are no longer eligible for dependents' coverage;
- You do not make your contribution for the cost of dependents' coverage;
- Your own coverage ends for any of the reasons listed under When Coverage Ends for Team Members. (This does not apply if you use up your overall lifetime maximum, if included);
- Your dependent is no longer eligible for coverage. Coverage ends at the end of the calendar month when your dependent does not meet the Plan's definition of a dependent; or
- As permitted under applicable federal and state law, your dependent becomes eligible for like benefits under this or any other group plan offered by your employer.

Coverage for dependents may continue for a period after your death. Coverage for handicapped dependents may continue after they reach any limiting age. See Continuation of Coverage for more information.

# Continuation of Coverage

## Continuing Health Care Benefits

### Handicapped Dependent Children

Health Expense Coverage for your fully handicapped dependent child may be continued past the maximum age for a dependent child. However, such coverage may not be continued if the child has been issued an individual medical conversion policy.

Your child is fully handicapped if:

- he or she is not able to earn his or her own living because of mental retardation or a physical handicap which started prior to the date he or she reaches the maximum age for dependent children under your Plan; and
- he or she depends chiefly on you for support and maintenance.

Proof that your child is fully handicapped must be submitted to Aetna no later than 31 days after the date your child reaches the maximum age under your Plan.

Coverage will cease on the first to occur of:

- Cessation of the handicap.
- Failure to give proof that the handicap continues.

CONDFIDENTIAL

- Failure to have any required exam.
- Termination of Dependent Coverage as to your child for any reason other than reaching the maximum age under your Plan.

Aetna will have the right to require proof of the continuation of the handicap. Aetna also has the right to examine your child as often as needed while the handicap continues at its own expense. An exam will not be required more often than once each year after 2 years from the date your child reached the maximum age under your Plan.

# COBRA Continuation of Coverage

If your employer is subject to COBRA requirements, the health plan continuation is governed by the Federal Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA) requirements. With COBRA, you and your dependents can continue health coverage, subject to certain conditions and your payment of contributions. Continuation rights are available following a "qualifying event" that would cause you or family members to otherwise lose coverage. Qualifying events are listed in this section.

## Continuing Coverage through COBRA

When you or your covered dependents become eligible, your employer will provide you with detailed information on continuing your health coverage through COBRA.

You or your dependents will need to:

- Complete and submit an application for continued health coverage, which is an election notice of your intent to continue coverage.
- Submit your application within 60 days of the qualifying event, or within 60 days of your employer's notice of this COBRA continuation right, if later.
- Agree to pay the required contributions.

## Who Qualifies for COBRA

You have 60 days from the qualifying event to elect COBRA. If you do not submit an application within 60 days, you will forfeit your COBRA continuation rights.

Below you will find the qualifying events and a summary of the maximum coverage periods according to COBRA requirements.

| Qualifying Event Causing Loss of Health Coverage | Covered Persons Eligible to Elect Continuation | Maximum Continuation Periods |
|---|---|---|
| Your active employment ends for reasons other than gross misconduct | You and your dependents | 18 months |
| Your working hours are reduced | You and your dependents | 18 months |
| You divorce or legally separate and are no longer responsible for dependent coverage | Your dependents | 36 months |
| You become entitled to benefits under Medicare | Your dependents | 36 months |
| Your covered dependent children no longer qualify as dependents under the Plan | Your dependent children | 36 months |

CONDFIDENTIAL

Wellstar 002007

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| You die | Your dependents | 36 months |
| You are a retiree eligible for health coverage and your former employer files for bankruptcy | You and your dependents | 18 months |

## Disability May Increase Maximum Continuation to 29 Months

### If You or Your Covered Dependents Are Disabled

If you or your covered dependent qualify for disability status under Title II or XVI of the Social Security Act during the 18-month continuation period, you or your covered dependent:

- Have the right to extend coverage beyond the initial 18-month maximum continuation period.
- Qualify for an additional 11-month period, subject to the overall COBRA conditions.
- Must notify your employer within 60 days of the disability determination status and before the 18-month continuation period ends.
- Must notify the employer within 30 days after the date of any final determination that you or a covered dependent is no longer disabled.
- Are responsible to pay the contributions after the 18th month, through the 29th month.

### If There Are Multiple Qualifying Events

A covered dependent could qualify for an extension of the 18 or 29-month continuation period by meeting the requirements of another qualifying event, such as divorce or death. The total continuation period, however, can never exceed 36 months.

## Determining Your Contributions For Continuation Coverage

Your contributions are regulated by law, based on the following:

- For the 18 or 36 month periods, contributions may never exceed 102 percent of the Plan costs.
- During the 18 through 29-month period, contributions for coverage during an extended disability period may never exceed 150 percent of the Plan costs.

## When You Acquire a Dependent During a Continuation Period

If through birth, adoption or marriage, you acquire a new dependent during the continuation period, your dependent can be added to the health plan for the remainder of the continuation period if:

- He or she meets the definition of an eligible dependent,
- Your employer is notified about your dependent within 31 days of eligibility, and
- Additional contributions for continuation are paid on a timely basis.

### Important Note

For more information about dependent eligibility, see the Eligibility, Enrollment and Effective Date section.

## When Your COBRA Continuation Coverage Ends

Your COBRA coverage will end when the first of the following events occurs:

- You or your covered dependents reach the maximum COBRA continuation period – the end of the 18, 29 or 36 months. (Coverage for a newly acquired dependent who has been added for the balance of a continuation period would end at the same time your continuation period ends, if he or she is not disabled nor eligible for an extended maximum).
- You or your covered dependents do not pay required contributions.
- You or your covered dependents become covered under another group plan that does not restrict coverage for preexisting conditions. If your new plan limits preexisting condition coverage, the continuation coverage under this Plan may remain in effect until the preexisting clause ceases to apply or the maximum continuation period is reached under this Plan.

CONDFIDENTIAL

Wellstar 002008

- The date your employer no longer offers a group health plan.
- The date you or a covered dependent becomes enrolled in benefits under Medicare. This does not apply if it is contrary to the Medicare Secondary Payer Rules or other federal law.
- You or your dependent dies.

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul   pdf

# Coordination of Benefits - What Happens When There is More Than One Health Plan

Other Plans Not Including Medicare

## Other Plans Not Including Medicare

Some persons have health coverage in addition to coverage under this Plan. Under these circumstances, it is not intended that a plan provide duplicate benefits. For this reason, many plans, including this Plan, have a "coordination of benefits" provision.

Under the coordination of benefits provision of this Plan, the amount normally reimbursed under this Plan is reduced to consider payments made by "other plans".

When this and another health expenses coverage plan applies, the order in which the various plans will pay benefits must be figured. This will be done as follows using the first rule that applies:

1. A plan with no rules for coordination with other benefits will be deemed to pay its benefits before a plan which contains such rules.
2. A plan which covers a person other than as a dependent will be deemed to pay its benefits before a plan which covers the person as a dependent; except that if the person is also a Medicare beneficiary and because of the Social Security Act of 1965, as amended, Medicare is:
   - secondary to the plan covering the person as a dependent; and
   - primary to the plan covering the person as other than a dependent;

   the benefits of a plan which covers the person as a dependent will be determined before the benefits of a plan which:

   - covers the person as other than a dependent; and
   - is secondary to Medicare.
3. Except in the case of a dependent child whose parents are divorced or separated; the plan which covers the person as a dependent of a person whose birthday comes first in a calendar year will be primary to the plan which covers the person as a dependent of a person whose birthday comes later in that calendar year. If both parents have the same birthday, the benefits of a plan which covered one parent longer are determined before those of a plan which covered the other parent for a shorter period of time.

   If the other plan does not have the rule described in this provision (3) but instead has a rule based on the gender of the parent and if, as a result, the plans do not agree on the order of benefits, the rule in the other plan will determine the order of benefits.
4. In the case of a dependent child whose parents are divorced or separated:

   a  If there is a court decree which states that the parents shall share joint custody of a dependent child, without stating that one of the parents is responsible for the health care expenses of the child, the order of benefit determination rules specified in (3) above will apply.

CONDFIDENTIAL

Wellstar 002010

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

b. If there is a court decree which makes one parent financially responsible for the medical, dental or other health care expenses of such child, the benefits of a plan which covers the child as a dependent of such parent will be determined before the benefits of any other plan which covers the child as a dependent child.

c. If there is not such a court decree:

  – If the parent with custody of the child has not remarried, the benefits of a plan which covers the child as a dependent of the parent with custody of the child will be determined before the benefits of a plan which covers the child as a dependent of the parent without custody.
  – If the parent with custody of the child has remarried, the benefits of a plan which covers the child as a dependent of the parent with custody shall be determined before the benefits of a plan which covers that child as a dependent of the stepparent. The benefits of a plan which covers that child as a dependent of the stepparent will be determined before the benefits of a plan which covers that child as a dependent of the parent without custody.

5. If 1, 2, 3 and 4 above do not establish an order of payment, the plan under which the person has been covered for the longest will be deemed to pay its benefits first; except that:

The benefits of a plan which covers the person on whose expenses claim is based as a:

  – laid-off or retired team members; or
  – the dependent of such person;

shall be determined after the benefits of any other plan which covers such person as:

  – a team member who is not laid-off or retired; or
  – a dependent of such person.

If the other plan does not have a provision:

  – regarding laid-off or retired team members; and
  – as a result, each plan determines its benefits after the other;

then the above paragraph will not apply.

The benefits of a plan which covers the person on whose expenses claim is based under a right of continuation pursuant to federal or state law shall be determined after the benefits of any other plan which covers the person other than under such right of continuation.

If the other plan does not have a provision:

  – regarding right of continuation pursuant to federal or state law; and
  – as a result, each plan determines its benefits after the other;

then the above paragraph will not apply.

The general rule is that the benefits otherwise payable under this Plan for all expenses processed during a single "processed claim transaction" will be reduced by the total benefits payable under all "other plans" for the same expenses. An exception to this rule is that when the coordination of benefits rules of this Plan and any "other plan" both agree that this Plan is primary, the benefits of the other plan will be ignored in applying this rule. As used in this paragraph, a "processed claim transaction" is a group of actual or prospective charges submitted to Aetna for consideration, that have been grouped together for administrative purposes as a "claim transaction" in accordance with Aetna's then current rules. The Medical/Pharmacy coverage will be coordinated with other Medical/Pharmacy plans.

To administer this provision, Aetna can release or obtain data. Aetna can also make or recover payments.

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

## Other Plan

This means any other plan of health expense coverage under:

- Group insurance.
- Any other type of coverage for persons in a group. This includes plans that are insured and those that are not.

# When You Have Medicare Coverage

Effect of Medicare

## Effect of Medicare

Health Expense Coverage under this Plan will be changed for any person while eligible for Medicare.

A person is "eligible for Medicare" if he or she is:

- Covered under it because of age, disability, or
- End Stage Renal Disease

These are the changes:

- The total amount of "regular benefits" under all Health Expense Benefits will be figured. (This will be the amount that would be payable if there were no Medicare benefits.) If this is more than the amount Medicare provides for the expenses involved, this Plan will pay the difference. Otherwise, this Plan will pay no benefits. This will be done for each claim.
- Charges used to satisfy a person's Part B deductible under Medicare will be applied under this Plan in the order received by Aetna. Two or more charges received at the same time will be applied starting with the largest first.
- Medicare benefits will be considered for any person while he or she is eligible for Medicare. This will be done whether or not he or she is entitled to Medicare benefits.
- Any rule for coordinating "other plan" benefits with those under this Plan will be applied after this Plan's benefits have been figured under the above rules. Any benefits under Medicare will not be deemed to be an "Allowable Expense."

Coverage will not be changed at any time when your Employer's compliance with federal law requires this Plan's benefits for a person to be figured before benefits are figured under Medicare.

CONDFIDENTIAL

Wellstar 002012

# General Provisions

## Type of Coverage

Coverage under the Plan is non-occupational. Only non-occupational injuries and non-occupational illnesses are covered. The Plan covers charges made for services and supplies only while the person is covered under the Plan.

## Physical Examinations

Aetna will have the right and opportunity to examine and evaluate any person who is the basis of any claim at all reasonable times while a claim is pending or under review. This will be done at no cost to you.

## Legal Action

No legal action can be brought to the Plan to recover payment under any benefit after 3 years from the deadline for filing claims.

## Additional Provisions

The following additional provisions apply to your coverage:

- This Booklet applies to coverage only, and does not restrict your ability to receive health care services that are not, or might not be, covered.
- You cannot receive multiple coverage under the Plan because you are connected with more than one employer.
- In the event of a misstatement of any fact affecting your coverage under the Plan, the true facts will be used to determine the coverage in force.
- This document describes the main features of the Plan. If you have any questions about the terms of the Plan or about the proper payment of benefits, contact Aetna.
- Sutter Health and Affiliates, the dominant health system in much of northern California, uses its bargaining power to insist on unique requirements to participate in the Aetna network. Aetna's contract with Sutter requires payment of claims that would otherwise be denied, such as those not medically necessary or experimental or investigational (but does not require payment for services the Plan expressly excludes from coverage, such as for cosmetic surgery). Aetna will charge the Plan for these claims to be able to continue providing Plan Participants with access to Sutter's services
- The Plan may be changed or discontinued with respect to your coverage.

Financial Sanctions Exclusions
If any benefit provided by this Plan violates or will violate any economic or trade sanctions, the coverage is immediately considered invalid. For example, Aetna companies cannot make payments for health care or other claims or services if it violates a financial sanction regulation.  This includes sanctions related to a blocked person or a country under sanction by the United States, unless permitted under a valid written Office of Foreign Asset Control (OFAC) license.  For more information, visit http://www.treasury.gov/resource-center/sanctions/Pages/default.aspx.

# Assignments

Coverage and your rights under this Plan may not be assigned. A direction to pay a provider is not an assignment of any right under this Plan or of any legal or equitable right to institute any court proceeding.

CONDFIDENTIAL

Wellstar 002013

# Misstatements

Aetna's failure to implement or insist upon compliance with any provision of this Plan at any given time or times, shall not constitute a waiver of Aetna's right to implement or insist upon compliance with that provision at any other time or times.

Fraudulent misstatements in connection with any claim or application for coverage may result in termination of all coverage under this Plan.

# Rescission of Coverage

Aetna may rescind your coverage if you, or the person seeking coverage on your behalf:

- Performs an act, practice or omission that constitutes fraud; or
- Makes an intentional misrepresentation of material fact.

You will be given 30-days advance written notice of any rescission of coverage.

As to medical and prescription drug coverage only, you have the right to an internal Appeal with Aetna and/or the right to a third-party review conducted by an independent External Review Organization if your coverage under this Booklet is rescinded retroactive to its Effective Date.

# Subrogation and Right of Recovery Provision

The provisions of this section apply to all current or former plan participants and to the parents, guardian, or other representative of a dependent child who incurs claims and is or has been covered by the Plan. The Plan's right to recover (whether by subrogation or reimbursement) shall apply to the personal representative of your estate, your decedents, minors, and incompetent or disabled persons. "You" or "your" includes anyone on whose behalf the Plan pays benefits. No adult covered person hereunder may assign any rights that it may have to recover medical expenses from any tortfeasor or other person or entity to any minor child or children of said adult covered person without the prior express written consent of the Plan.

The Plan's right of subrogation or reimbursement, as set forth below, extend to all insurance coverage available to you due to an injury, illness or condition for which the Plan has paid medical claims (including, but not limited to, liability coverage, uninsured motorist coverage, underinsured motorist coverage, personal umbrella coverage, medical payments coverage, workers' compensation coverage, no-fault automobile coverage or any first party insurance coverage).

Your health plan is always secondary to automobile no-fault coverage, personal injury protection coverage, or medical payments coverage.

No disbursement of any settlement proceeds or other recovery funds from any insurance coverage or other source will be made until the health plan's subrogation and reimbursement interest are fully satisfied.

Subrogation
The right of subrogation means the Plan is entitled to pursue any claims that you may have to recover the benefits paid by the Plan. Immediately upon paying or providing any benefit under the Plan, the Plan shall be subrogated to (stand in the place of) all rights of recovery with respect to any claim or potential claim against any party, due to an injury, illness or condition to the full extent of benefits provided or to be provided by the Plan. The Plan may assert a claim or file suit in your name and take appropriate action to assert its subrogation claim, with or without your consent. The Plan is not required to pay you part of any recovery it may obtain, even if it files suit in your name.

CONDFIDENTIAL

Wellstar 002014

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

## Reimbursement

If you receive any payment because of an injury, illness or condition, you agree to reimburse the Plan first from such payment for all amounts the Plan has paid and will pay because of that injury, illness or condition, up to and including the full amount of your recovery.

## Constructive Trust

By accepting benefits (whether the payment of such benefits is made to you or made on your behalf to any provider) you agree that if you receive any payment because of an injury, illness or condition, you will serve as a constructive trustee over those funds. Failure to hold such funds in trust will be deemed a breach of your fiduciary duty to the Plan. No disbursement of any settlement proceeds or other recovery funds from any insurance coverage or other source will be made until the health plan's subrogation and reimbursement interest are fully satisfied.

## Lien Rights

Further, the Plan will automatically have a lien to the extent of benefits paid by the Plan for the treatment of the illness, injury or condition upon any recovery whether by settlement, judgment, or otherwise, related to treatment for any illness, injury or condition for which the plan paid benefits. The lien may be enforced against any party who possesses funds or proceeds representing the amount of benefits paid by the Plan including, but not limited to, you, your representative or agent, and/or any other source that possessed or will possess funds representing the amount of benefits paid by the Plan.

## Assignment

To secure the Plan's recovery rights, you agree to assign to the Plan any benefits or claims or rights of recovery you have under any automobile policy or other coverage, to the full extent of the Plan's subrogation and reimbursement claims. This assignment allows the Plan to pursue any claim you may have, whether or not you choose to pursue the claim.

## First-Priority Claim

By accepting benefits from the Plan, you acknowledge that the Plan's recovery rights are a first priority claim and are to be repaid to the Plan before you receive any recovery for your damages. The Plan shall be entitled to full reimbursement on a first-dollar basis from any payments, even if such payment to the Plan will result in a recovery which is insufficient to make you whole or to compensate you in part or in whole for the damages sustained. The Plan is not required to participate in or pay your court costs or attorney fees to any attorney you hire to pursue your damage claim.

## Applicability to All Settlements and Judgments

The terms of this entire subrogation and right of recovery provision shall apply and the Plan is entitled to full recovery regardless of whether any liability for payment is admitted and regardless of whether the settlement or judgment identifies the medical benefits the Plan provided or purports to allocate any portion of such settlement or judgment to payment of expenses other than medical expenses. The Plan is entitled to recover from all settlements or judgments, even those designated as pain and suffering, non-economic damages, and/or general damages only. The Plan's claim will not be reduced due to your own negligence.

CONDFIDENTIAL

Wellstar 002015

Cooperation

You agree to cooperate fully with the Plan's efforts to recover benefits paid. It is your duty to notify the Plan within 30 days of the date when any notice is given to any party, including an insurance company or attorney, of your intention to pursue or investigate a claim to recover damages or obtain compensation due to your injury, illness or condition. You and your agents agree to provide the Plan or its representatives notice of any recovery you or your agents obtain prior to receipt of such recovery funds or within 5 days if no notice was given prior to receipt. Further, you and your agents agree to provide notice prior to any disbursement of settlement or any other recovery funds obtained. You and your agents shall provide all information requested by the Plan, the Claims Administrator or its representative including, but not limited to, completing and submitting any applications or other forms or statements as the Plan may reasonably request and all documents related to or filed in person injury litigation. Failure to provide this information, failure to assist the Plan in pursuit of its subrogation rights, or failure to reimburse the Plan from any settlement or recovery you receive may result in the denial of any future benefit payments or claim until the Plan is reimbursed in full, termination of your health benefits or the institution of court proceedings against you.

You shall do nothing to prejudice the Plan's subrogation or recovery interest or to prejudice the Plan's ability to enforce the terms of this plan provision. This includes, but is not limited to, refraining from making any settlement or recovery that attempts to reduce or exclude the full cost of all benefits provided by the Plan or disbursement of any settlement proceeds or other recovery prior to fully satisfying the health plan's subrogation and reimbursement interest.

You acknowledge that the Plan has the right to conduct an investigation regarding the injury, illness or condition to identify potential sources of recovery. The Plan reserves the right to notify all parties and his/ her agents of its lien. Agents include, but are not limited to, insurance companies and attorneys.

You acknowledge that the Plan has notified you that it has the right pursuant to the Health Insurance Portability & Accountability Act ("HIPAA"), 42 U.S.C. Section 1301 *et seq*, to share your personal health information in exercising its subrogation and reimbursement rights.

Interpretation

In the event that any claim is made that any part of this subrogation and right of recovery provision is ambiguous or questions arise concerning the meaning or intent of any of its terms, the Claims Administrator for the Plan shall have the sole authority and discretion to resolve all disputes regarding the interpretation of this provision.

Jurisdiction

By accepting benefits from the Plan, you agree that any court proceeding with respect to this provision may be brought in any court of competent jurisdiction as the Plan may elect. By accepting such benefits, you hereby submit to each such jurisdiction, waiving whatever rights may correspond due to your present or future domicile. By accepting such benefits, you also agree to pay all attorneys' fees the Plan incurs in successful attempts to recover amounts the Plan is entitled to under this section.

# Workers' Compensation

If benefits are paid under the Aetna medical benefits plan and Aetna determines you received Workers' Compensation benefits for the same incident, Aetna has the right to recover as described under the Subrogation and Right of Reimbursement provision. Aetna, on behalf of the Plan, will exercise its right to recover against you.

The Recovery Rights will be applied even though:

- The Workers' Compensation benefits are in dispute or are made by means of settlement or compromise;
- No final determination is made that bodily injury or illness was sustained in the course of or resulted from your employment;

CONDFIDENTIAL

Wellstar 002016

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul  .pdf

- The amount of Workers' Compensation due to medical or health care is not agreed upon or defined by you or the Workers' Compensation carrier; or
- The medical or health care benefits are specifically excluded from the Workers' Compensation settlement or compromise.

You hereby agree that, in consideration for the coverage provided by this Aetna medical benefits plan, you will notify Aetna of any Workers' Compensation claim you make, and that you agree to reimburse Aetna, on behalf of the Plan, as described above.

If benefits are paid under this Aetna medical benefits plan, and you or your covered dependent recover from a responsible party by settlement, judgment or otherwise, Aetna, on behalf of the Plan, has a right to recover from you or your covered dependent an amount equal to the amount the Plan paid.

# Recovery of Overpayments

## Health Coverage

If a benefit payment is made by the Plan, to or on your behalf, which exceeds the benefit amount that you are entitled to receive, the Plan has the right:

- To require the return of the overpayment; or
- To reduce by the amount of the overpayment, any future benefit payment made to or on behalf of that person or another person in his or her family.

Such right does not affect any other right of recovery the Plan may have with respect to such overpayment.

# Reporting of Claims

A claim must be submitted to Aetna in writing. It must give proof of the nature and extent of the loss. Your employer has claim forms.

All claims should be reported promptly. The deadline for filing a claim is 90 days after the date of the loss.

If, through no fault of your own, you are not able to meet the deadline for filing claim, your claim will still be accepted if you file as soon as possible. Unless you are legally incapacitated, late claims for health benefits will not be covered if they are filed more than 2 years after the deadline.

# Payment of Benefits

Benefits will be paid as soon as the necessary proof to support the claim is received. Written proof must be provided for all benefits.

All covered health benefits are payable to you. However, Aetna has the right to pay any health benefits to the service provider. This will be done unless you have told Aetna otherwise by the time you file the claim.

The Plan may pay up to $1,000 of any other benefit to any of your relatives whom it believes fairly entitled to it. This can be done if the benefit is payable to you and you are a minor or not able to give a valid release.

When a PCP provides care for you or a covered dependent, or care is provided by a network provider (network services or supplies), the network provider will take care of filing claims. However, when you seek care on your own (out-of-network services and supplies), you are responsible for filing your own claims.

CONDFIDENTIAL

# Records of Expenses

Keep complete records of the expenses of each person. They will be required when a claim is made.

Very important are:

- Names of physicians, dentists and others who furnish services.
- Dates expenses are incurred.
- Copies of all bills and receipts.

# Contacting Aetna

If you have questions, comments or concerns about your benefits or coverage, or if you are required to submit information to Aetna, you may contact Aetna's Home Office at:

Aetna Life Insurance Company
151 Farmington Avenue
Hartford, CT 06156

You may also use Aetna's toll free Member Services phone number on your ID card or visit the member portal at www.Aetna.com.

# Discount Programs

## Discount Arrangements
From time to time, we may offer, provide, or arrange for discount arrangements or special rates from certain service providers such as pharmacies, optometrists, dentists, alternative medicine, wellness and healthy living providers to you under this Plan. Some of these arrangements may be made available through third parties who may make payments to Aetna in exchange for making these services available.

The third-party service providers are independent contractors and are solely responsible to you for the provision of any such goods and/or services. We reserve the right to modify or discontinue such arrangements at any time. These discount arrangements are not insurance. There are no benefits payable to you nor do we compensate providers for services they may render through discount arrangements.

# Incentives

In order to encourage you to access certain medical services when deemed appropriate by you in consultation with your physician or other service providers, we may, from time to time, offer to waive or reduce a member's payment percentage and/or a deductible otherwise required under the Plan or offer coupons or other financial incentives. We have the right to determine the amount and duration of any waiver, reduction, coupon, or financial incentive and to limit the covered persons to whom these arrangements are available.

# Claims, Appeals and External Review

## Filing Health Claims under the Plan
Under the Plan, you may file claims for Plan benefits and appeal adverse claim determinations. Any reference to "you" in this Claims, Appeals and External Review section includes you and your Authorized Representative. An "Authorized Representative" is a person you authorize, in writing, to act on your behalf. The Plan will also recognize a court order giving a person authority to submit claims on your behalf. In the case of an urgent care claim, a health care professional with knowledge of your condition may always act as your Authorized Representative.

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul.pdf

If your claim is denied in whole or in part, you will receive a written notice of the denial from Aetna Life Insurance Company (Aetna). The notice will explain the reason for the denial and the appeal procedures available under the Plan.

Urgent Care Claims
An "Urgent Care Claim" is any claim for medical care or treatment for which the application of the time periods for making non-urgent care determinations could seriously jeopardize your life or health or your ability to regain maximum function, or, in the opinion of a physician with knowledge of your medical condition, would subject you to severe pain that cannot be adequately managed without the care or treatment that is the subject of the claim.

If the Plan requires advance approval of a service, supply or procedure before a benefit will be payable, and if Aetna or your physician determines that it is an Urgent Care Claim, you will be notified of the decision, whether adverse or not, as soon as possible but not later than 72 hours after the claim is received.

If there is not sufficient information to decide the claim, you will be notified of the information necessary to complete the claim as soon as possible, but not later than 24 hours after receipt of the claim. You will be given a reasonable additional amount of time, but not less than 48 hours, to provide the information, and you will be notified of the decision not later than 48 hours after the end of that additional time-period (or after receipt of the information, if earlier).

Other Claims (Pre-Service and Post-Service)
If the Plan requires you to obtain advance approval of a non-urgent service, supply or procedure before a benefit will be payable, a request for advance approval is considered a pre-service claim. You will be notified of the decision not later than 15 days after receipt of the pre-service claim.

For other claims (post-service claims), you will be notified of the decision not later than 30 days after receipt of the claim.

For either a pre-service or a post-service claim, these time periods may be extended up to an additional 15 days due to circumstances outside Aetna's control. In that case, you will be notified of the extension before the end of the initial 15 or 30-day period. For example, they may be extended because you have not submitted sufficient information, in which case you will be notified of the specific information necessary and given an additional period of at least 45 days after receiving the notice to furnish that information. You will be notified of Aetna's claim decision no later than 15 days after the end of that additional period (or after receipt of the information, if earlier).

For pre-service claims, which name a specific claimant, medical condition, and service or supply for which approval is requested, and which are submitted to an Aetna representative responsible for handling benefit matters, but which otherwise fail to follow the Plan's procedures for filing pre-service claims, you will be notified of the failure within 5 days (within 24 hours in the case of an urgent care claim) and of the proper procedures to be followed. The notice may be oral unless you request written notification.

Ongoing Course of Treatment
If you have received pre-authorization for an ongoing course of treatment, you will be notified in advance if the previously authorized course of treatment is intended to be terminated or reduced so that you will have an opportunity to appeal any decision to Aetna and receive a decision on that appeal before the termination or reduction takes effect. If the course of treatment involves urgent care, and you request an extension of the course of treatment at least 24 hours before its expiration, you will be notified of the decision within 24 hours after receipt of the request.

Health Claims – Standard Appeals
As an individual enrolled in the Plan, you have the right to file an appeal from an Adverse Benefit Determination relating to service(s) you have received or could have received from your health care provider under the Plan.

CONFIDENTIAL

Wellstar 002019

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

WellStar Legacy – 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul    pdf

An "Adverse Benefit Determination" is defined as a denial, reduction, termination of, or failure to, provide or make payment (in whole or in part) for a service, supply or benefit. Such Adverse Benefit Determination may be based on:

- Your eligibility for coverage, including a retrospective termination of coverage (whether or not there is an adverse effect on any benefit);
- Coverage determinations, including plan limitations or exclusions;
- The results of any Utilization Review activities;
- A decision that the service or supply is experimental or investigational; or
- A decision that the service or supply is not medically necessary.

A "Final Internal Adverse Benefit Determination" is defined as an Adverse Benefit Determination that has been upheld by the appropriate named fiduciary (Aetna) at the completion of the internal appeals process, or an Adverse Benefit Determination for which the internal appeals process has been exhausted.

Exhaustion of Internal Appeals Process
Generally, you are required to complete all appeal processes of the Plan before being able to obtain External Review or bring an action in litigation. However, if Aetna, or the Plan or its designee, does not strictly adhere to all claim determination and appeal requirements under applicable federal law, you are considered to have exhausted the Plan's appeal requirements ("Deemed Exhaustion") and may proceed with External Review or may pursue any available remedies under §502(a) of ERISA or under state law, as applicable.

There is an exception to the Deemed Exhaustion rule. Your claim or internal appeal may not go straight to External Review if:
    A rule violation was minor and is not likely to influence a decision or harm you; and
    It was for a good cause or was beyond Aetna's or the Plan's or its designee's control; and
    It was part of an ongoing good faith exchange between you and Aetna or the Plan.
This exception is not available if the rule violation is part of a pattern or practice of violations by Aetna or the Plan.

You may request a written explanation of the violation from the Plan or Aetna, and the Plan or Aetna must provide such explanation within 10 days, including a specific description of its bases, if any, for asserting that the violation should not cause the internal claims and appeals process to be deemed exhausted. If an External Reviewer or a court rejects your request for immediate review on the basis that the Plan met the standards for the exception, you have the right to resubmit and pursue the internal appeal of the claim. In such a case, within a reasonable time after the External Reviewer or court rejects the claim for immediate review (not to exceed 10 days), you will receive notice of the opportunity to resubmit and pursue the internal appeal of the claim. Time periods for re-filing the claim shall begin to run upon your receipt of such notice.

Full and Fair Review of Claim Determinations and Appeals
Aetna will provide you, free of charge, with any new or additional evidence considered, relied upon, or generated by Aetna (or at the direction of Aetna), or any new or additional rationale as soon as possible and sufficiently in advance of the date on which the notice of Final Internal Adverse Benefit Determination is provided, to give you a reasonable opportunity to respond prior to that date.

You may file an appeal in writing to Aetna at the address provided in this booklet, or, if your appeal is of an urgent nature, you may call Aetna's Member Services Unit at the toll-free phone number on your ID card. Your request should include the group name (that is, your employer), your name, member ID, or other identifying information shown on the front of the Explanation of Benefits form, and any other comments, documents, records and other information you would like to have considered, whether or not submitted in connection with the initial claim.

An Aetna representative may call you or your health care provider to obtain medical records and/or other pertinent information to respond to your appeal.

You will have 180 days following receipt of an Adverse Benefit Determination to appeal the determination to Aetna. You will be notified of the decision not later than 15 days (for pre-service claims) or 30 days (for post-service claims) after the appeal is received. You may submit written comments, documents, records and other information relating to

CONDFIDENTIAL    Wellstar 002020

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

your claim, whether or not the comments, documents, records or other information were submitted about the initial claim. A copy of the specific rule, guideline or protocol relied upon in the Adverse Benefit Determination will be provided free of charge upon request by you or your Authorized Representative. You may also request that Aetna provide you, free of charge, copies of all documents, records and other information relevant to the claim.

If your claim involves urgent care, an expedited appeal may be initiated by a telephone call to the phone number included in your denial, or to Aetna's Member Services. Aetna's Member Services telephone number is on your Identification Card. You or your Authorized Representative may appeal urgent care claim denials either orally or in writing. All necessary information, including the appeal decision, will be communicated between you or your Authorized Representative and Aetna by telephone, facsimile, or other similar method. You will be notified of the decision not later than 36 hours after the appeal is received.

If you are dissatisfied with the appeal decision on an urgent care claim, you may file a second level appeal with Aetna. You will be notified of the decision not later than 36 hours after the appeal is received.

If you are dissatisfied with a pre-service or post-service appeal decision, you may file a second level appeal with Aetna within 60 days of receipt of the level one appeal decision. Aetna will notify you of the decision not later than 15 days (for pre-service claims) or 30 days (for post-service claims) after the appeal is received.

If you do not agree with the Final Internal Adverse Benefit Determination on review, you have the right to bring a civil action under Section 502(a) of ERISA, if applicable.

## Health Claims – Voluntary Appeals
### External Review
"External Review" is a review of an eligible Adverse Benefit Determination or a Final Internal Adverse Benefit Determination by an Independent Review Organization/External Review Organization (ERO) or by the State Insurance Commissioner, if applicable.

A "Final External Review Decision" is a determination by an ERO after an External Review.

You must complete all the levels of standard appeal described above before you can request External Review, other than in a case of Deemed Exhaustion. Subject to verification procedures that the Plan may establish, your Authorized Representative may act on your behalf in filing and pursuing this voluntary appeal.

You may file a voluntary appeal for External Review of any Adverse Benefit Determination or any Final Internal Adverse Benefit Determination that qualifies as set forth below.

The notice of Adverse Benefit Determination or Final Internal Adverse Benefit Determination that you receive from Aetna will describe the process to follow if you wish to pursue an External Review, and will include a copy of the Request for External Review Form.

You must submit the Request for External Review Form to Aetna within 123 calendar days of the date you received the Adverse Benefit Determination or Final Internal Adverse Benefit Determination notice. If the last filing date would fall on a Saturday, Sunday or Federal holiday, the last filing date is extended to the next day that is not a Saturday, Sunday or Federal holiday. You also must include a copy of the notice and all other pertinent information that supports your request.

If you file a voluntary appeal, any applicable statute of limitations will be tolled while the appeal is pending. The filing of a claim will have no effect on your rights to any other benefits under the Plan. However, the appeal is voluntary and you are not required to undertake it before pursuing legal action.

If you choose not to file for voluntary review, the Plan will not assert that you have failed to exhaust your administrative remedies because of that choice.

CONDFIDENTIAL

Request for External Review
The External Review process under this Plan gives you the opportunity to receive review of an Adverse Benefit Determination (including a Final Internal Adverse Benefit Determination) conducted pursuant to applicable law. Your request will be eligible for External Review if the claim decision involves medical judgment and the following are satisfied:

- Aetna, or the Plan or its designee, does not strictly adhere to all claim determination and appeal requirements under federal law (except for minor violations); or
- the standard levels of appeal have been exhausted; or
- the appeal relates to a rescission, defined as a cancellation or discontinuance of coverage which has retroactive effect.

An Adverse Benefit Determination based upon your eligibility is not eligible for External Review.

If upon the final standard level of appeal, the coverage denial is upheld and it is determined that you are eligible for External Review, you will be informed in writing of the steps necessary to request an External Review.

An independent review organization refers the case for review by a neutral, independent clinical reviewer with appropriate expertise in the area in question. The decision of the independent external expert reviewer is binding on you, Aetna and the Plan unless otherwise allowed by law.

Preliminary Review
Within 5 business days following the date of receipt of the request, Aetna must provide a preliminary review determining: you were covered under the Plan at the time the service was requested or provided, the determination does not relate to eligibility, you have exhausted the internal appeals process (unless Deemed Exhaustion applies), and you have provided all paperwork necessary to complete the External Review and you are eligible for external review.

Within one business day after completion of the preliminary review, Aetna must issue to you a notification in writing. If the request is complete but not eligible for External Review, such notification will include the reasons for its ineligibility and contact information for the Employee Benefits Security Administration (toll-free number 866-444-EBSA (3272)). If the request is not complete, such notification will describe the information or materials needed to make the request complete and Aetna must allow you to perfect the request for External Review within the 123 calendar days filing period or within the 48-hour period following the receipt of the notification, whichever is later.

Referral to ERO
Aetna will assign an ERO accredited as required under federal law, to conduct the External Review. The assigned ERO will timely notify you in writing of the request's eligibility and acceptance for External Review, and will provide an opportunity for you to submit in writing within 10 business days following the date of receipt, additional information that the ERO must consider when conducting the External Review. Within one (1) business day after making the decision, the ERO must notify you, Aetna and the Plan.

The ERO will review all the information and documents timely received. In reaching a decision, the assigned ERO will review the claim and not be bound by any decisions or conclusions reached during the Plan's internal claims and appeals process. In addition to the documents and information provided, the assigned ERO, to the extent the information or documents are available and the ERO considers them appropriate, will consider the following in reaching a decision:

(i) Your medical records;
(ii) The attending health care professional's recommendation;
(iii) Reports from appropriate health care professionals and other documents submitted by the Plan or issuer, you, or your treating provider;
(iv) The terms of your Plan to ensure that the ERO's decision is not contrary to the terms of the Plan, unless the terms are inconsistent with applicable law;
(v) Appropriate practice guidelines, which must include applicable evidence-based standards and may include any other practice guidelines developed by the Federal government, national or professional medical societies, boards,

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

and associations;

(vi) Any applicable clinical review criteria developed and used by Aetna, unless the criteria are inconsistent with the terms of the Plan or with applicable law; and

(vii) The opinion of the ERO's clinical reviewer or reviewers after considering the information described in this notice to the extent the information or documents are available and the clinical reviewer or reviewers consider appropriate.

The assigned ERO must provide written notice of the Final External Review Decision within 45 days after the ERO receives the request for the External Review. The ERO must deliver the notice of Final External Review Decision to you, Aetna and the Plan.
After a Final External Review Decision, the ERO must maintain records of all claims and notices associated with the External Review process for six years. An ERO must make such records available for examination by the claimant, Plan, or State or Federal oversight agency upon request, except where such disclosure would violate State or Federal privacy laws.

Upon receipt of a notice of a Final External Review Decision reversing the Adverse Benefit Determination or Final Internal Adverse Benefit Determination, the Plan immediately must provide coverage or payment (including immediately authorizing or immediately paying benefits) for the claim.

Expedited External Review
The Plan must allow you to request an expedited External Review at the time you receive:

(a) An Adverse Benefit Determination if the Adverse Benefit Determination involves a medical condition for which the timeframe for completion of an expedited internal appeal would seriously jeopardize your life or health or would jeopardize your ability to regain maximum function and you have filed a request for an expedited internal appeal; or

(b) A Final Internal Adverse Benefit Determination, if you have a medical condition where the timeframe for completion of a standard External Review would seriously jeopardize your life or health or would jeopardize your ability to regain maximum function, or if the Final Internal Adverse Benefit Determination concerns an admission, availability of care, continued stay, or health care item or service for which you received emergency services, but have not been discharged from a facility.

Immediately upon receipt of the request for expedited External Review, Aetna will determine whether the request meets the reviewability requirements set forth above for standard External Review. Aetna must immediately send you a notice of its eligibility determination.

Referral of Expedited Review to ERO
Upon a determination that a request is eligible for External Review following preliminary review, Aetna will assign an ERO. The ERO shall render a decision as expeditiously as your medical condition or circumstances require, but in no event, more than 72 hours after the ERO receives the request for an expedited External Review. If the notice is not in writing, within 48 hours after the date of providing that notice, the assigned ERO must provide written confirmation of the decision to you, Aetna and the Plan.

CONDFIDENTIAL

Wellstar 002023

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul    pdf

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

Appeal to the Plan

If the appeal is not eligible for ERO or if the ERO upholds the denial, then Aetna will inform the participant and beneficiary of their right to appeal to the WellStar Employee Medical Plan Appeals Committee for final review.

If you choose to appeal to the Plan or its designee following an adverse determination by External Review where applicable or an adverse determination at the final level of standard appeals, you must do so in writing, and you should send the following information:

- The specific reason(s) for the appeal;
- Copies of all past correspondence with Aetna or the ERO (including any EOBs); and
- Any applicable information that you have not yet sent to Aetna and the ERO.

If you file a voluntary appeal, you will be deemed to authorize the Plan or its designee to obtain information from Aetna relevant to your claim.

Mail your written appeal directly to:
WellStar Health System, Inc.
793 Sawyer Road
Marietta GA 30062

The Plan or its designee will review your appeal. The reviewer will evaluate your claim within 60 days after you file your appeal and make a decision. If the reviewer needs more time, the reviewer may take an additional 60-day period. The reviewer will notify you in advance of this extension. The reviewer will follow relevant internal rules maintained by Aetna to the extent they do not conflict with the Plan's own internal guidelines.

The reviewer will notify you of the final decision on your appeal electronically or in writing. The written notice will give you the reason for the decision and what Plan provisions apply.

All decisions by the Plan or its designee with respect to your claim shall be final and binding.

CONDFIDENTIAL

Wellstar 002024

# Glossary

In this section, you will find definitions for the words and phrases that appear in bold type throughout the text of this Booklet.

## A

### Aetna
Aetna Life Insurance Company, an affiliate, or a third-party vendor under contract with Aetna.

### Ambulance
A vehicle that is staffed with medical personnel and equipped to transport an ill or injured person.

### Average Wholesale Price (AWP)
The current average wholesale price of a prescription drug listed in the Facts and Comparisons weekly price updates (or any other similar publication designated by Aetna) on the day that a pharmacy claim is submitted for adjudication.

## B

### Behavioral Health Provider/Practitioner
A licensed organization or professional providing diagnostic, therapeutic or psychological services for behavioral health conditions.

### Birthing Center
A freestanding facility that meets *all* the following requirements:

- Meets licensing standards.
- Is set up, equipped and run to provide prenatal care, delivery and immediate postpartum care.
- Charges for its services.
- Is directed by at least one physician who is a specialist in obstetrics and gynecology.
- Has a physician or certified nurse midwife present at all births and during the immediate postpartum period.
- Extends staff privileges to physicians who practice obstetrics and gynecology in an area hospital.
- Has at least 2 beds or 2 birthing rooms for use by patients while in labor and during delivery.
- Provides, during labor, delivery and the immediate postpartum period, full-time skilled nursing services directed by an R.N. or certified nurse midwife.
- Provides, or arranges with a facility in the area for, diagnostic X-ray and lab services for the mother and child.
- Has the capacity to administer a local anesthetic and to perform minor surgery. This includes episiotomy and repair of perineal tear.
- Is equipped and has trained staff to handle emergency medical conditions and provide immediate support measures to sustain life if:
  - Complications arise during labor; or
  - A child is born with an abnormality which impairs function or threatens life.
- Accepts only patients with low-risk pregnancies.
- Has a written agreement with a hospital in the area for emergency transfer of a patient or a child. Written procedures for such a transfer must be displayed and the staff must be aware of them.
- Provides an ongoing quality assurance program. This includes reviews by physicians who do not own or direct the facility.
- Keeps a medical record on each patient and child.

CONDFIDENTIAL

Wellstar 002025

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf



## Body Mass Index

This is a practical marker that is used to assess the degree of obesity and is calculated by dividing the weight in kilograms by the height in meters squared.

## Brand-Name Prescription Drug

A prescription drug with a proprietary name assigned to it by the manufacturer or distributor and so indicated by Medi-Span or any other similar publication designated by Aetna or an affiliate.

# C

## Cosmetic

Services or supplies that alter, improve or enhance appearance.

## Covered Expenses

Medical, dental, vision or hearing services and supplies shown as covered under this Booklet.

## Creditable Coverage

A person's prior medical coverage as defined in the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

Such coverage includes:

- Health coverage issued on a group or individual basis;
- Medicare;
- Medicaid;
- Health care for members of the uniformed services;
- A program of the Indian Health Service;
- A state health benefits risk pool;
- The Federal Employees' Health Benefit Plan (FEHBP);
- A public health plan (any plan established by a State, the government of the United States, or any subdivision of a State or of the government of the United States, or a foreign country);
- Any health benefit plan under Section 5(e) of the Peace Corps Act; and
- The State Children's Health Insurance Program (S-Chip).

## Custodial Care

Services and supplies that are primarily intended to help you meet personal needs. Custodial care can be prescribed by a physician or given by trained medical personnel. It may involve artificial methods such as feeding tubes, ventilators or catheters. Examples of custodial care include:

- Routine patient care such as changing dressings, periodic turning and positioning in bed, administering medications;
- Care of a stable tracheostomy (including intermittent suctioning);
- Care of a stable colostomy/ileostomy;
- Care of stable gastrostomy/jejunostomy/nasogastric tube (intermittent or continuous) feedings;
- Care of a stable indwelling bladder catheter (including emptying/changing containers and clamping tubing);
- Watching or protecting you;
- Respite care, adult (or child) day care, or convalescent care;
- Institutional care, including room and board for rest cures, adult day care and convalescent care;
- Help with the daily living activities, such as walking, grooming, bathing, dressing, getting in or out of bed, toileting, eating or preparing foods;

CONDFIDENTIAL

Wellstar 002026

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

- Any services that a person without medical or paramedical training could be trained to perform; and
- Any service that can be performed by a person without any medical or paramedical training.

# D

## Day Care Treatment

A partial confinement treatment program to provide treatment for you during the day. The hospital, psychiatric hospital or residential treatment facility does not make a room charge for day care treatment. Such treatment must be available for at least 4 hours, but not more than 12 hours in any 24-hour period.

## Deductible

The part of your covered expenses you pay before the Plan starts to pay benefits. Additional information regarding deductibles and deductible amounts can be found in the *Schedule of Benefits*.

## Dentist

A legally qualified dentist, or a physician licensed to do the dental work he or she performs.

## Detoxification

The process by which an alcohol-intoxicated or drug-intoxicated; or an alcohol-dependent or drug-dependent person is medically managed through the period of time necessary to eliminate, by metabolic or other means, the:

- Intoxicating alcohol or drug;
- Alcohol or drug-dependent factors; or
- Alcohol in combination with drugs;

as determined by a physician. The process must keep the physiological risk to the patient at a minimum, and take place in a facility that meets any applicable licensing standards established by the jurisdiction in which it is located.

## Directory

A listing of all network providers serving the class of team members to which you belong. The contract holder will give you a copy of this directory. Network provider information is also available through Aetna's online provider directory, DocFind®.

## Durable Medical and Surgical Equipment (DME)

Equipment, and the accessories needed to operate it, that is:

- Made to withstand prolonged use;
- Made for and mainly used in the treatment of an illness or injury;
- Suited for use in the home;
- Not normally of use to people who do not have an illness or injury;
- Not for use in altering air quality or temperature; and
- Not for exercise or training.

Durable medical and surgical equipment does not include equipment such as whirlpools, portable whirlpool pumps, sauna baths, massage devices, over bed tables, elevators, communication aids, vision aids and telephone alert systems.

CONDFIDENTIAL

Wellstar 002027

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

# E

## E-visit

An E-visit is an online internet consultation between a physician and an established patient about a non-emergency healthcare matter. This visit must be conducted through an Aetna authorized internet E-visit service vendor.

## Emergency Care

This means the treatment given in a hospital's emergency room to evaluate and treat an emergency medical condition.

## Emergency Medical Condition

A recent and severe medical condition, including (but not limited to) severe pain, which would lead a prudent layperson possessing an average knowledge of medicine and health, to believe that his or her condition, illness, or injury is of such a nature that failure to get immediate medical care could result in:

- Placing your health in serious jeopardy; or
- Serious impairment to bodily function; or
- Serious dysfunction of a body part or organ; or
- In the case of a pregnant woman, serious jeopardy to the health of the fetus.

## Experimental or Investigational

A drug, a device, a procedure, or treatment will be determined to be experimental or investigational if:

- There are insufficient outcomes data available from controlled clinical trials published in the peer-reviewed literature to substantiate its safety and effectiveness for the illness or injury involved; or
- Approval required by the U. S. Food and Drug Administration (FDA) has not been granted for marketing; or
- A recognized national medical or dental society or regulatory agency has determined, in writing, that it is experimental or investigational, or for research purposes; or
- It is a type of drug, device, procedure or treatment that is the subject of a Phase I or Phase II clinical trial or the experimental or research arm of a Phase III clinical trial, using the definition of "phases" indicated in regulations and other official actions and publications of the FDA and Department of Health and Human Services; or
- The written protocol or protocols used by the treating facility, or the protocol or protocols of any other facility studying substantially the same:
  - drug;
  - device;
  - procedure; or
  - treatment, or the written informed consent used by the treating facility or by another facility studying the same drug, device, procedure, or treatment states that it is experimental or investigational, or for research purposes.

# G

## Generic Prescription Drug

A prescription drug, that is identified by its:
- chemical;
- proprietary; or
- non-proprietary name; and
- is accepted by the U.S. Food and Drug Administration as therapeutically the same; and
- can be replaced with drugs with the same amount of active ingredient; and
- so, stated by Medispan or any other publication named by Aetna or consort.

CONDFIDENTIAL

Wellstar 002028

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

# H

## Homebound

This means that you are confined to your place of residence:

- Due to an illness or injury which makes leaving the home medically contraindicated; or
- Because the act of transport would be a serious risk to your life or health.

Situations where you would not be considered homebound include (but are not limited to) the following:

- You do not often travel from home because of feebleness or insecurity brought on by advanced age (or otherwise); or
- You are wheelchair bound but could safely be transported via wheelchair accessible transportation.

## Home Health Care Agency

An agency that meets all the following requirements.

- Mainly provides skilled nursing and other therapeutic services.
- Is associated with a professional group (of at least one physician and one R.N.) which makes policy.
- Has full-time supervision by a physician or an R.N.
- Keeps complete medical records on each person.
- Has an administrator.
- Meets licensing standards.

## Home Health Care Plan

This is a plan that provides for continued care and treatment of an illness or injury. The care and treatment must be:

- Prescribed in writing by the attending physician; and
- An alternative to a hospital or skilled nursing facility stay.

## Home Host Provider

Some PCPs are affiliated with integrated delivery systems (IDS) or other provider groups (such as Independent Practice Associations and Physician-Hospital Associations). These are referred to as Home Host Providers. If your PCP participates in such an arrangement, you will usually be referred to specialists and hospitals within that system or group. However, if your medical needs extend beyond the scope of the affiliated providers, you may ask to have services provided by non-affiliated physicians or facilities. Services provided by non-affiliated providers may require prior authorization from Aetna and/or the IDS or other provider group. Check with your PCP or call the Member Services number that appears on your ID card to find out if prior authorization is necessary.

## Hospice Care

This is care given to a terminally ill person by or under arrangements with a hospice care agency. The care must be part of a hospice care program.

## Hospice Care Agency

An agency or organization that meets all the following requirements:

- Has hospice care available 24 hours a day.
- Meets any licensing or certification standards established by the jurisdiction where it is located.
- Provides:
  - Skilled nursing services;
  - Medical social services; and
  - Psychological and dietary counseling.

CONDFIDENTIAL

Wellstar 002029

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

- Provides, or arranges for, other services which include:
  - Physician services;
  - Physical and occupational therapy;
  - Part-time home health aide services which mainly consist of caring for terminally ill people; and
  - Inpatient care in a facility when needed for pain control and acute and chronic symptom management.
- Has at least the following personnel.
  - One physician;
  - One R.N.; and
  - One licensed or certified social worker employed by the agency.
- Establishes policies about how hospice care is provided.
- Assesses the patient's medical and social needs.
- Develops a hospice care program to meet those needs.
- Provides an ongoing quality assurance program. This includes reviews by physicians, other than those who own or direct the agency.
- Permits all area medical personnel to utilize its services for their patients.
- Keeps a medical record on each patient.
- Uses volunteers trained in providing services for non-medical needs.
- Has a full-time administrator.

## Hospice Care Program

This is a written plan of hospice care, which:

- Is established by and reviewed from time to time by a physician attending the person, and appropriate personnel of a hospice care agency;
- Is designed to provide palliative and supportive care to terminally ill persons, and supportive care to their families; and
- Includes an assessment of the person's medical and social needs; and a description of the care to be given to meet those needs.

## Hospice Facility

A facility, or distinct part of one, that meets all the following requirements:

- Mainly provides inpatient hospice care to terminally ill persons.
- Charges patients for its services.
- Meets any licensing or certification standards established by the jurisdiction where it is located.
- Keeps a medical record on each patient.
- Provides an ongoing quality assurance program including reviews by physicians other than those who own or direct the facility.
- Is run by a staff of physicians. At least one staff physician must be on call at all times.
- Provides 24-hour-a-day nursing services under the direction of an R.N.
- Has a full-time administrator.

## Hospital

An institution that:

- Is primarily engaged in providing, on its premises, inpatient medical, surgical and diagnostic services;
- Is supervised by a staff of physicians;
- Provides twenty-four (24) hour-a-day R.N. service,
- Charges patients for its services;
- Is operating in accordance with the laws of the jurisdiction in which it is located; and

CONDFIDENTIAL

Wellstar 002030

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

- Does not meet all the requirements above, but does meet the requirements of the jurisdiction in which it operates for licensing as a hospital and is accredited as a hospital by the Joint Commission on the Accreditation of Healthcare Organizations.

*In no event,* does hospital include a convalescent nursing home or any institution or part of one which is used principally as a convalescent facility, rest facility, nursing facility, facility for the aged, extended care facility, intermediate care facility, skilled nursing facility, hospice, rehabilitative hospital or facility primarily for rehabilitative or custodial services.

## Hospitalization
A continuous confinement as an inpatient in a hospital for which a room and board charge is made.

## I

### Illness
A pathological condition of the body that presents a group of clinical signs and symptoms and laboratory findings peculiar to the findings set the condition apart as an abnormal entity differing from other normal or pathological body states.

### Infertile or Infertility
The condition of a presumably healthy covered person who is unable to conceive or produce conception after:

- For a woman who is under 35 years of age: 1 year or more of timed, unprotected coitus, or 12 cycles of artificial insemination; or
- For a woman who is 35 years of age or older: 6 months or more of timed, unprotected coitus, or 6 cycles of artificial insemination.

### Injury
An accidental bodily injury that is the sole and direct result of:

- An unexpected or reasonably unforeseen occurrence or event; or
- The reasonable unforeseeable consequences of a voluntary act by the person.
- An act or event must be definite as to time and place.

### Institute of Excellence (IOE)
A hospital or other facility that has contracted with Aetna to give services or supplies to an IOE patient in connection with specific transplants, procedures at a negotiated charge. A facility is an IOE facility only for those types of transplants, procedures for which it has signed a contract.

CONDFIDENTIAL

Wellstar 002031

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

# J

## Jaw Joint Disorder
This is:

- A Temporomandibular Joint (TMJ) dysfunction or any alike disorder of the jaw joint; or
- A Myofacial Pain Dysfunction (MPD); or
- Any alike disorder in the relationship of the jaw joint and the related muscles and nerves.

# L

## Late Enrollee
This is a team member in an Eligible Class who requests enrollment under this Plan after the Initial Enrollment Period. In addition, this is an eligible dependent for whom the team member did not elect coverage within the Initial Enrollment Period, but for whom coverage is elected at a later time.

However, an eligible team member or dependent may not be considered a Late Enrollee under certain circumstances. See the Special Enrollment Periods section of the Booklet.

## L.P.N.
A licensed practical or vocational nurse.

# M

## Mail Order Pharmacy
An establishment where prescription drugs are legally given out by mail or another carrier.

## Maintenance Care
Care made up of services and supplies that:

- Are given mainly to maintain, rather than to improve, a level of physical, or mental function; and
- Give a surrounding free from exposures that can worsen the person's physical or mental condition.

## Medically Necessary or Medical Necessity
These are health care or dental services, and supplies or prescription drugs that a physician, other health care provider or dental provider, exercising prudent clinical judgment, would give to a patient for:

- preventing;
- evaluating;
- diagnosing; or
- treating:
    - an illness;
    - an injury;
    - a disease; or
    - its symptoms.

The provision of the service, supply or prescription drug must be:

a) In accordance with generally accepted standards of medical or dental practice;
b) Clinically appropriate, in terms of type, frequency, extent, site and duration, and considered effective for the patient's illness, injury or disease; and

CONDFIDENTIAL

Wellstar 002032

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul   .pdf

c)  Not mostly for the convenience of the patient, physician, other health care or dental provider; and
d)  And do not cost more than an alternative service or sequence of services at least as likely to produce the same therapeutic or diagnostic results as to the diagnosis or treatment of that patient's illness, injury, or disease.

For these purposes "generally accepted standards of medical or dental practice" means standards that are based on credible scientific evidence published in peer-reviewed literature. They must be generally recognized by the relevant medical or dental community. Otherwise, the standards are consistent with physician or dental specialty society recommendations. They must be consistent with the views of physicians or dentists practicing in relevant clinical areas and any other relevant factors.

## Mental Disorder

An illness commonly understood to be a mental disorder, whether or not it has a physiological basis, and for which treatment is generally provided by or under the direction of a behavioral health provider/practitioner such as a psychiatric physician, a psychologist or a psychiatric social worker.

Any one of the following conditions is a mental disorder under this Plan:

- Anorexia/Bulimia Nervosa.
- Bipolar disorder.
- Major depressive disorder.
- Obsessive compulsive disorder.
- Panic disorder.
- Pervasive developmental disorder (including Autism).
- Psychotic disorders/Delusional disorder.
- Schizo-affective disorder.
- Schizophrenia.

Also included is any other mental condition which requires Medically Necessary treatment.

## Morbid Obesity

This means a Body Mass Index that is: greater than 40 kilograms per meter squared; or equal to or greater than 35 kilograms per meter squared with a comorbid medical condition, including: hypertension; a cardiopulmonary condition; sleep apnea; or diabetes.

# N

## Negotiated Charge

As to health expense coverage, other than Prescription Drug Expense Coverage:

The negotiated charge is the maximum charge a network provider has agreed to make as to any service or supply for the benefits under this Plan.

As to Prescription Drug Expense Coverage:
The negotiated charge is the amount Aetna has established for each prescription drug obtained from a network pharmacy under this Plan. This negotiated charge may reflect amounts Aetna has agreed to pay directly to the network pharmacy or to a third-party vendor for the prescription drug, and may include an additional service or risk charge set by Aetna.

The negotiated charge does not include or reflect any amount Aetna, an affiliate, or a third-party vendor, may receive under a rebate arrangement between Aetna, an affiliate or a third-party vendor and a drug manufacturer for any prescription drug, including prescription drugs on the preferred drug guide.

CONDFIDENTIAL

Based on its overall drug purchasing, Aetna may receive rebates from the manufacturers of prescription drugs and may receive or pay additional amounts from or to third parties underprice guarantees. These amounts will not change the negotiated charge under this Plan.

## Network Advanced Reproductive Technology (ART) Specialist

A specialist physician who has entered into a contractual agreement with Aetna for the provision of covered Advanced Reproductive Technology (ART) services.

## Network Provider

A health care provider or pharmacy who has contracted to furnish services or supplies for this Plan; but only if the provider is, with Aetna's consent, included in the directory as a network provider for:

- The service or supply involved; and
- The class of team members to which you belong.

## Network Service(s) or Supply(ies)

Health care service or supply that is:

- Furnished by a network provider; or
- Furnished or arranged by your PCP.

## Night Care Treatment

A partial confinement treatment program provided when you need to be confined during the night. A room charge is made by the hospital, psychiatric hospital or residential treatment facility. Such treatment must be available at least:

- 8 hours in a row a night; and
- 5 nights a week.

## Non-Occupational Illness

A non-occupational illness is an illness that does not:

- Arise out of (or in the course of) any work for pay or profit; or
- Result in any way from an illness that does.

An illness will be deemed to be non-occupational regardless of cause if proof is furnished that the person:

- Is covered under any type of workers' compensation law; and
- Is not covered for that illness under such law.

## Non-Occupational Injury

A non-occupational injury is an accidental bodily injury that does not:

- Arise out of (or in the course of) any work for pay or profit; or
- Result in any way from an injury which does.

## Non-Preferred Drug (Non-Formulary)

A prescription drug that is not listed in the preferred drug guide. This includes prescription drugs on the preferred drug guide exclusions list that are approved by medical exception.

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

## Non-Specialist
A physician who is not a specialist.

## Non-Urgent Admission
An inpatient admission that is not an emergency admission or an urgent admission.

# O

## Occupational Injury or Occupational Illness
An injury or illness that:

- Arises out of (or in the course of) any activity in connection with employment or self-employment whether or not on a full-time basis; or
- Results in any way from an injury or illness that does.

## Occurrence
This means a period of disease or injury. An occurrence ends when 60 consecutive days have passed during which the covered person:

- Receives no medical treatment; services; or supplies; for a disease or injury; and
- Neither takes any medication, nor has any medication prescribed, for a disease or injury.

## Orthodontic Treatment
This is any:

- Medical service or supply; or
- Dental service or supply;

furnished to prevent or to diagnose or to correct a misalignment:

- Of the teeth; or
- Of the bite; or
- Of the jaws or jaw joint relationship;

whether or not for relieving pain.

The following are not considered orthodontic treatment:

- The installation of a space maintainer; or
- A surgical procedure to correct malocclusion.

## Out-of-Network Service(s) and Supply(ies)
Health care service or supply that is:

- Furnished by an out-of-network provider; or
- Not furnished or arranged by your PCP.

## Out-of-Network Provider
A health care provider or pharmacy who has not contracted with Aetna, an affiliate, or a third-party vendor, to furnish services or supplies for this plan.

CONDFIDENTIAL

Wellstar 002035

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

# P

## Partial Confinement Treatment

A plan of medical, psychiatric, nursing, counseling, and/or therapeutic services to treat mental disorders and substance abuse. The Plan must meet these tests:

- It is carried out in a hospital; psychiatric hospital or residential treatment facility; on less than a full-time inpatient basis.
- It is in accord with accepted medical practice for the condition of the person.
- It does not require full-time confinement.
- It is supervised by a psychiatric physician who weekly reviews and evaluates its effect.

## Payment Percentage

Payment percentage is both the percentage of covered expenses that the Plan pays, and the percentage of covered expenses that you pay. The percentage that the Plan pays is referred to as the "plan payment percentage," and varies by the type of expense. Please refer to the *Schedule of Benefits* for specific information on payment percentage amounts.

## Pharmacy

An establishment where prescription drugs are legally dispensed. Pharmacy includes a retail pharmacy, mail order pharmacy and specialty pharmacy network pharmacy.

## Physician

A duly licensed member of a medical profession who:

- Has an M.D. or D.O. degree;
- Is properly licensed or certified to provide medical care under the laws of the jurisdiction where the individual practices; and
- Provides medical services which are within the scope of his or her license or certificate.

This also includes a health professional who:

- Is properly licensed or certified to provide medical care under the laws of the jurisdiction where he or she practices;
- Provides medical services which are within the scope of his or her license or certificate;
- Under applicable insurance law is considered a "physician" for purposes of this coverage;
- Has the medical training and clinical expertise suitable to treat your condition;
- Specializes in psychiatry, if your illness or injury is caused, to any extent, by alcohol abuse, substance abuse or a mental disorder; and
- A physician is not you or related to you.

## Precertification or Precertify

A process where Aetna is contacted before certain services are provided, such as hospitalization or outpatient surgery, or prescription drugs are prescribed to determine whether the services being recommended or the drugs prescribed are considered covered expenses under the Plan. It is not a guarantee that benefits will be payable.

## Preferred Drug Guide

A listing of prescription drugs established by Aetna or an affiliate, which includes both brand name prescription drugs and generic prescription drugs. This list is subject to periodic review and modification by Aetna or an affiliate. A copy of the preferred drug guide will be available upon your request or may be accessed on the member portal at www.Aetna.com/formulary.

CONDFIDENTIAL

Wellstar 002036

## Preferred Drug Guide Exclusions List

A list of prescription drugs in the preferred drug guide that are identified as excluded under the Plan. This list is subject to periodic review and modification by Aetna.

## Preferred Network Pharmacy

A WellStar pharmacy or network retail pharmacy that has contracted with Aetna, an affiliate, or a third-party vendor, to provide outpatient prescription drugs that we have identified as a preferred network pharmacy.

## Prescriber

Any physician or dentist, acting within the scope of his or her license, who has the legal authority to write an order for a prescription drug.

## Prescription

An order for the dispensing of a prescription drug by a prescriber. If it is an oral order, it must be promptly put in writing by the pharmacy.

## Prescription Drug

A drug, biological, or compounded prescription which, by State and Federal Law, may be dispensed only by prescription and which is required to be labeled "Caution: Federal Law prohibits dispensing without prescription." This includes:

- An injectable drug prescribed to be self-administered or administered by any other person except one who is acting within his or her capacity as a paid healthcare professional. Covered injectable drugs include injectable insulin.

## Primary Care Physician (PCP)

This is the network provider who:

- Is selected by a person from the list of primary care physicians in the directory;
- Supervises, coordinates and provides initial care and basic medical services to a person as a general or family care practitioner, or in some cases, as an internist or a pediatrician; and
- Is shown on Aetna's records as the person's PCP.

## Psychiatric Hospital

This is an institution that meets all the following requirements.

- Mainly provides a program for the diagnosis, evaluation, and treatment of alcoholism, substance abuse or mental disorders.
- Is not mainly a school or a custodial, recreational or training institution.
- Provides infirmary-level medical services. Also, it provides, or arranges with a hospital in the area for, any other medical service that may be required.
- Is supervised full-time by a psychiatric physician who is responsible for patient care and is there regularly.
- Is staffed by psychiatric physicians involved in care and treatment.
- Has a psychiatric physician present during the whole treatment day.
- Provides, at all times, psychiatric social work and nursing services.
- Provides, at all times, skilled nursing services by licensed nurses who are supervised by a full-time R.N
- Prepares and maintains a written plan of treatment for each patient based on medical, psychological and social needs. The plan must be supervised by a psychiatric physician.
- Makes charges.
- Meets licensing standards.

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

## Psychiatric Physician

This is a physician who:

- Specializes in psychiatry; or
- Has the training or experience to do the required evaluation and treatment of alcoholism, substance abuse or mental disorders.

# R

## Recognized Charge

The amount of an out-of-network provider's charge that is eligible for coverage. You are responsible for all amounts above the recognized charge. The recognized charge may be less than the provider's full charge.

Your Plan's recognized charge applies to all out-of-network covered expenses except out of network emergency services. It applies even to charges from an out-of-network provider in a hospital that is a network provider. It also applies when your PCP or another network provider refers you to an out-of-network provider. Except for Aetna facility fee schedule, the recognized charge is determined based on the Geographic area where you receive the service or supply.

Except as otherwise specified below, the recognized charge for each service or supply is the lesser of what the provider bills and:

- For professional services and for other services or supplies not mentioned below:
  - 125% of the Medicare allowable rate

- For services of hospitals and other facilities:
  - 140% of the Medicare allowable rate

- For prescription drugs:
  - 110% of the Average wholesale price (AWP)

The recognized charge is the negotiated charge for providers with whom we have a direct contract but are not network providers or, if there is no direct contract, with whom we have a contract through any third party that is not an affiliate of Aetna.

If your ID card displays the National Advantage Program (NAP) logo, the recognized charge is the rate we have negotiated with your NAP provider. Your out-of-network cost sharing applies when you get care from NAP providers, except for emergency services.

A NAP provider is a provider with whom we have a contract through any third party that is not an affiliate of Aetna or through the Coventry National or First Health Networks. However, a NAP provider listed in the NAP directory is not a network provider.

We have the right to apply Aetna reimbursement policies. Those policies may further reduce the recognized charge. These policies consider factors such as:
- The duration and complexity of a service
- When multiple procedures are billed at the same time, whether additional overhead is required
- Whether an assistant surgeon is necessary for the service
- If follow up care is included
- Whether other characteristics modify or make a service unique
- When a charge includes more than one claim line, whether any services described by a claim line are part of or incidental to the primary service provided and
- The educational level, licensure or length of training of the provider

CONDFIDENTIAL

Wellstar 002038

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

Aetna reimbursement policies are based on our review of:

- The Centers for Medicare and Medicaid Services' (CMS) National Correct Coding Initiative (NCCI) and other external materials that say what billing and coding practices are and are not appropriate
- Generally accepted standards of medical and dental practice and
- The views of physicians and dentists practicing in the relevant clinical areas

We use commercial software to administer some of these policies. Some policies are different for professional services than for facility services.

Special terms used
Aetna facility fee schedule, Average wholesale price (AWP), Geographic area, and Medicare allowable rates are defined as follows:

Aetna facility fee schedule
The schedule of rates we developed using our data or experience for out-of-network facility services and supplies. We adjust the schedule from time to time at our discretion.

Average wholesale price (AWP)
Is the current average wholesale price of a prescription drug listed in the Medi-span weekly price updates (or any other similar publication chosen by Aetna).

Geographic area
The Geographic area made up of the first three digits of the U.S. Postal Service zip codes. If we determine we need more data for a service or supply, we may base rates on a wider Geographic area such as an entire state.

Medicare allowable rates
Except as specified below, these are the rates CMS establishes for services and supplies provided to Medicare enrollees. We update our systems with these revised rates within 180 days of receiving them from CMS. If Medicare does not have a rate, we will determine the rate as follows:

- Use the same method CMS uses to set Medicare rates.
- Look at what other providers charge.
- Look at how much work it takes to perform a service.
- Look at other things as needed to decide what rate is reasonable for a service or supply.

> **Additional information:**
> Get the most value out of your benefits. Use the "Estimate the Cost of Care" tool on Aetna Navigator® to help decide whether to get care in network or out-of-network. The member portal at www.Aetna.com may contain additional information which may help you determine the cost of a service or supply. Log on to Aetna Navigator® to access the "Estimate the Cost of Care" feature. Within this feature, view our "Cost of Care" and "Member Payment Estimator" tools.

## Rehabilitation Facility
A facility, or a distinct part of a facility which provides rehabilitative services, meets any licensing or certification standards established by the jurisdiction where it is located, and makes charges for its services.

## Rehabilitative Services
The combined and coordinated use of medical, social, educational and vocational measures for training or retraining if you are disabled by illness or injury.

## Residential Treatment Facility (Mental Disorders)
This is an institution that meets all the following requirements:

- Is accredited by one of the following agencies, commissions or committees for the services being provided: The Joint Commission (TJC), Committee on Accreditation of Rehabilitation Facilities (CARF), American Osteopathic

CONDFIDENTIAL

Wellstar 002039

Association's Healthcare Facilities Accreditation Program (HFAP) or the Council on Accreditation (COA); or is credentialed by Aetna;

- Meets all applicable licensing standards established by the jurisdiction in which it is located;
- Performs a comprehensive patient assessment preferably before admission, but at least upon admission;
- Creates individualized active treatment plans directed toward the alleviation of the impairment that caused the admission;
- Can involve family/support systems in the therapeutic process;
- Has the level of skilled intervention and provision of care must be consistent with the patient's illness and risk;
- Provides access to psychiatric care by a psychiatrist as necessary for the provision of such care;
- Provides treatment services that are managed by a behavioral health provider/practitioner who functions under the direction/supervision of a medical director; and
- Is not a wilderness treatment program (whether or not the program is part of a licensed residential treatment facility, or otherwise licensed institution), educational services, schooling or any such related or similar program, including therapeutic programs within a school setting.

In addition to the above requirements, for Mental Health Residential Treatment Programs:

- A behavioral health provider/practitioner must be actively on duty 24 hours per day for 7 days a week;
- The patient is treated by a psychiatrist at least once per week; and
- The medical director must be a psychiatrist.

## Residential Treatment Facility (Substance Abuse)

This is an institution that meets all the following requirements:

- Is accredited by one of the following agencies, commissions or committees for the services being provided: The Joint Commission (TJC), Committee on Accreditation of Rehabilitation Facilities (CARF), American Osteopathic Association's Healthcare Facilities Accreditation Program (HFAP), or the Council on Accreditation (COA); or is credentialed by Aetna;
- Meets all applicable licensing standards established by the jurisdiction in which it is located;
- Performs a comprehensive patient assessment preferably before admission, but at least upon admission;
- Creates individualized active treatment plans directed toward the alleviation of the impairment that caused the admission;
- Can involve family and/or support systems in the therapeutic process;
- Has the level of skilled intervention and provision of care that is consistent with the patient's illness and risk;
- Provides access to psychiatric care by a psychiatrist as necessary for the provision of such care;
- Provides treatment services that are managed by a behavioral health provider/practitioner who functions under the direction/supervision of a medical director; and
- Is not a wilderness treatment program (whether or not the program is part of a licensed residential treatment facility, or otherwise licensed institution), educational services, schooling or any such related or similar program, including therapeutic programs within a school setting.

In addition to the above requirements, for Chemical Dependence Residential Treatment Programs:

- Is a behavioral health provider/practitioner or an appropriately state certified professional (for example, CADC, CAC);
- Is actively on duty during the day and evening therapeutic programming; and
- The medical director must be a physician who is an addiction specialist.

In addition to the above requirements, for Chemical Dependence Detoxification Programs within a residential setting:

- An R.N. is onsite 24 hours per day for 7 days a week; and
- The care must be provided under the direct supervision of a physician.

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

## R.N.
A registered nurse.

## Room and Board
Charges made by an institution for room and board and other medically necessary services and supplies. The charges must be regularly made at a daily or weekly rate.

# S

## Self-injectable Drug(s)
Prescription drugs that are intended to be self-administered by injection to a specific part of the body to treat medical conditions.

## Semi-Private Room Rate
The room and board charge that an institution applies to the most beds in its semi-private rooms with 2 or more beds. If there are no such rooms, Aetna will figure the rate based on the rate most commonly charged by similar institutions in the same geographic area.

## Service Area
This is the geographic area, as determined by Aetna, in which network providers for this Plan are located.

## Skilled Nursing Facility
An institution that meets all the following requirements:

- It is licensed to provide, and does provide, the following on an inpatient basis for persons convalescing from illness or injury:
    - Professional nursing care by an R.N., or by a L.P.N. directed by a full-time R.N.; and
    - Physical restoration services to help patients to meet a goal of self-care in daily living activities.
- Provides 24 hour a day nursing care by licensed nurses directed by a full-time R.N.
- Is supervised full-time by a physician or an R.N.
- Keeps a complete medical record on each patient.
- Has a utilization review plan.
- Is not mainly a place for rest, for the aged, for drug addicts, for alcoholics, for mental retardates, for custodial or educational care, or for care of mental disorders.
- Charges patients for its services.
- An institution or a distinct part of an institution that meets all the following requirements:
    - It is licensed or approved under state or local law.
    - Is primarily engaged in providing skilled nursing care and related services for residents who require medical or nursing care, or rehabilitation services for the rehabilitation of injured, disabled, or sick persons.
- Qualifies as a skilled nursing facility under Medicare or as an institution accredited by:
    - The Joint Commission on Accreditation of Health Care Organizations;
    - The Bureau of Hospitals of the American Osteopathic Association; or
    - The Commission on the Accreditation of Rehabilitative Facilities

Skilled nursing facilities also include rehabilitation hospitals (all levels of care, e.g. acute) and portions of a hospital designated for skilled or rehabilitation services.

CONDFIDENTIAL

Wellstar 002041

Skilled nursing facility does not include:

- Institutions which provide only:
    - Minimal care;
    - Custodial care services;
    - Ambulatory; or
    - Part-time care services.
- Institutions which primarily provide for the care and treatment of alcoholism, substance abuse or mental disorders.

## Skilled Nursing Services
Services that meet all the following requirements:

- The services require medical or paramedical training.
- The services are rendered by an R.N. or L.P.N. within the scope of his or her license.
- The services are not custodial.

## Specialist
A physician who practices in any generally accepted medical or surgical sub-specialty.

## Specialty Care
Health care services or supplies that require the services of a specialist.

## Specialty Care Drugs
Injectable, infusion and oral prescription drugs that are prescribed to address complex, chronic diseases with associated co-morbidities such as cancer, rheumatoid arthritis, hemophilia, multiple sclerosis.
You can access the list of these specialty care prescription drugs by calling the toll-free number on your Member ID card or by logging on to the member portal at www.Aetna.com

## Specialty Pharmacy Network
A network of pharmacies designated to fill specialty care drugs.

## Stay
A full-time inpatient confinement for which a room and board charge is made.

## Step Therapy
A form of precertification under which certain prescription drugs will be excluded from coverage, unless a first-line therapy drug(s) is used first by you. The list of step-therapy drugs is subject to change by Aetna or an affiliate. An updated copy of the list of drugs subject to step therapy shall be available upon request by you or may be accessed on the member portal at www.Aetna.com/formulary.

## Substance Abuse
This is a physical or psychological dependency, or both, on a controlled substance or alcohol agent (These are defined on Axis I in the Diagnostic and Statistical Manual of Mental Disorders (DSM) published by the American Psychiatric Association which is current as of the date services are rendered to you or your covered dependents.) This term does not include conditions not attributable to a mental disorder that are a focus of attention or treatment (the V codes on Axis I of DSM); an addiction to nicotine products, food or caffeine intoxication.

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

## Surgery Center

A freestanding ambulatory surgical facility that meets all the following requirements:

- Meets licensing standards.
- Is set up, equipped and run to provide general surgery.
- Charges for its services.
- Is directed by a staff of physicians. At least one of them must be on the premises when surgery is performed and during the recovery period.
- Has at least one certified anesthesiologist at the site when surgery requiring general or spinal anesthesia is performed and during the recovery period.
- Extends surgical staff privileges to:
  - Physicians who practice surgery in an area hospital; and
  - Dentists who perform oral surgery.
- Has at least 2 operating rooms and one recovery room.
- Provides, or arranges with a medical facility in the area for, diagnostic x-ray and lab services needed in connection with surgery.
- Does not have a place for patients to stay overnight.
- Provides, in the operating and recovery rooms, full-time skilled nursing services directed by an R.N.
- Is equipped and has trained staff to handle emergency medical conditions.

Must have all the following:

- A physician trained in cardiopulmonary resuscitation; and
- A defibrillator; and
- A tracheotomy set; and
- A blood volume expander.
- Has a written agreement with a hospital in the area for immediate emergency transfer of patients.
- Written procedures for such a transfer must be displayed and the staff must be aware of them.
- Provides an ongoing quality assurance program.  The program must include reviews by physicians who do not own or direct the facility.
- Keeps a medical record on each patient.

# T

## Terminally Ill (Hospice Care)

Terminally ill means a medical prognosis of 12 months or less to live.

## Therapeutic Drug Class

A group of drugs or medications that have a similar or identical mode of action or exhibit similar or identical outcomes for the treatment of a disease or injury.

# U

## Urgent Admission

A hospital admission by a physician due to:

- The onset of or change in an illness; or
- The diagnosis of an illness; or
- An injury.
- The condition, while not needing an emergency admission, is severe enough to require confinement as an inpatient in a hospital within 2 weeks from the date the need for the confinement becomes apparent.

CONDFIDENTIAL

## Urgent Care Facility
A facility licensed as a freestanding medical facility by applicable state and federal laws to treat an urgent condition

## Urgent Care Provider
This is:

- A freestanding medical facility that meets all the following requirements.
    - Provides unscheduled medical services to treat an urgent condition if the person's physician is not reasonably available.
    - Routinely provides ongoing unscheduled medical services for more than 8 consecutive hours.
    - Charges for its services and supplies.
    - Is licensed and certified as required by any state or federal law or regulation.
    - Keeps a medical record on each patient.
    - Provides an ongoing quality assurance program. This includes reviews by physicians other than those who own or direct the facility.
    - Is run by a staff of physicians. At least one physician must be on call at all times.
    - Has a full-time administrator who is a licensed physician.
- A physician's office, but only one that:
    - Has contracted with Aetna to provide urgent care; and
    - Is, with Aetna's consent, included in the directory as a network urgent care provider.

It is not the emergency room or outpatient department of a hospital.

## Urgent Condition
This means a sudden illness; injury; or condition; that:

- Is severe enough to require prompt medical attention to avoid serious deterioration of your health;
- Includes a condition which would subject you to severe pain that could not be adequately managed without urgent care or treatment;
- Does not require the level of care provided in the emergency room of a hospital; and
- Requires immediate outpatient medical care that cannot be postponed until your physician becomes reasonably available.

# W

## Walk-in Clinic
Walk-in Clinics are free-standing health care facilities.  They are an alternative to a physician's office visit for treatment of:
- Unscheduled, non-emergency illnesses and injuries;
- The administration of certain immunizations; and
- Individual screening and counseling services.

It is not an alternative for emergency room services or the ongoing care provided by a physician.

Neither:
- An emergency room; nor
- The outpatient department of a hospital; shall be considered a Walk-in Clinic.

CONDFIDENTIAL

Wellstar 002044

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul  .pdf

# General Information

## WellStar Health System, Inc.

The following information is provided to you in accordance with the Employee Retirement Income Security Act of 1974 (ERISA).

**Name of Plan:**
WellStar Health System Employee Medical Plan

**Employer Identification Number:**
58-1649541

**Plan Number:**
505

**Type of Plan:**
Welfare

**Type of Administration:**
Administrative Services Contract with:

Aetna Life Insurance Company
151 Farmington Avenue
Hartford, CT 06156

**Plan Administrator:**
WellStar Health System, Inc.
793 Sawyer Road
Marietta GA 30062
Telephone Number: (470) 644-0100

**Agent For Service of Legal Process:**
WellStar Health System, Inc.
WellStar Employee Medical Plan Appeals Committee
793 Sawyer Road
Marietta GA 30062

Service of legal process may also be made upon the Plan Administrator

**End of Plan Year:**
December 31

**Source of Contributions:**
Employer and Team Member

**Procedure for Amending the Plan:**
The Employer may amend the Plan from time to time by a written instrument signed by the person designated by the plan Administrator.

CONDFIDENTIAL

Wellstar 002045

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

# ERISA Rights

As a participant in the group benefit plan you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974. ERISA provides that all plan participants shall be entitled to:

Receive Information about Your Plan and Benefits
Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all documents governing the Plan, including insurance contracts, collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) that is filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts, collective bargaining agreements, and copies of the latest annual report (Form 5500 Series), and an updated Summary Plan Description. The Administrator may make a reasonable charge for the copies.

Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

Receive a copy of the procedures used by the Plan for determining a qualified domestic relations order (QDRO) or a qualified medical child support order (QMCSO).

Continue Group Health Plan Coverage
Continue health care coverage for yourself, your spouse, or your dependents if there is a loss of coverage under the Plan because of a qualifying event. You or your dependents may have to pay for such coverage. Review this summary plan description and the documents governing the Plan for the rules governing your COBRA continuation coverage rights.

Reduction or elimination of exclusionary periods of coverage for preexisting conditions under your group health plan, if you have creditable coverage from another plan. You should be provided a certificate of creditable coverage, free of charge, from your group health plan or health insurance issuer when you lose coverage under the Plan, when you become entitled to elect COBRA continuation coverage, when your COBRA continuation coverage ceases, if you request it before losing coverage, or if you request it up to 24 months after losing coverage. Without evidence of creditable coverage, you may be subject to preexisting condition exclusion for 12 months after your enrollment date in your coverage under this Plan. Contact your Plan Administrator for assistance in obtaining a certificate of creditable coverage.

Prudent Actions by Plan Fiduciaries
In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the team member benefit plan. The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in your interest and that of other plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

Enforce Your Rights
If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA there are steps you can take to enforce the above rights. For instance, if you request materials from the Plan and do not receive them within 30 days you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay up to $ 110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrator.

CONDFIDENTIAL

Wellstar 002046

If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court. In addition, if you disagree with the Plan's decision or lack thereof concerning the status of a domestic relations order or a medical child support order, you may file suit in a federal court.

If Plan fiduciaries misuse the Plan's money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

## Assistance with Your Questions

If you have any questions about your Plan, you should contact the Plan Administrator.

If you have any questions about this statement or about your rights under ERISA, you should contact:

- the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory; or
- the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington D.C. 20210.

You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

Required benefit notifications can be accessed through the MyBenefits portal at www.wellstarmybenefits.org.

CONFIDENTIAL

Wellstar 002047

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

# Schedule of Benefits

| | |
|---|---|
| **Employer:** | **WellStar Health System, Inc.** |
| **MSA:** | 868066 |

| | |
|---|---|
| **Effective Date:** | January 1, 2017 |
| **Schedule:** | 1A |
| **Booklet Base:** | 1 |

For: WellStar Employee Medical Plan - WellShare Premium HSA Plan

This is an ERISA plan, and you have certain rights under this plan. Please contact your Employer for additional information.

| | |
|---|---|
| WellStar's HSA Contribution | $500 Team Member |
| | $750 Team Member + Spouse/Team Member + Child |
| | $1,000 Family/Team Member + Children |

WellShare Premium HSA Plan

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK** | OUT-OF-NETWORK |
|---|---|---|---|
| **Calendar Year Deductible*** | | | |
| **Team Member** | $1,300 | $2,500 | $2,500 |
| **Team Member + Spouse/Team Member + Child** | $2,600 | $3,750 | $3,750 |
| **Family/Team Member + Children** | $2,600 | $5,000 | $5,000 |

*Unless otherwise indicated, any applicable **deductible** must be met before benefits are paid.
**Aetna network providers can be used, and the benefits payable are at the "out of network" level. Aetna provider discounts will apply.

**Plan Maximum Out of Pocket Limit** includes plan **deductible**.

**Team Member Maximum Out of Pocket Limit**:

- For WellStar **network** expenses: $3,000.
- For Aetna network/**out-of-network** expenses: $6,000.

**Team Member + Spouse/Team Member + Child Maximum Out of Pocket Limit**:

- For WellStar **network** expenses: $4,500.
- For Aetna network/**out-of-network** expenses: $9,000.

CONFIDENTIAL

Wellstar 002049

**Family/Team Member + Children Maximum Out of Pocket Limit:**

- For WellStar **network** expenses: $6,000.
- For Aetna network/**out-of-network** expenses: $12,000.

| | | | |
|---|---|---|---|
| *Lifetime Maximum Benefit per person* | unlimited | unlimited | unlimited |

*Payment Percentage listed in the Schedule below reflects the Plan Payment Percentage. This is the amount the Plan pays. You are responsible to pay any deductibles and the remaining payment percentage. You are responsible for full payment of any non-covered expenses you incur.*

*All Covered Expenses Are Subject To The Calendar Year Deductible Unless Otherwise Noted In The Schedule Below.*

*Maximums for specific covered expenses, including visit, day and dollar maximums are combined maximums between network and out-of-network, unless specifically stated otherwise.*

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Preventive Care Benefit* | | | |
| *Routine Physical Exams Office Visits* | 100% per visit<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *Covered Persons through age 21*: Maximum Age & Visit Limits | Subject to any age and visit limits provided for in the comprehensive guidelines supported by the American Academy of Pediatrics/Bright Futures Guidelines for Children and Adolescents.<br><br>*For details, contact your physician or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* | Subject to any age and visit limits provided for in the comprehensive guidelines supported by the American Academy of Pediatrics/Bright Futures Guidelines for Children and Adolescents.<br><br>*For details, contact your physician or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* | Subject to any age and visit limits provided for in the comprehensive guidelines supported by the American Academy of Pediatrics/Bright Futures Guidelines for Children and Adolescents.<br><br>*For details, contact your physician or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card* |

CONFIDENTIAL    Wellstar 002050

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| | | | |
|---|---|---|---|
| *Covered Persons ages 22 but less than 65:* Maximum Visits per 12 consecutive months | 1 visit | 1 visit | 1 visit |
| *Covered Persons age 65 and over.* Maximum Visits per 12 consecutive months | 1 visit | 1 visit | 1 visit |
| **Preventive Care Immunizations** *Performed in a facility or* **physician's** *office* | 100% per visit<br><br>No **deductible** applies.<br><br>Subject to any age and visit limits provided for in the comprehensive guidelines supported by the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention.<br><br>*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* | 60% per visit after Calendar Year **deductible**<br><br>Subject to any age and visit limits provided for in the comprehensive guidelines supported by the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention.<br><br>*For details, contact your* **physician** *or Member Services by logging onto the member portal atwww.aetna.com, or calling the number on the back of your ID card.* | 60% per visit after Calendar Year **deductible**<br><br>Subject to any age and visit limits provided for in the comprehensive guidelines supported by the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention.<br><br>*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* |
| *Screening & Counseling Office Visits*     **Obesity and/or**     **Healthy Diet**<br><br>    **Misuse of Alcohol**     **and/or Drugs & Use**     **of Tobacco Products**<br><br>    **Sexually Transmitted**     **Infections**<br><br>    **Genetic Risk for**     **Breast and Ovarian**     **Cancer** | 100% per visit<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

CONDFIDENTIAL

Wellstar 002051

| | | | | |
|---|---|---|---|---|
| *Obesity and/or Healthy Diet* Maximum Visits per Calendar Year *(This maximum applies only to Covered Persons ages 22 & older.)* | 26 visits *(however, of these only 10 visits will be allowed under the Plan for healthy diet counseling provided in connection with Hyperlipidemia (high cholesterol) and other known risk factors for cardiovascular and diet-related chronic disease)\** | 26 visits *(however, of these only 10 visits will be allowed under the Plan for healthy diet counseling provided in connection with Hyperlipidemia (high cholesterol) and other known risk factors for cardiovascular and diet-related chronic disease)\** | 26 visits *(however, of these only 10 visits will be allowed under the Plan for healthy diet counseling provided in connection with Hyperlipidemia (high cholesterol) and other known risk factors for cardiovascular and diet-related chronic disease)\** | |
| **\*Note:** *In figuring the Maximum Visits, each session of up to 60 minutes is equal to one visit.* | | | | |
| *Misuse of Alcohol and/or Drugs* Maximum Visits per Calendar Year | 5 visits * | 5 visits * | 5 visits * | |
| **\*Note:** *In figuring the Maximum Visits, each session of up to 60 minutes is equal to one visit.* | | | | |
| *Use of Tobacco Products* Maximum Visits per Calendar Year | 8 visits * | 8 visits * | 8 visits * | |
| **\*Note:** *In figuring the Maximum Visits, each session of up to 60 minutes is equal to one visit.* | | | | |
| *Sexually Transmitted Infections Benefit Maximums* Maximum Visits per Calendar Year | 2 visits * | 2 visits * | 2 visits * | 8 visits |
| **\*Note:** *In figuring the Maximum Visits, each session of up to 30 minutes is equal to one visit.* | | | | |
| *Well Woman Preventive Office Visits* Subject to any age limits provided for in the comprehensive guidelines supported by the Health and Human Resources Administrations | 100% per visit exam No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | |
| *Well Woman Preventive Visits* Maximum Visits per Calendar Year | 1 visit | 1 visit | 1 visit | |

115

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| *Hearing Supply* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year deductible |
|---|---|---|---|
| Hearing Supply Maximum per 12 month period | 1 hearing aid per ear | 1 hearing aid per ear | 1 hearing aid per ear |
| *Routine Cancer Screening Outpatient* | | | |
| *For one routine Digital Rectal Exam (DRE) and Prostate Specific Antigen (PSA) test per year* | 100% per visit<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *For all other DRE and PSA testing* | 100% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| Maximums | Subject to any age; family history and frequency guidelines as set forth in the most current:<br>• evidence-based items that have in effect a rating of A or B in the current recommendations of the United States Preventive Services Task Force; and<br>• the comprehensive guidelines supported by the Health Resources and Services Administration.<br><br>*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* | Subject to any age; family history and frequency guidelines as set forth in the most current:<br>• evidence-based items that have in effect a rating of A or B in the current recommendations of the United States Preventive Services Task Force; and<br>• the comprehensive guidelines supported by the Health Resources and Services Administration.<br><br>*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* | Subject to any age; family history and frequency guidelines as set forth in the most current:<br>• evidence-based items that have in effect a rating of A or B in the current recommendations of the United States Preventive Services Task Force; and<br>• the comprehensive guidelines supported by the Health Resources and Services Administration.<br><br>*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* |

CONDFIDENTIAL

Wellstar 002053

| | | | |
|---|---|---|---|
| *Lung Cancer Screening Maximum* | One screening every 12 months* | One screening every 12 months* | One screening every 12 months* |

**\*Important Note:** *Lung cancer screenings in excess of the maximum as shown above are covered under the Outpatient Diagnostic and Preoperative Testing section of your Schedule of Benefits.*

| | | | |
|---|---|---|---|
| *Prenatal Care Office Visits* | 100% per visits<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

**Important Note:** Refer to the Physician Services and Pregnancy Expenses sections of the Schedule of Benefits for more information on coverage levels for pregnancy expenses under this Plan, including other prenatal care, delivery and postnatal care office visits.

| | | | |
|---|---|---|---|
| *Comprehensive Lactation Support and Counseling Services* **Lactation Counseling Services** *Facility or Office Visits* | 100% per visit<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

| | | | |
|---|---|---|---|
| Lactation Counseling Services Maximum Visits either in a group or individual setting | 6* visits per 12 months | Not Applicable | Not Applicable |

**\*Important Note:** Visits in excess of the Lactation Counseling Services Maximum as shown above, are covered under the *Physician Services* office visit section of the *Schedule of Benefits*

| | | | |
|---|---|---|---|
| **Breast Pumps & Supplies** | 100% per visits<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

**Important Note:** Refer to the *Comprehensive Lactation Support and Counseling Services* section of the Booklet for limitations on breast pumps and supplies.

| | | | |
|---|---|---|---|
| *Family Planning Services* Female Contraceptive Counseling Services - Office Visits. | 100% per visits<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

| | | | |
|---|---|---|---|
| Contraceptive Counseling Services - Maximum Visits either in a group or individual setting | 2* visits per 12 months | Not Applicable | Not Applicable |

*Important Note: Visits in excess of the Contraceptive Counseling Services Maximum as shown above, are covered under the *Physician Services* office visit section of the *Schedule of Benefits*.

CONDFIDENTIAL

Wellstar 002054

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul   .pdf

*Family Planning Services - Female Contraceptives*

| | | | |
|---|---|---|---|
| Female Contraceptive Generic **Prescription Drugs** and Devices provided, administered, or removed, by a **Physician** during an Office Visits. | 100% per visits<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Family Planning Services - Female Contraceptives** | | | |
| **Female Contraceptive Brand Prescription Drugs**<br><br>For each 30 day supply filled at a retail **pharmacy** | 100% per prescription or refill<br><br>No **deductible** applies. | 60% per prescription or refill after **deductible** | 60% per prescription or refill after **deductible** |
| **Female Contraceptive Devices** | 100% per prescription or refill<br><br>No **deductible** applies. | 60% per prescription or refill after **deductible** | 60% per prescription or refill after **deductible** |
| **FDA-Approved Female Brand Emergency Contraceptives** | 100% per prescription or refill<br><br>No **deductible** applies. | 60% per prescription or refill after **deductible** | 60% per prescription or refill after **deductible** |
| **FDA-Approved Female Brand Over-the-Counter Contraceptives** | 100% per prescription or refill.<br><br>No **deductible** applies. | 60% per prescription or refill after **deductible** | 60% per prescription or refill after **deductible** |

**Important Note:**
Refer to the *Outpatient Prescription Drug Expenses* section of your *Schedule of Benefits* for more information on other prescription drug coverage under this Plan.

*Family Planning - Other*

| | | | |
|---|---|---|---|
| Voluntary Sterilization for Males Outpatient | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

CONDFIDENTIAL

Wellstar 002055

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

**Family Planning - Female Voluntary Sterilization**

| | | | |
|---|---|---|---|
| Inpatient | 100% per visits  No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| Outpatient | 100% per visits  No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Physician Services** | | | |
| *Office Visits to Primary Care Physician* | | | |
| *Office visits only* (non-surgical) to non-**specialist** | 100% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *All Office Related Services* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *Specialist Office Visits* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *Physician Office Visits- Surgery* | | | |
| *Physician for Office visit only* | 100% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *Physician for All Office Related Services* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *Specialist* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

CONDFIDENTIAL  Wellstar 002056

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| | | | |
|---|---|---|---|
| **Walk-In Clinic Visit (Non-Emergency) Preventive Care Services\*** Immunizations | 100% per visit No **deductible** applies. For details, contact your **physician**, log onto the member portal at www.aetna.com, or call the number on the back of your ID card. | 60% per visit after Calendar Year **deductible** For details, contact your **physician**, log onto the member portal at www.aetna.com, or call the number on the back of your ID card. | 60% per visit after Calendar Year **deductible** |
| Individual Screening and Counseling Services for Tobacco Use | 100% per visit No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| Maximum Benefit per visit - Individual Screening and Counseling Services for Tobacco Use | Refer to the *Preventive Care Benefit* section earlier in this Schedule of Benefits for maximums that may apply to these types of services | Refer to the *Preventive Care Benefit* section earlier in this Schedule of Benefits for maximums that may apply to these types of services | Refer to the *Preventive Care Benefit* section earlier in this Schedule of Benefits for maximums that may apply to these types of services |
| Individual Screening and Counseling Services for Obesity | 100% per visit No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| Maximum Benefit per visit - Individual Screening and Counseling Services for Obesity | Refer to the *Preventive Care Benefit* section earlier in this Schedule of Benefits for maximums that may apply to these types of services | Refer to the *Preventive Care Benefit* section earlier in this Schedule of Benefits for maximums that may apply to these types of services | Refer to the *Preventive Care Benefit* section earlier in this Schedule of Benefits for maximums that may apply to these types of services |

**\*Important Note:**
Not all preventive care services are available at all **Walk-In Clinics**. The types of services offered will vary by the provider and location of the clinic. These services may also be obtained from your **physician**.

| | | | |
|---|---|---|---|
| **Office Visit Only** | 100% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *All Office Related Services* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *Physician Services for Inpatient Facility and Hospital Visits* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year deductible |
| *Administration of Anesthesia* | 80% per procedure after Calendar Year **deductible** | 60% per procedure after Calendar Year **deductible** | 60% per procedure after Calendar Year **deductible** |

CONFDIDENTIAL

Wellstar 002057

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul   pdf

| *Allergy Injections* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
|---|---|---|---|

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Emergency Medical Services* | | | |
| *Hospital Emergency Facility* | 80% per visit after the Calendar Year **deductible** | Paid the same as the In-Network level of benefits. | Paid the same as the In-Network level of benefits. |
| | | See Important Note Below | See Important Note Below |

**Important Note:** Please note that as these providers are not **network providers** and do not have a contract with **Aetna**, the provider may not accept payment of your cost share (your **deductible** and **payment percentage)**, as payment in full. You may receive a bill for the difference between the amount billed by the provider and the amount paid by this Plan. If the Emergency Room Facility or **physician** bills you for an amount above your cost share, you are not responsible for paying that amount. Please send us the bill at the address listed on the back of your member ID card and we will resolve any payment dispute with the provider over that amount. Make sure your member ID number is on the bill.

| *Non-Emergency Care in a Hospital Emergency Room* | Not covered | Not covered | Not covered |
|---|---|---|---|

| *Urgent Care Services* | | | |
|---|---|---|---|
| **Urgent Medical Care** *(at a non-hospital free standing facility)* | 80% per visit after Calendar Year **deductible** | 80% per visit after Calendar Year **deductible** | 80% per visit after Calendar Year **deductible** |
| **Urgent Medical Care** *(from other than a non-hospital free standing facility)* | Refer to *Emergency Medical Services* and *Physician Services* above. | Refer to *Emergency Medical Services* and *Physician Services* above. | Refer to *Emergency Medical Services* and *Physician Services* above. |
| *Non-Urgent Use of Urgent Care Provider* *(at a non-hospital free standing facility)* | Not covered | Not covered | Not covered |

CONDFIDENTIAL   Wellstar 002058

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul    .pdf

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Outpatient Diagnostic and Preoperative Testing** | | | |
| **Complex Imaging Services** | | | |
| Complex Imaging | 80% per test after Calendar Year **deductible** | 60% per test after Calendar Year **deductible** | 60% per test after Calendar Year **deductible** |
| **Diagnostic Laboratory Testing** | | | |
| Diagnostic Laboratory Testing | 80% per procedure after Calendar Year **deductible** | 60% per procedure after Calendar Year **deductible** | 60% per procedure after Calendar Year **deductible** |
| **Diagnostic X-Rays (except Complex Imaging Services)** | | | |
| Diagnostic X-Rays | 80% per procedure after Calendar Year **deductible** | 60% per procedure after Calendar Year **deductible** | 60% per procedure after Calendar Year **deductible** |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Outpatient Surgery** | | | |
| Outpatient Surgery | 80% per procedure after Calendar Year **deductible** | 60% per procedure after Calendar Year **deductible** | 60% per procedure after Calendar Year **deductible** |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Inpatient Facility Expenses** | | | |
| Birthing Center | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |
| Hospital Facility Expenses<br>Room and Board (including maternity) | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| Other than Room and Board | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| Skilled Nursing Inpatient Facility | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| Maximum Days per Calendar Year | 100 days | 100 days | 100 days |

CONDFIDENTIAL

Wellstar 002059

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Specialty Benefits* | | | |
| *Home Health Care (Outpatient)* | 80% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year deductible |
| Maximum Visits per Calendar Year | 100 visits | 100 visits | 100 visits |
| *Skilled Nursing Care (Outpatient)* | 80% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** |
| *Hospice Benefits* | | | |
| *Hospice Care – Facility Expenses* (Room & Board) | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| *Hospice Care – Other Expenses during a stay* | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| Maximum Benefit per lifetime | Unlimited days | Unlimited days | Unlimited days |
| *Hospice Outpatient Visits* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
| *Infertility Treatment* | | | |
| *Basic Infertility Expenses* Coverage is for the diagnosis and treatment of the underlying medical condition causing the infertility only. | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *Comprehensive Infertility Expenses* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *Advanced Reproductive Technology (ART) Expenses* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

CONDFIDENTIAL

Wellstar 002060

| Maximum per Calendar Year | | | |
|---|---|---|---|
| For Medical and Pharmacy | $10,000 | $10,000 | $10,000 |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Mental Disorders* | | | |
| Room and Board | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| Other than Room and Board | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| Physicians Services | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| *Inpatient Residential Treatment Facility Expenses* | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| *Inpatient Residential Treatment Facility Expenses Physician Services* | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |

### Outpatient Treatment Of Mental Disorders

| *Outpatient Services* | | | |
|---|---|---|---|
| *Office Visits* | 100% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *Other Than Office Visits* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

CONDFIDENTIAL

Wellstar 002061

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Inpatient Treatment of Substance Abuse* | | | |
| *Hospital Facility Expenses* | | | |
| Room and Board | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| Other than Room and Board | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| Physicians Services | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| *Inpatient Residential Treatment Facility Expenses* | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| *Inpatient Residential Treatment Facility Expenses Physician Services* | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| *Outpatient Services* | | | |
| *Office Visits* | 100% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year deductible |
| *Other Than Office Visits* | 80% per visit after Calendar Year deductible | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year deductible |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Obesity Treatment Surgical and Non Surgical* | | | |
| *Outpatient Obesity Treatment (non surgical)* | 80% per visit after the Calendar Year **deductible** | Not Covered | Not Covered |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Obesity Treatment Surgical and Non Surgical* | | | |
| *Inpatient Morbid Obesity Surgery (includes Surgical procedure and Acute Hospital Services)* | 80% per visit after the Calendar Year **deductible** | Not Covered | Not Covered |

CONDFIDENTIAL

Wellstar 002062

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| Outpatient Morbid Obesity Surgery | 80% per service after Calendar Year **deductible** | Not Covered | Not Covered |
|---|---|---|---|

| Maximum Benefit Morbid Obesity Surgery (Inpatient and Outpatient) | Unlimited | Not Covered | Not Covered |
|---|---|---|---|

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK (IOE Facility) | AETNA NETWORK (Non-IOE Facility) | OUT-OF-NETWORK |
|---|---|---|---|---|
| **Transplant Services Facility and Non-Facility Expenses** | | | | |
| Transplant Facility Expenses | 80% per admission after Calendar Year **deductible** | 80% per admission after Calendar Year **deductible** | Not covered | Not covered |
| Transplant Physician Services (including office visits) | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Not covered | Not covered |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Other Covered Health Expenses** | | | |
| Acupuncture in lieu of anesthesia | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |
| Ground, Air or Water Ambulance | 80% after Calendar Year **deductible** | 80% after Calendar Year **deductible** | 80% after Calendar Year **deductible** |
| Durable Medical and Surgical Equipment | 80% per item after the Calendar Year **deductible** | 60% per item after the Calendar Year **deductible** | 60% per item after the Calendar Year **deductible** |

CONFIDENTIAL

| *Clinical Trial Therapies* Experimental or Investigational Treatment) | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |
|---|---|---|---|
| *Routine Patient Costs* | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |
| *Oral and Maxillofacial Treatment (Mouth, Jaws and Teeth)* | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |
| *Prosthetic Devices* | 80% per item after Calendar Year **deductible** | 60% per item after Calendar Year **deductible** | 60% per item after Calendar Year **deductible** |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Outpatient Therapies* | | | |
| *Chemotherapy* | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |
| *Infusion Therapy* | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |
| *Radiation Therapy* | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Short Term Outpatient Rehabilitation Therapies* | | | |
| *Outpatient Physical, Occupational and Speech Therapy combined* | 80% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** |

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

CONDFIDENTIAL

Wellstar 002064

| | | | |
|---|---|---|---|
| Combined Physical, Occupational and Speech Therapy Maximum visits per Calendar Year | 60 visits | 60 visits | 60 visits |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Spinal Manipulation* | | | |
| | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** |
| Spinal Manipulation Maximum visits per Calendar Year | 20 visits | 20 visits | 20 visits |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA-NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Autism Spectrum Disorder* | | | |
| Autism – Physical therapy, Occupational Therapy, Speech Therapy | 80% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** |
| Autism - behavioral therapy | 80% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** |
| Autism - Applied Behavior Analysis | 80% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** |

CONFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

# Pharmacy Benefit*

| | WELLSTAR PHARMACY NETWORK | AETNA PHARMACY NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Preferred Generic Prescription Drugs** | | | |
| For each initial 30 day supply filled at a retail **pharmacy** | 10% of the **negotiated charge** not to exceed $125 | 30% of the **negotiated charge** | Not Covered |
| For all fills of at least a 31 day supply and up to a 90 day supply filled at a mail order **pharmacy** | 10% of the **negotiated charge** not to exceed $125 | 20% of the **negotiated charge** | Not Covered |
| **Preferred Brand-Name Prescription Drugs** | | | |
| For each initial 30 day supply filled at a retail **pharmacy** | 10% of the **negotiated charge** not to exceed $125 | 30% of the **negotiated charge** | Not Covered |
| For all fills of at least a 31 day supply and up to a 90 day supply filled at a mail order **pharmacy** | 10% of the **negotiated charge** not to exceed $125 | 20% of the **negotiated charge** | Not Covered |
| **Non-Preferred Generic Prescription Drugs** | | | |
| For each initial 30 day supply filled at a retail **pharmacy** | 10% of the **negotiated charge** not to exceed $125 | 30% of the **negotiated charge** | Not Covered |
| For all fills of at least a 31 day supply and up to a 90 day supply filled at a mail order **pharmacy** | 10% of the **negotiated charge** not to exceed $125 | 20% of the **negotiated charge** | Not Covered |

CONDFIDENTIAL

Wellstar 002066

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| *Non-Preferred Brand-Name Prescription Drugs* | | | |
|---|---|---|---|
| For each initial 30 day supply filled at a retail **pharmacy** | 30% of the **negotiated charge** not to exceed $150 | 50% of the **negotiated charge** | Not Covered |
| For all fills of at least a 31 day supply and up to a 90 day supply filled at a mail order **pharmacy** | 30% of the **negotiated charge** not to exceed $150 | 40% of the **negotiated charge** | Not Covered |

| *Specialty Care Prescription Drugs* | | | |
|---|---|---|---|
| For each 30 day supply | 10% of the **negotiated charge** not to exceed $150 | 10% of the **negotiated charge** not to exceed $150 | Not Applicable |

**\*Mail Order is not available through the WellStar pharmacy network**

You must meet your Calendar Year deductible before the Plan will begin to cover a percentage of your prescription drug costs.

If you or your **prescriber** request a covered **brand-name prescription drug** when a covered **generic prescription drug** equivalent is available, you will be responsible for the cost difference between the **generic prescription drug** and the **brand-name prescription drug**, plus the applicable cost sharing.

<u>Deductible Waiver</u>

**Waiver for Risk-Reducing Breast Cancer Prescription Drugs**

The Calendar Year **deductible and per prescription coinsurance** will not apply to risk-reducing breast cancer generic **prescription drugs** when obtained at a **network pharmacy**. This means that such risk-reducing breast cancer generic **prescription drugs** will be paid at 100%.

**Deductible and coinsurance waiver for tobacco cessation prescription and over-the-counter drugs**

The Calendar Year **deductible** and the per **prescription coinsurance** will not apply to the first two 90-day treatment regimens for tobacco cessation **prescription drugs** and OTC drugs when obtained at a **network pharmacy**. This means that such **prescription drugs** and OTC drugs will be paid at 100%. Your Calendar Year **deductible** and any **prescription coinsurance** will apply after those two regimens have been exhausted.

**Waiver for Prescription Drug Contraceptives**

The Calendar Year **deductible** and any prescription coinsurance will not apply to contraceptive methods that are:
- **generic prescription drugs**; contraceptive devices; or
- FDA-approved female generic emergency contraceptives,

when obtained at a **network pharmacy**. This means that such contraceptive methods will be paid at 100%.

Refer to the *Pharmacy Plan Features* for information on coverage for FDA-Approved female over-the-counter contraceptives (Non-Emergency).

CONDFIDENTIAL

Wellstar 002067

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

The Calendar Year **deductible** and per prescription coinsurance continue to apply:

- When the contraceptive methods listed above are obtained at an out-of-network pharmacy
- For contraceptive methods that are:
  - **brand-name prescription drugs** and devices and
  - FDA-approved female brand-name emergency contraceptives,

that have a generic equivalent, or generic alternative available within the same **therapeutic drug class** obtained at an **out-of-network pharmacy** or **network pharmacy** unless you are granted a medical exception.

| PLAN FEATURES | WELLSTAR PHARMACY NETWORK | AETNA PHARMACY NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **FDA-Approved Female Generic Over-the-Counter Contraceptives** For each 30 day supply filled at a retail **pharmacy** | 100% per supply  No **deductible** applies. | 100% per supply  No **deductible** applies. | Not covered |
| **FDA-Approved Female Generic Emergency Over-the-Counter Contraceptives** | 100% per supply  No **deductible** applies. | 100% per supply  No deductible applies. | Not covered |

**Important Note:**
This Plan does not cover all over-the-counter (OTC) contraceptives.  For a current listing, contact Member Services by logging on the member portal at www.aetna.com or calling the toll-free number on the back of the ID card.

CONDFIDENTIAL

| | | | |
|---|---|---|---|
| *Preventive Care Drugs and Supplements* | 100% per item | 100% per item visit | Not covered |
| Preventive care drugs and supplements filled at a **pharmacy** with a **prescription**: | No **deductible** applies. | No **deductible** applies. | |
| Coverage will be subject to any sex, age, medical condition, family history, and frequency guidelines in the recommendations of the United States Preventive Services Task Force.  For details on the guidelines and the current list of covered preventive care drugs and supplements, contact your physician or Member Services by logging onto the member portal at www.aetna.com or calling the number on the back of your ID card. | | | |

**Important Note:**
Refer to the Booklet and the *Preventive Care* section for a complete description of the preventive care drugs and supplements covered under this Plan and for any limitations that apply to these benefits.

| | | | |
|---|---|---|---|
| *Tobacco Cessation Prescription and Over-the-Counter Drugs* | 100% per item | 100% per item visit | Not covered |
| | No deductible applies. | No **deductible** applies. | |
| Tobacco cessation **prescription drugs** and OTC drugs filled at a **pharmacy** for each 90 day supply. | | | |
| Maximums: Coverage is permitted for two 90-day treatment regimens only.  Any additional treatment regimens will be subject to the cost sharing in your schedule of benefits below. | | | |
| Coverage will be subject to any sex, age, medical condition, family history, and frequency guidelines in the recommendations of the United States | | | |

CONFIDENTIAL

Wellstar 002069

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul   .pdf

WellStar Legacy – 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul.pdf

Preventive Services Task Force.  For details on the guidelines and the current list of covered tobacco cessation prescription drugs and OTC drugs, contact Member Services by logging onto the member portal at www.aetna.com or calling the number on the back of your ID card.

The **prescription drug** plan **coinsurance** is the percentage of **prescription** drug covered **expenses** that the plan pays after any applicable **deductibles** and **copays** have been met.

Affordable Care Act preventive drugs are available for free at any in-network pharmacy. Preventive care and prescription lists will be available on wellstarmybenefits.org

**Precertification** and **step therapy** for certain **prescription drugs** is required.  If **precertification** is not obtained, the **prescription drug** will not be covered.

CONDFIDENTIAL

Wellstar 002070

# Schedule of Benefits

| | |
|---|---|
| **Employer:** | **WellStar Health System, Inc.** |
| **MSA:** | 868066 |

| | |
|---|---|
| **Effective Date:** | January 1, 2017 |
| **Schedule:** | 2A |
| **Booklet Base:** | 1 |

For: WellStar Employee Medical Plan – WellShare Premium HRA Plan

This is an ERISA plan, and you have certain rights under this plan. Please contact your Employer for additional information.

## WellStar HRA *(GR-9N-S-06-01)*

### Plan Features

| | |
|---|---|
| WellStar's HRA Contribution | $500 Team Member |
| | $750 Team Member + Spouse/Team Member + Child |
| | $1,000 Family/Team Member + Children |

**Schedule of Benefits**
The WellStar HRA benefit will pay 100% of eligible WellStar HRA expenses (in-**network** and **out-of-network**). It will also reduce your individual or family **deductible**. Once your maximum WellStar HRA benefit is paid, you will be responsible for covered expenses until any remaining **deductible** is met. Once your **deductible** has been met, your health expense coverage will begin to pay for **covered expenses**.

WellShare Premium HRA Plan

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK** | OUT-OF-NETWORK |
|---|---|---|---|
| Calendar Year Deductible* | | | |
| Team Member | $1,300 | $2,500 | $2,500 |
| Team Member + Spouse/Team Member + Child | $2,600 | $3,750 | $3,750 |
| Family/Team Member +Children | $2,600 | $5,000 | $5,000 |

CONDFIDENTIAL

Wellstar 002071

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

*Unless otherwise indicated, any applicable **deductible** must be met before benefits are paid.
**Aetna network providers can be used, and the benefits payable are at the "out of network" level. Aetna provider discounts will apply.

**Plan Maximum Out of Pocket Limit** includes plan **deductible**.

**Team Member Maximum Out of Pocket Limit:**

- For WellStar **network** expenses: $3,000.
-
- For Aetna network/**out-of-network** expenses: $6,000.

**Team Member +Spouse/Team Member + Child Maximum Out of Pocket Limit:**

- For WellStar **network** expenses: $4,500.
- For Aetna network/**out-of-network** expenses: $9,000.

**Family/Team Member + Children Maximum Out of Pocket Limit:**

- For WellStar **network** expenses: $6,000.
- For Aetna network/**out-of-network** expenses: $12,000.

| *Lifetime Maximum Benefit per person* | unlimited | unlimited | unlimited |

*Payment Percentage listed in the Schedule below reflects the Plan Payment Percentage. This is the amount the Plan pays. You are responsible to pay any deductibles and the remaining payment percentage. You are responsible for full payment of any non-covered expenses you incur.*

*All Covered Expenses Are Subject To The Calendar Year Deductible Unless Otherwise Noted In The Schedule Below.*

*Maximums for specific covered expenses, including visit, day and dollar maximums are combined maximums between network and out-of-network, unless specifically stated otherwise.*

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Preventive Care Benefit** | | | |
| *Routine Physical Exams Office Visits* | 100% per visit<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *Covered Persons through age 21:* Maximum Age & Visit Limits | Subject to any age and visit limits provided for in the comprehensive guidelines supported by the American Academy of Pediatrics/Bright Futures | Subject to any age and visit limits provided for in the comprehensive guidelines supported by the American Academy of Pediatrics/Bright Futures | Subject to any age and visit limits provided for in the comprehensive guidelines supported by the American Academy of Pediatrics/Bright |

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul_.pdf

| | | | |
|---|---|---|---|
| | Guidelines for Children and Adolescents.<br><br>*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* | Guidelines for Children and Adolescents.<br><br>*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* | Futures Guidelines for Children and Adolescents.<br><br>*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card* |
| *Covered Persons ages 22 but less than 65:* Maximum Visits per 12 consecutive months | 1 visit | 1 visit | 1 visit |
| *Covered Persons age 65 and over.* Maximum Visits per 12 consecutive months | 1 visit | 1 visit | 1 visit |
| *Preventive Care Immunizations* *Performed in a facility or physician's office* | 100% per visit<br><br>No **deductible** applies.<br><br>Subject to any age and visit limits provided for in the comprehensive guidelines supported by the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention.<br><br>*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* | 60% per visit after Calendar Year **deductible**<br><br>Subject to any age and visit limits provided for in the comprehensive guidelines supported by the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention.<br><br>*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* | 60% per visit after Calendar Year **deductible**<br><br>Subject to any age and visit limits provided for in the comprehensive guidelines supported by the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention.<br><br>*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* |

CONDFIDENTIAL

Wellstar 002073

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| | | | |
|---|---|---|---|
| **Screening & Counseling Office Visits** *Obesity and/or Healthy Diet* *Misuse of Alcohol and/or Drugs & Use of Tobacco Products* *Sexually Transmitted Infections* *Genetic Risk for Breast and Ovarian Cancer* | 100% per visit No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year deductible |
| *Obesity and/or Healthy Diet* Maximum Visits per Calendar Year *(This maximum applies only to Covered Persons ages 22 & older.)* | 26 visits *(however, of these only 10 visits will be allowed under the Plan for healthy diet counseling provided in connection with Hyperlipidemia (high cholesterol) and other known risk factors for cardiovascular and diet-related chronic disease)*\* | 26 visits *(however, of these only 10 visits will be allowed under the Plan for healthy diet counseling provided in connection with Hyperlipidemia (high cholesterol) and other known risk factors for cardiovascular and diet-related chronic disease)*\* | 26 visits *(however, of these only 10 visits will be allowed under the Plan for healthy diet counseling provided in connection with Hyperlipidemia (high cholesterol) and other known risk factors for cardiovascular and diet-related chronic disease)*\* |

\***Note:** *In figuring the Maximum Visits, each session of up to 60 minutes is equal to one visit.*

| | | | |
|---|---|---|---|
| *Misuse of Alcohol and/or Drugs* Maximum Visits per Calendar Year | 5 visits \* | 5 visits \* | 5 visits \* |

\***Note:** *In figuring the Maximum Visits, each session of up to 60 minutes is equal to one visit.*

| | | | |
|---|---|---|---|
| *Use of Tobacco Products* Maximum Visits per Calendar Year | 8 visits \* | 8 visits \* | 8 visits \* |

\***Note:** *In figuring the Maximum Visits, each session of up to 60 minutes is equal to one visit.*

| | | | |
|---|---|---|---|
| *Sexually Transmitted Infections Benefit Maximums* | | | |
| Maximum Visits per Calendar Year | 2 visits \* | 2 visits \* | 2 visits \* | 8 visit |

\***Note:** *In figuring the Maximum Visits, each session of up to 30 minutes is equal to one visit.*

CONDFIDENTIAL

Wellstar 002074

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul   pdf

| | | | |
|---|---|---|---|
| *Well Woman Preventive Office Visits*<br><br>Subject to any age limits provided for in the comprehensive guidelines supported by the Health and Human Resources Administrations | 100% per visit exam<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *Well Woman Preventive Visits*<br>Maximum Visits per Calendar Year | 1 visit | 1 visit | 1 visit |
| *Hearing Supply* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| Hearing Supply Maximum per 12 month period | 1 hearing aid per ear | 1 hearing aid per ear | 1 hearing aid per ear |
| *Routine Cancer Screening Outpatient* | | | |
| *For one routine Digital Rectal Exam (DRE) and Prostate Specific Antigen (PSA) test per year* | 100% per visit<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *For all other DRE and PSA testing* | 100% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

CONDFIDENTIAL

Wellstar 002075

| Maximums | Subject to any age; family history and frequency guidelines as set forth in the most current:<br><br>• evidence-based items that have in effect a rating of A or B in the current recommendations of the United States Preventive Services Task Force; and<br>• the comprehensive guidelines supported by the Health Resources and Services Administration.<br><br>*For details, contact your **physician** or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* | Subject to any age; family history and frequency guidelines as set forth in the most current:<br><br>• evidence-based items that have in effect a rating of A or B in the current recommendations of the United States Preventive Services Task Force; and<br>• the comprehensive guidelines supported by the Health Resources and Services Administration.<br><br>*For details, contact your **physician** or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* | Subject to any age; family history and frequency guidelines as set forth in the most current:<br><br>• evidence-based items that have in effect a rating of A or B in the current recommendations of the United States Preventive Services Task Force; and<br>• the comprehensive guidelines supported by the Health Resources and Services Administration.<br><br>*For details, contact your **physician** or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* |
|---|---|---|---|
| *Lung Cancer Screening Maximum* | One screening every 12 months* | One screening every 12 months* | One screening every 12 months* |

**\*Important Note:** *Lung cancer screenings in excess of the maximum as shown above are covered under the Outpatient Diagnostic and Preoperative Testing section of your Schedule of Benefits.*

| *Prenatal Care Office Visits* | 100% per visits<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
|---|---|---|---|

**Important Note:** Refer to the Physician Services and Pregnancy Expenses sections of the Schedule of Benefits for more information on coverage levels for pregnancy expenses under this Plan, including other prenatal care, delivery and postnatal care office visits.

| *Comprehensive Lactation Support and Counseling Services* **Lactation Counseling Services** *Facility or Office Visits* | 100% per visit<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
|---|---|---|---|

CONFDIDENTIAL

Wellstar 002076

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| | | | |
|---|---|---|---|
| Lactation Counseling Services Maximum Visits either in a group or individual setting | 6* visits per 12 months | Not Applicable | Not Applicable |

**Important Note**: Visits in excess of the Lactation Counseling Services Maximum as shown above, are covered under the *Physician Services* office visit section of the *Schedule of Benefits*

| | | | |
|---|---|---|---|
| **Breast Pumps & Supplies** | 100% per visits<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

**Important Note:** Refer to the *Comprehensive Lactation Support and Counseling Services* section of the Booklet for limitations on breast pumps and supplies.

| | | | |
|---|---|---|---|
| *Family Planning Services* | | | |
| Female Contraceptive Counseling Services - Office Visits. | 100% per visits<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

| | | | |
|---|---|---|---|
| Contraceptive Counseling Services - Maximum Visits either in a group or individual setting | 2* visits per 12 months | Not Applicable | Not Applicable |

*Important Note: Visits in excess of the Contraceptive Counseling Services Maximum as shown above, are covered under the *Physician Services* office visit section of the *Schedule of Benefits*.

| | | | |
|---|---|---|---|
| *Family Planning Services - Female Contraceptives* | | | |
| Female Contraceptive Generic **Prescription Drugs** and Devices provided, administered, or removed, by a **Physician** during an Office Visits. | 100% per visits<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year deductible |

CONDFIDENTIAL

Wellstar 002077

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Family Planning Services - Female Contraceptives** | | | |
| **Female Contraceptive Brand Prescription Drugs**<br><br>For each 30 day supply filled at a retail pharmacy | 100% per prescription or refill<br><br>No **deductible** applies. | 60% per prescription or refill after **deductible** | 60% per prescription or refill after **deductible** |
| **Female Contraceptive Devices** | 100% per prescription or refill<br><br>No **deductible** applies. | 60% per prescription or refill after **deductible** | 60% per prescription or refill after **deductible** |
| **FDA-Approved Female Brand Emergency Contraceptives** | 100% per prescription or refill<br><br>No deductible applies. | 60% per prescription or refill after **deductible** | 60% per prescription or refill after **deductible** |
| **FDA-Approved Female Brand Over-the-Counter Contraceptives** | 100% per prescription or refill.<br><br>No **deductible** applies. | 60% per prescription or refill after **deductible** | 60% per prescription or refill after **deductible** |

**Important Note:**
Refer to the *Outpatient Prescription Drug Expenses* section of your *Schedule of Benefits* for more information on other prescription drug coverage under this Plan.

| *Family Planning - Other* | | | |
|---|---|---|---|
| Voluntary Sterilization for Males<br>Outpatient | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

| *Family Planning - Female Voluntary Sterilization* | | | |
|---|---|---|---|
| Inpatient | 100% per visits<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| Outpatient | 100% per visits<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

CONDFIDENTIAL

Wellstar 002078

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Physician Services** | | | |
| *Office Visits to Primary Care Physician* | | | |
| **Office visits only** (non-surgical) to non-**specialist** | 100% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *All Office Related Services* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *Specialist Office Visits* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *Physician Office Visits-Surgery* | | | |
| *Physician for Office visit only* | 100% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *Physician for All Office Related Services* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *Specialist* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *Walk-In Clinic Visit (Non-Emergency)* | | | |
| *Preventive Care Services\** Immunizations | 100% per visit<br><br>No **deductible** applies.<br><br>For details, contact your **physician**, log onto the member portal at www.aetna.com, or call the number on the back of your ID card. | 60% per visit after Calendar Year **deductible**<br><br>For details, contact your **physician**, log onto the member portal at www.aetna.com, or call the number on the back of your ID card. | 60% per visit after Calendar Year **deductible** |
| Individual Screening and Counseling Services for Tobacco Use | 100% per visit<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| Maximum Benefit per visit - Individual Screening and Counseling Services for Tobacco Use | Refer to the *Preventive Care Benefit* section earlier in this Schedule of Benefits for maximums that may apply to these types of services | Refer to the *Preventive Care Benefit* section earlier in this Schedule of Benefits for maximums that may apply to these types of services | Refer to the *Preventive Care Benefit* section earlier in this Schedule of Benefits for maximums that may apply to these types of services |

CONDFIDENTIAL

Wellstar 002079

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| | | | |
|---|---|---|---|
| Individual Screening and Counseling Services for Obesity | 100% per visit<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| Maximum Benefit per visit - Individual Screening and Counseling Services for Obesity | Refer to the *Preventive Care Benefit* section earlier in this Schedule of Benefits for maximums that may apply to these types of services | Refer to the *Preventive Care Benefit* section earlier in this Schedule of Benefits for maximums that may apply to these types of services | Refer to the *Preventive Care Benefit* section earlier in this Schedule of Benefits for maximums that may apply to these types of services |

**\*Important Note:**
Not all preventive care services are available at all **Walk-In Clinics**. The types of services offered will vary by the provider and location of the clinic. These services may also be obtained from your **physician**.

| | | | |
|---|---|---|---|
| *Office Visit Only* | 100% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *All Office Related Services* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *Physician Services for Inpatient Facility and Hospital Visits* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *Administration of Anesthesia* | 80% per procedure after Calendar Year **deductible** | 60% per procedure after Calendar Year **deductible** | 60% per procedure after Calendar Year **deductible** |
| *Allergy Injections* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

CONDFIDENTIAL

Wellstar 002080

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul  .pdf

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Emergency Medical Services** | | | |
| *Hospital Emergency Facility* | 80% per visit after the Calendar Year **deductible** | Paid the same as the In-Network level of benefits. | Paid the same as the In-Network level of benefits. |
| | | See Important Note Below | See Important Note Below |

**Important Note:** Please note that as these providers are not **network providers** and do not have a contract with **Aetna,** the provider may not accept payment of your cost share (your **deductible** and **payment percentage),** as payment in full. You may receive a bill for the difference between the amount billed by the provider and the amount paid by this Plan. If the Emergency Room Facility or **physician** bills you for an amount above your cost share, you are not responsible for paying that amount. Please send us the bill at the address listed on the back of your member ID card and we will resolve any payment dispute with the provider over that amount. Make sure your member ID number is on the bill.

| | | | |
|---|---|---|---|
| *Non-Emergency Care in a Hospital Emergency Room* | Not covered | Not covered | Not covered |
| **Urgent Care Services** | | | |
| *Urgent Medical Care (at a non-hospital free standing facility)* | 80% per visit after Calendar Year **deductible** | 80% per visit after Calendar Year **deductible** | 80% per visit after Calendar Year **deductible** |
| *Urgent Medical Care (from other than a non-hospital free standing facility)* | Refer to *Emergency Medical Services* and *Physician Services* above. | Refer to *Emergency Medical Services* and *Physician Services* above. | Refer to *Emergency Medical Services* and *Physician Services* above. |
| *Non-Urgent Use of Urgent Care Provider (at a non-hospital free standing facility)* | Not covered | Not covered | Not covered |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Outpatient Diagnostic and Preoperative Testing** | | | |
| **Complex Imaging Services** | | | |
| *Complex Imaging* | 80% per test after Calendar Year **deductible** | 60% per test after Calendar Year **deductible** | 60% per test after Calendar Year **deductible** |

144

Wellstar 002081

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

## Diagnostic Laboratory Testing

| | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| Diagnostic Laboratory Testing | 80% per procedure after Calendar Year **deductible** | 60% per procedure after Calendar Year **deductible** | 60% per procedure after Calendar Year **deductible** |

## Diagnostic X-Rays(except Complex Imaging Services)

| | | | |
|---|---|---|---|
| Diagnostic X-Rays | 80% per procedure after Calendar Year **deductible** | 60% per procedure after Calendar Year **deductible** | 60% per procedure after Calendar Year **deductible** |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Outpatient Surgery** | | | |
| Outpatient Surgery | 80% per procedure after Calendar Year **deductible** | 60% per procedure after Calendar Year **deductible** | 60% per procedure after Calendar Year **deductible** |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Inpatient Facility Expenses** | | | |
| Birthing Center | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |
| Hospital Facility Expenses Room and Board (including maternity) | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| Other than Room and Board | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| Skilled Nursing Inpatient Facility | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| Maximum Days per Calendar Year | 100 days | 100 days | 100 days |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Specialty Benefits** | | | |
| Home Health Care (Outpatient) | 80% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** |

145

CONDFIDENTIAL

Wellstar 002082

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul   pdf

| | | | |
|---|---|---|---|
| Maximum Visits per Calendar Year | 100 visits | 100 visits | 100 visits |
| *Skilled Nursing Care (Outpatient)* | 80% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** |

| **Hospice Benefits** | | | |
|---|---|---|---|
| *Hospice Care - Facility Expenses* (Room & Board) | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| *Hospice Care - Other Expenses during a stay* | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| Maximum Benefit per lifetime | Unlimited days | Unlimited days | Unlimited days |
| *Hospice Outpatient Visits* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

| **PLAN FEATURES** | **WELLSTAR NETWORK** | **AETNA NETWORK** | **OUT-OF-NETWORK** |
|---|---|---|---|
| **Infertility Treatment** | | | |
| *Basic Infertility Expenses* Coverage is for the diagnosis and treatment of the underlying medical condition causing the infertility only. | 80% per visit after Calendar Year deductible | 60% per visit after Calendar Year deductible | 60% per visit after Calendar Year deductible |
| *Comprehensive Infertility Expenses* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *Advanced Reproductive Technology (ART) Expenses* | 80% per visit after Calendar Year deductible | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

CONDFIDENTIAL

Wellstar 002083

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul  .pdf

| Maximum per Calendar Year | | | |
|---|---|---|---|
| For Medical and Pharmacy | $10,000 | $10,000 | $10,000 |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Mental Disorders* | | | |
| Room and Board | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| Other than Room and Board | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| Physicians Services | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| *Inpatient Residential Treatment Facility Expenses* | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| *Inpatient Residential Treatment Facility Expenses Physician Services* | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |

### Outpatient Treatment Of Mental Disorders

| *Outpatient Services* | | | |
|---|---|---|---|
| *Office Visits* | 100% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *Other Than Office Visits* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

CONDFIDENTIAL

Wellstar 002084

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Inpatient Treatment of Substance Abuse* | | | |
| *Hospital Facility Expenses* | | | |
| Room and Board | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| Other than Room and Board | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| Physicians Services | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| *Inpatient Residential Treatment Facility Expenses* | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| *Inpatient Residential Treatment Facility Expenses Physician Services* | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| *Outpatient Services* | | | |
| *Office Visits* | 100% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year deductible |
| *Other Than Office Visits* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year deductible |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Obesity Treatment Surgical and Non Surgical* | | | |
| *Outpatient Obesity Treatment (non surgical)* | 80% per visit after the Calendar Year **deductible** | Not Covered | Not Covered |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Obesity Treatment Surgical and Non Surgical* | | | |
| *Inpatient Morbid Obesity Surgery (includes Surgical procedure and Acute Hospital Services)* | 80% per visit after the Calendar Year **deductible** | Not Covered | Not Covered |

CONDFIDENTIAL

Wellstar 002085

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| | | | |
|---|---|---|---|
| *Outpatient Morbid Obesity Surgery* | 80% per service after Calendar Year **deductible** | Not Covered | Not Covered |
| Maximum Benefit Morbid Obesity Surgery (Inpatient and Outpatient) | Unlimited | Not Covered | Not Covered |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK (IOE Facility) | AETNA NETWORK (Non-IOE Facility) | OUT-OF-NETWORK |
|---|---|---|---|---|
| **Transplant Services Facility and Non-Facility Expenses** | | | | |
| *Transplant Facility Expenses* | 80% per admission after Calendar Year **deductible** | 80% per admission after Calendar Year **deductible** | Not covered | Not covered |
| *Transplant Physician Services* (including office visits) | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Not covered | Not covered |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Other Covered Health Expenses** | | | |
| *Acupuncture in lieu of anesthesia* | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |
| *Ground, Air or Water Ambulance* | 80% after Calendar Year **deductible** | 80% after Calendar Year **deductible** | 80% after Calendar Year **deductible** |
| *Durable Medical and Surgical Equipment* | 80% per item after the Calendar Year **deductible** | 60% per item after the Calendar Year **deductible** | 60% per item after the Calendar Year **deductible** |

CONDFIDENTIAL

Wellstar 002086

| *Clinical Trial Therapies* Experimental or Investigational Treatment) | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |
|---|---|---|---|
| *Routine Patient Costs* | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |
| *Oral and Maxillofacial Treatment (Mouth, Jaws and Teeth)* | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |
| *Prosthetic Devices* | 80% per item after Calendar Year **deductible** | 60% per item after Calendar Year **deductible** | 60% per item after Calendar Year **deductible** |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Outpatient Therapies* | | | |
| *Chemotherapy* | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |
| *Infusion Therapy* | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |
| *Radiation Therapy* | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Short Term Outpatient Rehabilitation Therapies* | | | |
| *Outpatient Physical, Occupational and Speech Therapy combined* | 80% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** |

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Sched.ul   .pdf

CONDFIDENTIAL

Wellstar 002087

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul   pdf

| | | | |
|---|---|---|---|
| Combined Physical, Occupational and Speech Therapy Maximum visits per Calendar Year | 60 visits | 60 visits | 60 visits |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Spinal Manipulation* | | | |
| | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** |
| Spinal Manipulation Maximum visits per Calendar Year | 20 visits | 20 visits | 20 visits |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Autism Spectrum Disorder* | | | |
| Autism – Physical therapy, Occupational Therapy, Speech Therapy | 80% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** |
| Autism - behavioral therapy | 80% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** |
| Autism - Applied Behavior Analysis | 80% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** |

CONDFIDENTIAL

# Pharmacy Benefit*

| | WELLSTAR PHARMACY NETWORK | AETNA PHARMACY NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Preferred Generic Prescription Drugs** | | | |
| For each initial 30 day supply filled at a retail **pharmacy** | 10% of the **negotiated charge** not to exceed $125 | 30% of the **negotiated charge** | Not Covered |
| For all fills of at least a 31 day supply and up to a 90 day supply filled at a mail order **pharmacy** | 10% of the **negotiated charge** not to exceed $125 | 20% of the **negotiated charge** | Not Covered |
| **Preferred Brand-Name Prescription Drugs** | | | |
| For each initial 30 day supply filled at a retail **pharmacy** | 10% of the **negotiated charge** not to exceed $125 | 30% of the **negotiated charge** | Not Covered |
| For all fills of at least a 31 day supply and up to a 90 day supply filled at a mail order **pharmacy** | 10% of the **negotiated charge** not to exceed $125 | 20% of the **negotiated charge** | Not Covered |
| **Non-Preferred Generic Prescription Drugs** | | | |
| For each initial 30 day supply filled at a retail **pharmacy** | 10% of the **negotiated charge** not to exceed $125 | 30% of the **negotiated charge** | Not Covered |
| For all fills of at least a 31 day supply and up to a 90 day supply filled at a mail order **pharmacy** | 10% of the **negotiated charge** not to exceed $125 | 20% of the **negotiated charge** | Not Covered |

CONDFIDENTIAL

Wellstar 002089

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| Non-Preferred Brand-Name Prescription Drugs | | | |
|---|---|---|---|
| For each initial 30 day supply filled at a retail **pharmacy** | 30% of the **negotiated charge** not to exceed $150 | 50% of the **negotiated charge** | Not Covered |
| For all fills of at least a 31 day supply and up to a 90 day supply filled at a mail order **pharmacy** | 30% of the **negotiated charge** not to exceed $150 | 40% of the **negotiated charge** | Not Covered |

| Specialty Care Prescription Drugs | | | |
|---|---|---|---|
| For each 30 day supply | 10% of the **negotiated charge** not to exceed $150 | 10% of the **negotiated charge** not to exceed $150 | Not Applicable |

**\*Mail Order is not available through the WellStar pharmacy network**

You must meet your Calendar Year deductible before the Plan will begin to cover a percentage of your prescription drug costs.

If you or your **prescriber** request a covered **brand-name prescription drug** when a covered **generic prescription drug** equivalent is available, you will be responsible for the cost difference between the **generic prescription drug** and the **brand-name prescription drug**, plus the applicable cost sharing.

<u>Deductible Waiver</u>

**Waiver for Risk-Reducing Breast Cancer Prescription Drugs**

The Calendar Year **deductible** and per prescription coinsurance will not apply to risk-reducing breast cancer generic **prescription drugs** when obtained at a **network pharmacy**. This means that such risk-reducing breast cancer generic **prescription drugs** will be paid at 100%.

**Deductible and coinsurance waiver for tobacco cessation prescription and over-the-counter drugs**

The Calendar Year **deductible** and the per **prescription coinsurance** will not apply to the first two 90-day treatment regimens for tobacco cessation **prescription drugs** and OTC drugs when obtained at a **network pharmacy**. This means that such **prescription drugs** and OTC drugs will be paid at 100%. Your Calendar Year **deductible** and any **prescription coinsurance** will apply after those two regimens have been exhausted.

**Waiver for Prescription Drug Contraceptives**

The Calendar Year **deductible** and per prescription coinsurance will not apply to contraceptive methods that are:
- **generic prescription drugs**; contraceptive devices; or
- FDA-approved female generic emergency contraceptives,

when obtained at a **network pharmacy**. This means that such contraceptive methods will be paid at 100%.

Refer to the *Pharmacy Plan Features* for information on coverage for FDA-Approved female over-the-counter contraceptives (Non-Emergency).

CONFIDENTIAL

Wellstar 002090

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul   .pdf

The Calendar Year **deductible** and per prescription coinsurance continue to apply:

- When the contraceptive methods listed above are obtained at an out-of-network pharmacy
- For contraceptive methods that are:
  - **brand-name prescription drugs** and devices and
  - FDA-approved female brand-name emergency contraceptives,

  that have a generic equivalent, or generic alternative available within the same **therapeutic drug class** obtained at an **out-of-network pharmacy** or **network pharmacy** unless you are granted a medical exception.

| PLAN FEATURES | WELLSTAR PHARMACY NETWORK | AETNA PHARMACY NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **FDA-Approved Female Generic Over-the-Counter Contraceptives** For each 30 day supply filled at a retail **pharmacy** | 100% per supply  No **deductible** applies. | 100% per supply  No **deductible** applies. | Not covered |
| **FDA-Approved Female Generic Emergency Over-the-Counter Contraceptives** | 100% per supply  No **deductible** applies. | 100% per supply  No deductible applies. | Not covered |

**Important Note:**
This Plan does not cover all over-the-counter (OTC) contraceptives.  For a current listing, contact Member Services by logging on the member portal www.aetna.com or calling the toll-free number on the back of the ID card.

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| Preventive Care Drugs and Supplements | 100% per item | 100% per item visit | Not covered |
|---|---|---|---|
| Preventive care drugs and supplements filled at a **pharmacy** with a **prescription**:<br><br>Coverage will be subject to any sex, age, medical condition, family history, and frequency guidelines in the recommendations of the United States Preventive Services Task Force. For details on the guidelines and the current list of covered preventive care drugs and supplements, contact your physician or Member Services by logging onto the member portal at www.aetna.com or calling the number on the back of your ID card. | No **deductible** applies. | No **deductible** applies. | |

**Important Note:**
Refer to the Booklet and the *Preventive Care* section for a complete description of the preventive care drugs and supplements covered under this Plan and for any limitations that apply to these benefits.

The **prescription drug** plan **coinsurance** is the percentage of **prescription drug** covered expenses that the plan pays after any applicable **deductibles** have been met.

Affordable Care Act preventive drugs are available for free at any in-network pharmacy. Preventive care and prescription lists will be available on wellstarmybenefits.org

**Precertification** and **step therapy** for certain prescription **drugs** is required. If **precertification** is not obtained, the **prescription drug** will not be covered.

## Expense Provisions

**The following provisions apply to your health expense plan.**
This section describes cost sharing features, benefit maximums and other important provisions that apply to your Plan. The specific cost sharing features and the applicable dollar amounts or benefit percentages are contained in the attached health expense sections of this *Schedule of Benefits*.

This *Schedule of Benefits* replaces any *Schedule of Benefits* previously in effect under your plan of health benefits.

**KEEP THIS SCHEDULE OF BENEFITS WITH YOUR BOOKLET.**

CONDFIDENTIAL

Wellstar 002092

# Schedule of Benefits

**Employer:**                        **WellStar Health System, Inc.**

**MSA:**                             868066

**Effective Date:**                  January 1, 2017
**Schedule:**                        1B
**Booklet Base:**                    1

For: WellStar Employee Medical Plan - WellShare Select HSA Plan

This is an ERISA plan, and you have certain rights under this plan. Please contact your Employer for additional information.

WellStar's HSA Contribution                    $500 Team Member
                                               $750 Team Member + Spouse/Team Member + Child
                                               $1,000 Family/Team Member + Children

WellShare Select HSA Plan

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK** | OUT-OF-NETWORK |
|---|---|---|---|
| **Calendar Year Deductible*** | | | |
| Team Member | $1,750 | $3,500 | $3,500 |
| Team Member + Spouse/Team Member + Child | $2,625 | $5,250 | $5,250 |
| Family/Team Member + Children | $3,500 | $7,000 | $7,000 |

*Unless otherwise indicated, any applicable **deductible** must be met before benefits are paid.
**Aetna network providers can be used, and the benefits payable are at the "out of network" level. Aetna provider discounts will apply.

**Plan Maximum Out of Pocket Limit** includes plan **deductible**.

**Team Member Maximum Out of Pocket Limit:**

- For WellStar **network** expenses: $4,500.
- For Aetna network/**out-of-network** expenses: $9,000.

CONDFIDENTIAL

Wellstar 002093

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

**Team Member +Spouse/Team Member + Child Maximum Out of Pocket Limit:**

- For WellStar **network** expenses: $6,750.
- For Aetna network/**out-of-network** expenses: $13,500.

**Family/Team Member + Children Maximum Out-of-Pocket Limit:**

- For WellStar **network** expenses: $9,000*.
- For Aetna network/**out-of-network** expenses: $18,000.

**\*With $6,850 embedded individual limit**

| *Lifetime Maximum Benefit per person* | unlimited | unlimited | unlimited |
|---|---|---|---|

*Payment Percentage listed in the Schedule below reflects the Plan Payment Percentage. This is the amount the Plan pays. You are responsible to pay any deductibles and the remaining payment percentage. You are responsible for full payment of any non-covered expenses you incur.*

*All Covered Expenses Are Subject To The Calendar Year Deductible Unless Otherwise Noted In The Schedule Below.*

*Maximums for specific covered expenses, including visit, day and dollar maximums are combined maximums between network and out-of-network, unless specifically stated otherwise.*

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Preventive Care Benefit* | | | |
| *Routine Physical Exams Office Visits* | 100% per visit<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *Covered Persons through age 21:* Maximum Age & Visit Limits | Subject to any age and visit limits provided for in the comprehensive guidelines supported by the American Academy of Pediatrics/Bright Futures Guidelines for Children and Adolescents.<br><br>*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* | Subject to any age and visit limits provided for in the comprehensive guidelines supported by the American Academy of Pediatrics/Bright Futures Guidelines for Children and Adolescents.<br><br>*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* | Subject to any age and visit limits provided for in the comprehensive guidelines supported by the American Academy of Pediatrics/Bright Futures Guidelines for Children and Adolescents.<br><br>*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card* |

157

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| | | | |
|---|---|---|---|
| *Covered Persons ages 22 but less than 65:* Maximum Visits per 12 consecutive months | 1 visit | 1 visit | 1 visit |
| *Covered Persons age 65 and over.* Maximum Visits per 12 consecutive months | 1 visit | 1 visit | 1 visit |
| **Preventive Care Immunizations** *Performed in a facility or* **physician's** *office* | 100% per visit<br><br>No **deductible** applies.<br><br>Subject to any age and visit limits provided for in the comprehensive guidelines supported by the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention.<br><br>*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* | 60% per visit after Calendar Year **deductible**<br><br><br>Subject to any age and visit limits provided for in the comprehensive guidelines supported by the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention.<br><br>*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* | 60% per visit after Calendar Year **deductible**<br><br><br>Subject to any age and visit limits provided for in the comprehensive guidelines supported by the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention.<br><br>*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* |
| *Screening & Counseling Office Visits*   *Obesity and/or Healthy Diet*<br><br>  *Misuse of Alcohol and/or Drugs & Use of Tobacco Products*<br><br>  *Sexually Transmitted Infections*<br><br>  *Genetic Risk for Breast and Ovarian Cancer* | 100% per visit<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

CONDFIDENTIAL

Wellstar 002095

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| | | | | |
|---|---|---|---|---|
| *Obesity and/or Healthy Diet* Maximum Visits per Calendar Year *(This maximum applies only to Covered Persons ages 22 & older.)* | 26 visits *(however, of these only 10 visits will be allowed under the Plan for healthy diet counseling provided in connection with Hyperlipidemia (high cholesterol) and other known risk factors for cardiovascular and diet-related chronic disease)\** | 26 visits *(however, of these only 10 visits will be allowed under the Plan for healthy diet counseling provided in connection with Hyperlipidemia (high cholesterol) and other known risk factors for cardiovascular and diet-related chronic disease)\** | 26 visits *(however, of these only 10 visits will be allowed under the Plan for healthy diet counseling provided in connection with Hyperlipidemia (high cholesterol) and other known risk factors for cardiovascular and diet-related chronic disease)\** | |
| **\*Note:** *In figuring the Maximum Visits, each session of up to 60 minutes is equal to one visit.* | | | | |
| *Misuse of Alcohol and/or Drugs* Maximum Visits per Calendar Year | 5 visits \* | 5 visits \* | 5 visits \* | |
| **\*Note:** *In figuring the Maximum Visits, each session of up to 60 minutes is equal to one visit.* | | | | |
| *Use of Tobacco Products* Maximum Visits per Calendar Year | 8 visits \* | 8 visits \* | 8 visits \* | |
| **\*Note:** *In figuring the Maximum Visits, each session of up to 60 minutes is equal to one visit.* | | | | |
| *Sexually Transmitted Infections Benefit Maximums* | | | | |
| Maximum Visits per Calendar Year | 2 visits \* | 2 visits \* | 2 visits \* | 8 visit |
| **\*Note:** *In figuring the Maximum Visits, each session of up to 30 minutes is equal to one visit.* | | | | |
| *Well Woman Preventive Office Visits* Subject to any age limits provided for in the comprehensive guidelines supported by the Health and Human Resources Administrations | 100% per visit exam No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | |
| *Well Woman Preventive Visits* Maximum Visits per Calendar Year | 1 visit | 1 visit | 1 visit | |

CONDFIDENTIAL

Wellstar 002096

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| | | | |
|---|---|---|---|
| *Hearing Supply* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| Hearing Supply Maximum per 12 month period | 1 hearing aid per ear | 1 hearing aid per ear | 1 hearing aid per ear |
| *Routine Cancer Screening Outpatient* | | | |
| *For one routine Digital Rectal Exam (DRE) and Prostate Specific Antigen (PSA) test per year* | 100% per visit<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *For all other DRE and PSA testing* | 100% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| Maximums | Subject to any age; family history and frequency guidelines as set forth in the most current:<br>• evidence-based items that have in effect a rating of A or B in the current recommendations of the United States Preventive Services Task Force; and<br>• the comprehensive guidelines supported by the Health Resources and Services Administration.<br><br>*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* | Subject to any age; family history and frequency guidelines as set forth in the most current:<br>• evidence-based items that have in effect a rating of A or B in the current recommendations of the United States Preventive Services Task Force; and<br>• the comprehensive guidelines supported by the Health Resources and Services Administration.<br><br>*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* | Subject to any age; family history and frequency guidelines as set forth in the most current:<br>• evidence-based items that have in effect a rating of A or B in the current recommendations of the United States Preventive Services Task Force; and<br>• the comprehensive guidelines supported by the Health Resources and Services Administration.<br><br>*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* |

CONDFIDENTIAL

Wellstar 002097

| | | | |
|---|---|---|---|
| *Lung Cancer Screening Maximum* | One screening every 12 months* | One screening every 12 months* | One screening every 12 months* |

**\*Important Note:** *Lung cancer screenings in excess of the maximum as shown above are covered under the Outpatient Diagnostic and Preoperative Testing section of your Schedule of Benefits.*

| | | | |
|---|---|---|---|
| *Prenatal Care Office Visits* | 100% per visits<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

**Important Note:** Refer to the Physician Services and Pregnancy Expenses sections of the Schedule of Benefits for more information on coverage levels for pregnancy expenses under this Plan, including other prenatal care, delivery and postnatal care office visits.

| | | | |
|---|---|---|---|
| *Comprehensive Lactation Support and Counseling Services* **Lactation Counseling Services** *Facility or Office Visits* | 100% per visit<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

| | | | |
|---|---|---|---|
| Lactation Counseling Services Maximum Visits either in a group or individual setting | 6* visits per 12 months | Not Applicable | Not Applicable |

**\*Important Note:** Visits in excess of the Lactation Counseling Services Maximum as shown above, are covered under the *Physician Services* office visit section of the *Schedule of Benefits*

| | | | |
|---|---|---|---|
| **Breast Pumps & Supplies** | 100% per visits<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

**Important Note:** Refer to the *Comprehensive Lactation Support and Counseling Services* section of the Booklet for limitations on breast pumps and supplies.

| | | | |
|---|---|---|---|
| *Family Planning Services* Female Contraceptive Counseling Services - Office Visits. | 100% per visits<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

| | | | |
|---|---|---|---|
| Contraceptive Counseling Services - Maximum Visits either in a group or individual setting | 2* visits per 12 months | Not Applicable | Not Applicable |

*Important Note: Visits in excess of the Contraceptive Counseling Services Maximum as shown above, are covered under the *Physician Services* office visit section of the *Schedule of Benefits*.

CONDFIDENTIAL

Wellstar 002098

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

### Family Planning Services - Female Contraceptives

| | | | |
|---|---|---|---|
| Female Contraceptive Female Contraceptive **Generic Prescription Drugs** and Devices provided, administered, or removed, by a **Physician** during an Office Visits. | 100% per visits  No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Family Planning Services - Female Contraceptives** | | | |
| **Female Contraceptive Brand Prescription Drugs**  For each 30 day supply filled at a retail **pharmacy** | 100% per prescription or refill  No **deductible** applies. | 60% per prescription or refill after **deductible** | 60% per prescription or refill after **deductible** |
| **Female Contraceptive Devices** | 100% per prescription or refill  No **deductible** applies. | 60% per prescription or refill after **deductible** | 60% per prescription or refill after **deductible** |
| **FDA-Approved Female Brand Emergency Contraceptives** | 100% per prescription or refill  No **deductible** applies. | 60% per prescription or refill after **deductible** | 60%per prescription or refill after **deductible** |
| **FDA-Approved Female Brand Over-the-Counter Contraceptives** | 100% per prescription or refill.  No **deductible** applies. | 60% per prescription or refill after **deductible** | 60% per prescription or refill after **deductible** |

**Important Note:**
Refer to the *Outpatient Prescription Drug Expenses* section of your *Schedule of Benefits* for more information on other prescription drug coverage under this Plan.

### Family Planning - Other

| | | | |
|---|---|---|---|
| Voluntary Sterilization for Males Outpatient | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

CONDFIDENTIAL

Wellstar 002099

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul . pdf

### Family Planning - Female Voluntary Sterilization

| | | | |
|---|---|---|---|
| Inpatient | 100% per visits<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| Outpatient | 100% per visits<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Physician Services** | | | |
| *Office Visits to Primary Care Physician* | | | |
| *Office visits only* (non-surgical) to non-**specialist** | 100% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *All Office Related Services* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *Specialist Office Visits* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *Physician Office Visits-Surgery* | | | |
| *Physician for Office visit only* | 100% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *Physician for All Office Related Services* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *Specialist* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

CONDFIDENTIAL

Wellstar 002100

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| *Walk-In Clinic Visit (Non-Emergency)* | | | |
|---|---|---|---|
| *Preventive Care Services\** Immunizations | 100% per visit<br><br>No **deductible** applies.<br><br>For details, contact your **physician**, log onto the member portal at www.aetna.com, or call the number on the back of your ID card. | 60% per visit after Calendar Year **deductible**<br><br>For details, contact your **physician**, log onto the member portal at www.aetna.com, or call the number on the back of your ID card. | 60% per visit after Calendar Year **deductible** |
| Individual Screening and Counseling Services for Tobacco Use | 100% per visit<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| Maximum Benefit per visit - Individual Screening and Counseling Services for Tobacco Use | Refer to the *Preventive Care Benefit* section earlier in this Schedule of Benefits for maximums that may apply to these types of services | Refer to the *Preventive Care Benefit* section earlier in this Schedule of Benefits for maximums that may apply to these types of services | Refer to the *Preventive Care Benefit* section earlier in this Schedule of Benefits for maximums that may apply to these types of services |
| Individual Screening and Counseling Services for Obesity | 100% per visit<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| Maximum Benefit per visit - Individual Screening and Counseling Services for Obesity | Refer to the *Preventive Care Benefit* section earlier in this Schedule of Benefits for maximums that may apply to these types of services | Refer to the *Preventive Care Benefit* section earlier in this Schedule of Benefits for maximums that may apply to these types of services | Refer to the *Preventive Care Benefit* section earlier in this Schedule of Benefits for maximums that may apply to these types of services |

**\*Important Note:**
Not all preventive care services are available at all **Walk-In Clinics**. The types of services offered will vary by the provider and location of the clinic.  These services may also be obtained from your **physician**.

| *Office Visit Only* | 100% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
|---|---|---|---|
| *All Office Related Services* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

| *Physician Services for Inpatient Facility and Hospital Visits* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
|---|---|---|---|

| *Administration of Anesthesia* | 80% per procedure after Calendar Year **deductible** | 60% per procedure after Calendar Year **deductible** | 60% per procedure after Calendar Year **deductible** |
|---|---|---|---|

CONDFIDENTIAL

Wellstar 002101

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul   .pdf

| *Allergy Injections* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
|---|---|---|---|

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Emergency Medical Services* | | | |
| *Hospital Emergency Facility* | 80% per visit after Calendar Year **deductible** | Paid the same as the In-Network level of benefits. | Paid the same as the In-Network level of benefits. |
| | | See Important Note Below | See Important Note Below |

**Important Note:** Please note that as these providers are not **network providers** and do not have a contract with **Aetna**, the provider may not accept payment of your cost share (your **deductible** and **payment percentage**), as payment in full. You may receive a bill for the difference between the amount billed by the provider and the amount paid by this Plan. If the Emergency Room Facility or **physician** bills you for an amount above your cost share, you are not responsible for paying that amount. Please send us the bill at the address listed on the back of your member ID card and we will resolve any payment dispute with the provider over that amount. Make sure your member ID number is on the bill.

| *Non-Emergency Care in a Hospital Emergency Room* | Not covered | Not covered | Not covered |
|---|---|---|---|

| *Urgent Care Services* | | | |
|---|---|---|---|
| *Urgent Medical Care* (at a non-hospital free standing facility) | 80% per visit after Calendar Year **deductible** | 80% per visit after Calendar Year **deductible** | 80% per visit after Calendar Year **deductible** |
| *Urgent Medical Care* (from other than a non-hospital free standing facility) | Refer to *Emergency Medical Services* and *Physician Services* above. | Refer to *Emergency Medical Services* and *Physician Services* above. | Refer to *Emergency Medical Services* and *Physician Services* above. |
| *Non-Urgent Use of Urgent Care Provider* (at a non-hospital free standing facility) | Not covered | Not covered | Not covered |

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Outpatient Diagnostic and Preoperative Testing** | | | |
| **Complex Imaging Services** | | | |
| Complex Imaging | 80% per test after Calendar Year **deductible** | 60% per test after Calendar Year **deductible** | 60% per test after Calendar Year **deductible** |
| **Diagnostic Laboratory Testing** | | | |
| Diagnostic Laboratory Testing | 80% per procedure after Calendar Year **deductible** | 60% per procedure after Calendar Year **deductible** | 60% per procedure after Calendar Year **deductible** |
| **Diagnostic X-Rays(except Complex Imaging Services)** | | | |
| Diagnostic X-Rays | 80% per procedure after Calendar Year **deductible** | 60% per procedure after Calendar Year **deductible** | 60% per procedure after Calendar Year **deductible** |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Outpatient Surgery** | | | |
| Outpatient Surgery | 80% per procedure after Calendar Year **deductible** | 60% per procedure after Calendar Year **deductible** | 60% per procedure after Calendar Year **deductible** |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Inpatient Facility Expenses** | | | |
| Birthing Center | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |
| Hospital Facility Expenses Room and Board (including maternity) | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| Other than Room and Board | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| Skilled Nursing Inpatient Facility | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| Maximum Days per Calendar Year | 100 days | 100 days | 100 days |

166

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Specialty Benefits** | | | |
| *Home Health Care (Outpatient)* | 80% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year deductible |
| Maximum Visits per Calendar Year | 100 visits | 100 visits | 100 visits |
| *Skilled Nursing Care (Outpatient)* | 80% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** |
| **Hospice Benefits** | | | |
| *Hospice Care - Facility Expenses* (Room & Board) | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| *Hospice Care - Other Expenses during a stay* | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| Maximum Benefit per lifetime | Unlimited days | Unlimited days | Unlimited days |
| *Hospice Outpatient Visits* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
| **Infertility Treatment** | | | |
| *Basic Infertility Expenses* Coverage is for the diagnosis and treatment of the underlying medical condition causing the infertility only. | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *Comprehensive Infertility Expenses* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

CONDFIDENTIAL

Wellstar 002104

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| Advanced Reproductive Technology (ART) Expenses | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year deductible |
| Maximum per Calendar Year | | | |
| For Medical and Pharmacy | $10,000 | $10,000 | $10,000 |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Mental Disorders* | | | |
| Room and Board | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| Other than Room and Board | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| Physicians Services | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| *Inpatient Residential Treatment Facility Expenses* | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| *Inpatient Residential Treatment Facility Expenses Physician Services* | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |

### Outpatient Treatment Of Mental Disorders

| *Outpatient Services* | | | |
|---|---|---|---|
| *Office Visits* | 100% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *Other Than Office Visits* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

CONDFIDENTIAL

Wellstar 002105

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul   .pdf

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Inpatient Treatment of Substance Abuse* | | | |
| *Hospital Facility Expenses* | | | |
| Room and Board | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| Other than Room and Board | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| Physicians Services | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| *Inpatient Residential Treatment Facility Expenses* | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| *Inpatient Residential Treatment Facility Expenses Physician Services* | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| *Outpatient Services* | | | |
| *Office Visits* | 100% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year deductible |
| *Other Than Office Visits* | 80% per visit after Calendar Year deductible | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Obesity Treatment Surgical and Non Surgical* | | | |
| *Outpatient Obesity Treatment (non surgical)* | 80% per visit after the Calendar Year **deductible** | Not Covered | Not Covered |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Obesity Treatment Surgical and Non Surgical* | | | |
| *Inpatient Morbid Obesity Surgery (includes Surgical procedure and Acute Hospital Services)* | 80% per visit after the Calendar Year **deductible** | Not Covered | Not Covered |

CONDFIDENTIAL

Wellstar 002106

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| | | | |
|---|---|---|---|
| *Outpatient Morbid Obesity Surgery* | 80% per service after Calendar Year **deductible** | Not Covered | Not Covered |
| Maximum Benefit Morbid Obesity Surgery (Inpatient and Outpatient) | Unlimited | Not Covered | Not Covered |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK (IOE Facility) | AETNA NETWORK (Non-IOE Facility) | OUT-OF-NETWORK |
|---|---|---|---|---|
| **Transplant Services Facility and Non-Facility Expenses** | | | | |
| *Transplant Facility Expenses* | 80% per admission after Calendar Year **deductible** | 80% per admission after Calendar Year **deductible** | Not covered | Not covered |
| *Transplant Physician Services* (including office visits) | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Not covered | Not covered |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Other Covered Health Expenses** | | | |
| *Acupuncture in lieu of anesthesia* | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |
| *Ground, Air or Water Ambulance* | 80% after Calendar Year **deductible** | 80% after Calendar Year **deductible** | 80% after Calendar Year **deductible** |
| *Durable Medical and Surgical Equipment* | 80% per item after the Calendar Year **deductible** | 60% per item after the Calendar Year **deductible** | 60% per item after the Calendar Year **deductible** |

CONFIDENTIAL

Wellstar 002107

| *Clinical Trial Therapies* Experimental or Investigational Treatment) | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |
|---|---|---|---|
| *Routine Patient Costs* | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |
| *Oral and Maxillofacial Treatment (Mouth, Jaws and Teeth)* | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |
| *Prosthetic Devices* | 80% per item after Calendar Year **deductible** | 60% per item after Calendar Year **deductible** | 60% per item after Calendar Year **deductible** |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Outpatient Therapies* | | | |
| *Chemotherapy* | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |
| *Infusion Therapy* | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |
| *Radiation Therapy* | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Short Term Outpatient Rehabilitation Therapies* | | | |
| *Outpatient Physical, Occupational and Speech Therapy combined* | 80% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** |

CONDFIDENTIAL

Wellstar 002108

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| Combined Physical, Occupational and Speech Therapy Maximum visits per Calendar Year | 60 visits | 60 visits | 60 visits |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Spinal Manipulation* | | | |
| | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** |
| Spinal Manipulation Maximum visits per Calendar Year | 20 visits | 20 visits | 20 visits |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA-NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Autism Spectrum Disorder* | | | |
| Autism – Physical therapy, Occupational Therapy, Speech Therapy | 80% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** |
| Autism - behavioral therapy | 80% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** |
| Autism - Applied Behavior Analysis | 80% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** |

CONDFIDENTIAL

# Pharmacy Benefit*

| | WELLSTAR PHARMACY NETWORK | AETNA PHARMACY NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Preferred Generic Prescription Drugs** | | | |
| For each initial 30 day supply filled at a retail **pharmacy** | 10% of the **negotiated charge** not to exceed $125 | 30% of the **negotiated charge** | Not Covered |
| For all fills of at least a 31 day supply and up to a 90 day supply filled at a mail order **pharmacy** | 10% of the **negotiated charge** not to exceed $125 | 20% of the **negotiated charge** | Not Covered |
| **Preferred Brand-Name Prescription Drugs** | | | |
| For each initial 30 day supply filled at a retail **pharmacy** | 10% of the **negotiated charge** not to exceed $125 | 30% of the **negotiated charge** | Not Covered |
| For all fills of at least a 31 day supply and up to a 90 day supply filled at a mail order **pharmacy** | 10% of the **negotiated charge** not to exceed $125 | 20% of the **negotiated charge** | Not Covered |
| **Non-Preferred Generic Prescription Drugs** | | | |
| For each initial 30 day supply filled at a retail **pharmacy** | 10% of the **negotiated charge** not to exceed $125 | 30% of the **negotiated charge** | Not Covered |
| For all fills of at least a 31 day supply and up to a 90 day supply filled at a mail order **pharmacy** | 10% of the **negotiated charge** not to exceed $125 | 20% of the **negotiated charge** | Not Covered |

CONDFIDENTIAL

Wellstar 002110

| Non-Preferred Brand-Name Prescription Drugs | | | |
|---|---|---|---|
| For each initial 30 day supply filled at a retail **pharmacy** | 30% of the **negotiated charge** not to exceed $150 | 50% of the **negotiated charge** | Not Covered |
| For all fills of at least a 31 day supply and up to a 90 day supply filled at a mail order **pharmacy** | 30% of the **negotiated charge** not to exceed $150 | 40% of the **negotiated charge** | Not Covered |

| Specialty Care Prescription Drugs | | | |
|---|---|---|---|
| For each 30 day supply | 10% of the **negotiated charge** not to exceed $150 | 10% of the **negotiated charge** not to exceed $150 | Not Applicable |

**\*Mail Order is not available through the WellStar pharmacy network**

You must meet your Calendar Year deductible before the Plan will begin to cover a percentage of your prescription drug costs.

If you or your **prescriber** request a covered **brand-name prescription drug** when a covered **generic prescription drug** equivalent is available, you will be responsible for the cost difference between the **generic prescription drug** and the **brand-name prescription drug,** plus the applicable cost sharing.

<u>Deductible Waiver</u>

**Waiver for Risk-Reducing Breast Cancer Prescription Drugs**

The Calendar Year **deductible** and per prescription coinsurance will not apply to risk-reducing breast cancer generic **prescription drugs** when obtained at a **network pharmacy.** This means that such risk-reducing breast cancer generic **prescription drugs** will be paid at 100%.

**Deductible and coinsurance waiver for tobacco cessation prescription and over-the-counter drugs**

The Calendar Year **deductible** and the per **prescription coinsurance** will not apply to the first two 90-day treatment regimens for tobacco cessation **prescription drugs** and OTC drugs when obtained at a **network pharmacy.** This means that such **prescription drugs** and OTC drugs will be paid at 100%. Your Calendar Year **deductible** and any **prescription coinsurance** will apply after those two regimens have been exhausted.

**Waiver for Prescription Drug Contraceptives**

The Calendar Year **deductible** and per prescription coinsurance will not apply to contraceptive methods that are:
- **generic prescription drugs**; contraceptive devices; or
- FDA-approved female generic emergency contraceptives,

when obtained at a **network pharmacy.** This means that such contraceptive methods will be paid at 100%.

Refer to the *Pharmacy Plan Features* for information on coverage for FDA-Approved female over-the-counter contraceptives (Non-Emergency).

CONDFIDENTIAL

Wellstar 002111

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

The Calendar Year **deductible** and per prescription coinsurance continue to apply:

- When the contraceptive methods listed above are obtained at an out-of-network pharmacy
- For contraceptive methods that are:
    - **brand-name prescription drugs** and devices and
    - FDA-approved female brand-name emergency contraceptives,

  that have a generic equivalent, or generic alternative available within the same **therapeutic drug class** obtained at an **out-of-network pharmacy** or **network pharmacy** unless you are granted a medical exception.

| PLAN FEATURES | WELLSTAR PHARMACY NETWORK | AETNA PHARMACY NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **FDA-Approved Female Generic Over-the-Counter Contraceptives** For each 30 day supply filled at a retail **pharmacy** | 100% per supply  No **deductible** applies. | 100% per supply  No **deductible** applies. | Not covered |
| **FDA-Approved Female Generic Emergency Over-the-Counter Contraceptives** | 100% per supply  No **deductible** applies. | 100% per supply  No deductible applies. | Not covered |

**Important Note:**
This Plan does not cover all over-the-counter (OTC) contraceptives.  For a current listing, contact Member Services by logging on the member portal at www.aetna.com or calling the toll-free number on the back of the ID card.

CONDFIDENTIAL  Wellstar 002112

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| | | | |
|---|---|---|---|
| *Preventive Care Drugs and Supplements* | 100% per item | 100% per item visit | Not covered |
| Preventive care drugs and supplements filled at a **pharmacy** with a **prescription**: | No **deductible** applies. | No **deductible** applies. | |
| Coverage will be subject to any sex, age, medical condition, family history, and frequency guidelines in the recommendations of the United States Preventive Services Task Force. For details on the guidelines and the current list of covered preventive care drugs and supplements, contact your physician or Member Services by logging onto the member portal at www.aetna.com or calling the number on the back of your ID card. | | | |

**Important Note:**
Refer to the Booklet and the *Preventive Care* section for a complete description of the preventive care drugs and supplements covered under this Plan and for any limitations that apply to these benefits.

| | | | |
|---|---|---|---|
| *Tobacco Cessation Prescription and Over-the-Counter Drugs* | 100% per item | 100% per item visit | Not covered |
| Tobacco cessation **prescription drugs** and OTC drugs filled at a **pharmacy** for each 90 day supply. | No deductible applies. | No **deductible** applies. | |
| Maximums: Coverage is permitted for two 90-day treatment regimens only. Any additional treatment regimens will be subject to the cost sharing in your schedule of benefits below. | | | |
| Coverage will be subject to any sex, age, medical condition, family history, and frequency guidelines | | | |

CONDFIDENTIAL Wellstar 002113

in the recommendations of the United States Preventive Services Task Force.  For details on the guidelines and the current list of covered tobacco cessation prescription drugs and OTC drugs, contact Member Services by logging onto the member portal at www.aetna.com or calling the number on the back of your ID card.

The **prescription drug** plan **coinsurance** is the percentage of **prescription drug covered expenses** that the plan pays after any applicable **deductibles** and **copays** have been met.

Affordable Care Act preventive drugs are available for free at any in-network pharmacy. Preventive care and prescription lists will be available on wellstarmybenefits.org

**Precertification** and **step therapy** for certain **prescription drugs** is required.  If **precertification** is not obtained, the **prescription drug** will not be covered.

CONFIDENTIAL

Wellstar 002114

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul   .pdf

# Schedule of Benefits

| | |
|---|---|
| **Employer:** | **WellStar Health System, Inc.** |
| **MSA:** | 868066 |

| | |
|---|---|
| **Effective Date:** | January 1, 2017 |
| **Schedule:** | 2B |
| **Booklet Base:** | 1 |

For: WellStar Employee Medical Plan-WellShare Select HRA Plan

This is an ERISA plan, and you have certain rights under this plan. Please contact your Employer for additional information.

## WellStar HRA *(GR-9N-S-06-01)*

### Plan Features

WellStar's HRA Contribution

$500 Team Member
$750 Team Member + Spouse/Team Member + Child
$1,000 Family/Team Member + Children

**Schedule of Benefits**
The WellStar HRA benefit will pay 100%% of eligible WellStar HRA expenses (**network and out-of-network**). It will also reduce your individual or family **deductible**. Once your maximum WellStar HRA benefit is paid, you will be responsible for covered expenses until any remaining **deductible** is met. Once your **deductible** has been met, your health expense coverage will begin to pay for **covered expenses**.

WellShare Select HRA Plan

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK** | OUT-OF-NETWORK |
|---|---|---|---|
| Calendar Year Deductible* | | | |
| Team Member | $1,750 | $3,500 | $3,500 |
| Team Member + Spouse/Team Member + Child | $2,625 | $5,250 | $5,250 |
| Family/Team Member + Children | $3,500 | $7,000 | $7,000 |

178

CONDFIDENTIAL

Wellstar 002115

*Unless otherwise indicated, any applicable **deductible** must be met before benefits are paid.
** **Aetna** network providers can be used, and the benefits payable are at the "out of network" level.  Aetna **provider discounts will apply.**

**Plan Maximum Out of Pocket Limit** includes plan **deductible.**

**Team Member Maximum Out of Pocket Limit:**

- For WellStar **network** expenses: $4,500.
- For Aetna network/**out-of-network** expenses: $9,000.

**Team Member +Spouse/Team Member + Child Maximum Out of Pocket Limit:**

- For WellStar **network** expenses: $6,750.
- For Aetna network/**out-of-network** expenses: $13,500.

Family/Team Member + Children Maximum Out-of-Pocket Limit:
- For WellStar **network** expenses: $9,000*.
- For Aetna network/**out-of-network** expenses: $18,000.

**\*With $6,850 embedded individual limit**

| *Lifetime Maximum Benefit per person* | unlimited | unlimited | unlimited |
|---|---|---|---|

*Payment Percentage listed in the Schedule below reflects the Plan Payment Percentage. This is the amount the Plan pays. You are responsible to pay any deductibles and the remaining payment percentage. You are responsible for full payment of any non-covered expenses you incur.*

*All Covered Expenses Are Subject To The Calendar Year Deductible Unless Otherwise Noted In The Schedule Below.*

*Maximums for specific covered expenses, including visit, day and dollar maximums are combined maximums between network and out-of-network, unless specifically stated otherwise.*

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Preventive Care Benefit** | | | |
| *Routine Physical Exams Office Visits* | 100% per visit<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *Covered Persons through age 21:* Maximum Age & Visit Limits | Subject to any age and visit limits provided for in the comprehensive guidelines supported by the American Academy of Pediatrics/Bright Futures | Subject to any age and visit limits provided for in the comprehensive guidelines supported by the American Academy of Pediatrics/Bright Futures | Subject to any age and visit limits provided for in the comprehensive guidelines supported by the American Academy of Pediatrics/Bright |

179

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| | | | |
|---|---|---|---|
| | Guidelines for Children and Adolescents.

*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* | Guidelines for Children and Adolescents.

*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* | Futures Guidelines for Children and Adolescents.

*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card* |
| *Covered Persons ages 22 but less than 65:* Maximum Visits per 12 consecutive months | 1 visit | 1 visit | 1 visit |
| *Covered Persons age 65 and over.* Maximum Visits per 12 consecutive months | 1 visit | 1 visit | 1 visit |
| *Preventive Care Immunizations* *Performed in a facility or physician's office* | 100% per visit

No **deductible** applies.

Subject to any age and visit limits provided for in the comprehensive guidelines supported by the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention.

*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* | 60% per visit after Calendar Year **deductible**

Subject to any age and visit limits provided for in the comprehensive guidelines supported by the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention.

*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* | 60% per visit after Calendar Year **deductible**

Subject to any age and visit limits provided for in the comprehensive guidelines supported by the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention.

*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* |

CONDFIDENTIAL

Wellstar 002117

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| | | | |
|---|---|---|---|
| **Screening & Counseling Office Visits**<br>*Obesity and/or Healthy Diet*<br><br>*Misuse of Alcohol and/or Drugs & Use of Tobacco Products*<br><br>*Sexually Transmitted Infections*<br><br>*Genetic Risk for Breast and Ovarian Cancer* | 100% per visit<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year deductible |
| *Obesity and/or Healthy Diet* Maximum Visits per Calendar Year *(This maximum applies only to Covered Persons ages 22 & older.)* | 26 visits *(however, of these only 10 visits will be allowed under the Plan for healthy diet counseling provided in connection with Hyperlipidemia (high cholesterol) and other known risk factors for cardiovascular and diet-related chronic disease)* | 26 visits *(however, of these only 10 visits will be allowed under the Plan for healthy diet counseling provided in connection with Hyperlipidemia (high cholesterol) and other known risk factors for cardiovascular and diet-related chronic disease)* | 26 visits *(however, of these only 10 visits will be allowed under the Plan for healthy diet counseling provided in connection with Hyperlipidemia (high cholesterol) and other known risk factors for cardiovascular and diet-related chronic disease)* |

*\*Note: In figuring the Maximum Visits, each session of up to 60 minutes is equal to one visit.*

| | | | |
|---|---|---|---|
| *Misuse of Alcohol and/or Drugs* Maximum Visits per Calendar Year | 5 visits * | 5 visits * | 5 visits * |

*\*Note: In figuring the Maximum Visits, each session of up to 60 minutes is equal to one visit.*

| | | | |
|---|---|---|---|
| *Use of Tobacco Products* Maximum Visits per Calendar Year | 8 visits * | 8 visits * | 8 visits * |

*\*Note: In figuring the Maximum Visits, each session of up to 60 minutes is equal to one visit.*

| | | | | |
|---|---|---|---|---|
| *Sexually Transmitted Infections Benefit Maximums* | | | | |
| Maximum Visits per Calendar Year | 2 visits * | 2 visits * | 2 visits * | 8 visit |

*\*Note: In figuring the Maximum Visits, each session of up to 30 minutes is equal to one visit.*

CONFIDENTIAL

Wellstar 002118

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul    pdf

| | | | |
|---|---|---|---|
| **Well Woman Preventive Office Visits**<br><br>Subject to any age limits provided for in the comprehensive guidelines supported by the Health and Human Resources Administrations | 100% per visit exam<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| **Well Woman Preventive Visits**<br>Maximum Visits per Calendar Year | 1 visit | 1 visit | 1 visit |
| **Hearing Supply** | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| Hearing Supply Maximum per 12 month period | 1 hearing aid per ear | 1 hearing aid per ear | 1 hearing aid per ear |
| **Routine Cancer Screening Outpatient**<br><br>**For one routine Digital Rectal Exam (DRE) and Prostate Specific Antigen (PSA) test per year** | 100% per visit<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| **For all other DRE and PSA testing** | 100% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

CONDFIDENTIAL

Wellstar 002119

| Maximums | Subject to any age; family history and frequency guidelines as set forth in the most current: | Subject to any age; family history and frequency guidelines as set forth in the most current: | Subject to any age; family history and frequency guidelines as set forth in the most current: |
|---|---|---|---|
| | • evidence-based items that have in effect a rating of A or B in the current recommendations of the United States Preventive Services Task Force; and<br>• the comprehensive guidelines supported by the Health Resources and Services Administration.<br><br>*For details, contact your physician or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* | • evidence-based items that have in effect a rating of A or B in the current recommendations of the United States Preventive Services Task Force; and<br>• the comprehensive guidelines supported by the Health Resources and Services Administration.<br><br>*For details, contact your physician or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* | • evidence-based items that have in effect a rating of A or B in the current recommendations of the United States Preventive Services Task Force; and<br>• the comprehensive guidelines supported by the Health Resources and Services Administration.<br><br>*For details, contact your physician or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* |
| *Lung Cancer Screening Maximum* | One screening every 12 months* | One screening every 12 months* | One screening every 12 months* |

**\*Important Note:** *Lung cancer screenings in excess of the maximum as shown above are covered under the Outpatient Diagnostic and Preoperative Testing section of your Schedule of Benefits.*

| *Prenatal Care Office Visits* | 100% per visits<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

**Important Note:** Refer to the Physician Services and Pregnancy Expenses sections of the Schedule of Benefits for more information on coverage levels for pregnancy expenses under this Plan, including other prenatal care, delivery and postnatal care office visits.

| *Comprehensive Lactation Support and Counseling Services* **Lactation Counseling Services** *Facility or Office Visits* | 100% per visit<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

183

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

Wellstar 002120

| | | | |
|---|---|---|---|
| Lactation Counseling Services Maximum Visits either in a group or individual setting | 6* visits per 12 months | Not Applicable | Not Applicable |

**\*Important Note**: Visits in excess of the Lactation Counseling Services Maximum as shown above, are covered under the *Physician Services* office visit section of the *Schedule of Benefits*

| | | | |
|---|---|---|---|
| **Breast Pumps & Supplies** | 100% per visits<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

**Important Note:** Refer to the *Comprehensive Lactation Support and Counseling Services* section of the Booklet for limitations on breast pumps and supplies.

| | | | |
|---|---|---|---|
| *Family Planning Services* | | | |
| Female Contraceptive Counseling Services - Office Visits. | 100% per visits<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

| | | | |
|---|---|---|---|
| Contraceptive Counseling Services - Maximum Visits either in a group or individual setting | 2* visits per 12 months | Not Applicable | Not Applicable |

*Important Note: Visits in excess of the Contraceptive Counseling Services Maximum as shown above, are covered under the *Physician Services* office visit section of the *Schedule of Benefits*.

| | | | |
|---|---|---|---|
| *Family Planning Services - Female Contraceptives* | | | |
| Female Contraceptive Generic **Prescription Drugs** and Devices provided, administered, or removed, by a **Physician** during an Office Visits. | 100% per visits<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year deductible |

CONDFIDENTIAL

Wellstar 002121

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul   pdf

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Family Planning Services - Female Contraceptives** | | | |
| **Female Contraceptive Brand Prescription Drugs**<br><br>For each 30 day supply filled at a retail pharmacy | 100% per prescription or refill<br><br>No **deductible** applies. | 60% per prescription or refill after **deductible** | 60% per prescription or refill after **deductible** |
| **Female Contraceptive Devices** | 100% per prescription or refill<br><br>No **deductible** applies. | 60% per prescription or refill after **deductible** | 60% per prescription or refill after **deductible** |
| **FDA-Approved Female Brand Emergency Contraceptives** | 100% per prescription or refill<br><br>No **deductible** applies. | 60% per prescription or refill after **deductible** | 60%per prescription or refill after **deductible** |
| **FDA-Approved Female Brand Over-the-Counter Contraceptives** | 100% per prescription or refill.<br><br>No **deductible** applies. | 60% per prescription or refill after **deductible** | 60% per prescription or refill after **deductible** |

**Important Note:**
Refer to the *Outpatient Prescription Drug Expenses* section of your *Schedule of Benefits* for more information on other prescription drug coverage under this Plan.

| *Family Planning - Other* | | | |
|---|---|---|---|
| Voluntary Sterilization for Males<br>Outpatient | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

| *Family Planning - Female Voluntary Sterilization* | | | |
|---|---|---|---|
| Inpatient | 100% per visits<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| Outpatient | 100% per visits<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

CONDFIDENTIAL   Wellstar 002122

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Physician Services** | | | |
| **Office Visits to Primary Care Physician** | | | |
| **Office visits only** (non-surgical) to non-**specialist** | 100% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| **All Office Related Services** | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| **Specialist Office Visits** | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| **Physician Office Visits-Surgery** | | | |
| **Physician for Office visit only** | 100% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| **Physician for All Office Related Services** | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| **Specialist** | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| **Walk-In Clinic Visit (Non-Emergency)** **Preventive Care Services\*** Immunizations | 100% per visit<br><br>No **deductible** applies.<br><br>For details, contact your **physician**, log onto the member portal at www.aetna.com, or call the number on the back of your ID card. | 60% per visit after Calendar Year **deductible**<br><br>For details, contact your **physician**, log onto the member portal at www.aetna.com, or call the number on the back of your ID card. | 60% per visit after Calendar Year **deductible** |
| Individual Screening and Counseling Services for Tobacco Use | 100% per visit<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| Maximum Benefit per visit - Individual Screening and Counseling Services for Tobacco Use | Refer to the *Preventive Care Benefit* section earlier in this Schedule of Benefits for maximums that may apply to these types of services | Refer to the *Preventive Care Benefit* section earlier in this Schedule of Benefits for maximums that may apply to these types of services | Refer to the *Preventive Care Benefit* section earlier in this Schedule of Benefits for maximums that may apply to these types of services |

CONDFIDENTIAL

Wellstar 002123

| Individual Screening and Counseling Services for Obesity | 100% per visit<br><br>No **deductible** applies. | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| Maximum Benefit per visit - Individual Screening and Counseling Services for Obesity | Refer to the *Preventive Care Benefit* section earlier in this Schedule of Benefits for maximums that may apply to these types of services | Refer to the *Preventive Care Benefit* section earlier in this Schedule of Benefits for maximums that may apply to these types of services | Refer to the *Preventive Care Benefit* section earlier in this Schedule of Benefits for maximums that may apply to these types of services |

**\*Important Note:**
Not all preventive care services are available at all **Walk-In Clinics**. The types of services offered will vary by the provider and location of the clinic. These services may also be obtained from your **physician**.

| *Office Visit Only* | 100% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *All Office Related Services* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *Physician Services for Inpatient Facility and Hospital Visits* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *Administration of Anesthesia* | 80% per procedure after Calendar Year **deductible** | 60% per procedure after Calendar Year **deductible** | 60% per procedure after Calendar Year **deductible** |
| *Allergy Injections* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

CONDFIDENTIAL

Wellstar 002124

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul   .pdf

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Emergency Medical Services* | | | |
| *Hospital Emergency Facility* | 80% per visit after the Calendar Year **deductible** | Paid the same as the In-Network level of benefits. | Paid the same as the In-Network level of benefits. |
| | | See Important Note Below | See Important Note Below |

**Important Note:** Please note that as these providers are not **network providers** and do not have a contract with **Aetna**, the provider may not accept payment of your cost share (your **deductible** and **payment percentage),** as payment in full. You may receive a bill for the difference between the amount billed by the provider and the amount paid by this Plan. If the Emergency Room Facility or **physician** bills you for an amount above your cost share, you are not responsible for paying that amount. Please send us the bill at the address listed on the back of your member ID card and we will resolve any payment dispute with the provider over that amount. Make sure your member ID number is on the bill.

| | | | |
|---|---|---|---|
| *Non-Emergency Care in a Hospital Emergency Room* | Not covered | Not covered | Not covered |
| *Urgent Care Services* | | | |
| *Urgent Medical Care (at a non-hospital free standing facility)* | 80% per visit after Calendar Year **deductible** | 80% per visit after Calendar Year **deductible** | 80% per visit after Calendar Year **deductible** |
| *Urgent Medical Care (from other than a non-hospital free standing facility)* | Refer to *Emergency Medical Services* and *Physician Services* above. | Refer to *Emergency Medical Services* and *Physician Services* above. | Refer to *Emergency Medical Services* and *Physician Services* above. |
| *Non-Urgent Use of Urgent Care Provider (at a non-hospital free standing facility)* | Not covered | Not covered | Not covered |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Outpatient Diagnostic and Preoperative Testing* | | | |
| *Complex Imaging Services* | | | |
| *Complex Imaging* | 80% per test after Calendar Year **deductible** | 60% per test after Calendar Year **deductible** | 60% per test after Calendar Year **deductible** |

CONDFIDENTIAL

Wellstar 002125

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| Diagnostic Laboratory Testing | | | |
|---|---|---|---|
| Diagnostic Laboratory Testing | 80% per procedure after Calendar Year **deductible** | 60% per procedure after Calendar Year **deductible** | 60% per procedure after Calendar Year **deductible** |

| Diagnostic X-Rays(except Complex Imaging Services) | | | |
|---|---|---|---|
| Diagnostic X-Rays | 80% per procedure after Calendar Year **deductible** | 60% per procedure after Calendar Year **deductible** | 60% per procedure after Calendar Year **deductible** |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| Outpatient Surgery | | | |
| Outpatient Surgery | 80% per procedure after Calendar Year **deductible** | 60% per procedure after Calendar Year **deductible** | 60% per procedure after Calendar Year **deductible** |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| Inpatient Facility Expenses | | | |
| Birthing Center | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |
| Hospital Facility Expenses Room and Board (including maternity) | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| Other than Room and Board | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| Skilled Nursing Inpatient Facility | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| Maximum Days per Calendar Year | 100 days | 100 days | 100 days |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| Specialty Benefits | | | |
| Home Health Care (Outpatient) | 80% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** |

CONDFIDENTIAL

Wellstar 002126

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| | | | |
|---|---|---|---|
| Maximum Visits per Calendar Year | 100 visits | 100 visits | 100 visits |
| *Skilled Nursing Care (Outpatient)* | 80% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** |
| **Hospice Benefits** | | | |
| *Hospice Care - Facility Expenses* (Room & Board) | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| *Hospice Care - Other Expenses during a stay* | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| Maximum Benefit per lifetime | Unlimited days | Unlimited days | Unlimited days |
| *Hospice Outpatient Visits* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| **PLAN FEATURES** | **WELLSTAR NETWORK** | **AETNA NETWORK** | **OUT-OF-NETWORK** |
| **Infertility Treatment** | | | |
| *Basic Infertility Expenses* Coverage is for the diagnosis and treatment of the underlying medical condition causing the infertility only. | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year deductible | 60% per visit after Calendar Year **deductible** |
| *Comprehensive Infertility Expenses* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *Advanced Reproductive Technology (ART) Expenses* | 80% per visit after Calendar Year deductible | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

CONDFIDENTIAL    Wellstar 002127

| Maximum per Calendar Year | | | |
|---|---|---|---|
| For Medical and Pharmacy | $10,000 | $10,000 | $10,000 |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Mental Disorders* | | | |
| Room and Board | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| Other than Room and Board | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| Physicians Services | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |

| | | | |
|---|---|---|---|
| *Inpatient Residential Treatment Facility Expenses* | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| *Inpatient Residential Treatment Facility Expenses Physician Services* | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |

## Outpatient Treatment Of Mental Disorders

| *Outpatient Services* | | | |
|---|---|---|---|
| *Office Visits* | 100% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *Other Than Office Visits* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

CONDFIDENTIAL

Wellstar 002128

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul  .pdf

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Inpatient Treatment of Substance Abuse* | | | |
| *Hospital Facility Expenses* | | | |
| Room and Board | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| Other than Room and Board | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| Physicians Services | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| *Inpatient Residential Treatment Facility Expenses* | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| *Inpatient Residential Treatment Facility Expenses Physician Services* | 80% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** |
| *Outpatient Services* | | | |
| *Office Visits* | 100% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| *Other Than Office Visits* | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Obesity Treatment Surgical and Non Surgical* | | | |
| *Outpatient Obesity Treatment (non surgical)* | 80% per visit after the Calendar Year **deductible** | Not Covered | Not Covered |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Obesity Treatment Surgical and Non Surgical* | | | |
| *Inpatient Morbid Obesity Surgery (includes Surgical procedure and Acute Hospital Services)* | 80% per visit after the Calendar Year **deductible** | Not Covered | Not Covered |

CONDFIDENTIAL

Wellstar 002129

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| Outpatient Morbid Obesity Surgery | 80% per service after Calendar Year **deductible** | Not Covered | Not Covered |
|---|---|---|---|
| Maximum Benefit Morbid Obesity Surgery (Inpatient and Outpatient) | Unlimited | Not Covered | Not Covered |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK (IOE Facility) | AETNA NETWORK (Non-IOE Facility) | OUT-OF-NETWORK |
|---|---|---|---|---|
| **Transplant Services Facility and Non-Facility Expenses** | | | | |
| Transplant Facility Expenses | 80% per admission after Calendar Year **deductible** | 80% per admission after Calendar Year **deductible** | Not covered | Not covered |
| Transplant Physician Services (including office visits) | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Not covered | Not covered |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Other Covered Health Expenses** | | | |
| Acupuncture in lieu of anesthesia | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |
| Ground, Air or Water Ambulance | 80% after Calendar Year **deductible** | 80% after Calendar Year **deductible** | 80% after Calendar Year **deductible** |
| Durable Medical and Surgical Equipment | 80% per item after the Calendar Year **deductible** | 60% per item after the Calendar Year **deductible** | 60% per item after the Calendar Year **deductible** |

CONDFIDENTIAL

| | | | |
|---|---|---|---|
| *Clinical Trial Therapies* Experimental or Investigational Treatment) | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |
| *Routine Patient Costs* | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |
| *Oral and Maxillofacial Treatment (Mouth, Jaws and Teeth)* | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |
| *Prosthetic Devices* | 80% per item after Calendar Year **deductible** | 60% per item after Calendar Year **deductible** | 60% per item after Calendar Year **deductible** |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Outpatient Therapies* | | | |
| *Chemotherapy* | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |
| *Infusion Therapy* | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |
| *Radiation Therapy* | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Short Term Outpatient Rehabilitation Therapies* | | | |
| *Outpatient Physical, Occupational and Speech Therapy combined* | 80% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** |

194

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Sched)d .pdf

CONDFIDENTIAL

| | | | |
|---|---|---|---|
| Combined Physical, Occupational and Speech Therapy Maximum visits per Calendar Year | 60 visits | 60 visits | 60 visits |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Spinal Manipulation* | | | |
| | 80% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** |
| Spinal Manipulation Maximum visits per Calendar Year | 20 visits | 20 visits | 20 visits |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Autism Spectrum Disorder* | | | |
| Autism – Physical therapy, Occupational Therapy, Speech Therapy | 80% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** |
| Autism - behavioral therapy | 80% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** |
| Autism - Applied Behavior Analysis | 80% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** | 60% per visit after the Calendar Year **deductible** |

CONDFIDENTIAL

Wellstar 002132

# Pharmacy Benefit*

| | WELLSTAR PHARMACY NETWORK | AETNA PHARMACY NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Preferred Generic Prescription Drugs** | | | |
| For each initial 30 day supply filled at a retail **pharmacy** | 10% of the **negotiated charge** not to exceed $125 | 30% of the **negotiated charge** | Not Covered |
| For all fills of at least a 31 day supply and up to a 90 day supply filled at a mail order **pharmacy** | 10% of the **negotiated charge** not to exceed $125 | 20% of the **negotiated charge** | Not Covered |
| **Preferred Brand-Name Prescription Drugs** | | | |
| For each initial 30 day supply filled at a retail **pharmacy** | 10% of the **negotiated charge** not to exceed $125 | 30% of the **negotiated charge** | Not Covered |
| For all fills of at least a 31 day supply and up to a 90 day supply filled at a mail order **pharmacy** | 10% of the **negotiated charge** not to exceed $125 | 20% of the **negotiated charge** | Not Covered |
| **Non-Preferred Generic Prescription Drugs** | | | |
| For each initial 30 day supply filled at a retail **pharmacy** | 10% of the **negotiated charge** not to exceed $125 | 30% of the **negotiated charge** | Not Covered |
| For all fills of at least a 31 day supply and up to a 90 day supply filled at a mail order **pharmacy** | 10% of the **negotiated charge** not to exceed $125 | 20% of the **negotiated charge** | Not Covered |

CONDFIDENTIAL

Wellstar 002133

| Non-Preferred Brand-Name Prescription Drugs | | | |
|---|---|---|---|
| For each initial 30 day supply filled at a retail **pharmacy** | 30% of the **negotiated charge** not to exceed $150 | 50% of the **negotiated charge** | Not Covered |
| For all fills of at least a 31 day supply and up to a 90 day supply filled at a mail order **pharmacy** | 30% of the **negotiated charge** not to exceed $150 | 40% of the **negotiated charge** | Not Covered |

| Specialty Care Prescription Drugs | | | |
|---|---|---|---|
| For each 30 day supply | 10% of the **negotiated charge** not to exceed $150 | 10% of the **negotiated charge** not to exceed $150 | Not Applicable |

**\*Mail Order is not available through the WellStar pharmacy network**

You must meet your Calendar Year deductible before the Plan will begin to cover a percentage of your prescription drug costs.

If you or your **prescriber** request a covered **brand-name prescription drug** when a covered **generic prescription drug** equivalent is available, you will be responsible for the cost difference between the **generic prescription drug** and the **brand-name prescription drug**, plus the applicable cost sharing.

<u>Deductible Waiver</u>

**Waiver for Risk-Reducing Breast Cancer Prescription Drugs**

The Calendar Year **deductible** and per prescription coinsurance will not apply to risk-reducing breast cancer generic **prescription drugs** when obtained at a **network pharmacy**. This means that such risk-reducing breast cancer generic **prescription drugs** will be paid at 100%.

**Deductible and coinsurance waiver for tobacco cessation prescription and over-the-counter drugs**

The Calendar Year **deductible** and the per **prescription coinsurance** will not apply to the first two 90-day treatment regimens for tobacco cessation **prescription drugs** and OTC drugs when obtained at a **network pharmacy**. This means that such **prescription drugs** and OTC drugs will be paid at 100%. Your Calendar Year **deductible** and any **prescription coinsurance** will apply after those two regimens have been exhausted.

**Waiver for Prescription Drug Contraceptives**

The Calendar Year **deductible** and per prescription coinsurance will not apply to contraceptive methods that are:
- **generic prescription drugs**; contraceptive devices; or
- FDA-approved female generic emergency contraceptives,

when obtained at a **network pharmacy**. This means that such contraceptive methods will be paid at 100%.

Refer to the *Pharmacy Plan Features* for information on coverage for FDA-Approved female over-the-counter contraceptives (Non-Emergency).

CONDFIDENTIAL

Wellstar 002134

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

The Calendar Year **deductible** and per prescription coinsurance continue to apply:

- When the contraceptive methods listed above are obtained at an out-of-network pharmacy
- For contraceptive methods that are:
    - **brand-name prescription drugs** and devices and
    - FDA-approved female brand-name emergency contraceptives,

    that have a generic equivalent, or generic alternative available within the same **therapeutic drug class** obtained at an **out-of-network pharmacy** or **network pharmacy** unless you are granted a medical exception.

| PLAN FEATURES | WELLSTAR PHARMACY NETWORK | AETNA PHARMACY NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **FDA-Approved Female Generic Over-the-Counter Contraceptives** For each 30 day supply filled at a retail **pharmacy** | 100% per supply No **deductible** applies. | 100% per supply No **deductible** applies. | Not covered |
| **FDA-Approved Female Generic Emergency Over-the-Counter Contraceptives** | 100% per supply No **deductible** applies. | 100% per supply No deductible applies. | Not covered |

**Important Note:**
This Plan does not cover all over-the-counter (OTC) contraceptives. For a current listing, contact Member Services by logging on the member portal at www.aetna.com or calling the toll-free number on the back of the ID card.

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| | | | |
|---|---|---|---|
| *Preventive Care Drugs and Supplements* | 100% per item | 100% per item visit | Not covered |
| Preventive care drugs and supplements filled at a **pharmacy** with a **prescription**: | No **deductible** applies. | No **deductible** applies. | |
| Coverage will be subject to any sex, age, medical condition, family history, and frequency guidelines in the recommendations of the United States Preventive Services Task Force.  For details on the guidelines and the current list of covered preventive care drugs and supplements, contact your physician or Member Services by logging onto the member portal at www.aetna.com or calling the number on the back of your ID card. | | | |

**Important Note:**
Refer to the Booklet and the *Preventive Care* section for a complete description of the preventive care drugs and supplements covered under this Plan and for any limitations that apply to these benefits.

| | | | |
|---|---|---|---|
| *Tobacco Cessation Prescription and Over-the-Counter Drugs* | 100% per item | 100% per item visit | Not covered |
| Tobacco cessation **prescription drugs** and OTC drugs filled at a **pharmacy** for each 90 day supply. | No **deductible** applies. | No **deductible** applies. | |
| Maximums: Coverage is permitted for two 90-day treatment regimens only.  Any additional treatment regimens will be subject to the cost sharing in your schedule of benefits below. | | | |
| Coverage will be subject to any sex, age, medical condition, family history, and frequency guidelines | | | |

CONDFIDENTIAL

Wellstar 002136

in the recommendations of the United States Preventive Services Task Force.  For details on the guidelines and the current list of covered tobacco cessation prescription drugs and OTC drugs, contact Member Services by logging onto the member portal at www.aetna.com or calling the number on the back of your ID card.

The **prescription drug** plan **coinsurance** is the percentage of **prescription drug covered expenses** that the plan pays after any applicable **deductibles** and **copays** have been met.

Affordable Care Act preventive drugs are available for free at any in-network pharmacy. Preventive care and prescription lists will be available on wellstarmybenefits.org

**Precertification** and **step therapy** for certain **prescription drugs** is required.  If precertification is not obtained, the **prescription drug** will not be covered.

CONDFIDENTIAL

Wellstar 002137

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

# Schedule of Benefits

| | |
|---|---|
| **Employer:** | **WellStar Health System, Inc.** |
| **MSA:** | 868066 |

| | |
|---|---|
| **Effective Date:** | January 1, 2017 |
| **Schedule:** | 1C |
| **Booklet Base:** | 1 |

For: WellStar Employee Medical Plan - Minimum Basic Plan

This is an ERISA plan, and you have certain rights under this plan. Please contact your Employer for additional information.

Minimum Basic Plan

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK* | OUT-OF-NETWORK |
|---|---|---|---|
| **Calendar Year Deductible\*** | | | |
| **Team Member** | $2,000 | $4,000 | $4,000 |
| **Team Member + Spouse/Team Member + Child** | $3,000 | $6,000 | $6,000 |
| **Family/Team Member + Children** | $4,000 | $8,000 | $8,000 |

\*Unless otherwise indicated, any applicable **deductible** must be met before benefits are paid.
\*\* Aetna network providers can be used, and the benefits payable are at the "out of network" level. Aetna provider discounts will apply.

**Plan Maximum Out of Pocket Limit** includes plan **deductible**.

**Team Member Maximum Out of Pocket Limit:**

- For WellStar **network** expenses: **$5,000**.
- For Aetna network/**out-of-network** expenses: **$10,000**.

**Team Member + Spouse/Team Member + Child Maximum Out-of-Pocket Limit:**

- For WellStar **network** expenses: **$7,500\***.
- For Aetna network/**out-of-network** expenses: **$15,000**.

CONDFIDENTIAL

Wellstar 002138

**Family/Team Member + Children Maximum Out-of-Pocket Limit:**

- For WellStar **network** expenses: $10,000*.
- For Aetna network/**out-of-network** expenses: $20,000.

**\*With $6,850 embedded individual limit**

| | | | |
|---|---|---|---|
| *Lifetime Maximum Benefit per person* | Unlimited | unlimited | unlimited |

*Payment Percentage listed in the Schedule below reflects the Plan Payment Percentage. This is the amount the Plan pays. You are responsible to pay any deductibles and the remaining payment percentage. You are responsible for full payment of any non-covered expenses you incur.*

*All Covered Expenses Are Subject To The Calendar Year Deductible Unless Otherwise Noted In The Schedule Below.*

*Maximums for specific covered expenses, including visit, day and dollar maximums are combined maximums between network and out-of-network, unless specifically stated otherwise.*

CONDFIDENTIAL

Wellstar 002139

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Preventive Care Benefit** | | | |
| *Routine Physical Exams Office Visits* | 100% per visit<br><br>No **deductible** applies. | 50% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** |
| *Covered Persons through age 21:* Maximum Age & Visit Limits | Subject to any age and visit limits provided for in the comprehensive guidelines supported by the American Academy of Pediatrics/Bright Futures Guidelines for Children and Adolescents.<br><br>*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* | Subject to any age and visit limits provided for in the comprehensive guidelines supported by the American Academy of Pediatrics/Bright Futures Guidelines for Children and Adolescents.<br><br>*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* | Subject to any age and visit limits provided for in the comprehensive guidelines supported by the American Academy of Pediatrics/Bright Futures Guidelines for Children and Adolescents.<br><br>*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card* |
| *Covered Persons ages 22 but less than 65:* Maximum Visits per 12 consecutive months | 1 visit | **1** visit | 1 visit |
| *Covered Persons age 65 and over:* Maximum Visits per 12 consecutive months | 1 visit | **1** visit | 1 visit |

CONDFIDENTIAL

Wellstar 002140

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| | | | |
|---|---|---|---|
| **Preventive Care Immunizations** *Performed in a facility or* **physician's** *office* | 100% per visit<br><br>No **deductible** applies.<br><br>Subject to any age and visit limits provided for in the comprehensive guidelines supported by the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention.<br><br>*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* | 50% per visit after Calendar Year **deductible**<br><br>Subject to any age and visit limits provided for in the comprehensive guidelines supported by the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention.<br><br>*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* | 50% per visit after Calendar Year **deductible**<br><br>Subject to any age and visit limits provided for in the comprehensive guidelines supported by the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention.<br><br>*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* |
| **Screening & Counseling Office Visits** *Obesity and/or Healthy Diet*<br><br>*Misuse of Alcohol and/or Drugs & Use of Tobacco Products*<br><br>*Sexually Transmitted Infections*<br><br>*Genetic Risk for Breast and Ovarian Cancer* | 100% per visit<br><br>No **deductible** applies. | 50% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** |
| *Obesity and/or Healthy Diet* Maximum Visits per Calendar Year *(This maximum applies only to Covered Persons ages 22 & older.)* | 26 visits *(however, of these only 10 visits will be allowed under the Plan for healthy diet counseling provided in connection with Hyperlipidemia (high cholesterol) and other known risk factors for cardiovascular and diet-related chronic disease)** | 26 visits *(however, of these only 10 visits will be allowed under the Plan for healthy diet counseling provided in connection with Hyperlipidemia (high cholesterol) and other known risk factors for cardiovascular and diet-related chronic disease)** | 26 visits *(however, of these only 10 visits will be allowed under the Plan for healthy diet counseling provided in connection with Hyperlipidemia (high cholesterol) and other known risk factors for cardiovascular and diet-related chronic disease)** |

**\*Note:** *In figuring the Maximum Visits, each session of up to 50 minutes is equal to one visit.*

| | | | |
|---|---|---|---|
| *Misuse of Alcohol and/or Drugs* Maximum Visits per | 5 visits * | 5 visits * | 5 visits * |

CONDFIDENTIAL

Wellstar 002141

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul   .pdf

| | | | |
|---|---|---|---|
| Calendar Year *Note: *In figuring the Maximum Visits, each session of up to 50 minutes is equal to one visit.* | | | |
| *Use of Tobacco Products* Maximum Visits per Calendar Year *Note: *In figuring the Maximum Visits, each session of up to 50 minutes is equal to one visit.* | 8 visits * | 8 visits * | 8 visits * |
| *Sexually Transmitted Infections Benefit Maximums* Maximum Visits per Calendar Year *Note: *In figuring the Maximum Visits, each session of up to 30 minutes is equal to one visit.* | 2 visits * | 2 visits * | 2 visits * |
| *Well Woman Preventive Office Visits* Subject to any age limits provided for in the comprehensive guidelines supported by the Health and Human Resources Administrations | 100% per visit exam No **deductible** applies. | 50% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** |
| *Well Woman Preventive Visits* Maximum Visits per Calendar Year | 1 visit | 1 visit | 1 visit |
| *Hearing Supply* | 60% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** |
| Hearing Supply Maximum per 12 month period | 1 hearing aid per ear | 1 hearing aid per ear | 1 hearing aid per ear |

(8 visit)

CONDFIDENTIAL     Wellstar 002142

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| | | | |
|---|---|---|---|
| *Routine Cancer Screening Outpatient* | | | |
| *For one routine Digital Rectal Exam (DRE) and Prostate Specific Antigen (PSA) test per year* | 100% per visit<br><br>No **deductible** applies. | 50% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** |
| *For all other DRE and PSA testing* | 100% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** |
| Maximums | Subject to any age; family history and frequency guidelines as set forth in the most current:<br>• evidence-based items that have in effect a rating of A or B in the current recommendations of the United States Preventive Services Task Force; and<br>• the comprehensive guidelines supported by the Health Resources and Services Administration.<br><br>*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* | Subject to any age; family history and frequency guidelines as set forth in the most current:<br>• evidence-based items that have in effect a rating of A or B in the current recommendations of the United States Preventive Services Task Force; and<br>• the comprehensive guidelines supported by the Health Resources and Services Administration.<br><br>*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* | Subject to any age; family history and frequency guidelines as set forth in the most current:<br>• evidence-based items that have in effect a rating of A or B in the current recommendations of the United States Preventive Services Task Force; and<br>• the comprehensive guidelines supported by the Health Resources and Services Administration.<br><br>*For details, contact your* **physician** *or Member Services by logging onto the member portal at www.aetna.com, or calling the number on the back of your ID card.* |
| *Lung Cancer Screening Maximum* | One screening every 12 months* | One screening every 12 months* | One screening every 12 months* |

**\*Important Note:** *Lung cancer screenings in excess of the maximum as shown above are covered under the Outpatient Diagnostic and Preoperative Testing section of your Schedule of Benefits.*

CONDFIDENTIAL

Wellstar 002143

WellStar Legacy - 2017 Aetna SPD  FINAL DRAFT (Clean Version with Schedul .pdf

| | | | |
|---|---|---|---|
| *Prenatal Care Office Visits* | 100% per visits<br><br>No **deductible** applies. | 50% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** |

**Important Note:** Refer to the Physician Services and Pregnancy Expenses sections of the Schedule of Benefits for more information on coverage levels for pregnancy expenses under this Plan, including other prenatal care, delivery and postnatal care office visits.

| | | | |
|---|---|---|---|
| *Comprehensive Lactation Support and Counseling Services* **Lactation Counseling Services** *Facility or Office Visits* | 100% per visit<br><br>No **deductible** applies. | 50% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** |

| | | | |
|---|---|---|---|
| Lactation Counseling Services Maximum Visits either in a group or individual setting | 6* visits per 12 months | Not Applicable | Not Applicable |

**\*Important Note:** Visits in excess of the Lactation Counseling Services Maximum as shown above, are covered under the *Physician Services* office visit section of the *Schedule of Benefits*

| | | | |
|---|---|---|---|
| **Breast Pumps & Supplies** | 100% per visits<br><br>No **deductible** applies. | 50% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** |

**Important Note:** Refer to the *Comprehensive Lactation Support and Counseling Services* section of the Booklet for limitations on breast pumps and supplies.

| | | | |
|---|---|---|---|
| *Family Planning Services* Female Contraceptive Counseling Services - Office Visits. | 100% per visits<br><br>No **deductible** applies. | 50% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** |

| | | | |
|---|---|---|---|
| Contraceptive Counseling Services - Maximum Visits either in a group or individual setting | 2* visits per 12 months | Not Applicable | Not Applicable |

*\*Important Note:* Visits in excess of the Contraceptive Counseling Services Maximum as shown above, are covered under the *Physician Services* office visit section of the *Schedule of Benefits*.

CONDFIDENTIAL

Wellstar 002144

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul   .pdf

*Family Planning Services - Female Contraceptives*

| | | | |
|---|---|---|---|
| Female Contraceptive Generic **Prescription Drugs** and Devices provided, administered, or removed, by a **Physician** during an Office Visits. | 100% per visits<br><br>No **deductible** applies. | 50% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Family Planning Services - Female Contraceptives** | | | |
| **Female Contraceptive Brand Prescription Drugs**<br><br>For each 30 day supply filled at a retail **pharmacy** | 100% per prescription or refill<br><br>No **deductible** applies. | 50% per prescription or refill after **deductible** | 50% per prescription or refill after **deductible** |
| **Female Contraceptive Devices** | 100% per prescription or refill<br><br>No **deductible** applies. | 50% per prescription or refill after **deductible** | 50% per prescription or refill after **deductible** |
| **FDA-Approved Female Brand Emergency Contraceptives** | 100% per prescription or refill<br><br>No **deductible** applies. | 50% per prescription or refill after **deductible** | 50%per prescription or refill after **deductible** |
| **FDA-Approved Female Brand Over-the-Counter Contraceptives** | 100% per prescription or refill.<br><br>No **deductible** applies. | 50% per prescription or refill after **deductible** | 50% per prescription or refill after **deductible** |

**Important Note:**
Refer to the *Outpatient Prescription Drug Expenses* section of your *Schedule of Benefits* for more information on other prescription drug coverage under this Plan.

*Family Planning - Other*

| | | | |
|---|---|---|---|
| Voluntary Sterilization for Males Outpatient | 60% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** | 50% per visit after Calendar **deductible** |

CONDFIDENTIAL

Wellstar 002145

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| *Family Planning - Female Voluntary Sterilization* | | | |
|---|---|---|---|
| Inpatient | 100% per visits<br><br>No **deductible** applies. | 50% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** |
| Outpatient | 100% per visits<br><br>No **deductible** applies. | 50% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Physician Services* | | | |
| *Office Visits to Primary Care Physician* *Office visits* (non-surgical) to non-specialist | 60% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** |
| *Specialist Office Visits* | 60% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** |
| *Physician Office Visits- Surgery* | 60% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** |
| *Walk-In Clinic Visit (Non-Emergency)* *Preventive Care Services\** Immunizations | 100% per visit<br><br>No **deductible** applies.<br><br>For details, contact your **physician**, log onto the member portal at www.aetna.com, or call the number on the back of your ID card. | 50% per visit after Calendar Year **deductible**<br><br>For details, contact your **physician**, log onto the member portal at www.aetna.com, or call the number on the back of your ID card. | 50% per visit after Calendar Year **deductible** |
| Individual Screening and Counseling Services for Tobacco Use | 100% per visit<br><br>No **deductible** applies. | 50% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** |
| Maximum Benefit per visit - Individual Screening and Counseling Services for Tobacco Use | Refer to the *Preventive Care Benefit* section earlier in this Schedule of Benefits for maximums that may apply to these types of services | Refer to the *Preventive Care Benefit* section earlier in this Schedule of Benefits for maximums that may apply to these types of services | Refer to the *Preventive Care Benefit* section earlier in this Schedule of Benefits for maximums that may apply to these types of services |
| Individual Screening and | 100% per visit | 50% per visit after | 50% per visit after |

CONDFIDENTIAL

Wellstar 002146

| | | | |
|---|---|---|---|
| Counseling Services for Obesity | No **deductible** applies. | Calendar Year **deductible** | Calendar Year **deductible** |
| Maximum Benefit per visit - Individual Screening and Counseling Services for Obesity | Refer to the *Preventive Care Benefit* section earlier in this Schedule of Benefits for maximums that may apply to these types of services | Refer to the *Preventive Care Benefit* section earlier in this Schedule of Benefits for maximums that may apply to these types of services | Refer to the *Preventive Care Benefit* section earlier in this Schedule of Benefits for maximums that may apply to these types of services |

**\*Important Note:**
Not all preventive care services are available at all **Walk-In Clinics**. The types of services offered will vary by the provider and location of the clinic.  These services may also be obtained from your **physician**.

| | | | |
|---|---|---|---|
| **All Other Services** | 60% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** |
| *Physician Services for Inpatient Facility and Hospital Visits* | 60% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** |
| *Administration of Anesthesia* | 60% per procedure after Calendar Year **deductible** | 50% per procedure after Calendar Year **deductible** | 50% per procedure after Calendar Year **deductible** |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Emergency Medical Services* | | | |
| *Hospital Emergency Facility* | 60% per visit after the Calendar Year **deductible** | Paid the same as the In-Network level of benefits. | Paid the same as the In-Network level of benefits. |
| | | See Important Note Below | See Important Note Below |

**Important Note:** Please note that as these providers are not **network providers** and do not have a contract with **Aetna**, the provider may not accept payment of your cost share (your **deductible** and **payment percentage)**, as payment in full. You may receive a bill for the difference between the amount billed by the provider and the amount paid by this Plan. If the Emergency Room Facility or **physician** bills you for an amount above your cost share, you are not responsible for paying that amount. Please send us the bill at the address listed on the back of your member ID card and we will resolve any payment dispute with the provider over that amount. Make sure your member ID number is on the bill.

| | | | |
|---|---|---|---|
| *Non-Emergency Care in a Hospital Emergency Room* | Not covered | Not covered | Not covered |

CONDFIDENTIAL

Wellstar 002147

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| Urgent Care Services | | | |
|---|---|---|---|
| Urgent Medical Care (at a non-hospital free standing facility) | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** | 60% per visit after Calendar Year **deductible** |
| Urgent Medical Care (from other than a non-hospital free standing facility) | Refer to *Emergency Medical Services* and *Physician Services* above. | Refer to *Emergency Medical Services* and *Physician Services* above. | Refer to *Emergency Medical Services* and *Physician Services* above. |
| **Non-Urgent Use of Urgent Care Provider** (at a non-hospital free standing facility) | Not covered | Not covered | Not covered |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| Outpatient Diagnostic and Preoperative Testing | | | |
| Complex Imaging Services | | | |
| Complex Imaging | 60% per test after Calendar Year **deductible** | 50% per test after Calendar Year **deductible** | 50% per test after Calendar Year **deductible** |
| Diagnostic Laboratory Testing | | | |
| Diagnostic Laboratory Testing | 60% per procedure after Calendar Year **deductible** | 50% per procedure after Calendar Year **deductible** | 50% per procedure after Calendar Year **deductible** |
| Diagnostic X-Rays(except Complex Imaging Services) | | | |
| Diagnostic X-Rays | 60% per procedure after Calendar Year **deductible** | 50% per procedure after Calendar Year **deductible** | 50% per procedure after Calendar Year **deductible** |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| Outpatient Surgery | | | |
| Outpatient Surgery | 60% per procedure after Calendar Year **deductible** | 50% per procedure after Calendar Year **deductible** | 50% per procedure after Calendar Year **deductible** |

CONDFIDENTIAL

Wellstar 002148

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Inpatient Facility Expenses* | | | |
| *Birthing Center* | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |
| *Hospital Facility Expenses* Room and Board (including maternity) | 60% per admission after Calendar Year **deductible** | 50% per admission after Calendar Year **deductible** | 50% per admission after Calendar Year **deductible** |
| Other than Room and Board | 60% per admission after Calendar Year **deductible** | 50% per admission after Calendar Year **deductible** | 50% per admission after Calendar Year **deductible** |
| *Skilled Nursing Inpatient Facility* | 60% per admission after Calendar Year **deductible** | 50% per admission after Calendar Year **deductible** | 50% per admission after Calendar Year **deductible** |
| Maximum Days per Calendar Year | 100 days | 100 days | 100 days |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Specialty Benefits* | | | |
| *Home Health Care (Outpatient)* | 60% per visit after the Calendar Year **deductible** | 50% per visit after the Calendar Year **deductible** | 50% per visit after the Calendar Year **deductible** |
| Maximum Visits per Calendar Year | 100 visits | 100 visits | 100 visits |
| *Skilled Nursing Care (Outpatient)* | 60% per visit after the Calendar Year **deductible** | 50% per visit after the Calendar Year **deductible** | 50% per visit after the Calendar Year **deductible** |
| *Hospice Benefits* | | | |
| *Hospice Care - Facility Expenses* (Room & Board) | 60% per admission after Calendar Year **deductible** | 50% per admission after Calendar Year **deductible** | 50% per admission after Calendar Year **deductible** |
| *Hospice Care - Other Expenses during a stay* | 60% per admission after Calendar Year **deductible** | 50% per admission after Calendar Year **deductible** | 50% per admission after Calendar Year **deductible** |
| Maximum Benefit per lifetime | Unlimited days | Unlimited days | Unlimited days |

CONDFIDENTIAL

Wellstar 002149

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| | | | |
|---|---|---|---|
| *Hospice Outpatient Visits* | 60% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Infertility Treatment* | | | |
| *Basic Infertility Expenses* Coverage is for the diagnosis and treatment of the underlying medical condition causing the infertility only. | 60% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** |
| *Comprehensive Infertility Expenses* | 60% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year deductible |
| *Advanced Reproductive Technology (ART) Expenses* | 60% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** |
| Maximum per Calendar Year | | | |
| For Medical and Pharmacy | $10,000 | $10,000 | $10,000 |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Mental Disorders* | | | |
| Room and Board | 60% per admission after Calendar Year **deductible** | 50% per admission after Calendar Year **deductible** | 50% per admission after Calendar Year **deductible** |
| Other than Room and Board | 60% per admission after Calendar Year **deductible** | 50% per admission after Calendar Year **deductible** | 50% per admission after Calendar Year **deductible** |
| Physicians Services | 60% per admission after Calendar Year **deductible** | 50% per admission after Calendar Year **deductible** | 50% per admission after Calendar Year **deductible** |

CONDFIDENTIAL

Wellstar 002150

| | | | |
|---|---|---|---|
| *Inpatient Residential Treatment Facility Expenses* | 60% per admission after Calendar Year **deductible** | 50% per admission after Calendar Year **deductible** | 50% per admission after Calendar Year **deductible** |
| *Inpatient Residential Treatment Facility Expenses Physician Services* | 60% per admission after Calendar Year **deductible** | 50% per admission after Calendar Year **deductible** | 50% per admission after Calendar Year **deductible** |

| **Outpatient Treatment Of Mental Disorders** | | | |
|---|---|---|---|
| *Outpatient Services* | 60% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Inpatient Treatment of Substance Abuse** | | | |
| *Hospital Facility Expenses* | | | |
| Room and Board | 60% per admission after Calendar Year **deductible** | 50% per admission after Calendar Year **deductible** | 50% per admission after Calendar Year **deductible** |
| Other than Room and Board | 60% per admission after Calendar Year **deductible** | 50% per admission after Calendar Year **deductible** | 50% per admission after Calendar Year deductible |
| Physicians Services | 60% per admission after Calendar Year **deductible** | 50% per admission after Calendar Year **deductible** | 50% per admission after Calendar Year **deductible** |
| *Inpatient Residential Treatment Facility Expenses* | 60% per admission after Calendar Year **deductible** | 50% per admission after Calendar Year **deductible** | 50% per admission after Calendar Year **deductible** |
| *Inpatient Residential Treatment Facility Expenses Physician Services* | 60% per admission after Calendar Year **deductible** | 50% per admission after Calendar Year **deductible** | 50% per admission after Calendar Year **deductible** |
| *Outpatient Services* | 60% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year deductible |

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Obesity Treatment Surgical and Non Surgical* | | | |
| *Outpatient Obesity Treatment (non surgical)* | 60% per visit after the Calendar Year **deductible** | Not Covered | Not Covered |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Obesity Treatment Surgical and Non Surgical* | | | |
| *Inpatient Morbid Obesity Surgery (includes Surgical procedure and Acute Hospital Services)* | 60% per visit after the Calendar Year **deductible** | Not Covered | Not Covered |
| *Outpatient Morbid Obesity Surgery* | 60% per service after Calendar Year **deductible** | Not Covered | Not Covered |
| Maximum Benefit Morbid Obesity Surgery (Inpatient and Outpatient) | Unlimited | Not Covered | Not Covered |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK (IOE Facility) | AETNA NETWORK (Non-IOE Facility) | OUT-OF-NETWORK |
|---|---|---|---|---|
| *Transplant Services Facility and Non-Facility Expenses* | | | | |
| *Transplant Facility Expenses* | 60% per admission after Calendar Year **deductible** | 60% per admission after Calendar Year **deductible** | Not covered | Not covered |
| *Transplant Physician Services* (including office visits) | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Not covered | Not covered |

CONDFIDENTIAL

Wellstar 002152

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul_.pdf

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Other Covered Health Expenses** | | | |
| *Acupuncture in lieu of anesthesia* | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |
| *Ground, Air or Water Ambulance* | 60% after Calendar Year **deductible** | 60% after Calendar Year **deductible** | 60% after Calendar Year **deductible** |
| *Durable Medical and Surgical Equipment* | 60% per item after the Calendar Year **deductible** | 50% per item after the Calendar Year **deductible** | 50% per item after the Calendar Year **deductible** |
| *Clinical Trial Therapies* Experimental or Investigational Treatment) | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |
| *Routine Patient Costs* | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |
| *Oral and Maxillofacial Treatment (Mouth, Jaws and Teeth)* | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |
| *Prosthetic Devices* | 60% per item after Calendar Year **deductible** | 50% per item after Calendar Year **deductible** | 50% per item after Calendar Year **deductible** |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Outpatient Therapies** | | | |
| *Chemotherapy* | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |

CONDFIDENTIAL    Wellstar 002153

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| | | | |
|---|---|---|---|
| *Infusion Therapy* | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |
| *Radiation Therapy* | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. | Payable in accordance with the type of expense incurred and the place where service is provided. |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Short Term Outpatient Rehabilitation Therapies* | | | |
| *Outpatient Physical, Occupational and Speech Therapy combined* | 60% per visit after the Calendar Year **deductible** | 50% per visit after the Calendar Year **deductible** | 50% per visit after the Calendar Year **deductible** |
| Combined Physical, Occupational and Speech Therapy Maximum visits per Calendar Year | 60 visits | 60 visits | 60 visits |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Spinal Manipulation* | | | |
| | 60% per visit after Calendar Year **deductible** | 50% per visit after Calendar Year **deductible** | 50% per visit after the Calendar Year **deductible** |
| Spinal Manipulation Maximum visits per Calendar Year | 20 visits | 20 visits | 20 visits |

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| *Autism Spectrum Disorder* | | | |
| Autism – Physical therapy, Occupational Therapy, Speech Therapy | 60% per visit after the Calendar Year **deductible** | 50% per visit after the Calendar Year **deductible** | 50% per visit after the Calendar Year **deductible** |
| Autism - behavioral therapy | 60% per visit after the Calendar Year **deductible** | 50% per visit after the Calendar Year **deductible** | 50% per visit after the Calendar Year **deductible** |
| Autism - Applied Behavior Analysis | 60% per visit after the Calendar Year **deductible** | 50% per visit after the Calendar Year **deductible** | 50% per visit after the Calendar Year **deductible** |

CONDFIDENTIAL                                                    Wellstar 002154

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul   pdf

# Pharmacy Benefit*

| | WELLSTAR PHARMACY NETWORK | AETNA PHARMACY NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **Preferred Generic Prescription Drugs** | | | |
| For each initial 30 day supply filled at a retail **pharmacy** | 40% of the **negotiated charge** not to exceed $175 | 40% of the **negotiated charge** | Not Covered |
| For all fills of at least a 31 day supply and up to a 90 day supply filled at a mail order **pharmacy** | 40% of the **negotiated charge** not to exceed $175 | 40% of the **negotiated charge** | Not Covered |
| **Preferred Brand-Name Prescription Drugs** | | | |
| For each initial 30 day supply filled at a retail **pharmacy** | 40% of the **negotiated charge** not to exceed $175 | 40% of the **negotiated charge** | Not Covered |
| For all fills of at least a 31 day supply and up to a 90 day supply filled at a mail order **pharmacy** | 40% of the **negotiated charge** not to exceed $175 | 40% of the **negotiated charge** | Not Covered |
| **Non-Preferred Generic Prescription Drugs** | | | |
| For each initial 30 day supply filled at a retail **pharmacy** | 40% of the **negotiated charge** not to exceed $175 | 40% of the **negotiated charge** | Not Covered |
| For all fills of at least a 31 day supply and up to a 90 day supply filled at a mail order **pharmacy** | 40% of the **negotiated charge** not to exceed $175 | 40% of the **negotiated charge** | Not Covered |

CONDFIDENTIAL

Wellstar 002155

| Non-Preferred Brand-Name Prescription Drugs | | | |
|---|---|---|---|
| For each initial 30 day supply filled at a retail **pharmacy** | 60% of the **negotiated charge** not to exceed $200 | 60% of the **negotiated charge** | Not Covered |
| For all fills of at least a 31 day supply and up to a 90 day supply filled at a mail order **pharmacy** | 60% of the **negotiated charge** not to exceed $200 | 60% of the **negotiated charge** | Not Covered |

| Specialty Care Prescription Drugs | | | |
|---|---|---|---|
| For each 30 day supply | 10% of the **negotiated charge** not to exceed $150 | 10% of the **negotiated charge** not to exceed $150 | Not Applicable |

**\*Mail Order is not available through the WellStar pharmacy network**

You must meet your Calendar Year deductible before the Plan will begin to cover a percentage of your prescription drug costs.

If you or your **prescriber** request a covered **brand-name prescription drug** when a covered **generic prescription drug** equivalent is available, you will be responsible for the cost difference between the **generic prescription drug** and the **brand-name prescription drug**, plus the applicable cost sharing.

<u>Deductible Waiver</u>

**Waiver for Risk-Reducing Breast Cancer Prescription Drugs**

The Calendar Year **deductible** and per prescription coinsurance will not apply to risk-reducing breast cancer generic **prescription drugs** when obtained at a **network pharmacy**. This means that such risk-reducing breast cancer generic **prescription drugs** will be paid at 100%.

**Deductible and coinsurance waiver for tobacco cessation** prescription and **over-the-counter drugs**

The Calendar Year **deductible** and the per **prescription coinsurance** will not apply to the first two 90-day treatment regimens for tobacco cessation **prescription drugs** and OTC drugs when obtained at a **network pharmacy**. This means that such **prescription drugs** and OTC drugs will be paid at 100%. Your Calendar Year **deductible** and any **prescription coinsurance** will apply after those two regimens have been exhausted.

**Waiver for Prescription Drug Contraceptives**

The Calendar Year **deductible** and per prescription coinsurance will not apply to contraceptive methods that are:
- **generic prescription drugs**; contraceptive devices; or
- FDA-approved female generic emergency contraceptives,

when obtained at a **network pharmacy**. This means that such contraceptive methods will be paid at 100%.

Refer to the *Pharmacy Plan Features* for information on coverage for FDA-Approved female over-the-counter contraceptives (Non-Emergency).

CONDFIDENTIAL

Wellstar 002156

The Calendar Year **deductible** and per prescription coinsurance continue to apply:

- When the contraceptive methods listed above are obtained at an out-of-network pharmacy
- For contraceptive methods that are:
  - **brand-name prescription drugs** and devices and
  - FDA-approved female brand-name emergency contraceptives,

that have a generic equivalent, or generic alternative available within the same **therapeutic drug class** obtained at an **out-of-network pharmacy** or **network pharmacy** unless you are granted a medical exception.

| PLAN FEATURES | WELLSTAR NETWORK | AETNA NETWORK | OUT-OF-NETWORK |
|---|---|---|---|
| **FDA-Approved Female Generic Over-the-Counter Contraceptives** For each 30 day supply filled at a retail **pharmacy** | 100% per supply No **deductible** applies. | 100% per supply No **deductible** applies. | Not covered |
| **FDA-Approved Female Generic Emergency Over-the-Counter Contraceptives** | 100% per supply No **deductible** applies. | 100% per supply No **deductible** applies. | Not covered |

**Important Note:**
This Plan does not cover all over-the-counter (OTC) contraceptives.  For a current listing, contact Member Services by logging on the member portal  at www.aetna.com or calling the toll-free number on the back of the ID card.

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Clean Version with Schedul .pdf

| *Preventive Care Drugs and Supplements* | 100% per item | 100% per item visit | Not covered |
|---|---|---|---|
| Preventive care drugs and supplements filled at a **pharmacy** with a **prescription**: | No **deductible** applies. | No **deductible** applies. | |

Coverage will be subject to any sex, age, medical condition, family history, and frequency guidelines in the recommendations of the United States Preventive Services Task Force. For details on the guidelines and the current list of covered preventive care drugs and supplements, contact your physician or Member Services by logging onto the member portalat www.aetna.com or calling the number on the back of your ID card.

**Important Note:**
Refer to the Booklet and the *Preventive Care* section for a complete description of the preventive care drugs and supplements covered under this Plan and for any limitations that apply to these benefits.

| *Tobacco Cessation Prescription and Over-the-Counter Drugs* | 100% per item | 100% per item visit | Not covered |
|---|---|---|---|
| Tobacco cessation **prescription drugs** and OTC drugs filled at a **pharmacy** for each 90 day supply. | No deductible applies. | No **deductible** applies. | |

Maximums:
Coverage is permitted for two 90-day treatment regimens only. Any additional treatment regimens will be subject to the cost sharing in your schedule of benefits below.

Coverage will be subject to any sex, age, medical condition, family history, and frequency guidelines

CONDFIDENTIAL

Wellstar 002158

in the recommendations of the United States Preventive Services Task Force.  For details on the guidelines and the current list of covered tobacco cessation prescription drugs and OTC drugs, contact Member Services by logging onto the member portal at www.aetna.com or calling the number on the back of your ID card.

The **prescription drug** plan **coinsurance** is the percentage of **prescription drug covered expenses** that the plan pays after any applicable **deductibles** and **copays** have been met.

Affordable Care Act preventive drugs are available for free at any in-network pharmacy. Preventive care and prescription lists will be available on wellstarmybenefits.org

**Precertification** and **step therapy** for certain **prescription drugs** is required.  If precertification is not obtained, the **prescription drug** will not be covered.

CONDFIDENTIAL

# General

This Schedule of Benefits replaces any similar Schedule of Benefits previously in effect under your plan of benefits. Requests for coverage other than that to which you are entitled in accordance with this Schedule of Benefits cannot be accepted. This Schedule is part of your Booklet and should be kept with your Booklet.

**Deductible Provisions**

### *With Regards to WellStar Network Provider*

**Covered expenses** applied to the in-network provider deductibles will not be applied to satisfy the Aetna and **out-of-network provider deductibles**.

All **covered expenses** accumulate toward the in-**network provider and out-of-network provider deductibles** except for those **covered expenses** identified later in this *Schedule of Benefits*.

**Covered expenses** that are subject to the **deductibles** include covered expenses provided under the Medical or **Prescription drug** Plans, as applicable.

You and each of your covered dependents have separate Calendar Year **deductibles**. This Plan has individual and family Calendar Year **deductibles**.

For purposes of Calendar Year deductible provision below, an individual means a team member enrolled for self only coverage with no dependent coverage and a family means a team member enrolled with one or more dependents. The family **deductible** can be met by one family member, or a combination of family members.

**In-Network Provider Calendar Year Deductible**

**Individual**
This is the amount of **covered expenses** that you incur each Calendar Year from an in-**network provider** for which no benefits will be paid. After **covered expenses** reach this individual Calendar Year **deductible**, this Plan will begin to pay benefits for **covered expenses** that you incur from an in-**network provider** for the rest of the Calendar Year.

**Family**
This is the amount of **covered expenses** that you and your covered dependents incur each Calendar Year from an in-**network provider** for which no benefits will be paid. After **covered expenses** reach this family Calendar Year **deductible**, this Plan will begin to pay benefits for **covered expenses** that you and your covered dependents incur from an in-**network provider** for the rest of the Calendar Year.

**Deductible Waiver Provision for Preventive Prescription Drug Expenses**
No **deductible** will apply to preventive covered **prescription drug** expenses for those **prescription drugs** used to treat the prevention of conditions relating to:

- Hypertension;
- Heart disease;
- Diabetic complications;
- Asthmatic episodes;
- Conditions resulting from osteoporosis;
- Stroke;
- Various pediatric conditions, such as vitamins and fluoride deficiency, and maternal and fetal problems during pregnancy

The preventive **prescription drug** list is available from your employer in printed form. Member Services can answer any questions you have about this preventive **prescription drug** list.

CONDFIDENTIAL

Wellstar 002160

**Copayments and Benefit Deductible Provisions**

**Payment Provisions**

**Payment Percentage**
This is the percentage of your **covered expenses** that the plan pays and the percentage of **covered expenses** that you pay. The percentage that the plan pays is referred to as the "Plan Payment Percentage". Once applicable **deductibles** have been met, your plan will pay a percentage of the **covered expenses**, and you will be responsible for the rest of the costs. The payment percentage may vary by the type of expense. Refer to your *Schedule of Benefits* for payment percentage amounts for each covered benefit.

For purposes of the following coinsurance provisions, an individual means a team member enrolled for self only coverage with no dependents coverage and a family means a team member enrolled with one or more dependents.

*<u>With Regards to Aetna Network and Out-of-Network Provider</u>*

**Covered expenses** applied to the Aetna and out-of-**network** provider deductibles will be applied to satisfy the both the Aetna and **out-of-network provider deductibles**.

**Aetna and Out-of-Network Provider Calendar Year Deductible**

**Individual**
This is the amount of **covered expenses** that you incur each Calendar Year from an **out-of-network provider** for which no benefits will be paid. This individual Calendar Year **deductible** applies separately to you. After **covered expenses** reach this individual Calendar Year **deductible**, this Plan will begin to pay benefits for **covered expenses** that you incur from an **out-of-network provider** for the rest of the Calendar Year.

**Family**
This is the amount of **covered expenses** that you and your covered dependents incur each Calendar Year from an **out-of-network provider** for which no benefits will be paid. After **covered expenses** reach this family Calendar Year **deductible**, this Plan will begin to pay benefits for **covered expenses** that you and your covered dependents incur from an **out-of-network provider** for the rest of the Calendar Year.

*<u>With Regards to WellStar Network Provider</u>*

**Maximum Out-of-Pocket Limit**
The **Maximum Out-of-Pocket Limit** is the maximum amount you are responsible to pay for **covered expenses** during the Calendar Year. This Plan has an individual and family **Maximum Out-of-Pocket Limit**.

Certain **covered expenses** do not apply toward the **Maximum Out-of-Pocket Limit**. See list below.

The **Maximum Out-of-Pocket Limit** applies to in-**network provider and out-of-network provider** benefits.

You have a separate **Maximum Out-of-Pocket Limit** for in-**network provider and out-of-network provider** benefits.
You are not able to combine WellStar in-**network provider and out-of-network provider covered expenses** and apply them toward one limit.

CONDFIDENTIAL

Wellstar 002161

**In-Network Provider Maximum Out-of-Pocket Limit**

**Individual**
Once the amount of eligible in-**network provider** expenses you have paid during the Calendar Year meets the individual **Maximum Out-of-Pocket Limit**, this Plan will pay 100% of such **covered expenses** that apply toward the limit for the remainder of the Calendar Year for that person.

**Family**
The Family **Maximum Out-of-Pocket Limit** can be met by a combination of family members or by any single individual within the family. Once the amount of eligible in-**network provider** expenses paid during the Calendar Year meets this family **Maximum Out-of-Pocket Limit**, this Plan will pay 100% of such **covered expenses** that apply toward the limit for the remainder of the Calendar Year for all covered family members.

**Covered expenses** that are subject to the **Maximum Out-of-Pocket** Limit include **prescription drug** expenses provided under the Medical or **Prescription drug** Plans, as applicable.

**Expenses That Do Not Apply to Your Out-of-Pocket Limit**
Certain covered expenses do not apply toward your plan **out-of-pocket** limit. These include:

- Charges over the **recognized charge**;
- Non-covered expenses;
- Expenses for non-emergency use of the emergency room;
- Expenses incurred for non-urgent use of an **urgent care provider**; and
- Expenses that are not paid, or **precertification** benefit reductions because a required **precertification** for the service(s) or supply was not obtained from **Aetna**.

_With Regards to Aetna Preferred Network and Out-of-Network Provider_

**Maximum Out-of-Pocket Limit**
The **Maximum Out-of-Pocket Limit** is the maximum amount you are responsible to pay for **covered expenses** during the Calendar Year. This Plan has an individual and family **Maximum Out-of-Pocket Limit**.

Certain **covered expenses** do not apply toward the **Maximum Out-of-Pocket Limit**. See list below.

The **Maximum Out-of-Pocket Limit** applies to **Aetna network provider** and **out-of-network provider** benefits.

You have a separate **Maximum Out-of-Pocket Limit** for Aetna **network provider and out-of-network provider** benefits. **Covered expenses** applied to the out-of-network **Maximum Out-of-Pocket Limit** will be applied to satisfy the **Aetna** network **Maximum Out-of-Pocket Limit** and **covered expenses** applied to the **Aetna** network **Maximum Out-of-Pocket Limit** will be applied to satisfy the out-of-network **Maximum Out-of-Pocket Limit**.

**Out-of Network Provider Maximum Out-of-Pocket Limit**

**Individual**
Once the amount of eligible **out-of-network provider** expenses you have paid during the Calendar Year meets the individual **Maximum Out-of-Pocket Limit**, this Plan will pay 100% of such **covered expenses** that apply toward the limit for the remainder of the Calendar Year for that person.

CONDFIDENTIAL

Wellstar 002162

**Family**

The Family **Maximum Out-of-Pocket Limit** can be met by a combination of family members or by any single individual within the family. Once the amount of eligible **out-of-network provider** expenses paid during the Calendar Year meets this family **Maximum Out-of-Pocket Limit,** this Plan will pay 100% of such **covered expenses** that apply toward the limit for the remainder of the Calendar Year for all covered family members.

CONDFIDENTIAL

Wellstar 002163

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul .doc

# BENEFIT PLAN

**Prepared Exclusively for
WellStar Health System, Inc.**

**WellStar Employee Medical Plan**

**WellShare Premium/Select HRA (Choice POS II)
WellShare Premium/Select HSA (Choice POS II
High Deductible) Plan)
WellStar Minimum Basic (Choice POS II High
Deductible Plan)**

**What Your Plan
Covers and How
Benefits are Paid**



WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul .doc

CONDFIDENTIAL

# Table of Contents

Schedule of Benefits .......................................................................................................... Issued with Your Booklet

Preface ................................................................1
Coverage for You and Your Dependents.............1
Health Expense Coverage ....................................1
   **Treatment Outcomes of Covered Services**
**When Your Coverage Begins ...........................2**
Who Is Eligible ....................................................2
   **Determining if You Are in an Eligible Class**
   **Obtaining Coverage for Dependents**
How and When to Enroll....................................3
   **Initial Enrollment in the Plan**
   **Late Enrollment**
   **Annual Enrollment**
   **Special Enrollment Periods**
When Your Coverage Begins................................6
   **Your Effective Date of Coverage**
   **Your Dependent's Effective Date of Coverage**
**How Your WellStar Employee Medical Plan**
**Works ..................................................................7**
Common Terms....................................................7
About Your WellStar Employee Medical Plan ....7
   **Availability of Providers**
How Your WellStar Employee Medical Plan Works
..............................................................................8
   **Understanding Precertification**
   **Services and Supplies Which Require**
   **Precertification**
Emergency and Urgent Care................................13
   **In Case of a Medical Emergency**
   **Coverage for Emergency Medical Conditions**
   **In Case of an Urgent Condition**
   **Coverage for an Urgent Condition**
   **Non-Urgent Care**
   **Follow-Up Care After Treatment of an**
   **Emergency or Urgent Medical Condition**
**Requirements For Coverage .............................16**
**WellStar HRA .................................................17**
WellStar HRA Benefit Description........................17
When Your WellStar HRA Has a Year-end Balance
..............................................................................17
   **WellStar HRA Pays First**
   **Eligible Expenses**
   **Payments of WellStar HRA Benefits**
   **Individual and Family Coverage**
**WellStar HSA.................................................18**
**What The WellStar Employee Medical Plan**
**Covers ..............................................................20**
WellStar Employee Medical Plan ..........................20
Preventive Care ....................................................20
   **Routine Physical Exams**
   **Preventive Care Immunizations**

   **Well Woman Preventive Visits**
   **Routine Cancer Screenings**
   **Screening and Counseling Services**
   **Prenatal Care**
   **Comprehensive Lactation Support and**
   **Counseling Services**
   **Family Planning Services - Female**
   **Contraceptives**
   **Family Planning Services - Other**
**Physician** Services ...............................................26
   **Physician Visits**
   **Surgery**
   **Anesthetics**
   **Alternatives to Physician Office Visits**
Hospital Expenses ...............................................26
   **Room and Board**
   **Other Hospital Services and Supplies**
   **Outpatient Hospital Expenses**
   **Coverage for Emergency Medical Conditions**
   **Coverage for Urgent Conditions**
Alternatives to Hospital Stays.............................28
   **Outpatient Surgery and Physician Surgical**
   **Services**
   **Birthing Center**
   **Home Health Care**
   **Skilled Nursing Care**
   **Skilled Nursing Facility**
   **Hospice Care**
Other Covered Health Care Expenses ................33
   **Acupuncture**
   **Ambulance Service**
   **Ground Ambulance**
   **Air or Water Ambulance**
Diagnostic and Preoperative Testing ...................34
   **Diagnostic Complex Imaging Expenses**
   **Outpatient Diagnostic Lab Work and**
   **Radiological Services**
   **Outpatient Preoperative Testing**
**Durable Medical and Surgical Equipment**
**(DME)**................................................................35
**Experimental or Investigational** Treatment ...36
Pregnancy Related Expenses .................................37
Prosthetic Devices...............................................37
   **Hearing Aids**
   **Benefits After Termination of Coverage**
Short-Term Rehabilitation Therapy Services.......38
   **Cardiac and Pulmonary Rehabilitation**
   **Benefits.**

CONFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul .doc

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul   .doc

**Outpatient Cognitive Therapy, Physical Therapy, Occupational Therapy and Speech Therapy Rehabilitation Benefits.**
Reconstructive or **Cosmetic** Surgery and Supplies ..................................................................40
    **Reconstructive Breast Surgery**
Specialized Care ..........................................41
    **Chemotherapy**
    **Radiation Therapy Benefits**
    **Outpatient Infusion Therapy Benefits**
    **Specialty Care Prescription Drugs**
Treatment of **Infertility** .............................42
    **Basic Infertility Expenses**
    **Comprehensive Infertility and Advanced Reproductive Technology (ART) Expenses**
    **Comprehensive Infertility Services Benefits**
    **Advanced Reproductive Technology (ART) Benefits**
    **Eligibility for ART Benefits**
    **Covered ART Benefits**
    **Exclusions and Limitations**
Spinal Manipulation Treatment ....................44
Transplant Services......................................44
    **Network of Transplant Specialist Facilities**
Obesity Treatment........................................47
Treatment of **Mental Disorders and Substance Abuse** ......................................................47
Oral and Maxillofacial Treatment (Mouth, Jaws and Teeth).....................................................49
Medical Plan Exclusions..............................50
**Your Pharmacy Benefit**..............................**58**
    How the **Pharmacy** Plan Works ...............58
    Getting Started: Common Terms ...........58
    Accessing Pharmacies and Benefits.........59
        **Accessing Network Pharmacies and Benefits**
        **Emergency Prescriptions**
        **Availability of Providers**
        **Cost Sharing for Network Benefits**
**Pharmacy** Benefit .......................................60
        **Retail Pharmacy Benefits**
        **Mail Order Pharmacy Benefits**
        **Network Benefits for Specialty Care Drugs**
        **Other Covered Expenses**
        **Precertification**
        **Pharmacy Benefit Limitations**
        **Pharmacy Benefit Exclusions**
When Coverage Ends.....................................68
    **When Coverage Ends For Team Members**
    **Your Proof of Prior Medical Coverage**
    **When Coverage Ends for Dependents**

Continuation of Coverage ...............................69
    **Continuing Health Care Benefits**
    **Continuing Coverage for Dependent Students on Medical Leave of Absence**
    **Handicapped Dependent Children**
COBRA Continuation of Coverage ................. 70
    **Continuing Coverage through COBRA**
    **Who Qualifies for COBRA**
    **Disability May Increase Maximum Continuation to 29 Months**
    **Determining Your Contributions For Continuation Coverage**
    **When You Acquire a Dependent During a Continuation Period**
    **When Your COBRA Continuation Coverage Ends**
**Coordination of Benefits – What Happens When There is More Than One Health Plan** .............**73**
    Other Plans Not Including Medicare..................73
**When You Have Medicare Coverage** ...............**76**
    Effect of Medicare .........................................76
**General Provisions** ........................................**77**
    Type of Coverage ..........................................77
    Physical Examinations...................................77
    Legal Action .................................................77
    Additional Provisions ....................................77
    Assignments .................................................77
    Misstatements ..............................................78
    Rescission of Coverage .................................78
    Subrogation and Right of Recovery Provision....78
    Workers' Compensation.................................80
    Recovery of Overpayments ...........................81
        **Health Coverage**
    Reporting of Claims.......................................81
    Payment of Benefits......................................81
    Records of Expenses .....................................82
    Contacting **Aetna**..........................................82
    Effect of Benefits Under Other Plans ..................................................................**Err or! Bookmark not defined.**
        **Effect of A Health Maintenance Organization Plan (HMO Plan) On Coverage**
    Discount Programs .........................................82
        **Discount Arrangements**
    Incentives.....................................................82
    Claims, Appeals and External Review .................82
**Glossary**.......................................................**89**
**General Information**.......................................**109**
**ERISA Rights**................................................**110**

*Defines the Terms Shown in Bold Type in the Text of This Document.

# Preface

The WellStar Employee Medical Plan ("Plan") described in this *Booklet* is a benefit plan of WellStar Health System, Inc. ("Plan Sponsor" or "Employer" or "WellStar"). These benefits are not insured with **Aetna** or any of its affiliates, but will be paid from the Employer's funds. **Aetna** and its affiliates will provide certain administrative services under the Plan.

**Aetna** agrees with the Employer to provide administrative services in accordance with the conditions, rights, and privileges as set forth in this *Booklet*. The Employer selects the products and benefit levels under the Plan.

The *Booklet* describes your rights and obligations, what the Plan, and how benefits are paid for that coverage. It is your responsibility to understand the terms and conditions in this *Booklet*. Your *Booklet* includes the *Schedule of Benefits* and any amendments.

This *Booklet* replaces and supersedes all *Booklets* describing coverage for the Plan described in this *Booklet* that you may previously have received.

| | |
|---|---|
| **Employer:** | WellStar Health System, Inc. |
| **Contract Number:** | 868066 |
| **Effective Date:** | January 1, 2017 |
| **Issue Date:** | June 20, 2016 |

# Coverage for You and Your Dependents

# Health Expense Coverage

Benefits are payable for covered health care expenses that are incurred by you or your covered dependents while coverage is in effect. An expense is "incurred" on the day you receive a health care service or supply.

Coverage under this Plan is non-occupational. Only **non-occupational injuries** and **non-occupational illnesses** are covered.

Refer to the *What the Plan Covers* section of the *Booklet* for more information about your coverage.

## Treatment Outcomes of Covered Services

**Aetna** is not a provider of health care services and therefore is not responsible for and does not guarantee any results or outcomes of the covered health care services and supplies you receive. Except for **Aetna** RX Home Delivery LLC, providers of health care services, including **hospitals**, institutions, facilities or agencies, are independent contractors and are neither agents nor employees of **Aetna** or its affiliates.

1

CONDFIDENTIAL

# When Your Coverage Begins

Who Is Eligible

How and When to Enroll

When Your Coverage Begins

Throughout this section you will find information on who can be covered under the Plan, how to enroll and what to do when there is a change in your life that affects coverage. In this section, "you" means the Team Member.

## Who Is Eligible

To be covered by this Plan, the following requirements must be met:

- You will need to be in an "eligible class," as defined below; and
- You will need to meet the "eligibility date criteria" described below.

### Determining if You Are in an Eligible Class

You are in an eligible class if you are:

- 
- a regular, full-time Team Member working at least 64 hours per pay period;
- an eligible part-time Team Member actively at work at least 32 hours per pay period;
- an ineligible part-time or PRN Team Member who has worked an average of 30 hours per week during the first 12 months of employment

### Waiting Period

Once you enter an eligible class, you will need to complete the waiting period before your coverage under this Plan begins.

### Determining When You Become Eligible

You become eligible for the Plan on your eligibility date, which is determined as follows.

#### On the Effective Date of the Plan

If you are in an eligible class on the effective date of this Plan, your coverage eligibility date is the effective date of the Plan.

#### After the Effective Date of the Plan

If you are hired or enter an eligible class after the effective date of this Plan, your coverage under the Plan will be effective on the first day of the month following a 30-day waiting period, provided you properly elect to enroll in the Plan within thirty-one (31) days of the date you meet the Eligibility Requirements. This is defined as the waiting period. If you had already satisfied the waiting period before you entered the eligible class, your coverage eligibility date is the date you enter the eligible class.

## Obtaining Coverage for Dependents

Your dependents can be covered under this Plan. You may enroll the following dependents:

- Your lawful spouse.
- Your dependent children.

CONFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul_doc

**Aetna** will rely upon your Employer to determine whether or not a person meets the definition of a dependent for coverage under this Plan. This determination will be conclusive and binding upon all persons for the purposes of this Plan.

### Coverage for Dependent Children

To be eligible for coverage, a dependent child must be under 26 years of age.

An eligible dependent child includes:

- Your biological children;
- Your stepchildren;
- Your legally adopted children;
-
- Any children for whom you are responsible under court order or legal guardianship (foster and adoption);

Coverage for a handicapped child may be continued past the age limits shown above. See *Handicapped Dependent Children* for more information.

**Important Reminder**
Keep in mind that you cannot receive coverage under this Plan as:

- Both a team member and a dependent; or
- A dependent of more than one team member.

# How and When to Enroll

### Initial Enrollment in the Plan

You will be provided with plan benefit and enrollment information when you first become eligible to enroll. You will need to enroll in a manner determined your Employer. To complete the enrollment process, you will need to provide all requested information for yourself and your eligible dependents. You will also need to agree to make required contributions for any contributory coverage. Your Employer will determine the amount of your plan contributions, which you will need to agree to before you can enroll. Your Employer will advise you of the required amount of your contributions and will deduct your contributions from your pay. Remember plan contributions are subject to change.

You will need to enroll within 31 days of your eligibility date. Otherwise, you may be considered a Late Enrollee. If you miss the enrollment period, you will not be able to participate in the Plan until the next annual enrollment period, unless you qualify under a *Special Enrollment Period*, as described below.

If you do not enroll for coverage when you first become eligible, but wish to do so later, your Employer will provide you with information on when and how you can enroll.

Newborns are automatically covered for 31 days after birth. To continue coverage after 31 days, you will need to complete enrollment within the 31-day enrollment period.

### Late Enrollment

If you do not enroll during the Initial Enrollment Period, or a subsequent annual enrollment period, you and your eligible dependents may be considered **Late Enrollees** and coverage may be deferred until the next annual enrollment period. If, at the time of your initial enrollment, you elect coverage for yourself only and later request coverage for your eligible dependents, they may be considered **Late Enrollees**.

You must complete enrollment before the end of the next annual enrollment period as described below.

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul .doc

However, you and your eligible dependents may not be considered **Late Enrollees** if you qualify for one of the circumstances described in the "Special Enrollment Periods" section below.

## Annual Enrollment

During the annual enrollment period, you will have the opportunity to review your coverage needs for the upcoming year. During this period, you have the option to change your coverage. The choices you make during this annual enrollment period will become effective the following year.

If you do not enroll yourself or a dependent for coverage when you first become eligible, but wish to do so later, you will need to do so during the next annual enrollment period, unless you qualify under one of the *Special Enrollment Periods*, as described below.

## Special Enrollment Periods

You will not be considered a **Late Enrollee** if you qualify under a Special Enrollment Period as defined below. If one of these situations applies, you may enroll before the next annual enrollment period.

### Loss of Other Health Care Coverage

You or your dependents may qualify for a Special Enrollment Period if:

- You did not enroll yourself or your dependent when you first became eligible or during any subsequent annual enrollments because, at that time:
  - You or your dependents were covered under other **creditable coverage**; and
  - You waived coverage because you or your dependents had other **creditable coverage**; and
- You or your dependents are no longer eligible for other **creditable coverage** because of one of the following:
  - The end of your employment;
  - A reduction in your hours of employment (for example, moving from a full-time to part-time position);
  - The ending of the other plan's coverage;
  - Death;
  - Divorce or legal separation;
  - COBRA coverage ends;
  - The employer's decision to stop offering the group health plan to the eligible class to which you belong;
  - Cessation of a dependent's status as an eligible dependent as such is defined under this Plan;
  - With respect to coverage under Medicaid or an S-CHIP Plan, you or your dependents no longer qualify for such coverage; or
- You or your dependents become eligible for premium assistance, with respect to coverage under the group health plan, under Medicaid or an S-CHIP Plan.

You will need to enroll yourself or a dependent for coverage within:

- 31 days of when other **creditable coverage** ends;
- within 60 days of when coverage under Medicaid or an S-CHIP Plan ends; or
- within 60 days of the date you or your dependents become eligible for Medicaid or S-CHIP premium assistance.

Evidence of termination of **creditable coverage** must be provided to your employer or the party it designates. If you do not enroll during this time, you will need to wait until the next annual enrollment period.

CONDFIDENTIAL

Wellstar 002171

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul   doc

## New Dependents

You and your dependents may qualify for a Special Enrollment Period if:

- You did not enroll when you were first eligible for coverage; and
- You later acquire a dependent, as defined under the Plan, through marriage, birth, adoption, or placement for adoption; and
- You elect coverage for yourself and your dependent within 31 days of acquiring the dependent.

Your spouse or child who meets the definition of a dependent under the Plan may qualify for a Special Enrollment Period if:

- You did not enroll them when they were first eligible; and
- You later elect coverage for them within 31 days of a court order requiring you to provide coverage.

A verification process is required when adding new dependents. In general, this process includes providing written proof of eligibility for each enrolled dependent and meeting verification deadlines and document requirements by our outside audit firm. Documentation requests will be mailed to your home address. If you do not submit the information during the required timeframe, your covered dependents will be removed from the Plan.

## If You Adopt a Child

Your Plan will cover a child who is placed for adoption. This means you have taken on the legal obligation for total or partial support of a child whom you plan to adopt.

Your Plan will provide coverage for a child who is placed with you for adoption if:

- The child meets the Plan's definition of an eligible dependent on the date he or she is placed for adoption; and
- You request coverage for the child within 31 days of the placement;
- Proof of placement will need to be presented to your Employer prior to the dependent enrollment;

## When You Receive a Qualified Child Support Order

The Plan shall comply with the terms of a Qualified Medical Child Support Order ("QMCSO"), directing the Plan to provide benefits to one or more alternate recipients, pursuant to the procedure set forth below:

- An order which purports to be a QMCSO must be served to WellStar.

- WellStar shall, within twenty (20) days of its receipt of the order, make a preliminary determination as to whether or not the order satisfies the requirements to be a QMCSO. To satisfy those requirements, an order must contain at least the following information:

  - A clause which creates or recognizes the existence of a dependent's right to receive benefits under the Plan;

  - The name and last known mailing address of the Subscriber with respect to whom the order is issued and each dependent covered by the order;

  - A reasonable description of the type of coverage to be provided by the Plan to each dependent;

  - The time period to which the order applies; and

  - The order does not require the Plan to provide any type or form of benefit not otherwise provided under the Plan.

- An order which, in the judgment of WellStar, does not meet the requirements of a QMCSO shall be returned to legal counsel who prepared the order for revision. Revised orders which are resubmitted shall

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul .doc

be considered new orders and shall be reviewed in accordance with the procedures set forth in this Section.

- WellStar shall make the final determination of the status of the order.

- WellStar shall notify all parties involved, including a designated representative of the Covered Dependent, of WellStar's decision and of the respective parties' entitlement to benefits.

Reimbursement of claim payments under the Plan pursuant to a QMCSO may be made to the Covered Dependent or the Covered Dependent's custodial parent. You may receive, upon request and free of charge, a copy of the procedures used to determine whether a medical child support order is considered qualified.

# When Your Coverage Begins

## Your Effective Date of Coverage

If you have met all the eligibility requirements, your coverage takes effect the first day of month following a waiting period of 30 days of employment.

If you do not complete enrollment within 31 days of your eligibility date, the rules under the *Special or Late Enrollment Periods* section will apply.

**Important Notice:**
You must pay the required contribution in full or coverage will not be effective.

## Your Dependent's Effective Date of Coverage

Your dependent's coverage takes effect on the same day that your coverage becomes effective, if you have enrolled them in the Plan.

**Note**: New dependents need to be reported to your Employer within 31 days because they may affect your contributions. If you do not report a new dependent within 31 days of his or her eligibility date, the rules under the *Special or Late Enrollment Periods* section will apply.

CONDFIDENTIAL

Wellstar 002173

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul   doc

# How Your WellStar Employee Medical Plan Works

**Common Terms**

**Accessing Providers**

**Precertification**

It is important that you have the information and useful resources to help you get the most out of your Plan. This SPD explains:

- Definitions you need to know;
- How to access care, including procedures you need to follow;
- What expenses for services and supplies are covered and what limits may apply;
- What expenses for services and supplies are not covered by the Plan;
- How you share the cost of your covered services and supplies; and
- Other important information such as eligibility, complaints and appeals, termination, continuation of coverage, and general administration of the Plan.

**Important Notes**

- Unless otherwise indicated, "you" refers to you and your covered dependents.
- Your Plan pays benefits only for services and supplies described in this Booklet as **covered expenses** that are **medically necessary**.
- This Booklet applies to coverage only and does not restrict your ability to receive health care services that are not or might not be covered benefits under this Plan.
- Store this Booklet in a safe place for future reference.

## Common Terms

Many terms throughout this Booklet are defined in the *Glossary* section at the back of this document. Defined terms appear in bolded print. Understanding these terms will also help you understand how your Plan works and provide you with useful information regarding your coverage.

## About Your WellStar Employee Medical Plan

This Plan provides coverage for a wide range of medical expenses for the treatment of **illness** or **injury**. It does not provide benefits for all medical care. The Plan also provides coverage for certain preventive and wellness benefits. With your Plan, you can directly access any in-**network (WellStar facilities, employed physicians and affiliates)** or **Aetna** network/out-of-network **("out-of-network") physician, hospital** or other health care provider for covered services and supplies under the Plan. The Plan pays benefits differently when services and supplies are obtained through **in-network providers** or **out-of-network providers** under this Plan.

**Important Note**
**Aetna network providers** have contracted with **Aetna**, an affiliate or third party vendor to provide health care services and supplies to **WellStar** plan members. WellStar facilities/providers and **Aetna network providers** are generally identified in on-line version of the **directory** on the member portal at www.aetna.com/wellstar unless otherwise noted in this section. **Non-Aetna network providers** are not listed in the **directory**.

The Plan will pay for **covered expenses** up to the maximum benefits shown in this Booklet.

7

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul  doc

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul doc

Coverage is subject to all the terms, policies and procedures outlined in this Booklet. Not all medical expenses are covered under the Plan. Exclusions and limitations apply to certain medical services, supplies and expenses. Refer to the *What the Plan Covers, Exclusions, Limitations* sections and *Schedule of Benefits* to determine if medical services are covered, excluded or limited.

This Plan provides access to covered benefits through a broad network of health care providers and facilities. This Plan is designed to lower your out-of-pocket costs when you use **in-network providers** for **covered expenses**. Your **deductibles** and **payment percentage** will generally be lower when you use **in-network providers** and facilities.

You also have the choice to access licensed **providers, hospitals** and facilities outside the network for covered services and supplies. Your out-of-pocket costs will generally be higher when you use **out-of-network providers** because the **deductibles** and **payment percentage** that you are required to pay are usually higher when you utilize **out-of-network providers**. **Out-of-network providers** have not agreed to accept the **negotiated charge** and may balance bill you for charges over the amount **WellStar** pays under the Plan.

Some services and supplies may only be covered through **network providers**. Refer to the *Covered Benefit* sections and your *Schedule of Benefits* to determine if any services are limited to network coverage only.

Your out-of-pocket costs may vary between in-network and out-of-network benefits. Read your *Schedule of Benefits* carefully to understand the cost sharing charges applicable to you.

If you currently reside outside of the WellStar county radius and you do not have access to **the WellStar facilities, employed physicians and affiliates**, please contact Aetna member services if you believe you reside outside of the WellStar county radius.

## Availability of Providers

Aetna cannot guarantee the availability or continued participation of a provider. Either **Aetna** or any **network provider** may terminate the **provider** contract or limit the number of patients accepted in a practice. If the **physician** initially selected cannot accept additional patients, you will be notified and given an opportunity to make another selection.

## Ongoing Reviews

**Aetna** conducts ongoing reviews of those services and supplies which are recommended or provided by health professionals to determine whether such services and supplies are **covered expenses** under this Booklet. If **Aetna** determines that the recommended services or supplies are not **covered expenses,** you will be notified. You may appeal such determinations by contacting **Aetna** to seek a review of the determination. Please refer to the *Reporting of Claims* and the *Claims and Appeals* sections of this Booklet.

To better understand the choices that you have with your Plan, please carefully review the following information.

# How Your WellStar Employee Medical Plan Works

## The Primary Care Physician:

While you are not required to designate a Primary Care Physician (PCP) under this Plan, to access network benefits, you are encouraged to select a network **Primary Care Physician (PCP)**. Each covered family member may select his or her own **PCP**. If your covered dependent is a minor, or otherwise incapable of selecting a **PCP**, you should select a **PCP** on their behalf.

You may search online for the most current list of participating providers in your area through the member portal at www.Aetna.com. You can choose a **PCP** based on geographic location, group practice, medical specialty, language spoken, or **hospital** affiliation.  You may also request a printed copy of the provider **directory** through your Employer or by contacting Member Services through e-mail or by calling the toll-free number on your ID card.

CONFIDENTIAL

A **PCP** may be a general practitioner, family **physician**, internist, or pediatrician. Your **PCP** provides routine preventive care and will treat you for **illness** or **injury**.

A **PCP** coordinates your medical care, as appropriate either by providing treatment or may direct you to other **in-network providers** for other covered services and supplies. The **PCP** can also order lab tests and x-rays, prescribe medicines or therapies, and arrange **hospitalization**.

### Changing Your PCP

You may change your **PCP** at any time on through the member portal at www.Aetna.com, or by calling the Member Services toll-free number on your identification card. The change will become effective upon **Aetna**'s receipt and approval of the request.

### Specialists and Other Network Providers

You may directly access **specialists** and other health care professionals in the network for covered services and supplies under this Booklet. Refer to the member portal to locate network **specialists, providers** and **hospitals** in your area. Refer to the *Schedule of Benefits* section for benefit limitations and out-of-pocket costs applicable to your Plan.

**Important Note**
**ID Card**: You will only receive an ID card if you are a new enrollee in the Plan or your current card expires. Your ID card identifies you as a member when you receive services from health care **providers** or when you fill a prescription at a **network pharmacy**. Aetna will issue two ID cards per family and if more than five dependents you will receive two additional ID cards. If you have not received your ID card or if your card is lost or stolen, notify **Aetna** immediately and a new card will be issued. You can also print an ID card at any time through www.Aetna.com.

### Accessing Network Providers and Benefits

- You may select a **PCP** or other direct access in-**network provider** from the **network provider directory** or by logging on to the member portal at www.Aetna.com. You can search the online **directory** for names and locations of **physicians, hospitals** and **other health care** providers and facilities. You can change your **PCP** at any time.
- If a service or supply you need is covered under this Plan but not available from a **network provider in your area,** please contact Member Services by email or at the toll-free number on your ID card for assistance.
- Certain health care services such as **hospitalization, outpatient surgery** and certain other outpatient services, require **precertification** with **Aetna** to verify coverage for these services. You do not need to **precertify** services provided by a **network provider**. **Network providers** will be responsible for obtaining necessary **precertification** for you. Since **precertification** is the provider's responsibility, there are no additional out-of-pocket costs to you because of a **network provider's** failure to **precertify** services. Refer to the *Understanding Precertification* section for more information on the **precertification** process and what to do if your request for **precertification** is denied.
- You will not have to submit claims for treatment received from network health care professionals and facilities. Your **network provider** will take care of claim submission. **Aetna** will directly pay the **network provider** or facility less any cost sharing required by you. You will be responsible for **deductibles and payment percentage,** if any.
- You may be required to pay some **network providers** at the time of service. If you pay a **network provider** directly without presenting insurance coverage information, you will be responsible for completing a claim form to receive reimbursement of **covered expenses** from **Aetna**. You must submit a completed claim form and proof of payment to **Aetna**. Refer to the *General Provisions* section of this SPD for a complete description of how to file a claim under this Plan.
- You will receive notification of what the Plan has paid toward your **covered expenses**. It will indicate any amounts you owe towards your **deductible** or **payment percentage** or other **non-covered expenses** you have incurred. You may elect to receive this notification by e-mail, or through the mail. Call or e-mail Member Services if you have questions regarding your statement.

CONDFIDENTIAL

Wellstar 002176

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul    doc

**Cost Sharing For Network Benefits**
**You share in the cost of your benefits. Cost Sharing amounts and provisions are described in the *Schedule of Benefits*.**

When you or your eligible dependents become covered under this Plan, you have access to a unique network of Primary Care **Physicians, specialists** and health care facilities. WellStar Health System, Inc.(WellStar) and **Aetna** Life Insurance Company (**Aetna**) have joined forces to create an expanded network of health care providers. In many cases, you will receive the Plan's maximum level of coverage when you receive care from a participating WellStar Health System, Inc. provider. These providers are referred to as an In Network or Network Provider. If care is provided by a **physician** or facility in **Aetna's** network of providers, that care is also covered, but it is considered out of network and your cost share will be higher. Read your Schedule of Benefits carefully to understand the cost sharing charges applicable to you.

- **Network providers** have agreed to accept the **negotiated charge. Aetna** will reimburse you for a **covered expense,** incurred from a **network provider,** up to the **negotiated charge** and the maximum benefits under this Plan, less any cost sharing required by you such as **deductibles** and **payment percentage.** Your **payment percentage** is based on the **negotiated charge.** You will not have to pay any balance bills above the **negotiated charge** for that covered service or supply.
- You must satisfy any applicable **deductibles** before the Plan will begin to pay benefits.
- **Deductibles** and **payment percentage** are usually lower when you use **network providers** than when you use **out-of-network providers.**

- For certain types of services and supplies, you will be responsible for any **cost share amount** shown in your *Schedule of Benefits.* The cost share will vary depending upon the type of service and whether you obtain covered health care services from a provider who is a **specialist** or **non-specialist.** You will be subject to the **PCP cost share** shown on the *Schedule of Benefits* when you obtain covered health care services from any **PCP** who is a **network provider.** If the provider is a **network specialist,** then the **specialist cost share** will apply.
- After you satisfy any applicable **deductible,** you will be responsible for any applicable **payment percentage** for **covered expenses** that you incur. You will be responsible for your **payment percentage** up to the **maximum out-of-pocket limit** applicable to your Plan.
- Once you satisfy any applicable **maximum out-of-pocket limit,** the Plan will pay 100% of the **covered expenses** that apply toward the limits for the rest of the Calendar Year. Certain designated out-of-pocket expenses may not apply to the **maximum out-of-pocket limits.** Refer to your *Schedule of Benefits* for information on what **covered expenses** do not apply to the **maximum out-of-pocket limits** and for the specific **maximum out-of-pocket limit** amounts that apply to your Plan.
- The Plan will pay for **covered expenses,** up to the benefit maximums shown in the *What the Plan Covers* section or the *Schedule of Benefits.* You are responsible for any expenses incurred over the maximum limits outlined in the *What the Plan Covers* section or the *Schedule of Benefits.*
- You may be billed for any **deductible** or **payment percentage** amounts, or any **non-**covered expenses that you incur.

10

CONDFIDENTIAL

## Accessing Out-of-Network Providers and Benefits

- Certain health care services such as **hospitalization**, outpatient surgery and certain other outpatient services, require **precertification** with Aetna to verify coverage for these services. When you receive services from an **out-of-network provider**, you are responsible for obtaining the necessary **precertification** from **Aetna**. Your provider may **precertify** the services for you. However, you should verify with Aetna prior to the service, that the provider has obtained **precertification** from **Aetna**. If the service is not **precertified**, the benefit payable may be significantly reduced or may not be covered. This means you will be responsible for the unpaid balance of any bills. You must call the **precertification** toll-free number on your ID card to **precertify** services. Refer to the *Understanding **Precertification*** section for more information on the **precertification** process and what to do if your request for **precertification** is denied.
- When you use **out-of-network providers**, you may have to pay for services at the time they are rendered. You may be required to pay the full charges and submit a claim form to **Aetna** for reimbursement. You are responsible for completing and submitting claim forms for reimbursement of **covered expenses** that you paid directly to an **out-of-network provider**.
- When you pay an **out-of-network provider** directly, you will be responsible for completing a claim form to receive reimbursement of **covered expenses** from **Aetna**. You must submit a completed claim form and proof of payment to **Aetna**. Refer to the *General Provisions* section of this Booklet for a complete description of how to file a claim under this Plan.
- You will receive notification of what the Plan has paid toward your **covered expenses**. It will indicate any amounts you owe towards any **deductible**, or **payment percentage** amounts or other **non-covered expenses** you have incurred. You may elect to receive this notification by e-mail, or through the mail. Call or e-mail Member Services if you have questions regarding your statement.

### Important Note

Failure to **precertify** services and supplies will result in a reduction of benefits or no coverage for the services or supplies under this Booklet. Please refer to the *Understanding **Precertification*** section for information on how to request precertification.

## Cost Sharing for Out-of-Network Benefits

**You share in the cost of your benefits. Cost Sharing amounts and provisions are described in the *Schedule of Benefits*.**

- **Out-of-network providers** have not agreed to accept the **negotiated charge**. **Aetna** will reimburse you for a **covered expense**, incurred from an **out-of-network provider**, up to the **recognized charge** and the maximum benefits under this Plan, less any cost-sharing required by you such as **deductibles** and **payment percentage**. The **recognized charge** is the maximum amount Aetna will pay for a **covered expense** from an **out-of-network provider**. Your **payment percentage** is based on the **recognized charge**. If your **out-of-network provider** charges more than the **recognized charge**, you will be responsible for any expenses incurred above the **recognized charge**. Except for emergency services, **Aetna** will only pay up to the **recognized charge**.
- You must satisfy any applicable **deductibles** before the Plan begins to pay benefits.
- **Deductibles** and **payment percentage** are usually higher when you use **out-of-network providers** than when you use **network providers**.

- After you satisfy any applicable **deductible**, you will be responsible for any applicable **coinsurance** for **covered expenses** that you incur. You will be responsible for your **coinsurance** up to the **maximum out-of-pocket limit** applicable to your Plan.
- Your **coinsurance** will be based on the **recognized charge**. If the health care provider you select charges more than the **recognized charge**, you will be responsible for any expenses above the **recognized charge**.

11

CONFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul    doc

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul   .doc

- Once you satisfy any applicable **maximum out-of-pocket limit**, the Plan will pay 100% of the **covered expenses** that apply toward the limit for the rest of the Calendar Year. Certain designated out-of-pocket expenses may not apply to the **maximum out-of-pocket limit**. Refer to the *Getting Started: Common Terms* section for information on what expenses do not apply. Refer to your *Schedule of Benefits* for specific dollar amounts.
- The Plan will pay for **covered expenses**, up to the maximums shown in the *What the Plan Covers* or *Schedule of Benefits* sections. You are responsible for any expenses incurred over the maximum limits outlined in the *What the Plan Covers* or *Schedule of Benefits* sections.

## Understanding Precertification

### Precertification
Certain services, such as inpatient **stays**, certain tests, procedures and **outpatient surgery** require **precertification** by **Aetna**. **Precertification** is a process that helps you and your **physician** determine whether the services being recommended are **covered expenses** under the Plan. It also allows **Aetna** to help your provider coordinate your transition from an inpatient setting to an outpatient setting (called discharge planning), and to register you for specialized programs or case management when appropriate.

You do not need to **precertify** services provided by an in-**network provider**. In-**network and Aetna network providers** will be responsible for obtaining necessary **precertification** for you. Since **precertification** is the provider's responsibility, there is no additional out-of-pocket cost to you because of a **network provider's** failure to **precertify** services.

When you go to an **out-of-network provider**, it is your responsibility to obtain **precertification** from **Aetna** for any services or supplies on the **precertification** list below.

**Important Note**
Please read the following sections in their entirety for important information on the **precertification** process, and any impact it may have on your coverage.

### The Precertification Process
Prior to being **hospitalized** or receiving certain other medical services or supplies there are certain **precertification** procedures that must be followed.

You or a member of your family, a **hospital** staff member, or the attending **physician**, must notify **Aetna** to **precertify** the admission or medical services and expenses prior to receiving any of the services or supplies that require **precertification** pursuant to this Booklet in accordance with the following timelines:

**Precertification** should be secured within the timeframes specified below. To obtain precertification, call Aetna at the telephone number listed on your ID card. This call must be made:

| | |
|---|---|
| For non-emergency admissions: | You, your **physician** or the facility will need to call and request **precertification** at least 14 days before the date you are scheduled to be admitted. |
| For an **emergency** outpatient **medical condition:** | You or your **physician** should call prior to the outpatient care, treatment or procedure if possible; or as soon as reasonably possible. |
| For an **emergency admission:** | You, your **physician** or the facility must call within 48 hours or as soon as reasonably possible after you have been admitted. |

CONDFIDENTIAL

Wellstar 002179

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul   doc

| For an **urgent admission**: | You, your **physician** or the facility will need to call before you are scheduled to be admitted. An **urgent admission** is a **hospital** admission by a **physician** due to the onset of or change in an **illness**; the diagnosis of an **illness**; or an **injury**. |
|---|---|
| For outpatient non-emergency medical services requiring **precertification**: | You or your **physician** must call at least 14 days before the outpatient care is provided, or the treatment or procedure is scheduled. |

**Aetna** will provide a written notification to you and your **physician** of the **precertification** decision. If your **precertified** expenses are approved the approval is good for 60 days if you remain enrolled in the Plan.

When you have an inpatient admission to a facility, **Aetna** will notify you, your **physician** and the facility about your **precertified** length of **stay**. If your **physician** recommends that your **stay** be extended, additional days will need to be certified. You, your **physician**, or the facility will need to call **Aetna** at the number on your ID card as soon as reasonably possible, but no later than the final authorized day. **Aetna** will review and process the request for an extended **stay**. You and your **physician** will receive a notification of an approval or denial.

If **precertification** determines that the **stay** or services and supplies are not **covered expenses**, the notification will explain why and how **Aetna**'s decision can be appealed. You or your provider may request a review of the **precertification** decision pursuant to the Claims and Appeals section included with this Booklet.

## Services and Supplies Which Require Precertification

**Precertification** is required for the following types of medical expenses:

### Inpatient and Outpatient Care

- **Stays** in a **hospital**;
- **Stays** in a **skilled nursing facility**;
- **Stays** in a **rehabilitation facility**;
- **Stays** in a **hospice facility**;
- Outpatient **hospice care**;
- **Stays** in a **Residential Treatment Facility** for treatment of **mental disorders** and substance abuse;
- **Partial Hospitalization Programs** for **mental disorders** and **substance abuse**;
- **Home health care**;
- Intensive Outpatient Programs for **mental disorders** and **substance abuse**;
- Applied Behavioral Analysis;
- Neuropsychological testing;
- Outpatient **detoxification**;
- Psychiatric home care services;
- Psychological testing.

# Emergency and Urgent Care

You have coverage 24 hours a day, 7 days a week, anywhere inside or outside the **Plan's service area**, for:

- An **emergency medical condition**; or
- An **urgent condition**.

CONDFIDENTIAL

## In Case of a Medical Emergency

When **emergency care** is necessary, please follow the guidelines below:

- Seek the nearest emergency room, or dial 911 or your local emergency response service for medical and ambulatory assistance. If possible, call your **physician** provided a delay would not be detrimental to your health.
- After assessing and stabilizing your condition, the emergency room should contact your **physician** to obtain your medical history to assist the emergency **physician** in your treatment.
- If you are admitted to an inpatient facility, notify your **physician** as soon as reasonably possible.

- If you seek care in an emergency room for a non-emergency condition, the Plan will not cover the expenses you incur. Please refer to the *Schedule of Benefits* for specific details about the Plan. No other plan benefits will pay for **non-emergency care** in the emergency room unless otherwise specified under the Plan.

## Coverage for Emergency Medical Conditions

Refer to **Coverage for Emergency Medical Conditions** in the *What the Plan Covers* section.

**Important Reminder**
If you visit a **hospital** emergency room for a non-emergency condition, the Plan will not cover your expenses, as shown in the *Schedule of Benefits*. No other plan benefits will pay for **non-emergency care** in the emergency room unless otherwise specified under the Plan.

## In Case of an Urgent Condition

Call your **PCP** if you think you need urgent care. **Network providers** are required to provide urgent care coverage 24 hours a day, including weekends and holidays. You may contact any **physician** or **urgent care provider,** in- or out-of-network, for an **urgent care condition** if you cannot reach your **physician**.

If it is not feasible to contact your **physician**, please do so as soon as possible after urgent care is provided. If you need help finding an **urgent care provider** you may call Member Services at the toll-free number on your I.D. card, or you may access the online provider **directory** through the member portal at www.Aetna.com.

### Coverage for an Urgent Condition

Refer to **Coverage for Urgent Medical Conditions** in the *What the Plan Covers* section.

### Non-Urgent Care

If you seek care from an **urgent care provider** for a non-**urgent condition,** (one that does not meet the criteria above), the Plan will not cover the expenses you incur unless otherwise specified under the Plan. Please refer to the *Schedule of Benefits* for specific plan details.

## Follow-Up Care After Treatment of an Emergency or Urgent Medical Condition

Follow-up care is not considered an emergency or **urgent condition** and is not covered as part of any emergency or urgent care visit. Once you have been treated and discharged, you should contact your **physician** for any necessary follow-up care.

For coverage purposes, follow-up care is treated as any other expense for **illness** or **injury**. If you access a **hospital** emergency room for follow-up care, your expenses will not be covered and you will be responsible for the entire cost of your treatment. Refer to your *Schedule of Benefits* for cost sharing information applicable to your Plan.

To keep your out-of-pocket costs lower, your follow-up care should be provided by a **physician**.

14

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul .doc

CONFIDENTIAL

You may use an **out-of-network provider** for your follow-up care. You will be subject to the **deductible and payment percentage** that apply to out-of-network expenses, which may result in higher out-of-pocket costs to you.

**Important Notice**

Follow up care, which includes (but is not limited to) suture removal, cast removal and radiological tests such as x-rays, should *not* be provided by an emergency room facility.

CONDFIDENTIAL

# Requirements For Coverage

To be covered by the Plan, services and supplies and **prescription drugs** must meet **all** the following requirements:

1. The service or supply or **prescription drug** must be covered by the Plan. For a service or supply or **prescription drug** to be covered, it must:

   - Be included as a covered expense in this Booklet;
   - Not be an excluded expense under this Booklet. Refer to the *Exclusions* sections of this Booklet for a list of services and supplies that are excluded;
   - Not exceed the maximums and limitations outlined in this Booklet. Refer to the *What the Plan Covers* section and the *Schedule of Benefits* for information about certain expense limits; and
   - Be obtained in accordance with all the terms, policies and procedures outlined in this Booklet.

2. The service or supply or **prescription drug** must be provided while coverage is in effect. See the *Who Can Be Covered, How and When to Enroll, When Your Coverage Begins, When Coverage Ends* and *Continuation of Coverage* sections for details on when coverage begins and ends.

3. The service or supply or **prescription drug** must be **medically necessary**. To meet this requirement, the medical services, supply or **prescription drug** must be provided by a **physician**, or other health care provider, exercising prudent clinical judgment, to a patient for preventing, evaluating, diagnosing or treating an **illness, injury**, disease or its symptoms. The provision of the service or supply must be:

   (a) In accordance with generally accepted standards of medical practice;
   (b) Clinically appropriate, in terms of type, frequency, extent, site and duration, and considered effective for the patient's **illness, injury** or disease; and
   (c) Not primarily for the convenience of the patient, **physician** or another health care provider;
   (d) And not more costly than an alternative service or sequence of services at least as likely to produce equivalent therapeutic or diagnostic results as to the diagnosis or treatment of that patient's **illness, injury**, or disease.

For these purposes "generally accepted standards of medical practice" means standards that are based on credible scientific evidence published in peer-reviewed medical literature generally recognized by the relevant medical community, or otherwise consistent with **physician** specialty society recommendations and the views of **physicians** practicing in relevant clinical areas and any other relevant factors.

**Important Note**
Not every service, supply or **prescription drug** that fits the definition for **medical necessity** is covered by the Plan. Exclusions and limitations apply to certain medical services, supplies and expenses. For example, some benefits are limited to a certain number of days, visits or a dollar maximum. Refer to the *What the Plan Covers* section and the *Schedule of Benefits* for the Plan limits and maximums.

CONDFIDENTIAL

Wellstar 002183

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul .doc

# WellStar HRA

WellStar HRA is the name for the benefits in this section. Benefits under the "WellStar HRA" will be paid pursuant to WellStar HRA provisions described herein. The WellStar HRA provides a benefit to offset certain **covered expenses** received for health care services and supplies covered under this Booklet. The Plan blends traditional health coverage with a fund benefit to help you pay for **covered expenses**. It does not provide benefits covering expenses incurred for all medical care.

**Notice:**
The WellStar HRA benefit is provided in addition to the health plan provided by this Booklet.

The WellStar HRA is not a cash account and has no cash value. WellStar HRA does not duplicate other coverage provided by this Booklet. It will be terminated under the When Coverage Ends section of your Booklet.

## WellStar HRA Benefit Description

You and your covered dependents will be eligible under the WellStar HRA benefit for payment of Eligible WellStar HRA Expenses up to the Annual WellStar HRA Amount.

The Annual WellStar HRA Amount is the amount of coverage credited each Calendar Year that is eligible for payment. The Annual WellStar HRA amount can be found in the *Schedule of Benefits*. If you have not been enrolled in the Plan for the full Calendar Year, your WellStar HRA Amount will be pro-rated.

The Annual WellStar HRA amount may be adjusted by **Aetna**. The adjustment is equal to the amount of unused benefits provided under a similar program your employer sponsored prior to the effective date of coverage under this contract.

## When Your WellStar HRA Has a Year-end Balance

The balance of any WellStar HRA amount remaining at the end of a Calendar Year will be designated as the Unused WellStar HRA Amount. Your HRA balance will roll over from Plan Year to Plan Year as long as you meet the eligibility requirements and are enrolled in the WellShare Premium or Select HRA. If you are no longer covered by a WellShare plan option, you will forfeit any remaining balance in your HRA. You cannot cash out amounts in your HRA.

The Annual WellStar HRA Amount for the first year is the Annual WellStar HRA amount credited in the first Calendar Year. The Annual WellStar HRA amount in subsequent years is the sum of the Unused WellStar HRA amount and the Annual WellStar HRA benefit credited each Calendar Year.

### WellStar HRA Pays First
The WellStar HRA benefit will pay eligible WellStar HRA **network and out-of-network** expenses. It will also reduce your individual or family **deductible**. Once your maximum WellStar HRA benefit is paid, you will be responsible for **covered expenses** until any remaining **deductible** is satisfied. Once your **deductible** has been satisfied, you will be responsible for any applicable coinsurance for covered expenses that you incur. You will be responsible for your coinsurance up to the maximum out-of-pocket limit applicable to your Plan. Once you satisfy any applicable maximum out-of-pocket limit, the Plan will pay 100% of the covered expenses that apply toward the limit for the rest of the Calendar Year.

CONDFIDENTIAL

Wellstar 002184

## Eligible Expenses

Eligible WellStar HRA expenses that can be paid through the WellStar HRA are the same as the services and supplies which constitute the **covered expenses** under this Booklet-Certificate for health expenses. However, any amount paid under the WellStar HRA Benefit will be used to credit any applicable **deductible** amount under this Booklet-Certificate. If the WellStar HRA is depleted, you must satisfy the remaining applicable **deductible** amount under this Booklet-Certificate.

Expenses that do not apply to the WellStar HRA Benefit include:

- covered benefits paid at 100%;
- services not covered by this Booklet-Certificate.

## Payment of WellStar HRA Benefits

**Aetna** will pay 100% of WellStar HRA eligible expenses up to the WellStar HRA amount for the Calendar Year.

The WellStar HRA will first be used to satisfy the **deductible** as described above. If there is a remaining balance, the WellStar HRA will be used to offset any applicable **coinsurance** under this Booklet-Certificate for your health Plan.

## Individual and Family Coverage

For the purposes of this Plan, an individual means a single covered person enrolled for self only coverage with no dependent coverage. A family means a covered person enrolled with one or more dependents.

# WellStar HSA

The purpose of the HSA benefit is to help you save and pay for "qualified medical expenses" (as defined under Internal Revenue Code ("IRC") Section 223) you incur for you, your Spouse, and any dependent (as defined in IRC Section 152, determined without regard to subsections (b)(1), (b)(2), and (d)(1)(B) thereof). The HSA is not an employer-sponsored employee benefit plan – it is a custodial account that is to be used primarily for reimbursement of eligible medical expenses. WellStar's role is limited to allowing you to contribute to your HSA on a pre-tax salary-reduction basis and making certain Employer contributions to your HSA.

WellStar has no authority or control over the funds deposited or spent in your HSA. Neither your HSA nor the HSA component of the WellStar Health System, Inc. Flexible Benefits Plan that allows you to contribute to your HSA on a pre-tax basis is subject to the Employee Retirement Income Security Act of 1974, as amended ("ERISA").

## Eligible Individual for HSA Benefits

To participate in the HSA benefits, you must be an HSA-eligible individual. This means that you are eligible to contribute to an HSA under the requirements of IRC Section 223 and that you have elected to participate in qualifying high **deductible** health plan coverage offered by WellStar and have not elected any disqualifying non-high **deductible** health plan coverage. You may receive an annual Employer contribution and make pre-tax contributions to your HSA if you enroll in either the WellShare Premium or the WellShare Select option.

If you elect the HSA benefit, you will be required to certify that you meet all the requirements under IRC Section 223 to be eligible to contribute to an HSA. You are eligible to contribute to the HSA if you meet the following criteria:

- You are enrolled in a high **deductible** health plan (such as the WellShare options).
- You are not enrolled in Medicare (Parts A, B and/or D), Medicaid or Tricare.
- You are not claimed as a dependent on someone else's tax return.
- You are not covered by another health plan that is not a high **deductible** health plan. This includes coverage received through your Spouse's medical plan, or participation in a General-Purpose Healthcare

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul    doc

Flexible Spending Account (including if your Spouse participates in a General-Purpose Healthcare Flexible Spending Account).

To find out more about HSA eligibility requirements and the consequences of making contributions to an HSA when you are not eligible (including possible excise taxes and other penalties), see IRS Publication 969 (Health Savings Accounts and Other Tax-Favored Health Plans).

When you enroll in a WellShare plan option and meet the HSA eligibility requirements, web enrollment will give you the opportunity to open an HSA account. Whether you decide to contribute to an HSA account or not, WellStar may still make an annual lump sum contribution based on the effective date and coverage tier you elect. If you enroll in a WellShare plan option mid-plan year, the employer HSA contribution will be a prorated amount based on the number of months you participate during the plan year.

If you elect to participate in the General-Purpose Healthcare FSA, you cannot also elect the HSA benefit (or otherwise make contributions to an HSA), unless you use your Healthcare FSA only to pay for eligible dental and vision expenses (referred to as a "Limited Purpose Healthcare FSA"). If you decide to enroll in both, your dental and vision expenses will be reimbursable through the Limited Purpose Healthcare FSA and your eligible medical and **prescription** drug expenses will be reimbursable from your HSA.  Once you have met your annual deductible, you will need to contact YSA to have them change your Healthcare FSA from a Limited Purpose Healthcare FSA to a General-Purpose Healthcare FSA.

CONDFIDENTIAL

Wellstar 002186

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul   doc

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedal .doc

# What The WellStar Employee Medical Plan Covers

**Wellness**

**Physician Services**

**Hospital Expenses**

**Other Medical Expenses**

## WellStar Employee Medical Plan

Many preventive and routine medical expenses as well as expenses incurred for a serious **illness** or **injury** are covered. This section describes which expenses are **covered expenses**. Only expenses incurred for the services and supplies shown in this section are **covered expenses**. Limitations and exclusions apply.

## Preventive Care

This section on Preventive Care describes the **covered expenses** for services and supplies provided when you are well.

**Important Notes:**

1. The recommendations and guidelines of the:
   - Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention;
   - United States Preventive Services Task Force;
   - Health Resources and Services Administration; and
   - American Academy of Pediatric/Bright Futures Guidelines for Children and Adolescents.

   as referenced throughout this *Preventive Care* section may be updated periodically. This Plan is subject to updated recommendations or guidelines that are issued by these organizations beginning on the first day of the plan year, one year after the recommendation or guideline is issued.

2. If any diagnostic x-rays, lab, or other tests or procedures are ordered, or given, about any of the *Preventive Care* benefits described below, those tests or procedures will not be covered as *Preventive Care* benefits. Those tests and procedures that are **covered expenses** will be subject to the cost-sharing that applies to those specific services under this Plan.

3. Refer to the Schedule of Benefits for information about cost-sharing and maximums that apply to *Preventive Care* benefits.

### Routine Physical Exams

**Covered expenses** include charges made by your **primary care physician (PCP)** for routine physical exams as required under the Affordable Care Act. This includes routine vision and hearing screenings given as part of the routine physical exam. A routine exam is a medical exam given by a **physician** for a reason other than to diagnose or treat a suspected or identified **illness** or **injury**, and includes:
   - Evidence-based items that have in effect a rating of A or B in the current recommendations of the United States Preventive Services Task Force.
   - Services as recommended in the American Academy of Pediatrics/Bright Futures Guidelines for Children and Adolescents.
   - Screenings and counseling services as provided for in the comprehensive guidelines recommended by the Health Resources and Services Administration. These services may include but are not limited to:

CONDFIDENTIAL

Wellstar 002187

- Screening and counseling services, such as:
  - Interpersonal and domestic violence;
  - Sexually transmitted diseases; and
  - Human Immune Deficiency Virus (HIV) infections.
- Screening for gestational diabetes for women.
- High Risk Human Papillomavirus (HPV) DNA testing for women age 30 and older.
- X-rays, lab and other tests given about the exam.
- For covered newborns, an initial **hospital** checkup.

**Limitations:**

Unless specified above, not covered under this Preventive Care benefit are charges for:

- Services which are covered to any extent under any other part of this Plan;
- Services which are for diagnosis or treatment of a suspected or identified **illness** or **injury**;
- Exams given during your **stay** for medical care;
- Services not given by a **physician** or under his or her direction;
- Psychiatric, psychological, personality or emotional testing or exams;

## Preventive Care Immunizations

**Covered expenses** include charges made by your **physician** or a facility for:

- immunizations for infectious diseases; and
- the materials for administration of immunizations;

that have been recommended by the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention.

**Limitations**

Not covered under this Preventive Care benefit are charges incurred for immunizations that are not considered Preventive Care such as those required due to your employment or travel.

## Well-Woman Preventive Visits

**Covered expenses** include charges made by your **physician obstetrician, or gynecologist for:**

- a routine well-woman preventive exam office visit, including Pap smears. A routine well-woman preventive exam is a medical exam given by a **physician** for a reason other than to diagnose or treat a suspected or identified **illness** or **injury; and**
- routine preventive care breast cancer genetic counseling and breast cancer (BRCA) gene blood testing. **Covered expenses** include charges made by a **physician** and lab for the BRCA gene blood test and charges made by a genetic counselor to interpret the test results and evaluate treatment.

These benefits will be subject to any age; family history; and frequency guidelines that are:

- Evidence-based items or services that have in effect a rating of A or B in the recommendations of the United States Preventive Services Task Force; and
- Evidence-informed items or services provided in the comprehensive guidelines supported by the Health Resources and Services Administration.

**Limitations:**

Unless specified above, not covered under this Preventive Care benefit are charges for:

- Services which are covered to any extent under any other part of this Plan;
- Services which are for diagnosis or treatment of a suspected or identified **illness** or injury;
- Exams given during your **stay** for medical care;
- Services not given by a **physician** or under his or her direction;
- Psychiatric, psychological, personality or emotional testing or exams.

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul .doc

CONDFIDENTIAL

Wellstar 002188

## Routine Cancer Screenings

**Covered expenses** include, but are not limited to, charges incurred for routine cancer screening as follows:

- Mammograms;
- Fecal occult blood tests;
- Digital rectal exams;
- Prostate specific antigen (PSA) tests;
- Sigmoidoscopies;
- Double contrast barium enemas (DCBE)
- Colonoscopies (removal of polyps performed during a screening procedure is a covered expense); and
- Cologuard
- Lung cancer screening.

These benefits will be subject to any age; family history; and frequency guidelines that are:

- Evidence-based items or services that have in effect a rating of A or B in the recommendations of the United States Preventive Services Task Force; and
- Evidence-informed items or services provided in the comprehensive guidelines supported by the Health Resources and Services Administration.

**Limitations:**

Unless specified above, not covered under this Preventive Care benefit are charges incurred for:

- Services which are covered to any extent under any other part of this Plan.

**Important Notes:**
Refer to the *Schedule of Benefits* for details about cost sharing and benefit maximums that apply to Preventive Care. For details on the frequency and age limits that apply to Routine Physical Exams and Routine Cancer Screenings, contact your **physician** or Member Services by logging onto the member portal at www.Aetna.com, or calling the number on the back of your ID card.

## Screening and Counseling Services

**Covered expenses** include charges made by your **primary care physician** in an individual or group setting for the following:

### Obesity and/or Healthy Diet

Screening and counseling services to aid in weight reduction due to obesity. Coverage includes:

- preventive counseling visits and/or risk factor reduction intervention;
- nutrition counseling; and
- healthy diet counseling visits provided in connection with Hyperlipidemia (high cholesterol) and other known risk factors for cardiovascular and diet-related chronic disease.

### Misuse of Alcohol and/or Drugs

Screening and counseling services to aid in the prevention or reduction of the use of an alcohol agent or controlled substance. Coverage includes preventive counseling visits, risk factor reduction intervention and a structured assessment.

CONDFIDENTIAL

Wellstar 002189

**Use of Tobacco Products**

Screening and counseling services to aid in the cessation of the use of tobacco products. Tobacco product means a substance containing tobacco or nicotine including: cigarettes, cigars; smoking tobacco; snuff; smokeless tobacco and candy-like products that contain tobacco. Coverage includes:

- preventive counseling visits;
- treatment visits; and
- class visits;

to aid in the cessation of the use of tobacco products.

**Sexually Transmitted Infections**

**Covered expenses** include the counseling services to help you prevent or reduce sexually transmitted infections.

**Genetic Risks for Breast and Ovarian Cancer**

**Covered expenses** include the counseling and evaluation services to help you assess your breast and ovarian cancer susceptibility.

Benefits for the screening and counseling services above are subject to any visit maximums shown in your Schedule of Benefits.

**Limitations:**

Unless specified above, not covered under this Preventive Care benefit are charges incurred for:

- Services which are covered to any extent under any other part of this Plan.

## Prenatal Care

Prenatal care will be covered as Preventive Care for services received by a pregnant female in a **physician's**, obstetrician's, or gynecologist's office but only to the extent described below.

Coverage for prenatal care under this Preventive Care benefit is limited to pregnancy-related **physician** office visits including the initial and subsequent history and physical exams of the pregnant woman (maternal weight, blood pressure, fetal heart rate check, and fundal height).

**Limitations:**

Unless specified above, not covered under this Preventive Care benefit are charges incurred for:

- Services which are covered to any extent under any other part of this Plan;
- Pregnancy expenses (other than prenatal care as described above).
- High-risk prenatal services.

**Important Notes:**

Refer to the *Pregnancy Expenses* and *Exclusions* sections of this Booklet for more information on coverage for pregnancy expenses under this Plan, including other prenatal care, delivery and postnatal care office visits.

## Comprehensive Lactation Support and Counseling Services

**Covered expenses** include comprehensive lactation support (assistance and training in breast feeding) and counseling services provided to females during pregnancy, or at any time following delivery, for breast-feeding by a certified lactation support provider. **Covered expenses** also include the rental or purchase of breast feeding equipment as described below.

Lactation support and lactation counseling services are **covered expenses** when provided in either a group or individual setting. Benefits for lactation counseling services are subject to the visit maximum shown in your *Schedule of Benefits*.

CONDFIDENTIAL

Wellstar 002190

**Breast Feeding Durable Medical Equipment**
Coverage includes the rental or purchase of breast feeding **durable medical equipment** for lactation support (pumping and storage of breast milk) as follows.

**Breast Pump**
**Covered expenses** include the following:
- The rental of a **hospital**-grade electric pump for a newborn child when the newborn child is confined in a **hospital**.
- The purchase of:
  - An electric breast pump (non-**hospital** grade). A purchase will be covered once every three years; or
  - A manual breast pump. A purchase will be covered once per pregnancy.
- If an electric breast pump was purchased within the previous three-year period, the purchase of another breast pump will <u>not</u> be covered until a three-year period has elapsed from the last purchase.

**Breast Pump Supplies**
Coverage is limited to only one purchase per pregnancy in any year where a covered female would not qualify for the purchase of a new pump.

Coverage for the purchase of breast pump equipment is limited to one item of equipment, for the same or similar purpose, and the accessories and supplies needed to operate the item. You are responsible for the entire cost of any additional pieces of the same or similar equipment you purchase or rent for personal convenience or mobility.

**Aetna** reserves the right to limit the payment of charges up to the most cost efficient and least restrictive level of service or item which can be safely and effectively provided. The decision to rent or purchase is at the discretion of **Aetna**.

**Limitations:**
Unless specified above, not covered under this *Preventive Care* benefit are charges incurred for services which are covered to any extent under any other part of this Plan.


# Family Planning Services - Female Contraceptives
For females with reproductive capacity, **covered expenses** include those charges incurred for services and supplies that are provided to prevent pregnancy. All contraceptive methods, services and supplies covered under this Preventive Care benefit must be approved by the U.S. Food and Drug Administration (FDA).

Coverage includes counseling services on contraceptive methods provided by a **physician**, obstetrician or gynecologist. Such counseling services are **covered expenses** when provided in either a group or individual setting. They are subject to the contraceptive counseling services visit maximum shown in your *Schedule of Benefits*.

The following contraceptive methods are **covered expenses** under this Preventive Care benefit:

**Voluntary Sterilization**
**Covered expenses** include charges billed separately by the provider for female voluntary sterilization procedures and related services and supplies including, but not limited to, tubal ligation and sterilization implants.

**Covered expenses** under this *Preventive Care* benefit would not include charges for a voluntary sterilization procedure to the extent that the procedure was not billed separately by the provider or because it was not the primary purpose of a confinement.

CONDFIDENTIAL

Wellstar 002191

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul .doc

**Contraceptives**

Contraceptives can be paid either under your medical plan or **pharmacy** plan depending on the type of expense and how and where the expense is incurred. Benefits are paid under your medical plan for female contraceptive **prescription drugs** and devices (including any related services and supplies) when they are provided, administered, or removed, by a **physician** during an office visit.

---

**Important Note:**

For a list of the types of female contraceptives covered under this Plan, refer to the section *What the Pharmacy Plan Covers* and the *Contraceptives* benefit later in this Booklet.

---

**Limitations:**

Unless specified above, not covered under this Preventive Care benefit are charges for:

- Services which are covered to any extent under any other part of this Plan;
- Services and supplies incurred for an abortion;
- Services provided because of complications resulting from a voluntary sterilization procedure and related follow-up care;
- Services which are for the treatment of an identified **illness** or **injury**;
- Services that are not given by a **physician** or under his or her direction;
- Psychiatric, psychological, personality or emotional testing or exams;
- Any contraceptive methods that are only "reviewed" by the FDA and not "approved" by the FDA;
- <u>Male</u> contraceptive methods, sterilization procedures or devices;
- The reversal of voluntary sterilization procedures, including any related follow-up care.

## Family Planning Services - Other

**Covered expenses** include charges for certain family planning services, even though not provided to treat an **illness** or **injury**.

- Voluntary sterilization for males

Limitations:

Not covered are:

- Voluntary termination of pregnancy;
- Reversal of voluntary sterilization procedures, including related follow-up care;
- Charges for services which are covered to any extent under any other part of this Plan or any other group plans sponsored by your employer; and
- Charges incurred for family planning services while confined as an inpatient in a **hospital** or other facility for medical care.

---

**Important Notes:**

Refer to the Schedule of Benefits for details about cost sharing and benefit maximums that apply to Family Planning Services - Other. For more information, see the sections on Family Planning Services - Female Contraceptives, Pregnancy Expenses and Treatment of **Infertility** in this Booklet.

---

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul .doc

# Physician Services

## Physician Visits

Covered medical expenses include charges made by a **physician** during a visit to treat an **illness** or **injury**. The visit may be at the **physician's** office, in your home, in a **hospital** or other facility during your **stay** or in an outpatient facility. **Covered expenses** also include:

- Immunizations for infectious disease, but not if solely for your employment;
- Allergy testing, treatment and injections; and
- Charges made by the **physician** for supplies, radiological services, x-rays, and tests provided by the **physician**.

## Surgery

**Covered expenses** include charges made by a **physician** for:

- Performing your surgical procedure;
- Pre-operative and post-operative visits; and
- Consultation with another **physician** to obtain a second opinion prior to the surgery.

## Anesthetics

**Covered expenses** include charges for the administration of anesthetics and oxygen by a **physician**, other than the operating **physician**, or Certified Registered Nurse Anesthetist (C.R.N.A.) in connection with a covered procedure.

**Important Reminder**
Certain procedures need to be **precertified** by **Aetna**. Refer to *How the Plan Works* for more information about **precertification**.

## Alternatives to Physician Office Visits

### Walk-In Clinic Visits

**Covered expenses** include charges made by **walk-in clinics** for:
- Unscheduled, non-emergency **illnesses** and injuries;
- The administration of certain immunizations administered within the scope of the clinic's license; and
- Individual screening and counseling services to aid you:
  - to stop the use of tobacco products;
  - in weight reduction, due to obesity.

Unless specified above, not covered under this benefit are charges incurred for services and supplies furnished:
- In a group setting for screening and counseling services.

**Important Note:**
- Not all services are available at all **Walk-In Clinics**. The types of services offered will vary by the provider and location of the clinic.
- For a complete description of the screening and counseling services provided on the use of tobacco products and to aid in weight reduction due to obesity, refer to the *Preventive Care Benefits* section in this Booklet and the *Screening and Counseling Services* benefit for a description of these services. These services may also be obtained from your **physician**

# Hospital Expenses

Covered medical expenses include services and supplies provided by a **hospital** during your **stay**.

CONDFIDENTIAL

## Room and Board

**Covered expenses** include charges for **room and board** provided at a **hospital** during your **stay**. Private room charges that exceed the **hospital's semi-private room rate** are not covered unless a private room is required because of a contagious **illness** or immune system problem.

**Room and board** charges also include:

- Services of the **hospital's** nursing staff;
- Admission and other fees;
- General and special diets; and
- Sundries and supplies.

## Other Hospital Services and Supplies

**Covered expenses** include charges made by a **hospital** for services and supplies furnished to you in connection with your **stay**.

**Covered expenses** include hospital charges for other services and supplies provided, such as:

- **Ambulance** services.
- **Physicians** and surgeons.
- Operating and recovery rooms.
- Intensive or special care facilities.
- Administration of blood and blood products, but not the cost of the blood or blood products.
- Radiation therapy.
- Speech therapy, physical therapy and occupational therapy.
- Oxygen and oxygen therapy.
- Radiological services, laboratory testing and diagnostic services.
- Medications.
- Intravenous (IV) preparations.
- Discharge planning.

## Outpatient Hospital Expenses

**Covered expenses** include **hospital** charges made for covered services and supplies provided by the outpatient department of a **hospital**.

**Important Reminders**

The Plan will only pay for nursing services provided by the **hospital** as part of its charge. The Plan does *not* cover private duty nursing services as part of an inpatient **hospital** stay.

If a **hospital** or other health care facility does not itemize specific **room and board** charges and other charges, **Aetna** will assume that 40 percent of the total is for **room and board** charge, and 60 percent is for other charges.

**Hospital** admissions need to be **precertified** by **Aetna**. Refer to *How the Plan Works* for details about **precertification**.

In addition to charges made by the **hospital**, certain **physicians** and other providers may bill you separately during your **stay**.

Refer to the *Schedule of Benefits* for any applicable **deductible** and **payment percentage** and maximum benefit limits.

## Coverage for Emergency Medical Conditions

**Covered expenses** include charges made by a **hospital** or a **physician** for services provided in an emergency room to evaluate and treat an **emergency medical condition**.

CONDFIDENTIAL

Wellstar 002194

The **emergency care** benefit covers:

- Use of emergency room facilities;
- Emergency room **physicians'** services;
- **Hospital** nursing staff services; and
- Radiologists' and pathologists' services.

Please contact your **PCP** after receiving treatment for an **emergency medical condition**.

**Important Reminder**
Except for Urgent Care described below, if you visit a **hospital** emergency room for a non-emergency condition, the Plan will not cover your expenses, as shown in the *Schedule of Benefits*. No other plan benefits will pay for **non-emergency care** in the emergency room.

## Coverage for Urgent Conditions
**Covered expenses** include charges made by a **hospital** or **urgent care** provider to evaluate and treat an **urgent condition**.

Your coverage includes:

- Use of emergency room facilities when network urgent care facilities are not in the **service area** and you cannot reasonably wait to visit your **physician**;
- Use of urgent care facilities;
- **Physicians** services;
- Nursing staff services; and
- Radiologists' and pathologists' services.

Please contact your **PCP** after receiving treatment of an **urgent condition**.

If you visit an **urgent care provider** for a non-**urgent condition**, the Plan will not cover your expenses, as shown in the *Schedule of Benefits*.

# Alternatives to Hospital Stays

## Outpatient Surgery and Physician Surgical Services
**Covered expenses** include charges for services and supplies furnished in connection with outpatient surgery made by:

- A **physician** or **dentist** for professional services;
- A **surgery center**; or
- The outpatient department of a **hospital**.

The surgery must meet the following requirements:

- The surgery can be performed adequately and safely only in a **surgery center** or **hospital** and
- The surgery is not normally performed in a **physician's** or **dentist**'s office.

**Important Note**
Benefits for surgery services performed in a **physician's** or **dentist's** office are described under **Physician** Services benefits in the previous section.

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul .doc

The following outpatient surgery expenses are covered:

- Services and supplies provided by the **hospital, surgery center** on the day of the procedure;
- The operating **physician's** services for performing the procedure, related pre- and post-operative care, and administration of anesthesia; and
- Services of another **physician** for related post-operative care and administration of anesthesia. This does not include a local anesthetic.

**Limitations**

Not covered under this Plan are charges made for:

- The services of **a physician** or other health care provider who renders technical assistance to the operating **physician**.
- A **stay** in a **hospital**.
- Facility charges for office based surgery.

## Birthing Center

**Covered expenses** include charges made by a **birthing center** for services and supplies related to your care in a **birthing center** for:

- Prenatal care;
- Delivery; and
- Postpartum care within 48 hours after a vaginal delivery and 96 hours after a Cesarean delivery.

**Limitations**

Unless specified above, not covered under this benefit are charges:

- In connection with a pregnancy for which pregnancy related expenses are not included as a covered expense.

See *Pregnancy Related Expenses* for information about other **covered expenses** related to maternity care.

## Home Health Care

**Covered expenses** include charges for home health care services when ordered by a **physician** as part of a home health plan and provided you are:

- Transitioning from a **hospital** or other inpatient facility, and the services are in lieu of a continued inpatient **stay**; or
- **Homebound**

CONDFIDENTIAL

Wellstar 002196

**Covered expenses** include only the following:

- **Skilled nursing services** that require medical training of, and are provided by, a licensed nursing professional within the scope of his or her license. These services need to be provided during intermittent visits of 4 hours or less, with a daily maximum of 3 visits. Intermittent visits are considered periodic and recurring visits that skilled nurses make to ensure your proper care, which means they are not on site for more than four hours at a time. If you are discharged from a **hospital** or **skilled nursing facility** after an inpatient **stay**, the intermittent requirement may be waived to allow coverage for up to 12 hours (3 visits) of continuous **skilled nursing services**. However, these services must be provided for within 10 days of discharge.
- Home health aide services, when provided in conjunction with skilled nursing care, that directly support the care. These services need to be provided during intermittent visits of 4 hours or less, with a daily maximum of 3 visits.
- Medical social services, when provided in conjunction with skilled nursing care, by a qualified social worker.
- Skilled behavioral health care services provided in the home by a **behavioral health provider/practitioner** when ordered by a **physician** and directly related to an active treatment plan of care established by the **physician**. All the following must be met:
    - The skilled behavioral health care is appropriate for the active treatment of a condition, **illness** or disease to avoid placing you at risk for serious complications.
    - The services are in lieu of a continued confinement in a **hospital** or **residential treatment facility**, or receiving outpatient services outside of the home.
    - You are **homebound** because of **illness** or **injury**.
    - The services provided are not primarily for comfort, convenience or custodial in nature.
    - The services are intermittent or hourly in nature.
    - The services are not for Applied Behavior Analysis.

Benefits for home health care visits are payable up to the Home Health Care Maximum. Each visit by a nurse, **behavioral health provider/practitioner** or therapist is 1 visit.

In figuring the Calendar Year Maximum Visits, each visit of:

- Nurse or Therapist, up to 4 hours is 1 visit and
- **behavioral health provider/practitioner**, of up to 1 hour, is 1 visit.

This maximum will not apply to care given by an **R.N.** or **L.P.N.** when:

- Care is provided within 10 days of discharge from a **hospital** or **skilled nursing facility** as a full-time inpatient; and
- Care is needed to transition from the **hospital** or **skilled nursing facility** to home care.

When the above criteria are met, **covered expenses** include up to 12 hours of continuous care by an **R.N.** or **L.P.N.** per day.

Coverage for Home Health Care services is not determined by the availability of caregivers to perform them. The absence of a person to perform a non-skilled or **custodial care** service does not cause the service to become covered. If the covered person is a minor or an adult who is dependent upon others for non-skilled care (e.g. bathing, eating, toileting), coverage for home health services will only be provided during times when there is a family member or caregiver present in the home to meet the person's non-skilled needs.

## Limitations

Unless specified above, *not* covered under this benefit are charges for:

- Services or supplies that are not a part of the **Home Health Care Plan**.
- Services of a person who usually lives with you, or who is a member of your, your spouse's family.
- Services of a certified or licensed social worker.
- Services for Infusion Therapy.

CONFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul   .doc

- Transportation.
- Services or supplies provided to a minor or dependent adult when a family member or caregiver is not present.
- Services that are **custodial care**.

**Important Reminders**

The Plan does *not* cover **custodial care**, even if care is provided by a nursing professional, and family member or other caretakers cannot provide the necessary care.

Home health care needs to be **precertified** by **Aetna**. Refer to the *How the Plan Works* section for details about **precertification**.

Refer to the *Schedule of Benefits* for details about any applicable home health care visit maximums.

## Skilled Nursing Care

**Covered expenses** include charges by an **R.N.**, **L.P.N.**, or nursing agency for outpatient skilled nursing care.

This is care by a visiting **R.N.** or **L.P.N.** to perform specific skilled nursing tasks.

**Limitations**

Unless specified above, not covered under this benefit are charges for:

- Nursing care that does not require the education, training and technical skills of a **R.N. or L.P.N.**
- Nursing care assistance for daily life activities, such as:
  - Transportation;
  - Meal preparation;
  - Vital sign charting;
  - Companionship activities;
  - Bathing;
  - Feeding;
  - Personal grooming;
  - Dressing;
  - Toileting; and
  - Getting in/out of bed or a chair.
- Nursing care provided for skilled observation.
- Nursing care provided while you are an inpatient in a **hospital** or health care facility.
- A service provided solely to administer oral medicine, except where law requires a **R.N. or L.P.N.** to administer medicines.

## Skilled Nursing Facility

**Covered expenses** include charges made by a **skilled nursing facility** during your **stay** for the following services and supplies, up to the maximums shown in the *Schedule of Benefits*, including:

- **Room and board,** up to the **semi-private room rate**. The Plan will cover up to the private room rate if it is needed due to an infectious **illness** or a weak or compromised immune system;
- Use of special treatment rooms;
- Radiological services and lab work;
- Physical, occupational, or speech therapy;
- Oxygen and other gas therapy;
- Other medical services and general nursing services usually given by a **skilled nursing facility** (this does not include charges made for private or special nursing, or **physician's** services); and
- Medical supplies.

CONDFIDENTIAL

**Important Reminder**
Refer to the *Schedule of Benefits* for details about any applicable **skilled nursing facility** maximums.

Admissions to a **skilled nursing facility** must be **precertified** by **Aetna**. Refer to *Using Your Medical Plan* for details about **precertification**.

## Limitations
Unless specified above, *not* covered under this benefit are charges for:

- Charges made for the treatment of:

  - Drug addiction;
  - Alcoholism;
  - Senility;
  - Mental retardation; or
  - Any other mental **illness**; and
- Daily **room and board** charges over the **semi-private rate**.

# Hospice Care
**Covered expenses** include charges made by the following furnished to you for **hospice care** when given as part of a **hospice care program**.

## Facility Expenses
The charges made by a **hospital**, **hospice** or **skilled nursing** facility for:

- **Room and Board** and other services and supplies furnished during a **stay** for pain control and other acute and chronic symptom management; and
- Services and supplies furnished to you on an outpatient basis.

## Outpatient Hospice Expenses
**Covered expenses** include charges made on an outpatient basis by a **Hospice Care Agency** for:

- Part-time or intermittent nursing care by a **R.N.** or **L.P.N.** for up to eight hours a day;
- Part-time or intermittent home health aide services to care for you up to eight hours a day.
- Medical social services under the direction of a **physician**. These include but are not limited to:
  - Assessment of your social, emotional and medical needs, and your home and family situation;
  - Identification of available community resources; and
  - Assistance provided to you to obtain resources to meet your assessed needs.
- Physical and occupational therapy; and
- Consultation or case management services by a **physician**;
- Medical supplies;
- **Prescription drugs;**
- Dietary counseling; and
- Psychological counseling.

Charges made by the providers below if they are not an employee of a **Hospice Care Agency**; and such Agency retains responsibility for your care:

- A **physician** for a consultation or case management;
- A physical or occupational therapist;
- A **home health care agency** for:

CONDFIDENTIAL

Wellstar 002199

- Physical and occupational therapy;
- Part time or intermittent home health aide services for your care up to eight hours a day;
- Medical supplies;
- **Prescription drugs;**
- Psychological counseling; and
- Dietary counseling.

## Limitations

Unless specified above, *not* covered under this benefit are charges for:

- Daily **room and board** charges over the **semi-private room rate.**
- Funeral arrangements.
- Pastoral counseling.
- Financial or legal counseling. This includes estate planning and the drafting of a will.
- Homemaker or caretaker services. These are services which are not solely related to your care. These include, but are not limited to: sitter or companion services for either you or other family members; transportation; maintenance of the house.

**Important Reminders**

Refer to the *Schedule of Benefits* for details about any applicable **hospice care** maximums.

Inpatient **hospice** care and home health care must be **precertified** by **Aetna**. Refer to *How the Plan Works* for details about **precertification.**

# Other Covered Health Care Expenses

## Ambulance Service

**Covered expenses** include charges made by a professional **ambulance,** as follows:

## Ground Ambulance

**Covered expenses** include charges for transportation:

- To the first **hospital** where treatment is given in a medical emergency.
- From one **hospital** to another **hospital** in a medical emergency when the first **hospital** does not have the required services or facilities to treat your condition.
- From **hospital** to home or to another facility when other means of transportation would be considered unsafe due to your medical condition.
- From home to **hospital** for covered inpatient or outpatient treatment when other means of transportation would be considered unsafe due to your medical condition. Transport is limited to 100 miles.
- When during a covered inpatient **stay** at a **hospital, skilled nursing facility** or acute rehabilitation **hospital,** an **ambulance** is required to safely and adequately transport you to or from inpatient or outpatient **medically necessary** treatment.

## Air or Water Ambulance

**Covered expenses** include charges for transportation to a **hospital** by air or water **ambulance** when:

- Ground **ambulance** transportation is not available; and
- Your condition is unstable, and requires medical supervision and rapid transport; and
- In a medical emergency, transportation from one **hospital** to another **hospital;** when the first **hospital** does not have the required services or facilities to treat your condition and you need to be transported to another **hospital;** and the two conditions above are met.

CONDFIDENTIAL

Wellstar 002200

**Limitations**

Not covered under this benefit are charges incurred to transport you:

- If an **ambulance** service is not required by your physical condition; or
- If the type of **ambulance** service provided is not required for your physical condition; or
- By any form of transportation other than a professional **ambulance** service; or
- By fixed wing air **ambulance** from an **out-of-network provider**.

## Autism Spectrum Disorder

**Covered expenses** include charges made by a **physician** or **behavioral health provider/practitioner** for the services and supplies for the diagnosis and treatment [(including routine behavioral health services such as office visits or therapy and Applied Behavior Analysis)] of Autism Spectrum Disorder when ordered by a **physician**, licensed psychologist, or licensed clinical social worker, as part of a Treatment Plan; and the covered child is diagnosed with Autism Spectrum Disorder.

Applied Behavior Analysis is an educational service that is the process of applying interventions:
- That systematically change behavior; and
- That are responsible for the observable improvement in behavior.

Autism Spectrum Disorder is defined in the most recent edition of the Diagnostic and Statistical Manual of **Mental Disorders** of the American Psychiatric Association.

# Diagnostic and Preoperative Testing

## Diagnostic Complex Imaging Expenses

The Plan covers charges made on an outpatient basis by a **physician**, **hospital** or a licensed imaging or radiological facility for complex imaging services to diagnose an **illness** or **injury**, including:

- C.A.T. scans;
- Magnetic Resonance Imaging (MRI);
- Nuclear medicine imaging including positron emission tomography (PET) Scans; and
- Any other outpatient diagnostic imaging service where the **recognized charge** exceeds $500.

Complex Imaging Expenses for preoperative testing will be payable under this benefit.

**Limitations**

The Plan does not cover diagnostic complex imaging expenses under this part of the Plan if such imaging expenses are covered under any other part of the Plan.

## Outpatient Diagnostic Lab Work and Radiological Services

**Covered expenses** include charges for radiological services (other than diagnostic complex imaging), lab services, and pathology and other tests provided to diagnose an **illness** or **injury**. You must have definite symptoms that start, maintain or change a plan of treatment prescribed by a **physician**. The charges must be made by a **physician**, **hospital** or licensed radiological facility or lab.

**Important Reminder**

Refer to the *Schedule of Benefits* for details about any **deductible**, payment **percentage** and maximum that may apply to outpatient diagnostic testing, and lab and radiological services.

CONDFIDENTIAL

Wellstar 002201

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul .doc

## Outpatient Preoperative Testing

Prior to a scheduled covered surgery, **covered expenses** include charges made for tests performed by **a hospital, surgery center, physician** or licensed diagnostic laboratory provided the charges for the surgery are **covered expenses** and the tests are:

- Related to your surgery, and the surgery takes place in a hospital or surgery center;
- Completed within 14 days before your surgery;
- Performed on an outpatient basis;
- Covered if you were an inpatient in a **hospital**;
- Not repeated in or by the **hospital** or **surgery center** where the surgery will be performed.
- Test results should appear in your medical record kept by the **hospital** or **surgery center** where the surgery is performed.

### Limitations

The Plan does not cover diagnostic complex imaging expenses under this part of the Plan if such imaging expenses are covered under any other part of the Plan.

- If your tests indicate that surgery should not be performed because of your physical condition, the Plan will pay for the tests, however surgery will *not* be covered.

**Important Reminder**

Complex Imaging testing for preoperative testing is covered under the complex imaging section. Separate cost sharing may apply. Refer to your *Schedule of Benefits* for information on cost sharing amounts for complex imaging.

# Durable Medical and Surgical Equipment (DME)

**Covered expenses** include charges by a **DME** supplier for the rental of equipment or, in lieu of rental:

The initial purchase of **DME** if:

- Long term care is planned; and
- The equipment cannot be rented or is likely to cost less to purchase than to rent.

Repair of purchased equipment. Maintenance and repairs needed due to misuse or abuse are not covered.

Replacement of purchased equipment if:

- The replacement is needed because of a change in your physical condition; and
- It is likely to cost less to replace the item than to repair the existing item or rent a similar item.

The Plan limits coverage to one item of equipment, for the same or similar purpose and the accessories needed to operate the item. You are responsible for the entire cost of any additional pieces of the same or similar equipment you purchase or rent for personal convenience or mobility.

Covered **Durable Medical Equipment** includes those items covered by Medicare unless excluded in the Exclusions section of this Booklet. **Aetna** reserves the right to limit the payment of charges up to the most cost efficient and least restrictive level of service or item which can be safely and effectively provided. The decision to rent or purchase is at the discretion of **Aetna**.

CONDFIDENTIAL

Wellstar 002202

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul .doc

**Important Reminder**
Refer to the *Schedule of Benefits* for details about **durable medical and surgical equipment deductible, payment percentage** and benefit maximums. Also, refer to *Exclusions* for information about Home and Mobility exclusions.

## Clinical Trials

*Clinical Trial Therapies (**Experimental or Investigational**)*

**Covered expenses** include charges made for **experimental or investigational** drugs, devices, treatments or procedures "under an approved clinical trial" only when you have cancer or a terminal **illness**, and *all* the following conditions are met:

- Standard therapies have not been effective or are inappropriate;
- **Aetna** determines, based on published, peer-reviewed scientific evidence that you may benefit from the treatment; and
- You are enrolled in an approved clinical trial that meets these criteria.

An "approved clinical trial" is a clinical trial that meets these criteria:
- The FDA has approved the drug, device, treatment, or procedure to be investigated or has granted it investigational new drug (IND) or group c/treatment IND status.  This requirement does not apply to procedures and treatments that do not require FDA approval.
- The clinical trial has been approved by an Institutional Review Board that will oversee the investigation.
- The clinical trial is sponsored by the National Cancer Institute (NCI) or similar federal organization.
- The trial conforms to standards of the NCI or other, applicable federal organization.
- The clinical trial takes place at an NCI-designated cancer center or takes place at more than one institution.
- You are treated in accordance with the protocols of that study.

*Routine Patient Costs*

**Covered expenses** include charges made by a provider for "routine patient costs" furnished in connection with your participation in an "approved clinical trial" for cancer or other life-threatening disease or condition, as those terms are defined in the federal Public Health Service Act, Section 2709.

**Limitations:**
Not covered under this Plan are:
- Services and supplies related to data collection and record-keeping that is solely needed due to the clinical trial (i.e. protocol-induced costs);
- Services and supplies provided by the trial sponsor without charge to you; and
- The experimental intervention itself (except **medically necessary** Category B investigational devices and promising **experimental or investigational** interventions for terminal **illnesses** in certain clinical trials in accordance with **Aetna's** claim policies).

**Important Note:**
1. Refer to the *Schedule of Benefits* for details about cost sharing and any benefit maximums that apply to the Clinical Trial benefit.
2. These Clinical Trial benefits are subject to all the terms, conditions, provisions, limitations, and exclusions of this Plan including, but not limited to, any **precertification** and referral requirements.

CONDFIDENTIAL

Wellstar 002203

# Pregnancy Related Expenses

**Covered expenses** include charges made by a **physician** for pregnancy and childbirth services and supplies at the same level as any **illness** or **injury**. This includes prenatal visits, delivery and postnatal visits.

For inpatient care of the mother and newborn child, **covered expenses** include charges made by a **Hospital** for a minimum of:

- 48 hours after a vaginal delivery; and
- 96 hours after a cesarean section.
- A shorter **stay**, if the attending **physician**, with the consent of the mother, discharges the mother or newborn earlier.

**Covered expenses** also include charges made by a **birthing center** as described under Alternatives to **Hospital** Care.

*Note:* Covered expenses also include services and supplies provided for circumcision of the newborn during the **stay**.

> **Important Note:**
>
> Refer to the *Preventive Care* section of this *Booklet* for additional information on coverage for female contraceptive coverage under this Plan.

# Prosthetic Devices

**Covered expenses** include charges made for internal and external prosthetic devices and special appliances, if the device or appliance improves or restores body part function that has been lost or damaged by **illness**, **injury** or congenital defect. **Covered expenses** also include instruction and incidental supplies needed to use a covered prosthetic device.

The Plan covers the first prosthesis you need that temporarily or permanently replaces all or part of a body part lost or impaired because of disease or **injury** or congenital defects as described in the list of covered devices below for an

- Internal body part or organ; or
- External body part.

**Covered expenses** also include replacement of a prosthetic device if:

- The replacement is needed because of a change in your physical condition; or normal growth or wear and tear; or
- It is likely to cost less to buy a new one than to repair the existing one; or
- The existing one cannot be made serviceable.

The list of covered devices includes but is not limited to:

- An artificial arm, leg, hip, knee or eye;
- Eye lens;
- An external breast prosthesis and the first bra made solely for use with it after a mastectomy;
- A breast implant after a mastectomy;
- Ostomy supplies, urinary catheters and external urinary collection devices;
- Speech generating device;

CONFIDENTIAL

- A cardiac pacemaker and pacemaker defibrillators; and
- A durable brace that is custom made for and fitted for you.

The Plan will not cover expenses and charges for, or expenses related to:

- Orthopedic shoes, therapeutic shoes, or other devices to support the feet, unless the orthopedic shoe is an integral part of a covered leg brace; or
- Trusses, corsets, and other support items; or
- any item listed in the *Exclusions* section.

## Hearing Aids

Covered hearing care expenses include charges for electronic hearing aids (monaural and binaural), installed in accordance with a **prescription** written during a covered hearing exam.

Benefits are payable up to the hearing supply maximum listed in the Schedule of Benefits.

All **covered expenses** are subject to the hearing expense exclusions in this *Booklet*- and are subject to **deductible(s)**or **payment percentage** listed in the *Schedule of Benefits*, if any.

## Benefits After Termination of Coverage

Expenses incurred for hearing aids within 30 days of termination of the person's coverage under this benefit section will be deemed to be covered hearing care expenses if during the 30 days before the date coverage ends:

- The **prescription** for the hearing aid was written; and
- The hearing aid was ordered.

# Short-Term Rehabilitation Therapy Services

**Covered expenses** include charges for short-term therapy services when prescribed by a **physician** as described below up to the benefit maximums listed on your *Schedule of Benefits*. The services must be performed by:

- A licensed or certified physical, occupational or speech therapist;
- A **hospital**, **skilled nursing facility**, or **hospice facility**; or
- A **physician**.

Charges for the following short term rehabilitation expenses are covered:

## Cardiac and Pulmonary Rehabilitation Benefits.

- Cardiac rehabilitation benefits are available as part of an inpatient **hospital stay**. A limited course of outpatient cardiac rehabilitation is covered when following angioplasty, cardiovascular surgery, congestive heart failure or myocardial infarction. The Plan will cover charges in accordance with a treatment plan as determined by your risk level when recommended by a **physician**. This course of treatment is limited to a maximum of 36 sessions in a 12-week period.
- Pulmonary rehabilitation benefits are available as part of an inpatient **hospital stay**. A limited course of outpatient pulmonary rehabilitation is covered for the treatment of reversible pulmonary disease states. This course of treatment is limited to a maximum of 36 hours or a six-week period.

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul   doc

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul   doc

## Outpatient Cognitive Therapy, Physical Therapy, Occupational Therapy and Speech Therapy Rehabilitation Benefits.

Coverage is subject to the limits, if any, shown on the *Schedule of Benefits*. Inpatient rehabilitation benefits for the services listed will be paid as part of your Inpatient **Hospital** and **Skilled Nursing Facility** benefits provision in this **Booklet.**

- Physical therapy is covered for non-chronic conditions and acute **illnesses** and **injuries**, provided the therapy expects to significantly improve, develop or restore physical functions lost or impaired because of an acute **illness, injury** or surgical procedure. Physical therapy does not include educational training or services designed to develop physical function.
- Occupational therapy (except for vocational rehabilitation or employment counseling) is covered for non-chronic conditions and acute **illnesses** and **injuries**, provided the therapy expects to significantly improve, develop or restore physical functions lost or impaired because of an acute **illness, injury** or surgical procedure, or to relearn skills to significantly improve independence in the activities of daily living. Occupational therapy does not include educational training or services designed to develop physical function.
- Speech therapy is covered for non-chronic conditions and acute **illnesses** and injuries provided the therapy is expected to restore the speech function or correct a speech impairment resulting from **illness** or **injury**; or for delays in speech function development because of a gross anatomical defect present at birth. Speech function is the ability to express thoughts, speak words and form sentences. Speech impairment is difficulty with expressing one's thoughts with spoken words.
- Cognitive therapy associated with physical rehabilitation is covered when the cognitive deficits have been acquired because of neurologic impairment due to trauma, stroke, or encephalopathy, and when the therapy is part of a treatment plan intended to restore previous cognitive function.

A "visit" consists of no more than one hour of therapy. Refer to the *Schedule of Benefits* for the visit maximum that applies to the Plan. **Covered expenses** include charges for two therapy visits of no more than one hour in a 24-hour period.

The therapy should follow a specific treatment plan that:

- Details the treatment, and specifies frequency and duration; and
- Provides for ongoing reviews and is renewed only if continued therapy is appropriate.

**Important Reminder**
Refer to the *Schedule of Benefits* for details about the short-term rehabilitation therapy maximum benefit.

Unless specifically covered above, *not* covered under this benefit are charges for:

- Therapies for the treatment of delays in development, unless resulting from acute **illness** or **injury**, or congenital defects amenable to surgical repair (such as cleft lip/palate). Examples of non-covered diagnoses include Pervasive Development Disorders (including Autism), Down's syndrome, and Cerebral Palsy, as they are considered both developmental and/or chronic in nature.
- Any services which are **covered expenses** in whole or in part under any other group plan sponsored by an employer;
- Any services unless provided in accordance with a specific treatment plan;
- Services for the treatment of delays in speech development, unless resulting from **illness, injury**, or congenital defect;
- Services provided during a **stay** in a **hospital, skilled nursing facility,** or **hospice facility** except as stated above;
- Services provided by a **home health care agency;**
- Services not performed by a **physician** or under the direct supervision of a **physician;**
- Treatment covered as part of the Spinal Manipulation Treatment. This applies whether or not benefits have been paid under that section;

CONDFIDENTIAL

Wellstar 002206

- Services provided by a **physician** or physical, occupational or speech therapist who resides in your home; or who is a member of your family, or a member of your spouse's family;
- Special education to instruct a person whose speech has been lost or impaired, to function without that ability. This includes lessons in sign language.

# Reconstructive or Cosmetic Surgery and Supplies

**Covered expenses** include charges made by a **physician**, **hospital**, or **surgery center** for reconstructive services and supplies, including:

- Surgery needed to improve a significant functional impairment of a body part.
- Surgery to correct the result of an accidental **injury**, including subsequent related or staged surgery, if the surgery occurs no more than 24 months after the original **injury**. For a covered child, the time period for coverage may be extended through age 18.
- Surgery to correct the result of an **injury** that occurred during a covered surgical procedure if the reconstructive surgery occurs no more than 24 months after the original **injury**.
Note: Injuries that occur because of a medical (*i.e.*, non-surgical) treatment are not considered accidental injuries, even if unplanned or unexpected.
- Surgery to correct a gross anatomical defect present at birth or appearing after birth (but not the result of an **illness** or **injury**) when
  - the defect results in severe facial disfigurement, or
  - the defect results in significant functional impairment and the surgery is needed to improve function

## Reconstructive Breast Surgery
**Covered expenses** include reconstruction of the breast on which a mastectomy was performed, including an implant and areolar reconstruction. Also included is surgery on a healthy breast to make it symmetrical with the reconstructed breast and physical therapy to treat complications of mastectomy, including lymphedema.

**Important Notice**
A benefit maximum may apply to reconstructive or **cosmetic** surgery services. Please refer to the *Schedule of Benefits*.

# Gender Reassignment (Sex Change) Surgery

**Covered expenses** include charges in connection with a **medically necessary** Gender Reassignment (sometimes called Sex Change) Surgery as long you or a covered dependent have obtained **precertification** from **Aetna**.

**Covered expenses** include:

- Charges made by a **physician** for:

  - Performing the surgical procedure; and
  - Pre-operative and post-operative **hospital** and office visits.

- Charges made by a **hospital** for inpatient and outpatient services (including outpatient surgery). **Room and board** charges more than the **hospital's semi-private** rate will not be covered unless a private room is ordered by your **physician** and **precertification** has been obtained.

- Charges made by a **Skilled Nursing Facility** for inpatient services and supplies. Daily **room and board** charges over the **semi-private rate** will not be covered.

- Charges made for the administration of anesthetics.

40

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul .doc

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul .doc

- Charges for outpatient diagnostic laboratory and x-rays.

- Charges for blood transfusion and the cost of unreplaced blood and blood products. Also included are the charges for collecting, processing and storage of self-donated blood after the surgery has been scheduled.

**Important Reminders**

No payment will be made for any **covered expenses** under this benefit unless they have been precertified by **Aetna**.

**Limitations:**

Rhinoplasty, face-lifting, lip enhancement, facial bone reduction, blepharoplasty, breast augmentation, liposuction of the waist (body contouring), reduction thyroid chondroplasty, hair removal, voice modification surgery (laryngoplasty or shortening of the vocal cords), and skin resurfacing, which have been used in feminization, are considered **cosmetic**. Similarly, chin implants, nose implants, and lip reduction, which have been used to assist masculinization, are considered **cosmetic**.

# Specialized Care

## Chemotherapy

**Covered expenses** include charges for chemotherapy treatment. Coverage levels depend on where treatment is received. In most cases, chemotherapy is covered as outpatient care. Inpatient **hospitalization** for chemotherapy is limited to the initial dose while **hospitalized** for the diagnosis of cancer and when a **hospital stay** is otherwise **medically necessary** based on your health status.

## Radiation Therapy Benefits

**Covered expenses** include charges for the treatment of **illness** by x-ray, gamma ray, accelerated particles, mesons, neutrons, radium or radioactive isotopes.

## Outpatient Infusion Therapy Benefits

**Covered expenses** include infusion therapy received from an outpatient setting including but not limited to:

- A free-standing outpatient facility;
- The outpatient department of a **hospital**; or
- A **physician** in his/her office or in your home.

The list of preferred infusion locations can be found by contacting Member Services by logging onto the member portal at www.Aetna.com or calling the number on the back of your ID card.

Certain infused medications may be covered under the **prescription** drug plan. You can access the list of **specialty care prescription drugs** by contacting Member Services or by logging onto the member portal at www.Aetna.com or calling the number on the back of your ID card to determine if coverage is under the **prescription** drug plan or this booklet.

Infusion therapy is the intravenous or continuous administration of medications or solutions that are a part of your course of treatment. Charges for the following outpatient Infusion Therapy services and supplies are **covered expenses**:

- The pharmaceutical when administered in connection with infusion therapy and any medical supplies, equipment and nursing services required to support the infusion therapy;
- Professional services;
- Total parenteral nutrition (TPN);
- Chemotherapy;

CONDFIDENTIAL     Wellstar 002208

- Drug therapy (includes antibiotic and antivirals);
- Pain management (narcotics); and
- Hydration therapy (includes fluids, electrolytes and other additives).

Not included under this infusion therapy benefit are charges incurred for:

- Enteral nutrition;
- Blood transfusions and blood products;
- Dialysis; and
- Insulin.

Coverage is subject to the maximums, if any, shown in the *Schedule of Benefits*.

Coverage for inpatient infusion therapy is provided under the *Inpatient **Hospital*** and ***Skilled Nursing Facility*** *Benefits* sections of this *Booklet*.

Benefits payable for infusion therapy will not count toward any applicable **Home Health Care** maximums.

**Important Reminder**
Refer to the *Schedule of Benefits* for details about any applicable **deductible, coinsurance** and maximum benefit limits.

## Specialty Care Prescription Drugs
**Covered expenses** include **specialty care prescription drugs** when they are:

- Purchased by your **provider,** and
- Injected or infused by your **provider** in an outpatient setting such as:
    - A free-standing outpatient facility
    - The outpatient department of a **hospital**
    - A **physician** in his/her office
    - A home care **provider** in your home
- And, listed on our **specialty care prescription drug** list as covered under this booklet.

Certain infused medications may be covered under the **prescription drug** plan. You can access the list of **specialty care prescription drugs** by contacting Member Services or by logging onto the member portal at www.Aaetna.com or calling the number on the back of your ID card to determine if coverage is under the **prescription drug** plan of this booklet.

# Treatment of Infertility

## Basic Infertility Expenses
**Covered expenses** include charges made by a **physician** to diagnose and to surgically treat the underlying medical cause of **infertility.**

## Comprehensive Infertility and Advanced Reproductive Technology (ART) Expenses
To be an eligible covered female for benefits you must be covered under this *Booklet* as a team member, or be a covered dependent who is the team member's spouse.

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul   doc

Even though not incurred for treatment of an **illness** or **injury**, **covered expenses** will include expenses incurred by an eligible covered female for **infertility** if all the following tests are met:

- A condition that is a demonstrated cause of **infertility** which has been recognized by a gynecologist, or an **infertility specialist**, and your **physician** who diagnosed you as **infertile**, and it has been documented in your medical records.
- The procedures are done while not confined in a **hospital** or any other facility as an inpatient.
- Your FSH levels are less than, 19 miU on day 3 of the menstrual cycle.
- A successful pregnancy cannot be attained through less costly treatment for which coverage is available under this *Booklet*.

## Comprehensive Infertility Services Benefits

If you meet the eligibility requirements above, the following comprehensive **infertility** services expenses are payable when provided by an **infertility specialist** upon pre-authorization by **Aetna**, subject to all the exclusions and limitations of this *Booklet*:

- Ovulation induction with menotropins is subject to the maximum benefit, if any, shown in the *Schedule of Benefits* section of this *Booklet* and has a maximum of 6 cycles per lifetime; (where lifetime is defined to include services received, provided or administered by **Aetna** or any affiliated company of **Aetna**); and
- Intrauterine insemination is subject to the maximum benefit, if any, shown in the *Schedule of Benefits* section of this *Booklet* and has a maximum of 6 cycles per lifetime; (where lifetime is defined to include services received, provided or administered by **Aetna** or any affiliated company of **Aetna**).

## Advanced Reproductive Technology (ART) Benefits

ART is defined as:

- In vitro fertilization (IVF);
- Zygote intrafallopian transfer (ZIFT);
- Gamete intra-fallopian transfer (GIFT);
- Cryopreserved embryo transfers;
- Intracytoplasmic sperm injection (ICSI); or ovum microsurgery.

ART services for procedures that are **covered expenses** under this *Booklet*.

## Eligibility for ART Benefits

To be eligible for ART benefits under this *Booklet*, you must meet the requirements above and:

- First exhaust the comprehensive **infertility** services benefits. Coverage for ART services is available only if comprehensive **infertility** services do not result in a pregnancy in which a fetal heartbeat is detected;
- Be referred by your **physician** to Aetna's **infertility** case management unit;
- Obtain pre-authorization from **Aetna's infertility** case management unit for ART services by an ART **specialist**.

## Covered ART Benefits

The following charges are covered benefits for eligible covered females when all the above conditions are met, subject to the *Exclusions and Limitations* section of the *Booklet*:

- Up to 3 cycles and subject to the maximum benefit, if any, shown in the *Schedule of Benefits* section of any combination of the following ART services per lifetime (where lifetime is defined to include all ART services received, provided or administered by **Aetna** or any affiliated company of **Aetna**) which only include: IVF; GIFT; ZIFT; or cryopreserved embryo transfers;
- IVF; Intra-cytoplasmic sperm injection ("ICSI"); ovum microsurgery; GIFT; ZIFT; or cryopreserved embryo transfers subject to the maximum benefit shown on the *Schedule of Benefits* section while covered under an **Aetna** plan;

43

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul    doc

- Payment for charges associated with the care of an eligible covered person under this Plan who is participating in a donor IVF program, including fertilization and culture; and
- Charges associated with obtaining the spouse's sperm for ART, when the spouse is also covered under this *Booklet*.

## Exclusions and Limitations

Unless otherwise specified above, the following charges will not be payable as **covered expenses** under this *Booklet*:

- **Infertility** services for females with FSH levels 19 or greater mIU/ml on day 3 of the menstrual cycle;
- The purchase of donor sperm and any charges for the storage of sperm; the purchase of donor eggs and any charges associated with care of the donor required for donor egg retrievals or transfers or gestational carriers (or surrogacy); all charges associated with a gestational carrier program for the covered person or the gestational carrier;
- Charges associated with cryopreservation or storage of cryopreserved eggs and embryos (e.g., office, **hospital**, ultrasounds, laboratory tests, etc.);
- Home ovulation prediction kits;
- Drugs related to the treatment of non-covered benefits;
- Injectable **infertility** medications, including but not limited to, menotropins, hCG, GnRH agonists, and IVIG;
- Any services or supplies provided without pre-authorization from **Aetna's infertility** case management unit;
- **Infertility** Services that are not reasonably likely to result in success;
- Ovulation induction and intrauterine insemination services if you are not **infertile**.

**Important Note**
Treatment of **Infertility** must be pre-authorized by **Aetna**. Treatment received without pre-authorization will not be covered. You will be responsible for full payment of the services.

Refer to the *Schedule of Benefits* for details about the maximums that apply to **infertility** services. The **lifetime maximums** that apply to **infertility** services apply differently than other **lifetime maximums** under the Plan.

# Spinal Manipulation Treatment

**Covered expenses** include charges made by a **physician** on an outpatient basis for manipulative (adjustive) treatment or other physical treatment for conditions caused by (or related to) biomechanical or nerve conduction disorders of the spine.

Your benefits are subject to the maximum shown in the *Schedule of Benefits*. However, this maximum does not apply to expenses incurred:

- During your **hospital stay**; or
- For surgery. This includes pre- and post-surgical care provided or ordered by the operating **physician**.

# Transplant Services

**Covered expenses** include charges incurred during a transplant **occurrence**. The following will be considered one transplant **occurrence** once it has been determined that you or one of your dependents may require an organ transplant. Organ means solid organ; stem cell; bone marrow; and tissue.

- Heart;
- Lung;
- Heart/Lung;
- Simultaneous Pancreas Kidney (SPK);
- Pancreas;
- Kidney;

CONDFIDENTIAL

Wellstar 002211

- Liver;
- Intestine;
- Bone Marrow/Stem Cell;
- Multiple organs replaced during one transplant surgery;
- Tandem transplants (Stem Cell);
- Sequential transplants;
- Re-transplant of same organ type within 180 days of the first transplant;
- Any other single organ transplant, unless otherwise excluded under the Plan.

The following will be considered *more than one* Transplant **Occurrence**:

- Autologous blood/bone marrow transplant followed by allogenic blood/bone marrow transplant (when not part of a tandem transplant);
- Allogenic blood/bone marrow transplant followed by an autologous blood/bone marrow transplant (when not part of a tandem transplant);
- Re-transplant after 180 days of the first transplant;
- Pancreas transplant following a kidney transplant;
- A transplant necessitated by an additional organ failure during the original transplant surgery/process;
- More than one transplant when not performed as part of a planned tandem or sequential transplant, (e.g., a liver transplant with subsequent heart transplant).

The **network** level of benefits is paid only for a treatment received at a facility designated by the Plan as an **Institute of Excellence™ (IOE)** for the type of transplant being performed. Each **IOE** facility has been selected to perform only certain types of transplants.

Services obtained from a facility that is not designated as an **IOE** for the transplant being performed will be covered as **out-of-network services and supplies**, even if the facility is a **network** facility or **IOE** for other types of services.

The Plan covers:

- Charges made by a **physician** or transplant team.
- Charges made by a **hospital**, outpatient facility or **physician** for the medical and surgical expenses of a live donor, but only to the extent not covered by another plan or program.
- Related supplies and services provided by the facility during the transplant process. These services and supplies may include: physical, speech and occupational therapy; bio-medicals and immunosuppressants; home health care expenses and home infusion services.
- Charges for activating the donor search process with national registries.
- Compatibility testing of prospective organ donors who are immediate family members. For this coverage, an "immediate" family member is defined as a first-degree biological relative. These are your biological parents, siblings or children.
- Inpatient and outpatient expenses directly related to a transplant.
- If the IOE facility is more than 100 miles from patient's residence, certain travel & lodging expenses for the patient and one companion may be reimbursed if pre-authorized by Aetna. Travel is reimbursed between the patient's home and the IOE for round trip (air, train, or bus) transportation costs (coach class only). If traveling by auto to the IOE, mileage, parking and toll costs are reimbursed. To be eligible for travel & lodging reimbursement, the member (or provider) must pre-authorize evaluation and treatment, the member must utilize an IOE facility and obtain preauthorization for travel and lodging

Covered transplant expenses are typically incurred during the four phases of transplant care described below. Expenses incurred for one transplant during these four phases of care will be considered one transplant **occurrence**.

A transplant **occurrence** is considered to begin at the point of evaluation for a transplant and end either 180 days from the date of the transplant; *or* upon the date you are discharged from the **hospital** or outpatient facility for the admission or visit(s) related to the transplant, whichever is later.

CONFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul  .doc

The four phases of one transplant **occurrence** and a summary of covered transplant expenses during each phase are:

1. Pre-transplant evaluation/screening: Includes all transplant-related professional and technical components required for assessment, evaluation and acceptance into a transplant facility's transplant program;
2. Pre-transplant/candidacy screening: Includes HLA typing/compatibility testing of prospective organ donors who are immediate family members;
3. Transplant event: Includes inpatient and outpatient services for all covered transplant-related health services and supplies provided to you and a donor during the one or more surgical procedures or medical therapies for a transplant; **prescription drugs** provided during your inpatient **stay** or outpatient visit(s), including bio-medical and immunosuppressant drugs; physical, speech or occupational therapy provided during your inpatient **stay** or outpatient visit(s); cadaveric and live donor organ procurement; and
4. Follow-up care: Includes all covered transplant expenses; home health care services; home infusion services; and transplant-related outpatient services rendered within 180 days from the date of the transplant event.

If you are a participant in the **IOE** program, the program will coordinate all solid organ and bone marrow transplants and other specialized care you need. Any **covered expenses** you incur from an **IOE** facility will be considered network care expenses.

**Important Reminders**
To ensure coverage, all transplant procedures need to be precertified by **Aetna**. Refer to the *How the Plan Works* section for details about **precertification**.

Refer to the *Schedule of Benefits* for details about transplant expense maximums, if applicable.

**Limitations**
Unless specified above, *not* covered under this benefit are charges incurred for:

- Outpatient drugs including bio-medicals and immunosuppressants not expressly related to an outpatient transplant **occurrence**;
- Services that are covered under any other part of this Plan;
- Services and supplies furnished to a donor when the recipient is not covered under this Plan;
- Home infusion therapy after the transplant **occurrence**;
- Harvesting or storage of organs, without the expectation of immediate transplantation for an existing **illness**;
- Harvesting and/or storage of bone marrow, tissue or stem cells, without the expectation of transplantation within 12 months for an existing **illness**;
- Cornea (Corneal Graft with Amniotic Membrane) or Cartilage (autologous chondrocyte or autologous osteochondral mosaicplasty) transplants, unless otherwise authorized by **Aetna**.

# Network of Transplant Specialist Facilities

Through the **IOE** network, you will have access to a provider network that specializes in transplants. Benefits may vary if an **IOE** facility or non-**IOE** or **out-of-network provider** is used. In addition, some expenses are payable only within the **IOE** network. The **IOE** facility must be specifically approved and designated by **Aetna** to perform the procedure you require. Each facility in the **IOE** network has been selected to perform only certain types of transplants, based on quality of care and successful clinical outcomes.

CONFIDENTIAL

Wellstar 002213

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul  .doc

# Obesity Treatment

**Covered expenses** include charges made by a **physician**, licensed or certified dietician. nutritionist or **hospital** for the non-surgical treatment of obesity for the following outpatient weight management services as performed in-network only:

- An initial medical history and physical exam;
- Diagnostic tests given or ordered during the first exam; and
- **Prescription drugs.**

**Covered expenses** include one **morbid obesity** surgical procedure, within a two-year period, beginning with the date of the first **morbid obesity** surgical procedure, unless a multi-stage procedure is planned.

## Limitations
Unless specified above, *not* covered under this benefit are charges incurred for:

- **Morbid obesity** surgical benefits provided by **out-of-network providers.**
- Weight control services including surgical procedures, medical treatments, weight control/loss programs, dietary regimens and supplements, food or food supplements, appetite suppressants and other medications; exercise programs, exercise or other equipment; and other services and supplies that are primarily intended to control weight or treat obesity, including **morbid obesity**, or for the purpose of weight reduction, regardless of the existence of comorbid conditions; except as provided in this *Booklet-Certificate*.

**Important Reminder**
Refer to the *Schedule of Benefits* for information about any applicable benefit maximums and procedure eligibility requirements that apply to **morbid obesity** treatment.

# Treatment of Mental Disorders and Substance Abuse

## Treatment of Mental Disorders
**Covered expenses** include charges made for the treatment of **mental disorders** by **behavioral health providers/practitioners**.

**Important Note**
Not all types of services are covered. For example, educational services and certain types of therapies are not covered. See *Medical Plan Exclusions* for more information.

Benefits are payable for charges incurred in a **hospital, psychiatric hospital, residential treatment facility** or **behavioral health provider's/practitioner's** office for the treatment of **mental disorders** as follows:

## Inpatient Treatment
**Covered expenses** include charges for **room and board** at the **semi-private room rate,** and other services and supplies provided during your **stay** in a **hospital, psychiatric hospital** or **residential treatment facility**. Inpatient benefits are payable only if your condition requires services that are only available in an inpatient setting.

**Important Reminder**
Inpatient care, partial **hospitalizations** and outpatient treatment must be **precertified** by **Aetna**. Refer to *How the Plan Works* for more information about **precertification**.

CONDFIDENTIAL

Wellstar 002214

## Partial Confinement Treatment

**Covered expenses** include charges made for **partial confinement treatment** provided in a facility or program for the intermediate short-term or medically-directed intensive treatment of a **mental disorder**. Such benefits are payable if your condition requires services that are only available in a **partial confinement treatment** setting.

**Important Reminder**

Inpatient care, partial **hospitalizations** and outpatient treatment must be **precertified** by **Aetna**. Refer to *How the Plan Works* for more information about **precertification**.

## Outpatient Treatment

**Covered expenses** include charges for treatment received while not confined as a full-time inpatient in a **hospital, psychiatric hospital** or **residential treatment facility**.

The Plan covers partial **hospitalization** services (more than 4 hours, but less than 24 hours per day) provided in a facility or program for the intermediate short-term or medically-directed intensive treatment. The partial **hospitalization** will only be covered if you would need inpatient care if you were not admitted to this type of facility.

**Important Reminder**

- Inpatient care, partial **hospitalizations** and outpatient treatment must be **precertified** by **Aetna**. Refer to *How the Plan Works* for more information about **precertification**.
- Please refer to the *Schedule of Benefits* for any **deductibles**, maximums, **payment limits** or **maximum out of pocket limits** that may apply to your **mental disorders** benefits.

# Treatment of Substance Abuse

**Covered expenses** include charges made for the treatment of **substance abuse** by **behavioral health providers/practitioners**.

**Important Note**

Not all types of services are covered. For example, educational services and certain types of therapies are not covered. See *Medical Plan Exclusions* for more information.

## Substance Abuse

Please refer to the *Schedule of Benefits* for any **substance abuse deductibles**, maximums and **payment limits** or **maximum out-of-pocket limits** that may apply to your **substance abuse** benefits.

## Inpatient Treatment

This Plan covers **room and board** at the **semi-private room rate** and other services and supplies provided during your **stay** in a **psychiatric hospital** or **residential treatment facility**, appropriately licensed by the state Department of Health or its equivalent.

Coverage includes:

- Treatment in a **hospital** for the medical complications of **substance abuse**.
- "Medical complications" include **detoxification**, electrolyte imbalances, malnutrition, cirrhosis of the liver, delirium tremens and hepatitis.
- Treatment in a **hospital** is covered only when the **hospital** does not have a separate treatment facility section.

**Important Reminder**

Inpatient care, partial **hospitalizations** and outpatient treatment must be **precertified** by **Aetna**. Refer to *How the Plan Works* for more information about **precertification**.

CONDFIDENTIAL

Wellstar 002215

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul .doc

**Outpatient Treatment**

**Outpatient treatment** includes charges for treatment received for **substance abuse** while not confined as a full-time inpatient in a **hospital**, **psychiatric hospital** or **residential treatment facility**.

This Plan covers partial **hospitalization** services (more than 4 hours, but less than 24 hours per day) provided in a facility or program for the intermediate short-term or medically-directed intensive treatment of alcohol or drug abuse. The partial **hospitalization** will only be covered if you would need inpatient treatment if you were not admitted to this type of facility.

**Important Reminder**

Inpatient treatment, partial-**hospitalization** care and outpatient treatment must be **precertified** by **Aetna**. Refer to *How the Plan Works* for more information about **precertification**.

**Partial Confinement Treatment**

**Covered expenses** include charges made for **partial confinement treatment** provided in a facility or program for the intermediate short-term or medically-directed intensive treatment of **substance abuse**.

Such benefits are payable if your condition requires services that are only available in a **partial confinement treatment** setting.

**Important Reminders:**

- Inpatient care, partial **hospitalizations** and outpatient treatment must be **precertified** by **Aetna**. Refer to *How the Plan Works* for more information about **precertification**.
- Please refer to the *Schedule of Benefits* for any **deductibles**, maximums, **payment limits** or **maximum out-of-pocket limits** that may apply to your **substance abuse** benefits.

# Oral and Maxillofacial Treatment (Mouth, Jaws and Teeth)

**Covered expenses** include charges made by a **physician**, a **dentist** and **hospital** for:

- Non-surgical treatment of infections or diseases of the mouth, **jaw joints** or supporting tissues.

Services and supplies for treatment of, or related conditions of, the teeth, mouth, jaws, **jaw joints** or supporting tissues, (this includes bones, muscles, and nerves), for surgery needed to:

- Treat a fracture, dislocation, or wound.
- Cut out teeth that are partly or completely impacted in the bone of the jaw; teeth that will not erupt through the gum; other teeth that cannot be removed without cutting into bone; the roots of a tooth without removing the entire tooth; cysts, tumors, or other diseased tissues.
- Cut into gums and tissues of the mouth. This is only covered when *not* done in connection with the removal, replacement or repair of teeth.
- Alter the jaw, **jaw joints**, or bite relationships by a cutting procedure when appliance therapy alone cannot result in functional improvement.

**Hospital** services and supplies received for a **stay** required because of your condition.

Dental work, surgery and **orthodontic treatment** needed to remove, repair, restore or reposition:

(a) Natural teeth damaged, lost, or removed; or
(b) Other body tissues of the mouth fractured or cut

due to **injury**.

CONDFIDENTIAL

Any such teeth must have been free from decay or in good repair, and are firmly attached to the jaw bone at the time of the **injury**.

The treatment must be completed in the Calendar Year of the accident or in the next Calendar Year.

If crowns, dentures, bridges, or in-mouth appliances are installed due to **injury**, **covered expenses** only include charges for:

- The first denture or fixed bridgework to replace lost teeth;
- The first crown needed to repair each damaged tooth; and
- An in-mouth appliance used in the first course of **orthodontic treatment** after the **injury**.

# Medical Plan Exclusions

Not every medical service or supply is covered by the Plan, even if prescribed, recommended, or approved by your **physician** or **dentist**. The Plan covers only those services and supplies that are **medically necessary** and included in the *What the Plan Covers* section. Charges made for the following are not covered except to the extent listed under the *What The Plan Covers* section or by amendment attached to this Booklet.

**Important Note:**
You have medical and **prescription** drug coverage. The exclusions listed below apply to all coverage under your **Plan**. Additional exclusions apply to specific **prescription** drug coverage. Those additional exclusions are listed separately under the *What The Plan Covers* section for each of these benefits.

Acupuncture, acupressure and acupuncture therapy, except as provided in the *What the Plan Covers* section.

Allergy: Specific non-standard allergy services and supplies, including but not limited to, skin titration (Rinkel method), cytotoxicity testing (Bryan's Test) treatment of non-specific candida sensitivity, and urine autoinjections.

Any charges more than the benefit, dollar, day, visit or supply limits stated in this Booklet.

Any non-emergency charges incurred outside of the United States if you traveled to such location to obtain medical services, **prescription drugs**, or supplies, even if otherwise covered under this Booklet. This also includes **prescription drugs** or supplies if:

- such **prescription drugs** or supplies are unavailable or illegal in the United States; or
- the purchase of such **prescription drugs** or supplies outside the United States is considered illegal.

the LEAP, TEACCH, Denver and Rutgers programs.

**Behavioral Health Services**:

- Alcoholism or **substance abuse** rehabilitation treatment on an inpatient or outpatient basis, except to the extent coverage for **detoxification** or treatment of alcoholism or **substance abuse** is specifically provided in the *What the Medical Plan Covers* Section.
- Treatment of a covered health care provider who specializes in the mental health care field and who receives treatment as a part of their training in that field.
- Treatment of impulse control disorders such as pathological gambling, kleptomania, pedophilia, caffeine or nicotine use.
- Treatment of antisocial personality disorder.

CONFIDENTIAL

Wellstar 002217

- Treatment in wilderness programs or other similar programs.
- Treatment of mental retardation, defects, and deficiencies. This exclusion does not apply to mental health services or to medical treatment of mentally retarded in accordance with the benefits provided in the *What the Plan Covers* section of this Booklet.

Blood, blood plasma, synthetic blood, blood products or substitutes, including but not limited to, the provision of blood, other than blood derived clotting factors. Any related services including processing, storage or replacement costs, and the services of blood donors, apheresis or plasmapheresis are not covered. For autologous blood donations, only administration and processing costs are covered.

Charges for a service or supply furnished by a **network provider** more than the **negotiated charge**.

Charges for a service or supply furnished by an **out-of-network provider** more than the **recognized charge**.

Charges submitted for services that are not rendered, or rendered to a person not eligible for coverage under the Plan.

Charges submitted for services by an unlicensed **hospital**, **physician** or other provider or not within the scope of the provider's license.

Contraception, except as specifically described in the *What the Plan Covers* Section:

- Over the counter contraceptive supplies including but not limited to male condoms, contraceptive foams, jellies and ointments.

**Cosmetic** services and plastic surgery: any treatment, surgery (**cosmetic** or plastic), service or supply to alter, improve or enhance the shape or appearance of the body whether or not for psychological or emotional reasons including:

- Face lifts, body lifts, tummy tucks, liposuctions, removal of excess skin, removal or reduction of non-malignant moles, blemishes, varicose veins, **cosmetic** eyelid surgery and other surgical procedures;
- Procedures to remove healthy cartilage or bone from the nose (even if the surgery may enhance breathing) or other part of the body;
- Chemical peels, dermabrasion, laser or light treatments, bleaching, creams, ointments or other treatments or supplies to alter the appearance or texture of the skin;
- Insertion or removal of any implant that alters the appearance of the body (such as breast or chin implants); except removal of an implant will be covered when **medically necessary**;
- Removal of tattoos (except for tattoos applied to assist in covered medical treatments, such as markers for radiation therapy); and
- Repair of piercings and other voluntary body modifications, including removal of injected or implanted substances or devices;
- Surgery to correct Gynecomastia;
- Breast augmentation;
- Otoplasty.

Counseling: Services and treatment for marriage, religious, family, career, social adjustment, pastoral, or financial counselor except as specifically provided in the *What the Plan Covers* section.

Court ordered services, including those required as a condition of parole or release.

CONDFIDENTIAL

Wellstar 002218

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul   doc

**Custodial Care**

Dental Services: any treatment, services or supplies related to the care, filling, removal or replacement of teeth and the treatment of injuries and diseases of the teeth, gums, and other structures supporting the teeth. This includes but is not limited to:

- services of **dentist**s, oral surgeons, dental hygienists, and orthodontists including apicoectomy (dental root resection), root canal treatment, soft tissue impactions, treatment of periodontal disease, alveolectomy, augmentation and vestibuloplasty and fluoride and other substances to protect, clean or alter the appearance of teeth;
- dental implants, false teeth, prosthetic restoration of dental implants, plates, dentures, braces, mouth guards, and other devices to protect, replace or reposition teeth; and
- non-surgical treatments to alter bite or the alignment or operation of the jaw, including treatment of malocclusion or devices to alter bite or alignment.

This exclusion does not include removal of bony impacted teeth, bone fractures, removal of tumors and orthodontogenic cysts.

Disposable outpatient supplies: Any outpatient disposable supply or device, including sheaths, bags, elastic garments, support hose, bandages, bedpans, syringes, blood or urine testing supplies, and other home test kits; and splints, neck braces, compresses, and other devices not intended for reuse by another patient.

Drugs, medications and supplies:

- Over-the-counter drugs, biological or chemical preparations and supplies that may be obtained without a **prescription** including vitamins;
- Any services related to the dispensing, injection or application of a drug;
- Any **prescription** drug purchased illegally outside the United States, even if otherwise covered under this Plan within the United States;
- Immunizations related to work;
- Needles, syringes and other injectable aids, except as covered for diabetic supplies;
- Drugs related to the treatment of **non-covered expenses**;
- Performance enhancing steroids;
- Injectable drugs if an alternative oral drug is available;
- Outpatient **prescription drug**s;
- Self-injectable **prescription drug**s and medications;
- Any **prescription drug**s, injectable, or medications or supplies provided by the customer or through a third-party vendor contract with the customer; and
- Any expenses for **prescription drugs**, and supplies covered under an **Aetna Pharmacy** plan will not be covered under this medical expense plan. **Prescription** drug exclusions that apply to the **Aetna Pharmacy** plan will apply to the medical expense coverage; and
- Charges for any **prescription** drug for the treatment of erectile dysfunction, impotence, or sexual dysfunction or inadequacy.

Educational services:

- Any services or supplies related to education, training or retraining services or testing, including: special education, remedial education, job training and job hardening programs;
- Evaluation or treatment of learning disabilities, minimal brain dysfunction, developmental, learning and communication disorders, behavioral disorders, (including pervasive developmental disorders) training or cognitive rehabilitation, regardless of the underlying cause; and
- Services, treatment, and educational testing and training related to behavioral (conduct) problems, learning disabilities and delays in developing skills.

CONDFIDENTIAL

Wellstar 002219

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul .doc

Examinations:

- Any health examinations required:
    - by a third party, including examinations and treatments required to obtain or maintain employment, or which an employer is required to provide under a labor agreement;
    - by any law of a government;
    - for securing insurance, school admissions or professional or other licenses;
    - to travel;
    - to attend a school, camp, or sporting event or participate in a sport or other recreational activity; and

    Any special medical reports not directly related to treatment except when provided as part of a covered service.

**Experimental or investigational** drugs, devices, treatments or procedures, except as described in the *What the Plan Covers* section.

Facility charges for care services or supplies provided in:

- rest homes;
- assisted living facilities;
- similar institutions serving as an individual's primary residence or providing primarily custodial or rest care;
- health resorts;
- spas, sanitariums; or
- infirmaries at schools, colleges, or camps.

Food items: Any food item, including infant formulas, nutritional supplements, vitamins, including **prescription** vitamins, medical foods and other nutritional items, even if it is the sole source of nutrition. This exclusion does not apply to specialized medical foods delivered enterally (only when delivered via a tube directly into the stomach or intestines) or parenterally.

Foot care: Any services, supplies, or devices to improve comfort or appearance of toes, feet or ankles, including but not limited to:

- Treatment of calluses, bunions, toenails, hammer-toes, subluxations, fallen arches, weak feet, chronic foot pain or conditions caused by routine activities such as walking, running, working or wearing shoes; and
- Shoes (including orthopedic shoes), arch supports, shoe inserts, ankle braces, guards, protectors, creams, ointments and other equipment, devices and supplies, even if required following a covered treatment of an **illness** or **injury**.

Growth/Height: Any treatment, device, drug, service or supply (including surgical procedures, devices to stimulate growth and growth hormones), solely to increase or decrease height or alter the rate of growth.

Hearing:

- Any hearing service or supply that does not meet professionally accepted standards;
- Hearing exams given during a **stay** in a **hospital** or other facility;
- Replacement parts or repairs for a hearing aid; and
- Any tests, appliances, and devices for the improvement of hearing (including hearing aids and amplifiers), or to enhance other forms of communication to compensate for hearing loss or devices that simulate speech, except otherwise provided under the *What the Plan Covers* section.

CONDFIDENTIAL

Wellstar 002220

Home and mobility: Any addition or alteration to a home, workplace or other environment, or vehicle and any related equipment or device, such as:

- Purchase or rental of exercise equipment, air purifiers, central or unit air conditioners, water purifiers, waterbeds. and swimming pools;
- Exercise and training devices, whirlpools, portable whirlpool pumps, sauna baths, or massage devices;
- Equipment or supplies to aid sleeping or sitting, including **non-hospital** electric and air beds, water beds, pillows, sheets, blankets, warming or cooling devices, bed tables and reclining chairs;
- Equipment installed in your home, workplace or other environment, including stair-glides, elevators, wheelchair ramps, or equipment to alter air quality, humidity or temperature;
- Other additions or alterations to your home, workplace or other environment, including room additions, changes in cabinets, countertops, doorways, lighting, wiring, furniture, communication aids, wireless alert systems, or home monitoring;
- Services and supplies furnished mainly to provide a surrounding free from exposure that can worsen your **illness** or **injury**;
- Removal from your home, worksite or other environment of carpeting, hypo-allergenic pillows, mattresses, paint, mold, asbestos, fiberglass, dust, pet dander, pests or other potential sources of allergies or **illness**; and
- Transportation devices, including stair-climbing wheelchairs, personal transporters, bicycles, automobiles, vans or trucks, or alterations to any vehicle or transportation device.

Home births: Any services and supplies related to births occurring in the home or in a place not licensed to perform deliveries.

**Infertility**: except as specifically described in the *What the Plan Covers* Section, any services, treatments, procedures or supplies that are designed to enhance fertility or the likelihood of conception, including but not limited to:

- Drugs related to the treatment of non-covered benefits;
- Injectable **infertility** medications, including but not limited to menotropins, hCG, GnRH agonists, and IVIG;
- **Infertility** services for couples in which 1 of the partners has had a previous sterilization procedure, with or without surgical reversal;
- Procedures, services and supplies to reverse voluntary sterilization;
- **Infertility** services for females with FSH levels 19 or greater mIU/ml on day 3 of the menstrual cycle;
- The purchase of donor sperm and any charges for the storage of sperm; the purchase of donor eggs and any charges associated with care of the donor required for donor egg retrievals or transfers or gestational carriers or surrogacy; donor egg retrieval or fees associated with donor egg programs, including but not limited to fees for laboratory tests;
- Charges associated with cryopreservation or storage of cryopreserved eggs and embryos (e.g., office, **hospital**, ultrasounds, laboratory tests, etc.); any charges associated with a frozen embryo or egg transfer, including but not limited to thawing charges;
- Home ovulation prediction kits or home pregnancy tests; and
- Ovulation induction and intrauterine insemination services if you are not **infertile**.

**Maintenance Care.**

Medicare: Payment for that portion of the charge for which Medicare or another party is the primary payer.

Miscellaneous charges for services or supplies including:

- Annual or other charges to be in a **physician's** practice;
- Charges to have preferred access to a **physician's** services such as boutique or concierge **physician** practices;
- Cancelled or missed appointment charges or charges to complete claim forms;

CONFIDENTIAL

Wellstar 002221

- Charges the recipient has no legal obligation to pay; or the charges would not be made if the recipient did not have coverage (to the extent exclusion is permitted by law) including:
  - Care in charitable institutions;
  - Care for conditions related to current or previous military service;
  - Care while in the custody of a governmental authority;
  - Any care a public **hospital** or other facility is required to provide; or
  - Any care in a **hospital** or other facility owned or operated by any federal, state or other governmental entity, except to the extent coverage is required by applicable laws.

Nursing and home health aide services provided outside of the home (such as in conjunction with school, vacation, work or recreational activities).

Non-**medically necessary** services, including but not limited to, those treatments, services, **prescription drugs** and supplies which are not **medically necessary**, as determined by **Aetna**, for the diagnosis and treatment of **illness**, **injury**, restoration of physiological functions, or covered preventive services. This applies even if they are prescribed, recommended or approved by your **physician** or **dentist**.

Personal comfort and convenience items: Any service or supply primarily for your convenience and personal comfort or that of a third party, including: Telephone, television, internet, barber or beauty service or other guest services; housekeeping, cooking, cleaning, shopping, monitoring, security or other home services; and travel, transportation, or living expenses, rest cures, recreational or diversional therapy.

Private duty nursing during your **stay** in a **hospital**, and outpatient private duty nursing services, except as specifically described in the *Private Duty Nursing* provision in the *What the Plan Covers* Section.

Services provided by a spouse, domestic partner, parent, child, step-child, brother, sister, in-law or any household member.

Services of a resident **physician** or intern rendered in that capacity.

Services provided where there is no evidence of pathology, dysfunction, or disease; except as specifically provided in connection with covered routine care and cancer screenings.

Sexual dysfunction/enhancement: Any treatment, drug, service or supply to treat sexual dysfunction, enhance sexual performance or increase sexual desire, including:

- Surgery, drugs, implants, devices or preparations to correct or enhance erectile function, enhance sensitivity, or alter the shape or appearance of a sex organ; and
- Sex therapy, sex counseling, marriage counseling or other counseling or advisory services.

Services, including those related to pregnancy, rendered before the effective date or after the termination of coverage, unless coverage is continued under the *Continuation of Coverage* section of this Booklet.

Services that are not covered under this Booklet.

Services and supplies provided in connection with treatment or care that is not covered under the Plan.

Speech therapy for treatment of delays in speech development, except as specifically provided in the *What the Medical Plan Covers Section*. For example, the Plan does not cover therapy when it is used to improve speech skills that have not fully developed.

Spinal disorder, including care in connection with the detection and correction by manual or mechanical means of structural imbalance, distortion or dislocation in the human body or other physical treatment of any condition caused

CONDFIDENTIAL

Wellstar 002222

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul .doc

by or related to biomechanical or nerve conduction disorders of the spine including manipulation of the spine treatment, except as specifically provided in the *What the Plan Covers* section.

Strength and performance: Services, devices and supplies to enhance strength, physical condition, endurance or physical performance, including:

- Exercise equipment, memberships in health or fitness clubs, training, advice, or coaching;
- Drugs or preparations to enhance strength, performance, or endurance; and
- Treatments, services and supplies to treat **illnesses**, **injuries** or disabilities related to the use of performance-enhancing drugs or preparations.

Therapies for the treatment of delays in development, unless resulting from acute **illness** or **injury**, or congenital defects amenable to surgical repair (such as cleft lip/palate), are not covered. Examples of non-covered diagnoses include Pervasive Developmental Disorders (including Autism), Down Syndrome, and Cerebral Palsy, as they are considered both developmental and/or chronic in nature.

Therapies and tests: Any of the following treatments or procedures:

- Aromatherapy;
- Bio-feedback and bioenergetic therapy;
- Carbon dioxide therapy;
- Chelation therapy (except for heavy metal poisoning);
- Computer-aided tomography (CAT) scanning of the entire body;
- Educational therapy;
- Gastric irrigation;
- Hair analysis;
- Hyperbaric therapy, except for the treatment of decompression or to promote healing of wounds;
- Hypnosis, and hypnotherapy, except when performed by a **physician** as a form of anesthesia in connection with covered surgery;
- Lovaas therapy;
- Massage therapy;
- Megavitamin therapy;
- Primal therapy;
- Psychodrama;
- Purging;
- Recreational therapy;
- Rolfing;
- Sensory or auditory integration therapy;
- Sleep therapy;
- Thermograms and thermography.

Tobacco Use: Any treatment, drug, service or supply to stop or reduce smoking or the use of other tobacco products or to treat or reduce nicotine addiction, dependence or cravings, including counseling, hypnosis and other therapies, medications, nicotine patches and gum except as specifically provided in the ***What the Plan Covers*** section.

Transplant-The transplant coverage does not include charges for:

- Outpatient drugs including bio-medicals and immunosuppressants not expressly related to an outpatient transplant **occurrence**;
- Services and supplies furnished to a donor when recipient is not a covered person;
- Home infusion therapy after the transplant **occurrence**;
- Harvesting and/or storage of organs, without the expectation of immediate transplantation for an existing **illness**;
- Harvesting and/or storage of bone marrow, tissue or stem cells without the expectation of transplantation within 12 months for an existing **illness**;

CONDFIDENTIAL

Wellstar 002223

- Cornea (corneal graft with amniotic membrane) or cartilage (autologous chondrocyte or autologous osteochondral mosaicplasty) transplants, unless otherwise **precertified** by **Aetna**.

Transportation costs, including **ambulance** services for routine transportation to receive outpatient or inpatient services except as described in the *What the Plan Covers* section.

Unauthorized services, including any service obtained by or on behalf of a covered person without **Precertification** by **Aetna** when required. This exclusion does not apply in a Medical Emergency or in an Urgent Care situation.

Vision-related services and supplies, except as described in the *What the Plan Covers* section. The Plan does not cover:

- Special supplies such as non-**prescription** sunglasses and subnormal vision aids;
- Vision service or supply which does not meet professionally accepted standards;
- Eye exams during your **stay in a hospital** or other facility for health care;
- Eye exams for contact lenses or their fitting;
- Eyeglasses or duplicate or spare eyeglasses or lenses or frames;
- Replacement of lenses or frames that are lost or stolen or broken;
- Acuity tests;
- Eye surgery for the correction of vision, including radial keratotomy, LASIK and similar procedures;
- Services to treat errors of refraction.

Voluntary termination of pregnancy, including related services.

Weight: Any treatment, drug service or supply intended to decrease or increase body weight, control weight or treat obesity, including **morbid obesity**, regardless of the existence of comorbid conditions; except as specifically provided in the *What the Plan Covers* section, including but not limited to:

- Liposuction, banding, gastric stapling, gastric by-pass and other forms of bariatric surgery; surgical procedures medical treatments, weight control/loss programs and other services and supplies that are primarily intended to treat, or are related to the treatment of obesity, including **morbid obesity**;
- Drugs, stimulants, preparations, foods or diet supplements, dietary regimens and supplements, food or food supplements, appetite suppressants and other medications;
- Counseling, coaching, training, hypnosis or other forms of therapy; and
- Exercise programs, exercise equipment, membership to health or fitness clubs, recreational therapy or other forms of activity or activity enhancement.

Wilderness treatment programs (whether or not the program is part of a licensed **residential treatment facility**, or otherwise licensed institution), educational services, schooling or any such related or similar program, including therapeutic programs within a school setting.

Work related: Any **illness** or **injury** related to employment or self-employment including any **illness** or **injury** that arises out of (or during) any work for pay or profit, unless no other source of coverage or reimbursement is available to you for the services or supplies. Sources of coverage or reimbursement may include your employer, workers' compensation, or an **occupational illness** or similar program under local, state or federal law. A source of coverage or reimbursement will be considered available to you even if you waived your right to payment from that source. If you are also covered under a workers' compensation law or similar law, and submit proof that you are not covered for an illness or **injury** under such law, that **illness** or **injury** will be considered "non-occupational" regardless of cause.

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul .doc

# Your Pharmacy Benefit

Filling your **prescriptions** at a WellStar **pharmacy** ~~may even~~ will cost less than filling at other pharmacies. You can use any WellStar **pharmacy** to fill both regular and specialty drug **prescriptions**. **Prescription drugs** found on the Select Preventive list are free if purchased at a WellStar **pharmacy**. The information found below is specific to the retail benefits under **Aetna**.

## How the Pharmacy Plan Works

It is important that you have the information and useful resources to help you get the most out of your **prescription drug** plan. This Booklet explains:

- Definitions you need to know;
- How to access **network pharmacies** and procedures you need to follow;
- What **prescription drug** expenses are covered and what limits may apply;
- What **prescription drug** expenses are not covered by the Plan;
- How you share the cost of your covered **prescription drug** expenses; and
- Other important information such as eligibility, complaints and appeals, termination, and general administration of the Plan.

**A few important notes to consider before moving forward:**

- Unless otherwise indicated, "you" refers to you and your covered dependents.
- Your **prescription drug** plan pays benefits only for **prescription drug** expenses described in this Booklet as **covered expenses** that are **medically necessary**.
- This Booklet applies to coverage only and does not restrict your ability to receive **prescription drugs** that are not or might not be covered benefits under this **prescription drug** plan.
- Store this Booklet in a safe place for future reference.

**Notice**
The Plan does not cover all **prescription drugs**, medications and supplies. Refer to the *Limitations* section of this coverage and *Exclusions* section of your Booklet.

- **Covered expenses** are subject to cost sharing requirements as described in the Cost Sharing sections of this coverage and in your Schedule of Benefits.
- **Prescription drugs** will only be covered when obtained through a **network pharmacy**.
- **Injectable prescription drug** refills will only be covered when obtained through **a WellStar retail network pharmacy or Aetna's specialty pharmacy network**.

# Getting Started: Common Terms

You will find the terms below used throughout this Booklet. They are described within the sections that follow, and you can also refer to the *Glossary* at the back of this document for helpful definitions. Words in bold print throughout the document are defined in the *Glossary*.

**Brand-Named Prescription Drug** is a **prescription drug** with a proprietary name assigned to it by the manufacturer and so indicated by Medispan or any other similar publication designated by **Aetna**.

**Generic Prescription Drug** is a **prescription drug**, whether identified by its chemical, proprietary, or non-proprietary name, that is accepted by the U.S. Food and Drug Administration as therapeutically equivalent and interchangeable with drugs having an identical amount of the same active ingredient and so indicated by Medispan or any other publication designated by **Aetna**.

CONDFIDENTIAL

**Network Pharmacy** is a description of a retail, **mail order or specialty pharmacy** that has entered into a contractual agreement with **Aetna**, an affiliate, or a third-party vendor, for the provision of **covered services** to you and your covered dependents. The appropriate **pharmacy** type may also be substituted for the word **pharmacy**. (E.g. **network retail pharmacy, network mail order pharmacy or specialty pharmacy network**).

**Non-Preferred Drug (Non-Formulary)** is a **brand-named prescription drug** or generic **prescription drug** that does not appear on the **preferred drug guide**.

**Out-of-network pharmacy** is a description of a **pharmacy** that has not contracted with **Aetna**, an affiliate, or a third-party vendor and does not participate in the **pharmacy** network.

Preferred Drug (Formulary) is a **brand-named prescription drug** or **generic prescription drug** that appears on the **preferred drug guide**.

**Preferred Drug Guide** is a listing of **prescription drugs** established by **Aetna** or an affiliate, which includes both **brand-named prescription drugs** and **generic prescription drugs**. This list is subject to periodic review and modification by **Aetna**. A copy of the **preferred drug guide** will be available upon your request or may be accessed on the member portal at www.Aetna.com/formulary.

**Prescription Drug** is a drug, biological, or compounded **prescription** which, by State or Federal Law, may be dispensed only by **prescription** and which is required by Federal Law to be labeled "Caution: Federal Law prohibits dispensing without prescription." This includes an injectable drug prescribed to be self-administered or administered by any other person except one who is acting within his or her capacity as a paid healthcare professional. Covered injectable drugs include insulin.

**Provider** is any recognized health care professional, **pharmacy** or facility providing services with the scope of their license.

**Self-Injectable Drug(s)**. **Prescription drugs** that are intended to be self-administered by injection to a specific part of the body to treat certain chronic medical conditions.

**WellStar Pharmacy** is a **pharmacy** located at a WellStar **hospital** or health park.

# Accessing Pharmacies and Benefits

This Plan provides access to **covered benefits** through a network of pharmacies, vendors or suppliers. **Aetna** has contracted for these **network pharmacies** to provide **prescription drugs** and other supplies to you.

Obtaining your benefits through **network pharmacies** has many advantages. Benefits and cost sharing may also vary by the type of **network pharmacy** where you obtain your **prescription drug** and whether or not you purchase a brand-name or generic drug. **Network pharmacies** include retail, mail order and specialty pharmacies.

The Plan will only pay for outpatient **prescription drugs** that you obtain from a **network pharmacy**.

## Accessing Network Pharmacies and Benefits

You may select a **network pharmacy** from the on-line provider **directory** which can be found through the member portal at www.Aetna.com. You can search the online **directory** for names and locations of **network pharmacies**. If you cannot locate a **network pharmacy** in your area, call Member Services at the number on your ID card.

WellStar pharmacies may provide additional savings for team members.

CONFDIDENTIAL

Wellstar 002226

You must present your ID card to the **network pharmacy** every time you get a **prescription** filled to be eligible for **network pharmacy benefits**. The **network pharmacy** will calculate your claim online. You will pay any **deductible**, **coinsurance** directly to the **network pharmacy**. You do not have to complete or submit claim forms. The **network pharmacy** will take care of claim submission.

If you use an out-of-network pharmacy, you must pay the entire cost of the prescription upfront and then submit a claim for reimbursement.

## Emergency Prescriptions

When you need, a **prescription** filled in an emergency or urgent care situation, or when you are traveling, you can obtain **network pharmacy** benefits by filling your **prescription** at any **network pharmacy**. The **network pharmacy** will fill your **prescription** and only charge you your Plan's cost sharing amount.

Coverage for **prescription drugs** obtained from an **out-of-network pharmacy** is limited to those obtained in connection with emergency and out-of-area urgent care services.

## Availability of Providers

**Aetna** cannot guarantee the availability or continued network participation of a pharmacy. Either **Aetna** or any **network pharmacy** may terminate the provider contract.

## Cost Sharing for Network Benefits

*You share in the cost of your benefits. Cost Sharing amounts and provisions are described in the Schedule of Benefits.*

- You will be responsible for the **cost share amount** for each **prescription** or refill as specified in the *Schedule of Benefits*. The amount is payable directly to the **network pharmacy** at the time the **prescription** is dispensed.

- After you satisfy the Calendar Year **deductible**, you will be responsible for any applicable **payment percentage** for **covered expenses** that you incur. Your **payment percentage** is determined by applying the applicable **payment percentage** to the **negotiated charge** if the **prescription** is filled at a **network pharmacy**. When you obtain your **prescription drugs** through a **network pharmacy**, you will not be subject to balance billing.

# Pharmacy Benefit

# What the Plan Covers

The Plan covers charges for **medically necessary** outpatient **prescription drugs** for the treatment of an **illness** or **injury**, subject to the *Prescription Drug Limitations* section below and the *Exclusions* section of the *Booklet*. **Prescriptions** must be written by a **prescriber** licensed to prescribe federal legend **prescription drugs**.

Your prescription drug benefit coverage is based on **Aetna's preferred drug guide**. Your out-of-pocket expenses may be higher if your **physician** prescribes a covered **prescription drug** not appearing on the **preferred drug guide**.

**Preferred generic prescription drugs** may be substituted by your pharmacist for **brand-name prescription drugs**. You may minimize your out-of-pocket expenses by selecting a **generic prescription drug** when available.

Coverage of **prescription drugs** may, in Aetna's sole discretion, be subject to **precertification**, **step therapy** or other **Aetna** requirements or limitations. **Prescription drugs** covered by this Plan are subject to drug and narcotic utilization review by **Aetna**, your **provider** and/or your **network pharmacy**. This may include limiting access of **prescription drugs prescribed** by a specific **provider**. Such limitation may be enforced if **Aetna** identifies an unusual pattern of claims for **covered expenses**.

60

Coverage for **prescription drugs** and supplies is limited to the supply limits as described below.

## Retail Pharmacy Benefits

Outpatient **prescription drugs** are covered when dispensed by a **network retail pharmacy**. Each **prescription** is limited to a maximum 30-day supply when filled at a **network retail pharmacy**. **Prescriptions** for more than a 30-day supply can only be filled at a WellStar pharmacy.

## Mail Order Pharmacy Benefits

Outpatient **prescription drugs** are covered when dispensed by a **network mail order pharmacy**. Each **prescription** is limited to a maximum 90-day supply. **Prescriptions** for less than a 30-day supply or more than a 90-day supply are not eligible for coverage when dispensed by a **network mail order pharmacy**.  Mail Order is not available through a WellStar **pharmacy**.

## Network Benefits for Specialty Care Drugs

**Specialty care drugs** are covered at the network level of benefits only when dispensed through a WellStar pharmacy or **Aetna's specialty pharmacy network**. **Specialty care drugs** often include typically high-cost drugs that require special handling, special storage or monitoring and include but are not limited to oral, topical, inhaled and injected routes of administration. Refer to the member portal at www.Aetna.com to review the list of **specialty care drugs** required to be dispensed through a **WellStar pharmacy** or **Aetna's specialty pharmacy network** . The list may be updated from time to time.

The initial prescription for **specialty** care drugs must be filled at a WellStar **pharmacy** or at **Aetna's** specialty **pharmacy network**.

You are required to obtain **specialty care drugs** at **Aetna's specialty pharmacy network** or a WellStar pharmacy for all prescription drug refills after the initial fill.

## Other Covered Expenses

The following **prescription drugs**, medications and supplies are also **covered expenses** under this Coverage.

### Off-Label Use

FDA approved **prescription drugs** may be covered when the off-label use of the drug has not been approved by the FDA for that indication. The drug must be recognized for treatment of the indication in one of the standard compendia (the United States Pharmacopoeia Drug Information, the American Medical Association Drug Evaluations, or the American **Hospital** Formulary Service Drug Information). Or, the safety and effectiveness of use for this indication has been adequately demonstrated by at least one study published in a nationally recognized peer review journal. Coverage of off label use of these drugs may, in **Aetna's** sole discretion, be subject to **precertification, step-therapy** or other **Aetna** requirements or limitations.

### Diabetic Supplies

**Covered expenses** include but are not limited to the following diabetic supplies upon **prescription** by a **physician**:

- Diabetic needles and syringes.
- Test strips for glucose monitoring and/or visual reading.
- Diabetic test agents.
- Lancets/lancing devices.
- Alcohol swabs.

## Contraceptives

**Covered expenses** include charges made by a network **pharmacy** for the following contraceptive methods when prescribed by a **prescriber** and the **prescription** is submitted to the pharmacist for processing:

CONDFIDENTIAL

Wellstar 002228

- Female oral and injectable contraceptives that are **generic prescription drugs** and **brand-name prescription drugs.**
- Female contraceptive devices.
- FDA-approved female generic emergency contraceptives; and.
- FDA-approved female generic over-the-counter (OTC) contraceptives.

---

**Important Note:**

This Plan does not cover all contraceptives. For a current listing, contact Member Services by logging onto the member portal at www.Aaetna.com or calling the toll-free number on the back of the ID card.

---

Contraceptives can be paid either under your medical plan or **pharmacy** plan depending on the type of expense and how and where the expense is incurred. Benefits are paid under your medical plan for female contraceptive **prescription drugs** and devices (including any related services and supplies) when they are provided, administered, or removed, by a **physician** during an office visit.

## Oral and Self-Injectable Infertility Drugs
The following **prescription drugs** used for treating **infertility** including, but not limited to:

- Urofollitropin, menotropin, human chorionic gonadotropin and progesterone.

## Lifestyle/Performance Drugs
The following lifestyle/performance drugs:

- Sildenafil Citrate, phentolamine, apomorphine and alprostadil in oral, injectable and topical (including but not limited to gels, creams, ointments and patches) forms or any other form used internally or externally. Expenses include any prescription drug in oral or topical form that is similar or identical class, has a similar or identical mode of action or exhibits similar or identical outcomes.
- Coverage is limited to 6 pills or other form, determined cumulatively among all forms, for unit amounts as determined by **Aetna** to be similar in cost to oral forms, per 30-day supply. Mail order and 60 to 90 day supplies are not covered.

# Preventive Care Drugs and Supplements
**Covered expenses** include preventive care drugs and supplements (including over-the-counter drugs and supplements) obtained at a **network pharmacy**. They are covered when they are:
- prescribed by a **physician;**
- obtained at a **pharmacy;** and
- submitted to a pharmacist for processing.

The preventive care drugs and supplements covered under this Plan include, but may not be limited to:
- Aspirin: Benefits are available to adults.
- Oral Fluoride Supplements: Benefits are available to children whose primary water source is deficient in fluoride.
- Folic Acid Supplements: Benefits are available to adult females planning to become pregnant or capable of pregnancy.
- Iron Supplements: Benefits are available to children without symptoms of iron deficiency. Coverage is limited to children who are at increased risk for iron deficiency anemia.
- Vitamin D Supplements: Benefits are available to adults to promote calcium absorption and bone growth in their bodies.
- Risk-Reducing Breast Cancer **Prescription Drugs**: Covered medical expenses include charges incurred for **generic prescription drugs** prescribed by a **physician** for a woman who is at increased risk for breast cancer and is at low risk for adverse medication side effects.

CONFIDENTIAL

Wellstar 002229

Coverage of preventive care drugs and supplements will be subject to any sex, age, medical condition, family history, and frequency guidelines in the recommendations of the United States Preventive Services Task Force.

**Important Note:**
For details on the guidelines and the current list of covered preventive care drugs and supplements, contact your **physician** or Member Services or view the preventive care prescription drug list by logging onto the member portal at www.Aaetna.com and **Aetna** Navigator, or calling the number on the back of your ID card.

### Tobacco Cessation Prescription and Over-the-Counter Drugs
**Covered expenses** include FDA-approved **prescription drugs** and over-the-counter (OTC) drugs to help stop the use of tobacco products, when prescribed by a **prescriber** and the **prescription** is submitted to the pharmacist for processing.

Refer to the *Schedule of Benefits* for the cost-sharing and supply limits that apply to these benefits.

## Precertification
**Precertification** is required for certain outpatient **prescription drugs**. **Prescribers** must contact **Aetna** to request and obtain coverage for such **prescription drugs**. The list of drugs requiring **precertification** is subject to periodic review and change by **Aetna**. For the most up to date information, call the toll-free number on your member ID card or log on to the member portal at www.Aetna.com.

Benefits will be reduced or denied if **Aetna** does not **precertify** your **prescription drug**. So, ask your **prescriber** or pharmacist if your **prescription drug** needs to be **precertified.**

### How to Obtain Precertification
If an outpatient **prescription drug** requires **precertification** and you use a **network pharmacy** the **prescriber** is required to obtain **precertification** for you.

**Aetna** will let your **prescriber** know if the **prescription drug** is precertified.

If **precertification** is denied **Aetna** will notify you how the decision can be appealed.

### Step Therapy
**Step therapy** is a type of **precertification**. With **step therapy**, some **prescription drugs** will not be covered until you try one or more "prerequisite therapy" **prescription drugs**. Your **prescriber** can ask for a medical exception which is detailed below.

The Plan will not cover the **step therapy** drug if you do not try a prerequisite therapy **prescription drug** first or if your **prescriber** does not get a medical exception.

**Step therapy** and prerequisite therapy **prescription drugs** are on the **Aetna preferred drug guide** available upon request or on the member portal at website at www.Aetna.com. The list of **step therapy** drugs is subject to change by **Aetna**.

### Medical Exceptions:
Your **prescriber** may seek a medical exception to obtain coverage for drugs for which coverage is denied through **Precertification** or Step Therapy. You or your **prescriber** must submit such exception requests to **Aetna**. Coverage granted as a result of a medical exception shall be based on an individual, case by case **medical necessity** determination and coverage will not apply or extend to other covered persons.

CONDFIDENTIAL

## Pharmacy Benefit Limitations

A **network pharmacy** may refuse to fill **a prescription** order or refill when in the professional judgment of the pharmacist the **prescription** should not be filled.

**Aetna** will not reimburse you for out-of-pocket expenses for prescription **drugs** purchased from an **out**-of-network **pharmacy** for non-emergency **prescriptions**.

The Plan will not cover expenses for any **prescription drug** for which the actual charge to you is less than the required **deductible or cost share amount,** or for any **prescription drug** for which no charge is made to you.

You will be charged the **out-of-network prescription drug cost sharing** for **prescription drugs** recently approved by the FDA, but which have not yet been reviewed by the **Aetna** Health **Pharmacy** Management Department and Therapeutics Committee.

**Aetna** retains the right to review all requests for reimbursement and in its sole discretion make reimbursement determinations subject to the Complaint and Appeals section(s) of the Booklet.

**Aetna** reserves the right to include only one manufacturer's product on the **preferred drug list** when the same or similar drug (that, a drug with the same active ingredient), supply or equipment is made by two or more different manufacturers.

**Aetna** reserves the right to include only one dosage or form of a drug on the **preferred drug list** when the same drug (that is, a drug with the same active ingredient) is available in different dosages or forms from the same or different manufacturers. The product in the dosage or form that is listed on our **preferred drug list** will be covered at the applicable **coinsurance amount**.

The number of **cost share payments or deductibles** you are responsible for per vial of Depo-Provera, an injectable contraceptive, or similar type contraceptive dispensed for more than a 30-day supply, will be based on the 90-day supply level. Coverage is limited to a maximum of 5 vials per calendar year.

The Plan will not pay charges for any **prescription drug** dispensed by a **mail** order pharmacy for the treatment of erectile dysfunction, impotence or sexual dysfunction or inadequacy.

Some **prescription drugs** are subject to quantity limits. These quantity limits help your **prescriber** and pharmacist check that your **prescription drug** is used correctly and safely. **Aetna** relies on medical guidelines, FDA-approved recommendations from drug makers and other criteria developed by **Aetna** to set these quantity limits. The quantity limit may restrict either the amount dispensed per **prescription** order or refill.

Depending on the form and packing of the product, some **prescription drugs** are limited to a single commercially prepackaged item excluding insulin, diabetic supplies, test strips dispensed per **prescription** order or refill.

Depending on the form and packing of the product, some prescription **drugs** are limited to 100 units excluding insulin dispensed per **prescription** order or refill.

Any **prescription drug** that has duration of action extending beyond one (1) month shall require the number of cost share **payments** per prescribing unit that is equal to the anticipated duration of the medication. For example, a single injection of a drug that is effective for three (3) months would require three (3) cost share **payments**.

**Specialty care prescription drugs** may have limited access or distribution and are subject to supply limits.

Plan approved blood glucose meters, asthma holding chambers and peak flow meters are **eligible health services,** but are limited to one (1) **prescription** order per **contract year**.

CONDFIDENTIAL

Wellstar 002231

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul .doc

## Pharmacy Benefit Exclusions

Not every health care service or supply is covered by the Plan. Even if prescribed, recommended, or approved by your **physician** or **dentist** it may not be covered. The Plan covers only those services and supplies that are **medically necessary** and included in the *What the Plan Covers* section. Charges made for the following are not covered except to the extent listed under the *What the Plan Covers* section or by amendment attached to this *Booklet*. In addition, some services are specifically limited or excluded. This section describes expenses that are not covered or subject to special limitations.

These **prescription drug** exclusions are in addition to the exclusions listed under your medical coverage.

The Plan does not cover the following expenses:

Abortion drugs.

Administration or injection of any drug.

Any charges more than the benefit, dollar, day, or supply limits stated in this *Booklet*.

Allergy sera and extracts.

Any non-emergency charges incurred outside of the United States if you traveled to such location to obtain **prescription drugs**, or supplies, even if otherwise covered under this *Booklet*. This also includes **prescription drugs** or supplies if:
- Such drugs or supplies are unavailable or illegal in the United States, or
- The purchase of such **prescription drugs** or supplies outside the United States is considered illegal.

Any drugs or medications, services and supplies that are not **medically necessary**, as determined by **Aetna**, for the diagnosis, care or treatment of the **illness** or **injury** involved. This applies even if they are prescribed, recommended or approved by your **physician** or **dentist**.

Biological sera, blood, blood plasma, blood products or substitutes or any other blood products.

Contraception:

- Over the counter contraceptive supplies including but not limited to:
  - condoms;
  - contraceptive foams;
  - jellies; and
  - ointments;
- Services associated with the prescribing, monitoring and/or administration of contraceptives.

**Cosmetic** drugs, medications or preparations used for **cosmetic** purposes or to promote hair growth or removal, including but not limited to:

- health and beauty aids;
- chemical peels;
- dermabrasion;
- treatments;
- bleaching;
- creams;
- ointments or other treatments or supplies, to remove tattoos, scars or to alter the appearance or texture of the skin.

CONDFIDENTIAL

Wellstar 002232

Compounded **prescriptions**.

Devices and appliances that do not have the National Drug Code (NDC).

Dietary supplements including medical foods.

Drugs given or entirely consumed at the time and place it is prescribed or dispensed.

Drugs for which the cost is recoverable under any federal, state, or government agency or any medication for which there is no charge made to the recipient.

Drugs which do not, by federal or state law, require a **prescription** order (i.e. over-the-counter (OTC) drugs), even if a **prescription** is written (except as specifically covered in the *What the* **Pharmacy** *Plan Covers* section.

Drugs provided by, or while the person is an inpatient in, any healthcare facility; or for any drugs provided on an outpatient basis in any such institution to the extent benefits are payable for it.

Drugs that include vitamins and minerals, both over-the counter (OTC) and legend, except legend pre-natal vitamins for pregnant or nursing females, liquid or chewable legend pediatric vitamins for children under age 13, and potassium supplements to prevent/treat low potassium and legend vitamins that are **medically necessary** for the treatment of renal disease, hyperparathyroidism or other covered conditions with prior approval from us unless recommended by the United States Preventive Services Task Force (USPSTF).

Drugs used for methadone maintenance medications used for drug **detoxification**.

Drugs used for weight gain or reduction not authorized by WellStar, including but not limited to:

- stimulants;
- preparations;
- foods or diet supplements;
- dietary regimens and supplements;
- food or food supplements;
- appetite suppressants; and
- other medications.

Drugs used for the treatment of obesity.

All drugs or growth hormones used to stimulate growth and treat idiopathic short stature unless there is evidence that the member meets one or more clinical criteria detailed in our **precertification** and clinical policies.

Drugs or medications that include the same active ingredient or a modified version of an active ingredient.

Drug or medication that is therapeutically equivalent or therapeutically alternative to a covered **prescription drug**.

Drug or medication that is therapeutically equivalent or therapeutically alternative to an over-the-counter (OTC) product.

Duplicative drug therapy (e.g. two antihistamine drugs).

**Durable medical equipment**, monitors and other equipment.

**Experimental or investigational** drugs or devices, except as described in the *What the Plan Covers* section.

CONDFIDENTIAL

Wellstar 002233

This exclusion will *not* apply with respect to drugs that:

- Have been granted treatment investigational new drug (IND); or Group c/treatment IND status; or
- Are being studied at the Phase III level in a national clinical trial sponsored by the National Cancer Institute; and
- **Aetna** determines, based on available scientific evidence, are effective or show promise of being effective for the **illness**.

Food items: Any food item, including:
- infant formulas;
- nutritional supplements;
- vitamins;
- medical foods and other nutritional items, even if it is the sole source of nutrition.

Genetics: Any treatment, device, drug, or supply to alter the body's genes, genetic make-up, or the expression of the body's genes except for the correction of congenital birth defects.

Immunization or immunological agents.

Implantable drugs and associated devices.

Injectables:

- Any charges for the administration or injection of **prescription drugs** or injectable insulin and other injectable drugs covered by the Plan;
- Injectable drugs dispensed by **out-of-network pharmacies**;
- Needles and syringes, except for diabetic needles and syringes;
- Injectable drugs if an alternative oral drug is available;
- For any refill of a designated **self-injectable drug** not dispensed by or obtained through the **specialty pharmacy network**. An updated copy of the list of **self-injectable drugs** designated by this Plan to be refilled by or obtained through the **specialty pharmacy network** is available upon request. You may also get a copy of the list on the member portal at www.Aetna.com;
- For any drug, which due to its characteristics as determined by us must typically be administered or supervised by a qualified **provider** or licensed certified **health professional** in an outpatient setting. This exception does not apply to Depo Provera and other injectable drugs used for contraception.

Insulin pumps or tubing or other ancillary equipment and supplies for insulin pumps.

**Prescription drugs** dispensed by an **out-of-network pharmacy**, except in a medical emergency or urgent care situation.

**Prescription drugs** for which there is an over-the-counter (OTC) product which has the same active ingredient and strength even if a **prescription** is written.

**Prescription drugs**, medications, injectables or supplies provided through a third-party vendor contract with the contract holder.

**Prescription drugs** dispensed by a **mail order pharmacy** that include **prescription drugs** that cannot be shipped by mail due to state or federal laws or regulations, or when the Plan considers shipment through the mail to be unsafe. Examples of these types of drugs include, but are not limited to, narcotics, amphetamines, DEA controlled substances and anticoagulants.

**Prescription drugs** that include an active metabolite, stereoisomer, prodrug (precursor) or altered formulation of another drug and is not clinically superior to that drug as determined by the Plan.

CONDFIDENTIAL

**Prescription drugs** that are ordered by a **dentist** or prescribed by an oral surgeon in relation to the removal of teeth, or **prescription drugs** for the treatment of a dental condition.

**Prescription drugs** that are **non-preferred drugs**, unless **non-preferred drugs** are specifically covered as described in your schedule of benefits. However, a **non-preferred drug** will be covered if in the judgment of the **prescriber** there is no equivalent **prescription drug** on the **preferred drug guide** or the product on the **preferred drug guide** is ineffective in treating your disease or condition or has caused or is likely to cause an adverse reaction or harm you.

**Prescription drugs** that are being used or abused in a manner that is determined to be furthering an addiction to a habit-forming substance, the use of or intended use of which would be illegal, unethical, imprudent, abusive, not **medically necessary**, or otherwise improper; and drugs obtained for use by anyone other than the member identified on the ID card.

**Prescription** orders filled prior to the effective date or after the termination date of coverage under this Booklet.

Progesterone for the treatment of premenstrual syndrome (PMS) and compounded natural hormone therapy replacement.

Prophylactic drugs for travel.

Refills over the amount specified by the **prescription** order. Before recognizing charges, **Aetna** may require a new **prescription** or proof as to need, if a **prescription** or refill appears excessive under accepted medical practice standards.

Refills dispensed more than one year from the date the latest **prescription** order was written, or as otherwise allowed by applicable law of the jurisdiction in which the drug is dispensed.

Replacement of lost or stolen **prescriptions**.

Drugs, services and supplies given in connection with treatment of an occupational **injury** or occupational illness.

Tobacco use: Any treatment, drug, service or supply to stop or reduce smoking or the use of other tobacco products or to treat or reduce nicotine addiction, dependence or cravings.  This includes medications, nicotine patches and gum.

Strength and performance: Drugs or preparations, devices or supplies to enhance strength, physical condition, endurance or physical performance, including performance enhancing steroids
Supplies, devices or equipment of any type, except as specifically provided in the *What the Plan Covers* section.

Test agents except diabetic test agents.

# When Coverage Ends

Coverage under your plan can end for a variety of reasons. In this section, you will find details on how and why coverage ends, and how you may still be able to continue coverage.

## When Coverage Ends for Team Members
Your coverage through the Plan will end if:

- The Plan is discontinued;
- You voluntarily stop your coverage;
- You are no longer eligible for coverage;
- You do not make any required contributions;

CONFIDENTIAL

Wellstar 002235

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul   doc

- You become covered under another plan offered by your employer;
- You have exhausted your overall maximum lifetime benefit under your health plan, if your plan contains such a maximum benefit; or
- Your employer notifies **Aetna** that your employment is ended.

It is your employer's responsibility to let **Aetna** know when your employment ends.

## Your Proof of Prior Medical Coverage

Under the Health Insurance Portability and Accountability Act of 1996, your employer is required to give you a certificate of **creditable coverage** when your employment ends. This certificate proves that you were covered under this Plan when you were employed. Ask your employer about the certificate of **creditable coverage**.

## When Coverage Ends for Dependents <30SECTION01502>

Coverage for your dependents will end if:

- You are no longer eligible for dependents' coverage;
- You do not make your contribution for the cost of dependents' coverage;
- Your own coverage ends for any of the reasons listed under *When Coverage Ends* for Team Members. (This does not apply if you use up your overall lifetime maximum, if included);
- Your dependent is no longer eligible for coverage. Coverage ends at the end of the calendar month when your dependent does not meet the Plan's definition of a dependent; or
- As permitted under applicable federal and state law, your dependent becomes eligible for like benefits under this or any other group plan offered by your employer.

Coverage for dependents may continue for a period after your death. Coverage for handicapped dependents may continue after they reach any limiting age. See *Continuation of Coverage* for more information.

# Continuation of Coverage

## Continuing Health Care Benefits

## Handicapped Dependent Children

Health Expense Coverage for your fully handicapped dependent child may be continued past the maximum age for a dependent child. However, such coverage may not be continued if the child has been issued an individual medical conversion policy.

Your child is fully handicapped if:

- he or she is not able to earn his or her own living because of mental retardation or a physical handicap which started prior to the date he or she reaches the maximum age for dependent children under your Plan; and
- he or she depends chiefly on you for support and maintenance.

Proof that your child is fully handicapped must be submitted to **Aetna** no later than 31 days after the date your child reaches the maximum age under your Plan.

Coverage will cease on the first to occur of:

- Cessation of the handicap.
- Failure to give proof that the handicap continues.

CONDFIDENTIAL    Wellstar 002236

- Failure to have any required exam.
- Termination of Dependent Coverage as to your child for any reason other than reaching the maximum age under your Plan.

**Aetna** will have the right to require proof of the continuation of the handicap. **Aetna** also has the right to examine your child as often as needed while the handicap continues at its own expense. An exam will not be required more often than once each year after 2 years from the date your child reached the maximum age under your Plan.

# COBRA Continuation of Coverage

If your employer is subject to COBRA requirements, the health plan continuation is governed by the Federal Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA) requirements. With COBRA, you and your dependents can continue health coverage, subject to certain conditions and your payment of contributions. Continuation rights are available following a "qualifying event" that would cause you or family members to otherwise lose coverage. Qualifying events are listed in this section.

## Continuing Coverage through COBRA

When you or your covered dependents become eligible, your employer will provide you with detailed information on continuing your health coverage through COBRA.

You or your dependents will need to:

- Complete and submit an application for continued health coverage, which is an election notice of your intent to continue coverage.
- Submit your application within 60 days of the qualifying event, or within 60 days of your employer's notice of this COBRA continuation right, if later.
- Agree to pay the required contributions.

## Who Qualifies for COBRA

You have 60 days from the qualifying event to elect COBRA. If you do not submit an application within 60 days, you will forfeit your COBRA continuation rights.

Below you will find the qualifying events and a summary of the maximum coverage periods according to COBRA requirements.

| Qualifying Event Causing Loss of Health Coverage | Covered Persons Eligible to Elect Continuation | Maximum Continuation Periods |
|---|---|---|
| Your active employment ends for reasons other than gross misconduct | You and your dependents | 18 months |
| Your working hours are reduced | You and your dependents | 18 months |
| You divorce or legally separate and are no longer responsible for dependent coverage | Your dependents | 36 months |
| You become entitled to benefits under Medicare | Your dependents | 36 months |
| Your covered dependent children no longer qualify as dependents under the Plan | Your dependent children | 36 months |

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul .doc

| You die | Your dependents | 36 months |
| You are a retiree eligible for health coverage and your former employer files for bankruptcy | You and your dependents | 18 months |

## Disability May Increase Maximum Continuation to 29 Months

### If You or Your Covered Dependents Are Disabled

If you or your covered dependent qualify for disability status under Title II or XVI of the Social Security Act during the 18-month continuation period, you or your covered dependent:

- Have the right to extend coverage beyond the initial 18-month maximum continuation period.
- Qualify for an additional 11-month period, subject to the overall COBRA conditions.
- Must notify your employer within 60 days of the disability determination status and before the 18-month continuation period ends.
- Must notify the employer within 30 days after the date of any final determination that you or a covered dependent is no longer disabled.
- Are responsible to pay the contributions after the 18th month, through the 29th month.

### If There Are Multiple Qualifying Events

A covered dependent could qualify for an extension of the 18 or 29-month continuation period by meeting the requirements of another qualifying event, such as divorce or death. The total continuation period, however, can never exceed 36 months.

## Determining Your Contributions For Continuation Coverage

Your contributions are regulated by law, based on the following:

- For the 18 or 36 month periods, contributions may never exceed 102 percent of the Plan costs.
- During the 18 through 29-month period, contributions for coverage during an extended disability period may never exceed 150 percent of the Plan costs.

## When You Acquire a Dependent During a Continuation Period

If through birth, adoption or marriage, you acquire a new dependent during the continuation period, your dependent can be added to the health plan for the remainder of the continuation period if:

- He or she meets the definition of an eligible dependent,
- Your employer is notified about your dependent within 31 days of eligibility, and
- Additional contributions for continuation are paid on a timely basis.

**Important Note**
For more information about dependent eligibility, see the *Eligibility, Enrollment and Effective Date* section.

## When Your COBRA Continuation Coverage Ends

Your COBRA coverage will end when the first of the following events occurs:

- You or your covered dependents reach the maximum COBRA continuation period – the end of the 18, 29 or 36 months. (Coverage for a newly acquired dependent who has been added for the balance of a continuation period would end at the same time your continuation period ends, if he or she is not disabled nor eligible for an extended maximum).
- You or your covered dependents do not pay required contributions.
- You or your covered dependents become covered under another group plan that does not restrict coverage for preexisting conditions. If your new plan limits preexisting condition coverage, the continuation coverage under this Plan may remain in effect until the preexisting clause ceases to apply or the maximum continuation period is reached under this Plan.

CONDFIDENTIAL

Wellstar 002238

- The date your employer no longer offers a group health plan.
- The date you or a covered dependent becomes enrolled in benefits under Medicare. This does not apply if it is contrary to the Medicare Secondary Payer Rules or other federal law.
- You or your dependent dies.

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul .doc

# Coordination of Benefits - What Happens When There is More Than One Health Plan

**Other Plans Not Including Medicare**

## Other Plans Not Including Medicare

Some persons have health coverage in addition to coverage under this Plan. Under these circumstances, it is not intended that a plan provide duplicate benefits. For this reason, many plans, including this Plan, have a "coordination of benefits" provision.

Under the coordination of benefits provision of this Plan, the amount normally reimbursed under this Plan is reduced to consider payments made by "other plans".

When this and another health expenses coverage plan applies, the order in which the various plans will pay benefits must be figured. This will be done as follows using the first rule that applies:

1.  A plan with no rules for coordination with other benefits will be deemed to pay its benefits before a plan which contains such rules.
2.  A plan which covers a person other than as a dependent will be deemed to pay its benefits before a plan which covers the person as a dependent; except that if the person is also a Medicare beneficiary and because of the Social Security Act of 1965, as amended, Medicare is:
    –   secondary to the plan covering the person as a dependent; and
    –   primary to the plan covering the person as other than a dependent;

    the benefits of a plan which covers the person as a dependent will be determined before the benefits of a plan which:

    –   covers the person as other than a dependent; and
    –   is secondary to Medicare.
3.  Except in the case of a dependent child whose parents are divorced or separated; the plan which covers the person as a dependent of a person whose birthday comes first in a calendar year will be primary to the plan which covers the person as a dependent of a person whose birthday comes later in that calendar year. If both parents have the same birthday, the benefits of a plan which covered one parent longer are determined before those of a plan which covered the other parent for a shorter period of time.

    If the other plan does not have the rule described in this provision (3) but instead has a rule based on the gender of the parent and if, as a result, the plans do not agree on the order of benefits, the rule in the other plan will determine the order of benefits.
4.  In the case of a dependent child whose parents are divorced or separated:

    a.  If there is a court decree which states that the parents shall share joint custody of a dependent child, without stating that one of the parents is responsible for the health care expenses of the child, the order of benefit determination rules specified in (3) above will apply.

CONDFIDENTIAL

Wellstar 002240

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul   doc

b.  If there is a court decree which makes one parent financially responsible for the medical, dental or other health care expenses of such child, the benefits of a plan which covers the child as a dependent of such parent will be determined before the benefits of any other plan which covers the child as a dependent child.

c.  If there is not such a court decree:

–  If the parent with custody of the child has not remarried, the benefits of a plan which covers the child as a dependent of the parent with custody of the child will be determined before the benefits of a plan which covers the child as a dependent of the parent without custody.

–  If the parent with custody of the child has remarried, the benefits of a plan which covers the child as a dependent of the parent with custody shall be determined before the benefits of a plan which covers that child as a dependent of the stepparent. The benefits of a plan which covers that child as a dependent of the stepparent will be determined before the benefits of a plan which covers that child as a dependent of the parent without custody.

5.  If 1, 2, 3 and 4 above do not establish an order of payment, the plan under which the person has been covered for the longest will be deemed to pay its benefits first; except that:

The benefits of a plan which covers the person on whose expenses claim is based as a:

–  laid-off or retired team members; or
–  the dependent of such person;

shall be determined after the benefits of any other plan which covers such person as:

–  a team member who is not laid-off or retired; or
–  a dependent of such person.

If the other plan does not have a provision:

–  regarding laid-off or retired team members; and
–  as a result, each plan determines its benefits after the other;

then the above paragraph will not apply.

The benefits of a plan which covers the person on whose expenses claim is based under a right of continuation pursuant to federal or state law shall be determined after the benefits of any other plan which covers the person other than under such right of continuation.

If the other plan does not have a provision:

–  regarding right of continuation pursuant to federal or state law; and
–  as a result, each plan determines its benefits after the other;

then the above paragraph will not apply.

The general rule is that the benefits otherwise payable under this Plan for all expenses processed during a single "processed claim transaction" will be reduced by the total benefits payable under all "other plans" for the same expenses. An exception to this rule is that when the coordination of benefits rules of this Plan and any "other plan" both agree that this Plan is primary, the benefits of the other plan will be ignored in applying this rule. As used in this paragraph, a "processed claim transaction" is a group of actual or prospective charges submitted to Aetna for consideration, that have been grouped together for administrative purposes as a "claim transaction" in accordance with **Aetna**'s then current rules. ~~If the contract includes both medical and dental coverage, those coverages will be considered separate plans.~~ The Medical/**Pharmacy** coverage will be coordinated with other Medical/**Pharmacy** plans. ~~In turn, the dental coverage will be coordinated with other dental plans.~~

CONDFIDENTIAL

To administer this provision, **Aetna** can release or obtain data. **Aetna** can also make or recover payments.

**Other Plan**

This means any other plan of health expense coverage under:

- Group insurance.
- Any other type of coverage for persons in a group. This includes plans that are insured and those that are not.

CONFIDENTIAL

# When You Have Medicare Coverage

**Effect of Medicare**

## Effect of Medicare

Health Expense Coverage under this Plan will be changed for any person while eligible for Medicare.

A person is "eligible for Medicare" if he or she is:

- Covered under it because of age, disability, or
- End Stage Renal Disease

These are the changes:

- The total amount of "regular benefits" under all Health Expense Benefits will be figured. (This will be the amount that would be payable if there were no Medicare benefits.) If this is more than the amount Medicare provides for the expenses involved, this Plan will pay the difference. Otherwise, this Plan will pay no benefits. This will be done for each claim.
- Charges used to satisfy a person's Part B **deductible** under Medicare will be applied under this Plan in the order received by **Aetna**. Two or more charges received at the same time will be applied starting with the largest first.
- Medicare benefits will be considered for any person while he or she is eligible for Medicare. This will be done whether or not he or she is entitled to Medicare benefits.
- Any rule for coordinating "other plan" benefits with those under this Plan will be applied after this Plan's benefits have been figured under the above rules. Any benefits under Medicare will not be deemed to be an "Allowable Expense."

Coverage will not be changed at any time when your Employer's compliance with federal law requires this Plan's benefits for a person to be figured before benefits are figured under Medicare.

CONFIDENTIAL

Wellstar 002243

# General Provisions

## Type of Coverage

Coverage under the Plan is non-occupational. Only **non-occupational injuries** and **non-occupational illnesses** are covered. The Plan covers charges made for services and supplies only while the person is covered under the Plan.

## Physical Examinations

**Aetna** will have the right and opportunity to examine and evaluate any person who is the basis of any claim at all reasonable times while a claim is pending or under review. This will be done at no cost to you.

## Legal Action

No legal action can be brought to the Plan to recover payment under any benefit after 3 years from the deadline for filing claims.

## Additional Provisions

The following additional provisions apply to your coverage:

- This Booklet applies to coverage only, and does not restrict your ability to receive health care services that are not, or might not be, covered.
- You cannot receive multiple coverage under the Plan because you are connected with more than one employer.
- In the event of a misstatement of any fact affecting your coverage under the Plan, the true facts will be used to determine the coverage in force.
- This document describes the main features of the Plan. If you have any questions about the terms of the Plan or about the proper payment of benefits, contact your employer or **Aetna**.
- Sutter Health and Affiliates, the dominant health system in much of northern California, uses its bargaining power to insist on unique requirements to participate in the **Aetna** network. **Aetna's** contract with Sutter requires payment of claims that would otherwise be denied, such as those not **medically necessary** or **experimental or investigational** (but not require payment for services the Plan expressly excludes from coverage, such as for **cosmetic** surgery). **Aetna** will charge the Plan for these claims to be able to continue providing Plan Participants with access to Sutter's services
- The Plan may be changed or discontinued with respect to your coverage.

**Financial Sanctions Exclusions**
If any benefit provided by this Plan violates or will violate any economic or trade sanctions, the coverage is immediately considered invalid. For example, **Aetna** companies cannot make payments for health care or other claims or services if it violates a financial sanction regulation. This includes sanctions related to a blocked person or a country under sanction by the United States, unless permitted under a valid written Office of Foreign Asset Control (OFAC) license. For more information, visit http://www.treasury.gov/resource-center/sanctions/Pages/default.aspx.

## Assignments

Coverage and your rights under this Plan may not be assigned. A direction to pay a provider is not an assignment of any right under this Plan or of any legal or equitable right to institute any court proceeding.

CONFIDENTIAL

Wellstar 002244

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul .doc

# Misstatements

**Aetna's** failure to implement or insist upon compliance with any provision of this Plan at any given time or times, shall not constitute a waiver of **Aetna's** right to implement or insist upon compliance with that provision at any other time or times.

Fraudulent misstatements in connection with any claim or application for coverage may result in termination of all coverage under this Plan.

# Rescission of Coverage

**Aetna** may rescind your coverage if you, or the person seeking coverage on your behalf:

- Performs an act, practice or omission that constitutes fraud; or
- Makes an intentional misrepresentation of material fact.

You will be given 30-days advance written notice of any rescission of coverage.

As to medical and prescription drug coverage only, you have the right to an internal Appeal with **Aetna** and/or the right to a third-party review conducted by an independent External Review Organization if your coverage under this Booklet is rescinded retroactive to its Effective Date.

# Subrogation and Right of Recovery Provision

The provisions of this section apply to all current or former plan participants and to the parents, guardian, or other representative of a dependent child who incurs claims and is or has been covered by the Plan. The Plan's right to recover (whether by subrogation or reimbursement) shall apply to the personal representative of your estate, your decedents, minors, and incompetent or disabled persons. "You" or "your" includes anyone on whose behalf the Plan pays benefits. No adult covered person hereunder may assign any rights that it may have to recover medical expenses from any tortfeasor or other person or entity to any minor child or children of said adult covered person without the prior express written consent of the Plan.

The Plan's right of subrogation or reimbursement, as set forth below, extend to all insurance coverage available to you due to an **injury, illness** or condition for which the Plan has paid medical claims (including, but not limited to, liability coverage, uninsured motorist coverage, underinsured motorist coverage, personal umbrella coverage, medical payments coverage, workers' compensation coverage, no-fault automobile coverage or any first party insurance coverage).

Your health plan is always secondary to automobile no-fault coverage, personal **injury** protection coverage, or medical payments coverage.

No disbursement of any settlement proceeds or other recovery funds from any insurance coverage or other source will be made until the health plan's subrogation and reimbursement interest are fully satisfied.

### Subrogation

The right of subrogation means the Plan is entitled to pursue any claims that you may have to recover the benefits paid by the Plan. Immediately upon paying or providing any benefit under the Plan, the Plan shall be subrogated to (stand in the place of) all rights of recovery with respect to any claim or potential claim against any party, due to an **injury, illness** or condition to the full extent of benefits provided or to be provided by the Plan. The Plan may assert a claim or file suit in your name and take appropriate action to assert its subrogation claim, with or without your consent. The Plan is not required to pay you part of any recovery it may obtain, even if it files suit in your name.

CONDFIDENTIAL

Wellstar 002245

**Reimbursement**

If you receive any payment because of an **injury, illness** or condition, you agree to reimburse the Plan first from such payment for all amounts the Plan has paid and will pay because of that **injury, illness** or condition, up to and including the full amount of your recovery.

**Constructive Trust**

By accepting benefits (whether the payment of such benefits is made to you or made on your behalf to any provider) you agree that if you receive any payment because of an **injury, illness** or condition, you will serve as a constructive trustee over those funds. Failure to hold such funds in trust will be deemed a breach of your fiduciary duty to the Plan. No disbursement of any settlement proceeds or other recovery funds from any insurance coverage or other source will be made until the health plan's subrogation and reimbursement interest are fully satisfied.

**Lien Rights**

Further, the Plan will automatically have a lien to the extent of benefits paid by the Plan for the treatment of the **illness, injury** or condition upon any recovery whether by settlement, judgment, or otherwise, related to treatment for any **illness, injury** or condition for which the plan paid benefits. The lien may be enforced against any party who possesses funds or proceeds representing the amount of benefits paid by the Plan including, but not limited to, you, your representative or agent, and/or any other source that possessed or will possess funds representing the amount of benefits paid by the Plan.

**Assignment**

To secure the Plan's recovery rights, you agree to assign to the Plan any benefits or claims or rights of recovery you have under any automobile policy or other coverage, to the full extent of the Plan's subrogation and reimbursement claims. This assignment allows the Plan to pursue any claim you may have, whether or not you choose to pursue the claim.

**First-Priority Claim**

By accepting benefits from the Plan, you acknowledge that the Plan's recovery rights are a first priority claim and are to be repaid to the Plan before you receive any recovery for your damages. The Plan shall be entitled to full reimbursement on a first-dollar basis from any payments, even if such payment to the Plan will result in a recovery which is insufficient to make you whole or to compensate you in part or in whole for the damages sustained. The Plan is not required to participate in or pay your court costs or attorney fees to any attorney you hire to pursue your damage claim.

**Applicability to All Settlements and Judgments**

The terms of this entire subrogation and right of recovery provision shall apply and the Plan is entitled to full recovery regardless of whether any liability for payment is admitted and regardless of whether the settlement or judgment identifies the medical benefits the Plan provided or purports to allocate any portion of such settlement or judgment to payment of expenses other than medical expenses. The Plan is entitled to recover from *all* settlements or judgments, even those designated as pain and suffering, non-economic damages, and/or general damages only. The Plan's claim will not be reduced due to your own negligence.

CONDFIDENTIAL

**Cooperation**

You agree to cooperate fully with the Plan's efforts to recover benefits paid. It is your duty to notify the Plan within 30 days of the date when any notice is given to any party, including an insurance company or attorney, of your intention to pursue or investigate a claim to recover damages or obtain compensation due to your **injury, illness** or condition. You and your agents agree to provide the Plan or its representatives notice of any recovery you or your agents obtain prior to receipt of such recovery funds or within 5 days if no notice was given prior to receipt. Further, you and your agents agree to provide notice prior to any disbursement of settlement or any other recovery funds obtained. You and your agents shall provide all information requested by the Plan, the Claims Administrator or its representative including, but not limited to, completing and submitting any applications or other forms or statements as the Plan may reasonably request and all documents related to or filed in person **injury** litigation. Failure to provide this information, failure to assist the Plan in pursuit of its subrogation rights, or failure to reimburse the Plan from any settlement or recovery you receive may result in the denial of any future benefit payments or claim until the Plan is reimbursed in full, termination of your health benefits or the institution of court proceedings against you.

You shall do nothing to prejudice the Plan's subrogation or recovery interest or to prejudice the Plan's ability to enforce the terms of this plan provision. This includes, but is not limited to, refraining from making any settlement or recovery that attempts to reduce or exclude the full cost of all benefits provided by the Plan or disbursement of any settlement proceeds or other recovery prior to fully satisfying the health plan's subrogation and reimbursement interest.

You acknowledge that the Plan has the right to conduct an investigation regarding the **injury, illness** or condition to identify potential sources of recovery. The Plan reserves the right to notify all parties and his/ her agents of its lien. Agents include, but are not limited to, insurance companies and attorneys.

You acknowledge that the Plan has notified you that it has the right pursuant to the Health Insurance Portability & Accountability Act ("HIPAA"), 42 U.S.C. Section 1301 *et seq,* to share your personal health information in exercising its subrogation and reimbursement rights.

**Interpretation**

In the event that any claim is made that any part of this subrogation and right of recovery provision is ambiguous or questions arise concerning the meaning or intent of any of its terms, the Claims Administrator for the Plan shall have the sole authority and discretion to resolve all disputes regarding the interpretation of this provision.

**Jurisdiction**

By accepting benefits from the Plan, you agree that any court proceeding with respect to this provision may be brought in any court of competent jurisdiction as the Plan may elect. By accepting such benefits, you hereby submit to each such jurisdiction, waiving whatever rights may correspond due to your present or future domicile. By accepting such benefits, you also agree to pay all attorneys' fees the Plan incurs in successful attempts to recover amounts the Plan is entitled to under this section.

# Workers' Compensation

If benefits are paid under the **Aetna** medical benefits plan and **Aetna** determines you received Workers' Compensation benefits for the same incident, **Aetna** has the right to recover as described under the *Subrogation and Right of Reimbursement* provision. **Aetna**, on behalf of the Plan, will exercise its right to recover against you.

The Recovery Rights will be applied even though:

- The Workers' Compensation benefits are in dispute or are made by means of settlement or compromise;
- No final determination is made that bodily **injury** or **illness** was sustained in the course of or resulted from your employment;

CONDFIDENTIAL

Wellstar 002247

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul .doc

- The amount of Workers' Compensation due to medical or health care is not agreed upon or defined by you or the Workers' Compensation carrier; or
- The medical or health care benefits are specifically excluded from the Workers' Compensation settlement or compromise.

You hereby agree that, in consideration for the coverage provided by this **Aetna** medical benefits plan, you will notify **Aetna** of any Workers' Compensation claim you make, and that you agree to reimburse **Aetna**, on behalf of the Plan, as described above.

If benefits are paid under this **Aetna** medical benefits plan, and you or your covered dependent recover from a responsible party by settlement, judgment or otherwise, **Aetna**, on behalf of the Plan, has a right to recover from you or your covered dependent an amount equal to the amount the Plan paid.

# Recovery of Overpayments

## Health Coverage

If a benefit payment is made by the Plan, to or on your behalf, which exceeds the benefit amount that you are entitled to receive, the Plan has the right:

- To require the return of the overpayment; or
- To reduce by the amount of the overpayment, any future benefit payment made to or on behalf of that person or another person in his or her family.

Such right does not affect any other right of recovery the Plan may have with respect to such overpayment.

# Reporting of Claims

A claim must be submitted to **Aetna** in writing. It must give proof of the nature and extent of the loss. Your employer has claim forms.

All claims should be reported promptly. The deadline for filing a claim is 90 days after the date of the loss.

If, through no fault of your own, you are not able to meet the deadline for filing claim, your claim will still be accepted if you file as soon as possible. Unless you are legally incapacitated, late claims for health benefits will not be covered if they are filed more than 2 years after the deadline.

# Payment of Benefits

Benefits will be paid as soon as the necessary proof to support the claim is received. Written proof must be provided for all benefits.

All covered health benefits are payable to you. However, **Aetna** has the right to pay any health benefits to the service provider. This will be done unless you have told **Aetna** otherwise by the time you file the claim.

The Plan may pay up to $1,000 of any other benefit to any of your relatives whom it believes fairly entitled to it. This can be done if the benefit is payable to you and you are a minor or not able to give a valid release.

When a **PCP** provides care for you or a covered dependent, or care is provided by **a network provider (network services or supplies)**, the network provider will take care of filing claims. However, when you seek care on your own (**out-of-network services and supplies**), you are responsible for filing your own claims.

CONDFIDENTIAL

# Records of Expenses

Keep complete records of the expenses of each person. They will be required when a claim is made.

Very important are:

- Names of **physicians, dentists** and others who furnish services.
- Dates expenses are incurred.
- Copies of all bills and receipts.

# Contacting Aetna

If you have questions, comments or concerns about your benefits or coverage, or if you are required to submit information to **Aetna**, you may contact **Aetna**'s Home Office at:

> **Aetna** Life Insurance Company
> 151 Farmington Avenue
> Hartford, CT 06156

You may also use **Aetna**'s toll free Member Services phone number on your ID card or visit the member portal at www.Aetna.com.

# Discount Programs

## Discount Arrangements

From time to time, we may offer, provide, or arrange for discount arrangements or special rates from certain service providers such as pharmacies, optometrists, **dentists**, alternative medicine, wellness and healthy living providers to you under this Plan. Some of these arrangements may be made available through third parties who may make payments to **Aetna** in exchange for making these services available.

The third-party service providers are independent contractors and are solely responsible to you for the provision of any such goods and/or services. We reserve the right to modify or discontinue such arrangements at any time. These discount arrangements are not insurance. There are no benefits payable to you nor do we compensate providers for services they may render through discount arrangements.

# Incentives

In order to encourage you to access certain medical services when deemed appropriate by you in consultation with your **physician** or other service providers, we may, from time to time, offer to waive or reduce a member's **payment percentage** and/or a **deductible** otherwise required under the Plan or offer coupons or other financial incentives. We have the right to determine the amount and duration of any waiver, reduction, coupon, or financial incentive and to limit the covered persons to whom these arrangements are available.

# Claims, Appeals and External Review

## Filing Health Claims under the Plan

Under the Plan, you may file claims for Plan benefits and appeal adverse claim determinations. Any reference to "you" in this Claims, Appeals and External Review section includes you and your Authorized Representative. An "Authorized Representative" is a person you authorize, in writing, to act on your behalf. The Plan will also recognize a court order giving a person authority to submit claims on your behalf. In the case of an urgent care claim, a health care professional with knowledge of your condition may always act as your Authorized Representative.

CONDFIDENTIAL

Wellstar 002249

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul  .doc

If your claim is denied in whole or in part, you will receive a written notice of the denial from **Aetna** Life Insurance Company (**Aetna**). The notice will explain the reason for the denial and the appeal procedures available under the Plan.

**Urgent Care Claims**
An "Urgent Care Claim" is any claim for medical care or treatment for which the application of the time periods for making non-urgent care determinations could seriously jeopardize your life or health or your ability to regain maximum function, or, in the opinion of a **physician** with knowledge of your medical condition, would subject you to severe pain that cannot be adequately managed without the care or treatment that is the subject of the claim.

If the Plan requires advance approval of a service, supply or procedure before a benefit will be payable, and if **Aetna** or your **physician** determines that it is an Urgent Care Claim, you will be notified of the decision, whether adverse or not, as soon as possible but not later than 72 hours after the claim is received.

If there is not sufficient information to decide the claim, you will be notified of the information necessary to complete the claim as soon as possible, but not later than 24 hours after receipt of the claim. You will be given a reasonable additional amount of time, but not less than 48 hours, to provide the information, and you will be notified of the decision not later than 48 hours after the end of that additional time-period (or after receipt of the information, if earlier).

**Other Claims (Pre-Service and Post-Service)**
If the Plan requires you to obtain advance approval of a non-urgent service, supply or procedure before a benefit will be payable, a request for advance approval is considered a pre-service claim. You will be notified of the decision not later than 15 days after receipt of the pre-service claim.

For other claims (post-service claims), you will be notified of the decision not later than 30 days after receipt of the claim.

For either a pre-service or a post-service claim, these time periods may be extended up to an additional 15 days due to circumstances outside **Aetna's** control. In that case, you will be notified of the extension before the end of the initial 15 or 30-day period. For example, they may be extended because you have not submitted sufficient information, in which case you will be notified of the specific information necessary and given an additional period of at least 45 days after receiving the notice to furnish that information. You will be notified of **Aetna's** claim decision no later than 15 days after the end of that additional period (or after receipt of the information, if earlier).

For pre-service claims, which name a specific claimant, medical condition, and service or supply for which approval is requested, and which are submitted to an **Aetna** representative responsible for handling benefit matters, but which otherwise fail to follow the Plan's procedures for filing pre-service claims, you will be notified of the failure within 5 days (within 24 hours in the case of an urgent care claim) and of the proper procedures to be followed. The notice may be oral unless you request written notification.

**Ongoing Course of Treatment**
If you have received pre-authorization for an ongoing course of treatment, you will be notified in advance if the previously authorized course of treatment is intended to be terminated or reduced so that you will have an opportunity to appeal any decision to **Aetna** and receive a decision on that appeal before the termination or reduction takes effect. If the course of treatment involves urgent care, and you request an extension of the course of treatment at least 24 hours before its expiration, you will be notified of the decision within 24 hours after receipt of the request.

**Health Claims – Standard Appeals**
As an individual enrolled in the Plan, you have the right to file an appeal from an Adverse Benefit Determination relating to service(s) you have received or could have received from your health care provider under the Plan.

CONDFIDENTIAL    Wellstar 002250

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul  .doc

An "Adverse Benefit Determination" is defined as a denial, reduction, termination of, or failure to, provide or make payment (in whole or in part) for a service, supply or benefit. Such Adverse Benefit Determination may be based on:

- Your eligibility for coverage, including a retrospective termination of coverage (whether or not there is an adverse effect on any benefit);
- Coverage determinations, including plan limitations or exclusions;
- The results of any Utilization Review activities;
- A decision that the service or supply is **experimental or investigational**; or
- A decision that the service or supply is not **medically necessary**.

A "Final Internal Adverse Benefit Determination" is defined as an Adverse Benefit Determination that has been upheld by the appropriate named fiduciary (**Aetna**) at the completion of the internal appeals process, or an Adverse Benefit Determination for which the internal appeals process has been exhausted.

### Exhaustion of Internal Appeals Process

Generally, you are required to complete all appeal processes of the Plan before being able to obtain External Review or bring an action in litigation. However, if **Aetna**, or the Plan or its designee, does not strictly adhere to all claim determination and appeal requirements under applicable federal law, you are considered to have exhausted the Plan's appeal requirements ("Deemed Exhaustion") and may proceed with External Review or may pursue any available remedies under §502(a) of ERISA or under state law, as applicable.

There is an exception to the Deemed Exhaustion rule. Your claim or internal appeal may not go straight to External Review if:

A rule violation was minor and is not likely to influence a decision or harm you; and
It was for a good cause or was beyond **Aetna's** or the Plan's or its designee's control; and
It was part of an ongoing good faith exchange between you and **Aetna** or the Plan.
This exception is not available if the rule violation is part of a pattern or practice of violations by **Aetna** or the Plan.

You may request a written explanation of the violation from the Plan or **Aetna**, and the Plan or **Aetna** must provide such explanation within 10 days, including a specific description of its bases, if any, for asserting that the violation should not cause the internal claims and appeals process to be deemed exhausted. If an External Reviewer or a court rejects your request for immediate review on the basis that the Plan met the standards for the exception, you have the right to resubmit and pursue the internal appeal of the claim. In such a case, within a reasonable time after the External Reviewer or court rejects the claim for immediate review (not to exceed 10 days), you will receive notice of the opportunity to resubmit and pursue the internal appeal of the claim. Time periods for re-filing the claim shall begin to run upon your receipt of such notice.

### Full and Fair Review of Claim Determinations and Appeals

**Aetna** will provide you, free of charge, with any new or additional evidence considered, relied upon, or generated by **Aetna** (or at the direction of **Aetna**), or any new or additional rationale as soon as possible and sufficiently in advance of the date on which the notice of Final Internal Adverse Benefit Determination is provided, to give you a reasonable opportunity to respond prior to that date.

You may file an appeal in writing to **Aetna** at the address provided in this booklet, or, if your appeal is of an urgent nature, you may call **Aetna's** Member Services Unit at the toll-free phone number on your ID card. Your request should include the group name (that is, your employer), your name, member ID, or other identifying information shown on the front of the Explanation of Benefits form, and any other comments, documents, records and other information you would like to have considered, whether or not submitted in connection with the initial claim.

An **Aetna** representative may call you or your health care provider to obtain medical records and/or other pertinent information to respond to your appeal.

You will have 180 days following receipt of an Adverse Benefit Determination to appeal the determination to **Aetna**. You will be notified of the decision not later than 15 days (for pre-service claims) or 30 days (for post-service claims) after the appeal is received. You may submit written comments, documents, records and other information relating to

CONDFIDENTIAL

your claim, whether or not the comments, documents, records or other information were submitted about the initial claim. A copy of the specific rule, guideline or protocol relied upon in the Adverse Benefit Determination will be provided free of charge upon request by you or your Authorized Representative. You may also request that **Aetna** provide you, free of charge, copies of all documents, records and other information relevant to the claim.

If your claim involves urgent care, an expedited appeal may be initiated by a telephone call to the phone number included in your denial, or to **Aetna's** Member Services. **Aetna's** Member Services telephone number is on your Identification Card. You or your Authorized Representative may appeal urgent care claim denials either orally or in writing. All necessary information, including the appeal decision, will be communicated between you or your Authorized Representative and **Aetna** by telephone, facsimile, or other similar method. You will be notified of the decision not later than 36 hours after the appeal is received.

If you are dissatisfied with the appeal decision on an urgent care claim, you may file a second level appeal with **Aetna**. You will be notified of the decision not later than 36 hours after the appeal is received.

If you are dissatisfied with a pre-service or post-service appeal decision, you may file a second level appeal with **Aetna** within 60 days of receipt of the level one appeal decision. **Aetna** will notify you of the decision not later than 15 days (for pre-service claims) or 30 days (for post-service claims) after the appeal is received.

If you do not agree with the Final Internal Adverse Benefit Determination on review, you have the right to bring a civil action under Section 502(a) of ERISA, if applicable.

## Health Claims – Voluntary Appeals
### External Review
"External Review" is a review of an eligible Adverse Benefit Determination or a Final Internal Adverse Benefit Determination by an Independent Review Organization/External Review Organization (ERO) or by the State Insurance Commissioner, if applicable.

A "Final External Review Decision" is a determination by an ERO after an External Review.

You must complete all the levels of standard appeal described above before you can request External Review, other than in a case of Deemed Exhaustion. Subject to verification procedures that the Plan may establish, your Authorized Representative may act on your behalf in filing and pursuing this voluntary appeal.

You may file a voluntary appeal for External Review of any Adverse Benefit Determination or any Final Internal Adverse Benefit Determination that qualifies as set forth below.

The notice of Adverse Benefit Determination or Final Internal Adverse Benefit Determination that you receive from **Aetna** will describe the process to follow if you wish to pursue an External Review, and will include a copy of the *Request for External Review Form*.

You must submit the *Request for External Review Form* to **Aetna** within 123 calendar days of the date you received the Adverse Benefit Determination or Final Internal Adverse Benefit Determination notice. If the last filing date would fall on a Saturday, Sunday or Federal holiday, the last filing date is extended to the next day that is not a Saturday, Sunday or Federal holiday. You also must include a copy of the notice and all other pertinent information that supports your request.

If you file a voluntary appeal, any applicable statute of limitations will be tolled while the appeal is pending. The filing of a claim will have no effect on your rights to any other benefits under the Plan. However, the appeal is voluntary and you are not required to undertake it before pursuing legal action.

If you choose not to file for voluntary review, the Plan will not assert that you have failed to exhaust your administrative remedies because of that choice.

CONDFIDENTIAL

**Request for External Review**

The External Review process under this Plan gives you the opportunity to receive review of an Adverse Benefit Determination (including a Final Internal Adverse Benefit Determination) conducted pursuant to applicable law. Your request will be eligible for External Review if the claim decision involves medical judgment and the following are satisfied:

- **Aetna**, or the Plan or its designee, does not strictly adhere to all claim determination and appeal requirements under federal law (except for minor violations); or
- the standard levels of appeal have been exhausted; or
- the appeal relates to a rescission, defined as a cancellation or discontinuance of coverage which has retroactive effect.

An Adverse Benefit Determination based upon your eligibility is not eligible for External Review.

If upon the final standard level of appeal, the coverage denial is upheld and it is determined that you are eligible for External Review, you will be informed in writing of the steps necessary to request an External Review.

An independent review organization refers the case for review by a neutral, independent clinical reviewer with appropriate expertise in the area in question. The decision of the independent external expert reviewer is binding on you, **Aetna** and the Plan unless otherwise allowed by law.

**Preliminary Review**

Within 5 business days following the date of receipt of the request, **Aetna** must provide a preliminary review determining: you were covered under the Plan at the time the service was requested or provided, the determination does not relate to eligibility, you have exhausted the internal appeals process (unless Deemed Exhaustion applies), and you have provided all paperwork necessary to complete the External Review and you are eligible for external review.

Within one business day after completion of the preliminary review, **Aetna** must issue to you a notification in writing. If the request is complete but not eligible for External Review, such notification will include the reasons for its ineligibility and contact information for the Employee Benefits Security Administration (toll-free number 866-444-EBSA (3272)). If the request is not complete, such notification will describe the information or materials needed to make the request complete and **Aetna** must allow you to perfect the request for External Review within the 123 calendar days filing period or within the 48-hour period following the receipt of the notification, whichever is later.

**Referral to ERO**

**Aetna** will assign an ERO accredited as required under federal law, to conduct the External Review. The assigned ERO will timely notify you in writing of the request's eligibility and acceptance for External Review, and will provide an opportunity for you to submit in writing within 10 business days following the date of receipt, additional information that the ERO must consider when conducting the External Review. Within one (1) business day after making the decision, the ERO must notify you, **Aetna** and the Plan.

The ERO will review all the information and documents timely received. In reaching a decision, the assigned ERO will review the claim and not be bound by any decisions or conclusions reached during the Plan's internal claims and appeals process. In addition to the documents and information provided, the assigned ERO, to the extent the information or documents are available and the ERO considers them appropriate, will consider the following in reaching a decision:

(i) Your medical records;
(ii) The attending health care professional's recommendation;
(iii) Reports from appropriate health care professionals and other documents submitted by the Plan or issuer, you, or your treating provider;
(iv) The terms of your Plan to ensure that the ERO's decision is not contrary to the terms of the Plan, unless the terms are inconsistent with applicable law;
(v) Appropriate practice guidelines, which must include applicable evidence-based standards and may include any other practice guidelines developed by the Federal government, national or professional medical societies, boards,

CONDFIDENTIAL

Wellstar 002253

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul .doc

and associations;

(vi) Any applicable clinical review criteria developed and used by **Aetna**, unless the criteria are inconsistent with the terms of the Plan or with applicable law; and

(vii) The opinion of the ERO's clinical reviewer or reviewers after considering the information described in this notice to the extent the information or documents are available and the clinical reviewer or reviewers consider appropriate.

The assigned ERO must provide written notice of the Final External Review Decision within 45 days after the ERO receives the request for the External Review. The ERO must deliver the notice of Final External Review Decision to you, **Aetna** and the Plan.

After a Final External Review Decision, the ERO must maintain records of all claims and notices associated with the External Review process for six years. An ERO must make such records available for examination by the claimant, Plan, or State or Federal oversight agency upon request, except where such disclosure would violate State or Federal privacy laws.

Upon receipt of a notice of a Final External Review Decision reversing the Adverse Benefit Determination or Final Internal Adverse Benefit Determination, the Plan immediately must provide coverage or payment (including immediately authorizing or immediately paying benefits) for the claim.

**Expedited External Review**

The Plan must allow you to request an expedited External Review at the time you receive:

(a) An Adverse Benefit Determination if the Adverse Benefit Determination involves a medical condition for which the timeframe for completion of an expedited internal appeal would seriously jeopardize your life or health or would jeopardize your ability to regain maximum function and you have filed a request for an expedited internal appeal; or

(b) A Final Internal Adverse Benefit Determination, if you have a medical condition where the timeframe for completion of a standard External Review would seriously jeopardize your life or health or would jeopardize your ability to regain maximum function, or if the Final Internal Adverse Benefit Determination concerns an admission, availability of care, continued **stay**, or health care item or service for which you received emergency services, but have not been discharged from a facility.

Immediately upon receipt of the request for expedited External Review, **Aetna** will determine whether the request meets the reviewability requirements set forth above for standard External Review. **Aetna** must immediately send you a notice of its eligibility determination.

**Referral of Expedited Review to ERO**

Upon a determination that a request is eligible for External Review following preliminary review, **Aetna** will assign an ERO. The ERO shall render a decision as expeditiously as your medical condition or circumstances require, but in no event, more than 72 hours after the ERO receives the request for an expedited External Review. If the notice is not in writing, within 48 hours after the date of providing that notice, the assigned ERO must provide written confirmation of the decision to you, **Aetna** and the Plan.

CONDFIDENTIAL

Wellstar 002254

**Appeal to the Plan**

If the appeal is not eligible for ERO or if the ERO upholds the denial, then **Aetna** will inform the participant and beneficiary of their right to appeal to the WellStar Employee Medical Plan Appeals Committee for final review.

If you choose to appeal to the Plan or its designee following an adverse determination by External Review where applicable or an adverse determination at the final level of standard appeals, you must do so in writing, and you should send the following information:

- The specific reason(s) for the appeal;
- Copies of all past correspondence with **Aetna** or the ERO (including any EOBs); and
- Any applicable information that you have not yet sent to **Aetna** and the ERO.

If you file a voluntary appeal, you will be deemed to authorize the Plan or its designee to obtain information from **Aetna** relevant to your claim.

Mail your written appeal directly to:
WellStar Health System, Inc.
793 Sawyer Road
Marietta GA 30062

The Plan or its designee will review your appeal. The reviewer will evaluate your claim within 60 days after you file your appeal and make a decision. If the reviewer needs more time, the reviewer may take an additional 60-day period. The reviewer will notify you in advance of this extension. The reviewer will follow relevant internal rules maintained by **Aetna** to the extent they do not conflict with the Plan's own internal guidelines.

The reviewer will notify you of the final decision on your appeal electronically or in writing. The written notice will give you the reason for the decision and what Plan provisions apply.

All decisions by the Plan or its designee with respect to your claim shall be final and binding.

CONDFIDENTIAL

Wellstar 002255

# Glossary

In this section, you will find definitions for the words and phrases that appear in **bold type** throughout the text of this Booklet.

## A

### Aetna

**Aetna** Life Insurance Company, an affiliate, or a third-party vendor under contract with **Aetna**.

### Ambulance

A vehicle that is staffed with medical personnel and equipped to transport an ill or injured person.

### Average Wholesale Price (AWP)

The current **average wholesale price** of a **prescription drug** listed in the Facts and Comparisons weekly price updates (or any other similar publication designated by **Aetna**) on the day that a **pharmacy** claim is submitted for adjudication.

## B

### Behavioral Health Provider/Practitioner

A licensed organization or professional providing diagnostic, therapeutic or psychological services for behavioral health conditions.

### Birthing Center

A freestanding facility that meets *all* the following requirements:

- Meets licensing standards.
- Is set up, equipped and run to provide prenatal care, delivery and immediate postpartum care.
- Charges for its services.
- Is directed by at least one **physician** who is a **specialist** in obstetrics and gynecology.
- Has a **physician** or certified nurse midwife present at all births and during the immediate postpartum period.
- Extends staff privileges to **physicians** who practice obstetrics and gynecology in an area **hospital**.
- Has at least 2 beds or 2 birthing rooms for use by patients while in labor and during delivery.
- Provides, during labor, delivery and the immediate postpartum period, full-time **skilled nursing services** directed by an **R.N.** or certified nurse midwife.
- Provides, or arranges with a facility in the area for, diagnostic X-ray and lab services for the mother and child.
- Has the capacity to administer a local anesthetic and to perform minor surgery. This includes episiotomy and repair of perineal tear.
- Is equipped and has trained staff to handle **emergency medical conditions** and provide immediate support measures to sustain life if:
  - Complications arise during labor; or
  - A child is born with an abnormality which impairs function or threatens life.
- Accepts only patients with low-risk pregnancies.
- Has a written agreement with a **hospital** in the area for emergency transfer of a patient or a child. Written procedures for such a transfer must be displayed and the staff must be aware of them.
- Provides an ongoing quality assurance program. This includes reviews by **physicians** who do not own or direct the facility.
- Keeps a medical record on each patient and child.

CONFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul .doc

## Body Mass Index

This is a practical marker that is used to assess the degree of obesity and is calculated by dividing the weight in kilograms by the height in meters squared.

## Brand-Name Prescription Drug

A **prescription drug** with a proprietary name assigned to it by the manufacturer or distributor and so indicated by Medi-Span or any other similar publication designated by **Aetna** or an affiliate.

# C

## Cosmetic

Services or supplies that alter, improve or enhance appearance.

## Covered Expenses

Medical, dental, vision or hearing services and supplies shown as covered under this Booklet.

## Creditable Coverage

A person's prior medical coverage as defined in the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

Such coverage includes:

- Health coverage issued on a group or individual basis;
- Medicare;
- Medicaid;
- Health care for members of the uniformed services;
- A program of the Indian Health Service;
- A state health benefits risk pool;
- The Federal Employees' Health Benefit Plan (FEHBP);
- A public health plan (any plan established by a State, the government of the United States, or any subdivision of a State or of the government of the United States, or a foreign country);
- Any health benefit plan under Section 5(e) of the Peace Corps Act; and
- The State Children's Health Insurance Program (S-Chip).

## Custodial Care

Services and supplies that are primarily intended to help you meet personal needs. **Custodial care** can be prescribed by a **physician** or given by trained medical personnel. It may involve artificial methods such as feeding tubes, ventilators or catheters. Examples of **custodial care** include:

- Routine patient care such as changing dressings, periodic turning and positioning in bed, administering medications;
- Care of a stable tracheostomy (including intermittent suctioning);
- Care of a stable colostomy/ileostomy;
- Care of stable gastrostomy/jejunostomy/nasogastric tube (intermittent or continuous) feedings;
- Care of a stable indwelling bladder catheter (including emptying/changing containers and clamping tubing);
- Watching or protecting you;
- Respite care, adult (or child) day care, or convalescent care;
- Institutional care, including **room and board** for rest cures, adult day care and convalescent care;
- Help with the daily living activities, such as walking, grooming, bathing, dressing, getting in or out of bed, toileting, eating or preparing foods;

CONDFIDENTIAL

Wellstar 002257

- Any services that a person without medical or paramedical training could be trained to perform; and
- Any service that can be performed by a person without any medical or paramedical training.

# D

## Day Care Treatment

A **partial confinement treatment** program to provide treatment for you during the day. The **hospital, psychiatric hospital** or **residential treatment facility** does not make a room charge for **day care treatment.** Such treatment must be available for at least 4 hours, but not more than 12 hours in any 24-hour period.

## Deductible

The part of your **covered expenses** you pay before the Plan starts to pay benefits. Additional information regarding **deductibles** and **deductible** amounts can be found in the *Schedule of Benefits*.

## Dentist

A legally qualified **dentist,** or a **physician** licensed to do the dental work he or she performs.

## Detoxification

The process by which an alcohol-intoxicated or drug-intoxicated; or an alcohol-dependent or drug-dependent person is medically managed through the period of time necessary to eliminate, by metabolic or other means, the:

- Intoxicating alcohol or drug;
- Alcohol or drug-dependent factors; or
- Alcohol in combination with drugs;

as determined by a **physician.** The process must keep the physiological risk to the patient at a minimum, and take place in a facility that meets any applicable licensing standards established by the jurisdiction in which it is located.

## Directory

A listing of all **network providers** serving the class of team members to which you belong. The contract holder will give you a copy of this **directory. Network provider** information is also available through **Aetna's** online provider **directory,** DocFind®.

## Durable Medical and Surgical Equipment (DME)

Equipment, and the accessories needed to operate it, that is:

- Made to withstand prolonged use;
- Made for and mainly used in the treatment of an **illness** or **injury;**
- Suited for use in the home;
- Not normally of use to people who do not have an **illness** or **injury;**
- Not for use in altering air quality or temperature; and
- Not for exercise or training.

**Durable medical and surgical equipment** does not include equipment such as whirlpools, portable whirlpool pumps, sauna baths, massage devices, over bed tables, elevators, communication aids, vision aids and telephone alert systems.

CONDFIDENTIAL

# E

## ~~E-visit~~

~~An E-visit is an online internet consultation between a **physician** and an established patient about a non-emergency healthcare matter. This visit must be conducted through an **Aetna** authorized internet E-visit service vendor.~~

## Emergency Care

This means the treatment given in a hospital's emergency room to evaluate and treat an **emergency medical condition**.

## Emergency Medical Condition

A recent and severe medical condition, including (but not limited to) severe pain, which would lead a prudent layperson possessing an average knowledge of medicine and health, to believe that his or her condition, **illness**, or **injury** is of such a nature that failure to get immediate medical care could result in:

- Placing your health in serious jeopardy; or
- Serious impairment to bodily function; or
- Serious dysfunction of a body part or organ; or
- In the case of a pregnant woman, serious jeopardy to the health of the fetus.

## Experimental or Investigational

A drug, a device, a procedure, or treatment will be determined to be **experimental or investigational** if:

- There are insufficient outcomes data available from controlled clinical trials published in the peer-reviewed literature to substantiate its safety and effectiveness for the **illness** or **injury** involved; or
- Approval required by the U. S. Food and Drug Administration (FDA) has not been granted for marketing; or
- A recognized national medical or dental society or regulatory agency has determined, in writing, that it is **experimental or investigational**, or for research purposes; or
- It is a type of drug, device, procedure or treatment that is the subject of a Phase I or Phase II clinical trial or the experimental or research arm of a Phase III clinical trial, using the definition of "phases" indicated in regulations and other official actions and publications of the FDA and Department of Health and Human Services; or
- The written protocol or protocols used by the treating facility, or the protocol or protocols of any other facility studying substantially the same:
  - drug;
  - device;
  - procedure; or
  - treatment, or the written informed consent used by the treating facility or by another facility studying the same drug, device, procedure, or treatment states that it is **experimental or investigational**, or for research purposes.

# G

## Generic Prescription Drug

A **prescription drug**, that is identified by its:
- chemical;
- proprietary; or
- non-proprietary name; and
- is accepted by the U.S. Food and Drug Administration as therapeutically the same; and
- can be replaced with drugs with the same amount of active ingredient; and
- so, stated by Medispan or any other publication named by **Aetna** or consort.

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul .doc

CONDFIDENTIAL

Wellstar 002259

# H

## Homebound

This means that you are confined to your place of residence:

- Due to an **illness** or **injury** which makes leaving the home medically contraindicated; or
- Because the act of transport would be a serious risk to your life or health.

Situations where you would not be considered **homebound** include (but are not limited to) the following:

- You do not often travel from home because of feebleness or insecurity brought on by advanced age (or otherwise); or
- You are wheelchair bound but could safely be transported via wheelchair accessible transportation.

## Home Health Care Agency

An agency that meets all the following requirements.

- Mainly provides skilled nursing and other therapeutic services.
- Is associated with a professional group (of at least one **physician** and one **R.N.**) which makes policy.
- Has full-time supervision by a **physician** or an **R.N.**
- Keeps complete medical records on each person.
- Has an administrator.
- Meets licensing standards.

## Home Health Care Plan

This is a plan that provides for continued care and treatment of an **illness** or **injury**. The care and treatment must be:

- Prescribed in writing by the attending **physician**; and
- An alternative to a **hospital** or **skilled nursing facility stay**.

## Home Host Provider

Some PCPs are affiliated with integrated delivery systems (IDS) or other provider groups (such as Independent Practice Associations and **Physician-Hospital** Associations). These are referred to as **Home Host Providers**. If your PCP participates in such an arrangement, you will usually be referred to **specialists** and **hospitals** within that system or group. However, if your medical needs extend beyond the scope of the affiliated providers, you may ask to have services provided by non-affiliated **physicians** or facilities. Services provided by non-affiliated providers may require prior authorization from **Aetna** and/or the IDS or other provider group. Check with your PCP or call the Member Services number that appears on your ID card to find out if prior authorization is necessary.

## Hospice Care

This is care given to a **terminally ill** person by or under arrangements with a **hospice care agency**. The care must be part of a **hospice care program**.

## Hospice Care Agency

An agency or organization that meets all the following requirements:

- Has **hospice care** available 24 hours a day.
- Meets any licensing or certification standards established by the jurisdiction where it is located.
- Provides:
  - **Skilled nursing services**;
  - Medical social services; and
  - Psychological and dietary counseling.

CONDFIDENTIAL

Wellstar 002260

- Provides, or arranges for, other services which include:
  - **Physician** services;
  - Physical and occupational therapy;
  - Part-time home health aide services which mainly consist of caring for **terminally ill** people; and
  - Inpatient care in a facility when needed for pain control and acute and chronic symptom management.
- Has at least the following personnel:
  - One **physician**;
  - One **R.N.**; and
  - One licensed or certified social worker employed by the agency.
- Establishes policies about how **hospice care** is provided.
- Assesses the patient's medical and social needs.
- Develops a **hospice care program** to meet those needs.
- Provides an ongoing quality assurance program. This includes reviews by **physicians**, other than those who own or direct the agency.
- Permits all area medical personnel to utilize its services for their patients.
- Keeps a medical record on each patient.
- Uses volunteers trained in providing services for non-medical needs.
- Has a full-time administrator.

## Hospice Care Program

This is a written plan of **hospice care**, which:

- Is established by and reviewed from time to time by a **physician** attending the person, and appropriate personnel of a **hospice care agency**;
- Is designed to provide palliative and supportive care to **terminally ill** persons, and supportive care to their families; and
- Includes an assessment of the person's medical and social needs; and a description of the care to be given to meet those needs.

## Hospice Facility

A facility, or distinct part of one, that meets all the following requirements:

- Mainly provides inpatient **hospice care** to **terminally ill** persons.
- Charges patients for its services.
- Meets any licensing or certification standards established by the jurisdiction where it is located.
- Keeps a medical record on each patient.
- Provides an ongoing quality assurance program including reviews by **physicians** other than those who own or direct the facility.
- Is run by a staff of **physicians**. At least one staff **physician** must be on call at all times.
- Provides 24-hour-a-day nursing services under the direction of an **R.N.**
- Has a full-time administrator.

## Hospital

An institution that:

- Is primarily engaged in providing, on its premises, inpatient medical, surgical and diagnostic services;
- Is supervised by a staff of **physicians**;
- Provides twenty-four (24) hour-a-day **R.N.** service,
- Charges patients for its services;
- Is operating in accordance with the laws of the jurisdiction in which it is located; and

CONDFIDENTIAL

Wellstar 002261

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul .doc

- Does not meet all the requirements above, but does meet the requirements of the jurisdiction in which it operates for licensing as a **hospital** and is accredited as a **hospital** by the Joint Commission on the Accreditation of Healthcare Organizations.

*In no event,* does **hospital** include a convalescent nursing home or any institution or part of one which is used principally as a convalescent facility, rest facility, nursing facility, facility for the aged, extended care facility, intermediate care facility, **skilled nursing facility**, hospice, rehabilitative **hospital** or facility primarily for rehabilitative or custodial services.

## Hospitalization

A continuous confinement as an inpatient in a **hospital** for which a **room and board** charge is made.

# I

## Illness

A pathological condition of the body that presents a group of clinical signs and symptoms and laboratory findings peculiar to the findings set the condition apart as an abnormal entity differing from other normal or pathological body states.

## Infertile or Infertility

The condition of a presumably healthy covered person who is unable to conceive or produce conception after:

- *For a* woman *who is under 35 years of age:* 1 year or more of timed, unprotected coitus, or 12 cycles of artificial insemination; or
- *For a* woman *who is 35 years of age or older:* 6 months or more of timed, unprotected coitus, or 6 cycles of artificial insemination.

## Injury

An accidental bodily **injury** that is the sole and direct result of:

- An unexpected or reasonably unforeseen **occurrence** or event; or
- The reasonable unforeseeable consequences of a voluntary act by the person.
- An act or event must be definite as to time and place.

## Institute of Excellence (IOE)

A **hospital** or other facility that has contracted with **Aetna** to give services or supplies to an **IOE** patient in connection with specific transplants, procedures at a **negotiated charge**. A facility is an **IOE** facility only for those types of transplants, procedures for which it has signed a contract.

CONDFIDENTIAL

Wellstar 002262

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul   .doc

# J

## Jaw Joint ~~Disorder~~

This is:

- A Temporomandibular Joint (TMJ) dysfunction or any alike disorder of the **jaw joint**; or
- A Myofacial Pain Dysfunction (MPD); or
- Any alike disorder in the relationship of the **jaw joint** and the related muscles and nerves.

# L

## Late Enrollee

This is a team member in an Eligible Class who requests enrollment under this Plan after the Initial Enrollment Period. In addition, this is an eligible dependent for whom the team member did not elect coverage within the Initial Enrollment Period, but for whom coverage is elected at a later time.

However, an eligible team member or dependent may not be considered a **Late Enrollee** under certain circumstances. See the *Special Enrollment Periods* section of the Booklet.

## L.P.N.

A licensed practical or vocational nurse.

# M

## Mail Order Pharmacy

An establishment where **prescription drugs** are legally given out by mail or another carrier.

## Maintenance Care

Care made up of services and supplies that:

- Are given mainly to maintain, rather than to improve, a level of physical, or mental function; and
- Give a surrounding free from exposures that can worsen the person's physical or mental condition.

96

CONDFIDENTIAL

Wellstar 002263

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul .doc

## Medically Necessary or Medical Necessity

These are health care or dental services, and supplies or **prescription drugs** that a **physician**, other health care provider or **dental provider**, exercising prudent clinical judgment, would give to a patient for:

- preventing;
- evaluating;
- diagnosing; or
- treating:
  - an **illness**;
  - an **injury**;
  - a disease; or
  - its symptoms.

The provision of the service, supply or **prescription drug** must be:

a)  In accordance with generally accepted standards of medical or dental practice;
b)  Clinically appropriate, in terms of type, frequency, extent, site and duration, and considered effective for the patient's **illness, injury** or disease; and
c)  Not mostly for the convenience of the patient, **physician**, other health care or **dental provider**; and
d)  And do not cost more than an alternative service or sequence of services at least as likely to produce the same therapeutic or diagnostic results as to the diagnosis or treatment of that patient's **illness, injury**, or disease.

For these purposes "generally accepted standards of medical or dental practice" means standards that are based on credible scientific evidence published in peer-reviewed literature. They must be generally recognized by the relevant medical or dental community. Otherwise, the standards are consistent with **physician** or dental specialty society recommendations. They must be consistent with the views of **physicians** or **dentists** practicing in relevant clinical areas and any other relevant factors.

## Mental Disorder

An **illness** commonly understood to be a **mental disorder**, whether or not it has a physiological basis, and for which treatment is generally provided by or under the direction of a **behavioral health provider/practitioner** such as a **psychiatric physician**, a psychologist or a psychiatric social worker.

Any one of the following conditions is a **mental disorder** under this Plan:

- Anorexia/Bulimia Nervosa.
- Bipolar disorder.
- Major depressive disorder.
- Obsessive compulsive disorder.
- Panic disorder.
- Pervasive developmental disorder (including Autism).
- Psychotic disorders/Delusional disorder.
- Schizo-affective disorder.
- Schizophrenia.

Also included is any other mental condition which requires **Medically Necessary** treatment.

## Morbid Obesity

This means a **Body Mass Index** that is: greater than 40 kilograms per meter squared; or equal to or greater than 35 kilograms per meter squared with a comorbid medical condition, including: hypertension; a cardiopulmonary condition; sleep apnea; or diabetes.

CONDFIDENTIAL

# N

## Negotiated Charge

As to health expense coverage, other than **Prescription** Drug Expense Coverage:

The **negotiated charge** is the maximum charge a **network provider** has agreed to make as to any service or supply for the benefits under this Plan.

As to **Prescription** Drug Expense Coverage:
The **negotiated charge** is the amount **Aetna** has established for each **prescription drug** obtained from a **network pharmacy** under this Plan. This **negotiated charge** may reflect amounts **Aetna** has agreed to pay directly to the **network pharmacy** or to a third-party vendor for the **prescription drug**, and may include an additional service or risk charge set by **Aetna**.

The **negotiated charge** does not include or reflect any amount **Aetna**, an affiliate, or a third-party vendor, may receive under a rebate arrangement between **Aetna**, an affiliate or a third-party vendor and a drug manufacturer for any **prescription drug**, including **prescription drugs** on the **preferred drug guide**.

Based on its overall drug purchasing, **Aetna** may receive rebates from the manufacturers of **prescription drugs** and may receive or pay additional amounts from or to third parties underprice guarantees. These amounts will not change the **negotiated** charge under this Plan.

## Network Advanced Reproductive Technology (ART) Specialist

A **specialist physician** who has entered into a contractual agreement with **Aetna** for the provision of covered **Advanced Reproductive Technology (ART)** services.

## Network Provider

A health care provider or **pharmacy** who has contracted to furnish services or supplies for this Plan; but only if the provider is, with **Aetna's** consent, included in the **directory** as a **network provider** for:

- The service or supply involved; and
- The class of team members to which you belong.

## Network Service(s) or Supply(ies)

Health care service or supply that is:

- Furnished by a **network provider**; or
- Furnished or arranged by your **PCP**.

## Night Care Treatment

A **partial confinement treatment** program provided when you need to be confined during the night. A room charge is made by the **hospital, psychiatric hospital** or **residential treatment facility**. Such treatment must be available at least:

- 8 hours in a row a night; and
- 5 nights a week.

CONDFIDENTIAL

Wellstar 002265

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul    doc

## Non-Occupational Illness

A **non-occupational illness** is an **illness** that does not:

- Arise out of (or in the course of) any work for pay or profit; or
- Result in any way from an **illness** that does.

An **illness** will be deemed to be non-occupational regardless of cause if proof is furnished that the person:

- Is covered under any type of workers' compensation law; and
- Is not covered for that **illness** under such law.

## Non-Occupational Injury

A **non-occupational injury** is an accidental bodily **injury** that does not:

- Arise out of (or in the course of) any work for pay or profit; or
- Result in any way from an **injury** which does.

## Non-Preferred Drug (Non-Formulary)

A **prescription drug** that is not listed in the **preferred drug guide.** This includes **prescription drugs** on the **preferred drug guide exclusions list** that are approved by medical exception.

## Non-Specialist

A **physician** who is not a **specialist.**

## Non-Urgent Admission

An inpatient admission that is not an **emergency admission** or an **urgent admission.**

# O

## Occupational Injury or Occupational Illness

An **injury** or **illness** that:

- Arises out of (or in the course of) any activity in connection with employment or self-employment whether or not on a full-time basis; or
- Results in any way from an **injury** or **illness** that does.

## Occurrence

This means a period of disease or **injury.** An **occurrence** ends when 60 consecutive days have passed during which the covered person:

- Receives no medical treatment; services; or supplies; for a disease or **injury**; and
- Neither takes any medication, nor has any medication prescribed, for a disease or **injury.**

## Orthodontic Treatment

This is any:

- Medical service or supply; or
- Dental service or supply;

CONDFIDENTIAL

Wellstar 002266



furnished to prevent or to diagnose or to correct a misalignment:

- Of the teeth; or
- Of the bite; or
- Of the jaws or **jaw joint** relationship;

whether or not for relieving pain.

The following are not considered **ortho**dontic treatment:

- The installation of a space maintainer; or
- A surgical procedure to correct malocclusion.

## Out-of-Network Service(s) and Supply(ies)
Health care service or supply that is:

- Furnished by an **out-of network provider**; or
- Not furnished or arranged by your **PCP**.

## Out-of-Network Provider
A health care provider or **pharmacy** who has not contracted with **Aetna**, an affiliate, or a third-party vendor, to furnish services or supplies for this plan.

# P

## Partial Confinement Treatment
A plan of medical, psychiatric, nursing, counseling, and/or therapeutic services to treat **mental disorders** and **substance abuse**. The Plan must meet these tests:

- It is carried out in a **hospital**; **psychiatric hospital** or **residential treatment facility**; on less than a full-time inpatient basis.
- It is in accord with accepted medical practice for the condition of the person.
- It does not require full-time confinement.
- It is supervised by a **psychiatric physician** who weekly reviews and evaluates its effect.

## Payment Percentage
**Payment percentage** is both the percentage of **covered expenses** that the Plan pays, and the percentage of **covered expenses** that you pay. The percentage that the Plan pays is referred to as the "**plan payment percentage**," and varies by the type of expense. Please refer to the *Schedule of Benefits* for specific information on **payment percentage** amounts.

## Pharmacy
An establishment where **prescription drugs** are legally dispensed. **Pharmacy** includes a retail **pharmacy, mail order pharmacy** and **specialty pharmacy network pharmacy**.

CONDFIDENTIAL

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul    doc

## Physician

A duly licensed member of a medical profession who:

- Has an M.D. or D.O. degree;
- Is properly licensed or certified to provide medical care under the laws of the jurisdiction where the individual practices; and
- Provides medical services which are within the scope of his or her license or certificate.

This also includes a health professional who:

- Is properly licensed or certified to provide medical care under the laws of the jurisdiction where he or she practices;
- Provides medical services which are within the scope of his or her license or certificate;
- Under applicable insurance law is considered a **"physician"** for purposes of this coverage;
- Has the medical training and clinical expertise suitable to treat your condition;
- Specializes in psychiatry, if your **illness** or **injury** is caused, to any extent, by alcohol abuse, substance abuse or a **mental disorder**; and
- A **physician** is not you or related to you.

## Precertification or Precertify

A process where **Aetna** is contacted before certain services are provided, such as **hospitalization** or outpatient surgery, or **prescription drugs** are prescribed to determine whether the services being recommended or the drugs prescribed are considered **covered expenses** under the Plan. It is not a guarantee that benefits will be payable.

## Preferred Drug Guide

A listing of **prescription drugs** established by **Aetna** or an affiliate, which includes both **brand name prescription drugs** and **generic prescription drugs**. This list is subject to periodic review and modification by **Aetna** or an affiliate. A copy of the **preferred drug guide** will be available upon your request or may be accessed on the member portal at www.**Aetna**.com/formulary.

## Preferred Drug Guide Exclusions List

A list of **prescription drugs** in the **preferred drug guide** that are identified as excluded under the Plan. This list is subject to periodic review and modification by **Aetna**.

## Preferred Network Pharmacy

A WellStar pharmacy or **network retail pharmacy** that has contracted with **Aetna**, an affiliate, or a third-party vendor, to provide outpatient **prescription drugs** that we have identified as a **preferred network pharmacy**.

## Prescriber

Any **physician** or **dentist**, acting within the scope of his or her license, who has the legal authority to write an order for a **prescription drug**.

## Prescription

An order for the dispensing of a **prescription drug** by a prescriber. If it is an oral order, it must be promptly put in writing by the **pharmacy**.

CONDFIDENTIAL

Wellstar 002268

## Prescription Drug

A drug, biological, or compounded **prescription** which, by State and Federal Law, may be dispensed only by **prescription** and which is required to be labeled "Caution: Federal Law prohibits dispensing without **prescription**." This includes:

- An injectable drug prescribed to be self-administered or administered by any other person except one who is acting within his or her capacity as a paid healthcare professional. Covered injectable drugs include injectable insulin.

## Primary Care Physician (PCP)

This is the **network provider** who:

- Is selected by a person from the list of **primary care physicians** in the **directory**;
- Supervises, coordinates and provides initial care and basic medical services to a person as a general or family care practitioner, or in some cases, as an internist or a pediatrician; and
- Is shown on **Aetna**'s records as the person's **PCP**.

## Psychiatric Hospital

This is an institution that meets all the following requirements.

- Mainly provides a program for the diagnosis, evaluation, and treatment of alcoholism, **substance abuse** or **mental disorders**.
- Is not mainly a school or a custodial, recreational or training institution.
- Provides infirmary-level medical services. Also, it provides, or arranges with a **hospital** in the area for, any other medical service that may be required.
- Is supervised full-time by a **psychiatric physician** who is responsible for patient care and is there regularly.
- Is staffed by **psychiatric physicians** involved in care and treatment.
- Has a **psychiatric physician** present during the whole treatment day.
- Provides, at all times, **psychiatric** social work and nursing services.
- Provides, at all times, **skilled nursing services** by licensed nurses who are supervised by a full-time **R.N.**
- Prepares and maintains a written plan of treatment for each patient based on medical, psychological and social needs. The plan must be supervised by a **psychiatric physician**.
- Makes charges.
- Meets licensing standards.

## Psychiatric Physician

This is a **physician** who:

- Specializes in psychiatry; or
- Has the training or experience to do the required evaluation and treatment of alcoholism, **substance abuse** or **mental disorders**.

CONDFIDENTIAL

Wellstar 002269

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul .doc

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul .doc

# R

## Recognized Charge

The amount of an **out-of-network provider's** charge that is eligible for coverage. You are responsible for all amounts above the **recognized charge.** The **recognized charge** may be less than the provider's full charge.

Your Plan's **recognized charge** applies to all out-of-network **covered expenses** except out of network **emergency services.** It applies even to charges from an **out-of-network provider** in a **hospital** that is a **network provider.** It also applies when your **PCP** or another **network provider** refers you to an **out-of-network provider.** Except for **Aetna** facility fee schedule, the **recognized charge** is determined based on the Geographic area where you receive the service or supply.

Except as otherwise specified below, the recognized charge for each service or supply is the lesser of what the **provider** bills and:

- ▪ For professional services and for other services or supplies not mentioned below:
  - - 125% of the Medicare allowable rate

- ▪ For services of **hospitals** and other facilities:
  - - 140% of the Medicare allowable rate

- ▪ For **prescription drugs**:
  - - 110% of the **Average wholesale price** (AWP)

The **recognized charge** is the **negotiated charge** for **providers** with whom we have a direct contract but are not **network providers** or, if there is no direct contract, with whom we have a contract through any third party that is not an affiliate of **Aetna.**

If your ID card displays the National Advantage Program (NAP) logo, the **recognized charge** is the rate we have negotiated with your NAP provider. Your out-of-network cost sharing applies when you get care from NAP **providers,** except for **emergency services.**

A NAP **provider** is a **provider** with whom we have a contract through any third party that is not an affiliate of **Aetna** or through the Coventry National or First Health Networks. However, a NAP **provider** listed in the NAP **directory** is not a **network provider.**

We have the right to apply **Aetna** reimbursement policies. Those policies may further reduce the **recognized charge.** These policies consider factors such as:
- • The duration and complexity of a service
- • When multiple procedures are billed at the same time, whether additional overhead is required
- • Whether an assistant surgeon is necessary for the service
- • If follow up care is included
- • Whether other characteristics modify or make a service unique
- • When a claim includes more than one claim line, whether any services described by a claim line are part of or incidental to the primary service provided and
- • The educational level, licensure or length of training of the **provider**

**Aetna** reimbursement policies are based on our review of:
- ▪ The Centers for Medicare and Medicaid Services' (CMS) National Correct Coding Initiative (NCCI) and other external materials that say what billing and coding practices are and are not appropriate
- ▪ Generally accepted standards of medical and dental practice and
- ▪ The views of **physicians** and **dentists** practicing in the relevant clinical areas

CONFIDENTIAL

Wellstar 002270

We use commercial software to administer some of these policies. Some policies are different for professional services than for facility services.

**Special terms used**
**Aetna** facility fee schedule, **Average wholesale price** (AWP), Geographic area, and Medicare allowable rates are defined as follows:

**Aetna** facility fee schedule
The schedule of rates we developed using our data or experience for out-of-network facility services and supplies. We adjust the schedule from time to time at our discretion.

**Average wholesale price** (AWP)
Is the current **average wholesale price** of a **prescription drug** listed in the Medi-span weekly price updates (or any other similar publication chosen by **Aetna**).

Geographic area
The Geographic area made up of the first three digits of the U.S. Postal Service zip codes. If we determine we need more data for a service or supply, we may base rates on a wider Geographic area such as an entire state.

Medicare allowable rates
Except as specified below, these are the rates CMS establishes for services and supplies provided to Medicare enrollees. We update our systems with these revised rates within 180 days of receiving them from CMS. If Medicare does not have a rate, we will determine the rate as follows:
- Use the same method CMS uses to set Medicare rates.
- Look at what other providers charge.
- Look at how much work it takes to perform a service.
- Look at other things as needed to decide what rate is reasonable for a service or supply.

> **Additional information:**
> Get the most value out of your benefits. Use the "Estimate the Cost of Care" tool on **Aetna** Navigator® to help decide whether to get care in network or out-of-network. The member portal at www.Aetna.com may contain additional information which may help you determine the cost of a service or supply. Log on to **Aetna** Navigator® to access the "Estimate the Cost of Care" feature. Within this feature, view our "Cost of Care" and "Member Payment Estimator" tools.

## Rehabilitation Facility
A facility, or a distinct part of a facility which provides **rehabilitative services**, meets any licensing or certification standards established by the jurisdiction where it is located, and makes charges for its services.

## Rehabilitative Services
The combined and coordinated use of medical, social, educational and vocational measures for training or retraining if you are disabled by **illness** or **injury**.

## Residential Treatment Facility (Mental Disorders)
This is an institution that meets all the following requirements:

- Is accredited by one of the following agencies, commissions or committees for the services being provided: The Joint Commission (TJC), Committee on Accreditation of Rehabilitation Facilities (CARF), American Osteopathic Association's Healthcare Facilities Accreditation Program (HFAP) or the Council on Accreditation (COA); or is credentialed by **Aetna;**
- Meets all applicable licensing standards established by the jurisdiction in which it is located;
- Performs a comprehensive patient assessment preferably before admission, but at least upon admission;

CONDFIDENTIAL

Wellstar 002271

- Creates individualized active treatment plans directed toward the alleviation of the impairment that caused the admission;
- Can involve family/support systems in the therapeutic process;
- Has the level of skilled intervention and provision of care must be consistent with the patient's **illness** and risk;
- Provides access to psychiatric care by a **psychiatrist** as necessary for the provision of such care;
- Provides treatment services that are managed by a **behavioral health provider/practitioner** who functions under the direction/supervision of a medical director; and
- Is not a wilderness treatment program (whether or not the program is part of a licensed **residential treatment facility**, or otherwise licensed institution), educational services, schooling or any such related or similar program, including therapeutic programs within a school setting.

In addition to the above requirements, for Mental Health Residential Treatment Programs:

- A **behavioral health provider/practitioner** must be actively on duty 24 hours per day for 7 days a week;
- The patient is treated by a **psychiatrist** at least once per week; and
- The medical director must be a **psychiatrist**.

## Residential Treatment Facility (Substance Abuse)

This is an institution that meets all the following requirements:

- Is accredited by one of the following agencies, commissions or committees for the services being provided: The Joint Commission (TJC), Committee on Accreditation of Rehabilitation Facilities (CARF), American Osteopathic Association's Healthcare Facilities Accreditation Program (HFAP), or the Council on Accreditation (COA); or is credentialed by **Aetna**;
- Meets all applicable licensing standards established by the jurisdiction in which it is located;
- Performs a comprehensive patient assessment preferably before admission, but at least upon admission;
- Creates individualized active treatment plans directed toward the alleviation of the impairment that caused the admission;
- Can involve family and/or support systems in the therapeutic process;
- Has the level of skilled intervention and provision of care that is consistent with the patient's **illness** and risk;
- Provides access to psychiatric care by a **psychiatrist** as necessary for the provision of such care;
- Provides treatment services that are managed by a **behavioral health provider/practitioner** who functions under the direction/supervision of a medical director; and
- Is not a wilderness treatment program (whether or not the program is part of a licensed **residential treatment facility**, or otherwise licensed institution), educational services, schooling or any such related or similar program, including therapeutic programs within a school setting.

In addition to the above requirements, for Chemical Dependence Residential Treatment Programs:

- Is a **behavioral health provider/practitioner** or an appropriately state certified professional (for example, CADC, CAC);
- Is actively on duty during the day and evening therapeutic programming; and
- The medical director must be a **physician** who is an addiction **specialist**.

In addition to the above requirements, for Chemical Dependence **Detoxification** Programs within a residential setting:

- An **R.N.** is onsite 24 hours per day for 7 days a week; and
- The care must be provided under the direct supervision of a **physician**.

CONFIDENTIAL

Wellstar 002272

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul   .doc

### R.N.
A registered nurse.

### Room and Board
Charges made by an institution for **room and board** and other **medically necessary** services and supplies. The charges must be regularly made at a daily or weekly rate.

# S

### Self-injectable Drug(s)
**Prescription drugs** that are intended to be self-administered by injection to a specific part of the body to treat medical conditions.

### Semi-Private Room Rate
The **room and board** charge that an institution applies to the most beds in its semi-private rooms with 2 or more beds. If there are no such rooms, **Aetna** will figure the rate based on the rate most commonly charged by similar institutions in the same geographic area.

### Service Area
This is the geographic area, as determined by **Aetna**, in which **network providers** for this Plan are located.

### Skilled Nursing Facility
An institution that meets all the following requirements:

- It is licensed to provide, and does provide, the following on an inpatient basis for persons convalescing from **illness** or **injury**:
    - Professional nursing care by an **R.N.**, or by a **L.P.N.** directed by a full-time **R.N.**; and
    - Physical restoration services to help patients to meet a goal of self-care in daily living activities.
- Provides 24 hour a day nursing care by licensed nurses directed by a full-time **R.N.**
- Is supervised full-time by a **physician** or an **R.N.**
- Keeps a complete medical record on each patient.
- Has a utilization review plan.
- Is not mainly a place for rest, for the aged, for drug addicts, for alcoholics, for mental retardates, for custodial or educational care, or for care of **mental disorders**.
- Charges patients for its services.
- An institution or a distinct part of an institution that meets all the following requirements:
    - It is licensed or approved under state or local law.
    - Is primarily engaged in providing skilled nursing care and related services for residents who require medical or nursing care, or rehabilitation services for the rehabilitation of injured, disabled, or sick persons.
- Qualifies as a **skilled nursing facility** under Medicare or as an institution accredited by:
    - The Joint Commission on Accreditation of Health Care Organizations;
    - The Bureau of **Hospitals** of the American Osteopathic Association; or
    - The Commission on the Accreditation of Rehabilitative Facilities

**Skilled nursing facilities** also include rehabilitation **hospitals** (all levels of care, e.g. acute) and portions of a **hospital** designated for skilled or **rehabilitation services**.

CONDFIDENTIAL

Wellstar 002273

WellStar Legacy - 2017 Aetna SPD FINAL DRAFT (Redline Version No Schedul   doc

**Skilled nursing facility** does not include:

- Institutions which provide only:
  - Minimal care;
  - **Custodial care** services;
  - Ambulatory; or
  - Part-time care services.
- Institutions which primarily provide for the care and treatment of alcoholism, **substance abuse** or mental **disorders**.

## Skilled Nursing Services

Services that meet all the following requirements:

- The services require medical or paramedical training.
- The services are rendered by an **R.N.** or **L.P.N.** within the scope of his or her license.
- The services are not custodial.

## Specialist

A **physician** who practices in any generally accepted medical or surgical sub-specialty.

## Specialty Care

Health care services or supplies that require the services of a **specialist**.

## Specialty Care Drugs

Injectable, infusion and oral **prescription drugs** that are prescribed to address complex, chronic diseases with associated co-morbidities such as cancer, rheumatoid arthritis, hemophilia, multiple sclerosis.

You can access the list of these **specialty care prescription drugs** by calling the toll-free number on your Member ID card or by logging on to the member portal at www.Aetna.com

## Specialty Pharmacy Network

A network of pharmacies designated to fill **specialty care drugs**.

## Stay

A full-time inpatient confinement for which a **room and board** charge is made.

## Step Therapy

A form of **precertification** under which certain **prescription drugs** will be excluded from coverage, unless a first-line therapy drug(s) is used first by you. The list of step-therapy drugs is subject to change by **Aetna** or an affiliate. An updated copy of the list of drugs subject to **step therapy** shall be available upon request by you or may be accessed on the member portal at www.**Aetna**.com/formulary.

## Substance Abuse

This is a physical or psychological dependency, or both, on a controlled substance or alcohol agent (These are defined on Axis I in the Diagnostic and Statistical Manual of **Mental Disorders** (DSM) published by the American Psychiatric Association which is current as of the date services are rendered to you or your covered dependents.) This term does not include conditions not attributable to a **mental disorder** that are a focus of attention or treatment (the V codes on Axis I of DSM); an addiction to nicotine products, food or caffeine intoxication.

CONFIDENTIAL

## Surgery Center

A freestanding ambulatory surgical facility that meets all the following requirements:

- Meets licensing standards.
- Is set up, equipped and run to provide general surgery.
- Charges for its services.
- Is directed by a staff of **physicians**. At least one of them must be on the premises when surgery is performed and during the recovery period.
- Has at least one certified anesthesiologist at the site when surgery requiring general or spinal anesthesia is performed and during the recovery period.
- Extends surgical staff privileges to:
  - **Physicians** who practice surgery in an area **hospital**; and
  - **Dentists** who perform oral surgery.
- Has at least 2 operating rooms and one recovery room.
- Provides, or arranges with a medical facility in the area for, diagnostic x-ray and lab services needed in connection with surgery.
- Does not have a place for patients to **stay** overnight.
- Provides, in the operating and recovery rooms, full-time **skilled nursing services** directed by an **R.N.**
- Is equipped and has trained staff to handle **emergency medical conditions**.

Must have all the following:

- A **physician** trained in cardiopulmonary resuscitation; and
- A defibrillator; and
- A tracheotomy set; and
- A blood volume expander.
- Has a written agreement with a **hospital** in the area for immediate emergency transfer of patients.
- Written procedures for such a transfer must be displayed and the staff must be aware of them.
- Provides an ongoing quality assurance program. The program must include reviews by **physicians** who do not own or direct the facility.
- Keeps a medical record on each patient.

## T

## Terminally Ill (Hospice Care)

**Terminally ill** means a medical prognosis of 12 months or less to live.

## Therapeutic Drug Class

A group of drugs or medications that have a similar or identical mode of action or exhibit similar or identical outcomes for the treatment of a disease or **injury**.

## U

## Urgent Admission

A **hospital** admission by a **physician** due to:

- The onset of or change in an **illness**; or
- The diagnosis of an **illness**; or

CONDFIDENTIAL

Wellstar 002275

- An **injury**.
- The condition, while not needing an **emergency admission**, is severe enough to require confinement as an inpatient in a **hospital** within 2 weeks from the date the need for the confinement becomes apparent.

## Urgent Care Facility

A facility licensed as a freestanding medical facility by applicable state and federal laws to treat an **urgent condition.**

## Urgent Care Provider

This is:

- A freestanding medical facility that meets all the following requirements.
  - Provides unscheduled medical services to treat an **urgent condition** if the person's **physician** is not reasonably available.
  - Routinely provides ongoing unscheduled medical services for more than 8 consecutive hours.
  - Charges for its services and supplies.
  - Is licensed and certified as required by any state or federal law or regulation.
  - Keeps a medical record on each patient.
  - Provides an ongoing quality assurance program. This includes reviews by **physicians** other than those who own or direct the facility.
  - Is run by a staff of **physicians**. At least one **physician** must be on call at all times.
  - Has a full-time administrator who is a licensed **physician**.
- A **physician's** office, but only one that:
  - Has contracted with **Aetna** to provide urgent care; and
  - Is, with **Aetna's** consent, included in the **directory** as a network **urgent care provider**.

It is not the emergency room or outpatient department of a **hospital**.

## Urgent Condition

This means a sudden **illness**; **injury**; or condition; that:

- Is severe enough to require prompt medical attention to avoid serious deterioration of your health;
- Includes a condition which would subject you to severe pain that could not be adequately managed without urgent care or treatment;
- Does not require the level of care provided in the emergency room of a **hospital**; and
- Requires immediate outpatient medical care that cannot be postponed until your **physician** becomes reasonably available.

# W 

## Walk-in Clinic

**Walk-in Clinics** are free-standing health care facilities.  They are an alternative to a **physician's** office visit for treatment of:
- Unscheduled, non-emergency **illnesses** and **injuries**;
- The administration of certain immunizations; and
- Individual screening and counseling services.

It is not an alternative for emergency room services or the ongoing care provided by a **physician**.

Neither:
- An emergency room; nor
- The outpatient department of a **hospital**; shall be considered a **Walk-in Clinic**.

CONDFIDENTIAL

Wellstar 002276

# General Information

## WellStar Health System, Inc.

The following information is provided to you in accordance with the Employee Retirement Income Security Act of 1974 (ERISA).

**Name of Plan:**
WellStar Health System Employee Medical Plan

**Employer Identification Number:**
58-1649541

**Plan Number:**
505
**Type of Plan:**
Welfare

**Type of Administration:**
Administrative Services Contract with:

> **Aetna** Life Insurance Company
> 151 Farmington Avenue
> Hartford, CT 06156

**Plan Administrator:**
WellStar Health System, Inc.
793 Sawyer Road
Marietta GA 30062
Telephone Number: (470) 644-0100

**Agent For Service of Legal Process:**
WellStar Health System, Inc.
WellStar Employee Medical Plan Appeals Committee
793 Sawyer Road
Marietta GA 30062

Service of legal process may also be made upon the Plan Administrator

**End of Plan Year:**
December 31

**Source of Contributions:**
Employer and Team Member

**Procedure for Amending the Plan:**
The Employer may amend the Plan from time to time by a written instrument signed by the person designated by the plan Administrator.

110

CONDFIDENTIAL

# ERISA Rights

As a participant in the group benefit plan you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974. ERISA provides that all plan participants shall be entitled to:

## Receive Information about Your Plan and Benefits

Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all documents governing the Plan, including insurance contracts, collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) that is filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts, collective bargaining agreements, and copies of the latest annual report (Form 5500 Series), and an updated Summary Plan Description. The Administrator may make a reasonable charge for the copies.

Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

Receive a copy of the procedures used by the Plan for determining a qualified domestic relations order (QDRO) or a qualified medical child support order (QMCSO).

## Continue Group Health Plan Coverage

Continue health care coverage for yourself, your spouse, or your dependents if there is a loss of coverage under the Plan because of a qualifying event. You or your dependents may have to pay for such coverage. Review this summary plan description and the documents governing the Plan for the rules governing your COBRA continuation coverage rights.

Reduction or elimination of exclusionary periods of coverage for preexisting conditions under your group health plan, if you have **creditable coverage** from another plan. You should be provided a certificate of **creditable coverage,** free of charge, from your group health plan or health insurance issuer when you lose coverage under the Plan, when you become entitled to elect COBRA continuation coverage, when your COBRA continuation coverage ceases, if you request it before losing coverage, or if you request it up to 24 months after losing coverage. Without evidence of **creditable coverage,** you may be subject to preexisting condition exclusion for 12 months after your enrollment date in your coverage under this Plan. Contact your Plan Administrator for assistance in obtaining a certificate of **creditable coverage**.

## Prudent Actions by Plan Fiduciaries

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the team member benefit plan. The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in your interest and that of other plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

## Enforce Your Rights

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA there are steps you can take to enforce the above rights. For instance, if you request materials from the Plan and do not receive them within 30 days you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay up to $ 110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrator.

CONDFIDENTIAL

Wellstar 002278

If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court. In addition, if you disagree with the Plan's decision or lack thereof concerning the status of a domestic relations order or a medical child support order, you may file suit in a federal court.

If Plan fiduciaries misuse the Plan's money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

**Assistance with Your Questions**
If you have any questions about your Plan, you should contact the Plan Administrator.

If you have any questions about this statement or about your rights under ERISA, you should contact:

- the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone **directory**; or
- the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington D.C. 20210.

You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

Required benefit notifications can be accessed through the MyBenefits portal at www.wellstarmybenefits.org.

CONDFIDENTIAL

Wellstar 002279