# EXHIBIT P



November 28, 2017

████████████

RE:   ████████████
      DOB – ████████████
      WS Premium HSA (Self-Insured)

Dear ████████████

The WellStar Employee Medical Plan Appeals Committee completed its investigation of your Third Level Appeal dated August 21, 2017 regarding your claims for infertility treatment performed by Dr. ████████████ of the Atlanta Center for Reproductive Medicine. You raised the concern about Aetna's medical criteria for infertility treatment as outlined in their Clinical Policy Bulletin.

A description of your Third Level Appeal was presented to the WellStar Employee Medical Plan Appeals Committee.  A clinical review of the appeals materials and relevant medical records was conducted.

After a careful review of your Third Level Appeal, the Appeals Committee has decided to uphold the Aetna second level appeal decision. This decision was based on the following comments from the clinical reviewer:

*The note in the March 17, 2017 correspondence states that laboratory results from November 2016 show the patient to be menopausal.  With that being the case, then I agree with the denial as IVF treatment in a patient greater than 40 years of age*
*with laboratory confirmation of menopause would not meet the criteria for IVF in accordance with generally accepted standards of medical practice.*

You are entitled to receive, upon request, reasonable access to and copies of all documents relevant to your appeal on which the decision was based. If you have any questions, please feel free to call me at (470) 956-5209.

If you do not agree with this appeal decision, you may have the right to bring a civil action under 502 (a) of the Employee Retirement Income Security Act of 1974 (ERISA), if applicable.

Sincerely,



Jerry Samson, WellStar Health System, Senior Benefits Analyst
On behalf of the WellStar Employee Medical Plan

**Exhibit Aetna 0019**

CONDFIDENTIAL                                                                                                                           Wellstar 001409



October 2, 2018

RE: 
DOB –
WS Premium HSA (Self-Insured)

Dear

The WellStar Employee Medical Plan Appeals Committee completed its investigation of your Third Level Appeal dated August 31, 2018 regarding your precertification request for infertility treatment to be performed by Dr.            of the Atlanta Center for Reproductive Medicine.

A description of your Third Level Appeal was presented to the WellStar Employee Medical Plan Appeals Committee. All submitted records were reviewed, including:

- Your precertification request
- Your appeal letters
- The Aetna appeal decision letters
- Aetna Clinical Policy Bulletin #0327 – Infertility
- Aetna Clinical Policy Bulletin #0358 – Invasive Prenatal Diagnosis of Genetic Diseases

A thorough review of the appeals materials and relevant medical records was conducted, including by the clinical member of the WellStar Appeals Committee.

After a careful review of your Third Level Appeal, the Appeals Committee has decided to uphold the Aetna second level appeal decision. The rationale for this decision is noted below:

*Patient is not considered infertile. The appeal request for preimplantation genetic diagnosis for aneuploidy screening is denied based on the Clinical Policy Bulletins criteria. There are no specific inherited genetic mutations identified in either biological parent. Clinical studies have not shown or proven that this procedure is effective in optimizing IVF outcomes in women.*

You are entitled to receive, upon request, reasonable access to and copies of all documents relevant to your appeal on which the decision was based. If you have any questions, please feel free to call me at (470) 956-5209.

If you do not agree with this appeal decision, you may have the right to bring a civil action under 502 (a) of the Employee Retirement Income Security Act of 1974 (ERISA), if applicable.

CONDFIDENTIAL

Sincerely,

Jerry Samson, WellStar Health System, Senior Benefits Analyst
On behalf of the WellStar Employee Medical Plan

CONDFIDENTIAL                                                                                                              Wellstar 001411