# EXHIBIT S

From: Evans, Julie [mailto:EvansJ2@aetna.com]
Sent: Wednesday, October 12, 2016 10:59 AM
To: Waters, Glynnis
Subject: RE: WellStar Renewal Acceptance


Glynnis, sorry – still catching up from being out!  I think Janie has updated you on the SBCs.  We should have them any day now.  I am sorry, what were you needing on the non-discrimination act?  I can send you some info on the act and how we are applying it on our fully insured.  WellStar ultimately needs their counsel to agree and advise if they are subject to the act (most hospitals are…..).  I will send you something on this later today.


From: Waters, Glynnis [mailto:glynnis.waters@mercer.com]
Sent: Friday, September 30, 2016 2:10 PM
To: Evans, Julie
Subject: RE: WellStar Renewal Acceptance


Hi Julie,


Do you mind letting me know when we will have the SBC's, I believe they were delayed due to the sign off. Also, do you have the updates for 1557 yet?


Glynnis Waters, Senior Associate

Mercer | 3560 Lenox Road, Suite 2400, Atlanta, GA 30326, USA

P: +1 404 442 3434 | M: +1 404 702 8392

glynnis.waters@mercer.com<mailto:glynnis.waters@mercer.com>

www.mercer.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.mercer.com_&d=CwMFAg&c=wluqKIiwffOpZ6k5sqMWMBOnOvyYnlulRJmmvOXCFpM&r=MSeJex36n_LNfpfYLAs5BAQKtBvEM56sPuiT6ID4EGE&m=h69JARO57V6YO-xPz51FNOnHrtr7a2I1L5d_i1seoG4&s=gjjIXwos6xTsfDn11mm2qNooqCP_y092mODsOuAH6iw&e=> | Mercer (US) Inc.


Making a difference in the health, wealth and careers of 110 million people everyday


_____


From: Evans, Julie [mailto:EvansJ2@aetna.com]
Sent: Friday, September 30, 2016 11:14 AM
To: Waters, Glynnis
Subject: RE: WellStar Renewal Acceptance


Thank you Glynnis!  Have a great day.


From: Waters, Glynnis [mailto:glynnis.waters@mercer.com]
Sent: Friday, September 30, 2016 7:56 AM
To: Evans, Julie

CONFIDENTIAL                                                                                              AETNA-KULWICKI_0003865

Cc: Ditty, Bob; Ladden, Matthew
Subject: WellStar Renewal Acceptance


Hello Julie,


WellStar has accepted the Aetna renewals for medical.  I have the signed ASC and will scan and email it to you upon my return to the office on Monday. If you have any questions, please let us know.


We also need the 2017 SBC's as soon as possible.


Warmest regards,

Glynnis


Glynnis Waters, Senior Associate

Mercer | 3560 Lenox Road, Suite 2400, Atlanta, GA 30326, USA

P: +1 404 442 3434 | M: +1 404 702 8392

glynnis.waters@mercer.com<mailto:glynnis.waters@mercer.com>

www.mercer.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.mercer.com_&d=CwMFAg&c=wluqKIiwffOpZ6k5sqMWMBOnOvyYnlulRJmmvOXCFpM&r=MSeJex36n_LNfpfYLAs5BAQKtBvEM56sPuiT6ID4EGE&m=2iqwB4Zgeo-Fhw9TqUgE4SN2id7biIW3UgWhSgG7gE4&s=BotvJEhCAsR1Zzy6VA_fjWsWZxZ_-1klbFOUNMnX_4A&e=> | Mercer (US) Inc.



Making a difference in the health, wealth and careers of 110 million people everyday


———

This email and any attachments may be confidential or proprietary. Any review, use, disclosure, distribution or copying of this email is prohibited except by or on behalf of the intended recipient. If you received this message in error or are not the intended recipient, please delete or destroy the email message and any attachments or copies and notify the sender of the erroneous delivery by return email. To the extent that this message or its attachments were sent without encryption, we cannot guarantee that the contents have not been changed or tampered with. Any advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be used for any other purpose without our prior written consent.

This e-mail may contain confidential or privileged information. If you think you have received this e-mail in error, please advise the sender by reply e-mail and then delete this e-mail immediately. Thank you. Aetna

———

This email and any attachments may be confidential or proprietary. Any review, use, disclosure, distribution or copying of this email is prohibited except by or on behalf of the intended recipient. If

you received this message in error or are not the intended recipient, please delete or destroy the email message and any attachments or copies and notify the sender of the erroneous delivery by return email. To the extent that this message or its attachments were sent without encryption, we cannot guarantee that the contents have not been changed or tampered with. Any advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be used for any other purpose without our prior written consent.

This e-mail may contain confidential or privileged information. If you think you have received this e-mail in error, please advise the sender by reply e-mail and then delete this e-mail immediately. Thank you. Aetna

———

This email and any attachments may be confidential or proprietary. Any review, use, disclosure, distribution or copying of this email is prohibited except by or on behalf of the intended recipient. If you received this message in error or are not the intended recipient, please delete or destroy the email message and any attachments or copies and notify the sender of the erroneous delivery by return email. To the extent that this message or its attachments were sent without encryption, we cannot guarantee that the contents have not been changed or tampered with. Any advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be used for any other purpose without our prior written consent.

This e-mail may contain confidential or privileged information. If you think you have received this e-mail in error, please advise the sender by reply e-mail and then delete this e-mail immediately. Thank you. Aetna

———

This email and any attachments may be confidential or proprietary. Any review, use, disclosure, distribution or copying of this email is prohibited except by or on behalf of the intended recipient. If you received this message in error or are not the intended recipient, please delete or destroy the email message and any attachments or copies and notify the sender of the erroneous delivery by return email. To the extent that this message or its attachments were sent without encryption, we cannot guarantee that the contents have not been changed or tampered with. Any advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be used for any other purpose without our prior written consent.

This e-mail may contain confidential or privileged information. If you think you have received this e-mail in error, please advise the sender by reply e-mail and then delete this e-mail immediately. Thank you. Aetna

———

This email and any attachments may be confidential or proprietary. Any review, use, disclosure, distribution or copying of this email is prohibited except by or on behalf of the intended recipient. If you received this message in error or are not the intended recipient, please delete or destroy the email message and any attachments or copies and notify the sender of the erroneous delivery by return email. To the extent that this message or its attachments were sent without encryption, we cannot guarantee that the contents have not been changed or tampered with. Any advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be used for any other purpose without our prior written consent.