IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARA KULWICKI, on behalf of herself and all others similarly situated,<br><br>Plaintiff.<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:22-cv-00229-VDO |

**DECLARATION OF JAMISEN A. ETZEL, ESQ.**

I, Jamisen A. Etzel, hereby declare and state as follows:

1. I am an attorney licensed in the state of Pennsylvania and admitted to practice *pro hac vice* in this matter. I represent Plaintiff in this matter.

2. If called to testify, I could do so competently regarding the following facts, of which I have personal knowledge:

3. On June 24, 2024, counsel for Plaintiff issued a non-party subpoena under Fed. R. Civ. P. 45 to Wellstar Health System, Inc. ("Wellstar") and notified counsel for Defendant Aetna Life Insurance Company of that fact on the same day.

4. On June 28, 2024, counsel for Defendant notified counsel for Plaintiff that Defendant had issued a Rule 45 subpoena to Wellstar, dated June 28, 2024.

5. On July 2, 2024, counsel for Aetna sent an introductory email to an attorney representing Wellstar, and copied counsel for Plaintiff.

6. That attorney for Wellstar began responding to counsel for Plaintiff and Defendant about this action on July 8, 2024.

1

7. Wellstar did not serve any formal objections to Plaintiff's Rule 45 subpoena or move to quash it, and I am not aware of any formal objections or motions to quash that Wellstar made against Aetna's subpoena to Wellstar.

8. The parties and Wellstar's counsel engaged in multiple meet-and-confers via telephone and email correspondence regarding Wellstar's production of documents and production of a designee witness to testify at a deposition.

9. Wellstar began producing documents to Plaintiff and Defendant in response to the subpoenas on September 13, 2024, and made additional productions thereafter.

10. A designee witness for Wellstar testified at a deposition taken on October 21, 2024, and attended and conducted by counsel for both Plaintiff and Defendant. *See* ECF No. 151-2.

11. Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge.

Executed March 19, 2025          By: */s/ Jamisen A. Etzel*

in Pittsburgh, Pennsylvania

                                          Jamisen A. Etzel, Esq.
                                          Lynch Carpenter LLP
                                          1133 Penn Ave., 5th Fl.
                                          Pittsburgh, PA 15222
                                          412-322-9243
                                          jamisen@lcllp.com