**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| TARA KULWICKI, on behalf of herself and all others similarly situated,<br><br>    Plaintiff.<br><br> v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 3:22-cv-00229-VDO<br><br><br><br><br>November 21, 2025 |

## STIPULATION

Plaintiff Tara Kulwicki ("Plaintiff") alleges in her Amended Complaint – Class Action in the above-styled matter that Defendant Aetna Life Insurance Company ("Defendant") receives Federal financial assistance as relevant to the Affordable Care Act, 42 U.S.C. §18116(a). *See* ECF No. 42 ¶¶8, 64–65, 77–78. In order to facilitate discovery in this matter, Defendant hereby stipulates and agrees that Defendant does not contest in this litigation that, during the period at issue, Aetna Life Insurance Company received Federal financial assistance under the Affordable Care Act, 42 U.S.C. §18116(a).

This stipulation is made for the purposes of the above-styled civil action only and may not be used for any other purpose or in any other matter. This stipulation is made solely by and on behalf of Aetna Life Insurance Company and is not applicable to, and may not be used against, any other entity related to or associated with Aetna Life Insurance Company, including but not limited to Aetna Inc. or CVS Health Corporation.

Defendant makes this stipulation under current law and expressly reserves, and does not waive, the right to assert any and all defenses that may arise hereafter as a result of amendments

to the Affordable Care Act or under any rules, regulations, or judicial decisions interpreting or applying the Affordable Care Act or federal regulatory guidance, including any such relating to the definition of Federal financial assistance as applied to the Affordable Care Act.

Dated: November 21, 2025

Respectfully submitted,

/s/ Theodore J. Tucci
Theodore J. Tucci (ct05249)
Abby M. Warren (ct30077)
Christopher A. Costain (ct31612)
**ROBINSON & COLE LLP**
One State Street
Hartford, CT 06103-3195
Tel.: (860) 275-8200
Fax: (860) 275-8299
ttucci@rc.com
awarren@rc.com
ccostain@rc.com


/s/ Sarah Reeves
Sarah Reeves (pro hac vice)
Earl B. Austin (pro hac vice)
**BAKER BOTTS LLP**
30 Rockefeller Plaza
New York, NY 10112
Tel.: (212) 408-2649
Fax: (212) 408-2449
sarah.reeves@bakerbotts.com
earl.austin@bakerbotts.com




*Counsel for Defendant Aetna Life Insurance Company*

/s/ Jamisen A. Etzel
Gary F. Lynch (pro hac vice)
Kelly K. Iverson (pro hac vice)
Jamisen A. Etzel (pro hac vice)
**LYNCH CARPENTER, LLP**
1133 Penn Ave.
Pittsburgh, PA 15232
Tel.: (412) 322-9243
Fax: (412) 231-0246
gary@lcllp.com
kelly@lcllp.com
jamisen@lcllp.com


/s/ Erin Green Comite
Erin Green Comite (ct24886)
Anja Rusi (ct30686)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 S. Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 537-5537
Fax: (860) 537-4432
ecomite@scott-scott.com
arusi@scott-scott.com

Joseph P. Guglielmo (ct27481)
Amanda Rolon (pro hac vice)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Ave., 24th Floor
New York, NY 10169
Tel.: (212) 223-6444
Fax: (212) 223-6334
jguglielmo@scott-scott.com
arolon@scott-scott.com


*Counsel for Plaintiff Tara Kulwicki*

2